# EXHIBIT 3

**SONOS**

# Sonos

**User Guide**

THIS DOCUMENT CONTAINS INFORMATION THAT IS SUBJECT TO CHANGE WITHOUT NOTICE.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including but not limited to photocopying, recording, information retrieval systems, or computer network without the written permission of Sonos, Inc.

Sonos and all other Sonos product names and slogans are trademarks or registered trademarks of Sonos, Inc. Sonos Reg. U.S. Pat. & Tm. Off.

Sonos products may be protected by one or more patents. Our patent-to-product information can be found here: sonos.com/legal/patents

AirPlay®, Apple Music™, FairPlay®, iPad®, iPhone®, iPod®, Tunes®, and OS X®, are trademarks of Apple Inc., registered in the U.S. and other countries.

Works with Apple Airplay.

"Made for iPod", "Made for iPhone", and "Made for iPad" mean that an electronic accessory has been designed to connect specifically to iPod, iPhone, or iPad, respectively, and has been certified by the developer to meet Apple performance standards. Apple is not responsible for the operation of this device or its compliance with safety and regulatory standards. Please note that the use of this accessory with iPod, iPhone, or iPad may affect wireless performance.

Windows® is a registered trademark of Microsoft Corporation in the United States and other countries.

Android™ is a trademark of Google, Inc.

Manufactured under license from Dolby Laboratories. Dolby, Dolby Audio, Pro Logic, and the double-D symbol are trademarks of Dolby Laboratories.

Amazon, Kindle, Kindle Fire, Echo, Alexa, and all related logos are trademarks of Amazon.com, Inc. or its affiliates.

Google and Google Home Mini are trademarks of Google LLC.

Bluetooth® is a registered trademark of Bluetooth SIG, Inc.

The terms HDMI and HDMI High-Definition Multimedia Interface, and the HDMI logos are trademarks or registered trademarks of HDMI Licensing LLC in the United States and other countries.

Sonos uses MSNTP software, which was developed by N.M. Maclaren at the University of Cambridge.

© Copyright, N.M. Maclaren, 1996, 1997, 2000; © Copyright, University of Cambridge, 1996, 1997, 2000.

All other products and services mentioned may be trademarks or service marks of their respective owners.

September 2019

©2004-2019 by Sonos, Inc. All rights reserved.

# The Sonos Home Sound System

Sonos is the wireless home sound system that fills as many rooms as you want (up to 32) with music, movies and TV. Listen in any room or every room—play a movie in the living room, a podcast in the kitchen, or the same song everywhere. **Explore our products** to find out more.

- Free Sonos app guides you through setup and provides music control for everyone in the house on all their devices—phones, tablets, and computers.
- Easy access to all the music you love—streaming services, podcasts and internet radio.
- Mix and match products to build a home sound system that fits your lifestyle.



SONOS USER GUIDE

# Getting started

Here's what you'll need:

- **WiFi**—have your network name and password ready.
- **Mobile device**—connected to the same WiFi. You'll use this for setup.
- **The Sonos app**—you'll use it to set up and control your Sonos system (install it on the mobile device you're using for setup).
- **A Sonos account**—If you don't have an account, you'll create one during setup. **Learn more** about Sonos accounts.

**Note:** **Get more information** about the latest Sonos system requirements.

## New to Sonos?

Download the app from the app store on your mobile device. Open the app and we'll guide you through setup.

Once your Sonos system is set up, you can use your computer to control the music, too. Get the app for your PC or Mac at **www.sonos.com/support**.

**Get more information** about the latest system requirements and compatible audio formats.

### Setup options

Setting up Sonos on your home WiFi is the answer for most homes.

If your WiFi is slow, doesn't reach all the rooms where you want to use Sonos, or is already in high demand you can connect a Sonos product to your router with an Ethernet cable to create a separate wireless network just for your Sonos system.

**Note:** Your Sonos products and the mobile device with the Sonos app need to be on the same WiFi network.

You can **switch** between wired and wireless setup if something changes in your home. **Learn more** about setting up your Sonos products.

## Already have Sonos?

You can easily add a new Sonos product anytime—just plug it in, open the Sonos app on your mobile device, and tap ⚙ > **System** > **Add Product.**

SONOS USER GUIDE

# Sonos accounts

During setup you'll create a Sonos account that you'll use to manage and expand your Sonos system—both in the app and on **www.sonos.com**.

If you need to verify your user ID, change a password, or transfer your account to a different email address, tap ⚙ > **Account**.

If **Account** isn't available your system needs to be updated.

**Learn more** about Sonos accounts.

## Parental controls

You can restrict access to explicit music.

Tap ⚙ > **System** > **Parental Controls**.

Sign into your Sonos account to set filter options.

**Note:** You can also limit the maximum volume for a room. For more information, see **Set max volume**.

SONOS USER GUIDE

# Explore our products

Sonos products work together seamlessly. It's easy to add speakers and expand your system as your home changes.

## Speakers for your music

The perfect wireless speaker for any room in your home. You can even stereo pair two speakers (same model) in a room—turn each one into separate left and right channels for wider, bigger, and deeper sound.

- **Play:1**: mini home speaker with mighty sound.
- **Sonos One**: smart speaker with built-in voice control.
- **Play:3**: mid-size speaker with stereo sound.
- **Play:5**: biggest home speaker with boldest sound.
- **Move**: durable smart speaker for indoor and outdoor listening.
- **Sonos One SL**: compact speaker to use as a stereo pair or as surrounds for your home theater.

## Speakers for your TV

Sonos products for your TV provide full-theater sound and play music too. Enhance your home theater experience by adding a Sub, a pair of surrounds, or both.

- **Beam**: compact soundbar with Amazon Alexa voice control, perfect for small to medium-sized rooms. Place on furniture or wall mount.
- **Playbase**: widescreen sound and music streaming, created especially for TVs on stands or furniture. Low profile design practically disappears under your TV.
- **Playbar**: powerful soundbar, perfect for use above or below wall-mounted TVs, or lay it flat on a table or console.
- **Sub**: add dramatically deeper bass to any Sonos speaker, for home theater and music.

## Stereo upgrades

Convert existing speakers, stereos, and home theater into music streaming systems with an amplifier.

- **Amp**: versatile amplifier for powering all your entertainment.
- **Port**: flexible streaming component for your stereo or receiver.
- **Connect**: external amplifier provides instant music streaming for existing stereo or receiver.
- **Connect:Amp**: digital amplifier is a music streaming upgrade for your favorite speakers.

## Sonos app

Control your Sonos system using the **sonos app**. Choose what to play, where to play it, and how loud. In one room or all over your home. Search across all of your music services and files simultaneously to find what you love. Create playlists in an instant. The Sonos app does it all.

SONOS USER GUIDE

# Accessories

Find the perfect **accessory** for your Sonos system on our website.

- If your existing WiFi isn't reliable enough for streaming music, you can purchase a Sonos **Boost**.
- Wall mount kits or stands tailored to perfectly fit your Sonos products.
- Turntables to bring vinyl to your Sonos system.
- Cables and more.

SONOS USER GUIDE

# The Sonos app

Download the app on your mobile device. You'll use it to set up and control your Sonos system.

Once your system is set up, you can also use your computer to control the music. **Download the app** for your computer.

## Things you can do:

- Discover and **play music**—explore internet radio, browse and search for music.
- Add **music** and **voice** services—keep your music together and add voice for touch-free play.
- **Sonos playlists**—save songs to a playlist so you can listen to them anytime.
- Play music anywhere—group **rooms** to send the same music everywhere, or listen to different music in each room.

## Controls



**Room name**
See what's playing or group rooms to play the same music in more than one room

**Queue**
View and manage songs in the queue

**Now playing screen**
Shows album art

**More information**
See additional information and options, like crossfade, share song, and add to playlist

**Playback controls**
Play, pause, forward, back

**Volume control**
Up, down, mute

**Room selector**
Choose where you want the music to play

**Note:** You can skip through content by tapping ↺ or ↻ (available only with certain services).

Tap an icon to find and play music.



| ☆ | **My Sonos** | A space to save and play your favorite music and collections so you always know where to find the music you love. |
| ♫ | **Browse** | Browse through music services, your music library, and music on your mobile device. When you find music you like, start playing it in any room. |
| ⌂ | **Rooms** | See what's playing in your rooms. Group rooms to play the same music in different rooms or everywhere. |
| 🔍 | **Search** | Search your music sources. |
| ⚙ | **Settings** | Add music and voice services, set alarms, go to Help & Tips, and System Settings. |

## Queue

When you play a song, it's automatically added to your music queue. You can also add songs to the queue while browsing. Change, delete, or save the queue as a Sonos Playlist so you can easily listen to it again later.

Tap ⋮≡  or **Show Queue** (tablets) for options, including:

- **Shuffle**—change the song order.
- **Repeat**—repeat all songs, or tap again to repeat the song that's playing.
- **Save**—save the queue to a playlist in My Sonos.

**Get more information** on our website.

SONOS USER GUIDE

# Sonos Move

Move is the durable, battery-powered smart speaker for indoor and outdoor listening.

- Rechargeable battery lasts up to 10 hours. Easily recharge by just setting Move on the included charging base—no plugs or extra wires required. For power on the go, use a compatible USB-C charger.
- Weatherproof design is ideal for barbecues, pool parties, and more.
- Stream over WiFi at home—switch to Bluetooth anywhere else.
- Easy voice control with Amazon Alexa and the Google Assistant built right in.
- Compatible with all your other Sonos speakers for multi-room listening.





# Controls and lights

| | | |
|---|---|---|
| :: | **Volume control** | • Touch and hold to quickly change the volume:<br>• **Volume up** (right); **Volume down** (left). |
| >‖ | **Play/Pause** | • Press *once* to play or pause music.<br>• Press and hold to add the music that's playing in another room. |
| ::   >‖   :: | **Next/Previous** | • Swipe right across the touch controls to skip to the next song.<br>• Swipe left to go to the previous song.<br><br>**Note:**   You can't skip forward or go back when listening to a radio station. |
| 🎤 | **Microphone indicator** | Tap the microphone light to turn the microphone on or off.<br>• When the light is on, auto Trueplay tuning is enabled. If you have a voice service set up, voice control is also on.<br>• When the light is off, voice control and auto Trueplay are off. |
| **Status light** | | Indicates the speaker's status. For more information, see **https://faq.sonos.com/led**. |
| **Power light** | | • Visible and blinks slowly when the speaker is on.<br>• For first charge out of the box, the status light and the power light will flash within 3 seconds. |

# Back panel

| | |
|---|---|
| **Join button** | Press to connect to your Sonos system during setup. |
| **USB-C port** | Use a compatible USB-C charger for charging on the go.<br>• USB port may also be used for diagnostic purposes. (It can't stream large data files, like some music files).<br><br>**Note:**   USB-C cable not included. |
| **Power button** | Press to power on; press and hold to power off.<br>If Move is off the charging base, it goes to sleep to save battery when you're not using it. Just press the power button to wake it up. |
| **Bluetooth/WiFi toggle button** | Toggles between Bluetooth and WiFi. Use WiFi for setup and for listening at home—switch to Bluetooth wherever WiFi isn't available. |
| **Handle** | Allows for easy lifting and carrying so you can take the speaker wherever you go. |

# Charge Move

| | |
|---|---|
| **Charging base** | • Just set Move on the charging base for easy recharging—no extra wires or cables needed.<br>• Charging base is for indoor use only—be sure to keep it dry.<br>• Move's remaining battery life is always visible in the Sonos app. |
| **AC power** | 100-240VAC, ~50/60Hz, 1.2A. Output: 18VDC, 2.5A |
| **Charging contacts** | Make sure the speaker is seated properly in the base and the charging contacts are touching. |

## Select a location

You can put your speaker just about anywhere. Here are a few guidelines:

- Move is made to give you powerful sound anywhere—auto Trueplay tuning periodically balances the sound for wherever you are and whatever you're listening to. The microphone has to be on for automatic tuning so if you don't leave the microphone on all the time, turn it on for a few minutes whenever you move your speaker so it can automatically adjust the sound for your new surroundings.

- Move sounds great even when placed next to a wall or on a shelf. For best performance, leave at least 1" (2.5 cm) space around the back of the speaker.

- It's ultra durable. With a tough outer shell and IP56 rating, Sonos Move is built to withstand falls, bumps, moisture, dust, UV rays, and extreme temperatures. Just don't leave it out in a soaking rain storm, and remember that the charging base that's included is for indoor use only.

- Don't use or store your Sonos Move upside down.

## Auto Trueplay

You can put Sonos Move just about anywhere. Auto Trueplay tuning optimizes the sound for wherever you are and whatever you're listening to. Your speaker's microphone is used to detect the environment so auto Trueplay can make periodic tuning adjustments to deliver the best sound.

If you don't want the microphone on all the time, be sure to turn it on whenever you move the speaker. Your Sonos Move starts retuning when you pick it up, and continues to adjust the sound for a few minutes after you place it in a new location.

**Note:** Auto Trueplay is disabled while you're using Bluetooth.

## Microphone on/off

The microphone is used for voice control, and for auto Trueplay tuning. Touch 🎤 to turn the microphone on or off.

When the microphone light is on,

- If you have a voice assistant, voice control is on and your voice assistant is ready to respond.
- Auto Trueplay tuning is enabled so Move can automatically adjust its sound for your surroundings.

When the microphone light is off,

- If you have a voice assistant, voice control is off.
- Auto Trueplay tuning is disabled.

## Switch modes

Set Move up on your WiFi, then use the mode switch on the back of Move to switch between Bluetooth and WiFi. When you use Bluetooth for the first time, you'll need to pair Move with your mobile device. Once paired, they'll reconnect automatically next time.

## Bluetooth pairing

1.  Turn Bluetooth on in your mobile device settings.
2.  Press the mode button on the back of Move to switch it to Bluetooth.
3.  Choose Move from the list of available devices on your mobile device. If it's not there, press and hold the mode button and then choose Move from the list when it appears.

    Your mobile device will automatically connect to Move next time.

## Power Sources

- Charging base, included.
- USB port (USB type C PD power with 45W, 20V/2.25A).

## Accessories

For add-ons tailored to perfectly fit your Move, see **Accessories** on our website.

## Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Amplifier** | Two Class-D digital amplifiers. |
| **Tweeter** | One tweeter creates a crisp and accurate high frequency response. |
| **Mid-Woofer** | One mid-woofer ensures the faithful playback of mid-range vocal frequencies plus deep, rich bass. |
| **Microphones** | • Far-field microphone array.<br>• Microphone LED, hard-wired to the voice microphones for extra privacy control so you're always aware when the microphone is active. |
| **Voice Control** | Integrated voice control. |
| **Networking\*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any router that supports 802.11b/g/n in 2.4GHz or 802.11a/n in 5GHz. |

| Feature | Description |
|---|---|
| **General** | |
| Power Supply | **Charging base**:100-240VAC, ~50/60Hz, 1.2A. Output: 18VDC, 2.5A.<br>**USB port**: USB type C PD power with 45W, 20V/2.25A. |
| Battery pack | **Capacity**: 2420-2500maH<br>**Replacement**: Visit our website www.sonos.com for more information.<br>**Disposal**: Check with your local waste or recycling company to determine the proper disposal method in your area. |
| Dimensions (H x W x D) | 9.44 x 6.29 x 4.96 in (240 x 160 x 126 mm) |
| Weight | 6.61 lb (3.0 kg) (including the battery) |
| Operating Temperature | 32° to 113° F (0° to 45° C) |
| Storage Temperature | -13° to 158° F (-25° to 70° C) |
| Humidity Resistant | Move meets IP56 water and dust resistance levels. Just don't leave it out in a soaking rainstorm.<br>**Note:**   The charging base included with Move is for indoor use only. |
| Product Finish | Black with black grille |
| Package Contents | Sonos Move, charging base, and Quickstart guide. |

* Specifications subject to change without notice.

# Important safety information

Please read these instructions and heed all warnings. Keep them in a convenient location and make sure everyone in the household is aware of them.

**Caution:**  Danger of explosion if battery is incorrectly replaced. Replace only with the same or equivalent type.

1. Read these instructions.
2. Keep these instructions.
3. Heed all warnings.
4. Follow all instructions.
5. Clean only with dry soft cloth. Household cleaners or solvents can damage the finish on your Sonos products.
If the charging base leaves a mark on wood furniture, remove with wood polish.
6. Do not block any ventilation openings. Install in accordance with the manufacturer's instructions.
7. Do not install near any heat sources such as radiators, heat registers, stoves, or other apparatus that produce heat.
8. Do not expose batteries (battery pack or batteries installed) to excessive heat such as sunshine or fire.

**9.** Protect the power cable from being walked on or pinched, particularly at plugs, convenience receptacles, and the point where they exit from the apparatus.

**10.** Only use attachments/accessories specified by the manufacturer.

**11.** Unplug this apparatus during lightning storms or when unused for long periods of time.

**12.** Refer all servicing to Sonos qualified service personnel. Servicing is required when the apparatus has been damaged in any way, such as power-supply cable or plug is damaged, liquid has been spilled or objects have fallen into the apparatus, the apparatus has been exposed to rain or moisture, does not operate normally, or has been dropped.

**13.** The Mains plug should be readily available to disconnect the equipment.

 **14. Warning**: Move meets IP56 water resistance levels. To reduce the risk of fire or electric shock, don't expose this apparatus to a soaking rain storm.

SONOS USER GUIDE

# Sonos One

Sonos One has Amazon Alexa built right in so you can use your voice to start and control the music on Sonos—

- Perfect fit for shelves, counters, and snug spaces or mounted to a wall, ceiling or speaker stand.
- Touch controls let you adjust volume, play and pause, or skip through songs.
- Pair two Sonos Ones for left-right stereo sound, or use two Sonos Ones as rear surrounds for your home theater.
- See **Getting started** when you're ready to add a Sonos One to your system.

**Note:** Over time we'll add more voice services and skills. Voice control is not supported in every country yet—this feature will be available as soon as Sonos and a voice service launch together in your region.



## Controls and lights

| | | | |
|---|---|---|---|
| :: | Volume control | • Touch and hold to quickly change the volume: <br> • **Volume up** (right); **Volume down** (left). | |
| >‖ | Play/Pause | • Press *once* to play or pause music. <br> • Press and hold to add the music that's playing in another room. | |
| :: >‖ :: | Next/Previous | • Swipe right across the touch controls to skip to the next song. <br> • Swipe left to go to the previous song. <br> **Note:** You can't skip forward or go back when listening to a radio station. | |
| 🎤 | Microphone indicator | • Tap the microphone light to turn the microphone on or off. <br> • When the light is on, voice control is on and you can use voice commands. <br> • When the light is off, voice control is off. <br> **Note:** If the light is off, press and hold the **Microphone indicator** to talk to Alexa. Release the button to turn voice control off again. | |
| Status light | | Indicates the status. For more information, see **https://faq.sonos.com/led**. | |

## Connector panel

| | |
|---|---|
| **Join button** | Press to connect during setup. |
| **Ethernet port** | Use an Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
| **AC power (mains) input** | Use only the supplied power cord (using a third-party power cord will void your warranty). <br> **Note:** Insert the power cord firmly until it is flush with the bottom of the speaker. |

## Select a location

You can put your speaker just about anywhere. Here's a few guidelines:

- Sonos One sounds great even when placed next to a wall or on a shelf. For best performance, leave at least 1" (2.5 cm) space around the back of the speaker.
- It's *humidity*-resistant so you can use it in the bathroom.
- It's *not water*-resistant so don't put it near water or leave it in the rain.

## Speaker mounts and stands

For wall mount kits or stands, tailored to perfectly fit your Sonos products, see **Accessories** on our website.

## Microphone on/off

Touch 🎤 to turn the microphone on and off. (If you don't have a voice service installed, the microphone is inactive.)

When the microphone light is on, voice control is on and Alexa is ready to respond. When the microphone light is off, voice control is off.

If you've installed a voice service and the microphone is off, you can still use voice commands. Just press and hold 🎤 while talking to Alexa—no need to start with a wake word. When you release the mic button, voice control turns off again.

## Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Amplifier** | Two Class-D digital amplifiers. |
| **Tweeter** | One tweeter creates a crisp and accurate high frequency response. |
| **Mid-Woofer** | One mid-woofer ensures the faithful playback of mid-range vocal frequencies plus deep, rich bass. |
| **Stereo Pair** | Turn two speakers into separate left and right channel speakers to create wider, deeper sound. |
| **Home Theater** | Add two speakers as surrounds for a true surround sound experience. |
| **Microphones** | • Far-field microphone array.<br>• Microphone LED, hard-wired to the voice microphones for extra privacy control so you're always aware when the microphone is active. |
| **Voice Control** | Integrated voice control. |
| **Networking*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **Ethernet Port** | One 10/100Mbps Ethernet port. You can plug a Sonos product directly into your router if your WiFi is unstable. |

| Feature | Description |
|---------|-------------|
| **General** | |
| **Power Supply** | Auto-switching 100 - 240V ~ 50-60 Hz 1A AC universal input |
| **Dimensions (H x W x D)** | 6.36 x 4.69 x 4.69 in. (161.45 x 119.7 X 119.7 mm) |
| **Weight** | 4.08 lb (1.85 kg) |
| **Operating Temperature** | 32° to 104° F (0° to 40° C) |
| **Storage Temperature** | -4° to 158° F (-20° to 70° C) |
| **Humidity Resistant** | Designed to withstand high-humidity, like in a bathroom with a running shower. (It is not waterproof or water-resistant.) |
| **Product Finish** | White with white grille; black with black grille |
| **Package Contents** | Sonos One, power cord, and Quickstart Guide. |

* Specifications subject to change without notice.

SONOS USER GUIDE

# Sonos One SL

The speaker for stereo pairing and home theater surrounds.

- Compact design fits just about any space.
- Touch controls let you adjust volume, play and pause, or skip through songs.
- Pair with a Sonos One or another One SL for left-right stereo sound, or use a pair as rear surrounds for your home theater.
- See **Getting started** when you're ready to add a Sonos One SL to your system.



## Controls and lights

| | | | |
|---|---|---|---|
| : : | Volume control | | • Touch and hold to quickly change the volume:<br>• **Volume up** (right); **Volume down** (left). |
| >‖ | Play/Pause | | • Press *once* to play or pause music.<br>• Press and hold to add the music that's playing in another room. |
| : :   >‖   : : | Next/Previous | | • Swipe right across the touch controls to skip to the next song.<br>• Swipe left to go to the previous song.<br><br>**Note:** You can't skip forward or go back when listening to a radio station. |
| **Status light** | | | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

## Connector panel

| | |
|---|---|
| **Join button** | Press to connect during setup. |
| **Ethernet port** | Use the supplied Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
| **AC power (mains) input** | Use only the supplied power cord (using a third-party power cord will void your warranty).<br><br>**Note:** Insert the power cord firmly until it is flush with the bottom of the speaker. |

## Select a location

You can put your speaker just about anywhere. Here's a few guidelines:

- Sonos One SL sounds great even when placed next to a wall or on a shelf. For best performance, leave at least 1" (2.5 cm) space around the back of the speaker.
- It's *humidity*-resistant so you can use it in the bathroom.
- It's *not water*-resistant so don't put it near water or leave it in the rain.

## Speaker mounts and stands

For wall mount kits or stands, tailored to perfectly fit your Sonos products, see **Accessories** on our website.

## Specifications

| Feature | Description |
| --- | --- |
| **Audio** | |
| **Amplifier** | Two Class-D digital amplifiers. |
| **Tweeter** | One tweeter creates a crisp and accurate high frequency response. |
| **Mid-Woofer** | One mid-woofer ensures the faithful playback of mid-range vocal frequencies plus deep, rich bass. |
| **Stereo Pair** | Turn two speakers into separate left and right channel speakers to create wider, deeper sound. |
| **Home Theater** | Add two speakers as surrounds for a true surround sound experience. |
| **Networking*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **Ethernet Port** | One 10/100Mbps Ethernet port. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| **Power Supply** | Auto-switching 100 - 240V ~ 50-60 Hz 1A AC universal input |
| **Dimensions (H x W x D)** | 6.36 x 4.69 x 4.69 in. (161.45 x 119.7 X 119.7 mm) |
| **Weight** | 4.08 lb (1.85 kg) |
| **Operating Temperature** | 32° to 104° F (0° to 40° C) |
| **Storage Temperature** | -4° to 158° F (-20° to 70° C) |
| **Humidity Resistant** | Designed to withstand high-humidity, like in a bathroom with a running shower. (It is not waterproof or water-resistant.) |
| **Product Finish** | White with white grille; black with black grille |
| **Package Contents** | Sonos One SL, power cord, Ethernet cable, and Quickstart Guide. |

* Specifications subject to change without notice.

SONOS USER GUIDE

# Play:5

Our biggest home speaker with the boldest sound—

- Hardware and software custom-designed by Sonos to produce pure, immersive sound that's crystal clear at any volume.
- Powered by three tweeters and three mid-woofers, each with a dedicated amplifier, perfectly tuned to match the speakers and acoustic architecture.
- Pair two Play:5s for left-right stereo sound, or use two Play:5s as rear surrounds for your home theater.
- See **Getting started** when you're ready to add a Play:5 to your Sonos system.



**Note:** The front grille is not removable. Tampering with the grille may result in damage to your Play:5.

## Controls and lights

| | | |
|---|---|---|
| :: | **Volume control** | Touch and hold to quickly change the volume:<br>• **Volume up** (right)<br>• **Volume down** (left) |
| >\|\| | **Play/Pause** | • Press *once* to play or pause music.<br>• Press and hold to add the music that's playing in another room. |
| :: >\|\| :: | **Next/Previous song** | • Swipe right across the touch controls to skip to the next song.<br>• Swipe left to go to the previous song.<br><br>**Note:** You can't skip forward or go back when listening to a radio station. |
| | **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

## Connector panel



| | |
|---|---|
| **Join button** | Press to connect during setup. |
| **Ethernet port** | Use the supplied Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
| **AC power (mains) input** | Use only the supplied power cord (using a third-party power cord will void your warranty).<br><br>**Note:** Insert the power cord firmly until it is flush with the bottom of the speaker. |
| **Stereo audio in (3.5mm / 1/8")** | Use to connect external music players. |

## Select a location

You can put your speaker just about anywhere. For maximum performance, we have a few guidelines:

- The Play:5 is a substantial and powerful speaker and should be placed on a flat surface that is robust and durable enough to properly support it. Make sure the Play:5's rubber feet sit completely on the flat surface.
- Allow at least 2" perimeter all around the Play:5 including its power cord.
- For a single Play:5 speaker we recommend positioning the speaker horizontally, enabling stereo sound over a wide sound stage. (A single Play:5 speaker positioned in vertical mode is a mono speaker—there is no stereo separation.)
- Place the Play:5 across the room from where you'll be listening (at or close to your ear height for best results).
- For stereo pair placement information, see **Stereo pairs**.
- The Play:5 is humidity resistant so you can use it in the bathroom; however it is not water resistant so don't position it near water or leave it outside during a rain storm.

## Speaker mounts and stands

For wall mount kits or stands, tailored to perfectly fit your Sonos products, see **Accessories** on our website. Follow the instructions in the kit.

## Line-in

Connect an external source like a phono preamp (your **turntable** may have a built-in phone preamp), or other audio device. **Learn more**.

## Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Amplifier** | Six Class-D digital amplifiers perfectly tuned to match the six dedicated speaker drivers and the acoustic architecture. |
| **Tweeter** | Three tweeters create the crispest and clearest high-frequency response. |
| **Mid-Woofer** | Three mid-woofers ensure you'll hear the faithful playback of mid-range vocal frequencies plus deep, rich bass—without distortion, even at high volumes. |
| **Phased Speaker Array (three drivers on top and three on the bottom)** | Creates a wide stereo soundstage that directs the sound left, right, and center. |
| **Stereo Pair** | Turn two speakers into separate left and right channel speakers to create wider, deeper sound. |

| Feature | Description |
| --- | --- |
| **Home Theater** | Add two speakers as surrounds for a true surround sound experience. |
| **Networking*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **Ethernet Port** | One 10/100Mbps Ethernet port. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| **Microphones** | Speakers that have a serial number starting with 1704 and higher don't have microphones. Speakers that have a serial number starting with 1703 or lower have two microphones, but these microphones aren't enabled and can't be used. If you have any questions please visit **www.sonos.com/support**. |
| **Power Supply** | Auto-switching 100 - 240V ~ 50-60 Hz 2.3A AC universal input. |
| **Audio Line-In** | Auto-detecting 3.5mm audio line-in connection. |
| **Dimensions (W x H x D)** | 14.33 x 8.03 x 6.06 in. (364 x 203 x 154 mm) |
| **Weight** | 14 lb / 6.36 kg |
| **Threaded Mount** | None |
| **Operating Temperature** | 32° to 104° F (0° to 40° C) |
| **Storage Temperature** | -4° to 158° F (-20° to 70° C) |
| **Humidity Resistant** | Designed to withstand high-humidity, like in a bathroom with a running shower. (It is not waterproof or water-resistant.) |
| **Product Finish** | White matte or black matte exposure, graphite grille |
| **Package Contents** | Play:5, power cord, Ethernet cable, and Quickstart Guide. |

* Specifications subject to change without notice.

SONOS USER GUIDE

# Play:1

The mini home speaker with mighty sound—

- Fits in any space, fills any room. Wall or stand mountable.
- Two custom-designed drivers, 3.5 in / 9 cm mid-woofer and tweeter, each with a dedicated amplifier.
- Humidity resistant. Perfect for the bathroom (or backyard).
- Pair two Play:1s for left-right stereo sound, or use two Play:1s as rear surrounds for your home theater.
- To set it up, see **Getting started**.



## Controls and lights

| | | |
|---|---|---|
| +    − | **Volume up (+)**<br>**Volume down (-)** | Press to adjust the volume.<br>**Note:** You can also use the app. |
| >❘❘ | **Play/Pause** | • Press *once* to play or pause music.<br>• Press *twice* to skip to the next song (if applicable to the selected music source).<br>• Press *three times* to skip to the previous song.<br>• Press and hold to add the music playing in another room.<br><br>**Note:** You can't skip forward or go back when listening to a radio station. |
| | **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

# Connector panel

| | |
|---|---|
| **Threaded mount 1/4" / 20-thread** | Integrated mounting socket so it can be wall-mounted (bracket not included). See **Speaker mounts and stands** for more information. |
| **Ethernet port** | Use the supplied Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
| **AC power (mains) input** | Use only the supplied power cord (using a third-party power cord will void your warranty). Insert the power cord firmly until it is flush with the speaker. |

## Select a location

You can put your speaker just about anywhere. For maximum enjoyment, we have a few guidelines:

- The Play:1 is designed to work well even when placed next to a wall or other surface. For optimum performance, maintaining more than 1" (2.5 cm) clearance around the back of the unit is recommended.
- The Play:1 is *humidity*-resistant so you can use it in the bathroom; however it is not *water*-resistant so don't position it near water or leave it outside during a rain storm.

## Set it up

See **Getting started** when you're ready to set up your speaker.

## Speaker mounts and stands

The Play:1 has a standard 1/4"-20 threaded mounting socket. If desired, you can easily wall mount it using a suitable bracket (not included). Simply choose a location that's close to an electrical outlet (power cord length is 2m), taking care to avoid heat, steam, dripping water or hidden wiring, and follow the instructions included with the wall mount kit. You can hang it right side up (control buttons on top) or upside down (control buttons on the bottom).

**Note:** Be sure the wall mount bracket you purchase will support at least 8 lb (3.6 kg) and has a 1/4"-20 threaded post.

For wall mount kits or stands, tailored to perfectly fit your Sonos products, see **Accessories** on our website. Follow the instructions in the kit.

SONOS USER GUIDE

## Specifications

| Feature | Description |
| --- | --- |
| **Audio** | |
| **Amplifier** | Two Class-D digital amplifiers. |
| **Tweeter** | One tweeter creates a crisp and accurate high frequency response. |
| **Mid-Woofer** | One mid-woofer ensures the faithful playback of mid-range vocal frequencies plus deep, rich bass. |
| **Stereo Pair** | Turn two speakers into separate left and right channel speakers to create wider, deeper sound. |
| **Home Theater** | Add two speakers as surrounds for a true surround sound experience. |
| **Networking\*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **Ethernet Port** | One 10/100Mbps Ethernet port. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| **Power Supply** | Auto-switching 100-240 V, 50-60 Hz 1A AC universal input. |
| **Dimensions (H x W x D)** | 6.36 x 4.69 x 4.69 in. (161.45 x 119.7 X 119.7 mm) |
| **Weight** | 4.08 lb (1.85 kg) |
| **Threaded mount** | Standard 1/4"-20 threaded mounting socket |
| **Operating Temperature** | 32º to 104º F (0º to 40º C) |
| **Storage Temperature** | -4º to 158º F (-20º to 70º C) |
| **Humidity Resistant** | Designed to withstand high-humidity, like in a bathroom with a running shower. (It is not waterproof or water-resistant.) |
| **Product Finish** | White with light metallic grille; black with graphite grille |
| **Package Contents** | Play:1, power cord, Ethernet cable, and Quickstart Guide. |

\* Specifications subject to change without notice.

SONOS USER GUIDE

# Play:3

The mid-size home speaker with stereo sound—

- Three custom-designed drivers (two mid-range and one tweeter), each with a dedicated amplifier.
- Position vertically or horizontally—software automatically adjusts the sound to ensure best performance.
- Pair two Play:3s for left-right stereo sound, or use two Play:3s as rear surrounds for your home theater.
- See **Getting started** when you're ready to add a Play:3 to your Sonos system.



**Note:** The front grille is not removable. Tampering with the grille may result in damage to your Play:3.

# Controls and lights

| | | |
|---|---|---|
| **+  −** | **Volume up (+)**<br>**Volume down (-)** | Press to adjust the volume.<br>**Note:**  You can also use the app. |
| **>‖** | **Play/Pause** | • Press *once* to play or pause music.<br>• Press *twice* to skip to the next song (if applicable to the selected music source).<br>• Press *three times* to go back to the previous song.<br>• Press and hold to add the music playing in another room.<br>**Note:**  You can't skip forward or go back when listening to a radio station. |
| | **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

# Connector panel



Ethernet port

Threaded mount

AC power (mains) input

| | |
|---|---|
| **Threaded mount 1/4" / 20-thread** | Integrated mounting socket so it can be wall-mounted (bracket not included). See **Speaker mounts and stands** for more information. |
| **Ethernet port** | Use the supplied Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
| **AC power (mains) input** | Use only the supplied power cord (using a third-party power cord will void your warranty). Insert the power cord firmly until it is flush with the speaker. |

## Select a location

You can put your speaker just about anywhere. For maximum enjoyment, we have a few guidelines:

- Position either horizontally or vertically to accommodate the desired space—the EQ (audio equalization) will automatically adjust to create the best possible sound when the orientation is changed.
- Designed to work well even when placed next to a wall or other surface. For optimum performance, maintaining more than 1" (2.5 cm) clearance around the back of the unit is recommended.
- Not water-resistant so don't position it near water or leave it outside during a rain storm.
- Care should be taken if placing the Play:3 close to an older CRT (cathode ray tube) television. If you notice any discoloration or distortion of your picture quality, simply move the Play:3 further from the television.

## Speaker mounts and stands

The Play:3 has a standard 1/4"-20 threaded mounting socket. If desired, you can easily wall mount it using a suitable bracket (not included). Simply choose a location that's close to an electrical outlet (power cord length is 2m), taking care to avoid heat, steam, dripping water, or hidden wiring, and follow the instructions included with the mounting bracket.

**Note:**  Be sure the wall mount bracket you purchase will support at least 10lb (4.5 kg) and has a 1/4"-20 threaded post.

For wall mount kits or stands, tailored to perfectly fit your Sonos products, see **Accessories** on our website. Follow the instructions in the kit.

## Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Amplifier** | Three Class-D digital amplifiers. |
| **Speakers** | Three driver speaker system - two 3" mid-range drivers, and one tweeter. Each driver of the product is individually powered by a dedicated amplifier. |
| **Bass Radiator** | One rear firing bass radiator with a 60 sq. cm surface area. |
| **Stereo Pair** | Turn two speakers into separate left and right channel speakers to create wider, deeper sound. |
| **Home Theater** | Add two speakers as surrounds for a true surround sound experience. |
| **Networking\*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |

SONOS USER GUIDE

| Feature | Description |
|---|---|
| Ethernet Port | One 10/100Mbps Ethernet port. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| Power Supply | Auto-switching 100-240 V, 50-60 Hz 2A AC universal input. |
| Dimensions (H x W x D) | 5.2 x 10.5 x 6.3 in. (132 x 268 x 160 mm) |
| Weight | 5.7 lb (2.6 kg) |
| Threaded mount | Standard 1/4"-20 threaded mounting socket. |
| Operating Temperature | 32° to 104° F (0° to 40° C) |
| Storage Temperature | -4° to 158° F (-20° to 70° C) |
| Product Finish | White with light metallic grille; black with graphite grille |
| Package Contents | Play:3, power cord, Ethernet cable, and Quickstart Guide. |

* Specifications subject to change without notice.

SONOS USER GUIDE

# Beam

The smart, compact soundbar for your TV—

- Play anything—music, TV, movies, podcasts, radio, audiobooks, and video games.
- Perfect size to wall-mount above or below your TV, or place on a credenza.
- Great for small to medium-sized rooms.
- **Microphone on/off** so you can use it hands-free.
- Quick and easy setup, with only one cable to connect to your TV.
- Expandable. Add a Sub and two Sonos speakers, like Play:1s, for 5.1 surround sound. For more information, see **Sonos home theater**.
- See **Getting started** when you're ready to add a Beam to your Sonos system.

## Controls and lights

Swipe, touch, tap, or ask—with Beam you've got choices on how to control sound.

- Use the touch controls—touch or swipe across the controls.
- Voice control—set it up and use your voice to turn the TV on or off, adjust the volume, or play music.
- Use the app.
- Use your TV remote control.



| | | | |
|---|---|---|---|
| ⠒⠒ | | **Volume control** | Touch for small adjustments or touch and hold to quickly change the volume: <br> • **Volume up** (right) <br> • **Volume down** (left) <br> **Note:** You can also use the app, Alexa, or remote control. |
| ▷‖ | | **Play/Pause** | Touch to play or pause sound. |
| ⠒⠒  ▷‖  ⠒⠒ | | **Next/Previous** (Music only) | • Swipe right across the touch controls to skip to the next song. <br> • Swipe left to go to the previous song. <br> **Note:** You can't skip forward or go back when listening to a radio station. |

SONOS USER GUIDE

| 🎤 | **Microphone indicator** | • Tap the microphone light to turn the microphone on or off.<br>• When the light is on, voice control is on and you can use voice commands.<br>• When the light is off, voice control is off.<br><br>**Note:** If the light is off, press and hold the **Microphone indicator** to talk to Alexa. Release the button to turn voice control off again. |
| --- | --- | --- |
| **Status light** | | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

## Connector panel



**AC power (mains) input**

**Join button**

**Ethernet port**

**HDMI port**

| **AC power (mains) input** | Use only the supplied power cord (using a third-party power cord will void your warranty).<br><br>**Note:** Insert the power cord firmly until it is flush with the speaker. |
| --- | --- |
| **Join button** | Press to connect during setup. |
| **Ethernet port** | Use an Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
| **HDMI port** | Use to connect the soundbar to your TV. |

## Select a location

You can mount Beam to a wall above or below your TV or place it on a credenza.

### Place on a credenza

- Place horizontally on a stable and level surface at least 2" (50mm) from the TV.
- Don't place vertically or on its side.
- Don't block the TV's IR sensor.
- If put on a shelf, place at the front and keep 2" (minimum) clearance on both sides for best sound quality.
- Keep 1" (25mm) space (minimum) above Beam so you can reach the touch controls.

- For best sound quality, keep both ends of Beam at least 1' (30cm) from a wall or other obstruction.

### Wall mount

To put Beam on a wall, see **Wall mount**.

## Connect the cables

### Before you start

1. Disconnect existing home theater or surround sound equipment from your TV.
2. Connect any external devices, like a cable box or DVD player, directly to your TV.

### Connect the power cord

1. Insert the power cord firmly into Beam's AC (mains) power port until it is fully connected.



2. Plug the other end of the power cord into an AC (mains) power source.

**Caution:** Use only the supplied power cord (using a third-party power cord will void your warranty).

### Connect Beam to your TV

Use the HDMI cable to connect the soundbar to your TV. You may need the optical adapter too (the app lets you know).

1. Fully insert the HDMI cable into Beam's HDMI port.



2. Connect the HDMI cable to your TV. You have two choices:
   - **If your TV has an HDMI ARC port**, connect the HDMI cable directly to the TV's HDMI ARC port.
   - **If your TV doesn't have an HDMI ARC port**, attach the optical adapter to the HDMI cable and connect it to the TV's optical digital OUT port.

### *If your TV has an HDMI ARC port*

**HDMI ARC** is a special port that looks like a standard HDMI port. Although they look the same, if you connect to a standard HDMI port, *you won't hear sound*.

1. On your TV's **audio OUT** panel, look for an **HDMI ARC** port.

   It may be on the back or side of your TV.

You'll know it's an ARC port if you see the word "ARC" on the label.



2.  Connect the HDMI cable to the TV's **HDMI ARC** port.



**Note:** If you can't find the word "ARC" on the label, it isn't the correct port. See **If your TV doesn't have an HDMI ARC port**.

### *If your TV doesn't have an HDMI ARC port*

You'll need the **optical audio adapter**.

1.  Remove the protective cap from the optical adapter.

**2.** Attach the optical adapter to the HDMI cable.



**3.** Connect the optical adapter to the TV's **optical digital OUT** port.



> **Note:** The optical adapter's port is "D-shaped"—make sure the connector aligns correctly into the port. Inserting the adapter incorrectly may damage the cable.

If you don't have the app, download it from the app store. You'll use it to set up and control your Sonos system. See **Getting started**.

# Microphone on/off

Touch 🎤 to turn the microphone on and off. (If you don't have a voice service installed, the microphone is inactive.)

SONOS USER GUIDE

When the microphone light is on, voice control is on and Alexa is ready to respond. When the microphone light is off, voice control is off.



If you've installed a voice service and the microphone is off, you can still use voice commands. Just press and hold  🎙  while talking to Alexa—no need to start with a wake word. When you release the mic button, voice control turns off again.

# Wall mount

### Guidelines
- Use the Beam wall mount kit. You can buy it on **www.sonos.com**. Follow the instructions in the kit.
- Keep 1" (25mm) space (minimum) above Beam so you can reach the touch controls.
- If you're mounting above the TV, make sure you can reach the touch controls.
- For best sound quality, keep both ends of Beam at least 1' (30cm) from a wall or other obstruction.

### Mount kit contents
- Wall mount bracket
- 4 wall anchors
- 4 wall screws
- 2 screws

**Note:** Don't discard the template. It may look like packing material.



SONOS USER GUIDE

1. Tape the cardboard template to the wall above or below your TV. Use a level. Keep 1" (25mm) space (minimum) for access to Beam's touch controls. (Don't install Beam vertically.)

2. Mark the center of the mounting holes and remove the template.



3. Use a 5/16" drill bit to drill pilot holes (see **<u>Wall mounting information</u>**)



4. Insert and secure the wall anchors (don't use the anchors if drilling into wood).



5.  Place the bracket on the wall and loosely tighten the wall screws to secure the bracket. Check with a level and then tighten the screws.



6.  Connect the power and HDMI cables to Beam.

SONOS USER GUIDE



7. Place Beam on the bracket.



8. Insert and tighten Beam to the bracket using the mounting screws.

SONOS USER GUIDE



## Wall mounting information

| Wall Material | Pre Drill | Use Wall Anchors | Use Screws |
|---|---|---|---|
| Wood Stud | 1/8" / 3mm bit | No | Yes |
| Drywall (no stud) | 5/16" / 8mm bit | Yes | Yes |
| Hard wallboard or double board | 5/16" / 8mm bit | Yes | Yes |
| Plaster | 5/16" / 8mm bit | No, requires toggle bolt | Yes |
| Concrete or Brick | 5/16" / 8mm bit | Yes | Yes |

## Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Amplifier** | Five Class-D digital amplifiers. |
| **Elliptical Woofer** | Four full-range woofers ensures you'll hear the faithful playback of mid-range vocal frequencies plus deep, rich bass. |
| **Tweeter** | One tweeter creates a crisp and clear high-frequency response. |
| **Microphones** | • Five far-field microphone array uses for advanced beam forming and multichannel echo cancellation.<br>• LED hard-wired to voice microphones for privacy control so you know when the microphone is active. |

| Feature | Description |
| --- | --- |
| **Voice Control** | Integrated voice control. |
| **System Requirements** | TV with HDMI ARC or optical digital audio output, broadband internet, and the Sonos app. |
| **Networking\*** | |
| **Wireless Connectivity** | See **Setup options**. |
| **Ethernet Port** | One 10/100 Mbps Ethernet port. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| **Power Supply** | Auto-switching 100-240 V, 50-60 Hz 2.5A AC universal input. |
| **Dimensions (H x W x D)** | 2.68 x 25.63 x 3.94 in. (68 x 651 x 100 mm) |
| **Weight** | 6.2 lb (2.8 kg) |
| **Operating Temperature** | 32°F to 104°F (0°C to 40°C) |
| **Storage Temperature** | -4°F to 122°F (-20°C to 50°C) |
| **Control** | Use your remote control, voice, touch controls or the Sonos app. |
| **Supported Devices** | Connects to TV with HDMI cable (with or without an attached optical adapter). Plays sources connected to the TV, including cable boxes and game consoles. |
| **Package Contents** | Beam, AC power cord, HDMI cable, optical adapter, Quickstart Guide. |

\* Specifications subject to change without notice.

SONOS USER GUIDE

# Playbar

Home theater soundbar and streaming music speaker in one—

- Sophisticated 9-speaker design.
- Simple two-cord setup. One for power. One for your TV.
- Mount horizontally above or below the TV or place flat on a TV stand.
- Easily expandable. Add a Sub and two Sonos speakers for 5.1 surround sound. For more information, see **Sonos home theater**.
- See **Getting started** when you're ready to add a Playbar to your Sonos system.



**Note:** The grille cloth is not removable. Tampering with the cloth may damage your Playbar.

SONOS USER GUIDE

## Controls and lights

| | | |
|---|---|---|
| **+ —** | **Volume up (+)**<br>**Volume down (-)** | Press to adjust the volume.<br>**Note:** You can also use the app and remote control. |
| **>II** | **Play/Pause** | • Press *once* to play or pause music.<br>• Press *twice* to skip to the next song (if applicable to the selected music source).<br>• Press *three times* to go back to the previous song.<br>• Press and hold to add the music playing in another room.<br><br>**Note:** You can't skip forward or go back when listening to a radio station. |
| | **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |
| | **IR sensor light** | The IR (InfraRed) sensor receives signals sent by a remote control.<br>When the Playbar receives a volume or mute command, the IR light displays momentarily. You can adjust this setting so the light never displays in the room's settings. |

## Connector panel



— IR repeater

— AC power (mains) input

— Digital audio IN (optical)

— Ethernet ports

SONOS USER GUIDE

| Ethernet ports (2) | Use the supplied Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
|---|---|
| Digital audio IN (optical) | Use an audio optical cable to connect the Playbar to your TV. |



Optical input supports Dolby Digital and stereo.

| AC power (mains) input | Use only the supplied power cord (using a third-party power cord will void your warranty). |
|---|---|
| | **Note:**  Insert the power cord firmly until it is flush with the speaker. |

| IR repeater | Allows the commands from your remote control to reach your TV if the Playbar is positioned in front of the TV. |
|---|---|
| | This setting is on by default, but can be turned off in the room's settings. |

## Select a location

You can mount the Playbar to a wall above or below your TV or place it on a credenza.

### Placed on a credenza

- Place horizontally on a stable and level surface at least 2" (50mm) from TV.
- Don't place vertically or on its side.
- Don't block the TV's IR sensor.
- For best sound quality, place with the connector panel **toward** the TV (Sonos logo is closer to TV).
- Don't place in a cabinet or on a shelf.

• Keep both ends of the Playbar at least 1' (30cm) from a wall or other obstruction.




### Wall mounted

To put Playbar on a wall, see **Wall mount**.

## Connect the cables

### Before you start

1.  Disconnect existing home theater or surround sound equipment from your TV.
2.  Connect any external devices, like a cable box or DVD player, directly to your TV.

### Connect the soundbar to your TV

1.  Remove the protective cap from each end of the optical audio cable.
2.  Connect the optical audio cable from your TV's digital audio **OUT** (optical) to the Playbar's digital audio **IN** (optical). Don't twist or bend the cable.

SONOS USER GUIDE

**Note:** The Playbar's digital audio IN port and the optical cable are 'D-shaped'—make sure the connector aligns correctly into the port.



TV's Digital Audio
OUT (optical)

**IMPORTANT: Remove the protective caps from each end of the optical audio cable before inserting.**

Playbar's Digital
Audio IN (optical)

## Connect the power cord

Attach the power cord and plug in the Playbar. *Push the power cord in firmly until it is flush with the surface.*

 

If you don't have the app, download it from the app store. You'll use it to set up and control your Sonos system. See **Getting started**.

## Wall mount

You can mount Playbar to a wall above or below a wall-mounted TV. Use the Playbar wall mount kit. You can buy it on **www.sonos.com**. Follow the instructions in the kit.

**Caution:** Don't use any other hardware to mount the Playbar.

### Guidelines

- When mounting below a TV, keep 1" (25mm) space (minimum) between Playbar and TV.
- When mounting above a TV, keep 2" (50mm) space (minimum) between Playbar and TV.
- Preserve audio quality: make sure the connector panel faces away from the TV.
- Keep both ends of the Playbar at least 1 ft. (30cm) from a wall or other obstruction.

**Note:** Connect the power and audio cables to the Playbar before mounting to the wall.

## What you need

- Masking tape
- Pointed tool (like an awl)
- Phillips head screw driver
- Power drill with Phillips head attachment

**Note:** There are 2 spare screws (and anchors) included in the kit. Use these to provide additional reinforcement if you'd like.

1. Tape the template to the wall above or below your TV. Use a level.



2. Use a pointed tool to pierce through the template and mark the mounting holes. Mark closer to the corners of the holes.



3. Remove the template.

**4.** Drill pilot holes.

## Wall mounting information

| Wall Material | Pre Drill | Use Wall Anchors | Use Screws |
|---|---|---|---|
| Wood Stud | 1/8" (3mm) bit | No | Yes |
| Drywall (no stud) | 3/16" (4.5mm) bit | Yes | Yes |
| Hard wallboard or double board | 3/16" (4.5mm) bit | Yes | Yes |
| Plaster | 1/4" (6.5mm) bit | Yes | Yes |
| Concrete or Brick | 1/8" (3mm) bit | Yes | Yes |

**5.** Insert and secure the wall anchors (don't use the anchors if drilling into wood).



**6.** Place the bracket on the wall and loosely tighten the screws to secure the bracket. Check with a level and then tighten the screws.

SONOS USER GUIDE

**7.** Hang the Playbar securely on the bracket pegs.



## Specifications

| Feature | Description |
| --- | --- |
| **Audio** | |
| **Amplifier** | Nine Class-D digital amplifiers perfectly tuned to match the nine dedicated speaker drivers and the acoustic architecture. |
| **Tweeter** | Three tweeters create the crispest and clearest high-frequency response. |
| **Mid-Woofer** | Six mid-woofers give you the full range of sound effects and music from the left and right channels, and crisp, clear dialog from the center. Mid-woofers act together as a phased speaker array so what you hear matches what you see on screen. |
| **System Requirements** | TV with optical audio output, broadband Internet, and a Sonos app. Internet-connected TV not required. |
| **Networking\*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **Ethernet Port (2)** | Two 10/100 Mbps Ethernet ports. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| **Power Supply** | Auto-switching 100-240 V, 50-60 Hz 2A AC universal input. |

| Feature | Description |
|---|---|
| **Dimensions (H x W x D)** | 3.35" (H) x 35.43" (W) x 5.51" (D), 85mm (H) x 900mm (W) x 140 mm (D) |
| **Weight** | 11.9 lb (5.4 kg) |
| **Operating Temperature** | 32°F to 104°F (0°C to 40°C) |
| **Storage Temperature** | -4°F to 158°F (-20°C to 70°C) |
| **Multiple Orientations** | Mount Playbar on the wall either above or below your TV, or lay flat on your TV table. |
| **Control** | Use your remote control, voice, touch controls or the Sonos app. |
| **Supported Devices** | Playbar connects to your TV using a single optical cable and plays all sources connected to the TV, including cable boxes and game consoles. |
| **Package Contents** | Playbar, AC power cord, optical audio cable, and Quickstart Guide. |

\* Specifications subject to change without notice.

SONOS USER GUIDE

# Playbase

Full-theater sound and music streaming for TVs on stands and furniture—

- Slim tabletop design practically disappears under your TV.
- Securely supports TVs up to 75 lb (34 kg).
- Simple two-cord setup. One for power. One for your TV.
- Easily expandable. Add a Sub and two Sonos speakers for 5.1 surround sound. For more information, see **Sonos home theater**.
- See **Getting started** when you're ready to add a Playbase to your Sonos system.

Play and control your music using the Sonos app or the touch controls.



Volume Down    Play/Pause    Volume Up        Swipe right for next song (when applicable)        Swipe left for previous song (when applicable)

Touch Controls

## Controls and lights

| | | | |
|---|---|---|---|
| :: | | **Volume control** | • Touch and hold to quickly change the volume:<br>• **Volume up** (right); **Volume down** (left). |
| >‖ | | **Play/Pause** | Press to play or pause sound. |
| ::  >‖  :: | | **Next/Previous song** | • Swipe right across the touch controls to skip to the next song.<br>• Swipe left to go to the previous song.<br>**Note:** You can't skip forward or go back when listening to a radio station. |
| | | **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |
| | | **IR sensor light** | The IR (InfraRed) sensor receives the signals sent by a remote control. When the Playbase receives a volume or mute command, the IR signal light displays momentarily. |

## Connector panel



Join button

Ethernet port

Digital audio IN (optical)

AC power (mains) input

| | |
|---|---|
| **Ethernet port** | Use the supplied Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). You should only use this port to plug in either the Playbase or a Sonos Bridge or Boost. |
| **Digital audio IN (optical)** | Use an audio optical cable to connect the Playbase to your TV. |

| | |
|---|---|
| **AC power (mains) input** | Use only the supplied power cord (using a third-party power cord will void your warranty). |
| | **Note:** Insert the power cord firmly until it is flush with the speaker. |
| **Join button** | Press to connect during setup. |

## Select a location

You can place the Playbase under your TV or on a shelf.



**Under TV with single foot stand**

- Lift the TV and put Playbase under it with the Sonos logo facing front.
- Make sure the TV stand rests completely on the Playbase with no overhang.
- Your TV should not weigh more than 75 lb (34 kg)
- Allow at least 1" between Playbase and other surfaces, like walls or cabinets.



**Under TV with split foot stand**

- Playbase accommodates most TVs with separate feet near the edges of the screen. It fits securely between the feet, below the screen.
- Feet must be at least 2.3" (58mm) tall to allow for Playbase clearance.
- If the feet are too close together or they're not quite high enough, don't try to force your Playbase to fit.



**On a TV cabinet shelf**

- For the best sound, place Playbase toward the front of the furniture but DON'T let it hang over the edge.
- Allow at least 2" all around the Playbase.

**Note:** Don't place objects lighter than 5 lb (2.3 kg) on top of your Playbase or the sound may send them flying.

## Connect the cables

1. Disconnect existing home theater or surround sound equipment from your TV.

**2.**  Connect any external devices, like a cable box or DVD player, directly to your TV.



## Connect Playbase to your TV

**1.**  Remove the protective cap from each end of the optical audio cable.

**2.**  Connect the optical audio cable from your TV's digital audio **OUT** (optical) to the Playbase's digital audio **IN** (optical). Don't twist or bend the cable.

**Note:**  The Playbase's digital audio IN port and the optical cable are 'D-shaped'—make sure the connector aligns correctly into the port.



IMPORTANT: Remove the protective caps from each end of the optical audio cable.

## Connect the power cord

Attach the power cord and plug in the Playbase. *Push the power cord firmly into the Playbase until it is flush with the surface.*

If you don't have the app, download it from the app store. You'll use it to set up and control your Sonos system. See **Getting started**.

## Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Amplifier** | Ten Class-D digital amplifiers. |
| **Speakers** | Ten amplified speaker drivers—six midrange and three tweeters and one woofer. |
| **System Requirements** | TV with optical audio output, broadband Internet, and the Sonos app. |
| **Networking\*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **Ethernet Port** | One 10/100 Mbps Ethernet port. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| **Power Supply** | Auto-switching 100 - 240V ~ 50-60 Hz 2.3A AC universal input. |
| **Dimensions (H x W x D)** | 2.20 x 28.35 x 14.96 in. (56 x 720 x 380 mm) |
| **Weight** | 21.5 lb (9.8 kg) |
| **Operating Temperature** | 32°F to 104°F (0°C to 40°C) |
| **Storage Temperature** | -4°F to 158°F (-20°C to 70°C) |
| **Control** | Use your remote control, voice, touch controls or the Sonos app. |
| **Supported Devices** | Playbase connects to your TV using a single optical cable and plays all sources connected to the TV, including cable boxes and game consoles. |
| **Package Contents** | Playbase, AC power cord, Ethernet cable, optical audio cable, and Quickstart Guide. |

\* Specifications subject to change without notice.

SONOS USER GUIDE

# Amp

Amp features a built-in state-of-the-art digital amplifier that can power large or small speakers so you can enjoy superior audio in any room.

- Power your bookshelf, floor-standing, in-wall, and in-ceiling speakers.
- Connect to your TV to create the ultimate entertainment system.
- Stream everything you love with the Sonos app and AirPlay.
- Plug in any audio device, like a turntable or a phone, and listen out loud.
- See **Getting started** when you're ready to add Amp to your Sonos system.

## Controls and lights

Swipe, touch, or tap—with Amp you've got choices on how to control the sound.

- Use the touch controls on Amp.
- Use our app.
- Use your TV remote control.



**Note:** See **The Sonos app** for more information on how to use our app.

|  | Status light | Indicates the status. For more information, see **http://faq.sonos.com/led**. |
|---|---|---|
| ⠿ | Volume control | Touch for small adjustments or touch and hold to quickly change the volume:<br>• **Volume up** (right)<br>• **Volume down** (left)<br>**Note:** You can also use our app or your remote control. |

SONOS USER GUIDE

| | | Play/Pause | Touch to play or pause sound.<br>• **TV**—When the TV is on, touch ▷‖ to toggle the sound on and off.<br>• **Music**—When the TV is off, touch ▷‖ to pause or restart music. |
|---|---|---|---|
| | | Next/Previous<br>(Music only) | • Swipe right across the touch controls to skip to the next song.<br>• Swipe left to go to the previous song.<br><br>**Note:** You can't skip forward or go back when listening to a radio station. |
| | | IR sensor | The IR (InfraRed) sensor receives signals sent by a remote control. |

# Connector panel



| HDMI ARC | Use an HDMI cable to connect Amp to your TV's HDMI ARC port. |
|---|---|
| Join button | Press to connect during setup. |
| AC power (mains) port | Use only the supplied power cord (using a third-party power cord will void your warranty).<br><br>**Note:** Insert the power cord firmly. |

| | |
|---|---|
| **Analog audio in** | Use a standard RCA audio cable to connect Amp's analog audio inputs to the audio outputs from a separate audio component, such as a turntable or a portable music player. |
| **Ethernet ports (2)** | Use an Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
| **Subwoofer output**<br>**Note:** If you disconnect your subwoofer, make sure to also disconnect the subwoofer's cable from the Amp output. | Connect a powered subwoofer to this output using a standard RCA cable. The system will detect when a cable is connected to the subwoofer output and adjust the crossover frequency automatically. |
| **Speaker terminals** | Use high-quality speaker wire to connect your speakers to Amp. |

## What can you do with Amp?

### Play music through your favorite speakers

Connect your favorite bookshelf, floor-standing, in-wall, or in-ceiling speakers to Amp to stream all the music you love. Connect a turntable, stereo, or portable music player and play the sound on any Sonos speaker.

### Enhance your TV sound

Connect Amp to your TV to create the ultimate entertainment system.

- Use Amp and a pair of 3rd-party speakers to create two front audio channels.
- Use Amp with third-party speakers to add surround sound if you already have a Sonos home theater speaker (Beam, Playbase, Playbar, or another Amp) connected to your TV.

(For even deeper sound, add a Sonos Sub or connect a third-party subwoofer.)

See **Connect Amp to your TV** for setup information.

## Select a location

You can place Amp just about anywhere— in an electronics rack, on a shelf, or on a credenza with your TV.

### Rack mounted

- Amp mounts perfectly in any electronics rack.
- Place two Amps side by side in a 2U rack.
- Place four Amps in a 3U rack.

### Placed on a credenza

- Place horizontally on a stable and level surface at least 3 in / 50 mm from the TV.
- Don't block the TV's IR sensor.
- If put on a shelf, place at the front and keep 3" (minimum) clearance on all sides.
- Don't block the front of Amp so you can reach the touch controls.

# Connect the cables

## Attach desired speakers

Your speakers' power rating should be at least 125W for 8 ohm speakers, and at least 200W for 4 ohm speakers. Do not connect speakers rated at less than 4 ohm.

**Note:** Amp can drive speakers with nominal impedance above 4 ohms. Two pairs of 8 ohm speakers wired in parallel are also supported. Don't wire your speakers in series because it will result in poor sound quality.

1. Remove the cap from the banana plug to reveal the connection hole.
2. Insert the stripped end of the speaker wire into the hole, then return the cap to the banana plug to secure the connection.

**Note:** Connect the **red** (+) and **black** (-) terminals from each speaker to the corresponding banana plug and terminal on Amp. Mismatching of polarities will result in weak central sound and a distorted sense of sound direction.

3. Insert the banana plug into the proper speaker terminal on the back of Amp.
4. Repeat to install the other speaker wires.

## Connect the power cord

Attach the power cord and plug in Amp.

You'll use our app to set up and control your Sonos system. If you don't have the Sonos app, download it from your app store. See **Controls and lights**.

## Connect Amp to your TV

Use an HDMI cable to connect Amp to your TV. When connected, Amp creates two front audio channels and plays your TV sound through your favorite non-Sonos speakers.

**Note:** You may need the **optical adapter** too (the app lets you know).

1. Fully insert the HDMI cable into Amp's HDMI port.
2. Connect the HDMI cable to your TV. You have two choices:
   - **If your TV has an HDMI ARC port**, connect the HDMI cable directly to the TV's HDMI ARC port.
   - **If your TV doesn't have an HDMI ARC port**, attach the optical adapter to the HDMI cable and connect it to the TV's optical digital OUT port.

### *If your TV has an HDMI ARC port*

**HDMI ARC** is a special port that looks like a standard HDMI port. Although they look the same, if you connect to a standard HDMI port, *you won't hear sound*.

1. On your TV's **audio OUT** panel, locate the **HDMI ARC** port.

It may be on the back or side of your TV. Look for the port with "ARC" on the label.



2.  Connect the HDMI cable to the TV's **HDMI ARC** port.

**Note:** If you can't find a port with the word "ARC" on the label, your TV doesn't have an HDMI ARC port. See **If your TV doesn't have an HDMI ARC port**.

### *If your TV doesn't have an HDMI ARC port*

You'll need the **optical audio adapter**.

1.  Remove the protective cap from the optical adapter.
2.  Attach the optical adapter to the HDMI cable.



3.  Connect the optical adapter to the TV's **optical digital OUT** port.

   **Note:**   The optical adapter's port is "D-shaped"—make sure the connector aligns correctly into the port. Inserting the adapter incorrectly may damage the cable.

You'll use our app to set up and control your Sonos system. If you don't have the Sonos app, download it from your app store. See **Controls and lights**.

## Line-in

Connect an external source like a phono preamp (your **turntable** may have a built-in phone preamp), or other audio device. **Learn more**.

## Change from stereo to mono

Amp plays audio in stereo by default. You can change the sound settings for the room associated with the Amp so that it plays in two mono channels when playing music.

## Specifications

| Feature | Description |
| --- | --- |
| **Audio** | |
| **Amplifier** | Class-D digital amplifier |
| **Amplifier power** | 125W/Ch into 8 ohms |
| **Speaker Connections** | Banana plugs (2) |
| **Line-In Sources Supported** | Audio device with analog RCA output or optical output (optical adapter required). TV device with HDMI ARC or optical output (optical adapter required). |
| **Subwoofer Output** | Auto-detecting RCA type, adjustable crossover |
| **Networking** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11 b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11 b/g/n or connect a Sonos product to your router. |
| **Ethernet Ports** | Dual Ethernet ports can connect Amp to a wired home network and allow for connection of additional Sonos players. |
| **General** | |
| **System Requirements** | Passive speakers with speaker wire, broadband internet, and Sonos app. |
| **Power Supply** | Auto-switching 100-240V, 50-60 Hz AC universal input. |
| **Controls** | Touch interface with volume up/down, previous/next track and play/pause. |
| **Status indicator** | Light indicates Amp status. |
| **Dimensions (H x W x D)** | 2.52 x 8.54 x 8.54 in. (64 x 217 x 217 mm) |
| **Weight** | 4.6 lbs. (2.1 kg) |
| **Operating Temperature** | 32°F to 104°F (0°C to 40°C) |
| **Storage Temperature** | -4°F to 122°F (-20°C to 50°C) |

| Feature | Description |
|---|---|
| **Product Finish** | Black |
| **Package Contents** | Sonos Amp, Sonos banana plugs (2), AC power cord, and Quickstart Guide. |

\* Specifications subject to change without notice.

# Port

The versatile streaming component for your stereo or receiver.

- Plug in the audio equipment you already own and listen out loud.
- Stream everything you love using the Sonos app and AirPlay2.
- Use line-in to connect your turntable, or play music straight from a friend's phone on your stereo.
- 12V trigger automatically turns your amplifier on and off.
- See **Getting started** when you're ready to add Port to your Sonos system.



## Controls and lights

| | |
|---|---|
| **Status light** | Indicates the product's status. For more information, see **https://faq.sonos.com/led**. |

## Connector panel

| | |
|---|---|
| **Join button** | Press to connect during setup. |
| **Ethernet ports (2)** | Use an Ethernet cable to connect to a router, computer, or additional network device like a network-attached storage (NAS) device.<br>LED indicators:<br>• Flashing Green (network activity)<br>• Yellow (link connection) |
| **12 V trigger** | Use a stereo or 3.5 mm to 3.5 mm cable to wake your third-party amplifier whenever Sonos starts playing audio.<br>**Note:**  Read the guide that came with your amplifier for details on the use of 12V trigger input. |
| **AC power (mains) input** | Use only the included power supply (using a third-party power supply will void your warranty). |
| **Analog audio in** | Use a standard RCA audio cable (included) to connect Port's analog audio inputs to the audio outputs from a separate audio component, like a pre-amplified turntable. |
| **Analog audio out** | Use a standard RCA audio cable (included) to connect Port's analog audio outputs to the audio inputs on your amplified audio component. |
| **Digital audio out** | Use a digital coaxial cable to connect Port's coaxial digital audio output to the audio inputs on your amplified audio component. |

## Select a location

You can place Port just about anywhere—in an electronics rack, on a shelf, or on a credenza with your audio/video receiver (AVR).

### Rack mounted

Port fits perfectly in any electronics rack using a third-party shelf. You can fit 3 units across a standard rack and take up only 1 rack unit of vertical space.

**Placed on a credenza**
- Place horizontally on a stable and level surface.
- If you put it on a shelf, for best performance place it at the front and leave at least 2" space all around.

## Connect the cables

### Connect the power cord
Attach the power cord and plug in your Port.

### If you're connecting to powered speakers
You may need a Y-adapter audio cable (one 1/8" stereo miniplug to dual RCA male connectors) to connect powered speakers to the audio outputs on the Sonos product. If your speakers have a male 1/8" stereo plug, you'll need to attach a female-to-female coupler between the speaker plug and the Y-adapter audio cable.

If you don't have the Sonos app, download it from the app store on your mobile device. You'll use it to set up and control your Sonos system.

### If you're connecting to an audio/video receiver (AVR) or amplifier
- If you have *digital inputs* on your AVR or amplifier, you can use a digital coaxial cable to connect Port's digital output to the digital input on the receiver.
- If you have *analog inputs* on your AVR or amplifier, use a standard RCA audio cable to connect Port's analog audio output to the audio inputs on the receiver.
- Select the proper input channel on the receiver. See **Control volume from your AVR or amplifier** to adjust volume settings.

If you don't have the app, download it from the app store on your mobile device. You'll use it to set up and control your Sonos system.

### If you're connecting to a computer
You'll need a stereo mini to RCA Y-adapter audio cable (one 1/8" stereo miniplug to dual RCA male connectors) to connect from Port's analog audio output to your computer's audio input.

If you don't have the app, download it from the app store on your mobile device. You'll use it to set up and control your Sonos system.

## Line-in

Connect an external source like a phono preamp (your **turntable** may have a built-in phone preamp), or other audio device. **Learn more**.

## Line-out

### Control volume from your AVR or amplifier (Fixed line-out level)
Set Port's line-out level to **Fixed** if you want to control the volume exclusively from your AVR or amplifier. You won't be able to use the Sonos app to adjust the volume or equalization settings.

Go to settings and choose **Fixed** for the **Line-Out Level**.

### Control the volume from Sonos (Variable line-out level)
When Port's line-out level is set to **Variable**, you can use the Sonos app to adjust the volume.

1. Adjust your AVR or amplifier's volume to your typical listening volume.

2. Make sure the line-out level is set to **Variable**. If it's not, you'll need to change it:
   • Go to settings and choose **Variable** for the **Line-Out Level**.

3. Use the Sonos app to adjust the volume so you can hear music on your Sonos system. It may need to be turned up fairly high.

4. Readjust the volume on your AVR or amplifier so it falls within your typical listening range.

### Use Sonos to control the volume on your home theater or amplifier

When Port's line-out level is set to **Pass-Through**, Port stays at a fixed volume and sends volume commands to your amplifier. You can control volume using the Sonos app, a universal remote, or your voice if you have a voice assistant enabled.

   • Go to settings and choose **Pass-Through** for the **Line-Out Level**.

**Note:** Make sure your amplifier supports **Pass-Through**. If you set the line-out level to **Pass-Through** and your amplifier doesn't support it, you won't be able to control the volume.

## Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Sound Quality** | THD+N<0.009%, 20 Hz-20 kHz |
| **Line In** | Analog (RCA), auto-detecting |
| **Line Out** | Analog (RCA), digital (coaxial) |
| **Networking\*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **Ethernet port** | Two 10/100 Mbps Ethernet ports to connect to a wired home network. |
| **General** | |
| **Power Supply** | Auto-switching 100 - 240V, 50-60 Hz AC universal input. |
| **Dimensions (H x W x D)** | 1.6 x 5.4 x 5.4 in. (41 x 138 x 138 mm) |
| **Weight** | 1lb (.47 kg) |
| **Operating Temperature** | 32° to 104° F (0° to 40° C) |
| **Storage Temperature** | -4° to 158° F (-20° to 70° C) |

SONOS USER GUIDE

| Feature | Description |
|---------|-------------|
| **Product Finish** | Black |
| **Package Contents** | Port, power supply, RCA cable, and Quickstart Guide. |

* Specifications subject to change without notice.

SONOS USER GUIDE

# Connect:Amp

The amplified music streaming upgrade for your favorite indoor or outdoor speakers—

- Plug in any audio device, like a turntable or a phone, and listen out loud.
- Built-in amplifier powers large or small speakers.
- RCA line-in for connecting a range of playback sources.
- Pairs with your Sonos home theater speaker for surround sound using your favorite non-Sonos speakers.
- See **Getting started** when you're ready to add a Connect:Amp to your Sonos system.



## Controls and lights

| | | |
|---|---|---|
| $+$  $-$ | **Volume up (+)**<br>**Volume down (-)** | Press to adjust the volume.<br>**Note:**  You can also use the app. |
| ▶ǀǀ | **Play/Pause** | • Press *once* to play or pause music.<br>• Press *twice* to skip to the next song (if applicable to the selected music source).<br>• Press *three times* to go back to the previous song.<br>• Press and hold to add the music playing in another room.<br><br>**Note:**  You can't skip forward or go back when listening to a radio station. |
| | **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

SONOS USER GUIDE

# Connector panel



| Ethernet ports (2) | You can use an Ethernet cable (supplied) to connect to a router, computer, or additional network device like a network-attached storage (NAS) device.<br>**LED indicators:**<br>• Green (link connection)<br>• Flashing Yellow (network activity) |
|---|---|
| Right speaker terminals | Use high-quality speaker wire to connect the right speaker to Connect:Amp. |
| Left speaker terminals | Use high-quality speaker wire to connect the left speaker to Connect:Amp. |
| Voltage select | 100 – 120V~ / 220 – 240V~ 50 – 60 Hz<br>Select the appropriate voltage setting for your country. |
| AC power (mains) input | Use only the supplied power cord to connect to a power outlet (using a third party power cord will void your warranty). |
| Analog audio in | You may use a standard RCA audio cable to connect the Connect:Amp's analog audio inputs to the audio outputs from a separate audio component, like a turntable. |
| Subwoofer output<br>**Note:** If you disconnect your subwoofer, make sure to also disconnect the subwoofer's cable from the Connect:Amp output. | You may connect a powered subwoofer to this output using a standard RCA cable. The system will detect when a cable is connected to the subwoofer output and adjust the crossover frequency automatically. |

SONOS USER GUIDE

# Connect the cables

### Attach desired speakers

Your speaker's power rating should be at least 55W for 8 ohm speakers, and at least 100W for 4 ohm speakers. Don't connect speakers rated at less than 4 ohms.

1. Use your thumb or finger to firmly push the spring-loaded speaker connector post inward to reveal the connection hole.

2. Insert the stripped end of the speaker wire into the hole, and then release. The stripped portion should be caught firmly in the connector post.

   **Note:** Connect the **red** (+) and **black** (-) terminals from each speaker to the corresponding terminals on the Connect:Amp. Mismatching of polarities will result in weak central sound, and a distorted sense of sound direction.

3. Repeat to install the other speaker wires.

 

If your speakers have banana connectors, you can insert the plugs directly into the banana jacks on the back of the Connect:Amp instead.

### Connect the power cord

Attach the power cord and plug in the Connect:Amp.

If you don't have the app, download it from the app store. You'll use it to set up and control your Sonos system. See **Getting started**.

# Line-in

Connect an external source like a phono preamp (your **turntable** may have a built-in phone preamp), or other audio device. **Learn more**.

## Specifications

| Feature | Description |
| --- | --- |
| **Audio** | |
| **Amplifier** | Class-D |
| **Rated Output** | 110W RMS (2x55W continuous average power into 8 ohms, THD+N<0.02%)* |
| **Speaker Connections** | Spring binding posts (in North America, the Connect:Amp has combined spring binding post/banana jack connectors). |
| **Line-In Connections** | Auto-detecting RCA type |
| **Subwoofer Output** | Auto-detecting RCA type, 80 Hz crossover |
| **Home Theater** | Pairs with a Sonos home theater speaker for a true surround sound experience. You must use Ethernet cables to connect both Sonos products to your router when you use Connect:Amp for surround sound. |
| **Networking*** | |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **Ethernet port** | Two 10/100 Mbps Ethernet ports. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| **Power Supply** | 100–120V~ / 220–240V~ 50–60 Hz 2A |
| **Dimensions (H x W x D)** | 3.50 x 7.28 x 8.15 in. (89 x 185 x 207 mm) |
| **Weight** | 5.1 lb (2.3 kg) |
| **Operating Temperature** | 32° to 104° F (0° to 40° C) |
| **Storage Temperature** | -4° to 158° F (-20° to 70° C) |
| **Product Finish** | Anodized precision machined extrusion aluminum case. Aluminum casing also facilitates passive cooling. |
| **Package Contents** | Connect:Amp, power cord, Ethernet cable, and Quickstart Guide. |

* Specifications subject to change without notice.

# Connect

The instant music streaming upgrade for your existing stereo or receiver—

- Brings music streaming to the audio equipment you already own.
- Flexible. Features analog, optical and coaxial digital audio outputs.
- Line-in. Plug in any device you desire.
- Stream LPs from your amplified turntable to Sonos speakers in any room.
- See **Getting started** when you're ready to add a Connect to your Sonos system.



## Controls and lights

| | | |
|---|---|---|
| + − | **Volume up (+)**<br>**Volume down (-)** | Press to adjust the volume.<br>**Note:** You can also use the app. |
| ▶‖ | **Play/Pause** | • Press *once* to play or pause music.<br>• Press *twice* to skip to the next song (if applicable to the selected music source).<br>• Press *three times* to go back to the previous song.<br>• Press and hold to add the music playing in another room.<br><br>**Note:** You can't skip forward or go back when listening to a radio station. |
| | **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

SONOS USER GUIDE

# Connector panel



| Ethernet ports (2) | You can use an Ethernet cable (supplied) to connect to a router, computer, or additional network device like a network-attached storage (NAS) device. LED indicators: <br> • Flashing Green (network activity) <br> • Yellow (link connection) |
| --- | --- |
| AC power (mains) input | Use only the supplied power cord (using a third-party power cord will void your warranty). |
| Analog audio in | Use a standard RCA audio cable (supplied) to connect the audio outputs from a separate audio component, like a pre-amplified turntable, to the Sonos Connect's analog audio inputs. |
| Analog audio out | Use a standard RCA audio cable (supplied) to connect the Sonos product's analog audio outputs to the audio inputs on a separate audio component, like an amplifier or your home theater receiver. |
| TOSLINK digital audio out | You can use a TOSLINK optical audio cable to connect the Sonos Connect's TOSLINK digital audio output to the audio inputs on a separate audio component, like an amplifier or your home theater receiver. |
| Coaxial digital audio out | You can use a digital coaxial cable to connect the Sonos product's coaxial digital audio output to the audio inputs on a separate audio component, like an amplifier or your home theater receiver. |

SONOS USER GUIDE

# Connect the cables

### Connect the power cord
Attach the power cord and plug in the Sonos Connect.

### If connecting to powered speakers
You may need a Y-adapter audio cable (one 1/8" stereo miniplug to dual RCA male connectors) to connect the computer's speakers to the audio outputs on the Sonos product. If your speakers have a male 1/8" stereo plug, you'll need to attach a female-to-female coupler between the speaker plug and the Y-adapter audio cable.

If you don't have the app, download it from the app store. You'll use it to set up and control your Sonos system. See **Getting started**.

### If connecting to a home theater or amplifier



- If you have *digital inputs* on your home theater or amplifier, you can use either a TOSLINK optical audio cable or a digital coaxial cable to connect the Sonos Connect's digital output to the digital input on the receiver.
- If you have *analog inputs* on your home theater or amplifier, use a standard RCA audio cable to connect the Sonos Connect's analog audio output to the audio inputs on the receiver.
- Select the proper input channel on the receiver. See **Control volume from your AVR or amplifier (fixed line-out level)** to adjust volume settings.

If you don't have the app, download it from the app store. You'll use it to set up and control your Sonos system. See **Getting started**.

### If connecting to a computer
You'll need a stereo mini to RCA Y-adapter audio cable (one 1/8" stereo miniplug to dual RCA male connectors) to connect the Sonos product's analog audio output to the computer's audio input.

If you don't have the app, download it from the app store. You'll use it to set up and control your Sonos system. See **Getting started**.

# Line-in

Connect an external source like a phono preamp (your **turntable** may have a built-in phone preamp), or other audio device. **Learn more**.

# Line-out

### Control volume from your AVR or amplifier (fixed line-out level)

Set Connect's line-out level to **Fixed** if you want to control the volume exclusively from your AVR or amplifier. You won't be able to use the Sonos app to adjust the volume or equalization settings.

Go to settings and choose **Fixed** for the **Line-Out Level**.

### Control the volume from Sonos (variable line-out level)

When Connect's line-out level is set to **Variable**, you can use the Sonos app to adjust the volume.

1. Adjust your AVR or amplifier's volume to your typical listening volume.
2. Make sure the line-out level is set to **Variable**. If it's not, you'll need to change it:
   • Go to settings and choose **Variable** for the **Line-Out Level**.
3. Use the Sonos app to adjust the volume so you can hear music on your Sonos system. It may need to be turned up fairly high.
4. Readjust the volume on your AVR or amplifier so it falls within your typical listening range.

### Use Sonos to control the volume on your home theater or amplifier

When Connect's line-out level is set to **Pass-Through**, Connect stays at a fixed volume and sends volume commands to your amplifier. You can control volume using the Sonos app, a universal remote, or your voice if you have a voice assistant enabled.

   • Go to settings and choose **Pass-Through** for the **Line-Out Level**.

**Note:**  Make sure your amplifier supports **Pass-Through**. If you set the line-out level to **Pass-Through** and your amplifier doesn't support it, you won't be able to control the volume.

# Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Sound Quality** | THD+N<0.009%, 20 Hz-20 kHz |
| **Line In** | Analog (RCA), auto-detecting |
| **Line Out** | Analog (RCA), digital (optical and coaxial) |
| **Networking\*** | |

SONOS USER GUIDE

| Feature | Description |
|---|---|
| Wireless Connectivity | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| Ethernet port | Two 10/100 Mbps Ethernet ports. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **General** | |
| Power Supply | Auto-switching 100-240 V, 50-60 Hz 0.3 A AC universal input. |
| Dimensions (H x W x D) | 2.91 x 5.35 x 5.51 in. (74 x 136 x 140 mm) |
| Weight | 1.5 lb (.69 kg) |
| Operating Temperature | 32° to 104° F (0° to 40° C) |
| Storage Temperature | -4° to 158° F (-20° to 70° C) |
| Product Finish | Light gray/high quality polycarbonate material |
| Package Contents | Sonos Connect, power cord, Ethernet cable, RCA stereo audio cable, stereo mini (male) to RCA (male) Y audio cable, and Quickstart Guide. |

* Specifications subject to change without notice.

SONOS USER GUIDE

# Sub

The Sonos Sub takes your audio experience to the next level—

- Instantly adds a dimension of deep bass impact to your audio listening experience.
- Allows placement anywhere because it's wireless and compact—position it vertically or horizontally on any floor surface.
- The top of the acoustic slot doubles as a handle so you can lift it.
- See **Getting started** when you're ready to add a Sub to your Sonos system.

**Note:** The Sonos Sub is designed for use with any Sonos speaker, except Sonos Connect. Make sure you set up at least one speaker before adding the Sub.



SONOS USER GUIDE

## Controls and lights

| | |
|---|---|
| **Join button** | Press to connect during setup. |
| **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

## Connector panel

| | |
|---|---|
| **Ethernet port** | Use an Ethernet cable to connect the Sub to your home network. |
| **AC power (mains) input** | Use only the supplied power cord to connect to a power outlet (using a third party power cord will void your warranty). Be sure to use the proper power adapter for your country. *Push the power cord firmly into the Sub until it is flush with the surface.* |

## Select a location

Choose a location—it's designed to provide optimal sound wherever you place it.

- Use the acoustic slot as a handle to lift Sub out of the box. You should always bend your knees when lifting heavy objects to avoid undue stress on your back.

- Make sure at least one side of the slot is free from obstruction. If you place it vertically against a wall, don't block the front opening. If you place the Sub horizontally on the floor, don't put anything on top of it.

- The Sub is designed to sit on the floor. You can place it in a corner, against the wall, behind, under, or next to any piece of furniture on any kind of floor surface.

- Position the Sub either vertically or horizontally. If you're going to use it horizontally, you can attach the permanent felt feet (included). See **Attach the feet** for more information.



**Make sure at least one side of the rectangular opening (acoustic slot) is unobstructed.**

- If you place the Sub vertically flush against a wall, don't block the front acoustic slot.

- If you place the Sub horizontally on the floor, don't put anything on top of it. Leave at least 1" clearance along the top of the Sub if placing under furniture.

**Note:** The Sub contains strong magnets. Don't place the Sub near equipment that is sensitive to magnetic fields.

## Attach the feet

If you're placing Sub horizontally on a floor, you can attach permanent felt feet (included) to protect your floor. If you're putting it on a rug or using it vertically, no need to adhere the felt feet.

**Note:** The felt feet are not removable—a strong adhesive will keep them permanently attached to the Sub.

1. Lay the Sub down so the Sonos logo is facing down. Make sure you adhere the felt feet to the side that doesn't have the Sonos logo.
2. Place the enclosed guide on one corner of the unit and fold the flaps over the edge.



Felt foot

Guide for felt foot placement

3. Peel the backing off one of the feet.
4. Press the felt foot (sticky side down) onto the unit inside the circular portion of the guide.
5. Attach the other 3 felt feet the same way.

## Connect the cables

Attach the power cord and plug in the Sub. *Be sure to push the power cord firmly into the Sub until it is flush with the surface.*

  

If you don't have the app, download it from the app store. You'll use it to set up and control your Sonos system. See **Getting started**. Make sure you set up at least one speaker before adding the Sub.

**Note:**  After the Sub is paired with a Sonos speaker, you won't see it displayed separately in **Rooms**. Any changes you make to that Sonos speaker (volume, mute, music selection) will also affect the Sub.

## Sub settings

The Sub's settings are set during the initial setup process, but you can make changes anytime.

1. Go to the sound settings for the room that's associated with your Sub.

   It appears as **room** *(+Sub)* in your list of rooms.
2. Tap **Sub Audio.**
3. Choose one of the following options:

   - **Sub**: Choose **On** or **Off** to turn the sound from the Sub on and off.
   - **Sub Level**: Use the slider to increase or decrease the volume of the Sub. (You can use this setting to match the subwoofer level to the level of your main speakers.)
   - **Phase Control**: Choose 0° or 180° to set the phase control for your Sonos Sub or third-party subwoofer. This can help integrate your subwoofer with other speakers in the room. (You'll see this setting when you pair a Sonos Sub or third-party subwoofer with a Sonos Amp or Connect:Amp.)
   - **Crossover Frequency**: Adjust the frequency at which the sound transitions to the subwoofer. By default this is 80 Hz.

   *You may wish to choose a different crossover frequency if:*

   - The main speakers sound distorted at high volumes—moving to a smaller speaker size setting can help.
   - Your attention is drawn to the Sub's location while listening to music—moving to a larger speaker size setting can help.

| 1 | Compact | 110 Hz |
|---|---|---|
| 2 | | 100 Hz |
| 3 | | 90 Hz |
| 4 | Bookshelf / Ceiling | 80 Hz |

| 5 | | 70 Hz |
|---|---|---|
| 6 | Floor | 60 Hz |
| 7 | | 50 Hz |

- **Recalibrate Sub**. If you move your Sub to another location, purchase new speakers, or just want to adjust the sound after initial setup, you can recalibrate the Sub (Android devices only).
  - Select the size of your stereo speakers (Connect:Amp only).
  - Press Play ▶ to compare the volume of two test sounds, A and B, and then select **No Difference**, **A is louder** or **B is louder**.
  - Press Play ▶ to listen to a test sound, and then select the level you prefer.

## Pair Sub with a different speaker

You can easily pair Sub with a different Sonos speaker (except the Sonos Connect).

If you're moving Sub to a new room, wait for the status light to stop flashing after you plug it back in.

1. Go to the sound settings for the room that's associated with your Sub.

   It appears as **room (+Sub)** in your list of rooms.
2. Remove the Sub.
3. You can pair the Sub with a different Sonos product or choose not to use the Sub right now. It will appear on **Rooms** as *Sub (unused)* until you pair it with another Sonos speaker.

## Specifications

| Feature | Description |
|---|---|
| **Audio** | |
| **Amplifier** | Two Class-D digital amplifiers. |
| **Speakers** | Two force-canceling speakers positioned face-to-face for deeper, richer sound and zero cabinet buzz or rattle. |
| **Dual Acoustic Ports** | Tuned to enhance the Sub performance. |
| **Frequency Response** | Plays down to 25 Hz. |
| **All Digital Sound** | All filter settings, active equalization, and time alignment are done digitally through state-of-the-art DSP (Digital Signal Processing) circuitry for zero-loss audio quality and energy. |
| **Automatic Equalization** | The system automatically adjusts audio settings across all connected components. |
| **Networking\*** | |

| Feature | Description |
|---------|-------------|
| **Ethernet Port** | One 10/100Mbps Ethernet port. You can plug a Sonos product directly into your router if your WiFi is unstable. |
| **Wireless Connectivity** | Connects to your home WiFi network with any 802.11b/g/n router. 802.11n only network configurations are not supported—you can either change the router settings to 802.11b/g/n or connect a Sonos product to your router. |
| **General** | |
| **Power Supply** | Auto-switching 100-240 V, 50-60 Hz 2A AC universal input. |
| **Dimensions (H x D x W)** | 15.3 x 6.2 x 15.8 in. (389 x 158 x 402 mm) |
| **Weight** | 36.3 lb (16kg) |
| **Operating Temperature** | 32°F to 104°F (0°C to 40°C) |
| **Storage Temperature** | -4°F to 158°F (-20°C to 70°C) |
| **Multiple Orientations** | Stand upright or lay flat for flexible placement. |
| **Rubber and Felt Feet** | Built-in rubber feet; optional felt feet included. |
| **Supported Devices** | Sub works with all Sonos products except the non-amplified Sonos Connect. |
| **Package Contents** | Sonos Sub, power cord, and Quickstart Guide. |

* Specifications subject to change without notice.

SONOS USER GUIDE

# Boost

For when existing WiFi isn't reliable enough for streaming music—

- Boost broadcasts 360° signals through walls and ceilings for flawless coverage.
- Streams without interference in the most challenging WiFi environments.
- Bypasses your WiFi to create a separate high-performance wireless network just for Sonos speakers.

## When to use a Boost

- Your WiFi is slow or temperamental, or your network is already in high demand with streaming video, gaming, and internet usage.
- WiFi doesn't reach all the rooms where you want to use Sonos. Extend the range of your Sonos system by placing a Boost in between the Sonos speaker that's out of reach and the rest of the Sonos system.
- Your network is 5 GHz only (not switchable to 2.4 GHz).
- Your router supports only 802.11n (you can't change the settings to support 802.11b/g/n).



**Join button** ———————— **Status light**

SONOS USER GUIDE

## Controls and lights

| | |
|---|---|
| **Join button** | Press to connect during setup. |
| **Status light** | Indicates the status. For more information, see **https://faq.sonos.com/led**. |

## Connector panel



| | |
|---|---|
| **Ethernet ports (2)** | Use an Ethernet cable if you want to connect to a router, computer, or network-attached storage (NAS) device (optional). |
| **AC power (mains) input** | Use only the supplied power cord (using a third-party power cord will void your warranty). |
| | **Note:** Be sure to use the proper power adapter for your country. |

## Select a location

If you purchased a Boost to replace a Sonos product that's connected to your router, first add the Boost to your Sonos system, then plug it into your router and move the one that was originally wired.

If you purchased a Boost to extend the range of your Sonos system, place the Boost in between the Sonos speaker that's out of reach and the rest of the Sonos system.

## Wall mounting

1. Choose a location that's close to an electrical outlet (power cord length is 6 ft. / 1.8m), away from heat sources, hidden wiring, gas lines, etc.
2. Drive an American standard #6 round head screw (metric, M3.5 round head screw) into the wall, leaving a gap between the wall and the screw head (approximately 0.13 in / 3.3mm).

   **Note:** Pan head screws will also work.

**3.** Place the Boost on the wall and slide straight down, allowing the screw head to slip behind the smaller end of the keyhole slot on the back of the Boost.

# Specifications

| Feature | Description |
|---|---|
| **Ethernet Connection** | 2-port switch, 10/100 Mbps, auto MDI/MDIX |
| **Network Bridging** | 2-port switch allows a connection to your network or to other Sonos speakers. Extend the range of SonosNet—use a Boost to extend the SonosNet signal to areas that cannot reach the rest of the Sonos system. |
| **Wireless Connectivity** | Works on SonosNet™, a secure AES encrypted, peer-to-peer wireless mesh network dedicated exclusively for Sonos to reduce WiFi interference |
| **Power Supply** | Auto-switching 100 - 240V ~ 50-60 Hz 0.3A AC universal input. |
| **Dimensions (H x W x D)** | 1.3 x 4.5 x 4.5 in. (33 x 115 x 115 mm) |
| **Weight** | 0.42 lb (.191kg) |
| **Recommended Mounting Screw** | American standard #6 round head screw; Metric M3.5 round head screw |
| **Operating Temperature** | 32°F to 104°F (0°C to 40°C) |
| **Finish** | White/high quality polycarbonate material |
| **Package Contents** | Sonos Boost, power cord, Ethernet cable, and Quickstart Guide. |

\* Specifications subject to change without notice.

# Accessories

Find the perfect accessory for your Sonos system—tailored to perfectly fit your Sonos products.

- **<u>Sonos Stand</u>**
- **<u>Sonos Shelf</u>**
- **<u>Wall Mount</u>** for Beam
- **<u>Wall Mount</u>** for Playbar
- **<u>Sonos Architectural by Sonance speakers</u>**

For the full selection of Sonos-compatible stands, wall mounts, and cables, see **<u>Accessories</u>** on our website.

## Sonos Stand

A set of custom-designed stands for Sonos One and Play:1 provide an elegant solution for placing your home theater surrounds.

- Indentation in the stem hides the speaker's power cable for simple cable management.
- Solid construction. The base has increased structural stability to eliminate wobbling, and bumpers secure your speakers in place
- Perfect height for home theater surrounds.
- Dimensions (H x W x D): 32.98 x 11.81 x 11.81 in. (837.8 x 300 x 300 mm)
- Weight: 12.3 lbs (5.58 kg) for the pair; 6.15 lbs (2.8 kg) each

### What's in the box?

The kit contains a pair of Sonos stands. Each stand assembly includes:

- Base
- Stem
- Speaker platform
- Speaker platform bottom cover
- Stem top cap
- Mounting kit with 4 screws (2 silver, 2 black)

**Note:** Sonos speakers sold separately.

### What you'll need

- Phillips-head screwdriver

## Assembling your Sonos Stand

1.  Take everything out of the box and place the base in the packaging slot to stabilize it for the next few steps. Unplug your Sonos speaker, and thread the speaker end of the power cord through the opening in the base.



2.  Insert the stem snugly into the base, using the alignment pins to position the power cord channel either in the front or back. Use the 2 black screws and a Phillips-head screwdriver to attach the base.



**3.** Route the speaker's power cord through the speaker platform.



**4.** Use the 2 silver screws to attach the speaker platform to the top of the stem, threading the power cable carefully. Snap the bottom plate on with the power cable channel in the back, and mount the platform on the stem.



**5.** Plug the power cord back into the speaker and place on the top mount, pulling any extra cable down from the top. Tighten the screws and attach the top cap with the notch facing toward the speaker.



**6.** Press the power cord into the stem, working from top to bottom. Pull the excess cable down from the base.



7. Tilt the stand forward slightly to wrap the excess cord around the bottom of the base. Plug the speaker's power cable into the wall and enjoy the music!



## Sonos Shelf

The easy-to-install shelf for Sonos One and Play:1 securely holds your speaker in place—its space-saving design provides a designated space for your speaker.

- Designed to support up to 8 lbs (3.6 kg)
- Dimensions (H x W x D): 0.89 x 10.23 x 6.29 in. (22.7 x 260 x 160 mm)
- Weight: 1 lb (0.45 kg)

### What's in the box?
- Top shelf
- Wall bracket
- Bottom cover
- Mounting kit

**Note:** Sonos speakers sold separately.

## What you'll need

- Pencil
- Phillips-head screwdriver
- Power drill (if needed for installation location)
- Level

## Assembling your Sonos Shelf

1. Place the wall bracket against the wall and mark the screw holes. (Make sure the black bracket foam ring is face up.)



**2.** If using wall anchors, use a 5/16" drill bit to drill 2 pilot holes and then insert the wall anchors. Refer to the wall mounting information below for guidelines. Otherwise skip this step.



| WALL MATERIAL | PRE-DRILL | USE WALL ANCHORS | USE SCREWS |
|---|---|---|---|
| Wood stud | 1/8" / 3mm bit | No | Yes |
| Drywall (no stud) | 5/16" / 8mm bit | Yes | Yes |
| Hard wallboard or double board | 5/16" / 8mm bit | Yes | Yes |
| Plaster | 5/16" / 8mm bit | Yes | Yes |
| Concrete or Brick | 5/16" / 8mm bit | Yes | Yes |

**3.** Use a Phillips-head screwdriver or a power drill to screw the bracket to the wall.



**4.** Position the shelf the way you want it (supports left or right speaker placement). Press the shelf firmly on to the wall bracket until it snaps into place (both front and back).



**5.** Route the speaker's power cord through the shelf opening. (You'll wrap the cord around the bottom of the shelf after it's assembled.)



**6.** Press the bottom cover firmly onto the shelf until it snaps into place, carefully aligning the pins. Plug the power cord into the speaker and place the speaker on top of the shelf.



**7.** Wrap the excess power cord around the bottom of the shelf.



**8.** Your shelf assembly is complete—time to play some music!



## Wall Mount for Beam

See **Wall mount** for more information

## Wall Mount for Playbar

See **Wall mount** for more information

# Sonos Architectural by Sonance speakers

Sonos Architectural by Sonance speakers include exclusively-designed audio enhancements when used with a Sonos **Amp**. These enhancements include:

- Trueplay tuning (not applicable to outdoor speakers)
- Custom EQ settings
- Gain adjustment
- Dynamic bass extension
- Signal limiting/loudspeaker protection

### To unlock Sonos audio enhancements

After you install your Sonos Architectural speakers and set up **Amp**, go to the settings for the room associated with these speakers and select **Detect Sonos Architectural**.

# Other accessories

For a full selection of wall mounts, stands, and cables, tailored to perfectly fit your Sonos products, see **Accessories** on our website.

SONOS USER GUIDE

# Rooms

Everyone in the house can listen to something different, or you can group your Sonos products together to play the same music for a party.

Tap 🏠 to see what's playing in each room. To change what's playing, tap a room, and choose different content from **Browse**, **Search**, or **My Sonos**.

Tap 📱 to play the same music in more than one room. If you're near a speaker, press and hold the ⏵ǁ button to easily add the music from another room. If different content is playing in different rooms, just press and hold ⏵ǁ until you hear the sound you want.

## Room settings

You can customize Sonos products for your surroundings.

| | |
|---|---|
| **Trueplay** | Trueplay analyzes the surroundings in a room and then adjusts each woofer and tweeter to provide you with the best sound for that room. **Learn more** |
| **EQ settings** | Sonos products ship with preset equalization settings. You can change the sound settings (bass, treble, balance, or loudness) to suit your personal preferences. **Learn more** |
| **Room name** | If you move your speaker to a new room, you can change its name in your room's settings. |
| **Status light** | There's a status light on each product. If the light is distracting, you can turn it off in your room's settings. If it ever flashes orange, go to **https://faq.sonos.com/led** for more information. |
| **Speaker touch controls** | You can disable the touch control buttons on your speaker. You may want to do this to prevent a child or curious pet from accidentally adjusting playback or volume. **Learn more** |
| **Set max volume** | You can set a maximum volume for each room. **Learn more** |

| | |
|---|---|
| **Turn off WiFi** | You can turn off your speaker's WiFi when it's connected to your network with an Ethernet cable. This reduces power consumption and can improve connectivity for some wired speakers.<br>For products like Amp, Connect, and Connect:Amp, turning off WiFi can reduce the internal temperature when they're placed in a rack or stacked. **Learn more** |
| **Line-In** | You can connect an audio device like a turntable, stereo, or MP3 player to a Play:5, Amp, Connect, or Connect:Amp and stream the audio to Sonos. **Learn more** |

# Stereo pairs

Pair two Sonos speakers in the same room for a wider, stereo experience. One speaker serves as the left channel and one serves as the right channel.

**Note:**  The Sonos speakers in a stereo pair must be the same type.

**Get more information** about stereo pairs.



# Sonos home theater

Sonos products for your TV provide full-theater sound and play music too. Create a home theater system by adding a pair of rear surrounds and a Sub.

- **Beam**: compact soundbar with Amazon Alexa voice control, perfect for small to medium-sized rooms. Place on furniture or wall mount.
- **Playbase**: widescreen sound and music streaming, created especially for TVs on stands or furniture. Low profile design practically disappears under your TV.
- **Playbar**: powerful soundbar, perfect for use above or below wall-mounted TVs, or lay it flat on a table or console.
- **Amp**: versatile amplifier for powering all your entertainment.
- **Sub**: add dramatically deeper bass to any Sonos speaker, for home theater and music.

## Surround speakers

It's easy to turn two Sonos speakers (same model) or two of your favorite non-Sonos speakers (with Amp or Connect:Amp) into separate right and left channels for your home theater. **Get more information** about surrounds.

### Surround settings

When you add your speakers as surrounds, surround sound is optimized for your room. You can adjust these settings:

| Surrounds | Turn surround sound **On** or **Off**. |
| --- | --- |
| **TV Level** | Adjust surround volume for TV audio. |
| **Music Level** | Adjust surround volume for music. |
| **Music Playback** | **Ambient** (subtle) or **Full** (louder, full range). Doesn't apply to TV audio. |
| **Balance Surround Speakers** | Manually balance your surround speakers. |

## Home theater settings

Use the Sonos app to adjust sound settings or change the way your home theater speaker works with your TV.

| | |
|---|---|
| **TV dialog settings** | If the TV audio is out of sync with the video, you can adjust the audio delay (lip sync) in your room's settings. **Learn more** |
| **TV autoplay** | **TV Autoplay**—if music or other content is playing when you turn on your TV, the audio automatically switches to TV audio (default). If you don't want this to happen, turn off TV Autoplay in your room's settings.<br>**Ungroup on Autoplay**—if your home theater speaker is grouped with other products when you turn on the TV, it automatically drops from the group (default). If you don't want this to happen, turn off Ungroup on Autoplay in your room's settings. |
| **Speech enhancement** | Makes TV dialog easier to hear. **Learn more** |
| **Night sound** | Enhances quiet sounds and reduces the intensity of loud sounds. Turn on to reduce the volume while still experiencing proper balance and range. **Learn more** |
| **Remote control setup** | During setup, you'll program a remote control. You can program a different remote control any time. **Learn more** |

# Play music

There are lots of ways to get the music playing on Sonos—choose whichever control works best in the moment.

- **The Sonos app**. The free Sonos app is the easiest way to play anything and everything on Sonos. Simply open the app, tap 🎵 and choose from the list of music sources.
- **Voice commands**. If you have a voice-enabled Sonos speaker, you can use your voice to play and control the music. Ask Alexa to play your favorite radio station or the top hits on Spotify.
- **Controls on the speaker**. If you're near a speaker, you can use the speaker controls to adjust volume, stop the music, or change the song.
- **Another streaming app**. Control Sonos directly from a different app (like Spotify, Pandora, or Pocket Casts). Just open the app and connect to a Sonos room or group to start the music.
- **Airplay 2.** Use AirPlay 2 to stream music, movies, podcasts, and more directly from your favorite apps to your Sonos speakers. Listen to Apple Music on your Sonos One. Watch a YouTube or Netflix video and enjoy the sound on Sonos.

When you find music you love, add it to **My Sonos** so it's easy to play again. You can save, play, and manage your favorite music and playlists all in one place. **Learn more**.

## Music sources

Sonos gives you easy access to all the music you love—play your favorite artist's newest single from Spotify, your favorite playlist from your Android phone, a local news radio station, and much more.

- **Radio**: select from more than 100,000 free internet radio stations, podcasts, and shows. **Learn more**.
- **Music services**: explore and manage your music services—add your own or try something new. **Learn more**.
- **Stored on your mobile device**: play music you've downloaded to your phone or tablet (Android only). **Learn more**.
- **Stored on your computer**: play music stored on your computer or any Network-Attached Storage (NAS) device. **Learn more**.
- **Imported playlists**: Sonos is compatible with iTunes playlists, as well as M3U, WPL and PLS playlist files created with third-party software. **Learn more**.
- **Other audio devices**: play music from a **turntable** or other external audio device. **Learn more**.

SONOS USER GUIDE

# Volume control

Control the volume on your Sonos system several different ways—whatever works best in the moment.

- **Speaker touch controls**: when you're near a speaker, adjust the volume or stop the music using the touch controls on the speaker.
- **The app**: slide the volume control up or down. If products are grouped, you can adjust the volume for the whole group or for individual speakers.
- **Your voice**: if you have a voice-enabled Sonos product, use your voice to turn adjust the volume or stop the music.
- **The buttons on your mobile device**: turn on hardware volume control in your settings if you want to use the buttons on your mobile device to control the volume on Sonos even when you're not in the app.

# Voice services

You can use your voice to play and control songs, playlists, radio stations, and more.

- **Amazon Alexa**: you'll need the Sonos app and the Alexa app with the Sonos skill enabled. You'll make some changes in both apps during setup. **Learn more.**
- **The Google Assistant**: you'll need the Sonos app and the Google Assistant app. You'll make some changes in both apps during setup. **Learn more**.
- **Siri**: you'll need the Apple Home app. Add your AirPlay 2-compatible Sonos speakers to the Apple Home app and then use an iPhone, iPad, or Apple TV to ask Siri to play music (currently limited to Apple Music). **Learn more**.

**Note:**  Voice control isn't supported in every country yet—this feature will be available as soon as Sonos and a voice service launch together in your region.

SONOS USER GUIDE

# Alarms and sleep timer

Wake to music you love by setting an alarm with a favorite song, station or playlist. **Learn more**.

- Wake up to different songs, radio stations or playlists on different days.
- Have your favorite songs rocking when you come home from work.
- Schedule Sonos to play for a few hours every night you're on vacation.

Want to catch a few more z's? Turn on Snooze Alerts when you set an alarm.

## Sleep timer

Love to fall asleep to music? Sonos can shut off automatically. Tap the song title on the Now Playing screen to set a sleep timer. **Learn more**.

SONOS USER GUIDE

# Sonos system updates

Sonos regularly adds new features so your listening experience is always improving. Your Sonos speakers can update automatically in the background so you always have the latest features without interrupting your listening. **Learn more**.

SONOS USER GUIDE

# Got a new router or network password?

**If you have a wireless setup (no Sonos product connected to your router):**

After you install a new router or change your network password, update your Sonos system with the new network information. Just open the Sonos app and we'll walk you through it.

**If you have a wired setup (there's a Sonos product connected to your router):**

You don't have to do anything when you install a new router (as long as you connect a Sonos product to it) or when you change your password. Your Sonos speakers will continue to work as before.

# Important safety information

Please read these instructions and heed all warnings. Keep them in a convenient location and make sure everyone in the household is aware of them.

## Location

- Don't use the unit near water.
- Don't expose apparatus to dripping or splashing and don't place objects filled with liquids, such as vases, on the apparatus.
- Don't place the unit where it will be exposed to excessive heat (e.g., radiators, heat registers, stoves), direct sunlight, or a dusty environment (e.g., woodworking shop.)
- Don't place the unit where it will be exposed to flammable liquids and/or fumes.
- Allow at least 1" between the unit and any walls or surfaces.
- Protect the power cable from being walked on or pinched, particularly at plugs, convenience receptacles, and the point where it exits the product. The mains cord should be readily available to disconnect the power.
- The product should not be used near water—avoid close proximity to a bathtub, kitchen sink, laundry tub, wet basement, swimming pool, etc.
- The speaker is for indoor use only. Don't expose to rain or snow.

## Proper Ventilation

- Leave one inch of open space around the sides and above the unit to ensure proper ventilation.
- Ventilation should not be impeded by covering the ventilation openings with items such as tablecloths, curtains, or papers.
- Don't let foreign objects into the unit. If a foreign object should get into the unit, unplug the unit and contact Sonos for servicing guidance.

## Warning

- Don't operate or handle the product with wet hands.
- Only use attachment/accessories specified by Sonos.
- Unplug the power cord during lightning storms or when unused for long periods of time.
- Never disassemble or modify the product in any way.

## Cleaning & maintenance

- Dust with a dry, soft cloth. A cloth moistened with water or gentle household cleaner may be used to clean dirt or stains, but unplug the product first. Don't spray liquids directly onto the product.
- Don't use chemical solvents (e.g. alcohol, benzene, paint thinner) or other flammable cleaning liquids.

- Refer all servicing to Sonos qualified service personnel. Servicing is required when the unit or the power cord has been damaged in any way, if liquid or other foreign matter has fallen into the ventilation openings, the unit has been exposed to rain or moisture, or the unit has been dropped.

 **Warning:** To reduce the risk of fire or electric shock, don't expose this apparatus to rain or moisture.

SONOS USER GUIDE

# Product guide feedback?

We'd love to hear from you! We'll read your feedback carefully and use it to help us improve our product guides. Write to us at: **docfeedback@sonos.com**

If you're having a problem with your Sonos system, please contact Customer Care so they can help. Email them at **support@sonos.com**.

# Need more help?

- Tap ⚙ > **Help & Tips** to get some simple tips for getting the most out of your speakers.
- Visit our Frequently Asked Questions (FAQ) pages at **www.sonos.com/support**.
- Ask us a question at **support@sonos.com**.