# EXHIBIT 4



# A Better Way to Listen

Watch the video   Learn more



**For your TV** — Arc

**For high fidelity** — Five

**For bold bass** — Sub

**For** — Move

## Brilliant sound in 3D

SONOS

## Why Choose Sonos

### Brilliant Sound

Enjoy clear, richly detailed sound that fills the room at any volume.

### Easy to Use

Setup takes minutes, and control is simple with the Sonos app, Apple AirPlay 2, and your voice.

### Listen Your Way

Customize your system and play what you want, where you want.

Learn more

## Our Company

News

Blog

Careers

Responsibility

Innovation

Manage Your Account
Order Status
Shipping and Delivery
Returns
Last Chance
Certified Refurbished

Find a Store
Dealer Store
Investors
Sonos for Business
Works with Sonos
Developer Portal

Contact Us
Frontline Workers
Sonos Radio
Sonos App
Trade Up

United States

© 2020 Sonos Inc. Legal Privacy statement Accessibility Conformity Site map Security











