# EXHIBIT 5



Discover the latest additions to the Sonos system. Shop now.

| How Sonos Works | Brilliant Sound | Easy to Use | Listen Your Way | Home Theater |

# Listen Your Way

**Create your perfect sound system.**

Everything works together, and Sonos works with all your favorite services so you can listen to what you want, where you want, how you want.



## Customize your system

Start with one speaker and easily add more later. Stereo pair speakers in the same room for bolder, richer sound. Connect Sub to

Document title: The Wireless Home Sound System | Sonos
Capture URL: https://www.sonos.com/en-us/listen-your-way
Capture timestamp (UTC): Wed, 10 Jun 2020 23:19:48 GMT

Page 1 of 4

Playbar, Playbase, or Beam for deeper bass, then add a pair of rear surrounds for immersive surround sound. Hook up your turntable to Play:5 or Amp to stream vinyl all around your home.

Shop speaker sets

## Stream from your favorite services

Sonos works with all the services you know and love. Stream Apple Music, Spotify, Amazon Music, Audible, Deezer, Pandora, TuneIn, iHeartRadio, Google Play Music, YouTube Music, and many more.

Learn more

    

## Your voice, your choice

Sonos works with both Amazon Alexa and the Google Assistant for hands-free control on WiFi. Use Alexa on Sonos One in the kitchen and Move on your patio, and get help from your Google Assistant on Beam in the living room.



Document title: The Wireless Home Sound System | Sonos
Capture URL: https://www.sonos.com/en-us/listen-your-way
Capture timestamp (UTC): Wed, 10 Jun 2020 23:19:48 GMT
Page 2 of 4



## Listen in any or every room

All Sonos speakers and components connect over WiFi so you can build the system you want. Put on a podcast in the bedroom while someone else watches TV in the living room, or group all your speakers to play music in sync.



← Easy to Use                                   Home Theater →

**Our Company**         Manage Your Account         Find a Store         Contact Us

Document title: The Wireless Home Sound System | Sonos
Capture URL: https://www.sonos.com/en-us/listen-your-way
Capture timestamp (UTC): Wed, 10 Jun 2020 23:19:48 GMT
Page 3 of 4



All Sonos speakers and components connect over WiFi so you can build the system you want. Put on a podcast in the bedroom while someone else watches TV in the living room, or group all your speakers to play music in sync.



← Easy to Use                                                                 Home Theater →

**Our Company**
**News**
**Blog**
**Careers**
**Responsibility**
**Innovation**

| | | |
|---|---|---|
| Manage Your Account | Find a Store | Contact Us |
| Order Status | Dealer Store | Frontline Workers |
| Shipping and Delivery | Investors | Sonos Radio |
| Returns | Sonos for Business | Sonos App |
| Last Chance | Works with Sonos | Trade Up |
| Certified Refurbished | Developer Portal | |

🇺🇸 United States ∧           © 2020 Sonos Inc.    Legal    Privacy statement    Accessibility    Conformity    Site map    Security

Document title: The Wireless Home Sound System | Sonos
Capture URL: https://www.sonos.com/en-us/listen-your-way
Capture timestamp (UTC): Wed, 10 Jun 2020 23:19:48 GMT
Page 4 of 4