# EXHIBIT 6



SONOS

Menu ⌄   🔍   ✏ Create topic   Login

Community › Advanced & troubleshooting › Advanced setups › Move: Using across multiple Sonos systems

**View real-time service status**



**ANSWERED**

# Move: Using across multiple Sonos systems

4 months ago  •  1 reply  •  124 views

**F** **FRAV** Contributor I  •  0 replies

I have an office and home that are configured with unique house codes (Sonos ID), both configured as "Sonos Net" wireless, not WiFi (using Boost). With my Move I have it configured for my home Sonos system, so when I take it to my office, I cannot access it via Sonos app unless I factory reset the Move and then join it to the office Sonos system. I am aware that with WiFi direct setups, the Move can store multiple WiFi network credentials. (Ex. Taking the Move to your friends house temporarily). Can the Move also be linked/store multiple house codes / Sonos ID's to streamline my situation and support being taken between multiple Sonos Net households?

> ✅ **Best answer by Ryan S**
>
> Hi FRAV, each Sonos device, the Move included, can only remember one Sonos ID at a time. So when you take it back and forth, it will need to re-associate to each household. You might consider merging your households so that all of your devices use the same HHID, even on different networks. That way you can take the Move back and forth easily.
>
> To merge the systems, bring the Move to one location (keeping the old association) and just join the wireless network there. Then, factory reset a different device on the network and add it to the Move. From there, just add the others to the Move's network. And if you need a wired player or Boost, you can do that too.
>
> View original

👍 Like     💬 Quote     ⤴ Share

**Did you find what you were looking for?**

  

**Related Topics**

**Multiple Access Point Ubiquiti Problem** ✅
Troubleshooting

**Connect with existing 2-zone receiver + Dot vs One vs ___?**
What to get

**What to buy?** ❓
What to get

**Legacy Program**
Controllers & software

**Support Spotify Connect to allow users to use the Spotify app as the controller.**
Controllers & software

**AirPlay**
Music services and sources

**Using Multiple Moves without Wifi** ✅
Advanced setups

**Sonos System Used To Work Great; Now 100% Non-Functional**
Troubleshooting

**Sonos Move in Blue Tooth Mode, group speaker source?** ✅
Smart home integrations

**Sonos and Google WiFi** ✅
Troubleshooting

---

**1 reply**   Oldest first ⌄



+26

**Ryan S**  Community Manager  •  12317 replies  •  **ANSWER**    4 months ago

Hi FRAV, each Sonos device, the Move included, can only remember one Sonos ID at a time. So when you take it back and forth, it will need to re-associate to each household. You might consider merging your households so that all of your devices use the same HHID, even on different networks. That way you can take the Move back and forth easily.

To merge the systems, bring the Move to one location (keeping the old association) and just join the wireless network there. Then, factory reset a different device on the network and add it to the Move. From there, just add the others to the Move's network. And if you need a wired player or Boost, you can do that too.

—
Mark good posts by pressing the like button, and select the best answer on questions you've asked to help others find solutions.

👍 Like     💬 Quote

## Reply

Styles ⌄ | **B** *I* U̲ A̲ A | ☰ ☷ | 😊 🔗 🖼 ❝ ⋯

---

Ryan S Community Manager 4 months ago

+26

Hi FRAV, each Sonos device, the Move included, can only remember one Sonos ID at a time. So when you take it back and forth, it will need to re-associate to each household. You might consider merging your households so that all of your devices use the same HHID, even on different networks. That way you can take the Move back and forth easily.

To merge the systems, bring the Move to one location (keeping the old association) and just join the wireless network there. Then, factory reset a different device on the network and add it to the Move. From there, just add the others to the Move's network. And if you need a wired player or Boost, you can do that too.

—
Mark good posts by pressing the like button, and select the best answer on questions you've asked to help others find solutions.

Like Quote

Sonos Move in Blue Tooth Mode, group speaker source?
Smart home integrations

Sonos and Google WiFi
Troubleshooting

## Reply

Styles B I U A A

Type your message here.

Send

Powered by INSIDED

© 2020 Sonos Inc. Legal Privacy statement Accessibility Conformity Site map Site Feedback

