# EXHIBIT 7

SONOS 

Menu Create topic Login

Community > Advanced & troubleshooting > Troubleshooting > Spotify skips to next song or stops playing, other sources work just fine meanwhile

ANSWERED

# Spotify skips to next song or stops playing, other sources work just fine meanwhile

2 years ago • 198 replies • 31422 views

Poull Contributor I • 4 replies

The past couple of months when playing music from Spotify on any of the sonos speakers the music skips to the next song or stops playing at random points. It can be after 2 songs or half a day. The controller reports connection to spotify lost. Sometimes i can immediately click play again and it starts over but sometimes it takes 1-10 min before i can resume. Meanwhile i can play from other sources just fine so it seems like a Spotify specific issue. If i try to play using spotify connect then as i select the speaker, it changes it back to the previous target.

**Best answer by Edward R**

**We have noticed this thread gaining a lot of traction of late, with most visitors to this thread opting not to actively engage in troubleshooting. The information in this post will be marked as the best answer to assist those reading along. If you are currently engaged in troubleshooting in this thread, we will of course continue to assist you.**

Aside from the advice listed in this thread, if you are encountering playback issues with your Sonos devices, there are a few points you will need to explore. Some sources may seem fine, while others present problems. Often, services can be accessed in slightly different ways, with some methods being more susceptible to disruption, as when compared to others.

Is the issue the fact that your music is being interrupted? Commonly, this can come as a result of wireless interference. Are you perhaps using an incompatible network configuration or hardware that does not meet our system requirements?

Having read the information linked above, if you are still having issues, please post a response in this topic, with the following information:

- What devices do you have?
- Has anything changed on the network?
- Which service(s) are you trying to listen to?
- Is the behaviour always the same?
- Can you recreate it with ease, or is it random?

Be sure to include the a diagnostics confirmation number, too.
View original

audio interruptions

5 people like this

Like Quote Share

Did you find what you were looking for?

198 replies Oldest first

1 2 3 4 ... 8 >

MMX Contributor I • 9 replies

View real-time service status

SONOS

## Related Topics

Spotify Skipping Songs halfway through
Troubleshooting

Spotify skips to next song or stops playing, other sources work just fine meanwhile
Music services and sources

Spotify skips to next song or stops playing, other sources work just fine meanwhile
Music services and sources

spotify keeps stopping or jumping tracks
Troubleshooting

Spotify play issues at home - Stops after one song
Troubleshooting

Weird song skipping issue w/ Amazon Music
Music services and sources

Audio Skipping and it is NOT WiFi Interference
Troubleshooting

skipping songs
Troubleshooting

SAVE THE CR100
Controllers & software

Spotify skips or stops playing, other sources are just fine.
Music services and sources

Document title: Spotify skips to next song or stops playing, other sources work just fine meanwhile | Sonos Community
Capture URL: https://en.community.sonos.com/troubleshooting-228999/spotify-skips-to-next-song-or-stops-playing-other-sources-work-just-fine-meanwhile-6806367
Capture timestamp (UTC): Wed, 10 Jun 2020 23:35:22 GMT Page 1 of 6

MMX Contributor I • 2 replies 2 years ago

We are experiencing the exact same issue with erratic cut outs of songs followed by restarts in 5 - 15 seconds playing the next song. While we usually use Spotify we have seen this happen with Google Music as well. We have two Sonos 3 that are wired and three Sonos 1 that are Wifi. It's making the system unusable

2 people like this

Like Quote

**Jeff S** Sonos Staff • 7088 replies 2 years ago

+20

Hi folks,

Please submit a diagnostic report from your Sonos app after you experience the playback issues. Reply here with the confirmation number and I'll take a look.

Like Quote

MMX Contributor I • 2 replies 2 years ago

Hi I just sent it after we had 2 or 3 songs cut out mid song then music start with the next song. Diagnostics Confirmation number: 1518071375

Like Quote

**Jeff S** Sonos Staff • 7088 replies 2 years ago

+20

> ***MMX wrote:***
> *Hi I just sent it after we had 2 or 3 songs cut out mid song then music start with the next song. Diagnostics Confirmation number: 1518071375*

Thanks for sending in the report. It came through with some formatting errors, making it hard to read. I do see that your speakers are showing some wireless communication errors. If you have a Sonos unit wired into your network with an ethernet cable, please try changing the wireless channel on your Sonos system to help reduce wireless interference.

If your Sonos system connects to your home wireless network, you can try changing the wireless channel on your router instead. We usually recommend using channels 1, 6 or 11 as these do not overlap.

It may also help to take a look around and in between your Sonos speakers. See if there are any third party wireless electronics nearby which could be causing interference. Common sources of interference include cordless phones, wireless cameras, wireless baby monitors, and wireless printers. Try moving any similar device away from your Sonos speakers and see if things improve.

If the above steps do not help, please send along a new diagnostic report and reply here with the number.

Like Quote

newsea Lyricist I • 2 replies 2 years ago

Diagnostics 1359762563

Just started having the issue about 2 days ago. Tried resetting router, uninstalling and reinstalling app. Was going to try to deauthorize Spotify on sonos app, but there's a glitch and the window pops up and immediately closes again.

Like Quote

newsea Lyricist I • 2 replies 2 years ago

PS this only affects Spotify. Apple Music works just fine.

1 person likes this

Like Quote

Poull AUTHOR Contributor I • 4 replies 2 years ago

Poull AUTHOR Contributor I • 4 replies 2 years ago

I have submitted a report with id 1801998003 after the speaker named Bathroom had cut out and refused to play for a while.

Like Quote

Keith N • 4601 replies 2 years ago

+19

Hello there, **newsea**. Thanks for posting and welcome to the Community. I was able to get a closer look at your diagnostic report and noticed that most of the system is having a hard time maintaining a steady connection to the network. While this may not be a problem for some music services, I know Spotify to be reliant on a strong and solid connection. That being said, if you plug any one of your Sonos devices into the router using an Ethernet cable, do the issues persist? Let us know the results.

Hey, **Poull**! Based on the diagnostic results, it seems that you have Sonos set up wirelessly on a network that uses wireless extenders. This causes a number of problems when routing music data along to Sonos. Could you tell us a little more about your local network? How is it laid out? Do you have any network switches or access points? What is the model of the Sagemcom router you are using?

—
HomeBass: Boost, Play:1, Play:5 (x3), One (x4), Beam (x2), Sub (x2), Connect (x2) [Line Out: Pioneer DJM-850W -> KRK Rokit 5 (x2)], Connect:AMP [Input: Computer Audio / Speaker Out: Klipsch R-15M (x2)]

Like Quote

Poull AUTHOR Contributor I • 4 replies 2 years ago

The model of the modem is FAST3890_D0. Besides the modem only serves as a switch, DHCP server and have wifi disabled. I have a Unifi access point wired to handle the wireless signal which is what you might have thought was an extender. The modem is somewhat new but the access point i have used for years with sonos without problems.

Like Quote

Keith N • 4601 replies 2 years ago

+19

**Poull**: Understood. As a test, please unplug all Sonos devices from power and plug a Play:1 into the FAST3890_D0 by Ethernet. Does Spotify skip or stop? We are plugging into the FAST3890 is that this is what is giving DHCP to the rest of the network and gives us the most direct connection to the Internet and Spotify.

Thanks!

—
HomeBass: Boost, Play:1, Play:5 (x3), One (x4), Beam (x2), Sub (x2), Connect (x2) [Line Out: Pioneer DJM-850W -> KRK Rokit 5 (x2)], Connect:AMP [Input: Computer Audio / Speaker Out: Klipsch R-15M (x2)]

Like Quote

Poull AUTHOR Contributor I • 4 replies 1 year ago

The issue still exists but i simply haven't had the chance yet to lay out a cable across floors to the speakers so it will still be some time before i can get around to test it. Sometimes it might be hours between skips/stop so simply sitting around next to the modem waiting for it to happen is not really an option 🙂

Like Quote

PeterMatt Lyricist I • 1 reply 1 year ago

Hello,
I have had the same problem. Songs regularly just stop and skip to the start of the next track.
Diagnostics: 2007957481.
Thanks,
Peter

1 person likes this

Like Quote

**Poull** AUTHOR  Contributor I · 4 replies — 1 year ago

I have moved my wifi access point to another location but about at the same distance and since then i have not experienced any drops or stops. I still think spotify and sonos together have an issue when the wifi signal is not optimal as other sources than spotify still worked.

👍 Like    💬 Quote

---

**88fingerslukee** · 1 reply — 1 year ago

Same problems here. Diagnostic ID 503571227

👍 Like    💬 Quote

---

**SDOYLE78** · 4 replies — 1 year ago

Same here 904077638

👍 Like    💬 Quote

---

**Stanley_4** Local Superstar · 4972 replies — 1 year ago

Tagging onto an old topic isn't the greatest way to get some visibility for your issues, hopefully Sonos will see them and respond. You can create a new one from the forum home page, there is a create link near your user ID.

Did you try Keith's test above in this topic?

👍 Like    💬 Quote

---

**Gabisle** · 1 reply — 1 year ago

Hi - having the same problem and just increased my internet connection speed last week. Diagnostic number is 1410518173

👍 Like    💬 Quote

---

**rockvaletn** Lyricist I · 2 replies — 1 year ago

Same issue - have 1gb Comcast internet with Velop mesh network and a sonos bridge. Seems to work find when playing through the Sonos app. However, fails when playing through the spotify app.

👍 Like    💬 Quote

---

**notreallyironic** · 1 reply — 1 year ago

Same issue here. Quite irritating.
Diagnostics submitted on phone and laptop. 403090987 and 1761356370 respectively.

Happens on speakers connected through wifi and ethernet cable.

👍 Like    💬 Quote

---

**mmcleod** · 1 reply — 1 year ago

Same issue here. Spotify stops randomly
457625711

👍 Like    💬 Quote

---

**Sparky1974** · 1 reply — 1 year ago

Same here, conf# 86501127. Happens on Play1s (Wifi) alone and/or on grouped P1s and Connect Amp wired to router

🅒 1 person likes this

👍 Like    💬 Quote

---

**Jeff S** Sonos Staff · 7088 replies — 1 year ago

**Jeff S** Sonos Staff • 7088 replies 1 year ago

> ***Sparky1974 wrote:***
> *Same here, conf# 86501127. Happens on Play1s (Wifi) alone and/or on grouped P1s and Connect Amp wired to router*

Hi there,

Sorry for the delay. There are many wireless communication errors showing up between your components. Most of the time changing the wireless channel your Sonos system is using clears up this sort of issue.

1 person likes this

Like Quote

---

gruntso Lyricist II • 4 replies 1 year ago

I am having the same issue as listed above. If I play ANY playlist from Spotify it skips songs, jumps ahead, I get messages that say connection is lost or song cannot be played. I do not have any of these problems when I play apple music. It is so frustrating. I have a whole house solution in place that I can't use. I have hardwired my playbar, I have put the sonos network on channel 6, I have made sure my wireless is NOT on channel 6. I have done EVERYTHING i have read about and still I have the same issue, day after day after day. This needs to be sorted out, sonos.

**1 Attachment**

Like Quote

---

Airgetlam • 22162 replies 1 year ago

Perhaps it would be time for you to submit a system diagnostic within 10 minutes of replicating this issue, and either post the number here, or contact Sonos to discuss it. There may be information included in the diagnostic that will help Sonos pinpoint the issue and help you find a solution.

—
Bruce

Like Quote

---

magnusTM • 2 replies 1 year ago

I've been having these issues lately. Only seems to happen with Spotify, while TuneIn and Pandora work fine. Just submitted a support diagnostics. The confirmation number is 629343782. Had Spotify dropping out, skipping songs and not being able to play the same song on 3-4 speakers at the same time within 10 minutes of submitting the diagnostics.

Like Quote

1 2 3 4 ... 8 >

## Reply

Styles B I U

Type your message here.

Bruce
Like
Quote
magnusTM • 2 replies
1 year ago
I've been having these issues lately. Only seems to happen with Spotify, while TuneIn and Pandora work fine. Just submitted a support diagnostics. The confirmation number is 629343782. Had Spotify dropping out, skipping songs and not being able to play the same song on 3-4 speakers at the same time within 10 minutes of submitting the diagnostics.
Like
Quote
1 2 3 4 ... 8
Reply
Styles
Type your message here.
Send
Powered by INSIDED
Our Company
News
Blog
Careers
Responsibility
Innovation
Manage Your Account
Order Status
Shipping and Delivery
Returns
Certified Refurbished
Find a Store
Dealer Store
Investors
Sonos for Business
Works with Sonos
Developer Portal
Contact Us
Trade Up
Sign up for email
© 2020 Sonos Inc. Legal Privacy statement Accessibility Conformity Site map Site Feedback