# EXHIBIT 9

SONOS

MUSIC, PODCASTS, AND VOICE SERVICES > MUSIC SERVICES

# Add a music service to Sonos

This article will show you how to browse music services and add them to Sonos. To see which music services are available in your region, see our music services on Sonos article.



**iOS or Android:**

1. Open the Sonos app.
2. From the **Settings** tab, tap **Services & Voice**.
3. Under **Music & Content**, tap **Add a Service**.
4. Tap the service you would like to add.
5. Tap **Add to Sonos**.
6. Follow the on-screen instructions to add the music service account.

**Mac or PC:**

1. Open the Sonos app.
2. Under the **Select a Music Source** section, click on **Add Music Services**.
3. Click on the service you would like to add.
4. Follow the on-screen instructions to add the music service account.

If you are unable to find the service you are looking for, see our article on missing music services.

If you would like to add multiple accounts for the same service, see our article on using multiple accounts for the same music service.

## Related Articles

Using multiple accounts for the same music service

Play music stored on your iPhone, iPad, or iPod touch

Missing music services when adding to Sonos

Set up a Google Assistant device to control Sonos

Music service previews on Sonos

**Was this article helpful?**
○ Yes   ○ No

Submit

Preferred Language
English

Visit sonos.com    Download the Sonos app    Get support    © 2020 Sonos Inc.    Legal    Privacy statement    Site map