# EXHIBIT 13

SONOS

How Sonos Works    Brilliant Sound    Easy to Use    Listen Your Way    Home Theater

# Easy to Use

**Plug it in, turn it on, and open the app.**

The Sonos listening experience is effortless, whether you're setting up your first speaker or custom-tuning your fifth.



## Setup is simple

Download the Sonos app

Plug your speaker into the power.

Get step-by-step instructions in the Sonos app.

SONOS

# Control it all with the app

Easily manage your system from any room. Browse music, radio, podcasts, and audiobooks, adjust the volume, group speakers to play in sync, set custom alarms, and more.

Learn more



# Listen on Bluetooth



Switch Move to Bluetooth mode and stream from your favorite app when WiFi isn't available.

Document title: Setup, Installation, and Control | Sonos
Capture URL: https://www.sonos.com/en-us/easy-to-use
Capture timestamp (UTC): Wed, 10 Jun 2020 23:48:05 GMT



Shop Move

# Use your voice

Get hands-free control with the Google Assistant and Amazon Alexa on Sonos One, Move, and Beam. Play music, check news, set alarms, and more.







Shuffling your playlist



SONOS



# Apple AirPlay 2

Stream sound straight from your iPhone or iPad to Sonos. Watch a video on the small screen with rich sound from Sonos then ask Siri to adjust the volume.

Shop One



# Control from your favorite app

Send sound to Sonos straight from Spotify, Audible, TIDAL, Pandora, and iHeartRadio.

Document title: Setup, Installation, and Control | Sonos
Capture URL: https://www.sonos.com/en-us/easy-to-use
Capture timestamp (UTC): Wed, 10 Jun 2020 23:48:05 GMT



‹— Brilliant Sound                                    Listen Your Way —›

## Our Company
## News
## Blog
## Careers
## Responsibility
## Innovation

Manage Your Account        Find a Store            Contact Us
Order Status               Dealer Store            Frontline Workers
Shipping and Delivery      Investors               Sonos Radio
Returns                    Sonos for Business      Sonos App
Last Chance                Works with Sonos        Trade Up
Certified Refurbished      Developer Portal

 United States   © 2020 Sonos Inc.  Legal  Privacy statement  Accessibility  Conformity  Site map  Security

Document title: Setup, Installation, and Control | Sonos
Capture URL: https://www.sonos.com/en-us/easy-to-use
Capture timestamp (UTC): Wed, 10 Jun 2020 23:48:05 GMT