# EXHIBIT 17



MUSIC, PODCASTS, AND VOICE SERVICES

# Add voice services to Sonos

This article will show you how to add a voice service to your Sonos system using the Sonos app for iOS or Android. This will allow you to control Sonos by speaking directly to a voice-enabled Sonos product or to a third-party device that uses the same voice service.

## Using the Sonos app for iOS or Android:

1. From the **Settings** tab, tap **Services & Voice**.
2. Under Voice, tap **Add a Service** and choose the voice assistant you'd like to set up.

You can choose from the following voice services to use with Sonos. Select a voice service for more information on how to set it up with your Sonos system.

amazon alexa          Google Assistant

### Related Articles

Add a music service to Sonos

Set up the Google Assistant with a voice-enabled Sonos product

Set up Amazon Alexa with a voice-enabled Sonos speaker

Set up your Sonos system

Set up an Amazon Alexa device to control Sonos

Preferred Language

English

Visit sonos.com   Download the Sonos app   Get support            © 2020 Sonos Inc.   Legal   Privacy statement   Site map

---

Document title: Add voice services to Sonos | Sonos
Capture URL: https://support.sonos.com/s/article/3550?language=en_US
Capture timestamp (UTC): Wed, 10 Jun 2020 23:50:38 GMT
Page 1 of 1