# EXHIBIT 18

SONOS

MUSIC, PODCASTS, AND VOICE SERVICES

# Control Sonos with Amazon Alexa

This article will explain how to control your Sonos system using Amazon Alexa and will provide a list of example commands.

You can check and see if Amazon Alexa on Sonos is available in your region using our article: Amazon Alexa availability on Sonos

## Commands

Below you'll find a list of general music-related commands you can use with Amazon Alexa on Sonos.

- When asking Alexa to play music, the song will begin playing from Alexa's default music service unless you specify a different service in your command. Learn how to set or change your default music service here.

- You can add "in the (room name)" to the end of your commands if you want to play music in a specific room. Otherwise, the music will play on the speaker that responded to your request.

- If you're giving a command to Sonos using an Alexa-enabled device like an Echo Dot, you'll need to include the room name in your command unless your Sonos speaker is part of an Alexa group.

| Command | What it does | Example |
|---|---|---|
| **Playback** | | |
| play<br>pause<br>stop | Start or stop music | Alexa, pause the music in the living room. |
| skip<br>next<br>previous | Skip to the next or previous song | Alexa, skip this song. |
| play [artist]<br>play [album]<br>play [song]<br>play [genre] | Play a specific artist, album, song, or genre | Alexa, play jazz in the office. |
| what's playing? | Find out what song is currently playing | Alexa, what's playing in the living room? |
| **Volume** | | |
| turn it up<br>turn it down<br>louder<br>quieter<br>softer | Turn the volume up or down | Alexa, turn it up in the bathroom. |
| mute<br>unmute | Mute or unmute the speaker | Alexa, mute the bedroom. |
| set the volume to 3 | Set a specific volume [0-10 volume levels] | Alexa, set the volume to 5 in the kitchen. |

| | | |
|---|---|---|
| mute<br>unmute | Mute or unmute a speaker | Alexa, mute the bedroom. |
| set the volume to 3 | Set a specific volume [0-10 volume levels] | Alexa, set the volume to 5 in the kitchen. |
| **Control your TV with Sonos Beam or Amp*** | | |
| turn on the TV<br>turn off the TV | Turn your TV on or off | Alexa, turn on the living room TV. |
| **Switch to TV audio** | | |
| set mode to TV | Switch your speaker to TV audio | Alexa, set mode to TV on patio. |
| **Turn on home theater audio modes** | | |
| switch to Speech Enhancement mode<br>switch to Night mode | Enable speech enhancement or night mode on Sonos home theater speakers | Alexa, switch to Night Mode in the family room. |
| **Alexa Announcements** | | |
| announce<br>tell everyone<br>broadcast | Broadcast a ten-second message to everyone in your home over your Alexa-enabled devices. Include your message after the command | Alexa, announce that dinner is ready.<br>Alexa, I want to make an announcement (increases limit to 40 seconds). |

*Alexa control for your TV requires an HDMI-ARC connection between the TV and the Beam or Amp.

## Not currently supported

- Playing songs based on lyrics
- Setting Sonos alarms and sleep timers
- Thumbs up/down initiated with voice is not reflected in the Sonos app
- Alexa Routines
- Voice Calling
- Whisper Mode

If you experience issues using Alexa with Sonos, please see our troubleshooting article for additional help.

## Related Articles

Set up an Amazon Alexa device to control Sonos

Set up Amazon Alexa with a voice-enabled Sonos speaker

Alexa Groups and Sonos

Set up Amazon Fire TV with Sonos

Alexa commands not working on Sonos

Preferred Language

English

