# EXHIBIT 24

 SONOS

USING THE SONOS APP

# Group and ungroup rooms

You can group two or more products together so they play the same content in sync. This article will show you how to group rooms, ungroup rooms, and change the volume of individual products in a group.

## Group rooms

### iOS or Android

1. From the **System** tab, tap **Group** next to the selected room.
2. Tap the rooms you want to add to the group, then tap **Done**. You can also tap **Everywhere** to group all of your rooms.

### macOS or Windows

1. From the **Rooms** pane on the left side of the app, click the group button next to the selected room.
2. Select the rooms you want to add to the group, then click **Done**. You can also click **Select All - Party Mode** to group all of your rooms.

### Using the physical buttons on your products

Press and hold the ▶❙❙ play/pause button to group this room with another room (or group of rooms) that is currently playing.



## Ungroup rooms

### iOS or Android

1. From the **System** tab, tap **Group** next to the group you want to change.
2. Tap the rooms you want to remove from the group, then tap **Done**.

### macOS or Windows

1. From the **Rooms** pane on the left side of the app, click the group button next to the group you want to change.
2. Click the rooms you want to remove from the group, then click **Done**.

### Using the physical buttons on your products

Press and hold the ▶❙❙ play/pause button to ungroup a room from its current group.



## Change the volume of grouped rooms

When two or more rooms are grouped, sliding the volume slider in the app will adjust

## Change the volume of grouped rooms

When two or more rooms are grouped, sliding the volume slider in the app will adjust the volume of all rooms in that group. You can adjust the volume of individual rooms in a group by using the physical volume buttons on your products, or from the Sonos app by following the steps below.



### iOS or Android

1. From the **Now Playing** screen, tap the volume slider at the bottom to view each room's volume level.
2. Move each slider to adjust the volume for that individual room.

### macOS or Windows

1. Click the volume slider in the top left of the app to view each room's volume level.
2. Move each slider to adjust the volume for that individual room.

## Save groups

You can save a group of rooms that you frequently group together and create a shortcut in the Groups menu. Saving groups is only available in the Sonos S2 app for iOS or Android. From the ⚙ **Settings** tab, tap **System** > **Groups** to manage your saved groups. Follow the steps below to create, edit, delete, or play to a saved group.

### Create a group

1. Tap **Create Group**.
2. Tap the rooms you want to include in your saved group.
3. Give your group a name and tap **Save**.

For a shortcut to create a saved group, tap the 🔲 group button on any room in the 📶 **System** tab, then tap the **+** plus icon.

### Edit a group

1. Tap one of your saved groups.
2. Tap the rooms under the **Include** section to remove them from your group.
3. Tap the rooms under the **Available** section to add them to your group.
4. Tap the **Group Name** to edit your group's name.
5. Tap **Save** when you're done to save your changes.

### Delete a group

1. Tap one of your saved groups.
2. Tap **Delete Group**.
3. Tap **Confirm**.

### Use a saved group

1. From the 📶 **System** tab, tap the 🔲 group button on any room.
2. Tap the group name.
3. Tap **Done**.

### Related Articles

Alexa Groups and Sonos

Use Line-In on Sonos

Release notes for Sonos software

Selecting a location for your Sonos speakers

Was this article helpful?
○ Yes   ○ No

Submit

Preferred Language

English

Feedback



### iOS or Android

1. From the **Now Playing** screen, tap the volume slider at the bottom to view each room's volume level.
2. Move each slider to adjust the volume for that individual room.

### macOS or Windows

1. Click the volume slider in the top left of the app to view each room's volume level.
2. Move each slider to adjust the volume for that individual room.

## Save groups

You can save a group of rooms that you frequently group together and create a shortcut in the Groups menu. Saving groups is only available in the Sonos S2 app for iOS or Android. From the ⚙ **Settings** tab, tap **System** > **Groups** to manage your saved groups. Follow the steps below to create, edit, delete, or play to a saved group.

### Create a group

1. Tap **Create Group**.
2. Tap the rooms you want to include in your saved group.
3. Give your group a name and tap **Save**.

For a shortcut to create a saved group, tap the 🔲 group button on any room in the 📊 **System** tab, then tap the **+** plus icon.

### Edit a group

1. Tap one of your saved groups.
2. Tap the rooms under the **Include** section to remove them from your group.
3. Tap the rooms under the **Available** section to add them to your group.
4. Tap the **Group Name** to edit your group's name.
5. Tap **Save** when you're done to save your changes.

### Delete a group

1. Tap one of your saved groups.
2. Tap **Delete Group**.
3. Tap **Confirm**.

### Use a saved group

1. From the 📊 **System** tab, tap the 🔲 group button on any room.
2. Tap the group name.
3. Tap **Done**.

### Related Articles

Alexa Groups and Sonos

Use Line-In on Sonos

Release notes for Sonos software

Selecting a location for your Sonos speakers

TIDAL and Sonos

Was this article helpful?
○ Yes   ○ No

Submit

Preferred Language

English ▼

Feedback