# EXHIBIT 26

USING THE SONOS APP

# Add favorites to My Sonos

This article provides steps to add your favorite songs, stations, podcasts, or collections like "New Releases" to My Sonos, providing a shortcut to the content you listen to the most.

**On iOS and Android**

1. While browsing music, tap (...) next to any song, album, artist, radio station, podcast etc.
2. Tap **Add [content] to My Sonos**.

**Note**: You can also favorite any song or station directly from the Now Playing screen by tapping (...) > Add to My Sonos.



## Related Articles

Add an Internet radio station to Sonos

TIDAL and Sonos

Set an alarm on Sonos

Qobuz and Sonos

Deezer and Sonos

Preferred Language

English

Visit sonos.com   Download the Sonos app   Get support   © 2020 Sonos Inc.   Legal   Privacy statement   Site map