QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  David A. Nelson (*pro hac vice* application forthcoming)
  davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>           Defendant. | CASE NO. 3:20-cv-3845<br><br>**NOTICE OF APPEARANCE** |

Case No. 3:20-cv-3845
Notice of Appearance

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as

3  counsel of record for Plaintiff Google LLC in the above-captioned matter, and respectfully

4  requests that all pleadings, orders, motions, notices, and other papers in connection with this

5  action be served on him to:

6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
7  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
8  San Francisco, California 94111
   Telephone:  (415) 875-6600
9  Facsimile:   (415) 875-6700

10
   DATED:  June 12, 2020                QUINN EMANUEL URQUHART & SULLIVAN,
11                                       LLP

12                                       By   /s/ Charles K. Verhoeven
13                                          Charles K. Verhoeven
                                            Attorneys for GOOGLE LLC