1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:    (415) 875-6600
4  Facsimile:    (415) 875-6700

5  David A. Nelson (*pro hac vice* application forthcoming)
   davidnelson@quinnemanuel.com
6  191 N. Wacker Drive, Suite 2700
   Chicago, Illinois 60606
7  Telephone:    (312) 705-7400
   Facsimile:    (312) 705-7401
8

9  Attorneys for GOOGLE LLC

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12  GOOGLE LLC,                          | CASE NO. 3:20-cv-3845
13              Plaintiff,                | **NOTICE OF APPEARANCE**
14         vs.
15  SONOS, INC.,
16              Defendant.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Plaintiff Google LLC in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action be served on him to:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Patrick D. Curran (Bar No. 241630)
   patrickcurran@quinnemanuel.com
   111 Huntington Ave., Suite 520
   Boston, Massachusetts 02199
   Telephone:   (617) 712-7100
   Facsimile:    (617) 712-7200

DATED:  June 12, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ *Patrick D. Curran*
    Patrick D. Curran
    Attorneys for GOOGLE LLC