1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:    (415) 875-6600
4  Facsimile:    (415) 875-6700

5  David A. Nelson (*pro hac vice* application forthcoming)
   davidnelson@quinnemanuel.com
6  191 N. Wacker Drive, Suite 2700
   Chicago, Illinois 60606
7  Telephone:    (312) 705-7400
   Facsimile:    (312) 705-7401
8

9  Attorneys for GOOGLE LLC

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | GOOGLE LLC,                          | CASE NO. 3:20-cv-3845
13 |         Plaintiff,                   | **NOTICE OF APPEARANCE**
14 |     vs.                              |
15 | SONOS, INC.,                         |
16 |         Defendant.                   |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Plaintiff Google LLC in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action be served on him to:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Patrick T. Schmidt (Bar No. 274777)
   patrickschmidt@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
   Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100

DATED:  June 12, 2020                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                     By   /s/ Patrick T. Schmidt
                                        Patrick T. Schmidt
                                        Attorneys for GOOGLE LLC