# CERTIFICATE OF SERVICE

I declare I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, located at 191 N. Wacker Drive, Suite 2700, Chicago, Illinois 60606.  I am over the age of eighteen years and not a party to this action.

On June 26, 2020, I served the document entitled

- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

pursuant to Fed. R. Civ. P. 5(b) on the interested parties in this action as follows:

| | |
|---|---|
| **_Defendant Sonos, Inc._** | Sonos, Inc. |
| | *Care of* CT Corporation System |
| | Attn:  Peter Cayetano |
| | 818 West Seventh Street, Suite 930, |
| | Los Angeles, CA 90017 |

**BY FEDERAL EXPRESS:**  I arranged to have such document(s) deposited in a box or other facility regularly maintained by FedEx in Los Angeles, California, or delivered to a courier or driver in Los Angeles, California authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  June 26, 2020         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ David. A. Nelson
David. A. Nelson (*pro hac vice* application pending)
Attorneys for GOOGLE LLC