QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

David A. Nelson (*pro hac vice* application forthcoming)
davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE LLC, | CASE NO. 20-cv-3845 |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SONOS, INC., | |
| Defendant. | |

| Attorney or Party without Attorney:<br>Charles K. Verhoeven (Bar No. 170151)<br>QUINN EMANUEL URQUHART & SULLIVAN<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>　Telephone No: 415-875-6600<br>　Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: GOOGLE LLC<br>Defendant: SONOS, INC. |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:20-cv-03845-LB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Complaint, Civil Case Cover Sheet, Summons, Certificate of Interested Entities of Persons, Notice of Appearance (Charles K. Verhoeven), Notice of Appearance (Patrick D. Curran), Notice of Appearance (Patrick T. Schmidt), Notice of Magistrate Judge Assignment Election Form, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Application for Admission of Attorney Pro Hac Vice (Jeffrey S. Gerchick), Standing Order for All Judges of the Northern District of California, Standing Order for United States Magistrate Judge Laurel Beeler, ECF Registration Information, Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:      SONOS, INC.
   b. Person served:    Peter Cayetano, CT Corporation System, Inc., Registered Agent
                        Served under F.R.C.P. Rule 4.

4. Address where the party was served:   818 W 7th St, Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 15 2020 (2) at: 09:00 AM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)                d. **The Fee** for Service was: $497.25
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/25/2020
(Date)                                                                                (Signature)



PROOF OF SERVICE

4603659
(4378118)

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Charles K. Verhoeven (Bar No. 170151)<br>QUINN EMANUEL URQUHART & SULLIVAN<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>*Telephone No:* 415-875-6600<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* GOOGLE LLC
*Defendant:* SONOS, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:20-cv-03845-LB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the United States District Court Northern District of California, Consenting to the Jurisdiction of a Magistrate Judge, Brochure Oct. 2018

3. a. Party served:   SONOS, INC.
   b. Person served:   Peter Cayetano, CT Corporation System, Inc., Registered Agent

4. Address where the party was served:   818 W 7th St Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 15 2020 (2) at: 12:00 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:   $128.35

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/15/2020
(Date)                                                    (Signature)



PROOF OF SERVICE

4606713
(4379025)

| | |
|---|---|
| Respectfully submitted, | |
| DATED:  June 26, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  /s/ Patrick D. Curran |
| | Patrick D. Curran |
| | Attorneys for GOOGLE LLC |