| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>  David A. Nelson (admitted *pro hac vice*)<br>  davidnelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:   (312) 705-7400<br>Facsimile:    (312) 705-7401<br><br>  Patrick D. Curran (Bar No. 241630)<br>  patrickcurran@quinnemanuel.com<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>Telephone:   (617) 712-7100<br>Facsimile:    (617) 712-7200<br><br>*Attorneys for GOOGLE LLC* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>  Alyssa Caridis (SBN 260103)<br>  acaridis@orrick.com<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017-5855<br>Telephone:   (213) 612 2372<br>Facsimile:    (213) 612-2499<br><br>*Attorneys for Defendant SONOS, INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 3:20-cv-03845-EMC<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Compl. Filed: June 11, 2020<br><br>Hon. Edward M. Chen |

1    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Google LLC and Defendant Sonos, Inc., through their respective counsel, that pursuant to Civil Local Rule 6-1(a) the time by which Sonos, Inc. may file a responsive pleading to Google LLC's Complaint shall be extended by thirty (30) days to and including August 5, 2020.

There have been no previous modifications of any deadlines in this case. The stipulated extension does not affect or alter the date of any event or any deadline already fixed by Court order.

Pursuant to Local Rule 5-1, the filer of this document attests that concurrence in the filing of the same has been obtained from each of the other signatories.

DATED:  July 3, 2020                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By     */s/ Patrick D. Curran*
       Patrick D. Curran
       Attorneys for GOOGLE LLC



ORRICK HERRINGTON & SUTCLIFFE LLP


By     */s/ Alyssa Caridis*
       Alyssa Caridis
       Attorneys for SONOS, INC.