QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  David A. Nelson (admitted *pro hac vice*)
  davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

  Patrick D. Curran (Bar No. 241630)
  patrickcurran@quinnemanuel.com
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

*Attorneys for GOOGLE LLC*

ORRICK, HERRINGTON & SUTCLIFFE LLP
  Alyssa Caridis
  acaridis@orrick.com
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
Telephone:   (213) 612 2372
Facsimile:   (213) 612-2499

*Attorneys for Defendant SONOS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>             Defendant. | Case No. 3:20-cv-03845-EMC<br><br>**STIPULATION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Compl. Filed: June 11, 2020<br><br>Hon. Edward M. Chen |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Google LLC and Defendant Sonos, Inc., through their respective counsel, that pursuant to Civil Local Rule 6-1(a) the time by which Sonos, Inc. may file a responsive pleading to Google LLC's Complaint shall be extended by seven (7) days to and including August 12, 2020.

There has been one previous modification of a deadline in this case. On July 3, 2020, the parties stipulated to extend the date by which Sonos, Inc. may file a responsive pleading from July 6, 2020 to August 5, 2020.

The current stipulated extension does not affect or alter the date of any event or any deadline already fixed by Court order.

Pursuant to Local Rule 5-1, the filer of this document attests that concurrence in the filing of the same has been obtained from each of the other signatories.

DATED:  August 4, 2020        Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Patrick D. Curran
Patrick D. Curran
Attorneys for GOOGLE LLC

By   /s/ Alyssa Cardis
Alyssa Cardis
Attorneys for SONOS, INC.

**GRANTED**
Judge Edward M. Chen
Dated: 8/4/2020