UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Sonos, Inc.,<br><br>　　　　　　Defendant. | Case No. 20-cv-03845-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

Before the Court is Defendant Sonos, Inc.'s Motion to Dismiss Google LLC's Second, Third, and Fifth Causes of Action Pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101. Having considered the motion, the pleadings on file, and any other relevant materials, the motion to dismiss is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　HONORABLE EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
20-cv-03845-EMC