Clement S. Roberts, Esq. (CA Bar No. 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel.: (415) 773-5700
Fax: (415) 773-5759

Bas de Blank, Esq. (CA Bar No. 191487)
basdeblank@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel.: (650) 614-7400
Fax: (650) 614-7401

Alyssa Caridis, Esq. (CA Bar No. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel.: (213) 629-2020
Fax: (213) 612-2449

Attorneys for Defendant
SONOS, INC.

*Additional Attorney Information on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>            Defendant. | Case No. 3:20-cv-3845-EMC<br><br>**DEFENDANT SONOS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

*<u>Additional Attorney Information</u>*

George I. Lee, Esq. (*pro hac vice* pending)
lee@ls3ip.com
Sean M. Sullivan, Esq. (*pro hac vice* pending)
sullivan@ls3ip.com
Rory P. Shea, Esq. (*pro hac vice* pending)
shea@ls3ip.com
J. Dan Smith, Esq. (*pro hac vice* pending)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002
Fax: (312) 754-0003

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sonos, Inc. ("Sonos") discloses the following:

- Sonos has no parent corporation, and no publicly held corporation owns 10% or more of Sonos's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 12, 2020                            ORRICK, HERRINGTON & SUTCLIFFE LLP


By:/s/ *Clement S. Roberts*
    CLEMENT S. ROBERTS
    Attorneys for Defendant
    SONOS, INC.