Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GOOGLE LLC                                          )
                                                    )   Case No: 3:20-c  -03845-EMC
                                                    )
                              Plaintiff(s),         )   **APPLICATION FOR**
                                                    )   **ADMISSION OF ATTORNEY**
        v.                                          )   **PRO HAC VICE**
SONOS, INC.                                         )   (CIVIL LOCAL RULE 11-3)
                                                    )
                              Defendant(s).         )
                                                    )

_____George I. Lee_____, an active member in good standing of the bar of
_____Illinois_____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Sonos, Inc._____ in the
above-entitled action. My local co-counsel in this case is Clement S. Roberts_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 656 W. Randolph Street, Floor 5W<br>Chicago, IL 60661 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (312) 754-0002 | (415) 773-5700 |
| My email address of record: | Local co-counsel's email address of record: |
| lee@ls3ip.com | croberts@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is:   6225430

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  08/12/2020                                          George I. Lee
                                                    _____
                                                              APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of George  . Lee_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  August 13, 2020
                                                    _____
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*