Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC                                    )
                                              )   Case No: 3:20-cv-03845-EMC
                                              )
                          Plaintiff(s),       )   **APPLICATION FOR**
                                              )   **ADMISSION OF ATTORNEY**
            v.                                )   **PRO HAC VICE**
SONOS, INC.                                   )   (CIVIL LOCAL RULE 11-3)
                                              )
                                              )
                          Defendant(s).       )
_____      )

I, Rory P. Shea_____, an active member in good standing of the bar of
Illinois_____, hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: Sonos, Inc._____ in the
above-entitled action. My local co-counsel in this case is Clement S. Roberts_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD:<br>656 W. Randolph Street, Floor 5W<br>Chicago, IL 60661 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>405 Howard Street<br>San Francisco, CA 94105-2669 |
| --- | --- |
| MY TELEPHONE # OF RECORD:<br>(312) 754-0002 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 773-5700 |
| MY EMAIL ADDRESS OF RECORD:<br>shea@ls3ip.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>croberts@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 6290745_____

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 08/12/2020                          Rory P. Shea_____
                                                          APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rory P. Shea_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: August 13, 2020

                                          _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE