# EXHIBIT 4



# A Better Way to Listen

Watch the video  Learn more

| For your TV | For high fidelity | For bold bass | For |
|---|---|---|---|
| Arc | Five | Sub | Move |



# Brilliant sound in 3D



# Sonos Stations

Explore an eclectic mix of genre stations featuring the artists and songs most loved by Sonos listeners.

Learn more



Soak up a unique blend of dreamy, psychedelic indie pop inspired by the sunshine and fog of Southern California.

Document title: Sonos | Wireless Speakers and Home Sound Systems
Capture URL: https://www.sonos.com/en-us/home
Capture timestamp (UTC): Wed, 10 Jun 2020 23:43:43 GMT
Page 2 of 4



## Why Choose Sonos

### Brilliant Sound
Enjoy clear, richly detailed sound that fills the room at any volume.

### Easy to Use
Setup takes minutes, and control is simple with the Sonos app, Apple AirPlay 2, and your voice.

### Listen Your Way
Customize your system and play what you want, where you want.

Learn more





Our Company
News
Blog
Careers
Responsibility
Innovation

Manage Your Account
Order Status
Shipping and Delivery
Returns
Last Chance
Certified Refurbished

Find a Store
Dealer Store
Investors
Sonos for Business
Works with Sonos
Developer Portal

Contact Us
Frontline Workers
Sonos Radio
Sonos App
Trade Up

United States | © 2020 Sonos Inc. | Legal | Privacy statement | Accessibility | Conformity | Site map | Security

Document title: Sonos | Wireless Speakers and Home Sound Systems
Capture URL: https://www.sonos.com/en-us/home
Capture timestamp (UTC): Wed, 10 Jun 2020 23:43:43 GMT