# EXHIBIT 5


# Listen Your Way

**Create your perfect sound system.**

Everything works together, and Sonos works with all your favorite services so you can listen to what you want, where you want, how you want.



## Customize your system

Start with one speaker and easily add more later. Stereo pair speakers in the same room for bolder, richer sound. Connect Sub to

then add a pair of rear surrounds for immersive surround sound. Hook up your turntable to Play:5 or Amp to stream vinyl all around your home.

Shop speaker sets

## Stream from your favorite services

Sonos works with all the services you know and love. Stream Apple Music, Spotify, Amazon Music, Audible, Deezer, Pandora, TuneIn, iHeartRadio, Google Play Music, YouTube Music, and many more.

Learn more

    



## Your voice, your choice

Sonos works with both Amazon Alexa and the Google Assistant for hands-free control on WiFi. Use Alexa on Sonos One in the kitchen and Move on your patio, and get help from your Google Assistant on Beam in the living room.





# Listen in any or every room

All Sonos speakers and components connect over WiFi so you can build the system you want. Put on a podcast in the bedroom while someone else watches TV in the living room, or group all your speakers to play music in sync.



← Easy to Use                                        Home Theater →

Our Company         Manage Your Account         Find a Store         Contact Us

Document title: The Wireless Home Sound System | Sonos
Capture URL: https://www.sonos.com/en-us/listen-your-way
Capture timestamp (UTC): Wed, 10 Jun 2020 23:19:48 GMT

All Sonos speakers and components connect over WiFi so you can build the system you want. Put on a podcast in the bedroom while someone else watches TV in the living room, or group all your speakers to play music in sync.





← Easy to Use                                                                 Home Theater →

## Our Company
## News
## Blog
## Careers
## Responsibility
## Innovation

Manage Your Account        Find a Store           Contact Us
Order Status               Dealer Store           Frontline Workers
Shipping and Delivery      Investors              Sonos Radio
Returns                    Sonos for Business     Sonos App
Last Chance                Works with Sonos       Trade Up
Certified Refurbished      Developer Portal

🇺🇸 United States    © 2020 Sonos Inc.   Legal   Privacy statement   Accessibility   Conformity   Site map   Security

