# EXHIBIT 6

**ANSWERED**

# Move: Using across multiple Sonos systems

4 months ago • 1 reply • 124 views

 **FRAV** Contributor I • 0 replies

I have an office and home that are configured with unique house codes (Sonos ID), both configured as "Sonos Net" wireless, not WiFi (using Boost). With my Move I have it configured for my home Sonos system, so when I take it to my office, I cannot access it via Sonos app unless I factory reset the Move and then join it to the office Sonos system. I am aware that with WiFi direct setups, the Move can store multiple WiFi network credentials. (Ex. Taking the Move to your friends house temporarily). Can the Move also be linked/store multiple house codes / Sonos ID's to streamline my situation and support being taken between multiple Sonos Net households?

> ✅ **Best answer by Ryan S**
>
> Hi FRAV, each Sonos device, the Move included, can only remember one Sonos ID at a time. So when you take it back and forth, it will need to re-associate to each household. You might consider merging your households so that all of your devices use the same HHID, even on different networks. That way you can take the Move back and forth easily.
>
> To merge the systems, bring the Move to one location (keeping the old association) and just join the wireless network there. Then, factory reset a different device on the network and add it to the Move. From there, just add the others to the Move's network. And if you need a wired player or Boost, you can do that too.
>
> View original

👍 Like    💬 Quote    ⤴ Share

**Did you find what you were looking for?**

  

---

**1 reply**    Oldest first ⌄

**Ryan S** Community Manager • 12317 replies • **ANSWER**    4 months ago

Hi FRAV, each Sonos device, the Move included, can only remember one Sonos ID at a time. So when you take it back and forth, it will need to re-associate to each household. You might consider merging your households so that all of your devices use the same HHID, even on different networks. That way you can take the Move back and forth easily.

To merge the systems, bring the Move to one location (keeping the old association) and just join the wireless network there. Then, factory reset a different device on the network and add it to the Move. From there, just add the others to the Move's network. And if you need a wired player or Boost, you can do that too.

—
Mark good posts by pressing the like button, and select the best answer on questions you've asked to help others find solutions.

👍 Like    💬 Quote

---

## Reply

Styles ⌄  **B**  *I*  U  A  A  ≡  ≡  ☺  🔗  🖼  ❝  ⋯



**View real-time service status**

**Related Topics**

Multiple Access Point Ubiquiti Problem ✅
Troubleshooting

Connect with existing 2-zone receiver + Dot vs One vs ____?
What to get

What to buy? ❓
What to get

Legacy Program
Controllers & software

Support Spotify Connect to allow users to use the Spotify app as the controller.
Controllers & software

AirPlay
Music services and sources

Using Multiple Moves without Wifi ✅
Advanced setups

Sonos System Used To Work Great; Now 100% Non-Functional
Troubleshooting

Sonos Move in Blue Tooth Mode, group speaker source? ✅
Smart home integrations

Sonos and Google WiFi ✅
Troubleshooting

+26

Hi FRAV, each Sonos device, the Move included, can only remember one Sonos ID at a time. So when you take it back and forth, it will need to re-associate to each household. You might consider merging your households so that all of your devices use the same HHID, even on different networks. That way you can take the Move back and forth easily.

To merge the systems, bring the Move to one location (keeping the old association) and just join the wireless network there. Then, factory reset a different device on the network and add it to the Move. From there, just add the others to the Move's network. And if you need a wired player or Boost, you can do that too.

—

Mark good posts by pressing the like button, and select the best answer on questions you've asked to help others find solutions.

Like Quote

**Sonos and Google WiFi**

Troubleshooting

## Reply

Styles

Type your message here.

Send

Powered by INSIDED

Our Company
News
Blog
Careers
Responsibility
Innovation

Manage Your Account
Order Status
Shipping and Delivery
Returns
Certified Refurbished
Find a Store

Dealer Store
Investors
Sonos for Business
Works with Sonos
Developer Portal
Contact Us

Trade Up
Sign up for email

© 2020 Sonos Inc. Legal Privacy statement Accessibility Conformity Site map Site Feedback

