# EXHIBIT 10

Blog

# Sonos and Spotify: Better, Stronger

OCTOBER 6, 2015

Also available in: 🇦🇺, 🇩🇰, 🇩🇪, 🇪🇸, 🇫🇷, 🇮🇹, 🇳🇱, 🇳🇴, 🇸🇪, 🇬🇧

*Creating the ultimate music experience in the home is what we do. Sonos Product Marketing team member Laura Cook walks through the latest Spotify enhancements and improvements we've just added.*



We believe that music, and not just the tunes themselves but also the way you listen, should get better with time. Like fine wine. And Steven Tyler, Meryl Streep and George Clooney. (Johnny Depp we'll get back to you.)

Sonos and Spotify have long partnered to let you enjoy the music you want in your home, so we are making some significant upgrades to ensure that you'll enjoy Spotify even more.

## Spotify Radio

Integrating Spotify's Radio feature has been a top ask from you for a while. We're excited to announce it is now here.



Document title: Sonos and Spotify: Better, Stronger
Capture URL: https://blog.sonos.com/en/sonos-spotify-better-stronger/
Capture timestamp (UTC): Thu, 11 Jun 2020 02:13:35 GMT

announce it is now here.

How do you bump A$AP Rocky, Alabama Shakes, or Ryan Adams Radio in your living room? Simply, go to universal search on the app and type in the artist that you want listen to. In the Spotify search results, click on the artist and select the first square on the next screen for artist radio. Make the choice to either play them now or add them to your Sonos Favorites and then of course… turn it up.

For details on how to start a station based on a track, pop over to our expertly managed support site.



## Great Spotify Programming

Spotify has some new and existing ways to help you unearth music that you may come to love. You will now find many of them on the Spotify home screen in your Sonos app.

Your Daily Soundtrack is Spotify's ever-changing sampling of playlists to make sure you have the perfect music for any moment, day or night based on your time zone. It is the top selection when you pop open Spotify in the Sonos app.

"Genres and Moods" helps you make whatever the moment calls for better. Kids driving you nuts? Tap on Today's Hits and start a freeze dance party game in the living room. Need to let your inner lion roar? The right Reggae for the moment is just taps away.

"Your Music" is where all your go-to songs and playlists are right at your fingertips. Including Discover Weekly, a custom 2-hour mixtape programmed just for you and served up every Monday.

## Please Don't Stop the Music

Your unrivaled music experience is core to everything we do. Ever. Period. We've been hard at work rebuilding your Sonos experience around a new, more stable platform. We are happy to have some key initial pieces in place that will help to ensure a more robust playback now and rest assured, even more upgrades are planned.

This is a first step in a long journey to make Spotify better and better on Sonos. Please let us know what you think.

"Genres and Moods" helps you make whatever the moment calls for better. Kids driving you nuts? Tap on Today's Hits and start a freeze dance party game in the living room. Need to let your inner lion roar? The right Reggae for the moment is just taps away.

"Your Music" is where all your go-to songs and playlists are right at your fingertips. Including Discover Weekly, a custom 2-hour mixtape programmed just for you and served up every Monday.

## Please Don't Stop the Music

Your unrivaled music experience is core to everything we do. Ever. Period. We've been hard at work rebuilding your Sonos experience around a new, more stable platform. We are happy to have some key initial pieces in place that will help to ensure a more robust playback now and rest assured, even more upgrades are planned.

This is a first step in a long journey to make Spotify better and better on Sonos. Please let us know what you think.



Recommended reads


Sub and Five: Modern Interpretations. Original Artistry.


What Sound Means "Sonos"? Philip Glass Had the Answer.


Your Social Life Is Now Streaming. How Does It Sound?


Home Office Help: Using Sonos to Get Motivated, Stay Focused, and Be Productive

