# EXHIBIT 11

# Listen on Sonos: Five New Music Services

APRIL 7, 2015

Also available in: 

*Deezer Elite, TIDAL, 22tracks, Mixcloud, and Saavn are the latest music services available to stream wirelessly on Sonos.*

Since 2005, we've added 60 different music streaming services worldwide to Sonos, and we're taking this opportunity to highlight the five newest ones so you can continue with your music discovery at home. As your options increase, you can enjoy the one service of your choice or the few that will allow you to listen and explore exactly how you want to in every room of your home.

Using our universal search feature, you can explore across all your services at the same time —quickly and easily. Whether you're into services like Spotify, TuneIn, and SoundCloud or explore live sessions on Daytrotter and tastemaker playlists on Shuffler.FM, it's all there.

Today, we're sharing five new services on Sonos: **Deezer Elite**, **TIDAL**, **22tracks**, **Mixcloud**, and **Saavn**. Each one of which offers a range of features like high definition audio formats, handpicked station and playlist creation, and a new region of music discovery on Sonos.

But how do you decide which one to try first? Think of the list of music services as a musical choose-your-own-adventure.

(Click image to enlarge)

**In search of a higher quality stream to appreciate the details in your favorite tracks?**
Check out Deezer Elite or TIDAL. Both offer CD quality (16- bit, 44.1kHz, FLAC lossless) music streams so you can hear every detail, including that faint metallic ringing from the crash of cymbals and extra resonance from each strum of the guitar with both services.

- **Deezer Elite**, exclusively available for listeners on Sonos, offers subscriptions for $9.99 when purchased for a year or more and $14.99 when purchased monthly. The regular service price is $19.99.
- **TIDAL's** high-definition streaming subscription costs $19.99/month.

**Not in the mood to build a playlist or just want someone else, like a professional DJ, to select your music for you?**
**22tracks** offers playlists curated by local DJs from Amsterdam, Brussels, London and Paris, while **Mixcloud** offers a new take on radio with huge collections of radio shows, Podcasts and

Document title: Listen on Sonos: Five New Music Services | Sonos Blog
Capture URL: https://blog.sonos.com/en/listen-on-sonos-five-new-music-services/
Capture timestamp (UTC): Wed, 10 Jun 2020 23:46:58 GMT
Page 1 of 2

DJ mixes. These aren't your top 40 type of music discovery services. They cater to DIY music enthusiasts looking to get their hands dirty searching for that perfect song. Both **22tracks** and **Mixcloud** are free and available globally.

**Been searching for your favorite tracks in every corner of the world?**
Then we recommend the Indian-language and Bollywood songs brought to you by **Saavn**. They offer everything from newest songs to the hard-to-find classics with a catalogue that includes millions of tracks waiting to be streamed wirelessly throughout your home. The **SaavnPro** subscription is available to all globally for $3.99/month.

**Across all of your services, are you sick of hearing your kid's latest pop anthem?**
You can now add multiple accounts (up to 32) and easily toggle between them to keep your personal listing uniquely yours. Just because you've added your personal Spotify account, for example, doesn't mean that everyone else in the family needs to alter your finely tuned playlists with their favorites.

To explore these and the additional services available on Sonos, select "Add Music Services" within your music menu on the Sonos App. Stay on the lookout for more as we're always adding new services in both beta and general release.



## Recommended reads






