# EXHIBIT 13

# Easy to Use

**Plug it in, turn it on, and open the app.**

The Sonos listening experience is effortless, whether you're setting up your first speaker or custom-tuning your fifth.

## Setup is simple

Download the Sonos app

Plug your speaker into the power.

Get step-by-step instructions in the Sonos app.



# Control it all with the app

Easily manage your system from any room. Browse music, radio, podcasts, and audiobooks, adjust the volume, group speakers to play in sync, set custom alarms, and more.

Learn more





# Listen on Bluetooth

Switch Move to Bluetooth mode and stream from your favorite app when WiFi isn't available.





# Apple AirPlay 2

Stream sound straight from your iPhone or iPad to Sonos. Watch a video on the small screen with rich sound from Sonos then ask Siri to adjust the volume.

Shop One



# Control from your favorite app

Send sound to Sonos straight from Spotify, Audible, TIDAL, Pandora, and iHeartRadio.

← Brilliant Sound

Listen Your Way →

Our Company
News
Blog
Careers
Responsibility
Innovation

Manage Your Account
Order Status
Shipping and Delivery
Returns
Last Chance
Certified Refurbished

Find a Store
Dealer Store
Investors
Sonos for Business
Works with Sonos
Developer Portal

Contact Us
Frontline Workers
Sonos Radio
Sonos App
Trade Up

United States

© 2020 Sonos Inc. Legal Privacy statement Accessibility Conformity Site map Security

