# EXHIBIT 14

# Spotify and Sonos



> **Issues with Spotify Connect and Sonos app version 10.3 or earlier**
>
> If you are experiencing issues with playing to Sonos from the Spotify app and are using Sonos app version 10.3 or earlier, please update your Sonos system by going to **More** > **Settings** > **System Updates** > **Check for Updates**.

Spotify is an online music service giving users the ability to stream music on demand to Sonos using Spotify's unique technology. Spotify and Sonos will allow access to all of your existing Spotify playlists and their entire catalogue in every corner of your home.

### Where is Spotify available?
Algeria, American Samoa, Andorra, Anguilla, Argentina, Aruba, Australia, Austria, Bahrain, Belgium, Bermuda, Bolivia, Brazil, Bulgaria, Canada, Cayman Islands, Chile, Colombia, Costa Rica, Cyprus, Czech Republic, Denmark, Dominican Republic, Ecuador, Egypt, El Salvador, Estonia, Faroe Islands, Finland, France, French Guiana, French Polynesia, Futuna Islands, Germany, Gibraltar, Greece, Guadeloupe, Guam, Guatemala, Honduras, Hong Kong, Hungary, Iceland, India, Indonesia, Ireland, Israel, Italy, Japan, Jordan, Kuwait, Latvia, Lebanon, Liechtenstein, Lithuania, Luxembourg, Malaysia, Malta, Martinique, Mexico, Monaco, Montserrat, Morocco, Netherlands, New Caledonia, New Zealand, Nicaragua, Norway, Oman, Palestine, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Puerto Rico, Qatar, Reunion Island, Romania, Saudi Arabia, Singapore, Slovakia, South Africa, Spain, Sweden, Switzerland, Taiwan, Thailand, Tunisia, Turkey, Turks and Caicos Islands, U.A.E, United Kingdom, United States, Uruguay, Vietnam, Virgin Islands (British), Virgin Islands (US), and Wallis.

### What subscription level do I need to use Spotify on Sonos?
Sonos supports Spotify Free and Spotify Premium accounts.

A Spotify Free account allows you to search for Spotify artists, albums, and playlists in the Sonos app. When listening to music with a Spotify Free account, you're limited to six song skips per hour.

### How do I control Sonos from the Spotify app?
You can control Sonos directly from the Spotify app by tapping on Devices Available on the Now Playing screen in the Spotify app.

1. Open the Spotify app.
2. Go to the Now Playing screen.
3. At the bottom of the screen, tap Devices Available and select your Sonos speaker or group.

### How can I group rooms using the Spotify app?
From the Spotify app, tap Devices Available > More Info (...) > Group Rooms.

Please note that it is not possible to group Sonos speakers from the Spotify desktop apps on Mac or PC. You will need to use the Sonos app to group speakers on those platforms.

### What bitrate and format does Spotify stream in?
Spotify streams in OGG format up to 320kbps, depending on your connection.

If you are experiencing issues with playing to Sonos from the Spotify app and are using Sonos app version 10.3 or earlier, please update your Sonos system by going to **More** > **Settings** > **System Updates** > **Check for Updates**.

Spotify is an online music service giving users the ability to stream music on demand to Sonos using Spotify's unique technology. Spotify and Sonos will allow access to all of your existing Spotify playlists and their entire catalogue in every corner of your home.

### Where is Spotify available?

Algeria, American Samoa, Andorra, Anguilla, Argentina, Aruba, Australia, Austria, Bahrain, Belgium, Bermuda, Bolivia, Brazil, Bulgaria, Canada, Cayman Islands, Chile, Colombia, Costa Rica, Cyprus, Czech Republic, Denmark, Dominican Republic, Ecuador, Egypt, El Salvador, Estonia, Faroe Islands, Finland, France, French Guiana, French Polynesia, Futuna Islands, Germany, Gibraltar, Greece, Guadeloupe, Guam, Guatemala, Honduras, Hong Kong, Hungary, Iceland, India, Indonesia, Ireland, Israel, Italy, Japan, Jordan, Kuwait, Latvia, Lebanon, Liechtenstein, Lithuania, Luxembourg, Malaysia, Malta, Martinique, Mexico, Monaco, Montserrat, Morocco, Netherlands, New Caledonia, New Zealand, Nicaragua, Norway, Oman, Palestine, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Puerto Rico, Qatar, Reunion Island, Romania, Saudi Arabia, Singapore, Slovakia, South Africa, Spain, Sweden, Switzerland, Taiwan, Thailand, Tunisia, Turkey, Turks and Caicos Islands, U.A.E, United Kingdom, United States, Uruguay, Vietnam, Virgin Islands (British), Virgin Islands (US), and Wallis.

### What subscription level do I need to use Spotify on Sonos?

Sonos supports Spotify Free and Spotify Premium accounts.

A Spotify Free account allows you to search for Spotify artists, albums, and playlists in the Sonos app. When listening to music with a Spotify Free account, you're limited to six song skips per hour.

### How do I control Sonos from the Spotify app?

You can control Sonos directly from the Spotify app by tapping on Devices Available on the Now Playing screen in the Spotify app.

1. Open the Spotify app.
2. Go to the Now Playing screen.
3. At the bottom of the screen, tap Devices Available and select your Sonos speaker or group.

### How can I group rooms using the Spotify app?

From the Spotify app, tap Devices Available > More Info (...) > Group Rooms.

Please note that it is not possible to group Sonos speakers from the Spotify desktop apps on Mac or PC. You will need to use the Sonos app to group speakers on those platforms.

### What bitrate and format does Spotify stream in?

Spotify streams in OGG format up to 320kbps, depending on your connection.

### How do I add Spotify to my Sonos?

See our article on adding music services to learn how.

### Related Articles

Creating your Sonos Account

Release notes for Sonos software

Sonos system requirements

Known limitations with separate S1 and S2 Sonos systems

Control Sonos with the Google Assistant

**Preferred Language**
English

Visit sonos.com   Download the Sonos app   Get support   © 2020 Sonos Inc.   Legal   Privacy statement   Site map