# EXHIBIT 15

MUSIC, PODCASTS, AND VOICE SERVICES > MUSIC SERVICES

# Napster and Sonos



Check for service outages with Napster on Sonos at status.sonos.com

**What is Napster?**

Meet your new music collection complete with millions of songs, entire albums and artist hits spanning the decades. This is more than just internet radio. This is the power to play exactly the songs you want, wherever you are.

**What features are available?**

- Enjoy more than 30 million tracks on your Sonos!
- Stream in up to 32 rooms
- Search by artist, album, song & playlist

**What subscription is needed for Napster to work on Sonos?**

- In the US: Napster Premier or higher
- In EU locales: Napster Unlimited or higher

**Where is Napster available?**

Austria, Belgium, Canada, Denmark, Finland, France, Germany, Greece, Ireland, Italy, Luxembourg, Norway, Portugal, Spain, Sweden, The Netherlands, United Kingdom, United States.

**What is the bitrate that Napster streams at on Sonos?**

320 kbps AAC

**How do I add Napster to my Sonos?**

See our article on adding music services to learn how.

### Related Articles

Hofer Life music on Sonos

Music services on Sonos

Last.FM scrobbling on Sonos

Spotify and Sonos

Apple Music and Sonos



**Preferred Language**

English

Visit sonos.com  Download the Sonos app  Get support    © 2020 Sonos Inc.  Legal  Privacy statement  Site map

Document title: Napster and Sonos | Sonos
Capture URL: https://support.sonos.com/s/article/1579?language=en_US
Capture timestamp (UTC): Wed, 10 Jun 2020 23:49:45 GMT
Page 1 of 1