# EXHIBIT 17

# Add voice services to Sonos

This article will show you how to add a voice service to your Sonos system using the Sonos app for iOS or Android. This will allow you to control Sonos by speaking directly to a voice-enabled Sonos product or to a third-party device that uses the same voice service.

## Using the Sonos app for iOS or Android:

1. From the **Settings** tab, tap **Services & Voice**.
2. Under Voice, tap **Add a Service** and choose the voice assistant you'd like to set up.



You can choose from the following voice services to use with Sonos. Select a voice service for more information on how to set it up with your Sonos system.

 

## Related Articles

Add a music service to Sonos

Set up the Google Assistant with a voice-enabled Sonos product

Set up Amazon Alexa with a voice-enabled Sonos speaker

Set up your Sonos system

Set up an Amazon Alexa device to control Sonos

Preferred Language

English