# EXHIBIT 18

# Control Sonos with Amazon Alexa

This article will explain how to control your Sonos system using Amazon Alexa and will provide a list of example commands.

You can check and see if Amazon Alexa on Sonos is available in your region using our article: Amazon Alexa availability on Sonos

## Commands

Below you'll find a list of general music-related commands you can use with Amazon Alexa on Sonos.

- When asking Alexa to play music, the song will begin playing from Alexa's default music service unless you specify a different service in your command. Learn how to set or change your default music service here.

- You can add "in the (room name)" to the end of your commands if you want to play music in a specific room. Otherwise, the music will play on the speaker that responded to your request.

- If you're giving a command to Sonos using an Alexa-enabled device like an Echo Dot, you'll need to include the room name in your command unless your Sonos speaker is part of an Alexa group.

| Command | What it does | Example |
| --- | --- | --- |
| **Playback** | | |
| play<br>pause<br>stop | Start or stop music | Alexa, pause the music in the living room. |
| skip<br>next<br>previous | Skip to the next or previous song | Alexa, skip this song. |
| play [artist]<br>play [album]<br>play [song]<br>play [genre] | Play a specific artist, album, song, or genre | Alexa, play jazz in the office. |
| what's playing? | Find out what song is currently playing | Alexa, what's playing in the living room? |
| **Volume** | | |
| turn it up<br>turn it down<br>louder<br>quieter<br>softer | Turn the volume up or down | Alexa, turn it up in the bathroom. |
| mute<br>unmute | Mute or unmute the speaker | Alexa, mute the bedroom. |
| set the volume to 3 | Set a specific volume [0-10 volume levels] | Alexa, set the volume to 5 in the kitchen. |

Document title: Control Sonos with Amazon Alexa | Sonos
Capture URL: https://support.sonos.com/s/article/3514?language=en_US
Capture timestamp (UTC): Wed, 10 Jun 2020 23:51:27 GMT

| set the volume to 3 | Set a specific volume [0-10 volume levels] | Alexa, set the volume to 5 in the kitchen. |
|---|---|---|
| **Control your TV with Sonos Beam or Amp*** | | |
| turn on the TV<br>turn off the TV | Turn your TV on or off | Alexa, turn on the living room TV. |
| **Switch to TV audio** | | |
| set mode to TV | Switch your speaker to TV audio | Alexa, set mode to TV on patio. |
| **Turn on home theater audio modes** | | |
| switch to Speech Enhancement mode<br>switch to Night mode | Enable speech enhancement or night mode on Sonos home theater speakers | Alexa, switch to Night Mode in the family room. |
| **Alexa Announcements** | | |
| announce<br>tell everyone<br>broadcast | Broadcast a ten-second message to everyone in your home over your Alexa-enabled devices. Include your message after the command | Alexa, announce that dinner is ready.<br>Alexa, I want to make an announcement (increases limit to 40 seconds). |

*Alexa control for your TV requires an HDMI-ARC connection between the TV and the Beam or Amp.

## Not currently supported

- Playing songs based on lyrics
- Setting Sonos alarms and sleep timers
- Thumbs up/down initiated with voice is not reflected in the Sonos app
- Alexa Routines
- Voice Calling
- Whisper Mode

If you experience issues using Alexa with Sonos, please see our troubleshooting article for additional help.

## Related Articles

Set up an Amazon Alexa device to control Sonos

Set up Amazon Alexa with a voice-enabled Sonos speaker

Alexa Groups and Sonos

Set up Amazon Fire TV with Sonos

Alexa commands not working on Sonos

Preferred Language

English



Visit sonos.com   Download the Sonos app   Get support   © 2020 Sonos Inc.   Legal   Privacy statement   Site map

Document title: Control Sonos with Amazon Alexa | Sonos
Capture URL: https://support.sonos.com/s/article/3514?language=en_US
Capture timestamp (UTC): Wed, 10 Jun 2020 23:51:27 GMT
Page 2 of 2