# EXHIBIT 25

# Remove a music service account from Sonos

This article will show you how to remove a music service account from your Sonos system. Removing a music service account will not alter your subscription with the music service provider in any way. Content (songs, albums, artists, playlists, etc.) you've added to **My Sonos**, **Sonos Playlists**, or **Sonos Favorites** using this service will no longer be playable and will need to be manually removed.

### iOS or Android

1. From the **Settings** tab, tap **Services & Voice**.
2. Tap the service you wish to remove from Sonos and tap **Remove Account**. If you've added multiple accounts, make sure the correct one is selected before removing.
3. Tap **Remove**.

### macOS or Windows

1. From the toolbar in the top left corner, click **Manage** > **Service Settings**.
2. Click the service you wish to remove and click the **-** (minus) button if you are using macOS or **Remove** if you are using Windows. If you've added multiple accounts, make sure the correct one is selected before removing.
3. Click **Remove**.



## Related Articles

Music library troubleshooting

Music service audio stops or skips

Remove Sonos products that are not compatible with S2

Sonos Beta Programs

Help and tips for Google Assistant on Sonos

Was this article helpful?
○ Yes  ○ No

Submit

Preferred Language
English