# EXHIBIT 26

# Add favorites to My Sonos

This article provides steps to add your favorite songs, stations, podcasts, or collections like "New Releases" to My Sonos, providing a shortcut to the content you listen to the most.



**On iOS and Android**

1. While browsing music, tap (...) next to any song, album, artist, radio station, podcast etc.
2. Tap **Add [content] to My Sonos**.

**Note**: You can also favorite any song or station directly from the Now Playing screen by tapping (...) > Add to My Sonos.

## Related Articles

Add an Internet radio station to Sonos

TIDAL and Sonos

Set an alarm on Sonos

Qobuz and Sonos

Deezer and Sonos

Preferred Language

English

Document title: Add favorites to My Sonos | Sonos
Capture URL: https://support.sonos.com/s/article/3547?language=en_US
Capture timestamp (UTC): Thu, 11 Jun 2020 17:57:29 GMT
Page 1 of 1