QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  David A. Nelson (admitted by *pro hac vice*)
  davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | CASE NO. 3-20-cv-03845-EMC<br><br>**PLAINTIFF GOOGLE LLC'S OPPOSITION TO DEFENDANT SONOS, INC.'S MOTION TO DISMISS GOOGLE LLC'S SECOND, THIRD, AND FIFTH CAUSES OF ACTION PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 35 U.S.C. § 101**<br><br>Date: Thursday, October 8, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor |

Defendant Sonos, Inc. ("Sonos") filed a motion to dismiss the Complaint of Plaintiff Google LLC ("Google").  Dkt. No. 25.  Google disagrees with Sonos' allegations, but to avoid the time and cost of unnecessary motion practice, Google has today filed a First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 15(a)(1)(B).  Google's FAC addresses the purported deficiencies discussed in Sonos' motion to dismiss, and therefore moots that motion.  *See, e.g., Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (motion to dismiss targeting a prior version of a complaint is moot upon filing of an amended complaint).

Accordingly, Google respectfully requests that this Court dismiss as moot Sonos' motion to dismiss.

DATED:  August 26, 2020         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By      */s/ Charles K. Verhoeven*
                                   Charles K. Verhoeven
                                   Attorneys for GOOGLE LLC