CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

GEORGE I. LEE (admitted *pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (admitted *pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (admitted *pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:      +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Sonos, Inc.,<br><br>　　　　Defendant. | Case No. 3:20-cv-03845-EMC<br><br>**SONOS, INC.'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO DISMISS GOOGLE LLC'S SECOND, THIRD, AND FIFTH CAUSES OF ACTION PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 35 U.S.C. § 101**<br><br>Date: Thursday, October 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor |

## NOTICE OF WITHDRAWAL OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that Defendant Sonos, Inc. ("Sonos") withdraws its Motion To Dismiss Google LLC's Second, Third, And Fifth Causes Of Action Pursuant To Fed. R. Civ. P. 12(B)(6) And 33 U.S.C. § 101 (Docket No. 25).  This withdrawal is made because on August 26, 2020, Google filed an Amended Complaint (Docket No. 35).  The withdrawal is made **WITHOUT PREJUDICE** and Sonos expressly reserves its right to move to dismiss all or parts of the Amended Complaint.

Dated:  August 28, 2020

By:  */s/ Clement Seth Roberts*
CLEMENT SETH ROBERTS
ALYSSA CARIDIS

ORRICK, HERRINGTON & SUTCLIFFE LLP

GEORGE I. LEE
SEAN M. SULLIVAN
RORY P. SHEA
J. DAN SMITH

LEE SULLIVAN SHEA & SMITH LLP

*Attorneys for Defendant Sonos, Inc.*