UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>         Defendant. | Case No. 20-cv-03845-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

Before the Court is Defendant Sonos, Inc.'s Motion to Dismiss Google LLC's Second Cause of Action Pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101.  Having considered the motion, the pleadings on file, and any other relevant materials, the motion to dismiss is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____          _____
                                       HONORABLE EDWARD M. CHEN
                                       United States District Judge