1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>           Defendant. | CASE NO. 3:20-cv-03845-EMC<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS THE SECOND CAUSE OF ACTION** |

   Before the Court is Defendant Sonos, Inc.'s Motion to Dismiss Google LLC's Second Cause of Action Pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101. Having considered the motion, its supporting papers, Google's opposition, and all other relevant materials, the motion to dismiss is hereby DENIED.

   IT IS SO ORDERED.

Dated: _____

The Honorable Edward M. Chen
United States District Judge