1 | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
2 | ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
3 | San Francisco, CA  94105-2669
Telephone:  +1 415 773 5700
4 | Facsimile:  +1 415 773 5759

5 | BAS DE BLANK (CA Bar No. 191487)
basdeblank@orrick.com
6 | Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
7 | Menlo Park, CA 94025
Telephone:   +1-650-614-7400
8 | Facsimile:  +1-650-614-7401

9 | ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
10 | Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
11 | Los Angeles, CA 90017-5855
Telephone:  +1-213-629-2020
12 | Facsimile:  +1-213-612-2499

13 | GEORGE I. LEE (admitted *pro hac vice*)
lee@ls3ip.com
14 | SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
15 | RORY P. SHEA (admitted *pro hac vice*)
shea@ls3ip.com
16 | J. DAN SMITH (admitted *pro hac vice*)
smith@ls3ip.com
17 | LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
18 | Chicago, IL 60661
Telephone:  +1 312 754 0002
19 | Facsimile:  +1 312 754 0003

20 | *Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE LLC, | Case No. 20-cv-03845-EMC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(c)(2)** |
| v. | |
| SONOS, INC., | |
| Defendant. | |

NOTICE OF APPEARANCE
20-cv-03845-EMC

1    TO THE CLERK OF THE COURT AND ALL PARTIES:

2    PLEASE TAKE NOTICE that Alyssa Caridis of Orrick, Herrington & Sutcliffe LLP,

3  hereby enters her appearance on behalf of Defendant Sonos, Inc. ("Sonos") and requests that

4  notice of all further papers and proceedings, except original process, be served upon her at the

5  following address:

> Alyssa M. Caridis
> Orrick, Herrington & Sutcliffe LLP
> 777 South Figueroa Street, Suite 3200
> Los Angeles, CA 90017-5855
> Telephone: +1-213-629-2020
> Facsimile: +1-213-612-2499
> E-mail: acaridis@orrick.com

This appearance is without prejudice to, or waiver of, any defense that Sonos may have, including, but not limited to, defenses based on lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.

Dated:  October 7, 2020                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                           By:  /s/ Alyssa Caridis
                                                    ALYSSA CARIDIS

                                           *Attorneys for Defendant Sonos, Inc.*