CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

BAS DE BLANK (CA Bar No. 191487)
basdeblank@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

GEORGE I. LEE (admitted *pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (admitted *pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (admitted *pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-03845-EMC<br><br>**NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(c)(2)** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Bas de Blank of Orrick, Herrington & Sutcliffe LLP, does hereby enter his appearance on behalf of Defendant Sonos, Inc. ("Sonos") and requests that notice of all further papers and proceedings, except original process, be served upon him at the following address:

> Bas de Blank
> Orrick, Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
> Telephone: +1-650-614-7400
> Facsimile: +1-650-614-7401
> E-mail: basdeblank@orrick.com

This appearance is without prejudice to, or waiver of, any defense that Sonos may have, including, but not limited to, defenses based on lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.

Dated:  October 7, 2020                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                           By: /s/ Bas de Blank
                                                    BAS DE BLANK

                                           *Attorneys for Defendant Sonos, Inc.*