QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

  David A. Nelson (*pro hac vice*)
  davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:    (312) 705-7401

Attorneys for GOOGLE LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>             Defendant. | Case No. 3:20-cv-03845-EMC<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>**DEMAND FOR JURY TRIAL** |

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Google LLC ("Google"), hereby requests that the Court make a determination that the above-captioned case, *Google LLC v. Sonos, Inc.*, Case No. 3:20-cv-03845-EMC ("Google/Sonos I"), is related to another case filed in this District, *Google LLC v. Sonos, Inc.*, Case No. 3:20-cv-06754-LB ("the Google/Sonos DJ") (collectively, "Google/Sonos NDCA Actions").  Sonos, Inc. ("Sonos") opposes this request.

## I. ACTION REQUESTED

An order pursuant to Civil L.R. 3-12 relating the Google/Sonos DJ to Google/Sonos I.

## II. BACKGROUND

### A. *Google/Sonos I*

On June 11, 2020, Google filed a complaint against Sonos in the Northern District of California, alleging infringement of five patents.  *Google LLC v. Sonos, Inc.*, Case No. 3:20-cv-03845-EMC, Dkt. 1.  The patents-at-issue relate to a number of technologies for use in home audio network configurations, including technologies generally relating to: improved introduction of devices into a domain-based digital rights management system; exchange of data among audio devices within a mesh network, wherein the data is targeted at specific devices based on an identification code in a data packet; adaptive echo cancellation and noise suppression in an audio device; and personalized and global searching of media content over a network, such as the Internet.

### B. *Google/Sonos DJ*

On September 28, 2020, Google filed a complaint against Sonos in the Northern District of California, requesting a declaration of noninfringement of five patents.  *Google LLC v. Sonos, Inc.*, Case No. 3:20-cv-06754-LB, Dkt. 1.  Google filed this complaint after Sonos informed Google that Sonos intended to file a complaint on these same patents in the Western District of Texas.  *Id.*  Sonos filed its complaint against Google in the Western District of Texas on September 29, 2020.  *Sonos, Inc. v. Google LLC*, Case No. 6-20-cv-00881-ADA.  The patents-at-issue in the Google/Sonos DJ relate to technologies for use in home audio network configurations,

including technologies generally relating to: music playback in a network, music playback device management in a network, and dynamic sound equalization in an audio device.

### III.   ARGUMENT

Civil Local Rule 3-12(a) provides that "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

**A.     *The Google/Sonos NDCA Actions Involve Substantially The Same Parties, Patents, Legal Issues, And Transactions.***

Both of the Google/Sonos NDCA Actions involve Plaintiff Google and Defendant Sonos.

The Google/Sonos NDCA Actions involve the same federal statutes under the patent laws of the United States, 35 U.S.C. § 1-390.

And the Google/Sonos NDCA Actions involve the same technologies.  The technologies at issue in each case are (i) network connected loudspeakers and controllers and (ii) media applications for use with these speakers.  For example, the Google/Sonos DJ relates to Chromecast, Chromecast Ultra, Chromecast Audio, Chromecast with Google TV,  Home Mini, Nest Mini, Home, Home Max, Home Hub, Nest Hub, Nest Hub Max, Nest Audio, Nest Wifi Point, YouTube Music app, Google Play Music app, YouTube app, Google Home app, and Google's "Pixel" phones, tablets, and laptops.  Google/Sonos DJ Dkt. 1 at ¶ 2.  Google/Sonos I relates to the Sonos One, One SL, Five, Play:1, Play:3, Play:5, Playbar, Playbase, Beam, Arc, Move, Connect:Amp, Amp, Connect, Sub, and the Sonos S1 Controller App and S2 App.  Google/Sonos I Dkt. 35 at ¶ 12.  These products share technological commonalities, such as networking, sound reproduction, and media searching.  Indeed, three of the Sonos patents at issue in the Google/Sonos DJ are patents that Sonos says are practiced by three of the Sonos technologies at issue in Google/Sonos I.  *See* https://www.sonos.com/en-us/legal/patents.

**B.     *Relating The Google/Sonos NDCA Actions Will Conserve Judicial Resources And Avoid Inconsistent Results.***

This Court is currently presiding over Google/Sonos I.  Dkt. 17.  This Court has overseen Sonos' Motion To Dismiss (Dkt. 25), Google's submission of a First Amended Complaint (Dkt.

35), and Sonos' Second Motion To Dismiss (Dkt. 39).  This Court is or will be familiar with the parties, the controversies, and the subject matter at issue.

Given the overlap between the parties and subject matter at issue, and the fact that this Court will be educated regarding the technology at issue through a technology tutorial, claim construction and trial in Google/Sonos I, this Court is particularly well situated to preside over the Google/Sonos DJ.  Relating the two cases will avoid the "unduly burdensome duplication of labor and expense" and the prospect of "conflicting results" that would result from these cases proceeding before different Judges.  Civil L.R. 3-12(a)(2).

## IV.     **CONCLUSION**

For the foregoing reasons, Google respectfully requests that Google/Sonos DJ be related to Google/Sonos I pursuant to Civil Local Rule 3-12.

DATED:  October 13, 2020          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  _____*/s/ Charles K. Verhoeven*_____
    Charles K. Verhoeven
    Attorneys for GOOGLE LLC