1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  GOGGLE LLC,                          | Case No. 3:20-cv-03845-EMC
12          Plaintiff,                   | **[PROPOSED] ORDER GRANTING
13     vs.                               | GOOGLE LLC'S ADMINISTRATIVE
                                         | MOTION TO CONSIDER WHETHER
14  SONOS, INC.,                         | CASES SHOULD BE RELATED
15                                       | PURSUANT TO CIVIL L.R. 3-12**
            Defendant.
16

1 | The Court, having reviewed the Administrative Motion to Consider Whether Cases Should
2 | be Related Pursuant to Civil Local Rule 3-12 of Plaintiff Google LLC ("Google"), and finding
3 | good cause exists for granting the requested relief, hereby GRANTS the motion and orders that
4 | this case is hereby related to *Google LLC v. Sonos, Inc.*, Case No. 3:20-cv-06754.

6 | **IT IS SO ORDERED.**

8 | Dated: _____

Honorable Edward M. Chen
United States District Judge