# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 15, 2020   **Time:** 1:50-2:42= 52 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-03845-EMC   **Case Name:** Google LLC v. Sonos, Inc.

**Attorneys for Plaintiff:** Dave Nelson, Patrick Weston
**Attorney for Defendant:** Clement Roberts

**Deputy Clerk:** Angella Meuleman       **Court Reporter:** JoAnn Bryce

## PROCEEDINGS HELD BY ZOOM WEBINAR

[39] Motion to Dismiss;
Initial Case Management Conference held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes motion under submission for reasons as stated on the record.

Initial Case Management Conference:

Discovery dispute addressed about need for pinpointing citation source code. Court directed the parties to stipulate for full disclosures that normally would accompany Patent Local Rule 3-4 and then stipulate to 90 days thereafter.

Private mediation is scheduled with the parties before Judge Phillips in October.

Court further adopts parties proposed schedule through Claims Construction. Scheduling Order to issue.

Tutorial set for 4/27/2021 at 2:30 p.m. Claims Construction set 5/11/2021 at 2:30 p.m.