UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE LLC, | Case No. 20-cv-03845-EMC |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER FOR CLAIMS CONSTRUCTION** |
| SONOS, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, THE FOLLOWING DEADLINES ARE HEREBY ORDERED:

| | |
|---|---|
| Claim Construction Hearing | 5/11/2021 at 2:30 p.m. Courtroom 5, 17th Floor |
| Tutorial | 4/27/2021 at 2:30 p.m. Courtroom 5, 17th Floor |
| Pat. L.R. 4-5(c) Reply Claim Construction Brief by Google | 4/12/2021 |
| Pat. L.R. 4-5(b) Reply Claim Construction Brief by Sonos | 4/5/2021 |
| Pat. L.R. 4-5(a) Opening Claim Construction Brief by Google | 3/22/2021 |
| Pat. L.R. 4-4. Completion of Claim Construction Discovery | 3/8/2021 |
| Pat. L.R. 3-9. Responsive Damages Contentions by Sonos | 2/22/2021 |
| Pat. L.R. 4-3. Joint Claim Construction and Pre-hearing Statement | 2/5/2021 |
| Pat. L.R. 3-8. Damages Contentions by Google | 1/26/2021 |
| Pat. L.R. 4-2. Exchange of Preliminary Constructions and Evidence | 1/11/2021 |

| | |
|---|---|
| Disclosure of Claim Construction Expert Witness Reports, if any | 1/06/2021 |
| Pat. L.R. 4-1. Exchange of Proposed Terms for Claims Construction | 12/21/2020 |
| Pat. L.R. 3-3 and 3-4. Invalidity Contentions and Accompanying Document Production by Sonos | 12/7/2020 |
| Pat. L.R. 3-1 and 3-2. Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production by Google | 10/22/2020 |

**IT IS SO ORDERED**.

Dated: October 15, 2020

_____
EDWARD M. CHEN
United States District Judge