# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 3:20-cv-03845-EMC<br><br>DENYING ~~[PROPOSED]~~ ORDER ~~GRANTING~~ GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 |

1   The Court, having reviewed the Administrative Motion to Consider Whether Cases Should
2   be Related Pursuant to Civil Local Rule 3-12 of Plaintiff Google LLC ("Google"), ~~and finding~~
3   ~~good cause exists for granting the requested relief,~~ hereby ~~GRANTS~~ **DENIES** the motion and orders that
4   this case is hereby related to *Google LLC v. Sonos, Inc.*, Case No. 3:20-cv-06754.

6   **IT IS SO ORDERED.**

8   Dated: October 20, 2020

    _____
    Honorable Edward M. Chen
    United States District Judge