fc
CLEMENT SETH ROBERTS (SBN: 209203)
croberts@orrick.com
BAS DE BLANK (SBN: 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN: 260103)
acaridis@orrick.com
EVAN D. BREWER (SBN: 301411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE
LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

CHARLES K. VERHOEVEN (SBN: 170151)
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

DAVID A. NELSON (pro hac vice)
davidnelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Plaintiff Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 20-cv-03845-EMC<br><br>**JOINT MOTION, STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES** |

1    Pursuant to Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Google, LLC. ("Plaintiff" or

2  "Google") and Defendant Sonos, Inc. ("Defendant" or "Sonos") jointly request the Court to

3  modify the case schedule as set forth in this stipulation.

4    WHEREAS, on October 5, 2020, the Court reset the Initial Case Management Conference

5  for October 15, 2020, Dkt. No. 45;

6    WHEREAS, on October 15, 2020, the Court entered a Case Management And Pretrial

7  Order For Claims Constructions, which set certain deadlines, Dkt. No. 52;

8    WHEREAS, Google and Sonos have agreed to extend certain case schedule deadlines.

9  None of the following proposed extensions will have any effect on the remainder of this case;

10   WHEREAS, the table set forth in this stipulation reflects the parties' agreement and how

11  the stipulated dates modify certain of the previously fixed dates;

12   WHEREAS, the Court has not previously modified the schedule in this case;

13   NOW, THEREFORE, the parties hereby stipulate and request the Court to modify case

14  schedule only relating to certain upcoming deadlines as follows:

| Item | Original Dates (in Dkt. No. 52) | Stipulated Dates |
|---|---|---|
| Pat. L.R. 3-1 and 3-2. Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production by Google | 10/22/2020 | 10/29/2020 |
| Pat. L.R. 3-3 and 3-4. Invalidity Contentions and Accompanying Document Production by Sonos | 12/7/2020 | 12/14/2020 |
| Google supplements Pat. L.R. 3-1 Infringement Contentions with pinpoint cites to Sonos's source code identifying the location of each limitation,  to the extent the accused functionality is implemented with source code | N/A | 90 days after Sonos makes available and/or produces both the source code and technical documents specified in Patent L.R. 3-4(a). |
| Pat. L.R. 4-1. Exchange of Proposed Terms for Claims Construction | 12/21/2020 | No change |
| Disclosure of Claim Construction Expert Witness Reports, if any | 1/06/2021 | No change |
| Pat. L.R. 4-2. Exchange of Preliminary Constructions and Evidence | 1/11/2021 | No change |
| Pat. L.R. 3-8. Damages Contentions by Google | 1/26/2021 | No change |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

JOINT MOTION, STIP. AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES
20-CV-03845-EMC

| Pat. L.R. 4-3. Joint Claim Construction and Pre-hearing Statement | 2/5/2021 | No change |
|---|---|---|
| Pat. L.R. 3-9. Responsive Damages Contentions by Sonos | 2/22/2021 | No change |
| Pat. L.R. 4-4. Completion of Claim Construction Discover | 3/8/2021 | No change |
| Pat. L.R. 4-5(a) Opening Claim Construction Brief by Google | 3/22/2021 | No change |
| Pat. L.R. 4-5(b) Reply Claim Construction Brief by Sonos | 4/5/2021 | No change |
| Pat. L.R. 4-5(c) Reply Claim Construction Brief by Google | 4/12/2021 | No change |
| Tutorial | 4/27/2021 at 2:30 p.m. Courtroom 5, 17th Floor | No change |
| Claim Construction Hearing | 5/11/2021 at 2:30 p.m. Courtroom 5, 17th Floor | No change |

**IT IS SO STIPULATED.**

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT MOTION, STIP. AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES
20-CV-03845-EMC

1   Respectfully submitted,

2   Dated:  October 21, 2020                          ORRICK, HERRINGTON & SUTCLIFFE LLP

3

4                                                     By:      _/s/ Alyssa Caridis_____
                                                               Alyssa Caridis
5                                                              Attorneys for Defendant
                                                               SONOS, INC.
6
    Respectfully submitted,
7
    Dated:  October 21, 2020                          QUINN EMANUEL URQUHART & SULLIVAN, LLP
8

9

10                                                    By:      _/s/ Patrick Curran_____
                                                               Patrick Curran
11                                                             Attorneys for Plaintiff
                                                               Google LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

JOINT MOTION, STIP. AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES
20-CV-03845-EMC

**ATTESTATION**

I, Patrick Curran, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

Dated:  October 21, 2020                                    */s/ Patrick Curran*
                                                                    Patrick Curran

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

JOINT MOTION, STIP. AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES
20-CV-03845-EMC

**PROPOSED ORDER**

Pursuant to the parties' stipulation, the case schedule is modified as follows.  The deadline for the Pat. L.R. 3-1 and 3-2. Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production by Google is October 29, 2020.  The deadline for the Pat. L.R. 3-3 and 3-4. Invalidity Contentions and Accompanying Document Production by Sonos is December 14, 2020.  The deadline for Google to supplement its Pat. L.R. 3-1 Infringement Contentions to include pinpoint cites to Sonos's source code identifying the location of each limitation is 90 days after Sonos produces the documents specified by Pat. L.R. 3-4(a).


Dated: _____, 2020

_____
The Honorable Edward M. Chen
United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -