**APPENDIX A: TERMS IN DISPUTE**

| Claim Term (*top 10 terms*) | Patent; Claim | Google Proposed Construction and Supporting Evidence[1] | Sonos Proposed Construction and Supporting Evidence |
|---|---|---|---|
| "estimated noise level when there is no desired input received at the input of the communication device"* | 7,065,206; Claims 3, 18 | an estimate of noise based on the amount of noise measured when the communication device does not detect speech in the received signal<br><br>INTRINSIC EVIDENCE<br><br>2:44-67, 3:51-4:19, 5:4-25, FIG. 4<br><br>EXTRINSIC EVIDENCE | Indefinite<br><br>INTRINSIC EVIDENCE<br><br>2:23-29, 2:44-67, 3:20-24, 3:64-67, 4:20-34, 5:4-11<br><br>Prosecution History: 2005-07-11 Non-Final Rejection, 2006-01-10 Final Rejection<br><br>EXTRINSIC EVIDENCE |
| "determining background noise" | 7,065,206; Claim 1 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br><br>Abstract, 2:30-67, 3:51-4:19, 5:4-25, FIG. 4<br><br>EXTRINSIC EVIDENCE | ascertaining an amount of background noise<br><br>INTRINSIC EVIDENCE<br><br>2:23-27, 2:35-44, 2:44-52, 3:50-56, 3:64-67, 5:15-20, 5:43-6:25, Fig. 5 and related text<br><br>Prosecution History: 2005-10-14 Response to Office Action, 2006-03-14 Response to Office Action<br><br>EXTRINSIC EVIDENCE |

---

[1] For all of the asserted patents, where Google identifies a figure from the specification of a given patent-in-suit, it also identifies the associated text describing said figure and reserves the right to rely on it. Where Google identifies a portion of the specification referencing a figure, it also identifies the figure and reserves the right to rely on it.

# APPENDIX A: TERMS IN DISPUTE

| | | | |
|---|---|---|---|
| | | | American Heritage College Dictionary, Third Ed., 2000, page 379. <br><br> Webster's II New College Dictionary, 2001, page 309. <br><br> Webster's Third New International Dictionary, 2002, page 616. |
| "adaptively determine / determining" | 7,065,206; Claims 1, 9 | Plain and ordinary meaning <br><br> INTRINSIC EVIDENCE <br><br> 3:51-4:19, 4:20-36, 5:26-67, FIG. 5; File History: Oct 14, 2005 Amendment, pp. 8-9, March 14, 2006 Response After Final Office Action, at pp. 7-9 <br><br> EXTRINSIC EVIDENCE | Indefinite. If not, "continuously determine/determining." <br><br> INTRINSIC EVIDENCE <br><br> 2:44-67 <br><br> EXTRINSIC EVIDENCE <br><br> Dictionary of Computing & Communications, McGraw-Hill, page 4 (2003). <br><br> Dictionary of Computing, Fourth Ed., page 10, 2002. |
| "determining / determine an order of noise suppression and echo cancellation" | 7,065,206; Claims 1, 9 | Plain and ordinary meaning <br><br> INTRINSIC EVIDENCE <br><br> 3:51-4:19, 4:20-36, 5:26-67, FIG. 5; File History: Oct 14, 2005 Amendment, pp. 8-9, March 14, 2006 Response After Final Office Action, at pp. 7-9 <br><br> EXTRINSIC EVIDENCE | decide the sequence of echo cancellation and noise suppression. Both echo cancellation and noise suppression are required. <br><br> INTRINSIC EVIDENCE <br><br> 1:38-52, 2:22-27, 2:35-43, 2:44-52, 3:50-4:7, 4:42-56, 5:26-43, 5:43-6:25 <br><br> Prosecution History: 2005-10-14 Response to Office Action, 2006-03-14 Response to Office Action |

# APPENDIX A: TERMS IN DISPUTE

| | | | |
|---|---|---|---|
| | | | EXTRINSIC EVIDENCE<br><br>American Heritage College Dictionary, Third Ed., 2000, page 379.<br><br>Webster's II New College Dictionary, 2001, page 309.<br><br>Webster's Third New International Dictionary, 2002, page 616. |
| "configuring the order of echo cancellation and noise suppression" | 7,065,206; Claim 19 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br><br>3:51-4:19, 4:20-36, 5:26-67, FIG. 5; File History: Oct 14, 2005 Amendment, pp. 8-9, March 14, 2006 Response After Final Office Action, at pp. 7-9<br><br>EXTRINSIC EVIDENCE | arranging the sequence of echo cancellation and noise suppression. Both are required.<br><br>INTRINSIC EVIDENCE<br><br>1:38-52, 2:22-27, 2:35-43, 2:44-52, 3:50-4:7, 4:20-36, 4:42-56, 5:26-43, 5:43-6:25<br><br>Prosecution History: 2005-10-14 Response to Office Action, 2006-03-14 Response to Office Action<br><br>EXTRINSIC EVIDENCE<br><br>American Heritage College Dictionary, Third Ed., 2000, page 292.<br><br>Webster's Third New International Dictionary, 2002, page 476. |
| "mobile communication device" | 7,065,206; Claim 19 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br><br>1:13-25, 3:1-42, 4:20-36, FIG. 1 | a battery powered communication device designed with an eye towards use outside of a home or business<br><br>INTRINSIC EVIDENCE |

**APPENDIX A: TERMS IN DISPUTE**

| | | | |
|---|---|---|---|
| | | EXTRINSIC EVIDENCE | 1:13-19, 3:1-7, 3:34-42, 4:20-34<br><br>EXTRINSIC EVIDENCE<br><br>Microsoft Computer Dictionary, Fifth Ed., page 343, 2002.<br><br>About device targeting, https://support.google.com/google-ads/answer/1722028?hl=en (accessed on 1/9/2021).<br><br>About mobile ads, https://support.google.com/google-ads/answer/2472719?hl=en (accessed on 1/9/2021).<br><br>Create an effective mobile site, https://support.google.com/google-ads/answer/2549057?hl=en (accessed on 1/9/2021).<br><br>Mobile ad, https://support.google.com/google-ads/answer/2393039?hl=en (accessed on 1/9/2021).<br><br>Optimize your website for mobile, https://support.google.com/google-ads/answer/7323900?hl=en (accessed on 1/9/2021).<br><br>Set up basic mobile device management, https://support.google.com/a/answer/7400753?hl=en (accessed on 1/9/2021).<br><br>Stadia-compatible gamepads and screens, https://support.google.com/stadia/answer/9578631 (accessed on 1/9/2021).<br><br>Sync Calendar with a phone or tablet, https://support.google.com/calendar/answer/151674?hl=en&co=GENIE.Platform=Android (accessed on 1/9/2021). |

**APPENDIX A: TERMS IN DISPUTE**

| | | | |
|---|---|---|---|
| "domain information"* | 7,899,187; Claims 1, 3, 4, 10, and 12 | information corresponding to a group of devices that share rights associated with a common account for use in accessing protected digital content<br><br>INTRINSIC EVIDENCE<br><br>Abstract, 1:66-2:23, 3:38-50, 4:12-28, 4:57-5:40, 6:1-8, 6:37-50, 6:63-7:26, 7:42-58, FIGS. 1, 3 & 4; File History: "Preliminary Amendment," dated June 12, 2006, at 6,<br>"Response to Office Action," dated August 24, 2006 and Petition Requesting a Two Month Extension" at 6,<br>Appellants' Brief, at 5-7<br><br>EXTRINSIC EVIDENCE | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br><br>Abstract, 2:2-6, 2:16-20, 3:47-50, 4:20-28, 4:29-33, 5:2-15, 5:21-50, 6:1-8, 6:38-45, 7:17-24, 7:42-52, Claim 11<br><br>Prosecution History: 2008-01-07 Appeal<br><br>EXTRINSIC EVIDENCE |
| "short range link" | 7,899,187; Claim 4 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br><br>2:24-41, 3:28-37, 5:21-40, 6:9-37, 6:63-7:16, 7:27-41, FIGS. 1, 3 & 4; File History: Amendment, received June 8, 2004, at 6-7<br><br>EXTRINSIC EVIDENCE | short-range communication that can utilize any physical connection (e.g., a cable, docking connector, etc.) or over-the-air communication system protocols<br><br>INTRINSIC EVIDENCE<br><br>2:33-41, 3:30-35, 5:26-40, 6:13-20, 6:21-30, 7:3-11, 7:27-30<br><br>Prosecution History: 2004-06-08 Response to Office Action<br><br>EXTRINSIC EVIDENCE<br><br>The Computer Glossary, The Complete Illustrated Dictionary, |

# APPENDIX A: TERMS IN DISPUTE

| | | | |
|---|---|---|---|
| | | | Ninth Edition (2001). |
| | | | IEEE 100 The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition (2000). |
| | | | The New Penguin Dictionary of Computing (2001). |
| "logic circuitry for providing the domain information to a key issuer"* | 7,899,187; Claim 10 | Plain and ordinary meaning; not governed by 35 U.S.C. §112, ¶ 6.  To the extent §112, ¶ 6 applies, sufficient corresponding structure is disclosed in the intrinsic evidence cited below.<br><br>INTRINSIC EVIDENCE<br><br>3:38-50, 3:63-4:11, 4:20-41, 5:40-67, 6:32-7:16, FIGS. 2, 3 & 4<br><br>EXTRINSIC EVIDENCE<br><br>Motorola, MC68328 (DragonBall) Integrated Processor User's Manual, [GOOG-GVS-00006892]<br><br>Motorola, MC68328 and MC68328V Product Brief [GOOG-GVS-00006886]<br><br>Texas Instruments, OMAP1510 Product Bulletin, [GOOG-GVS-00007029]<br><br>Google intends to offer expert testimony from Dr. Alan T. Sherman concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the | Governed by 35 U. S. C. §112, ¶ 6. Where the function is "providing the domain information to a key issuer which is separate from the domain of devices" and there is no corresponding structure. At best, the corresponding structure includes a processor or microprocessor, but this is inadequate because there is no sufficient corresponding algorithm.<br><br>INTRINSIC EVIDENCE<br><br>3:38-44, 3:63-4:33, 5:41-50, 5:61-65, 6:32-41, 6:50-65, 7:7-16<br><br>EXTRINSIC EVIDENCE<br><br>Motorola MC68328 Product Brief, Motorola Microprocessor and Memory Technologies Group (1995).<br><br>Texas Instruments Product Bulletin: OMAP1510 Application Processor for 2.5 and 3G Wireless Devices, Texas Instruments (2001).<br><br>Sonos intends to offer expert testimony from Dr. Stephen Wicker concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. |

# APPENDIX A: TERMS IN DISPUTE

| | | | |
|---|---|---|---|
| | | alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. | |
| "private key"* | 7,899,187; Claims 1, 10 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br><br>Abstract, 2:42-58, 3:51-62, 4:12-56, 6:37-62, 7:42-58, FIGS 1, 3 & 4, Claims 6 & 14<br><br>EXTRINSIC EVIDENCE<br><br>Google intends to offer expert testimony from Dr. Alan T. Sherman concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. | a non-public key used for either decrypting data or generating digital signatures<br><br>INTRINSIC EVIDENCE<br><br>2:6-13, 2:42-50, 3:38-41, 3:54-62, 4:16-24, 4:29-41, 4:52-56, 5:53-57, 6:37-50, 6:57-62, 7:27-34, 7:52-57, Claim 1, Claim 10<br><br>EXTRINSIC EVIDENCE<br><br>Comprehensive Dictionary of Electrical Engineering, 1999 ("private key cryptography").<br><br>Newton's Telecom Dictionary, 2001 ("private key").<br><br>The New Penguin Dictionary of Computing, 2001 ("private key encryption").<br><br>https://searchsecurity.techtarget.com/definition/private-key<br><br>Diffie, D. and Hellman, M., *New Directions in Cryptography*, IEEE Transactions on Information Theory, Volume IT-22, No. 6, pages 644-654 at 652 (Nov. 1976).<br><br>Van Tilborg, Henk C.A., *Fundamentals of Cryptology*, Springer, page 321 (2000). |

## APPENDIX A: TERMS IN DISPUTE

| | | | |
|---|---|---|---|
| | | | Johannes A. Buchmann, *Introduction to Cryptography*, Springer, pages 71-72 (2001). <br><br> Sonos intends to offer expert testimony from Dr. Stephen Wicker concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. |
| "combined search results set"/"the combined search results set including at least two of: one or more favorite items from the set of [favorite items]/[bookmarks] synchronized for the user; one or more search results from a first global index; or one or more search results from a second global index"* | 10,140,375; Claims 1-11 and 13-20 | Google proposes that the term "combined search results set" be construed to mean "a search results set that includes results from at least one personalized search" <br><br> As a result of that construction, Google proposes that the larger phrase be construed to mean "the combined search results set including at least one or more favorite items from the set of favorite items synchronized for the user and either one or more search results from a first global index or one or more search results from a second global index" <br><br> INTRINSIC EVIDENCE <br> Title, 1:24-37, 2:25-33, 2:61-3:3, 8:44-50, 8:55-60, 8:61-65, 9:17-30, FIG. 3 | Two or more of: [a], [b], or [c] <br><br> Where [a] is "one or more favorite items from the set of favorite items", <br><br> Where [b] is "one or more search results from a first global index", and <br><br> Where [c] is "one or more search results from a second global index." <br><br> INTRINSIC EVIDENCE <br><br> Abstract, 2:25-37, 2:61-3:1, 6:9-14, 8:44-60, 9:17-23, 9:37-44, 9:53-59, 6:23-30, Claim 1, Claim 17 <br><br> Prosecution History: 2018-06-13 Office Action Response <br><br> EXTRINSIC EVIDENCE |

## APPENDIX A: TERMS IN DISPUTE

| | | EXTRINSIC EVIDENCE | |
|---|---|---|---|
| "favorite items" | 10,140,375; Claims 1, 3-10, 16-18 | Plain and ordinary meaning<br><br>Alternatively, bookmarked data items, such as a media item or website, identified as a favorite<br><br>INTRINSIC EVIDENCE<br><br>4:32-47, 4:48-55, 13:45-48, Claims 3, 4, & 5; File History: 3/22/2018 Non-Final Rejection at 6-7<br><br>EXTRINSIC EVIDENCE<br><br>Google intends to offer expert testimony from Dr. Michael Shamos concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. | bookmarks, which are Web page locations (URLs) saved by a user for quick reference<br><br>INTRINSIC EVIDENCE<br><br>1:31-49, 2:61-3:3, 4:48-55, 5:65-67, 15:4-10, Claim 10, Claim 17<br><br>Prosecution History: 6/13/2018 Office Action Response<br><br>EXTRINSIC EVIDENCE<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2003) ("bookmark").<br><br>New Penguin Dictionary of Computing (2001) ("bookmark").<br><br>Newton's Telecom Dictionary (2004), ("favorite", "bookmark").<br><br>Random House Webster's Computer & Internet Dictionary (3rd ed. 1999), ("bookmark")<br><br>Wiley Electrical and Electronics Engineering Dictionary (2004), ("favorites", "bookmark").<br><br>https://support.google.com/toolbar/answer/9171?hl=en<br><br>https://support.google.com/chrome/answer/95440<br><br>https://support.google.com/chrome/a |

**APPENDIX A: TERMS IN DISPUTE**

| | | | |
|---|---|---|---|
| | | | /answer/10265060?hl=en<br><br>https://support.google.com/chrome/answer/96816<br><br>https://support.google.com/chrome/answer/188842<br><br>U.S. Patent No. 8,433,995 at 1:24-35<br><br>U.S. Patent No. 6,560,640 at 1:46-63<br><br>U.S. Patent No. 6,493,702, SONOS-GVS-00010551 at 1:60-2:20<br><br>Sonos intends to offer expert testimony from Dr. Doug Schmidt concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. |
| "stored [for the user] in a client-side storage of a client device"* | 10,140,375; Claims 1, 17-20 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br>3:14-40, 5:6-15, FIG. 1<br><br>EXTRINSIC EVIDENCE<br>Google intends to offer expert testimony from Dr. Michael Shamos concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary | retained in a computer-readable medium of the client device for later retrieval by the user. Excludes transitory storage<br><br>INTRINSIC EVIDENCE<br>3:14-33, 5:34-44, 7:32-35, 7:51-53, 7:66-8:6, 8:23-31, 10:16-47, Claim 1, Claim 17<br><br>EXTRINSIC EVIDENCE<br>Standard Terms (7th ed. 2000) ("storage", "storage device", "store"). |

# APPENDIX A: TERMS IN DISPUTE

| | | | |
|---|---|---|---|
| | | skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. | Modern Dictionary of Electronics (6th ed. 1997) ("storage", "store")<br><br>Random House Personal Computer Dictionary (2d ed. 1996) ("storage", "storage device", "store", "mass storage")<br><br>Oxford Dictionary of Computing (1996) ("storage (memory, store)", "store").<br><br>Sonos intends to offer expert testimony from Dr. Doug Schmidt concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. |
| "indication of a modification" | 10,140,375; Claim 20 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br>6:15-19, 9:45-52, 11:20-25<br><br>EXTRINSIC EVIDENCE | visual indication (e.g. highlight or symbol) that information has changed and that is distinct from the changed information itself<br><br>INTRINSIC EVIDENCE<br>6:15-19, 9:47-52, 11:8-11, 11:20-30, 13:16-23<br><br>EXTRINSIC EVIDENCE |
| Preambles of claims 1 and 15* | 10,229,586; Claims 1-5, 7-12, 14-16, 18, and 20 | Preambles are limiting<br><br>INTRINSIC EVIDENCE<br>1:38-42, 2:7-22, 4:33-44, 3:9-13, 8:7-26, 9:23-33, 11:19-41, FIG. 1 & 2 | Not limiting<br><br>INTRINSIC EVIDENCE<br>Claim 1, 9, 15 |

**APPENDIX A: TERMS IN DISPUTE**

| | | | |
|---|---|---|---|
| | | EXTRINSIC EVIDENCE<br><br>Google intends to offer expert testimony from Dr. Paul Min concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. | EXTRINSIC EVIDENCE |
| "wireless mesh network" | 10,229,586; Claims 1-5, 7-12, 14-16, 18, and 20 | A network with the capability to connect network nodes via multiple wireless paths<br><br>INTRINSIC EVIDENCE<br><br>4:33-44, 3:9-13, 5:4-12, 8:7-26, 9:23-33, 11:19-41, FIG. 1<br><br>EXTRINSIC EVIDENCE<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms (Sixth Edition) (2003) [GOOG-GVS-00006786] at 1316 ("mesh network: A communications network in which each node has at least two links to other nodes."). | The preambles that contain "wireless mesh network" are not limiting, and therefore this term need not be construed. But if the preambles are found to be limiting then "mesh network" should be construed as: a series of nodes that are configured to communicate with one another, where each node functions as a router and repeater.<br><br>INTRINSIC EVIDENCE<br><br>Claim 1, 9, 15<br><br>EXTRINSIC EVIDENCE<br><br>Wireless Mesh Networks, Gilbert Held, 2005 at pp. 1-6.<br><br>I.F. Akyildiz, X. Wang, A Survey on Wireless Mesh Networks, IEEE Radio Communications (September 2005) at |

# APPENDIX A: TERMS IN DISPUTE

| | | | |
|---|---|---|---|
| | | Wiley Electrical and Electronics Engineering Dictionary (2004) [GOOG-GVS-00006792] at 464 ("mesh network: A communications network in which each node can be reached by at least two pathways."). | p. 23. |
| | | | I.F. Akyildiz, X. Wang, W. Wang, Wireless Mesh Networks: A Survey, Computer Networks (2004) at pp. 445–487. |
| | | IBM Dictionary of Computing (1994) [GOOG-GVS-00006779] at 427 ("mesh network: A network in which there are at least two nodes with two or more paths between them."). | P. Beckman, S. Verma and R. Rao, "Use of mobile mesh networks for inter-vehicular communication," |
| | | | 2003 IEEE 58th Vehicular Technology Conference. VTC 2003-Fall (IEEE Cat. No.03CH37484), Orlando, FL, 2003, pp. 2712-2715 Vol.4, doi: 10.1109/VETECF.2003.1286061 at p. 2713 |
| | | Microsoft Computer Dictionary (Fifth Edition) (2002) [GOOG-GVS-00006790]at 335 ("mesh network: A communications network having two or more paths to any node."). | P. Whitehead, "Mesh networks; a new architecture for broadband wireless access systems," RAWCON 2000. 2000 IEEE Radio and Wireless Conference (Cat. No.00EX404), Denver, CO, USA, 2000, pp. 43-46, doi: 10.1109/RAWCON.2000.881849 at ¶ 1. |
| | | Computer Desktop Encyclopedia (Ninth Edition) (2001) [GOOG-GVS-00006776] at 599 ("mesh network: A net-like communications network in which there are at least two pathways to each node . . . A fully meshed network means that every node has a direct connection to every other node, which is a very elaborate and expensive architecture. Most mesh networks are partially meshed and require traversing nodes to go from each one to very other.") | Sonos intends to offer expert testimony from Dr. Stephen Wicker concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. |
| | | U.S. Patent No. 9,244,516 [GOOG-GVS-00006795] at Fig. 12 & accompanying | |

**APPENDIX A: TERMS IN DISPUTE**

| | | | |
|---|---|---|---|
| | | discussion; U.S. Patent No. 9,516,440 [GOOG-GVS-00006830] at Fig. 14 & accompanying discussion; U.S. Patent No. 9,521,074 [GOOG-GVS-00006863] at Fig. 6 & accompanying discussion. Google intends to offer expert testimony from Dr. Paul Min concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. | |
| "reset element"* | 10,229,586; Claims 1-5, 7-12, 14-16, 18, and 20 | An element for resetting the configuration of the controller<br><br>INTRINSIC EVIDENCE<br>6:23-29, 9:40-41, 10:44-49, 11:63-66, 12:37-40, Claim 1, FIG. 2<br><br>EXTRINSIC EVIDENCE<br>Google intends to offer expert testimony from Dr. Paul Min concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged | hardware and/or software that functions to return a device to a prescribed state<br><br>INTRINSIC EVIDENCE<br>6:23-42, 9:34-44<br><br>EXTRINSIC EVIDENCE<br>IEEE 100 – The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition (2000).<br><br>Sonos intends to offer expert testimony from Dr. Stephen Wicker concerning: 1) the technical background of this patent; |

**APPENDIX A: TERMS IN DISPUTE**

|  |  |  |  |
|---|---|---|---|
|  |  | invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. | 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. |
| "table of identifiers" | 10,229,586; Claims 1-5, 7-12, 14-16, 18, and 20 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br>3:14-21, 5:4-12, 7:4-13, 10:44-49, 11:19-41<br><br>EXTRINSIC EVIDENCE<br>McGraw-Hill Dictionary of Scientific and Technical Terms (Sixth Edition) (2003) at 1236 ("look-up table: A stored matrix of data for reference purpose").<br>Computer Desktop Encyclopedia (Ninth Edition) (2001) at 559 ("lookup table: An array or matrix of data that contains values that are searched."). | a data structure containing identifiers of other devices in the network<br><br>INTRINSIC EVIDENCE<br>3:14-21, 7:4-13, 10:44-58, 9:7-12, 11:19-33<br>Application No. 14/168,876: 2015-05-18 Office Action Response<br><br>EXTRINSIC EVIDENCE |
| "audio output element" | 10,229,586; Claims 1-5, 7-12, 14-16, 18, and 20 | Plain and ordinary meaning<br><br>Alternatively, an element for outputting audio, such as a speaker<br><br>INTRINSIC EVIDENCE<br>5:4-12, 9:41-43, Claim 1, FIG. 2 | an audio output device connected to a device via a transceiver<br><br>INTRINSIC EVIDENCE<br>9:34-44, 4:60-5:3, 3:45-62, 8:42-52<br><br>EXTRINSIC EVIDENCE |

# APPENDIX A: TERMS IN DISPUTE

|  |  | EXTRINSIC EVIDENCE |  |
|---|---|---|---|
| "preamble portion"* | 10,229,586; Claims 1-5, 7-12, 14-16, 18, and 20 | Plain and ordinary meaning<br><br>INTRINSIC EVIDENCE<br>11:1-10, FIG. 5<br><br>EXTRINSIC EVIDENCE<br>Google intends to offer expert testimony from Dr. Paul Min concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. | a series of bits that is used to initiate and synchronize the receiving device<br><br>INTRINSIC EVIDENCE<br>11:1-10<br><br>EXTRINSIC EVIDENCE<br>IEEE Std. 802.11a-1999 (R2003), Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications (June 12, 2003) at p. 7.<br><br>A Beginner's Guide to Ethernet 802.3, Engineer-to-Engineer Note, EE-269 (June 6, 2005) at pp. 14-17.<br><br>Newton's Telecom Dictionary (2004).<br><br>IEEE 100 – The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition (2000).<br><br>Sonos intends to offer expert testimony from Dr. Stephen Wicker concerning: 1) the technical background of this patent; 2) the qualifications of one of ordinary skill in the art at the time of the alleged invention(s); and 3) the understanding of a person of ordinary skill in the art concerning the meaning of this term or phrase in view of the intrinsic and extrinsic evidence. |