QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendant. | Civil Action No. 3:20-CV-03845-EMC<br><br>**DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF GOOGLE'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Judge: Hon. Edward M. Chen<br>JURY TRIAL DEMANDED |

I, Patrick D. Curran, declare as follows:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Google LLC ("Google") in this action. I submit this declaration in support of Google's Opening Claim Construction Brief. I have personal knowledge of the following, and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,899,187, identified by Bates numbers GOOG-GVS-000001330-38.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,065,206, identified by Bates numbers GOOG-GVS-000001192-1200.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 10,140,375, identified by Bates numbers GOOG-GVS-00000137-52.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 10,229,586.

6. Attached hereto as Exhibit 5 is a true and correct copy of the February 5, 2021 Declaration of Alan T. Sherman in Support of Certain of Google's Proposed Claimed Constructions.

7. Attached hereto as Exhibit 6 is a true and correct copy of the February 5, 2021 Declaration of Michael Shamos in Support of Certain of Google's Proposed Claimed Constructions.

8. Attached hereto as Exhibit 7 is a true and correct copy of the February 5, 2021 Declaration of Paul Min in Support of Certain of Google's Proposed Claimed Constructions.

9. Attached hereto as Exhibit 8 is a true and correct copy of the June 12, 2006 preliminary amendment for U.S. Patent No. 7,899,187, identified by Bates numbers GOOG-GVS-00001522-28.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Appellant's Brief related to U.S. Patent No. 7,899,187, identified by Bates numbers GOOG-GVS-00001575-89.

11. Attached hereto as Exhibit 10 is a true and correct copy of a Texas Instruments Product Bulletin, identified by Bates numbers GOOG-GVS-00007029-36.

12. Attached hereto as Exhibit 11 is a true and correct copy of a Motorola Product Brief, identified by Bates numbers GOOG-GVS-00006886-91.

13. Attached hereto as Exhibit 12 is a true and correct copy of the February 5, 2021 Expert Report of Dr. Stephen B. Wicker Regarding Claim Construction.

14. Attached hereto as Exhibit 13 is a true and correct copy of the transcript of the March 8, 2021 deposition of Alan T. Sherman.

15. Attached hereto as Exhibit 14 is a true and correct copy of the transcript of the March 9, 2021 deposition of Stephen Wicker.

16. Attached hereto as Exhibit 15 is a true and correct copy of the February 4, 2021 Expert Report of Douglas C. Schmidt on Claim Construction.

17. Attached hereto as Exhibit 16 is a true and correct copy of a IEEE Supplement as produced by Defendant, identified by Bates numbers SONOS-GVS-00012524-614.

18. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt of Newton's Telecom Dictionary as produced by Defendant, identified by Bates numbers SONOS-GVS-00012829-31.

19. Attached hereto as Exhibit 18 is a true and correct copy of a document titled "A Beginner's Guide to Ethernet 802.3" as produced by Defendant, identified by Bates numbers SONOS-GVS-00012615-40.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 22, 2021

Concord, MA                                    By:  */s/ Patrick D. Curran*
                                                    Patrick D. Curran