QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONOS, INC.,<br><br>Defendant. | Civil Action No. 3:20-CV-03845-EMC<br><br>**EXHIBITS ATTACHED TO DECLARATION OF PATRICK D. CURRAN IN SUPPORT OF GOOGLE'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Judge: Hon. Edward M. Chen<br>JURY TRIAL DEMANDED |