# EXHIBIT 5

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN FRANCISCO DIVISION**

10

GOOGLE LLC,

11

Civil Action No. 3:20-CV-03845-EMC

12

Plaintiff,

13

v.

**DECLARATION OF ALAN T.**
**SHERMAN IN SUPPORT OF**
**CERTAIN OF GOOGLE'S**
**PROPOSED CLAIM**
**CONSTRUCTIONS**

14

SONOS, INC.,

15

16

Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1.      I, Alan T. Sherman, Ph.D., provide the following Declaration.  If called to testify as a witness in this action, I would testify competently regarding the matters set forth below.

## I.      INTRODUCTION

2.      I have been retained by counsel for Plaintiff Google LLC ("Google") as an expert witness in this litigation to provide opinions concerning certain claim terms in U.S. Patent No. 7,899,187 ("the '187 Patent").  In particular, I have been asked to analyze what a person of ordinary skill in the art would understand certain claim terms to mean at the time of the invention, and to respond to the proposed constructions provided by Google and Defendant Sonos, Inc. ("Sonos").

3.      I am being compensated at my standard billing rate of $550 per hour for time spent on this matter.  My compensation is in no way dependent on the outcome of this matter or the particular testimony or opinions that I provide.

4.      The opinions expressed in this Declaration are my preliminary opinions based on my review to date of the evidence produced at this stage of the case.  My opinions are subject to change based on additional opinions that Defendant's experts may present and information I may receive in the future.  I reserve my right to amend or update my opinions as appropriate in response to any future discovery or developments.  With this in mind, based on the analysis I have conducted and for the reasons set forth below, I have preliminarily reached the conclusions and opinions set forth in this Declaration.

5.      At a hearing I may use as exhibits various documents produced in this case that refer or relate to the matters discussed in this Declaration.  I have not yet selected the particular exhibits that might be used.  I may also rely on visual aids and may rely on analogies concerning elements of the patents discussed above, the accused products, the references cited in this report, or any related technologies.  In addition, I may create or assist in the creation of certain demonstrative evidence to assist me in testifying, such as demonstrations of devices and software to further support the positions in this Declaration.

## II.     EXPERT QUALIFICATIONS

6.     I summarize in this section my educational background, career history, publications, and other relevant qualifications.  My qualifications can be found in my *curriculum vitae* attached as Exhibit A, including details about my employment history, fields of expertise, and publications.

7.     I received my PhD in computer science from the Massachusetts Institute of Technology, specializing in cryptology.  My dissertation was entitled "Cryptology and VLSI (a two-part dissertation):  I. Detecting and exploiting algebraic weaknesses in cryptosystems II. Algorithms for placing modules on a custom VLSI chip."  My mentor was Ronald Rivest, an inventor of the RSA public-key cryptosystem.

8.     My current employment is as a tenured Professor of Computer Science at the University of Maryland, Baltimore County (UMBC).  In that capacity I conduct research, teach BS, MS, and PhD level courses in computer science, mentor graduate students doing research, and direct PhD dissertations in computer science.  I am also the associate director of the UMBC Cybersecurity Center (UCYBR).  From 2001 to 2020, I was director of the UMBC Center for Information Security and Assurance (CISA), whose activities resulted in UMBC being designated as a National Center of Academic Excellence in Cyberdefense Education and Research (CAE, CAE-R) by the National Security Agency (NSA) and the Department of Homeland Security (DHS).  In fall 2020, CISA and UCYBR merged.  Courses I have taught include cryptography, information assurance, cybersecurity research, algorithms, and discrete math.  My research focuses on high-integrity voting systems, cryptology, information assurance, discrete algorithms, protocol analysis, cybersecurity, and cybersecurity education.

9.     Concurrently with my PhD at MIT in 1987, I served as an Instructor of Computer Science at Tufts University.  I was promoted to the position of Assistant Professor in September of 1986.  At Tufts, I taught classes including cryptography, algorithms, and computer programming.

10.     I joined the University of Maryland, Baltimore County in 1989 as an Assistant Professor of Computer Science.  In 1995, I was promoted to Associate Professor with tenure, and again promoted to full professor in July 2014, in the Department of Computer Science and Electrical Engineering.

11.     In addition to my academic career, I have extensive experience in legal consulting as well as contracting with both public and private entities in the development of computer and network technologies and their security protocols.  My legal consulting career spans over fifteen years, and I have been called upon as an expert witness in patent litigation matters for such entities as Apple, Inc., Sony Corp., IBM, McAfee, Wowza, Microsoft, RSA, and Strikeforce.  In that capacity, I have not only provided expert opinions but also served as a cryptologic expert on claim construction, invalidity, non-infringement, damages, and inventorship involving cryptographic patents.

12.     My cryptologic consulting work experience has spanned over thirty-eight years, involving the development of network security, cryptology, and authentication protocols.  For example, in that capacity, I have analyzed software security and conducted cryptologic research at NAI Labs under contracts from the Defense Advanced Project Agency (DARPA) and other government agencies, including designing new fast authentication systems.  Furthermore, I have conducted evaluations of security protocols in software products at Phoenix Technologies and multi-media broadcast systems at LuxSAT, Inc., and evaluated the security of infrastructure under development at InfoScape Corporation.  In addition, I devised an authentication algorithm for use by Mattel in hand-held games; in 2005, I conducted an evaluation of two-factor authentication security and key management at 2Factor, LLC; and in 2008-2010, I evaluated the security of the SafeIDKey authentication hardware dongle developed by ID2P for use in the mortgage industry.

13.     My research in cryptology, the security of voting systems, information assurance, and cybersecurity has been funded by the National Science Foundation (NSF), the National Security Agency, and U.S. Election Assistance Commission.

14.     My research includes design and analysis of an authentication system that uses power line communications as a second channel for location authentication.  My research on the Scantegrity voting system has been published in top venues for my field, including the IEEE Transactions on Information, Forensics, and Security, the Proceedings of the USENIX Security Conference, and the Proceedings of the USENIX/Accurate Electronic Voting Technology Workshop (EVT).  In 2009 and 2011, the city of Takoma Park, Maryland, used the Scantegrity voting system to elect its mayor.  It was the first time any end-to-end verifiable voting system with

DECLARATION OF ALAN T. SHERMAN ISO CERTAIN OF GOOGLE'S PROPOSED CLAIM CONSTRUCTIONS

1  ballot privacy was ever used in any binding municipal election.  Protocols within the Scantegrity

2  system use encryption, hashing, and digital signatures.  My research on voting includes the design

3  of Direct Recording Equipment (DRE) voting machine that uses a type of trusted cryptographic

4  hardware known as a Trusted Platform Module (TPM).

5      15.    My research at UMBC has been supported by the National Science Foundation

6  (NSF), the National Security Agency (NSA), and IBM.  For example, beginning in September 2018,

7  I am the Principal Investigator on two cybersecurity grants from the NSF and one from the NSA,

8  including a five-year $4,988,073 grant from the NSF.

9      16.    I have received a number of other research appointments during my career.  For

10  example, I have served as a Member at the National Center for the Study of Elections, UMBC, and

11  as a Research Affiliate in the Theory of Computational Research Group at MIT.  I have also served,

12  by joint appointment, with the University of Maryland Institute for Advanced Computer Studies

13  (UMIACS).

14      17.    My career has focused on the fields of computer science, cybersecurity, and

15  cryptology.  From my experience in academia to my research at NAI Labs in support of DARPA, I

16  possess extensive knowledge of both theoretical and practical applications of cryptology,

17  authentication, discrete algorithms, and network security.

18  III.  **LEGAL UNDERSTANDING**

19      18.    I understand that claim construction is for the Court to decide.

20      19.    I understand that claim terms should be given their ordinary and customary meaning

21  within the context of the patent in which the terms are used, i.e., the meaning that the term would

22  have to a person of ordinary skill in the art in question at the time of the invention in light of what

23  the patent teaches.

24      20.    I understand that to determine how a person of ordinary skill would understand a

25  claim term, one should look to those sources available that demonstrate what a person of skill in the

26  art would have understood disputed claim language to mean.  Such sources include the words of the

27  claims themselves, the remainder of the patent's specification, the prosecution history of the patent

28  (all considered "intrinsic" evidence), and "extrinsic" evidence concerning relevant scientific

principles, the meaning of technical terms, and the state of the art.

21.     I understand that words or terms should be given their ordinary and accepted meaning unless it appears that the inventors were using them to mean something else.  This determination is made by consulting the claims, the patent specification, and the prosecution history.  Additionally, the specification and prosecution history must be consulted to confirm whether the patentee has acted as its own lexicographer (i.e., provided its own special meaning to any disputed terms), or intentionally disclaimed, disavowed, or surrendered any claim scope.  I also understand that the specification acts as a dictionary when it expressly defines claim terms or when it defines claim terms by implication.

22.     A claim construction analysis must begin and remain centered on the claim language itself.  Additionally, the context in which a term is used in the asserted claim can be highly instructive.  Likewise, other claims of the patent in question, both asserted and unasserted, can inform the meaning of a claim term.  For example, because claim terms are normally used consistently throughout the patent, the usage of a term in one claim can often illuminate the meaning of the same term in other claims.  Differences among claims can also be a useful guide in understanding the meaning of particular claim terms.

23.     I understand that a person of ordinary skill in the art is deemed to read a claim term not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification.  For this reason, the words of the claim must be interpreted in view of the entire specification.  The specification is the primary basis for construing the claims.  Ultimately, the interpretation to be given a term can only be determined and confirmed with a full understanding of what the inventors actually invented and intended to envelop with the claim as set forth in the patent itself.

24.     In addition to consulting the specification, I understand that one should also consider the patent's prosecution history.  The prosecution file history provides evidence of how both the Patent Office and the inventor(s) understood the terms of the patent, particularly in light of what was known in the prior art.  Further, where the specification describes a claim term broadly, arguments and amendments made during prosecution may require a narrower interpretation.

25.     I understand that while intrinsic evidence is of primary importance, extrinsic evidence, i.e., evidence external to the patent and prosecution history, including expert opinions, dictionaries, and learned treatises, can also be considered.  For example, technical dictionaries may help one better understand the underlying technology and the way in which one of skill in the art might use the claim terms.  Extrinsic evidence should not be considered, however, divorced from the context of the intrinsic evidence.

26.     I understand that certain claim limitations may be considered to be "means-plus function" limitations, which limit the claim to the structure disclosed in the specification for performing the claimed function and its equivalents.  I understand that a claim limitation is in means-plus-function form when it claims a means or step for performing a specified function without reciting sufficient structure, material, or acts in support of the function.  I understand if a claim limitation does not expressly use the words "means," there is a rebuttable presumption against construing the claim limitation as a means-plus-function limitation.  I understand that the presumption is rebutted when the claim term at issue fails to recite sufficiently definite structure or else recites function without reciting sufficient structure for performing that function.  I understand that a key consideration is whether the claim limitation connotes sufficient structure to one of ordinary skill in the art to perform the claimed function.  I understand that if the claim limitation connotes sufficient structure to inform one of ordinary skill in the art for performing the claimed function, then the claim limitation is not a means-plus-function limitation.

27.     I also understand that, if a claim limitation is determined to be a "means-plus-function" limitation, it is construed by first identifying the function recited in the claim for the limitation, and then determining the corresponding structure in the patent's specification for performing the claimed function.  I understand that when the claimed function is computer-implemented and is not a basic function of any general-purpose microprocessor, the corresponding structure may be an algorithm disclosed in the specification for performing the claimed function. The algorithm may be an outline of an algorithm, a flowchart, or a specific set of instructions or rules in the specification.  It is also my understanding that a general-purpose microprocessor can serve as corresponding structure if the claimed function is "coextensive" with a microprocessor

itself.  In other words, if any general-purpose computer without special programming can perform the function, then an algorithm need not be disclosed.  I am also informed that a means-plus-function claim element is considered to be indefinite where the claimed function is not "coextensive" with a microprocessor and there is no sufficient corresponding structure disclosed in the specification.

## IV.   LEVEL OF ORDINARY SKILL IN THE ART

28.   I understand that claim interpretation is from the perspective of a person of ordinary skill in the art at the time of the invention.

29.   I understand that the '187 patent was filed on November 27, 2002.  For purposes of this declaration, I treat the relevant time of the invention to be November 2002.

30.   I am familiar with the knowledge of a person of ordinary skill in the field related to the subject matter of the '187 Patent in the November 2002 time period.  In forming my opinion, I considered several things, including the various approaches to digital rights management and device authentication employed in the art, the type of problems encountered, and the rapidity with which innovations were made.  I also considered the sophistication of the technology involved, and the educational background and experience of those actively working in the field.  Finally, I placed myself back in the relevant time period, and considered the engineers that I had taught and worked with in the industry.

31.   In my opinion, a person of ordinary skill in the art relevant to the '187 Patent at the time of its invention would have had a Bachelor of Science degree in Computer Science, Computer Engineering or similar subject matter, and at least approximately two years of work or research experience in the fields of network security or digital rights management, or an equivalent subject matter.  Additional education could substitute a lack of work in the field, and additional field experience could substitute for a lack of educational background.

32.   I met these criteria at the time of the filing of the application for the '187 patent, and consider myself to have been a person with at least ordinary skill in the art pertaining to the '187 Patent at that time.  Furthermore, I believe that I am capable at this time of putting myself in the shoes of a person of ordinary skill at the time of the filing of the application for the '187 Patent for purposes of assessing the meaning of the claims of the '187 Patent to such an individual.

## V.     OPINIONS REGARDING CLAIM TERMS

33.     Set forth below are my opinions regarding the specific claim terms on which I have been asked to provide claim construction opinions.  I understand that while other claim terms for the '187 Patent may be in dispute, I have only been asked to render expert opinions regarding the claim terms set forth in this Declaration, and I express no opinion regarding any other claim terms at this time.

### A.     "Logic circuitry for providing the domain information to a key issuer"

34.     The term "logic circuitry for providing the domain information to a key issuer" appears in asserted claim 10 as follows:

> An apparatus comprising:
>
> communication circuitry receiving domain information from a device existing within a domain of devices, which share rights associated with a common account, for use in accessing protected digital content within a digital-rights management system;
>
> storage for storing the domain information; and
>
> **logic circuitry for providing the domain information to a key issuer**, which is separate from the domain of devices, causing the key issuer to issue a private key for use in accessing protected digital content to the apparatus, wherein the private key is based on the domain information and is utilized by all devices within the domain of devices.

35.     I understand that the parties have offered the following competing constructions for this term:

| Google Proposed Construction | Sonos Proposed Construction |
| --- | --- |
| Plain and ordinary meaning | Governed by 35 U.S. C. §112, ¶ 6. Where the function is "providing the domain information to a key issuer which is separate from the domain of devices" and the corresponding structure is inadequate because it includes a processor or microprocessor with no sufficient corresponding algorithm. |

#### 1.     The Phrase "Logic Circuitry" Connotes Structure To a Person of Ordinary Skill in the Art.

36.     It is my opinion that a person of ordinary skill in the art reading the '187 Patent in its entirety would understand that the term "logic circuitry," as recited in claim 10, connotes a definite structure and is not a means-plus-function limitation.

37.     First, "logic circuitry" would be understood to refer to a combination of logic gates arranged to perform a number of functions, such as would generally be found in a general-purpose microcontroller or purpose-built integrated circuit (e.g., an ASIC).

38.     Second, claim 10 specifies that the "logic circuitry" recited therein "provides domain information to a key issuer."  In my opinion, a person of ordinary skill in the art at the time of the filing of the application for the '187 Patent (i.e., November 2002) would have understood the function of "providing domain information" to be a common data output operation of a general-purpose processor.  This common function would be used to transmit the applicable data—for purposes of claim 10, domain information—to an intended destination (e.g., a key issuer) over a network.  This understanding is consistent with the disclosure of the '187 Patent, which describes that the invention disclosed therein can be achieved using well-known computing components operating according to their known, intended manner.

39.     For example, the '187 patent provides that user equipment includes logic circuitry, which "in the preferred embodiment of the present invention comprises a microprocessor controller such as but not limited to a Motorola MC68328 DragonBall integrated microprocessor or a TI OMAP1510 processor."  5:61-65.  Such microprocessor controllers were known by those of ordinary skill to control the input and output of data over a communication channel—e.g., via cellular network, local area network, wide-area network, or otherwise—such that data could be transmitted to and/or received from other components, including those connected by network, such as a key issuer.  For example, the Product Bulletin for the OMAP1510 identifies it as an "Application Processor for 2.5 and 3G Wireless Devices," and describes its ability to work with any air interface standard to allow for data and voice communications.  GOOG-GVS-00007029.  For example, the OMAP Product Bulletin identifies a Modem Interface, Bluetooth Interface, UART (including IrDA/infrared), and USB connections, among others.  GOOG-GVS-00007030.  One of ordinary skill would have understood that the processor controls the transmitting and/or receiving of data, including with external devices over these exemplary interfaces.  The Product Brief for the MC68328 also references interfaces for transmitting data to and/or receiving data from external devices, including UART and General-Purpose I/O ports, which support standard input from and

1    output to external devices.  GOOG-GVS-00006889.  In other words, as contemplated by the patent,

2    a microprocessor controller—i.e., "logic circuitry"—would be "configured in well-known manners"

3    to "operate in [a] suitable manner to perform the function set forth [t]herein." 4:5-11.  This is

4    consistent with the disclosure of the '187 Patent, which contemplates the "logic circuitry," or

5    microcontroller, of the user equipment outputting domain information to a key issuer over a

6    connection (e.g., a network communication channel).

7           40.    A person of ordinary skill in the art would have understood that the microprocessor

8    controller (or "logic circuitry") would not require any special programming to provide domain

9    information received from another device in the domain to a key issuer.  Rather, this would involve

10   use of common input/output operations, including those performed over well-known

11   communications channels.  Nowhere in the language of claim 10, or the '187 Patent in general, is

12   the function of "providing the domain information to a key issuer" defined to include the creation

13   or manipulation of "domain information." Instead, after the domain information is received from a

14   device existing with a domain of devices, the logic circuitry "provide[s]" this information to the

15   "key issuer."  This function of "providing" requires nothing more than the common output of this

16   data over a known communications channel.   This general-purpose computing operation is

17   illustrated in Figure 2 of the '187 patent:

18



*FIG. 2*

41.     Again, in describing the provision of domain information to the key issuer, the patent describes that "the second device [i.e., the "apparatus" of claim 10] uses the network link 107 (e.g., the cellular network or Internet) to contact key issuer 105. The second device follows the same protocol with key issuer 105 as the first device did when establishing the domain, as already described above."  "At Step 311, the second device communicates its unit certificate 207 to key issuer 105 and may use its unit private key 208 to respond to a challenge. Once the channel is established it sends the domain information 209 to key issuer 105."  6:32-45.  Logic circuitry 210 controls these functions (6:61-62), and a person of ordinary skill in the art would have understood the coordination and control of this sending of domain information to be a common output function of logic circuitry and would clearly understand how it would function to do so.

42.     For these reasons, in my opinion, the phrase "logic circuitry," as recited in claim 10, would have been understood by a person of ordinary skill in the art at the time of the invention of the '187 Patent to convey a definite structure, particularly as it relates to the function of "providing domain information to a key issuer."  As a result, in my opinion this term should not be treated as a means-plus-function limitation.

>           **2.     Even If "Logic Circuitry" Invokes 35 U.S.C. § 112, ¶ 6, the '187 Patent Provides Sufficient Structural Disclosure.**

>>           **a.     The '187 Patent's disclosure of a general purpose processor is itself sufficient for the claimed function of "providing the domain information to a key issuer".**

43.     As discussed in Section V.A.1, it is my opinion that the phrase "logic circuitry" would have been understood by a person of ordinary skill to connote structure, particularly when read in view of the function of "providing domain information to a key issuer" recited in claim 10, and the '187 Patent as a whole.  The '187 patent discloses that logic circuitry 210 comprises a general-purpose processor, such as a Motorola MC68328 DragonBall integrated microprocessor or TI OMAP1510 processor.  5:61-67.  As discussed in Sec. V.A.1 above, these are integrated processors that generally can be used in handheld and/or wireless communications systems incorporating, for example, parallel I/O ports, as well as UART and serial peripheral interfaces.  *See, e.g.,* GOOG-GVS-00007030; GOOG-GVS-00006911.  A person of ordinary skill in November

2002 would have understood that these interfaces, in conjunction with a core processor, support and control the general purpose operations of transmitting and receiving of data between the integrated processor and external devices.  Furthermore, this person of ordinary skill would have also understood that the UART interfaces in both the MC68328 and OMAP 1510 would support communications via a number of standard available protocols, including infrared (e.g., IrDA), wireless (e.g., 802.11) or wired protocols.  *See, e.g.,* GOOG-GVS-00007031 ("An external modem device can be connected directly to the OMAP1510 through a modem interface, allowing both data and voice communications.  The interface has been designed to work with any air interface standard, making it easy to use in any system."), 7032.

44.     The recitation in claim 10 that the "logic circuitry" operates to "provid[e] the domain information to a key issuer" further confirms to a person of ordinary skill that this function can be performed by a general-purpose microprocessor.  The plain language of the claim would not have been understood by a person of ordinary skill to require the "logic circuitry" to generate or otherwise manipulate the "domain information;" rather, the logic circuitry need merely "provide" the domain information received from a device existing within the domain of devices to the key issuer.  A person of ordinary skill would have understood this to mean that the logic circuitry merely needed to perform the function of transmitting or outputting data (*e.g.,* domain information) to an external device.

45.     The function of "providing" data to an external device is a common input/output function of a general-purpose processor.  The plain language of the "logic circuitry" element of claim 10 would thus be understood to require only common, core functions of a microprocessor, without any specialized algorithm.  As a result, the '187 Patent's disclosure of general-purpose processors would have been understood by a person of ordinary skill in the art to be sufficient structure for performing the function of "providing the domain information to a key issuer."  Thus, a person of ordinary skill would have understood that, even if "logic circuitry for providing the domain information to a key issuer" were to constitute a means-plus-function limitation, the corresponding structure for performing this function is disclosed in the '187 Patent based on the patent's description of general-purpose processors.

**b.      Even if "providing the domain information to a key issuer" were found to require special programming, the '187 Patent discloses an algorithm for performing this function.**

46.     It is my understanding that Sonos may argue that the function "providing the domain information to a key issuer" must be performed by a specialized algorithm, extending beyond the input/output operations commonly implemented by a general-purpose processor.  While I disagree with this contention for the reasons discussed above, even if this were the case, it is my opinion that such an algorithm is disclosed in the '187 Patent.

47.     In particular, the '187 Patent repeatedly describes steps that are taken by a device being added to a domain in relation to a key issuer as part of the device's registration into the inventive DRM system of the patent.  In particular, the '187 Patent describes that the device—*e.g.,* user equipment 101—makes contact with the key issuer and engages in a secure authentication protocol, such as a challenge-response, whereby the device provides its unit certificate, to prove to the key issuer that it is authentic.  When the key issuer confirms that the device is authentic, the device then supplies its domain information to the key issuer.  This exchange of information is referenced repeatedly throughout the '187 Patent.  *See, e.g.,* 3:38-50, 4:20-41, 5:41-50.

48.     Secure authentication protocols, including challenge-response protocols, would have been commonly understood by a person of ordinary skill in the art in the November 2002 time frame. A person of ordinary skill would have understood the phrase "secure authentication protocol" or "challenge-response protocol," as used in the '187 Patent, to constitute an algorithm for "providing the domain information to a key issuer."  Furthermore, the '187 Patent disclosure describes at least one implementation of such a protocol in which the device supplies its unit certificate to the key issuer to establish its authenticity prior to the device supplying the domain information to that key issuer.  This would have been sufficient disclosure for a person of ordinary skill to understand and implement "providing the domain information to a key issuer" using the logic circuitry of the claimed apparatus.  The individual steps taken as part of such a secure authentication protocol—or more specifically, a challenge-response protocol—beyond those already set forth in the '187 Patent, to the extent needed, would be commonly understood by a person of ordinary skill.

49.     Thus, even if the function of "providing the domain information to the key issuer" as recited in claim 10 requires a specific algorithm, the '187 Patent discloses such an algorithm in the form of a "secure authentication protocol" and/or "challenge-response protocol."

**B.     "Private key"**

50.     The term "private key" appears in asserted claim 10 as follows:

> An apparatus comprising:
>
> communication circuitry receiving domain information from a device existing within a domain of devices, which share rights associated with a common account, for use in accessing protected digital content within a digital-rights management system;
>
> storage for storing the domain information; and
>
> logic circuitry for providing the domain information to a key issuer, which is separate from the domain of devices, causing the key issuer to issue a **private key** for use in accessing protected digital content to the apparatus, wherein the private key is based on the domain information and is utilized by all devices within the domain of devices.

51.     I understand that the parties have offered the following competing constructions for this term:

| Google Proposed Construction | Sonos Proposed Construction |
|---|---|
| Plain and ordinary meaning | A non-public key used for either decrypting data or generating digital signatures |

52.     Initially, it is worth noting that Sonos' proposed construction offers no actual definition of what a private key *is*; rather, Sonos' construction effectively states that a private key is a "non-public key," and then seeks to limit what a private key *does*.  This proposed construction looks to be premised off of the distinction between a private key and public key offered in the '187 Patent in relation to a description of Public-Key (i.e., asymmetric) Cryptography.  2:46-50.

53.     Within the context of a Public-Key Cryptographic system, I generally agree that private keys may be used for decrypting data and/or generating digital signatures.  However, the '187 Patent also makes clear that the invention described therein is not limited to Public-Key (or asymmetric) cryptographic systems.  Instead, the '187 Patent states that "the above description was given with respect to using public and private keys.  One of ordinary skill in the art would recognize

that alternate methods of securing the DRM system are possible using symmetric key techniques or broadcast key encryption techniques.  It is intended that such changes come within the scope of the following claims." 7:52-58.  In symmetric (or private) key encryption schemes, the private or secret key is used for encrypting data as well as decrypting data.

54.     Dictionary definitions identified by Sonos confirm that a "private key" can refer to a key used in either a symmetric and asymmetric cryptography, and that a "private key" is therefore not limited solely to decryption and the generation of digital signatures.  For example, the WhatIs.com definition cited by Sonos states that "[a] private key, also known as a secret key, is a variable in cryptography that is used with an algorithm to encrypt and decrypt code."  SONOS-GVS-00012503.  Sonos' citation to the Comprehensive Dictionary of Electrical Engineering identifies "private key cryptography" as a cryptographic system in which the "secret key" or private key "is used both for the encryption of the plaintext and decryption of the ciphertext."  *See* SONOS-GVS-00012462.  Thus, a "private key" can be used not only to decrypt data or generate digital signatures, but also to encrypt it, depending on the cryptographic system being used.

55.     I understand that Sonos' proposed construction is intending to identify decrypting data and/or generating digital signatures as two exemplary functions of a private key.  I agree that this is the case.  However, Sonos' proposed construction does not make clear that this is the case and, even if true, this definition would be incomplete.

56.     In my opinion, the term "private key" had a well-known meaning to those of ordinary skill in the art in the November 2002 time frame.  It is a cryptographic key, or string of  characters, that is kept private and can be used in asymmetric encryption systems, symmetric encryption systems or for some other purpose, such as for computing a digital signature.  With this understanding, there is no need to further define the term "private key" to understand its meaning within the context of claims 1 and 10, as further informed by the disclosure of the '187 Patent as a whole.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

2  February 5, 2021, in Washington, DC.

3

4                                                      Alan T. Sherman
                                             Alan T. Sherman, Ph.D.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Curriculum Vitae

June 25, 2020

## Alan Theodore Sherman

**Personal Data**

Date of birth: February 26, 1957
Place of birth: Cambridge, Massachusetts
Citizenship: USA
Marital status: married, children born 1996 and 2003

**Research Areas**

Security of voting systems, cryptology, cybersecurity, information assurance, discrete algorithms, cybersecurity education.

**Education**

| | | |
|---|---|---|
| Ph.D. | Feb. 1987 | MIT, computer science |
| S.M. | June 1981 | MIT, electrical engineering and computer science |
| Sc.B. | June 1978 | Brown University, mathematics, *magna cum laude* |
| H.S. Diploma | June 1974 | Lafayette High School, *salutatorian*, Williamsburg, Va. |

**Experience in Higher Education**

*July 2014–present.* University of Maryland, Baltimore County (UMBC), Baltimore, Maryland. Professor of Computer Science (with tenure), Department of Computer Science and Electrical Engineering.

*July 1995–June 2014.* University of Maryland, Baltimore County (UMBC), Baltimore, Maryland. Associate Professor of Computer Science (with tenure), Department of Computer Science and Electrical Engineering.

*August 1989–July 1995.* University of Maryland, Baltimore County (UMBC), Baltimore, Maryland. Assistant Professor of Computer Science, Computer Science Department.

*September 1986–August 1989.* Tufts University, Medford, Massachusetts. Assistant Professor of Computer Science, Department of Computer Science.

*September 1985–August 1986.* Tufts University, Medford, Massachusetts. Instructor of Computer Science, Department of Computer Science.

*January 1979–January 1982.* Massachusetts Institute of Technology (MIT), Cambridge, Massachusetts. Teaching Assistant, Department of Electrical Engineering and Computer Science.

1

## Experience Outside of Higher Education

### A. Consulting and Contracting

*March 2020–present.* Arnold & Porter, Palo Alto, CA. Serving as a cryptologic expert witness for Google in *Uniloc vs. Google* in a patent dispute involving 2-Step Verification.

*February 2020.* Marcus Millet (of Lerner David), Westfield, NJ. Analyzed the security of a new encryption method.

*October 2019–present.* Angara, Abello, Concepcion, Regala & Cruz, Pensacola, FL. Serving as a cryptologic expert witness for Smartmatic in *Avanta vs. Smartmatic* (Phillippines) in a patent dispute involving voting machines (via IMS Expert Services).

*January 2019–present.* Baker & McKenzie, Dallas, TX. Serving as a cryptologic expert witness for Giesecke+Devrient in *Giesecke+Devrient vs. U.S.* in patent litigation involving electronic authentication.

*January 2019–November 2019.* Cooley, Palo Alto, CA. Serving as a cryptologic expert witness for Facebook in *Blackberry vs. Facebook* in a patent dispute involving modular bias.

*October 2018.* Johnson, Mirmiran & Thompson, MD. Analyzed the security of the random-draw process used by the State of Idaho to issue hunting permits for big-game animals.

*July 2018–May 2020.* Olson Law Firm (initially Alston & Bird), Atlanta, Georgia. Serving as a cryptologic expert witness for Pro Marketing Sales in *Pro Marketing Sales vs. Cyber Solutions International* in a business dispute involving hardware-security patents (via IMS Expert Services).

*September 2016–April 2017.* Blank Rome, Washington, DC. Served as cryptologic expert witness for P&RO in *P&RO Solutions Group vs. CiM Maintenance* in patent litigation involving a work-order management system.

*July 2016–present.* Blank Rome, Washington, DC. Serving as cryptologic expert witness for Strike Force in *Strike Force vs. Duo*, *Strike Force vs. Centrify*, and *Strike Force vs. Trustwave*, in patent litigation involving multi-channel authentication.

*August 2015–January 2016.* Wood Law, LLP, Kansas City, MO. Served as cryptologic expert witness for plaintiff in *Alexander and Symington vs. BF Labs*, a class-action consumer protection case. Wrote a report estimating the number of Bitcoins mined by BF Labs using special-purpose hardware.

*August 2014–March 2015.* Lerner, David, Littenberg, Krumholz & Mentlik, LLP, NJ. Served as cryptologic expert witness for SPA Syspatronic in *SPA Syspatronic vs. U.S.* in patent litigation involving cryptographic portable data-carrying devices.

*July 2014–January 2016.* Blank Rome, Washington, DC. Serving as cryptologic expert witness for Strike Force in *Strike Force vs. Phone Factor* in patent litigation involving multi-channel authentication. Wrote validity and infringement reports.

*May 2014–July 2015.* Sidley Austin, Washington, DC. Served as cryptologic expert witness on invalidity for Apple in *Content Guard vs. Apple* in patent litigation involving digital rights management. Wrote invalidity IPRs.

*May 2013–March 2014.* Kirkland & Ellis, Chicago, IL. Served as a cryptologic expert witness on invalidity for Apple in *Intertrust vs. Apple* in patent litigation involving digital rights management. Wrote invalidity reports in support of five IPRs.

*May 2013–May 2014.* Perkins Coie, Seattle, WA. Served as a cryptologic expert witness on non-infringement for McAfee in *Uniloc vs. McAfee* in patent litigation involving product activation (via Rubin Anders).

*April 2013–June 2013.* Quinn Emanuel, Redwood Shores, CA. Researched prior art as expert cryptologic witness for IBM in *Softvault vs. IBM* in a patent litigation matter involving embedded controllers(via Thomson Reuters).

*June 2012–December 2014.* Kirkland & Ellis, Chicago, IL. Analyzed the validity of two cryptographic patents dealing with streaming media for Wowza Media Systems in *Adobe vs. Wowza*. Wrote invalidity and security reports and was deposed as expert witness.

*April 2012–September 2013.* Morgan, Lewis & Brockius, Houston, TX. Provided technical advice on prior art for Rite Aid in *TQP Development vs. DirectTV, et al.* (via Thomson Reuters, Rockville, MD).

*October 2011–March 2012.* Fish & Richardson, Boston, MA. Devised a technical work-around for Microsoft in the second damages phase of *Uniloc vs. Microsoft* concerning a patent for product activation, helping to reduce damages from $388 million to an amount reported to be about $80 million. Wrote report and was deposed as expert witness.

*July 2008–May 2010.* ID2P Technologies, Inc., Lake Forest, CA. Evaluated the security of the SafeIDKey Authentication Device.

*July 2008–July 2009.* Kenyon & Kenyon, New York City, Provided technical advice as expert witness for Sony in *Certicom vs. Sony*.

*August–September 2007; July 2008–January 2009.* Kirkland & Ellis, New York City. Provided technical advice as expert witness concerning a cryptographic patent.

*July 2006–April 2007.* WilmerHale, Boston, Massachusetts and Washington, DC (via Silicon Valley Expert Witness Group, Inc., Washington, DC). Provided technical advice as expert witness for RSA in *PRISM vs. RSA Security, Inc., et al.*, in which PRISM alleged patent infringement.

*July 2006–April 2007.* State of Maryland, Attorney General's Office, Baltimore, Maryland. Wrote report and provided technical advice as expert witness in *Shade vs. State of Maryland State Board of Elections, et al.*, in which Shade sought to decertify the Diebold AccuvoteTS electronic voting system on the basis of poor security.

*July 2005.* State of Maryland, Attorney General's Office, Baltimore, Maryland. Testified as an expert witness in *Fox vs. State of Maryland Department of Budget and Management*, in which Fox sought access under FOIA to the unredacted SAIC report on the security of the Diebold AccuvoteTS electronic voting system.

*May 2005.* 2factor, L.L.C, Centreville, Virginia. Evaluated the security of the 2factor Authentication and Key-Management System.

*August 4, 1997–April 2003.* Cryptologic Consultant, NAI Labs at Network Associates, Inc., Rockville, Maryland—formerly Advanced Research and Engineering Division of Trusted Information Systems (TIS), Inc. Analyzed the security of the TIS RecoverKey product and performed cryptographic research in support of DARPA and other government contracts on key management for large dynamic groups, ultra-fast network authentication, and distributed sensor networks. Contractual arrangements last made through TAC Worldwide Companies. Supervisors: Dennis K. Branstad, David Balenson, Pete Dinsmore, Michael St. Johns.

*July–August 2002.* LuxSAT, Inc., Luxenburg, Netherlands. Evaluated security of a multimedia-on-demand broadcast system. Via Plus Five Consulting, Palo Alto, CA. Point of Contact: Robert W. Baldwin.

*January 2002.* InfoScape Corporation, Redmond, WA. Evaluated the security of protocols in InfoScape Technologies. Via Plus Five Consulting, Palo Alto, CA. Point of Contact: Robert W. Baldwin.

*September 2001.* Phoenix Technologies, San Jose, CA. Evaluated the security of the FirstAuthority StrongROM and StrongClient products. Point of contact: Sameer Mathur.

*March 27, 1997.* Science Applications International Corporation (SAIC), McLean, Virginia. Science & Technology Assessment Division. Advised government

agencies on the impact of technology advances on cryptography and signals intelligence for the year 2010.

*March 28, 1991.* Synchronetics, Baltimore, Maryland. Suggested improvements to text-retrieval algorithms used in an automatic system that converts linear text to hypertext. Coordinated through the Technology Extension Service, University of Maryland.

*October 5 and 23, 1990.* Digital Systems Corporation, Walkersville, Maryland. Outlined a cryptographic scheme to authenticate control signals for electronically-operated vault doors. Coordinated through the Technology Extension Service, University of Maryland.

*July 10–12, 1982.* Mattel Inc., Hawthorne, California. Consultant, Mattel Toys. Devised a cryptographic method to authenticate electronic game scores on a 4-bit microprocessor.

## B. Research Appointments

*2006–2009.* Member, National Center for the Study of Elections, UMBC.

*August 1995–August 1998; August 1989–October 1992.* Joint appointment, University of Maryland Institute for Advanced Computer Studies (UMIACS), University of Maryland College Park, College Park, Maryland.

*September 1985–August 1988.* MIT Laboratory for Computer Science, 545 Technology Square, Cambridge, Massachusetts. Research Affiliate, Theory of Computation Research Group.

*June 1979–August 1985.* MIT Laboratory for Computer Science, 545 Technology Square, Cambridge, Massachusetts. Research Assistant. Performed research in cryptology and VLSI layout algorithms under the supervision of Professor Ronald L. Rivest.

## C. Other Employment

*Summer 1977.* Computer Sciences Corporation, NASA Langley Research Center, Hampton, Virginia. Programming Aide. Helped maintain and improve navigation, guidance, and flight control software for computers aboard NASA's Boeing 737 experimental research airplane.

*Summers 1974–1976.* Colonial Williamsburg Foundation, Williamsburg, Virginia. Interpreter at Magazine. Guided tours through historic powder magazine and demonstrated firing the Brown Bess musket while dressed in eighteenth-century apparel.

*Summer 1974.* NASA Langley Research Center, Hampton, Virginia. Participant, Career Exploration Program. Analyzed three algorithms used to compute trigonometric functions on a navigation flight computer aboard NASA's 737 experimental research airplane. Supervisor: Dr. Terry A. Straeter.

*October 1965–September 1974.* Colonial Williamsburg Foundation, Williamsburg, Virginia. Member, Colonial Williamsburg Fife and Drum Corps (Fife Sergeant, November 1972–September 1974). Played fife in hundreds of parades and ceremonies. Duties as Fife Sergeant included supervising and rehearsing the senior corps's fife section and helping oversee fife instruction for the junior corps.

## Honors Received

### Awards for Scholarship

- Outstanding Case Study Award for 2012 by the American Academy of Forensic Sciences, based on a paper by Josiah Dykstra and Alan T. Sherman published in the *Journal of Network Forensics*.
- Listed in the following *Who's Who* publications by Marquis:
  *Who's Who in America*
  *Who's Who in the East*, 25–26th+ editions (94–96+)
  *Who's Who in Science and Engineering*, 2nd edition (94+)
  *Who's Who in American Education*, 3rd–5th+ editions editions (92–95+)
  *Who's Who in the Media*
- Member, *Sigma Xi*, MIT (April 1981).
- Fellowship, German Academic Exchange Office (June 1978). To attend a Goethe Institute Summer Language Program.
- Member, *Phi Beta Kappa*, Brown University (April 1978).
- Member, *Sigma Xi*, Brown University (March 1978).

### Teaching Awards

- Senior Class Award, Tufts University (May 1986). Awarded primarily for teaching CSC–150c Cryptology, fall 1985.
- Forgivable Loan, General Electric Foundation/Ford Foundation, MIT (November 1983). Awarded primarily for excellence in teaching at MIT.

### Other Awards and Accomplishments

- Meritorious Service Award, United States Chess Federation (August 1997). For contributions to college chess.
- Promoted to the rank of shodan (first-degree black belt) in the Japanese martial art of Tomiki Aikido, as certified by the Japan Aikido Association (February 1995).
- Top Faculty Chess Player, Pan-American Open (1993, 1994, 1998, 1999[tie], 2001).
- Erdös Number 3: One path of coauthorships to Paul Erdös is via Andrew Odlyzko and Ronald Rivest.

**Funding**

**External — Research**

- *July 1, 2020,–June 30, 2022,* $3,490 (amount for research $3,490), Hrabowski Innovation Fund Competition, UMBC, "Evaluation and Enhancement of a Learning Unit on Quantum Algorithms," (Linda Oliva, CoPI). At UMBC.

- *September 1, 2020–August 31, 2021,* $412,008 (amount for research: $199,454), National Security Agency, Principal Investigator, "DoD Cybersecurity Scholarship Program with Protocol Analysis Lab" (Richard Forno, CoPI). At UMBC. In review.

- *February 1, 2020–January 31, 2022,* $3,493,234 (amount for research: $3,493,234). National Science Foundation. Principal Investigator, "Evaluation of the NICE Framework: Nurturing the Cybersecurity Ecosystem for America" At UMBC. In review.

- *September 1, 2019–August 31, 2020,* $128,592. National Security Agency. Principal Investigator, "Cybersecurity Scholarship Program" (Richard Forno, CoPI). At UMBC.

- *September 1, 2018–August 2023,* $4,988,073 (non-participant costs amount for research: $358,426). National Science Foundation. Principal Investigator, "UMBC CyberCorps Program Renewal and Building Research-Based SFS Relationships between Community Colleges and Four-Year Schools" (Richard Forno, CoPI). At UMBC.

- *September 1, 2018–August 31, 2021,* $309,967 (amount for research: $309,967). National Science Foundation, SFS Capacity. Principal Investigator, "Validation of Concept Assessment Tools for Cybersecurity" (Dhananjay Phatak and Linda Oliva, CoPIs, for a collaborative grant with University of Illinois). At UMBC.

- *September 1, 2018–August 31, 2019,* $96,864 (amount for research: $96,864). National Security Agency. Principal Investigator, "Protocol Analysis Lab" At UMBC.

- *September 1, 2017–August 31, 2018,* $124,981 (amount for research: $124,981). National Security Agency. Principal Investigator, "Protocol Analysis Lab" At UMBC.

- *September 2018–August 2019,* $1,095,359. National Science Foundation. Principal Investigator, "Supplement to UMBC Cybersecurity Scholarship for Service Program and Innovations in Cybersecurity Education Workshop Series" (Richard Forno CoPI). At UMBC.

- *September 2017–August 2018,* $325,846. National Science Foundation. Principal Investigator, "Supplement to UMBC Cybersecurity Scholarship

for Service Program and Innovations in Cybersecurity Education Workshop Series" (Richard Forno CoPI). At UMBC.

- *September 2017–August 2018,* $650,212. National Science Foundation. Principal Investigator, "Supplement to UMBC Cybersecurity Scholarship for Service Program and Innovations in Cybersecurity Education Workshop Series" (Richard Forno CoPI). Supports two research projects, each with GRA: SecurityEmpire educational multiplayer computer game, and verifiable randomness. At UMBC.

- *September 2017–August 2018,* $165,293 (amount for research: $165,293). National Security Agency. Principal Investigator, "Creating a Cybersecurity Curriculum Assessment Tool with CAE Collaboration" (Linda Oliva and Dhananjay Phatak, CoPIs. Geoffrey Herman, CoPI, for a collaborative grant with University of Illinois). At UMBC.

- *September 1, 2015–August 31, 2016,* $146,917 (amount for research: $146,917). National Security Agency. Principal Investigator, "Creating Concept and Curriculum Assessment Tools for Cybersecurity" (Linda Oliva and Dhananjay Phatak, CoPIs. Geoffrey Herman, CoPI, for a collaborative grant with University of Illinois). At UMBC.

- *August 2013–August 2014,* $271,435 (amount for research: $271,435). National Science Foundation. Principal Investigator, "Supplement to UMBC Cybersecurity Scholarship for Service Program and Innovations in Cybersecurity Education Workshop Series" (Richard Forno CoPI). Supports two research projects, each with GRA: SecurityEmpire educational multiplayer computer game, and verifiable randomness. At UMBC.

- *August 2013–July 2015,* $44,206 (non-participant cost amount for research: $28,574). National Science Foundation. Co-Principal Investigator, "INSuRE EAGER" (Melissa Dark, Purdue, PI). At UMBC (subcontract from Purdue).

- *August 2012–August 2017,* $2,542,169 (non-participant cost amount for research: $293,864). National Science Foundation. Principal Investigator, "UMBC Cybersecurity Scholarship for Service Program and Innovations in Cybersecurity Education Workshop Series" (Richard Forno CoPI). At UMBC.

- *August 2012–December 2013,* $83,280 (amount for research: $83,280). National Security Agency. Principal Investigator, "University of Maryland, Baltimore County (UMBC) Information Assurance Scholarship Program 2012-2013" (Richard Forno Co-PI). Research funds are for the project, "Teaching information assurance concepts to high school students through our new social media game SecurityEmpire: Outreach to academia" (Marc Olano and Linda Oliva, Co-Investigators). At UMBC.

- *August 2011–December 2012,* $85,537 (amount for research: $85,463). National Security Agency. Principal Investigator, "University of Maryland, Baltimore County (UMBC) Information Assurance Scholarship Program 2011-2012" (Richard Forno Co-PI). At UMBC. Research funds are for the project, "Teaching information assurance concepts to high school students through a new social media game: Outreach to academia" (Marc Olano and Linda Oliva, Co-Investigators). At UMBC.

- *August 2010–December 2011,* $74 (amount for research: $0). National Security Agency. Principal Investigator, "University of Maryland, Baltimore County (UMBC) Information Assurance Scholarship Program 2010-2011" (John Pinkston Co-PI). At UMBC.

- *September 2009–December 2010,* $19,205 (amount for research: $0). National Security Agency. Principal Investigator, "DoD IASP Scholarships at UMBC" (John Pinkston Co-PI). At UMBC.

- *September 2008–September 2013,* ∼$7,500,000 (my portion: ∼$25,000–50,000). Multi-Disciplinary University Research Initiative (MURI), AFOSR. Investigator (Tim Finin, PI), "A framework for managing the assured information sharing lifecycle." At UMBC.

- *September 2008–September 2009,* $66,346 (amount for research: $0) National Security Agency. Principal Investigator, "DoD IASP Scholarships at UMBC," (John Pinkston Co-PI). At UMBC.

- *September 13, 2007–September 12, 2008,* $36,300 (amount for research: $30,583 ) National Security Agency. Principal Investigator, "DoD IASP Scholarships at UMBC," (John Pinkston Co-PI). At UMBC.

- *October 1, 2006–September 30, 2007,* $29,940. National Science Foundation, Principal Investigator, "SGER: CT-ISG: The VoComp University Voting Systems Competition." At UMBC.

- *September 15, 2006–January 30, 2008* $65,646 (amount for research: $11,760). National Security Agency. Principal Investigator, "DoD IASP Scholarships at UMBC," (John Pinkston Co-PI). At UMBC.

- *August 29, 2005–August 29, 2007,* $63,833 (with extension), (amount for research: $21,014). National Security Agency. Principal Investigator, "DoD IASP Scholarships at UMBC," (John Pinkston Co-PI). At UMBC.

- *September 14, 2004–September 14, 2006,* $ 143,999 (with extension), (amount for research: $0). National Security Agency. Principal Investigator, "DoD IASP Scholarships at UMBC," (John Pinkston Co-PI). At UMBC.

- *August 2003–August 2004,* $57,021 (amount for research: $53,449). National Security Agency. Principal Investigator, "DoD IASP Scholarship Grant, with NDU/IRMC Partnership" (John Pinkston Co-PI). At UMBC.

- *August 2002–August 2003,* $120,384 (amount for research: $110,000). National Security Agency. Principal Investigator, "DoD IASP Scholarship Grant, with NDU/IRMC Partnership" (John Pinkston Co-PI). At UMBC.

- Fall 2001–Summer 2002, $37,000 (amount for research: $37,000). Department of Defense. Principal Investigator (Peng Liu and John Pinkston Co-PIs), "Program Initiation Award," for UMBC Center for Information Security and Assurance. At UMBC.

- *April 1997–April 1998,* $43,735. National Security Agency. Investigator, "A security architecture for intelligent software agents: Adding security to KQML" (Tim Finin Co-Investigator). At UMBC (via subcontract from UMCP under Principal Investigator Joseph JaJa).

- *December 1, 1995–June 30, 1996,* $35,597. IBM, Thomas J. Watson Research Center. Principal Investigator, "Efficient implementation of cryptographic algorithms for electronic commerce." At UMBC.

- *Summer 1995,* $6,283 (my portion). National Science Foundation (via subcontract from UMCP). Member, Maryland Collaborative for Teacher Preparation (MCTP). At UMBC.

- *March 1–September 1, 1995,* $5,328. National Security Agency. Principal Investigator, "Maryland Theory Day at UMBC" (Co-Principal Investigator: Richard Chang). Mathematical Sciences Program. At UMBC.

- *March 1–June 1, 1993,* $3,860. National Science Foundation. Principal Investigator, "Maryland Theory Day at UMBC" (Co-Principal Investigator: Richard Chang). Division of Computer and Computation Research, CCR-93-08170. At UMBC.

- *August 1989–August 1992,* ∼$20,000 (50% Joint Appointment). University of Maryland Institute for Advanced Computer Studies (UMIACS), Collegel Park. At UMBC.

- *March 15, 1988–August 31, 1989,* $15,000. National Science Foundation. Investigator, "VLSI algorithms" in "Research instrumentation award for memory increase to Ncube parallel processor" (Co-Principal Investigators: James G. Schmolze and Beth Adelson). Computer and Information Science and Engineering, CCR-87-16916. At Tufts University.

**Internal — Research**

- *Summer 1990,* $4,000. UMBC. Principal Investigator, "Relationships among algebraic and security properties of cryptographic functions." Summer Faculty Fellowship. At UMBC.

### External — Research through Consulting

*Note: I helped write these grant proposals, which could not have been coordinated through UMBC in part because portions have a sensitive nature or because of other restrictions by the sponsor.*

- *May 2011-November 2012,* $25,000, U.S. Election Assistance Commission. Consultant (Richard Carback, PI), "Post-election auditing with voter-verified privacy preserving receipts." At City of Takoma Park, MD.

- *September 2000–April 2001,* $200,000, Contractor, extension to previous contract. [Project title and funding source withheld at request of client.] Through Maryland Procurement Office. At NAI Labs at Network Associates, Inc., Glenwood, MD.

- *Spring 2000,* $200,000, Contractor. [Project title and funding source withheld at request of client.] Through Maryland Procurement Office. At NAI Labs.

- *July 1999–December 2001,* ∼$1,500,000 (exact amount NAI sensitive). Defense Advanced Project Agency (DARPA). Contractor, "A communications security architecture and cryptographic mechanisms for distributed sensor networks (SENSIT)" (David W. Carman, Principal Investigator). At NAI Labs.

- *September 1998–August 2000,* ∼$1,500,000 (exact amount NAI sensitive). Defense Advanced Project Agency (DARPA). Contractor, "Adaptive cryptographically synchronized authentication (ACSA)" (Dennis Branstad, then David Balenson, then David Carman, Co-Principal and Principal Investigators). At NAI Labs.

- *September 1997–December 2000,* ∼$1,500,000 (exact amount NAI sensitive). Defense Advanced Project Agency (DARPA). Contractor, "Dynamic Cryptographically Context Management (DCCM)" (Dennis Branstad, then David Balenson, then Peter Dinsmore, Principal Investigators). At NAI Labs.

**External — Chess**

- As Director of the UMBC Chess Program, I raised over $218,957 for UMBC Chess in over 38 grants, gifts, and awards from over 14 sponsors (1995–present). Sponsors included The Abell Foundation, US Chess Federation, Connections Academy, and Maryland State Department of Education.

*Note:* I was instrumental in gaining favorable publicity for UMBC with feature stories and appearances on the following national TV and radio shows about UMBC chess (selected):

*CNN Headline News* (December ∼28, 1996—2.5 mins),

NPR's *Morning Edition* (May 9, 1997)—∼3 mins),

ABC's *Good Morning America* (March 3, 1999—3.5 mins),

NBC's *Today Show* (March 5, 2001—4.5 mins), and

CNN's *Next* (February 2002—3 mins),

BBC World Radio (circa 2001)

NPR's "Maryland Morning with Sheilah Kast" (December 27, 2006).

NPR's "Tell Me More" (April 12, 2010–5.5 mins).

I estimate that the cash value to UMBC (based on the cost of a comparable duration and type of national TV advertising) of this publicity **exceeds five million dollars.**

## Student Projects Supervised

### A. Ph.D. Dissertations—As Advisor (6)

Enis Golaszewski "Formal Analysis of PAKE and Post-Quantum PAKE Protocols," UMBC (expected May 2022). Thesis advisor. [I fully supported Golaszewski under my SFS grant.]

Travis Scheponik "Textual Analysis of Cybersecurity Concepts," UMBC (expected May 2021). Thesis advisor. [I fully supported Scheponik fall 2015-May 2020 under my CAE-R and SFS Capacity grants.]

Farid Javani, "Mixing Algorithms with Oblivious Transfer," UMBC (expected May 2021). Thesis advisor.

Christopher Nguyen, "Verifiable randomness with applications to voting," UMBC (expected May 2020). Thesis advisor. [I fully supported Nguyen under my 2013 NSF grant in 2013-2014.]

Edward J. Birrane, "Virtual circuit provisioning in challenged sensor internetworks: With application to the Solar System Internet," Department of CSEE, UMBC (December 2014). Thesis co-advisor (with M. Younis). [The CSEE Dept. nominated Birrane for the 2014 ACM Dissertation Award.]

Josiah Dykstra, "Digital forensics for cloud computing: Framework, tools, and legal analysis for Infrastructure-as-a-Service cloud computing," Department of CSEE, UMBC (May 2013). Thesis advisor. [In May 2012, Dykstra won the Dept.'s CSEE Research Review award for best research by a PhD student.]

Russell A. Fink, "Applying trustworthy computing to End-to-End electronic voting," Department of CSEE, UMBC (December 2010). Thesis advisor. [In May 2008, Fink won the Dept.'s CSEE Research Review award for best research by a PhD student.]

Richard T. Carback, "Engineering practical end-to-end election systems," Department of CSEE, UMBC (December 2010). Thesis advisor. [In May 2011, Carback won the Dept.'s CSEE Research Review award for best research by a PhD student.]

F. John Krautheim, "Building trust into utility cloud computing," Department of CSEE, UMBC (May 2010). Thesis co-advisor (with D. Phatak). [I fully supported Krautheim under my DoD IASP grants.]

Muhammad Rabi, "Relationships among algebraic and security properties of cryptographic functions, and a security architecture for intelligent agents" Computer Science Department, UMBC (August 1998). Thesis co-advisor (with T. Finin).

## B. Ph.D. Dissertations—As Reader

Michael Oehler "Private packet filtering: Searching for sensitive indicators without revealing the indicators in collaborative environments," Department of CSEE, UMBC (December 2013). Reader (Advisor: Phatak).

Xiaonong Gu, "A new classification algorithm," Math Department, UMBC (October 1999). Reader (Advisor: Rukhin).

David M. Lazoff, "Network reliability and optimal resource allocation in distributed database systems," Department of Computer Science and Electrical Engineering, UMBC (August 1996). Reader (Advisor: Stephens).

Zhi-Ming Lin, "DAVE: An automatic layout compiler for mixed analog/digital integrated circuits," Ph.D. Thesis, Department of Electrical Engineering, University of Maryland College Park (1991). Reader.

## C. M.S. Theses and Projects[1]—As Advisor (27)

Konstantinos Patsourakos "Metrics for Blockchain Systems," MS Thesis, UMBC (expected May 2020). Thesis Advisor.

Alejandra Diaz "Phishing in an Academic Community: A Study of User Susceptibility and Behavior" MS Thesis, UMBC (May 2018). Thesis Co-Advisor (with A. Joshi).

David C. Harris Jr. "Detecting DDOS Attacks in Software Defined Networks: An Experimental Study of Three Stream Sampling Methods", MS Thesis, UMBC (May 2017). Thesis advisor.

Jackson Schmandt "Attacking and Defending the Automotive CAN Bus" MS Thesis in Computer Engineering, UMBC (May 2016). Thesis Co-Advisor (with Banerjee).

Geet Parekh "Developing a concept inventory for cybersecurity," MS Thesis, UMBC (August 2015). Thesis advisor.

Chirag Shah "A usability study of the PICO authentication device: User reactions to Pico implemented on an Android phone," MS Thesis, UMBC (August 2014). Thesis advisor.

Nathan Price "How to generate repeatable keys using Physical Unclonable Functions: Correcting PUF errors with iteratively broadening and prioritized search," MS Thesis, UMBC (May 2014). Thesis advisor. [I fully supported Price under my NSF SFS grant.]

---

[1]Prior to the merger of the CS and EE Departments at UMBC circa 1996, there was no thesis option for MS students in CS.

Christopher Nguyen, "Fast modular exponentiation using residue domain representation: A hardware implementation and analysis," MS Thesis, UMBC (December 2013). Thesis co-advisor (with D. Phatak).

Nikhil Joshi, "Experimental evaluation and implementation of the Spread Identity Framework," MS Thesis, UMBC (December 2011). Thesis co-advisor (with D. Phatak).

William Newton, "Chaum's protocol for detecting man-in-the-middle: Explanation, implementation, and analysis," MS Thesis, UMBC (December 2010). Thesis advisor.

Bhushan Sonawane, "Spread Identity: A new dynamic address translation mechanism for anonymity and DDoS defense," MS Thesis, UMBC (December 2010). Thesis co-advisor (with D. Phatak).

Vivek Relan, "Location authentication through powerline communication: Design, protocol, and analysis of a new out-of-band strategy," MS Thesis, UMBC (December 2010). Thesis co-advisor (with D. Phatak).

Richard Carback, "Security enhancements to the Punchscan voting system," MS Thesis, UMBC (May 2008). Thesis advisor.

Allen Stone, "OBID: An ontology-based intrusion-detection system," MS Thesis, UMBC (May 2007). Thesis advisor.

Kevin Fisher, "Security analysis of the Punchscan high-integrity voting system," MS Thesis, UMBC (December 2006). Thesis advisor.

Nicholas Dickerson, "Arpdefender: Detecting and recovering from ARP cache poisoning attacks," MS Thesis, UMBC (fall 2004). Thesis advisor.

Anthony Falcone, "DTEL: A digital telestrator for spectator chess," MS Thesis, UMBC (April 2000). Thesis advisor.

Pavel Pasmanik, "Using more information from evaluation functions: An improvement to the Crafty chess program," UMBC (December 1997). Chairperson, Advisory Committee.

Ali Selcuk, "Linear cryptanalysis of RC-5," MS Thesis, UMBC (December 1997). Thesis advisor.

Qi He, "A new electronic cash scheme with flexible denominations," MS Thesis, UMBC (May 1997). Thesis advisor.

Bryan Olson, CMSC-693 Project, "A new radix sort," Computer Science Department, UMBC (August 1995). Chairperson, Advisory Committee.

Ravada Sivakumar, "Experimental analysis of a partitioning algorithm for the Steiner minimum tree problem in $R^2$ and $R^3$," CMSC-693 Project, Computer Science Department, UMBC (August 1993), Chairperson, Advisory Committee.

Thomas R. Cain, "How to break Gifford's cipher," CMSC-693 Project, Computer Science Department, UMBC (April 1993), Chairperson, Advisory Committee.

Katherine A. South, "Solving recurrences with generating functions: A tutorial," CMSC-693 Project, Computer Science Department, UMBC (June 1993), Chairperson, Advisory Committee.

Kirthivasan Venkatraman, "The vowel-count method in solving single columnar transposition ciphers: Its effectiveness and improvement," CMSC-693 Project, Computer Science Department, UMBC (January 5, 1992). Chairperson, Advisory Committee.

Konstantinos Kalpakis, "Refinements of a partitioning algorithm for the Steiner tree problem in $d$-dimensional Euclidean space," CMSC-693 Project, Computer Science Department, UMBC (December 19, 1991). Chairperson, Advisory Committee.

Kiran S. Panesar, "The vowel-count for solving single columnar transposition ciphers: Quantification, analysis, and improved tests," CMSC-693 Project, Computer Science Department, UMBC (August 21, 1991). Chairperson, Advisory Committee.

Virginia Schneeman, "Simulated annealing and iterative improvement: An experimental comparison," CMSC-693 Project, Computer Science Department, UMBC (August 18, 1991). Chairperson, Advisory Committee.

## D. MS Theses—As Reader

Ajinkya Borle "New Frobenius Based Scaling Methods for Schulz-Type Matrix Inversion," MS Thesis, UMBC (November 2016). Reader (Advisor: Lomonaco).

Jackson Schmandt "Attacking and Defending the Automotive CAN Bus," MS Thesis, UMBC (December 2016). Reader (Advisor: Banerjee).

Jason Dowd, "Identifying malware using $N$-Gram clustering metrics," MS Thesis, UMBC (August 2014). Reader (Advisor: Nicholas).

Fahad Zafar, "Tiny encryption algorithm for cryptographic gradient noise," MS Thesis, UMBC (December 2009). Reader (Advisor: Olano).

Wei-cheng Lin, "Weak keys of the Data Encryption Standard: Regularities and cycle properties," CMSC-693 Project, Computer Science Department, UMBC (May 15, 1990). Reader (Advisor: Sidhu).

**E. Undergraduate Theses**

Horace H. Dediu, "The design and implementation of a multiprocessor simulator," honors thesis, Department of Electrical Engineering, Tufts University (fall 1988). Reader.

**F. Independent Study Projects (selected)**

Sasha Arsenyuk, "Formal analysis of the OPAQUE protocol," CMSC-491: Independent study in computer science, Dept. of CSEE (spring 2020), UMBC.

Travis Mayberry, "Implementation improvements to the Scantegrity II voting system," CMSC-699: Independent study in computer science, Dept. of CSEE (spring 2010), UMBC.

John Conway, "Implementation improvements to the Scantegrity II voting system," CMSC-499: Independent study in computer science, Dept. of CSEE (spring 2010), UMBC.

Michael Rushanan, "Range voting in practice," CMSC-690: Independent study in computer science, Dept. of CSEE (spring 2009), UMBC.

Brian Roberts, William Byrd, Matthew Baker, John Simmons, "Cyber Defense Exercises at UMBC" (summer 2003). Supervisor of summer lab assistants.

Anthony Falcone, "Design and implementation of a digital telestrator for exhibition chess matches," CMSC-699: Independent Study in Computer Science, Dept. of CSEE (spring 98), UMBC.

Michael D. Miller, "Course tools for CMSC-443: Cryptology," independent study project (spring and summer 1995), UMBC.

Brian E. Brzezicki and Uriel Nordenberg, "Hypermedia tools for teaching discrete mathematics," non-credit independent study project (summer 94, fall 94), UMBC.

Ann Pollack, "On the complexity of module orientation problems in VLSI layout," CMSC-699: Independent Study in Computer Science, Computer Science Department, UMBC (spring 1994).

David M. Lazoff, "An exact formula for the expected wire length between two randomly chosen terminals," CMSC-699: Independent Study in Computer Science, Computer Science Department, UMBC (spring 1994).

Predag Tosic, "Discrete mathematics for computer science," Independent study and credit by examination for CMSC-203, UMBC (summer 1993).

Thomas R. Cain, "Cryptanalysis of filter generators," CMSC-699: Independent Study in Computer Science, Computer Science Department, UMBC (fall 1992, spring 1993).

Muhammad A. Rabi, "Introduction to cryptology," CMSC-699: Independent Study in Computer Science, Computer Science Department, UMBC (spring 1992).

Ellen F. Rakatansky, "A relaxation method for breaking transposition ciphers," CSC-194: directed study, Department of Computer Science, Tufts University (spring 1987).    [In addition to our work on transposition ciphers, Ratakansky and I solved the 1986 Cryptogift $50,000 Puzzle Game sponsored by the The Swiss Colony.]

Margaret A. Konner, "Implementing a new cryptographically secure pseudorandom number generator based on the elliptic logarithm problem," CSC-194: directed study, Department of Computer Science, Tufts University (spring 1986).

David Hunt, Margaret A. Konner, Sarah B. Levine, Stanley N. Marshall III, Ellen F. Rakatansky, and Andriés E. Sadler, "Cryptanalysis of the $100,000 Decipher II Puzzle," extracurricular group project, Department of Computer Science, Tufts University, (fall 1985).

Robert Baldwin, Ravi Bopanna, John Chang, Joseph Marshall, and David Saslow, "Solving the $100,000 Decipher Puzzle," IAP (Independent Activities Period) Course 4505, MIT, (January 1984).    [In March 1985, Baldwin and I eventually solved the puzzle. The work carried out during this mini-course laid the foundation for our solution.]

## Scholarly and Creative Works[2]

### A. Books (2)

1. Sherman, Alan T., *VLSI Placement and Routing: The PI Project*, Springer-Verlag (New York, 1989). 189 pages.

2. Chaum, David, Ronald L. Rivest, and Alan T. Sherman, eds., *Advances in Cryptology: Proceedings of Crypto 82*, Plenum Perss (New York, 1983). 331 pages.

### B. Book Chapters (2)

3. Sherman, Alan T., Erin Lanus, Moses Liskov, Edward Zieglar, Richard Chang, Enis Golaszewski, Ryan Wnuk-Fink, Cyrus J. Bonyadi, Mario Yaksetig, and Ian Blumenfeld, "Formal Methods Analysis of the Secure Remote Password Protocol" in *Festschrift in Honour of Professor Andre Scedrov*, Vivek Nigam, Editor, LNCS, Springer (February 2020), accepted.

4. Richard T. Carback, David Chaum, Jeremy Clark, Aleksander Essex, Travis Mayberry, Stefan Popoveniuc, Ronald L. Rivest, Emily Shen, Alan T. Sherman, Poorvi L. Vora, John Wittrock, and Filip Zagorski. "The Scantegrity Voting System and its Use in the Takoma Park Elections" in *Real-World Electronic Voting: Design, Analysis and Deployment*, edited by Feng Hao and Peter Y. A. Ryan. Taylor and Francis (April 2016), 237–276.

### C. Research Articles in Refereed Journals (31)

5. Golaszewski, Enis, Alan Sherman, Linda Oliva, Peter A. H. Peterson, Michael R. Bailey, Scott Bohon, Cyrus Bonyadi, Casey Borror, Ryan Coleman, Johannah Couture, Elias Enamorado, Maksim E. Eren, Mohammad Khan, Emmanuel Larbi, Kyle Marshall, William Morgan, Lauren Mundy, Gabriel Onana, Selma Gomez Orr, Lauren Parker, Caled Pinkey, Mykah Rather, Jimmy Rodriguez, Bryan Solis, Wubnyonga Tete, Tsigereda B. Tsega, Edwin Valdez, Charles K. Varga, Brian Weber, Ryan Wnuk-Fink, Armand Yonkeu, Lindsay Zetlmeisl, Damian Doyle, Casey O'Brien, Joseph Roundy, Jack Suess, "Project-Based learning continues to inspire cybersecurity students," *ACM Inroads*, 11(2), (December 2019), 46–54.

6. Sherman, A. T., Oliva, L. M., Golaszewski, E., Phatak, D., Scheponik, T., Herman, G., Choi, D. S., Offenberger, S. E., Peterson, P., Dykstra, J., Bard, G. V.,

---

[2]For a more complete and detailed list of my earlier works, see the separate document *Scholarly and Creative Works*. Until 2003, I always listed authors in alphabetical order.

Chattopadhyay, A., Sharevski, F., Vrecenar, R., "The CATS Hackathon: Creating and refining test items for cybersecurity concept inventories," *IEEE Security & Privacy*, 17(6) (October/November 2019), 77–83. [available as arXiv preprint arXiv:1901.09286]

7. Sherman, Alan; Enis Golaszewski, Edward LaFemina, Ethan Goldschen, Mohammed Khan, Lauren Mundy, Mykah Rather, Bryan Solis, Wubnyonga Tete, Edwin Valdez, Brian Weber, Damian Doyle, Casey O'Brien, Linda Oliva, Joseph Roundy, and Jack Suess, "The SFS Summer Research Study at UMBC: Project-Based learning inspires cybersecurity students," *Cryptologia*, 43(4) (March 2019), 293–312.

8. Sherman, A. T., Golaszewski, E., LaFemina, E., Goldschen, E., Khan, M., Mundy, L., Rather, M., Solis, B., Tete, W., Valdez, E., Weber, B., Doyle, D., O'Brien, C., Oliva, L. M., Roundy, and J., Suess. "Project-Based learning inspires cybersecurity students: A Scholarship for Service research study," *IEEE Security & Privacy*, 17(3), (2019), 82–88.

9. Sherman, Alan T. and Farid Javani, "On the origins and variations of blockchain technologies," *IEEE Security & Privacy* (January/February 2019), 72–77.

10. Diaz, Alejandra Diaz, Alan T. Sherman, and Anupam Joshi, "Phishing in an academic community: A study of user susceptibility and behavior," *Cryptologia* (August 2019), 1–15.

11. Thompson, J., G. L. Herman, T. Scheponik, E. Golaszewski, A. T. Sherman, D. Delatte, D. Phatak, K. Patsourakos, L. Oliva, "Student misconceptions about cybersecurity concepts: Analysis of student think-a-loud interviews," *Journal of Cybersecurity Education*, Vol. 1, No. 5 (2018).

12. Sherman, A. T., D. Delatte, G. L. Herman, M. Neary, L. Olvia, L., D. Phatak, T. Scheponik, T. (2018). "Cybersecurity: Exploring core concepts through six scenarios," *Cryptologia,* Vol. 42, No. 4 (2018), 337–377.

13. Sherman, A. T., M. Dark, A. Chan, A., R. Chon, T. Morris, L. Oliva, J. Springer, B. Thuraisingham, C. Vatcher, R. Verma, S. Wentzel, "INSuRE: Collaborating Centers of Academic Excellence engage students in cybersecurity research," *IEEE Security & Privacy,* Vol.  15, No. 4 (July/August 2017), 72–28.

14. Schmandt, Jackson, Alan T. Sherman, and Nilanjan Banerjee, "Mini-MAC: Raising the bar for vehicular security with a lightweight message authentication protocol," *Journal of Vehicular Communications,* Vol. 9 (2017), 188–196.

15. Parekh, Geet, David DeLatte, Geoffrey L. Herman, Linda Oliva, Dhananjay Phatak, Travis Scheponik, and Alan T. Sherman, "Identifying core concepts of cybersecurity: Results of two Delphi processes" *IEEE Transactions on Education*, Vol. 61, No. 11 (2018), 11–20.

16. Sherman, Alan T., John Seymour, Akshayraj Kore, William Newton, "Chaum's protocol for detecting man-in-the-middle: Explanation, demonstration, and timing studies for a text-messaging scenario," *Cryptologia*, Vol. 41, No. 1 (February 2017), 29–54.

17. Michael Oehler, Dhananjay S. Phatak, and Alan T. Sherman, "A conjunction, language, and system facets for private packet filtering," *Journal of ASE Science*, Vol. 1, No. 2 (August 15, 2013), 103120.

18. Dykstra, Josiah, and Alan T. Sherman, "Design and Implementation of FROST: Digital Forensic Tools for the OpenStack Cloud Computing Platform," *Digital Investigation*, Vol. 10 (2013), S87–S95.

19. Phatak, Dhananjay, Alan T. Sherman, Nikhil Joshi, Bhushan Sonawane, Vivek G. Relan, and Amol Dawalbhakta, "Spread Identity: A new address remapping mechanism for anonymity and DDoS defense," *Journal of Computer Security*, vol. 21 (2013), 233–281.

20. Dykstra, Josiah, and Alan T. Sherman, "Acquiring forensic evidence from infrastructure-as-a-service cloud computing: Exploring and evaluating tools, trust, and techniques," *Digital Investigation* Vol. 9 (2012), S90–S98.

21. Sherman, Alan T., Dhananjay Phatak, Vivek G. Relan, and Bhushan Sonawane, "Location authentication, tracking, and emergency signaling through power line communication: Designs and protocols for new out-of-band strategies," *Cryptologia*, Vol. 36, No. 2 (2012), 129–148.

22. Dykstra, Josiah, and Alan T. Sherman, "Understanding issues in cloud forensics: Two hypothetical case studies," *Journal of Network Forensics*, Vol. 3, Issue 1 (Autumn 2011), 19–31. [This paper won the Outstanding Case Study Award for 2012 by the The American Academy of Forensic Sciences.]

23. Chaum, David, Richard Carback, Jeremy Clark, Aleksander Essex, Stefan Popoveniuc, Ronald L. Rivest, Peter Y.A. Ryan, Emily Shen, Alan T. Sherman, and Poorvi Vora, Scantegrity II: End-to-End verifiability by voters of optical scan elections through confirmation codes, *IEEE Transactions on Information, Forensics, and Security—special issue on voting*, Vol. 4, No. 4 (December 2009), 611–627.

24. Fink, Russ, Alan Sherman, and Richard Carback, "TPM meets DRE: Reducing the trust base of electronic voting using Trusted Platform Modules," *IEEE Transactions on Information, Forensics, and Security—special issue on voting,* Vol. 4, No. 4 (December 2009), 628–637.

25. Chaum, David, Aleks Essex, Richard Carback, Alan T. Sherman, Jeremy Clark, Stefan Popoveniuc, and Poori Vora, "Scantegrity: End-to-End voter-verifiable optical-scan voting," *IEEE Security & Privacy*, vol. 6, no. 3 (May/June 2008), 40–46. Special issue on e-voting, David R. Jefferson and Aviel D. Rubin, eds.

26. Sherman, Alan T., and David A. McGrew, "Key establishment in large dynamic groups using one-way function trees," *IEEE Transactions on Software Engineering*, 29:5 (May 2003), 444–458.

27. Rabi, Muhammad, and Alan T. Sherman, "An observation on associative one-way functions in complexity theory," *Information Processing Letters*, **64**:5 (December 1997), 239–244.

28. Cain, Thomas, and Alan T. Sherman, "How to break Gifford's Cipher," *Cryptologia*, **XXI**:3 (July 1997), 237–286.[3]

29. Ravada, Sivakumar, and Alan T. Sherman, "Experimental evaluation of a partitioning algorithm for the Steiner tree problem in $R^2$ and $R^3$," *Networks*, **24**:8 (December 1994), 409–415.

30. Ganesan, Ravi, and Alan T. Sherman, "Statistical techniques for language recognition: An empirical study using real and simulated English," *Cryptologia*, **XVIII**:4 (October 1994), 289–331.

31. Konstantinos Kalpakis, and Alan T. Sherman, "Probabilistic analysis of an enhanced partitioning algorithm for the Steiner tree problem in $R^d$," *Networks*, **24**:3 (May 1994), 147–159.

32. Ganesan, Ravi, and Alan T. Sherman, "Statistical techniques for language recognition: An introduction and guide for cryptanalysts," *Cryptologia*, **XVII**:4 (October 1993), 321–366.

33. Baldwin, Robert W., and Alan T. Sherman, "How we solved the $100,000 Decipher Puzzle (16 hours too late)," *Cryptologia*, **XXIV**:3 (July 1990), 258–284.

34. Levine, Robert Y., and Alan T. Sherman, "A note on Bennett's time-space tradeoff for reversible computation," *SIAM Journal on Computing*, **19**:4 (August 1990), 673–677.

---

[3]This paper was accepted before I became an editor of *Cryptologia*.

35. Kaliski, Burton S. Jr., Ronald L. Rivest, and Alan T. Sherman, "Is the Data Encryption Standard a group? (Results of cycling experiments on DES)," *Journal of Cryptology*, **1**:1 (1988), 3–36.

## D. Other Research Publications in Refereed Journals (2)

36. Kuszmaul, B. C., and A. T. Sherman, "*Socrates 2.0 beats Grandmaster Sagalchik," *International Computer Chess Association Journal* (June 1995), 124–125.

    [This refereed journal article reports on a chess match (March 24, 1995) that I organized, one of the first in which a computer defeated a human grandmaster under certified tournament conditions. http://www.cs.umbc.edu/conferences/mtd95/mm_match/ ]

37. Lazoff, David M., and Alan T. Sherman, "Expected wire length between two randomly chosen terminals," Problem 95-6, *SIAM Review*, vol. 37 (June 1995), 235.

    Lazoff, David M., and Alan T. Sherman; together with W. Boehm, "Expected wire length between two randomly chosen terminals," Problem 95-6 and solution, *SIAM Review*, vol. 38 (June 1996), 321–324.

    [This refereed problem&solution reports on a useful problem and its solution. In 1996, *SIAM Review* published an elegant solution by Boehm, including a passaage from my 1994 technical report in which Lazoff and I had independently described and analyzed our own solution in more detail. See: "An exact formula for the expected wire length between two randomly chosen terminals," Technical Report TR CS-94-08, Computer Science Department, University of Maryland, Baltimore County (July 20, 1994, revised August 2, 1994). 14 pages.]

## E. Works Submitted for Publication (In Review) (3)

38. Scheponik, Travis and Alan T. Sherman, "LDA Topic Analysis of a Cybersecurity Textbook," *The 2020 Conference on Empirical Methods in Natural Language Processing (EMNLP 2020)*, November 16–20, 2020, online, (May 31, 2020), submitted.

39. Chaum, David, Mario Yaksetig, Alan T. Sherman, and Joeri de Ruiter, "UDM: Private User Discovery with Minimal Information Disclosure," *20th Privacy Enhancing Technologies Symposium (PETS 2021)*, July 19–24, 2021, Sydney, Australia (May 31, 2020), submitted.

40. Blanchard, Nikola K., Ted Selker, and Alan T. Sherman, "Boardroom Voting: Verifiable Voting with Ballot Privacy Using Low-Tech Cryptography in a Single Room," *Fifth International Joint Conference on Electronic Voting (E-VOTE-ID 2020)*, October 6–9, 2020, Bregenz, Austria (May 11, 2020), submitted.

## F. Articles in Refereed Proceedings of Competitively-Selected Conferences (37)

41. Sherman, Alan T., Geoffrey L. Herman, Linda Oliva, Peter A. H. Peterson, Enis Golaszewski, Seth Poulsen, Travis Scheponik, and Akshita Gorti "Experiences and Lessons Learned Creating and Validating Concept Inventories for Cybersecurity" in *Proceedings of the 2020 National Cyber Summit*, invited paper, Huntsville, AL (June 2020 rescheduled).

42. Lanus, E., A. T. Sherman, R. Chang, E. Golaszewski, R. Wnuk-Fink, C. Bonyadi, and M. Yaksetig, "Analysis of the Secure Remote Password protocol using CPSA (abstract)," *High Confidence Software and Systems Conference (HCSS)* (Annapolis, MD, May 5–7, 2020 rescheduled; virtual September 2020), accepted.

43. S. Offenberger, G.L. Herman, P. Peterson, A.T. Sherman, E. Golaszewski, T. Scheponik, L. Oliva, "Initial validation of the Cybersecurity Concept Inventory: Pilot testing and expert review" in *Proceedings of the Frontiers in Education Conference 2019* (October 2019).

44. Travis Scheponik, Enis Golaszewski, Geoffrey Herman, Spencer Offenberger, Linda Oliva, Peter A. H. Peterson, Alan T. Sherman, "Investigating crowdsourcing to generate distractors for multiple-choice assessments" in *National Cyber Summit (NCS) Research Track*, NCS 2019, Choo, Morris, Peterson, eds., *Advances in Intelligent Systems and Computing*, Vol. 1055, Springer (2020), pp. 189–201. [revised version available as arXiv preprint arXiv:1909.0423]

45. Chaum, D., D. Das, F. Javani, A. Kate, A. Krasnova, J. De Ruiter, and A. T. Sherman, "cMix: Mixing with minimal real-time asymmetric cryptographic operations," *International Conference on Applied Cryptography and Network Security (ACNS 2017)*, (2017) 557.

46. Sherman, A. T., D. Chaum, N. Blanchard, C. Vatcher, N. McBurnett, and D. Hurley, "The Random Sample Voting Project," *World Forum on Democracy* (2017).

47. Sherman, A. T., L. M. Oliva, D. DeLatte, E. Golaszewski, M. Neary, K. Patsourakos, D. Phatak, T. Scheponik, G. L. Herman, and J. Thompson, "Creating a cybersecurity concept inventory: A status report on the CATS Project," *2017 National Cyber Summit* (2017)

48. Scheponik, Travis, Alan T. Sherman, David DeLatte, Dhananjay Phatak, Linda Oliva, Julia Thompson, and Geoffrey L. Herman, "How students reason about cybersecurity concepts," *Frontiers in Education 2016 (FIE)*, (October 12-15, 2016).

49. Chaum, David, Neal McBurnett, Pance Ribarski, Alan Sherman, Chris Vatcher, Filip Zagorski, Bingsheng Zhang, et al., "Random-Sample Voting, *Real World Cryptography Conference 2016*, (January 2016).

50. Olano, Marc, Alan T. Sherman, Linda Oliva, Ryan Cox, Deborah Firestone, Oliver Kubic, Milind Patil, John Seymour, and Isaac Sohn, and Donna Thomas, "SecurityEmpire: Development and evalaution of a digital game to promote cybersecurity education" in *Proceedings of 3GSE '14: 2014 USENIX Summit on Gaming, Games, and Gamification in Security Education*, (San Diego, August 18, 2014), 10 pages.

51. Michael Oehler, Dhananjay S. Phatak, and Alan T. Sherman, "A private packet filtering language for cyber defense," *Proceedings of the Annual Symposium on Information Assurance (ASIA'13)*, (June 4–5, 2013, Albany, NY), 46–55.

52. Dykstra, Josiah, Alan T. Sherman, "Design and implementation of FROST: digital forensic tools for the OpenStack cloud computing platform" in *Proceedings of the 2013 Digital Forensics Research Workshop (DFRWS 2013)*, (Monteray, CA, August 4–7), 10 pages.

53. Leschke, Timothy R., and Alan T. Sherman, "Change-Link: A digital forensic tool for visualizing changes to directory trees" in *Proceedings of VizSec '12* (Seattle, WA, October 15, 2012), 8 pages.

54. Dykstra, Josiah, Alan T. Sherman, "Acquiring forensic evidence from infrastructure-as-a-service cloud computing: Exploring and evaluating tools, trust, and techniques" in *Proceedings of the 2012 Digital Forensics Research Workshop (DFRWS 2012)*, (Washington, DC, August 6–8), 9 pages.

55. Sherman, Alan T., Russell A. Fink, Richard Carback, and David Chaum, "Scantegrity III: Automatic trustworthy receipts, highlighting over/under votes, and full voter verifiability" in *online Proceedings of the USENIX/ACCURATE Electronic Voting Technology Workshop / Workshop on Trustworthy Elections (EVT/WOTE '11)* (August 2011). 16 pages. Accessed 11-24-11 from http://www.usenix.org/event/evtwote11/tech/final_files/Sherman.pdf

56. Leschke, Timothy, Alan T. Shermanm, and Penny Rheingans, "Using a fisheye view to visualize change-over-time in support of digital forensic examinations," 2011 Government Forum of Incident Response and Security Teams (GFIRST), (Nashville, TN, August 8-12, 2011), 12 pages. Accessed 4-20-12 from http://www.us-cert.gov/GFIRST/presentations/2011/Visualizing_Change_Over_Time.pdf

57. Phatak, Dhananjay S., Alan T. Sherman, and J. Pinkston, "A new paradigm to approximate oblivious data processing (ODP) for data confidentiality in cloud computing," *IEEE Services 2011*, paper 4065 (Washington, DC, July 2011), 391–398.

58. Fink, Russell A., Alan T. Sherman, Alexander O. Mitchell, and David C. Challener, "Catching the cuckoo: Verifying TPM proximity using a quote timing side-channel (short paper)" in *Proceedings of 4th International Conference on Trust and Trustworthy Computing*, LNCS 6740, McCune, *et al.*, eds., Springer (Berlin, Germany, June 2011), 294–301.

59. Dykstra, Josiah, and Alan T. Sherman, "Understanding issues in cloud forensics: Two hypothetical case studies" in *Proceedings of the 2011 ADFSL Conference on Digital Forensics Security and Law* (May 2011), 191-206.

60. Carback, Richard T., David Chaum, Jeremy Clark, John Conway, Aleksander Essex, Paul S. Herrnson, Travis Mayberry, Stefan Popoveniuc, Ronald L. Rivest, Emily Shen, Alan T. Sherman, and Poorvi L. Vora, "Scantegrity II municipal election at Takoma Park: The first E2E binding governmental election with ballot privacy" in *Proceedings of USENIX Security 2010*, (Washington, DC, August 2010). Accessed 11-24-11 from
http://www.usenix.org/events/sec10/tech/full_papers/Carback.pdf

61. Sherman, Alan T., Richard Carback, David Chaum, Jeremy Clark, John Conway, Aleksander Essex, Paul S. Herrnson, Travis Mayberry, Stefan Popoveniuc, Ronald L. Rivest, Anne Sergeant, Emily Shen, Bimal Sinha, and Poorvi Vora, "Scantegrity mock election at Takoma Park" in *Proceedings of the 4th International Conference on Electronic Voting 2010 (e-vote.cc 2010)*, (Lochau, Austria, July 2010).

62. Krautheim, F., Dhananjay S. Phatak, and Alan T. Sherman, Introducing the Trusted Virtual Environment Module: A new mechanism for routing trust in cloud computing in *Proceedings of 3rd International Conference on Trust and Trustworthy Computing*, LNCS 6101, Acquisti, Smith, and Sadeghi, eds., Springer (Berlin, Germany, June 2010), 211–227.

63. Sherman, Alan T., Dhananjay Phatak, Bhushan Sonawane, Vivek G. Relan, "Location authentication through power line communication: Design, protocol, and analysis of a new out-of-band strategy" in *Proceedings of 14th IEEE International Symposium on Power Line Communications and its Applications (ISPLC)*, (Rio de Janeiro, Brazil, March 2010), six pages. To be available on IEEE Explore.

64. Sherman, Alan T., Richard Carback, David Chaum, Jeremy Clark, John Conway, Aleksander Essex, Paul S. Herrnson, Travis Mayberry, Stefan Popoveniuc, Ronald L. Rivest, Anne Sergeant, Emily Shen, Bimal Sinha, Poorvi Vora "Scantegrity

mock election at Takoma Park (summary)" in *Proceedings of the NIST Workshop on End-to-End Voting Systems* (Washington, DC, October 2009), 3 pages.

65. Fink, Russell A., and Alan T. Sherman, "Combining end-to-end voting with trustworthy computing for greater privacy, trust, accessibility, and usability (summary)" in *Proceedings of the NIST Workshop on End-to-End Voting Systems* (Washington, DC, October 2009), 3 pages.

66. Chaum, David, Richard Carback, Jeremy Clark, Aleksander Essex, Stefan Popoveniuc, Ronald L. Rivest, Peter Y.A. Ryan, Emily Shen, Alan T. Sherman, "Scantegrity II: End-to-End verifiability for optical scan election systems using invisible ink confirmation codes" in *Online Proceedings of USENIX/ACCURATE Electronic Voting Technology Workshop (EVT/WOTE '08),* (July 28–29, 2008). 13 pages. Accessed 9-1-08 from
http://www.usenix.org/events/evt08/tech/full_papers/chaum/chaum.pdf

67. Carback, Richard, Stefan Popoveniuc, Alan Sherman, and David Chaum, "Punchscan with independent ballot sheets: Simplifying ballot printing and distribution with independently selected ballot halves" in *On-Line Proceedings of the 2007 IAVoSS Workshop on Trustworthy Elections (WOTE 2007)*, (June 20–22), Ottawa, Canada. 8 pages. Accessed 2-18-08 from http://research.microsoft.com/conferences/WOTE2007/program.htm

68. Sherman, Alan T., Donald F. Norris, Andrew Sears, Aryya Gangopadhyay, Stephen H. Holden, George Karabatis, A. Gunes Koru, Chris M. Law, John Pinkston, and Dongsong Zhang, "An examination of vote verification technologies: Findings and experiences from the Maryland Study" in *Online Proceedings of the USENIX/ACCURATE Electronic Voting Technology Workshop (EVT '06)* (August 1, 2006). 14 pages. Accessed 9-1-08 from http://www.usenix.org/events/evt06/tech/full_papers/sherman/sherman.pdf

69. Fisher, Kevin, Richard Carback, and Alan Sherman, "Punchscan: Introduction and system definition of a high-integrity election system" in *Preproceedings of the IAVoSS Workshop on Trustworthy Elections (WOTE 2006)*, (June 29–30, 2006), Cambridge, England. 8 pages. Accessed 3/21/07 from http://www.punchscan.org/papers/fisher_punchscan_wote2006.pdf

70. Sherman, Alan T., Brian O. Roberts, William E. Byrd, Matthew R. Baker, and John Simmons, "Developing and delivering hands-on information assurance exercises: Experiences with the Cyber Defense Lab at UMBC" in *Proceedings from the Fifth IEEE Systems, Man and Cybernetics Information Assurance Workshop*, June 10–11, 2004, West Point, New York (Piscataway, NY 2004), 242–249.

71. Dinsmore, Pete, David M. Balenson, Michael Heyman, Peter S. Kruus, Caroline D. Scace, and Alan T. Sherman, "Policy-based security management for large dynamic groups: An overview of the DCCM project," *Proceedings of the DARPA Information Survivability Conference & Exposition (DISCEX 00)*, IEEE Computer Society (January 25–27, 2000), 64–73.

72. Adcock, Jamison M., David M. Balenson, David W. Carman, Michael Heyman, and Alan T. Sherman, "Trading off strength and performance in network authentication: Experience with the ACSA Project," *Proceedings of the DARPA Information Survivability Conference & Exposition (DISCEX 00)*, IEEE Computer Society (January 25–27, 2000), 127–139.

73. Cain, Thomas, and Alan T. Sherman, "How to break Gifford's Cipher (extended abstract)," *Second Annual ACM Conference on Computer and Communications Security*, ACM Press (November 2–4, 1994), 198–209.

74. Kalpakis, Konstantinos, and Alan T. Sherman, "Probabilistic analysis of an enhanced partitioning algorithm for the Steiner tree problem in $R^{d}$" in *Proceedings of the 13th Annual Allerton Conference on Communication, Control, and Computing*, edited by Paul Van Dooren and Mark Spong, University of Illinois at Urbana-Champaign (1992), 553–564.

75. Kaliski, Burton S. Jr., Ronald L. Rivest, and Alan T. Sherman, "Is the Data Encryption Standard a pure cipher? (Results of more cycling experiments on DES)" in *Advances in Cryptology: Proceedings of Crypto 85*, H. C. Williams, ed., Springer-Verlag (New York, 1986), 212–226.

76. Kaliski, Burton S. Jr., Ronald L. Rivest, and Alan T. Sherman, "Is the Data Encryption Standard a group?" in *Advances in Cryptology: Proceedings of Eurocrypt 85*, Franz Pichler, ed., Springer-Verlag (New York, 1986), 81–95.

77. Rivest, Ronald L., and Alan T. Sherman, "Randomized encryption techniques" in *Advances in Cryptology: Proceedings of Crypto 82*, David Chaum, Ronald L. Rivest, and Alan T. Sherman, eds., Plenum Press (New York, 1983), 145–163.
    [By agreement with Plenum Press, this paper will not be published elsewhere.]

## G. Patents (4)

78. Dinsmore, Peter T. Michael Heyman, Peter Kruus, and Alan T. Sherman, United States Patent Number 7,590,247, "System and method for reusable efficient key distribution" (Sept. 15, 2009). Assignee: McAfee, Inc. (Santa Clara, CA). Filed: April 18, 2001.

79. Dinsmore, Peter T., David W. Carman, Michael D. Heyman, Peter Kruus, and Alan T. Sherman, United States Patent Number 7,043,024, "System and method for key distribution in a hierarchical tree" (May 9, 2006). Assignee: McAfee, Inc. (Santa Clara, CA). Filed April 18, 2001.

80. Carman, David W., Michael D. Heyman, and Alan T. Sherman, inventors, United States Patent Number 6,915,426, "System and method for enabling authentication at different authentication strength-performance levels" (July 5, 2005). Assignee: Networks Associates Technology, Inc. (Santa Clara, CA). Filed July 21, 2000.

81. Carman, David W., Michael D. Heyman, and Alan T. Sherman, inventors, United States Patent Number 6,845,449, "System and method for fast nested message authentication codes and error correction codes" (January 18, 2005). Assignee: Networks Associates Technology, Inc. (Santa Clara, CA). Filed June 21, 2000.

## H. Other Publications (16)

82. Phatak, Dhnanjay, Alan T. Sherman, S.D. Houston, and A. Henry, "PPT: New Low Complexity Deterministic Primality Tests Leveraging Explicit and Implicit Non-Residues. A Set of Three Companion Manuscripts" (August 2019), unpublished manuscript, arXiv preprint arXiv:1908.06964 [217 pages]

83. Sherman, Alan T., "Competitive chess at UMBC: The legacy, the future," *Faculty Voice* (May 22, 2016). Available: http://imerrill.umd.edu/facultyvoice1/?p=3756

84. Price, Nathan, and Alan T. Sherman, "How to generate repeatable keys using Physical Unclonable Functions: Correcting PUF errors with iteratively broadening and prioritized search," IACR Cryptology ePrint Archive 2014/1023, 9 pages.

85. Nguyen, Christopher, Dhananjay S. Phatak, Steven D. Houston, and Alan T. Sherman, "A preliminary FPGA implementation and analysis of Phataks quotient-first scaling algorithm in the reduced-precision residue number system," IACR Cryptology ePrint Archive 2014/1009, 6 pages.

86. Dhananjay S. Phatak, Q. Tang, Alan T. Sherman, Warren D. Smith, Peter Ryan, and Kostas Kalpakis, "SingleMod and DoubleMod: Simple randomized secret-key encryption with field, with bounded homomorphicity," IACR Cryptology ePrint Archive 2014/670, (September 30, 2014), 24 pages.

87. Sherman, Alan T., Warren D. Smith, and Richard T. Carback III, "Scoring the candidates: Range voting would prevent third-party spoilers—and give voters more say," *MIT News* in *Technology Review*, vol. 111, no. 5 (September/October 2008), M16–M17. Also available on-line: accessed 9-1-08 from http://technologyreview.com/article/21172/

88. Sherman, Alan T., Warren D. Smith, and Richard T. Carback III, "How we think range voting would have affected the 2008 U.S. presidential race," on-line sidebar, *MIT News* in *Technology Review*, vol. 111, no. 5 (September/October 2008), accessed 9-1-08 from http://www.technologyreview.com/article/21211/

89. Donald F. Norris, PI, Andrew Sears, and Charles Nicholas, CoPIs.   Anne V. Roland, Ed.   Aryya Gangopadhyay, Stephen H. Holden, George Karabatis, A. Gunes Koru, Chris M. Law, John Pinkston, Andrew Sears, Alan T. Sherman, and Dongsong Zhang, "A study of vote verification technologies.   **Part I: Technical study appendices**," prepared for the Maryland State Board of Elections, National Center for the Study of Elections of the Maryland Institute for Policy Analysis and Research, University of Maryland, Baltimore County (February 2006).   75 pages.   Accessed 6/2/06 from www.umbc.edu/mipar/documents/VoteVerificationAppendiceswebversion.pdf

90. Donald F. Norris, PI, Andrew Sears, and Charles Nicholas, CoPIs. Anne V. Roland, ed. Aryya Gangopadhyay, Stephen H. Holden, George Karabatis, A. Gunes Koru, Chris M. Law, John Pinkston, Andrew Sears, Alan T. Sherman, and Dongsong Zhang, "A study of vote verification technologies. **Part I: Technical study**," prepared for the Maryland State Board of Elections, National Center for the Study of Elections of the Maryland Institute for Policy Analysis and Research, University of Maryland, Baltimore County (February 2006). 68 pages. Accessed 6/2/06 from www.umbc.edu/mipar/documents/VoteVerificationStudyReport-FINAL_001.pdf

91. Sherman, Alan T., "A proof of security for the OFC and LKH centralized group-keying algorithms," NAI Labs TR 02-043D (November 2002). 26 pages.

92. Adcock, Jamison M., David M. Balenson, David W. Carman, Michael Heyman, and Alan T. Sherman, "Trading off strength and performance in network authentication: Experience with the ACSA Project," *Advanced Security Research Journal—NAI Labs*, Vol. 2, No. 1 (winter 2000), 1–14.

93. Balenson, David M., David A. McGrew, and Alan T. Sherman, "Key management for large dynamic groups: One-Way function trees and amortized initialization," Internet Draft (work in progress), Internet Engineering Task Force, draft-irtf-smug-groupkeymgmt-oft-00.txt (July 31, 2000), 37 pages.

    [Revises draft-balenson-groupkeymgmt-oft.00.tex (February 26, 1999).]

94. Balenson, David M., David A. McGrew, and Alan T. Sherman, "Key management for large dynamic groups: One-Way funtion trees and amortized initialization," *Advanced security Research Journal—NAI Labs*, Vol. 1, No. 1 (fall 1998), 29–46.

95. Chang, Richard, Konstantinos Kalpakis, and Alan T. Sherman, "Report on the 16th Maryland Theory Day," *SIGACT News*, **28**:2 (June 1997), Whole Number 103, 56–58.

96. Sherman, Alan T., "Workshop: Applying cryptography in electronic commerce" in Proceedings of the 1996 ACM Computer Science Conference, (Philadelphia, PA, February 17, 1996), 148.

97. Chang, Richard, and Alan T. Sherman, "Report on the 8th Maryland Theory Day," *SIGACT News*, **24**:2 (April 29, 1993), Whole Number 87, 81–82.

98. Sherman, Alan T., "On superpolylogarithmic subexponential functions (Part II)," *SIGACT News*, **22**:2 (spring 1991), Whole Number 79, 51–56.

99. Sherman, Alan T., "On superpolylogarithmic subexponential functions (Part I)," *SIGACT News*, **22**:1 (winter 1991), Whole Number 78, 65–73.    [This work was performed at the University of Maryland, College Park on December 11, 1991.]

## I. Works in Preparation (selected)

100. Carback, Richard, Alan T. Sherman, and David Chaum, "A simple approach to mutually-attested threshold software: How to create, seal, and unseal a group secret with encryption and hashing," (draft: August 3, 2010), 12 pages. [I intend to submit a final version of this work to *IET Information Security Journal*.]

101. Russell A. Fink, Alan T. Sherman, and David C. Challener, "A human attestation protocol for trustworthy electronic voting: Bootstrapping trust using TPMs, smart cards, timings, and scratch-off codes" (June 2010), 17 pages.

102. Carback, Richard, David Chaum, Jeremy Clark, John Conway, Aleksander Essex, Paul S. Herrnson, Travis Mayberry, Stefan Popoveniuc, Ronald L. Rivest, Emily Shen, Alan T. Sherman, Bimal Sinha, and Poorvi Vora, "Exploring Reactions to Scantegrity: Analysis of survey data from Takoma Park voters and election judges" (April 2010), 19 pages. [I intend to submit to *Social Science Computer Review*.]

103. Sherman, Alan T., "A report on the VoComp 2007 international voting system design competition," (draft: April 22, 2007), 6 pages.

104. Mark, Henry, and Alan T. Sherman, "A unifying theory of the evolution of cognition and mental disorders and a critical role for chess-based psychodiagnostics" (draft: December 9, 2004), 13 pages. [I intend to submit a final version of this work to *PLOS Biology*.]

105. Sherman, Alan T., and William Byrd, "Theoretical and experimental evaluation of the Rivest-Sherman attacks on Enigma-like machines: Determining the rotors one at a time from ciphertext only," (draft: August 2003), 60 pages. [I intend to submit a final version of this work (which I presented at MIT on May 12, 2006) to *Cryptologia*.]

## I. Theses

106. Sherman, Alan T., "Cryptology and VLSI (a two-part dissertation): I. Detecting and exploiting algebraic weaknesses in cryptosystems II. Algorithms for placing modules on a custom VLSI chip," Ph.D. Thesis, Department of Electrical Engineering and Computer Science, MIT (October 1986). Thesis supervisor: Ronald L. Rivest. 221 pages.

    [Available as Technical Report TR-381, MIT Laboratory for Computer Science (October 1986), and as VLSI Memo No. 86-343, Microsystems Research Center, MIT (October 1986).]

107. Sherman, Alan T., "On the Enigma cryptograph and formal definitions of cryptographic strength," S.M. Thesis, Department of Electrical Engineering and Computer Science, MIT (June 1981). Thesis supervisor: Ronald L. Rivest. 45 pages.

## Research Presentations (Selected)

1. "cMix: Mixing with minimal real-time asymmetric cryptographic operations,"
   - Applied Cryptography and Network Security (ACNS), Kanazawa, Japan (July 12, 2017).

2. "Creating a cybersecurity concept inventory: A status report on the CATS Project,"
   - 2017 National Cyber Summit, Huntsville, AL (June 7, 2017).

3. "Educational Cybersecurity Assessment Tools (CATs),"
   - Innovations in Cybersecurity Education Workshop (ICEW), UMBC (June 12, 2015).
   - Kyushu University, Japan, International Workshop on Cybersecurity: Future Technologies for Cybersecurity (January 7, 2016)

4. "End-To-End voter-verifiable elections: Scantegrity and Random-Sample Elections,"
   - IEEE Intelligence and Security Informatics (ISI), Baltimore, MD (May 29, 2015). Invited talk.

5. "SecurityEmpire: Development and evaluation of a digital game to promote cybersecurity education,"
   - 3GSE '14: 2014 USENIX Summit on Gaming, Games, and Gamification in Security Education, San Diego, CA (August 18, 2014). Invited talk.

6. "Random sample elections,"
   - Rump Session, EVT/WOTE, Washington, DC (August 13, 2013).
   - Rump Session, USENIX Security, Washington, DC (August 14, 2013).

7. "Digital forensics in the cloud,"
   - Forensics Enabled Intelligence (FEI) 2013, Alexandria, VA (April 22, 2013). Invited talk (co-speaker: Josiah Dykstra).

8. "Scantegrity: End-to-end verifiable elections using invisible ink"
   - 2013 Mid-Atlantic Collegiate Cyber Defense Competition (CCDC) Speaker Symposium, Johns Hopkins Applied Physics Laboratory (APL), Scaggsville, MD (April 10, 2013). Invited talk. [video of talk: http://www.maccdc.org/2013-symposium-video/]

9. "Scantegrity III: Automatic trustworthy receipts, highlighting over/under votes, and full voter verifiability"

- 2011 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '11), San Francisco, CA (August 8, 2011).

10. "A new paradigm to approximate oblivious data processing (ODP) for data confidentiality in cloud computing"
    - Workshop on Privacy and Security in Cloud Computing, IEEE Services 2011 Washington, DC (July 9, 2011).

11. "Scantegrity II at Takoma Park: The first End-to-End binding governmental election with ballot privacy"
    - CSEE Research Review, UMBC (May 7, 2010).

12. "Location authentication through powerline communication: Design, protocol, and analysis of a new out-of-band strategy"
    - IEEE International Symposium on Powerline Communications and Its Applications (ISPLC), Rio de Janeiro, Brazil (March 30, 2010).

13. "Scantegrity mock election at Takoma Park"
    - NIST Workshop on End-to-End Voting Systems, Washington, DC (October 13, 2009).

14. "Voting in America: Problems, past, present, possible solutions"
    - George Washington University (October 18, 2007).

15. "A study of vote verification technologies"
    - USENIX/Accurate Electronic Voting Technology (EVT) Workshop, Vancouver (August 1, 2006)
    - Threat analyses for voting system categories: A workshop on rating voting methods (VSRW 06), (invited talk), Washington, DC (June 9, 2006)
    - MIT Computer Science and Artificial Intelligence Lab (May 11, 2006)
    - CSEE Research Review, UMBC (May 5, 2006)
    - George Washington University (May 4, 2006).

16. "The Rivest-Sherman ciphertext-only attacks on Enigma-like machines"
    - MIT Computer Science and Artificial Intelligence Lab (May 12, 2006)

17. "Developing and delivering hands-on information assurance exercises: Experiences with the Cyber Defense Lab at UMBC"
    - West Point Workshop on Information Assurance, USMA, NY (June 11, 2004)

18. "Key establishment in large dynamic groups"
    - National Security Agency (NSA), MD (October 13, 2000, and fall 1997)
    - MIT Lab for Computer Science (spring 1999)
    - US Naval Academy, Annapolis, MD (March 24, 1999)
    - University of Richmond, VA (January 21, 1999)
    - DARPA, Ballston, VA (March 2, 1998)

- Trusted Information Systems, Inc., Glenwood, MD (February 27, 1998)

19. "Electronic money"
    - Induction ceremony of the *Sigma Xi* honorary society (invited talk), Villanova University (April 19, 1996).

20. "How to break Gifford's cipher"
    - University of Arizona, Tucson (March 8, 1997). Conference of the Mathematics of Cryptography/Security (invited talk). Southwest Regional Institute in the Mathematical Sciences.
    - Crypto 94 (Rump Session), Univ. of California Santa Barbara (August 23, 1994).
    - AT&T Bell Laboratories, Murray Hill, NJ (July 17, 1994).
    - MIT Laboratory for Computer Science (May 12, 1994).
    - University of Maryland, College Park (March 24, 1994).
    - University of Delaware (March 21, 1994).

21. "Statistical techniques for language recognition: An introduction and empirical study for cryptanalysts"
    - University of Pennsylvania (April 15, 1993).

22. "Probabilistic analysis of an enhanced partitioning algorithm for the Steiner tree problem in $R^d$"
    - 13th Annual Allerton Conference on Communication, Control, and Computing, University of Illinois at Urbana-Champaign (October 1, 1992).

23. "A simplified approach to probabilistic polynomial-time complexity classes"
    - UMBC (May 8, 1991).

24. "How we solved the $100,000 Decipher Puzzle (16 hours too late)"
    - Math Colloquium, University of Maryland, College Park (June 11, 2003).
    - Capital Area Theory Seminar, University of Maryland, College Park (April 11, 1990).
    - Eurocrypt 85 (Rump Session), University of Linz, Austria (April 10, 1985).

25. "Tight analysis of Bennett's time-space tradeoff for reversible computation"
    - UMBC (November 1989).

26. "VLSI placement and routing: The PI System"
    - University of Maryland, College Park (April 4, 1990).
    - UMBC (March 14, 1989).
    - Brandeis University (February 2, 1989).

27. "What is a zero-knowledge proof?"
    - Brandeis University (April 30, 1987).

28. "Algorithms for placing modules on a custom VLSI chip"

- Tufts University (December 2, 1987).
- MIT VLSI Research Review (May 19, 1986).

29. "Is the Data Encryption Standard a group?"
    - Johns Hopkins University (March 15, 1989).
    - George Mason University (February 16, 1989).
    - The American University (February 15, 1989).
    - Brandeis University (April 18, 1985).
    - Eurocrypt 85, University of Linz, Austria (April 10, 1985).
    - Tufts University (March 18, 1985).

30. "A taxonomy of randomized encryption techniques"
    - Crypto 82, University of California, Santa Barbara (August 23, 1982).

## Service to Department, College, University, Community, Profession

### A. Service to the Profession

*Journal Editor:*
  *Cryptologia*, Member Technical Editorial Board (2005–present, December 1994–December 2000).

*Grant Review Panelist:*
  National Science Foundation (10-07, 2-07, 3-14, 7-18).

*Grant Reviewer:*
  National Science Foundation (8/99, 8/90).

*Promotion Reviewer:*
  Wrote letters for promotion reviews to full professor (2018,2019).

*Academic Program Reviewer:*
  University of Maryland, University College (UMUC), (spring 2014).

*Program Committee for Competitively-Selected Conferences:*
  IASTED International Conference on Communication, Network, and
    Information Security (CNIS), (spring 2006)
  Crypto 95 (spring 95).

*Conference Reviewer:*
  2016 Frontiers in Education (May 2016, May 2019)
  1998 USENIX Annual Technical Conference (October 1997)
  1st ACM Conference on Computer and Communications Security (spring 93)
  Fifth MIT Conference on Advanced Research in VLSI (spring 88).

*Book Reviewer:*

    Addison-Wesley (spring 87)

    Kluwer Academic Publishers (fall 87)

    Prentice Hall (fall 97, spring 88)

    Wiley (spring 2014).

*Journal Reviewer:*

    *Cryptologia* (9/13, 3/12, 3/11, 6/10, 1/07, 12/06, spring 01, summer 93)

    *Discrete Applied Mathematics* (fall 83)

    *IEEE Transactions on Computers* (spring 89)

    *IEEE Transactions on Information, Forensics, and Security* (summer 09)

    *IEEE Transactions on Information Theory* (fall 87)

    *IEEE Transactions on Systems, Man, and Cybernetics* (spring 85)

    *Information and Computation* (7/94)

    *Information Processing Letters* (12/03,3/02)

    *International Journal of Electronic Government Research* (9-06)

    *Journal of Computer and Systems Sciences* (fall 80)

    *Journal of Cryptology* (6/10, 3/08, 3/96, 8/91, 3/91, 9/90, 7/90, spring 89)

    *Journal of Cybersecurity Education and Practice* (2019)

    *SIAM Journal on Computing* (spring 82, fall 80).

*Conference Organizer:*

    • Innovations in Cybersecurity Education Workshop (June 25, 2014; June 12, 2015; June 3, 2016), UMBC.

    • VoComp University Voting Systems Competition and Conference (July 16–18, 2007), Portland, Oregon.

    • Informatics Maryland: The State of Informatics Success and Challenges (November 28, 2006), Linthicum, Maryland. Organized panel on information assurance.

    • Maryland Theory Day at UMBC, April 11, 1997, UMBC. Co-organizer (December 1996–May 1997).

    • Workshop: Applying Cryptography in Electronic Commerce, 1996 ACM Computer Science Conference, Philadelphia, PA (February 17, 1996).

    • Maryland Theory Day at UMBC, March 24, 1995, UMBC. Co-organizer (August 1994–June 1995).

    • Maryland Theory Day at UMBC, March 19, 1993, UMBC. Co-organizer (December 1992–June 1993).

    • Crypto 82: A Workshop on the Theory and Practice of Cryptographic Techniques, August 23–25, 1982, University of California, Santa Barbara. Member, Organizing Committee (January–August 1982).

*Board Member:*

- Research Board, Majority Decisions (March 2013–date).
- Technical Advisory Board, Spectoccular (June 2013–date).
- Maryland Center of Academic Excellence (CAE) Collabortation Cyber Security Virtual Resource Lab (Cyber Battle Lab), Capitol College (fall 2010-2012).
- Voting Systems Institute, Washington, DC (2011-date).

## B. Service to the UMBC Department of CSEE

*Director, Center for Information Security and Assurance (CISA).* Wrote successful proposal for UMBC to be designated by DoD/DHS as a National Center of Academic Excellence in Information Assurance Education (fall 2000–date). Wrote successful applications for renewals of this designation. Wrote successful application for UMBC also to be designated as a National Center of Academic Excellence in Information Assurance Research. Recruited students to UMBC to study information assurance, and created the *Cyber Defense Lab (CDL)* for students and faculty to carry out research and educational projects.

*Leader, Security Technology Research Group (STRG).* Organized talks on cryptology (fall 95–fall 00).

*Organizer, CSEE Research Review.* Created and organized an annual meeting of the Dept. to celebrate recent research accomplishments by faculty and students (spring 06–spring 13).

*Director, Graduate Program.* Responsible for all aspects of the M.S. and Ph.D. graduate programs in computer science (February 1995–June 1996).

*Department Committee Member:*

- Post-Tenure Review Committee (spring 2018). Evaluated seven faculty members undergoing a five-year post-tenure review.
- Graduate Admissions Committee (fall 2013-present, fall 07–August 2011, Chair February 14-August 15). Evaluated applications to the MS and PhD programs in CS.
- Adjunct Recruitment and Evaluation (fall 12–spring 2013).
- Colloquium/Guest Speaker Committee (Chair: fall 08-spring 02. Member: fall 15-spring 2018, fall 02–spring 07). Organized special talks at UMBC.
- Graduate Committee (fall 15-present, fall 07–August 08, fall 89–August 96). Discussed and proposed ways to improve the graduate program. Wrote guidelines for the CMSC-693 master's project. Evaluated graduate applications.

- Hiring Committee (fall 12–spring 13, fall 99–August 02, spring 92, spring 17). Read hundreds of applications and met with applicants.
- Graduate Planning Committee (fall 95–fall 96). Developed revised graduate program for newly merged Department.
- Undergraduate Planning Committee (fall 95–spring 96). Made recommendations to improve the undergraduate program in computer science.
- Space Committee (spring 93–summer 94). Organized the selection and purchase of new furniture for the Department's seminar and laboratory areas.
- Tenure and Promotion Committee (fall 96–present. Subcommittee Chair fall 2019).
- Undergraduate Committee (fall 03–August 07, spring 98–August 02, spring 97) Wrote proposal for a departmental honors program in computer science.
- Chair Search Committee (spring 97, fall 03). Interviewed and reviewed candidates for the position of Department Chair.
- Scheduling Committee (spring 1999–spring 03, fall 90–spring 91,).
- Library Committee (spring 91–fall 91). Advised Kuhn Library on book purchases.

*Classroom Observer.* Observed computer science instructors (fall 89–spring 97).

*Comprehensive Examinations.* Wrote and graded the following comprehensive written examinations: M.S. exam in algorithms (fall 89, spring 89, fall 91, fall 92, fall 95); Ph.D. exam in algorithms (summer 90, winter 91, fall 91, winter 92, fall 92, winter 93, fall 93, winter 94, fall 94, winter 95, fall 95, winter 96, fall 96, winter 97, winter 99, summer 99, winter 00, summer 00, winter 01, fall 01, winter 04).

*Advisor.* Advised computer science graduate and undergraduate students (spring 1990–present). Computer Science Advisor to Meyerhoff student (spring 92).

*Course Coordinator.*
CMSC-203 (spring 2001–spring 03)
CMSC-441 (spring 2001, fall 03)
CMSC-443 Cryptology (fall 99–spring 2005).

*Invited Speaker:*

- "Cryptography and language," guest lecture, Linguistics 209, UMBC (November 24, 1997). Instructor: Thomas Field.
- "Electronic money," Honors College (April 8, 1996).

- "How to play mental poker," Undergraduate Computer Science Colloquium (October 13, 1992). Sponsored by Computer Science Department and Honors College.

## C. Service to the UMBC College of Engineering and Information Technology

*Department Representative,* Attended receptions and luncheons for prospective engineering students (1997–date).

*College Committee Member:*

- Hiring committee to select new Chair of the Dept. of CSEE (spring 97).
- Space Committee (fall 96–spring 97). Analyzed current space use, and suggested policies and plans for future space use.

## D. Service to the University (other than chess)

*University Committee Member:*

- Member, Faculty Award Review Committee (January 2003).
- Member, Executive Committee, UMBC Chapter of *Phi Beta Kappa* (fall 98–spring 2000).
- Nominating Committee (August 96–spring 97). Nominated members for all standing University Committees.
- 30th Anniversary Steering Committee (spring 96–fall 96). Helped plan UMBC's 30th anniversary celebration.
- *Ad Hoc* Task Force Committee to Study the Student Course Evaluation Questionnaire. (Spring 1992–July 1996). Proposed ways to nurture and to improve effective teaching at UMBC.
- University Subcommittee on Instruction—Information Transfer and Technology Committee (fall 93–August 94). Proposed ways for UMBC to make effective use of emerging educational technologies.
- *Ad Hoc* University Committee on Mathematical Software (spring 1992). Helped develop UMBC policy on mathematical software.

*Department Representative,* Orientation for parents of freshmen (July 13, 1990). President's reception for academically talented students (September 28, 1994). Computer Science transfer students (April 18, 1997). Luncheon for scholarship recipients (spring 97–date).

*UMBC Representative,* Career Fair, Meade High School, April 12, 2012.

*Reviewer,* Technology Incubator, University of Maryland, College Park (9/03).

*Meyerhoff Interviewer,* Interviewed candidates for Meyerhoff scholarships (spring 96, 95, 94).

*Adjudicator,* Oral examination of English proficiency for prospective teaching assistants (August 95, August 94, spring 94).

*Judge,* Twelfth Annual Graduate Research Day (May 2, 1990). Judged oral presentations of research in mathematics and computer science.

*Member,* Steering Committee, Fifth Annual Maryland Computer Bowl (spring 1989). Helped plan and run Computer Bowl. Served as a head judge, and gave computer demonstrations to high school teachers.

## E. Service to the Community (other than chess)

*Women's Self-Defense.* Assisted instructors in the UMBC winter-session course PHED-129/WMST-099: Women's Self-Defense by sharing my expertise as a shodan (first-degree black belt) in the Japanese martial art of Tomiki Aikido (1/94,1/93,1/92). [Instructors: Kim Knapp and Brian Sutherland]

## F. Service to the University and Community Through Chess

*Chair, College Chess Committee,* US Chess Federation (2001–2003). Committee Member, 1996–date. Played an important role in bringing about reforms to college chess eligibility requirements, which took effect in January 2004.

*Director, UMBC Chess Program,* and Faculty Advisor, UMBC Chess Club (fall 1991–date). Initiated and promoted chess activities at UMBC, including recruiting, fundraising, team competition, chess instruction, public relations, special events, and advising Chess Club Officers.

(a) Organized UMBC's participation in the Pan-American Intercollegiate Team Chess Championships (1993–present). UMBC won (or tied for first place) ten times (96,98–02,05,08-09,12)—more times than for any other college in the history of college chess. In 1990, before I became involved, UMBC placed 26th out of 27 teams.

(b) Organized UMBC's participation in the Presidents's Cup ("Final Four of College Chess") (2001–present). UMBC won six times (02–05,08-09)—no college has won more times.

(c) Arranged intercollegiate matches with other schools, with wins over MIT (95), Harvard (96), University of Pennsylvania (97), Princeton (99), and Yale (99).

(d) Raised over $218,000 in external support for chess at UMBC.

(e) Established two endowments for the UMBC Chess Program: UMBC Chess Endowment (unrestricted), UMBC Chess—Alvin S. Mintzes Endowment (restricted to support the UMBC Open—Alvin S. Mintzes Chess tournament). Was instrumental in securing (what has become) a $20,000 bequest to the restricted endowment, and helped bring the unrestricted endowment now to over $10,000.

(f) Recruited many chess-player scholars to UMBC from throughout the world, including some who turned down offers from Harvard, Yale, and MIT. A few examples: International Grandmaster (GM) Ilya J. Smirin ranked 27th in world (95, Belarus); former World Junior Champion International Grandmaster Tal Shaked (98, USA); 2000 USA Junior Champion IM Eugene Perelshteyn (98, USA), now a GM; GM Alexander Onischuk, 2006 USA Champion (02, Ukraine); GM Pawel Blehm, former Captain of World Junior Team (02, Poland); International Woman Grandmasters (WGM) Katerina Rohonyan (04, Ukraine) and Sabina Foisor (08, Romania).

(g) Hosted major chess events, including: 1994-95 Maryland Scholastic Chess Championship (March 11, 1995), Pan-American Chess Championships (December 27–30, 1996, Baltimore), 2000 US Junior Chess Championship and US Junior Chess Open (July 2000), 2006 Pan-American Chess Championships (December 27-30, 2006, Washington, DC), and 2008 President's Cup (April 5-6, 2008, UMBC).

(h) Organized spectator chess events:
Man vs. Machine Match—Sagalchik vs. *Socrates (March 1995),
Exhibition Chess Match—Smirin vs.  Morrison (June 21–22, 1996),
UMBC Action Chess Playoffs (October 1998, October 1999),
UMBC Speed Chess Spectacular (May 2003), and
Connections Academy Exhibition Match (August 2008–present).
Developed and applied technology to enhance these events through Internet broadcast of moves, video projection of games from autosensory chessboard, chess telestration, and FM transmission of live sports commentary.

(i) Arranged visits to UMBC by former World Chess Champions Garry Kasparov (May 17, 2007) and Anatoly Karpov (April 6, 2005).

(j) Created, organized, and developed the *Master Preparation* chess course, taught by Grandmaster Smirin, Master Epshteyn, and others. Made this course available to people throughout the world via a variety of internet technologies, including Mbone multicasts, www pages, email, and office hours on the Internet Chess Club. Our 85 Master Preparation videotapes were sold through the WWW Chess Superstore (www.smartchess.com).

(k) Supported the chess club at Arbutus Middle School (fall 2007–present).

(l) Organized UMBC Chess Masters, Johns Hopkins Center for Talented Youth, February 19, 2012, at UMBC (a day of chess activities and instruction for 55 students and their parents).

(m) Created the Summer Chess Camp at UMBC and served as Executive Director (summers 1996–2000).

(n) Wrote articles about Club activities published in the student newspaper *The Retriever*, the *Baltimore Sun*, the *Maryland Chess Newsletter*, and *Chess Life*.

(o) Played on the Faculty Chess Team in annual student-faculty chess matches (spring 91–date).

(p) Was instrumental in UMBC being selected as *Chess College of the Year* in 2000 by the US Chess Federation.

(q) Generated significant favorable publicity for UMBC through chess, including dozens of stories in newspapers including *Baltimore Sun* and *Washington Post*, interviews on National Public Radio, and feature stories on local and national TV—see comment at end of funding section.

**Professional Memberships and Conferences Attended**

**A. Membership in Honorary Societies**

> *Delta Epsilon Phi*
> National Honor Society
> *Phi Beta Kappa*
> *Sigma Xi*

**B. Membership in Professional Organizations**

> *Current:*
> Advanced Computing Systems Organization (USENIX)
> Association for Computing Machinery (ACM)
> Institute of Electrical and Electronics Engineers (IEEE), Senior Mmeber
>
> *Previous:*
> Association of American University Professors (AAUP)
> American Mathematical Society (AMS)
> International Association for Cryptologic Research (IACR)
> Mathematical Association of America (MAA)
> Society for Industrial and Applied Mathematics (SIAM)

**C. Conferences Frequently Attended**

> *Current:*
> National Cyber Summit
> USENIX Security Symposium (USENIX Security)
>
> *Previous:*
> International Cryptology Conference (Crypto)
> National Colloquium for Information Systems Security Education (CISSE)
> USENIX/ACCURATE Electronic Voting Technology Workshop (EVT/WOTE)

**Teaching Experience**

**A. UMBC**

*Requried classroom courses taught:*
CMSC-203 Discrete Structures (spring 94, fall 99, spring 00, fall 00, spring 01,
    fall 01, spring 02, fall 02, spring 08, fall 09, spring 11, fall 17)
CMSC-441 Algorithm Design and Analysis (fall 90, fall 93, spring 95, fall 96, spring 97,
    fall 98, spring 01, fall 03, fall 07, fall 08, spring 10, fall 10, fall 12, fall 13, fall 14,
    spring 15, fall 15, fall 16, spring 17, fall 2019)
CMSC-641 Design and Analysis of Algorithms (fall 89, fall 91, fall 92, fall 95, fall 98,
    fall 99, spring 00, fall 01, fall 05, spring 07, spring 09, spring 13, fall 13, spring 16,
    fall 17, spring 2020)

*Elective classroom courses taught:*
CMSC-443 Cryptography and Data Security (spring 91, fall 94, spring 99, spring 02,
    spring 11, spring 13)
CMSC-444/644 Information Assurance (fall 06, spring 08, fall 12),
    (as 491i/691i: fall 05), (as 791i: spring 03, spring 04).
CMSC-491v/691v Electronic Voting (spring 06, spring 07, fall 08, fall 10)
CMSC-603 Advanced Discrete Structures (spring 92–95, spring 99)
CMSC-652 Cryptography and Data Security (spring 90, fall 92, fall 94, spring 97,
spring 17
    fall 00, fall 02, fall 03, spring 09, spring 15)
CMSC-691 Blockchain Technologies and Digital Currencies (spring 18)
CMSC-691 Cybersecurity Research Seminar (spring 14, fall 15, fall 2020)
CMSC-691 Special Topics in Cryptology (spring 93)
CMSC-691g Internet Security (spring 96)
CMSC-691u Unix System Security Administration and Policy (spring 07).
    Instructor of record (Classroom instructors: Geoff Weiss, William Farrell).
CMSC-791 Computer Chess (fall 95)

*Research courses taught:*
CMSC-499 Independent Study in Computer Science
CMSC-693 Research and Writing Skills for Computer Scientists
CMSC-699 Independent Study in Computer Science
CMSC-799 Master's Thesis Research
CMSC-898 PhD Research (pre-candidacy)
CMSC-899 Doctoral Dissertation Research.

*Non-credit chess courses organized:*
Master Preparation (fall 95*, spring 96*, fall 97, fall 98, spring 99, fall 99, spring 00).

(* Coordinated through Continuing Education and delivered over the internet.)

## B. Tufts

*Courses taught:*
CSC-11 Introduction to Computer Science (spring 86)
CSC-71 Data Structures (spring 87)
CSC-60 Algorithms (fall 87, fall 88)
CSC-150c Cryptology (fall 85, spring 87)
CSC-150v VLSI Algorithms (spring 86)
CSC-163 Algorithms (fall 86)
CSC-260 Algorithms (spring 88, spring 89)
CSC-270 Theory of Computation (fall 87, fall 88).

*Courses assisted:*
CSC-11 Introduction to Computer Science (fall 85)
CSC-71 Data Structures (fall 86).

## C. MIT

*Sections taught as Recitation Instructor:*
6.030 Introduction to Computation (fall 79, spring 81: Professor J. C. R. Licklider in charge)
6.001 Structure and Interpretation of Computer Programs (spring 82: Professors Abelson and Sussman in charge).

*Courses assisted as Teaching Assistant:*
6.031 Structure and Interpretation of Computer Programs (spring 79: Professors Abelson, Fano, and Sussman in charge)
6.046 Introduction to Algorithms (fall 82: Professor Ronald Rivest in charge).

**Hobbies**

Piano, Tomiki Aikido, chess, tennis, hiking, cycling, jogging, downhill skiing, flute, ballroom dancing.

**Foreign Languages**

Some knowledge of German and Japanese.

**My Coordinates**

**A. Mailing Addresses**

*Office:*
Dept. of CSEE
UMBC, 1000 Hilltop Circle
Baltimore, MD 21250 USA

*Home:*
3618 Ordway St., NW      Washington, DC 20016

**B. Telephone Numbers**

*Office:*
(410) 455-2666 [Direct. Do not leave messages here; send email. ]
(410) 455-3500 [Department Secretary]

*Home:*
(202) 966-7204      [There is an answering machine on this numbers.]

*Cell:*
(410) 963-4779      [There is an answering machine on this number.]

**C. Fax Numbers**
UMBC: (410) 455-3969 [Be sure to write my name of the fax cover page.]
Home: (202) 362-4838

**D. Email Addresses**
UMBC: sherman@umbc.edu
Consulting: alantsherman@gmail.com

**E. URL to WWW Home Page**
www.csee.umbc.edu/∼sherman

**Certification Statement**

*I certify that the contents of this document are thorough and accurate.*

Signature: _____
                         Alan T. Sherman

Date: _____