# EXHIBIT 8

| REQUEST FOR CONTINUED EXAMINATION (RCE) TRANSMITTAL | Application Number | 10/306,494 |
|---|---|---|
| | Filing Date | November 27, 2002 |
| | First Named Inventor | THOMAS MESSERGES |
| Address to: Mail Stop RCE Commissioner for Patents P. O. Box 1450 CML00518SAlexandria, VA 22313-1450 | Art Unit | 2135 |
| | Examiner Name | DADA, B. |
| | Attorney Docket Number | CML00518S |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 C.F.R. 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).
   - a. [ ] Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.
     - i. [ ] Consider the arguments in the Appeal Brief or Reply Brief previously filed on ____________.
     - ii. [ ] Other ____________
   - b. [X] Enclosed
     - i. [X] Amendment/Reply
     - ii. [ ] Affidavit(s)/Declaration(s)
     - iii. [ ] Information Disclosure Statement (IDS)
     - iv. [ ] Other ____________
2. **Miscellaneous**
   - a. [ ] Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _______ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required.)
   - b. [ ] Other ____________
3. **Fees** The RCE fee under 37 CFR 1.17 (e) is required by 37 CFR 1.114 when the RCE is filed.
   - a. [X] The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any over payments, to Deposit Account No. 502117, Motorola, Inc.
     - i. [X] RCE fee required under 37 C.F.R. 1.17(e)
     - ii. [ ] Extension of time fee (37 C.F.R. 1.136 and 1.17)
     - iii. [ ] Other ____________
   - b. [ ] Check in the amount of $ ____________ enclosed.
   - c. [ ] Payment by credit card (Form PTO-2038 enclosed)

**SIGNATURE OF APPLICANT, ATTORNEY OR AGENT REQUIRED**

Signature: [signature] Date: JUNE 12, 2006
Name (Printed/Type): LAWRENCE J. CHAPA Reg. No. 39,135

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being facsimile transmitted to 571-273-8300 or deposited with the United States Postal Service as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 on: JUNE 12, 2006

Name: Lawrence Chapa Signature: [signature]
* Electronically filed

(PTO/SB/30 (04-05))

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Applicant: | Messerges et al. | ) |
| For: | Domain-Based Digital-Rights Management System with Easy and Secure Device Enrollment | ) |
| Serial No.: | 10/306,494 | ) |
| Filed: | November 27, 2002 | ) |
| Examiner: | Dada, B. | ) |
| Art Unit: | 2135 | |

**Preliminary Amendment**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The present amendment is being filed in conjunction with a Request for Continued Examination (RCE), and is responsive to an Office Action made final, mailed May 19, 2005, with a three month period for response, and is being filed after the filing of a Notice of Appeal, an Appeal Brief, and an Examiner's Answer, dated April 11, 2006. The applicants would request the reconsideration and reexamination of the claims, in view of the present amendment and corresponding remarks.

In conjunction with filing a Request for Continued Examination a fee in the amount of $790 is believed to be due. The applicants' representative authorizes the Commissioner to charge the aforementioned fee, as well as any other fees deemed to be necessary in connection with entry and consideration of the RCE and the present preliminary amendment including any fee required to cover any deficiency associated with any underpayment, or to credit any overpayment to Deposit Account No. 50-2117, of Motorola, Inc.

IN THE CLAIMS:

Please amend claims 1-4, 7, 10, 16 and 17, as follows:

1. (currently amended) A method for registering a new device as part of a domain of devices, which share rights associated with a common account, for use in accessing protected digital content within a digital-rights management system, the method comprising the steps of:

receiving domain information corresponding to the domain of devices from a device existing within the domain of devices;

providing the domain information to a key issuer, which is separate from the domain of devices, causing the key issuer to issue a private key to the new device, wherein the private key is based on the domain information and is utilized by all devices within the domain of devices; and

receiving the private key from the key issuer for use in accessing protected digital content.

2. (currently amended) The method of claim 1 wherein the step of receiving the domain information ~~for~~ from the device existing within the domain of devices comprises the step of receiving a domain name and a domain password from the device.

3. (currently amended) The method of claim 1 wherein the step of receiving the domain information ~~for~~ from the device existing within the domain of devices comprises the step of receiving domain information for the device existing within a domain of devices, all devices within the domain sharing account information.

4. (currently amended) The method of claim 1 wherein the step of receiving the domain information ~~for~~ from the device existing within the domain of devices comprises the step of receiving the domain information over a short range link.

5. (original) The method of claim 1 further comprising the steps of:

determining if the domain information was received over a short-range link; and

not accepting the domain information if the domain information was not received over the short-range link.

6. (original) The method of claim 1 further comprising the step of:

utilizing the private key to decrypt a second encryption key, the second encryption key utilized to decrypt digital content.

7. (currently amended) A method for registering a new device as part of a domain of devices, which share rights associated with a common account, for use in accessing protected digital content, within a digital-rights management system, the method comprising the steps of:

receiving domain information corresponding to the domain of devices from a device existing within the domain of devices;

determining if the information was received over a short-range communication link;

accepting the domain information only if the information was received over the short-range communication link from another device within the domain of devices;

providing the domain info to a key issuer causing the key issuer to issue a private key and a certificate to the new device, wherein the private key and the certificate are based on the domain information; and

receiving the private key and the certificate from the key issuer for use in accessing protected digital content.

8. (original) The method of claim 7 further comprising the steps of:

providing the certificate to a rights issuer;

receiving an encrypted encryption key from the rights issuer; and

utilizing the private key to decrypt the encrypted encryption key.

9. (original) The method of claim 8 further comprising the step of:

utilizing the encryption key to decrypt digital content.

10. (currently amended) An apparatus comprising:

communication circuitry receiving domain information from a device existing within a domain of devices, which share rights associated with a common account, for use in accessing protected digital content;

storage for storing the domain information; and

logic circuitry for providing the domain information to a key issuer, which is separate from the domain of devices, causing the key issuer to issue a private key for use in accessing protected digital content to the apparatus ~~device~~, wherein the private key is based on the domain information and is utilized by all devices within the domain of devices.

11. (original) The apparatus of claim 10 wherein the domain information comprises a domain name and a domain password.

12. (original) The apparatus of claim 10 wherein the domain of devices share account information.

13. (original) The apparatus of claim 10 wherein the logic circuitry determines if the domain information was received via short-range communication, and accepts the domain information only if the domain information was received via short-range communication from a device within the domain of devices.

14. (original) The apparatus of claim 10 wherein the private key is utilize to decrypt a second encryption key, and the second encryption key is utilized to decrypt digital content.

15. (previously presented) The apparatus of claim 13 wherein the logic circuitry is adapted to accept the domain information only if the domain information was received from a device within the domain of devices, which is physically near the apparatus, when the domain information is received.

16. (currently amended) The method of claim 7 wherein accepting the domain information only if the information was received over the short-range communication link from another device within the domain of devices includes accepting the domain information only if the information was received from another device within the domain of devices, which is physically near the new device receiving the domain information, when the domain information is received.

17. (currently amended) The method of claim 5 wherein not accepting the domain information if the domain information was not received over the short-range link includes not accepting the domain information if the domain information was not received from a device within the domain of devices,

U.S. Application Serial No. 10/306,494

which is physically near the new device receiving the domain information, when the domain information is received.

- 5 -

GOOG-GVS-00001527

## REMARKS

The present amendment is in response to the Office Action made final, mailed May 19, 2005, with a three month period for response, and is being filed after the filing of a Notice of Appeal, an Appeal Brief, and an Examiner's Answer, dated April 11, 2006, where the Examiner has rejected pending claims 1-17. More specifically, the Examiner continues to reject claims 1-17 under 35 USC §103(a) as being unpatentable over Struik (IEEE P802.15, Wireless Personal Area Networks) in view of Venkatraman et al. (A Novel Authentication Scheme for Ad hoc Networks). In reviewing the Examiner's Answer, it is clear that the Examiner's objection is based upon an interpretation for the term "domain" which extends beyond the meaning associated with a group of devices that share a private key in association with a digital rights management system. The amendments being introduced as part of the present filing attempt to further highlight such a distinction, where a domain in the claimed context is intended to apply to a group of devices, which share rights associated with a common account for use in accessing protected digital content. This is intended to distinguish from private keys which might be issued as part of secure communications between devices, which are separate from the management of digital content in a digital rights management system. In the references being relied upon in support of the rejection, the alleged equivalent domain of devices do not share rights associated with a common account, and consequently do not make known each and every feature of the claims, as presently amended.

The applicants would respectfully request that the Examiner favorably reconsider the presently pending claims.

Respectfully submitted,

BY: /Lawrence Chapa/

Lawrence J. Chapa
Reg. No. 39,135
Phone (847) 523-0340
Fax. No. (847) 523-2350

Motorola, Inc.
Mobile Devices
Intellectual Property Department
600 North US Highway 45, RM W4 35Q
Libertyville, IL 60048