# EXHIBIT 11

Freescale Semiconductor, Inc.
ARCHIVED BY FREESCALE SEMICONDUCTOR, INC. 2005

**MOTOROLA**

Microprocessor and Memory
Technologies Group

Order this document by
MC68328/D

# MC68328
# MC68328V

*Product Brief*

# Integrated Portable System Processor—DragonBall™

As the portable consumer market grows in full speed, the system requirements are becoming more rigorous than ever. Minimum components, small board space, low power consumption, and low system cost are several minimum criteria to a successful product. To address these needs, Motorola designed a new processor MC68328 DragonBall™. By providing 3.3V, fully static operation in an efficient package, the MC68328 delivers cost-effective performance to satisfy the extensive requirements of today's portable consumer market.

The MC68328 (shown in Figure 1) is the first integrated processor of the 68K Family to include a LCD controller, which demonstrates Motorola's focus on the portable market. With addition to the LCD controller, MC68328 provides key features that are suitable for many portable applications. Modules like RTC, PWM, Timers, Master SPI, Slave SPI, UART, and the System Integration Module (SIM28) facilitate the system engineer with more flexibility and resources to design efficient and innovative products.



Figure 1. MC68328 Block Diagram

This document contains information on a product under development. Motorola reserves the right to change or discontinue this product without notice.

— SEMICONDUCTOR PRODUCT INFORMATION —

© MOTOROLA, 1995

For More Information On This Product,
Go to: www.freescale.com

GOOG-GVS-00006886

Freescale Semiconductor, Inc.
ARCHIVED BY FREESCALE SEMICONDUCTOR, INC. 2005

## KEY FEATURES

The primary features of the MC68328 are as follows:

- Static 68EC000 Core Processor—Identical to MC68EC000 Microprocessor
  - Full Compatibility With MC68000 And MC68EC000
  - 32-Bit both External and Internal Address Bus capable of addressing 4GB Space
  - 16-Bit On-Chip Data Bus For MC68000 Bus Operations
  - Static Design Allows Processor Clock To Be Stopped Providing Dramatic Power Savings
  - 2.7 MIPS Performance At 16.67-MHz Processor Clock

- External M68000 Bus Interface with Dynamic Bus Sizing for 8-bit and 16-bit Data Ports

- System Integration Module (SIM28), Incorporating Many Functions Typically Relegated to External Array Logic, such as:
  - System Configuration, Programmable Address Mapping
  - Glueless Interface to SRAM, EPROM, FLASH Memory
  - Sixteen Programmable Peripheral Chip Selects With Wait State Generation Logic
  - Interrupt Controller with 13 flexible inputs
  - Programmable Interrupt Vector Response For On-Chip Peripheral Modules
  - Hardware Watchdog Timer
  - Software Watchdog Timer
  - Low-Power Mode Control
  - Up to 78-Bit Individually Programmable Parallel I/O Ports
  - PCMCIA 1.0 Support

- UART
  - Support IrDA Physical Layer Protocol
  - 8 Bytes FIFO on Rx and Tx

- Two Separated Serial Peripheral Interface Ports (Master and Slave)
  - Support For External POCSAG Decoder (Slave)
  - Support for Digitizer from A/D Input or EEPROM (Master)

- Dual Channel 16-Bit General Purpose Counter/timer
  - Multimode Operation, Independent Capture/Compare Registers
  - Automatic Interrupt Generation
  - 240-ns Resolution At 16.67-MHz System Clock
  - Each Timer Has An Input And An Output Pin for Capture and Compare

- Pulse Width Modulation Output For Sound Generation
  - Programmable Frame rate
  - 16 Bit programmable
  - Supports Motor Control

- Real Time Clock
  - 24 Hour Time
  - One Programmable Alarm

- Power Management
  - 5 V or 3.3 V Operation
  - Fully Static HCMOS Technology
  - Programmable Clock Synthesizer for Full Frequency Control
  - Low Power Stop Capabilities
  - Modules Can Be Individually Shut-down
  - Lowest Power Mode Control (Shut Down CPU and Peripherals)



Freescale Semiconductor, Inc.
ARCHIVED BY FREESCALE SEMICONDUCTOR, INC. 2005

- LCD Control Module
  - Software Programmable Screen Size To Support Single (Non-Split) Monochrome/ STN Panels
  - Capable Of Direct Driving Popular LCD Drivers/Modules From Motorola, Sharp, Hitachi, Toshiba etc.
  - Support Up To 4 Grey Levels
  - Utilize System Memory as Display Memory
- IEEE 1149.1 Boundary Scan Test Access Port (JTAG)
- Operation From DC To 16.67 MHz (Processor Clock)
- Operating Voltages of 3.3V ± 0.3V and 5V ± 0.5V
- Compact 144-Lead Thin Quad Flat Pack (TQFP) Package

## SYSTEM INTEGRATION MODULE

The MC68328 system integration module (SIM28) consists of several functions that control the system start-up, initialization, configuration, and the external bus with a minimum of external devices. The memory interface allows the user to interface gluelessly with the popular SRAM, EPROM as well as PCMCIA 1.0 memory cards, with the assistance of chip-select logic, wait states can be programmable. The hardware and software watchdog timers help the user to do system protections. The interrupt controller accepts and resolves the priority from internal modules and external generated interrupts and also handles the masking and wake-up selection control for power control. The low-power logic can be used to control the CPU power dissipation by altering the frequency or stopping it. The SIM28 is also capable of configuring the pin to allow the user to select either dedicated I/O or parallel I/O. This feature helps to increase the number of available I/O ports by reclaiming when the dedicated function is not in used

## System Configuration

The MC68328 system configuration logic consists of a system control register (SCR) and which allows the user to configure operation of the following major functions:

- System Status and Control Logic
- Register Double Mapping
- Bus Error Generation Control
- Protecting the module control registers from access by user programs

## VCO/PLL Clock Synthesizer

The clock synthesizer can operate with either an external crystal or an external oscillator for reference, using the internal phase-locked loop (PLL) and voltage-controlled oscillator (VCO), or an external clock can directly drive the clock signal at the operating frequency.

## Chip Select Logic

The MC68328 provides sixteen programmable general purpose chip-select signals. For a given chip-select block, the user may choose whether the chip-select allows read-only, or both read and write accesses, whether the chip-select should match only one function code value or all values, whether a $\overline{\text{DTACK}}$ is automatically generated for this chip-select, and after how many wait states (from zero to six) the $\overline{\text{DTACK}}$ will be generated.

For More Information On This Product,
Go to: www.freescale.com

GOOG-GVS-00006888

Freescale Semiconductor, Inc.
ARCHIVED BY FREESCALE SEMICONDUCTOR, INC. 2005

## External Bus Interface

The external bus interface handles the transfer of information between the internal 68EC000 core and the memory, peripherals, or other processing elements in the external address space. It consists of a 16-bit 68000 bus interface for internal and a selectable 8-bit or 16-bit interface to outside.

## Interrupt Controller

The interrupt controller accepts and prioritizes both internal and external interrupt requests and generates a vector number during the CPU interrupt acknowledge cycle. Interrupt nesting is also provided so that an interrupt service routine of a lower priority interrupt may be suspended by a higher priority interrupt request. The on-chip interrupt controller has the following major features:

- Prioritized Interrupt Sources (Internal and External)
- A Fully Nested Interrupt Environment
- Programmable Vector Generation
- Interrupt Masking
- Wake-up interrupt Masking

## Parallel General-Purpose I/O Ports

The MC68328 supports up to 78-bit general-purpose I/O ports, which can be configured as general-purpose I/O pins or as dedicated peripheral interface pins of the on-chip modules.

Each port pin can be independently programmed as general-purpose I/O pins, even when other pins related to the same on-chip peripheral are used as dedicated pins. Even if all the pins for a particular peripheral are configured as general-purpose I/O, the peripheral will still operate normally, although this is only useful in the case of the RTC and timer modules.

## Software Watchdog

A software watchdog timer is used to protect against system failures by providing a means to escape from unexpected input conditions, external events, or programming errors. Once started, the software watchdog timer must be cleared by software on a regular basis so that it never reaches its time-out value. Upon reaching the time-out value, the assumption is made that a system failure has occurred, and the software watchdog logic resets or interrupts the 68EC000 core.

## Low-Power Stop Logic

Various options for power-saving are available: turning off unused peripherals, reducing processor clock speed, disabling the processor altogether or a combination of these.

A wake-up from low-power mode can be achieved by causing an interrupt at the interrupt controller logic which runs throughout the period of processor low-power. Selectable interrupt will cause a wake-up of the EC000 core followed by processing of that interrupt.

The on-chip peripherals can initiate a wake-up; for example, the timer can be set to wake-up after a certain elapsed time, or number of external events.



Freescale Semiconductor, Inc.
ARCHIVED BY FREESCALE SEMICONDUCTOR, INC. 2005

## LCD Controller

- Interfaces with Monochrome STN LCD Modules
- Up to 4 Levels of Gray Scale through Frame Rate Control
- Utilize system RAM for display memory
- Screen Refresh through DMA

## UART and Infra-red Communication Support

The UART supports standard asynchronous serial communications at normal baud rates and is compatible with HPSIR/IrDA Physical Communication Protocol

## Real Time Clock

Real Time Clock in MC68328 is driven by a 32.76KHz/38.4kHz Crystal which is the same as the Clock Synthesizer Clock source. It provides interrupt for alarm.

## JTAG Test Access Port

To aid in system diagnostics the MC68328 includes dedicated user-accessible test logic that is fully compliant with the IEEE 1149.1 standard for boundary scan testability, often referred to as JTAG (Joint Test Action Group).

Freescale Semiconductor, Inc.
ARCHIVED BY FREESCALE SEMICONDUCTOR, INC. 2005



Freescale Semiconductor, Inc.

ARCHIVED BY FREESCALE SEMICONDUCTOR, INC. 2005

## ORDERING INFORMATION

Table 1 identifies the packages and operating frequencies available for the MC68328.

**Table 1. MC68328 Package/Frequency Availability**

| Package Type | $V_{CC}$ | Frequency (MHz) | Temperature | Order Number |
|---|---|---|---|---|
| 144-Lead TQFP | 5V<br>3.3V | 16.67<br>16.67 | 0°C to 70°C | MC68328 |

The documents listed in Table 2 contain detailed information on the MC68328. These documents may be obtained from the Literature Distribution Centers at the addresses listed at the bottom of this page.

**Table 2. Documentation**

| Document Title | Order Number | Contents |
|---|---|---|
| MC68328 User's Manual | MC68328UM/AD | LDC Stocking est. 2Q95 |
| M68000 Family Programmer's Reference Manual | M68000PM/AD | M68000 Family Instruction Set |

Motorola reserves the right to make changes without further notice to any products herein. Motorola makes no warranty, representation or guarantee regarding the suitability of its products for any particular purpose, nor does Motorola assume any liability arising out of the application or use of any product or circuit, and specifically disclaims any and all liability, including without limitation consequential or incidental damages. "Typical" parameters can and do vary in different applications. All operating parameters, including "Typicals" must be validated for each customer application by customer's technical experts. Motorola does not convey any license under its patent rights nor the rights of others. Motorola products are not designed, intended, or authorized for use as components in systems intended for surgical implant into the body, or other applications intended to support or sustain life, or for any other application in which the failure of the Motorola product could create a situation where personal injury or death may occur. Should Buyer purchase or use Motorola products for any such unintended or unauthorized application, Buyer shall indemnify and hold Motorola and its officers, employees, subsidiaries, affiliates, and distributors harmless against all claims, costs, damages, and expenses, and reasonable attorney fees arising out of, directly or indirectly, any claim of personal injury or death associated with such unintended or unauthorized use, even if such claim alleges that Motorola was negligent regarding the design or manufacture of the part. Motorola and (M) are registered trademarks of Motorola, Inc. Motorola, Inc. is an Equal Opportunity/Affirmative Action Employer.

**Literature Distribution Centers:**
USA: Motorola Literature Distribution; P.O. Box 20912, Arizona 85036.
JAPAN: Nippon Motorola Ltd.; 4-32-1, Nishi-Gotanda, Shinagawa-ku, Tokyo 141 Japan.
ASIA-PACIFIC: Motorola Semiconductors H.K. Ltd.; Silicon Harbour Center, No. 2 Dai King Street, Tai Po Industrial Estate,

─────── SEMICONDUCTOR PRODUCT INFORMATION ───────

**For More Information On This Product,**
**Go to: www.freescale.com**

GOOG-GVS-00006891