# EXHIBIT 12

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 301411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

GEORGE I. LEE (admitted *pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (admitted *pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (admitted *pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:     +1 312 754 0002
Facsimile:     +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>SONOS, INC.,<br><br>                    Defendant. | Case No. 20-cv-03845-EMC |

**EXPERT REPORT OF DR. STEPHEN B. WICKER
REGARDING CLAIM CONSTRUCTION**

### TABLE OF CONTENTS

I.     OVERVIEW ..................................................................................................1

II.    SUMMARY OF OPINIONS ........................................................................1

III.   BACKGROUND AND QUALIFICATIONS ..............................................2

     A.     Education And Work Experience ....................................................... 2

     B.     Career History ................................................................................... 2

     C.     Publications And Patents ................................................................... 3

     D.     Other Relevant Qualifications ........................................................... 6

IV.   UNDERSTANDING OF CLAIM CONSTRUCTION .................................7

     A.     Claim Construction ........................................................................... 7

     B.     Means-Plus-Function Terms .............................................................. 7

     C.     Indefiniteness ................................................................................... 8

V.     LEVEL OF ORDINARY SKILL IN THE ART ........................................9

VI.   BACKGROUND INFORMATION .........................................................10

     A.     Background Of The Technology ...................................................... 10

         1.     Local Area Networks .......................................................... 10

         2.     802.11/WiFi ....................................................................... 13

         3.     TCP/IP and the Internet Protocol ....................................... 16

         4.     Wide Area Networks ........................................................... 19

         5.     Wireless Mesh Networks .................................................... 19

         6.     Logic Circuits .................................................................... 20

         7.     Processors .......................................................................... 23

         8.     Cryptography ...................................................................... 25

         9.     Digital Rights Management ................................................. 28

     B.     Overview Of The Patents ................................................................ 30

         1.     The '187 Patent .................................................................. 30

         2.     The '586 Patent .................................................................. 32

**VII.**   **Interpretation Of The Claim Terms** ..................................................................**35**

    A.    The '187 Patent ........................................................................................... 35

          1.    "logic circuitry for providing the domain information to a key issuer" ........................................................................................... 35

          2.    "private key" ................................................................................. 40

    B.    The '586 Patent ........................................................................................... 42

          1.    "wireless mesh network" ........................................................... 42

          2.    "reset element ............................................................................. 45

          3.    "preamble portion" .................................................................... 47

I.      **OVERVIEW**

I, Stephen B. Wicker, declare as follows:

1.      I have been retained by Sonos, Inc. in this case as a technical expert.  I am being compensated for my time at my standard consulting rate of $800 an hour.  My compensation is not affected by the outcome of this case.

2.      I have been asked to provide my opinion regarding the proper interpretation of certain claim terms in U.S. Patent Nos. **7,899,187** ("the '187 patent") and **10,229,586** ("the '586 patent").  I have done so below.

3.      If requested, I am prepared to explain at a technology tutorial or claim construction hearing the technology disclosed in the '187 and '586 patents, including the state of the art at the time of the filing of these patents.  This may include, among other things, background information on digital rights management systems, cryptography, client-server computer architectures, network communications, wireless mesh networks, logic circuits, reset functionality, data communication packets, and components and applications thereof.  It may also include the use of visual aids or other demonstrations.  I am also prepared to and reserve the right to rebut, as necessary, matters raised by Google's expert(s) – whether in declarations, reports, depositions, or hearings – and to address related matters raised in the course of claim construction.

II.     **SUMMARY OF OPINIONS**

4.      As explained below, it is my opinion that a POSITA at the time of the alleged invention of the '187 patent would have understood certain disputed claim terms as follows:

- "logic circuitry for providing the domain information to a key issuer" claims the function of "providing the domain information to a key issuer, which is separate from the domain of devices" and there is no adequate corresponding structure. At best, the corresponding structure includes a processor or microprocessor, but this is inadequate because there is no sufficient corresponding algorithm.; and

- "private key" means "a non-public key used for either decrypting data or generating digital signatures."

5.      As explained below, it is my opinion that a POSITA at the time of the alleged invention of the '586 patent would have understood certain disputed claim terms as follows:

- "wireless mesh network" means "a series of nodes that are configured to communicate with one another, where each node functions as a router and repeater";

- "reset element" means "hardware and/or software that functions to return a device to a prescribed state"; and

- "preamble portion" means "a series of bits that is used to initiate and synchronize the receiving device."

6.      I understand that Sonos and/or Google may seek construction of claim terms in the '187 and '586 Patents other than the ones expressly addressed herein.  I have not analyzed, and express no opinion on, the proper construction of any other claim terms.

## III.    BACKGROUND AND QUALIFICATIONS

7.      My technical background and experience are provided in my curriculum vitae that is attached to this declaration as Exhibit A.  Based on my experience (as described herein and in my attached CV), I consider myself to have a deep familiarity with the technologies related to the '187 and '586 patents and to be a person of ordinary skill in the art (both now, and as of the priority date of the '187 and '586 patents) at the time of the alleged inventions.  For example:

### A.      Education And Work Experience

8.      I received my Bachelor of Science degree in Electrical Engineering from the University of Virginia in 1982.  In 1983, I received a Master of Science degree in Electrical Engineering from Purdue University, and in 1987, I received a Ph.D. in Electrical Engineering from the University of Southern California.  My doctoral studies focused on the theory of sequences and error control codes for digital communication systems.

### B.      Career History

9.      From May 1982 to August 1983, I worked for the Network Architecture Research Group of Bell Laboratories, in Columbus, Ohio.  While with Bell Laboratories, I worked on digital switching systems for the messages that control the telephone network.  From August 1983 through

September 1987, I was a System Engineer for the Space and Communications Group of the Hughes Aircraft Company, in El Segundo, California. While at Hughes Aircraft, I designed and developed wireless communication payloads for commercial, military, and NASA spacecraft. My work at Hughes included acting as the Principal System Engineer for new business in advanced satellite systems.

10.    From September 1987 through June 1996, I was a member of the faculty of the School of Electrical and Computer Engineering at Georgia Tech. Since July 1, 1996, I have been a member of the faculty of the School of Electrical and Computer Engineering at Cornell University, where I teach and conduct research in wired and wireless information networks, digital telephony, information theory, security, and privacy.

11.    I have consulted extensively in the telecommunications industry, working with Motorola, Lockheed, Integrated Device Technologies, Unisys, Texas Instruments, and other corporations to develop advanced technologies for their telecommunications products. This experience includes extensive work with wireless transceivers and information networks, with an emphasis on mobile messaging networks and cellular telephony.

12.    My current research focuses on wireless and wired communication networks, with an emphasis on network security and privacy.

### C.    Publications And Patents

13.    I have written and/or edited six books and roughly two hundred fifty journal and conference papers, most of which focus on digital communication systems and information networks. My most recent book, entitled *Cellular Convergence and the Death of Privacy*, was published by Oxford University Press in 2013. I am also the author of *Error Control Systems for Digital Communications and Storage* (Prentice Hall, 1995), which has been adopted as a text for courses around the world. I am the co-author of *Reed-Solomon Codes and their Applications*, published in 1994 by the IEEE Press; *Turbo Coding*, published in November 1998 by Kluwer Academic Press; and *Fundamentals of Codes, Graphs, and Iterative Decoding*, published in 2002 by Kluwer Academic Press.

14.     I am the author of numerous papers on WiFi, cellular systems, security, and their underlying technologies.  With regard to security, I have written and taught extensively in the field of Cryptology, and my students and I have broken two digital signature schemes.  The following are example courses and publications.

- Developed and implemented a graduate course in Cryptography and Data Security for the School of Electrical Engineering, Cornell University, Ithaca, New York (Fall 1996).

- Developed and implemented a graduate course in Cryptography and Data Security for the School of Electrical Engineering, Georgia Institute of Technology, Atlanta, Georgia (Fall 1989).

- S. B. Wicker, "Privacy-Aware Design for the Monitoring, Control, and Protection of Critical Infrastructure," in *Homeland Security Threats, Countermeasures, and Privacy Issues* (ed. Giorgio Franceschetti), Artech House, 2010

- S. B. Wicker, "Forced Decryption and the Fifth Amendment: A Technical Perspective," *The Proceedings of the IEEE*, January 2018.

- Chmora, A., and Wicker, S. B. (editors), *Error Control, Cryptology, and Speech Compression: Workshop on Information Protection, Moscow, Russia*, Lecture Notes in Computer Science, Volume 829, Heidelberg: Springer Verlag, 1994.

- Alabbadi, M., and Wicker, S. B., "A Digital Signature Scheme Based on Linear Block Codes," *Proceedings of ASIACRYPT'94*, Sydney, Australia, November 28 - December 1, 1994.

- Alabbadi, M., and Wicker, S. B., "Combined Data Encryption and Reliability Using McEliece's Public Key Cryptosystem," *Proceedings of the International  Symposium on Information Theory and Its Applications*, pp. 263 - 268, Sydney, Australia, November 20-25, 1994.

- Alabbadi, M. and Wicker, S. B., "Cryptanalysis of the Harn-Wang modification of the Xinmei signature scheme," *Electronics Letters*, Volume 28, Number 18, pp. 1756 - 1757, August 27, 1992.

- Alabbadi, M. and Wicker, S. B., "The Security of Xinmei's Digital Signature Scheme" *Electronics Letters*, Volume 28, Number 9, pp. 890 - 891, April 1992.

- Wicker, S. B., *Cellular Convergence and the Death of Privacy*, Oxford University Press, 2013.

- Andrea Goldsmith And Stephen B. Wicker, "Design Challenges For Energy-Constrained Ad Hoc Wireless Networks," *IEEE Wireless Communications Magazine*, August, 2002.

- Allen B. MacKenzie and Stephen B. Wicker, "Game Theory and the Design of Self-Configuring, Adaptive Wireless Networks," *IEEE Communications Magazine*, November 2001.

- Bhaskar Krishnamachari and Stephen B. Wicker, "Global Search Techniques for Problems in Mobile Communications," in *Telecommunications Optimization: Adaptive and Heuristic Approaches*, Eds. David Corne et al., John Wiley & Sons Publishers, October 2000.

- Wicker, S. B., *Error Control Systems for Digital Communication and Storage*, Englewood Cliffs: Prentice Hall, 1995.

15.     A complete list of my publications is contained in my curriculum vitae, a copy of which is appended as Exhibit A to this report.

16.     I am a named inventor on the following patents.

- Wicker, S.B., "*Private Overlay for Information Networks*", U.S. Patent No. 9,813,233, 7 November, 2017 – assigned to Cornell University.

- Ober, C.K., O'Rourke, T.D., Spencer, M.G., Turner, J.N., Wicker, S.B., "*Flexible Substrate Sensor System For Environmental And Infrastructure Monitoring*", U.S. Patent No. 8,701,469, 22 April 2014 – assigned to Cornell University.

- Fontaine, F. and Wicker, S.B., "*Method and Apparatus for Turbo Decoding Block Codes*", U.S. Patent 7,243,288, 10 July 2007 – assigned to Motorola Inc.

- Wicker, S.B. and Fine, T.L., "*Sensor-Assisted ALOHA Multiple Access*", U.S. Patent No. 6,404,750, 11 June 2002 – assigned to Cornell University.

- Wang, X.A. and Wicker, S. B., "*Artificial Neural Network Viterbi Decoding System and Method*," U.S. Patent No. 5,548,684, 20 August, 1996 – assigned to Georgia Tech Research Corporation.

### D.  Other Relevant Qualifications

17.     I have served as an Associate Editor for the *IEEE Transactions on Communications* and the *ACM Transactions on Sensor Networks*.  I was twice elected to the Board of Governors of the IEEE Information Theory Society.  I have also edited several special issues for a variety of journals and technical magazines, and served a three-year term on the Information Science and Technology Panel for the Defense Advanced Research Projects Agency (DARPA).  This panel is responsible for technology assessment for the U.S. Department of Defense.  My DARPA duties included leading a one-year study on wireless sensor networks.  In 2010, I was appointed to the Air Force Scientific Advisory Board.

18.     From 2005 – 2018 I served as the Cornell University Principal Investigator for the TRUST Science and Technology Center – a National Science Foundation center dedicated to the development of technologies for securing the nation's critical infrastructure.

19.     In 2011, I was named a Fellow of the IEEE for contributions to wireless information systems.  In 2014 I briefed the staff of the National Economic Council at the White House on the subject of privacy-aware designs for cellular and the smart grid.  In 2020 I received a $1.5 million grant from the National Science Foundation to explore the use of wireless technologies to extend broadband Internet service to underserved communities.

20.     I have taught wireless technology to thousands of students at Georgia Tech and Cornell over the past thirty-plus years.  I have been the recipient of four Cornell University College of Engineering faculty teaching awards.

## IV.     UNDERSTANDING OF CLAIM CONSTRUCTION

21.     Although I am not an attorney, I have been provided with an understanding of certain legal principles relevant to conducting my analysis.

### A.     Claim Construction

22.     I understand that claim construction begins with the language of the claims themselves. Claim terms are generally given their ordinary and customary meaning as understood by a person of ordinary skill in the art ("POSITA") when viewing the claim terms in the context of the entire patent.

23.     I understand that, in some cases, the plain and ordinary meaning of a claim term may be readily apparent and claim construction in such cases involves little more than the application of the widely accepted meaning of commonly understood words.

24.     I understand that, in other cases, a claim term may have a specialized meaning in which case it is often necessary to look to the intrinsic evidence—which I understand to include the claims, the specification, and the prosecution/file history of the patent at issue—to construe the claim term. Indeed, I understand that the context in which a term is used in a claim can be highly instructive. I also understand that the specification is highly relevant to claim construction and can be the single best guide in determining the meaning of a claim term. In this respect, I understand that a claim construction that stays true to the claim language and most naturally aligns with the specification will be the correct construction. Accordingly, I understand that I must refrain from importing limitations into the claims that are not required by the intrinsic evidence.

25.     Moreover, I understand that extrinsic evidence – dictionaries, treatises, and the like – can also be used to assist with claim construction. However, I understand that intrinsic evidence is often more reliable than the extrinsic evidence.

### B.     Means-Plus-Function Terms

26.     I understand that, under pre-AIA 35 U.S.C. § 112 ¶ 6, an element in a claim for a combination may be expressed as a means or step for performing a specified function without the recital of structure, material, or acts in support thereof, and such claim shall be construed to cover the

corresponding structure, material, or acts described in the specification and equivalents thereof.  I understand that this type of claim language is commonly referred to as "means-plus-function."

27.    I understand that in determining whether a limitation is a means-plus-function term, one must consider whether the words of the claim are understood by persons of ordinary skill in the art to have sufficiently definite meaning as the name for structure.  I understand that the use of the word "means" in a claim element creates a rebuttable presumption that § 112 ¶ 6 applies and that when a claim term lacks the word "means," there is a presumption that § 112 ¶ 6 does not apply.  This latter presumption is overcome if the claim term fails to recite sufficiently definite structure or else recites function without reciting sufficient structure for performing that function.  In addition, I have been informed that generic terms (also referred to as nonce terms) that reflect nothing more than verbal constructs may be used in a claim in a manner that is tantamount to using the word "means" because they typically do not connote sufficiently definite structure.

28.    I further understand that if the limitation is a means-plus-function limitation, the next step is then to identify the function recited in the claim, and then after that identify the corresponding structure(s) set forth in the specification that is clearly linked to performing the claimed function.

29.    I further understand that if the recited structure for such an element of a claim is a general-purpose computer or processor, the specification must describe a corresponding algorithm to satisfy the requirements of § 112 ¶ 6.  I also understand, however, that a processor can serve as structure for a computer-implemented function only where the claimed function is coextensive with the processor itself

### C.    Indefiniteness

30.    I also understand that, in order to be valid, patent claims must inform those with ordinary skill in the art about the scope of the invention with reasonable certainty.  If the claim scope cannot be determined with reasonable certainty, the patent claim is said to be invalid as "indefinite."

31.    With respect to means-plus-function terms, I also understand that if the patent's specification does not disclose a corresponding structure to perform the claimed function, the claim is invalid as indefinite.

32.     I understand that a patent shall be presumed valid and the burden of establishing invalidity of a patent or any claim of a patent rests on the party asserting invalidity.  I further understand that as a corollary to this that the party asserting a claim is invalid for indefiniteness bears the burden to establish the claim is indefinite.  I understand that a claim is indefinite if the claim, viewed in light of the specification and prosecution history, fail to inform those skilled in the art about the scope of the invention with reasonably certainty.

## V.     LEVEL OF ORDINARY SKILL IN THE ART

33.     I understand that factors such as the education level of those working in the field, the sophistication of the technology, the types of problems encountered in the art, the prior art solutions to those problems, and the speed at which innovations are made may help establish the level of skill in the art.

34.     The '187 patent relates to digital rights management systems, cryptography, client-server computer architectures, and network communications.  *See, e.g.*, '187 patent, Abstract, 1:5-47, 1:66-2:67, Figures 1, 2.  In my opinion, a POSITA at the time of the alleged invention, with respect to the '187 patent, would have been a person with at least a Bachelor's Degree in Electrical Engineering or Computer Science (or equivalent field), with at least two years of experience developing networked software such as software based on a client-server architecture.

35.     The '586 patent relates to wireless sensor systems that facilitate bi-directional communication.  *See, e.g.*, '586 patent, Abstract, 1:38-42, 2:7-22, Figure 1.  In my opinion a POSITA at the time of the alleged invention with respect to the '586 patent, would have been a person with at least a Bachelor's Degree in Electrical Engineering or Computer Science (or equivalent field), with at least two years of experience developing wireless sensor systems.

36.     For these patents, I was at least a POSITA by the alleged invention of the '187 patent in 2002 and '586 patent in 2004.

VI.     **BACKGROUND INFORMATION**

      A.     **Background Of The Technology**

            **1.**     **Local Area Networks**

37.     A digital communication system supports the transmission and reception of information using digital signals (signals that represent data as a sequence of discrete values using a series of bits). If the original information is analog – a voice signal, for example – then the transmitter will first have to capture and digitize the information before further processing (optional) and transmission. At the receiving side, the receiver must know how to "read" and "interpret" the digital signal in order to reproduce the transmitted information. For example, in the case of digitized voice, the receiver must know how to break up the series of bits into blocks of appropriate size that are processed to reproduce the voice signal. Digital systems make this possible by organizing the transmitted digital signal into "packets."[1]

38.     Packets are contiguous collections of bits in which the position of the bits within the packet indicate how the bits are to be interpreted. A typical packet is divided up into "fields." If one knows the packet format, one can partition a received string of bits into the appropriate fields and interpret the bits accordingly. You can think of an envelope in the postal service as an example of a packet in the physical world. You know to look at the bottom right corner of the front of the envelope to find the destination address. You know to look at the top left corner to find the return (or source) address. And the information that is being sent—the letter—is *inside* the envelope.

39.     Digital packets work in a similar fashion. The designation and source addresses are placed in a particular, known location, as is the information that is actually being transmitted. The figure below is an example packet. The "Information" field in the packet represents the actual message – the voice or image that is being transmitted. This field is also sometimes referred to as the "Payload." The rest of the fields of the packet constitute "overhead" – additional information that the network

---

[1] Some systems use the term "frames," while others use "cells." There are distinctions than can be drawn between frames, cells, and packets, but they are not necessary here. I will use the term "packet" in a general sense.

uses to reliably transfer the packet from its source to its destination.  The fields between the start of the packet and the Information or Payload are often referred to as the "Header".



**Figure 1**

40.     Back to the postal service analogy, the postal system uses the addresses on the envelope to route the letter to the intended recipient (or back to us, if the letter cannot be delivered as addressed). At a high level, a digital network uses the source and destination addresses of a packet in a similar way.

41.     An individual packet—even if it is one of several packets that make up a single transmission—is self-contained in that it has all of the information needed by the network to forward the packet to its destination. As a result, packets that make up a single transmission may take different routes between source and destination.[2]  More importantly, packets from *different* transmissions (e.g. different phone calls) may share the same route.  Figure 2 below illustrates two transmissions: *first*, A is communicating with D.  The packets in that transmission are labeled "1."   *Second*, B is communicating with C.  The packets of that transmission are labeled "2."  Note that 1's and 2's can share the same path.  Not also that not all 1's take the same path as each other (and similar to 2's).

---

[2] Imagine using the postal service to ship several boxes to someone across the country.  The source and destination addresses are the same on all the boxes, but there is nothing requiring that each box travel in the same truck, or even along the same route, as the others.



**Figure 2:** Packet-Switched Network

42.     One of ordinary skill would have understood that examples of local area networks (LANs) at the time of the alleged invention of the Asserted Patents included wired (e.g. Ethernet) and/or wireless (e.g. WiFi) data communication.  Ethernet is a wired LAN technology that is well-known to the public.  The original Ethernet network was constructed by the Xerox Corporation in 1976.  It consisted of over 100 personal workstations connected together on 1 km cable.  The data rate was 2.94 Mbps (million bits per second).

43.     Ethernet is now standardized, though there are many versions.  The most prominent version is the IEEE 802.3 standard for local area networks.  Originally this was a 10 Mbps standard developed by Xerox, DEC, and Intel.

44.     There are many other types of wired local area networking standards, including, for example, token bus (802.4) and token ring (802.5) protocols.

45.     The earliest wireless LAN was the ALOHA system, developed at the University of Hawaii in the late 1960's and early 1970's.[3]  In the ALOHA system users transmit whenever they wish.  If two users transmit at the same time, they are said to have "collided."  Both users then wait a random amount of time and then retransmit.  The "random" element is important, as the goal is to have the two users select different retransmission times, thus avoiding another collision.  In slotted ALOHA, users can only initiate transmissions on the boundaries of prescribed time slots.

---

[3] Norman Abramson, "THE ALOHA SYSTEM-Another alternative for computer communications," 1970 FALL JOINT COMPUTER CONFERENCE, November 17 -19, 1970, Houston, Texas.

46.     The first generation of wireless data modems allowed for data rates up to 9600 bps, the second generation allowed for data rates up to hundreds of Kbps, and the third generation allowed for data rates on the order of Mbps.[4]

47.     Perhaps the most successful of the wireless standards developed in the 1990s was the initial 802.11 standard that was later amended several times, and continues to be amended through to the present.  The 802.11 standard and its amendments were developed as a follow-on to these earlier attempts at wireless LAN technology.

### 2.     802.11/WiFi

48.     In 1990, IEEE formed the 802.11 Working Group, which is the group responsible for the development of the 802.11 standards that undergird a vast majority of WiFi communications today. Since its inception, 802.11 Working Group has included hundreds of individuals representing numerous companies in the wireless industry.

49.     The original 802.11 standard allows for two different types of networks: "independent" and "infrastructure."  In independent networks, wireless terminals, or stations, communicate directly with each other.  The figure below (taken from the 802.11 specification) shows two independent networks, or Basic Service Sets (BSSs).  In the figure, each BSS consists of a pair of stations (STAs), though in practice a BSS can consist of dozens or even hundreds of stations.



**Figure 3**

---

[4] The First IEEE Workshop on Wireless LANS, Preface, May 1991

**[IEEE 802.11 Specification (1999 Edition) at 10]**

50.     The 802.11 specification notes that independent basic service sets can be referred to as "ad hoc networks" when they are intended to be temporary:

> *Figure 1 shows two IBSSs. This mode of operation is possible when IEEE 802.11 stations are able to communicate directly. Because this type of IEEE 802.11 LAN is often formed without pre-planning, for only as long as the LAN is needed, this type of operation is often referred to as an **ad hoc network**.*
> **[IEEE 802.11 Specification (1999 Edition) at 10 (emphasis in original)]**

51.     Infrastructure networks, by contrast, use relatively permanent access points as the basis for wireless communication.[5]  Figure 4 illustrates a basic infrastructure network.



**Figure 4**
**[IEEE 802.11 Specification (1999 Edition) at 11]**

Figure 4 shows two access points (APs)—STA 2 and STA 3.  These access points serve as gateways, or bridges, between networks; for example, a coffee shop may contain an access point that connects the LAN of the coffee shop (to which users can connect) to the Internet.  The figure above shows two infrastructure networks (BSS1 and BSS2) connected to a distribution network (DS) by separate access points (STAs 2 and 3).  The distribution system may in turn be connected to a gateway, and from there to an Internet service provider (ISP).

---

    [5]     IEEE 802.11 Specification (1999 Edition) at 11.

52.     In an 802.11 infrastructure BSS, the remote stations must associate with an access point before they can communicate with any other remote station (or, through the access point, to other networks).  Remote stations may still communicate with each other, but all traffic has to be routed through the access point with which the transmitting station has associated.  An exemplary infrastructure network is shown below.  The lines indicate the only paths over which communication can take place.



**Figure 5**

53.     Before an 802.11 station can communicate with an access point, it must first associate with that access point.  The process of association begins with the station scanning for available APs. There are two types of scanning that may take place.  In active scanning, the device continuously broadcasts a probe to nearby APs.  The APs that can hear the probe respond.  The device then selects from among the responses, and associates with the desired AP.  In passive scanning, the station simply listens for beacons transmitted by available APs, and then attempts to associate.

54.     The 802.11 standard also defines an example communication packet that is similar to the packet described above in the Local Area Networks section.  One difference is the 802.11 standard packet includes an additional preamble portion—using the envelope example from above, you can think of the preamble portion of the packet as the flag on the mailbox that indicates to the mail service that a letter is ready for pickup.  Without the flag being raised, the mail service is unable to know that a letter is to be retrieved.



**Figure 6**
**[IEEE 802.11a Specification (1999 Edition, R2003) at 7]**

55.    In this regard, the preamble portion is used to (i) indicate to a receiving device that a packet is incoming, and (ii) synchronize the receiving device.  As previously explained, a signal can be sent using multiple packets.  However, without some sort of indication that the signal is about to be transmitted, the receiving device would be unable to properly analyze the packets—the receiving device would be receiving a seemingly random order of bits.  The preamble portion solves this problem by providing a designed pattern of bits that indicate the start of the signal.  In turn, when the receiving device detects the designed pattern, it knows it is receiving the beginning of a new signal.  The 802.11 standard's use of a preamble is just one example of a protocol that implements a preamble—other protocols that implement a preamble exist.

### 3.    TCP/IP and the Internet Protocol

56.    TCP/IP is a suite of protocols initially developed by research scientists at, for example, ARPA (later DARPA).  TCP stands for "Transmission Control Protocol," while IP stands for "Internet Protocol"; these protocols are two of the more prominent protocols among the several dozen protocols in the TCP/IP suite.  TCP/IP operates as a common language across a wide variety of computer and networking technologies. It allowed ARPA to "internetwork" LAN's and WAN's across the country, eventually creating what we now know as the Internet.

57.    The Internet Protocol ("IP") is the foundational networking protocol for the entire Internet, and one of only a small number that are mandatory. IP defines the arrangement of information into packets (like discussed above) so that the information can be routed from one computer to another

by packet switches (such as "routers").  IP is a protocol with a well-defined packet structure that includes various control and management fields, as well as an information payload field.  For example. if one wants to send data across the Internet, one needs to place this data into the information payload field of one or more IP packets.  Routers will use control information placed in the "header" to move the packets from source to destination until the destination is reached.

58.     Figure 7 is an illustration of an example IP packet header:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Version|  IHL  |Type of Service|          Total Length         |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|         Identification        |Flags|      Fragment Offset    |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Time to Live |    Protocol   |         Header Checksum        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                       Source Address                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                    Destination Address                        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                    Options                    |    Padding     |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+

            Example Internet Datagram Header
```

**Figure 7**
**[RFC 0791: Internet Protocol, Version 4 (1981) at 10 – 11.]**

59.     As seen above, the IP packet header includes a "Destination Address" that enables routing of the packet to the intended destination.  The Destination Address is what is known as an "IP Address."  It "uniquely identifies" a host on the Internet and is the basis for routing through the Internet.

> *IP address n. Short for Internet Protocol address.  A 32-bit (4-byte) binary number that **uniquely identifies a host (computer)** connected to the Internet to other Internet hosts, **for the purposes of communication through the transfer of packets**.*
> **[Computer Dictionary, Microsoft Press (5th Ed., 2002) at p. 264 (emphasis added).]**

60.     As seen in the following excerpt from the Internet Protocol standard, routers use the IP addresses in the header of the IP datagrams as the basis for routing decisions.  The term "internet module" is an older term, referring to what we now call "routers."

> The **internet modules use the addresses carried in the internet header** to transmit internet datagrams toward their destinations.  The selection of a path for transmission is called routing.
>
> **[RFC 0791: Internet Protocol, Version 4 (1981) at 2 (emphasis added).]**

61.     Packets from several different protocols in the TCP/IP suite can be nested (encapsulated) and placed into the information payload field of an IP datagram.  One such protocol, TCP, provides transport services for higher-layer information.  Its goal, as described below, is to provide reliable communication between processes residing within computers.  Note the difference with respect to IP, which supports communications between the computers (hosts) themselves.

> TCP is a connection-oriented, end-to-end reliable protocol designed to fit into a layered hierarchy of protocols which support multi-network applications.  The TCP provides for **reliable inter-process communication between pairs of processes in host computers** attached to distinct but interconnected computer communication networks.
>
> **[RFC 0793: Transmission Control Protocol (1981) at 1 (emphasis added).]**

62.     This concept of encapsulation may be easier explained through a visual aid.  An Ethernet Packet, seen at the bottom of the figure below, is made up of two segments: a Packet Header and an Ethernet Data Area.  The Ethernet Data Area *encapsulates* the Datagram Header and a Datagram Data Area at the IP Datagram level.  If we dig further in, the Datagram Data Area *encapsulates* the TCP Header and TCP Data Area at the TCP Frame level.



**Figure 8**

63.     Once an IP packet reaches its destination, the layers in the nested packet are sequentially processed and stripped away, leaving the highest-level information for processing by the

application, whatever it may be. This information can take virtually any form, including e-mail, images, music, and voice.

### 4.    Wide Area Networks

64.    Wide Area Networks (WANs) cover a greater geographical area than LANs. They also differ in the manner in which resources are allocated. For example, WANs generally use scheduled transmissions as a means for sharing resources, while LAN users will typically compete for a shared resource through some sort of contention resolution protocol.

### 5.    Wireless Mesh Networks

65.    Wireless mesh networks emerged in the late 1990s and early 2000s as a flexible means for providing wireless connectivity to end users. Unlike the initial 802.11 architectures, mesh networks are intended to be dynamic, exploiting available connections as needed to provide multi-hop connectivity between users. In turn, the multi-hop connectivity of mesh networks provide more efficient communication and reliability than initial 802.11 architectures, since communication between nodes can still be facilitated if one or more intermediate nodes fail. This is because in those initial 802.11 architectures, a node can only connect to an AP if that node is within physical radio range of the AP. In contrast, a mesh network node need only be in physical radio range of another node in order to achieve communication with the rest of the mesh network.

66.    For example, in their survey on wireless mesh networks Akyildiz et al. note that mesh networks are "dynamically self-organized and self-configured," creating a form of ad-hoc (infrastructure-free) network. As seen in the following excerpt from their survey, Akyildiz et al. highlight the ability of nodes in a mesh network to act as both host and router. This is critical to the functionality of the mesh network.

> In [wireless mesh networks], nodes are comprised of mesh routers and mesh clients. **Each node operates not only as a host but also as a router**, forwarding packets on behalf of other nodes that may not be within direct wireless transmission range of their destinations. A [wireless mesh network] is **dynamically self-organized and self-configured**, with the nodes in the network automatically establishing and maintaining mesh connectivity among themselves (creating, in effect, an ad hoc network).
> **[I.F. Akyildiz, X. Wang, W. Wang, Wireless Mesh Networks: A Survey, Computer Networks (2004); emphasis added]**

67.     Akyildiz et al. describe that a mesh network can be used as the structure for a larger networked system – note the interconnection of the elements of the mesh network, each providing support for multi-hop paths.



**Figure 9**
**[I.F. Akyildiz, X. Wang, W. Wang, Wireless Mesh Networks: A Survey, Computer Networks (2004)]**

68.     Beckman et al. made the same point in 2003[6], explaining that the mesh networks derive their name from each network node's ability to connect to any other node that is within physical radio range of some connected node.  They distinguish mesh networks from Wi-Fi infrastructure networks in which a node "can only connect to the central AP and then only if that node is within physical radio range of the AP."  This and other references, discussed below, emphasize that the functionality of each node is paramount to the operation of a wireless mesh network.

**6.     Logic Circuits**

69.     Logic gates are basic circuits that are used to implement logical expressions.  The table below depicts several basic logic gates, as well as the relationship between their inputs (on the left side) and their outputs (on the right).

---

[6] *P. Beckman, S. Verma and R. Rao, Use of mobile mesh networks for inter-vehicular communication, 2003 IEEE 58th Vehicular Technology Conference* (VTC 2003-Fall)

| Name | Symbol | Explanation | Notation |
|------|--------|-------------|----------|
| NOT | A ─▷○─ Z | Inverses the current output, therefore positive (1 or ON) becomes negative (0 or OFF), whilst negative (0 or OFF) would become positive (1 or ON). | Z = NOT A |
| AND | A ─┐ B ─┘─ Z | Both inputs have to be positive (1) before the output is also positive (1). | Z = A AND B |
| OR | A ─┐ B ─┘─ Z | At least one input has to be positive (1) to give a positive output (1 or ON). Both inputs could also be positive. | Z = A OR B |
| NAND | A ─┐ B ─┘○─ Z | NOT AND.  The same as AND, but then inverse (NOT) the outcome.  So, perform AND first, then apply a NOT to the output. | Z = A NAND B |
| NOR | A ─┐ B ─┘○─ Z | NOT OR.  The same as OR, but then inverse (NOT) the outcome.  So, perform OR first, then apply a NOT to the output. | Z = A NOR B |
| XOR | A ─┐ B ─┘─ Z | Exclusive OR. Only one input is allowed to be positive (1 or ON) to give a positive output (1).  If both inputs are positive (1) then there is a negative outcome (0, or OFF). | Z = A XOR B |

**Figure 10**
**[https://www.computerscience.gcse.guru/theory/logic-gates]**

70.    Logical circuits combine logic gates to create more complicated logical expressions. For example, four gates can be interconnected to form the logic circuit below.



**Figure 11**
**[https://www.computerscience.gcse.guru/theory/logic-gates]**

71.     The following "truth table" depicts the relationship between the output Z and the two binary inputs A and B in the logic circuit of Figure 11.  This truth table shows the output (Z) for all of the possible inputs (A and B).  For example, if both A and B are 0, the output Z is also 0.

| Input A | Input B | C | D | E | Output Z |
|---------|---------|-------|--------|---------|----------|
| A | B | NOT A | A OR B | C AND D | E OR D |
| 0 | 0 | 1 | 0 | 0 | 0 |
| 0 | 1 | 1 | 1 | 1 | 1 |
| 1 | 0 | 0 | 1 | 0 | 1 |
| 1 | 1 | 0 | 1 | 0 | 1 |

**Figure 12**
**[https://www.computerscience.gcse.guru/theory/logic-gates]**

72.     We can describe this simple logic circuit as the following Boolean expression:

Z = [(NOT A) AND (A OR B)] OR (A OR B)

73.     Even such a simple expression with two variables and one output may be represented by several different Boolean expressions and thus different logic gate structures.  In fact, the exact same functional behavior may be achieved with the simpler Boolean expression below:

Z = (A OR B)

74.     Or even a third expression below with a level of complexity that sits between the two solutions above:

Z = XOR(A AND B) OR (A AND B)

75.     Indeed, there is a countless number of ways someone may design a piece of logic circuitry to perform a desired behavior.

76.     Computers in recent decades are built with an array of massively complex logic circuits including processors.  Such processors include on the order of millions of logic gates to enable these processors to execute programmed instructions, perform calculations, save and retrieve data, and otherwise perform the extremely wide array of tasks supported by these processors.  As the design of processors show, using the right combination of logic gates allows engineers to create logic circuitry

that can perform any desired digital function.  However, as the discussion above also shows, there are countless ways to organize and structure the logic gates that comprise the logic circuitry.

### 7.    Processors

77.    Individual gates can be combined to create arithmetic circuits.  For example, an exclusive-OR gate (shown below) can perform binary addition.



**Figure 13**
**[https://projectiot123.com/2019/05/26/introduction-to-xor-gate/]**

78.    As more gates are available, more complicated mathematical expressions become possible.  With a large number of gates, one can create an "arithmetic logic unit" (ALU), the mathematical heart of a microprocessor.  With the addition of logic gates for other components such as storage registers, instruction decoders, scratchpad memory, and control, one can build a simple processor.  Processors of recent decades contain millions of transistors (and logic gates comprised of these transistors) that, when combined, perform a variety of functions.

> Processors work by reacting to an input of 0s and 1s in specific ways and then returning an output based on the decision. The decision itself happens in a circuit called a logic gate, each of which requires at least one transistor, with the inputs and outputs arranged differently by different operations. The fact that today's processors contain millions of transistors offers a clue as to how complex the logic system is. The processor's logic gates work together to make decisions using Boolean logic, which is based on the algebraic system established by mathematician George Boole.
> **[https://www.pctechguide.com/cpu-architecture/principles-**
> **of-cpu-architecture-logic-gates-mosfets-and-voltage]**

The CPU is amazingly small given the immense amount of circuitry it contains. We have already seen that the circuits of a computer are made of gates. Gates, however are also made of another tiny component called a transistor, and a modern CPU has millions and millions of transistors in its circuitry.

**[https://courses.cs.vt.edu/csonline/MachineArchitecture/Lessons/CPU/]**

Pentium, Family of microprocessors developed by Intel Corp. Introduced in 1993 as the successor to Intel's 80486 microprocessor, the Pentium contained two processors on a single chip and about 3.3 million transistors.

**[https://www.britannica.com/technology/Pentium]**

79.     At its simplest, we can think of a general-purpose processor as a device that performs a series of instructions, one at a time, to achieve a particular functionality.  The functionality depends on the programmer, as the same processor (i.e. the physical device) (in my experience) can be used, for example, to control a thermostat, perform digital signal processing at the physical layer of a cellular phone, or to control the operation of flood gates in a canal in France.  The potential is limitless, depending on the ingenuity of the programmer.  However, it is important to recognize that microprocessors and processors must be *instructed* what to do, that is, they require a programmer to provide specific instructions that operate the components of the processor to achieve a desired result.

80.     Processor instructions start life written by a programmer, generally in a "high-level" programming language that is, relatively speaking, friendly for a human programmer to read and write.  Then through a conversion process this "high-level" language is converted into instructions that the processor understands and loaded into storage (i.e. program memory) accessible to the processor.  Once this 'programming' is complete, the processor is then able to perform the specific functions designed by the programmer and required by the system within which the processor is contained.  For example, below we can see how Program Memory (storage for the processor's instructions) is interfaced with the OMAP1510 Application Processor's Traffic Controller + DMA block.



**Figure 14**
**[Product Bulletin, OMAP1510 Application Processor for 2.5 and 3G Wireless Devices, Texas Instruments (2001)]**

81.    In practice, I teach my students that one cannot claim to understand the functionality of a processor-based system without examining the associated source code. The reverse is equally true – one cannot implement a given functionality without source code.

### 8.    Cryptography

82.    Cryptosystems provide a means for secret writing, one in which the text of the message is rendered unreadable to unintended recipients. The *presence* of the message may thus be known to the casual observer, but the observer cannot read the message. To put this more technically, cryptosystems take *plaintext* as an input, and output *ciphertext*. The algorithm that a cryptosystem uses to map plaintext to ciphertext is controlled by a *key*, which may take the form of a relatively short string of letters and/or numbers. The process of reversing this mapping, to recover the plaintext is called decryption. The key that is used for decryption is often called a "private key," as it is a key that has to be kept secret to ensure the security of the cryptosystem. (If everyone had the key, anyone could decipher the message, and the system would no longer be secure.)

83.     The earliest known example of a Western/European cryptosystem is attributed to Julius Caesar.  The Caesar Cipher, as it is known in the cryptographic community, is a *simple substitution cipher*. In a simple substitution cipher, each letter of the input text is replaced, following a fixed mapping, by another letter or symbol. Caesar used a very systematic mapping in which each letter of the text is replaced by the letter that is three letters ahead of it in the alphabet (the letter A was replaced by D, the letter B was replaced by E, and so on). The key for this particular cryptosystem is the number of letters shifted; in this case, three. Caesar's encryption scheme is summarized in the following table.

| plaintext:  | a | b | c | d | e | f | g | h | i | j | k | l | m |
|-------------|---|---|---|---|---|---|---|---|---|---|---|---|---|
|             | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |
| ciphertext: | d | e | f | g | h | i | j | k | l | m | n | o | p |
| plaintext:  | n | o | p | q | r | s | t | u | v | w | x | y | z |
|             | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |
| ciphertext: | q | r | s | t | u | v | w | x | y | z | a | b | c |

**Table 1:Encryption Using the Caesar Cipher**

84.     By the early Renaissance, much more powerful cryptosystems were being developed. Around 1467, the Renaissance scholar Leon Battista Alberti developed a scheme whose core idea would remain in use through the rotor machines of World War II. Alberti's basic idea was to change the mapping of plaintext letters to ciphertext letters for each letter in the plaintext.  For example, using the Caesar Cipher in Table 1 above, one could shift the ciphertext row of the table to the right after each time a plaintext letter is converted to a ciphertext letter such that "air" becomes "dks". Such a scheme is called polyalphabetic substitution, and in various forms it has been used well into the digital age.

85.     Digital electronics eventually replaced electromechanical devices such as the Enigma machine, allowing for more flexible and complicated algorithms.  But the principle remained the same – the system would take plain text as an input, apply an algorithm, and output cryptographically secure text.  The only way for a recipient of the secure text to discern its true meaning was to utilize a private key.

86.     More recently, in 1973, the National Bureau of Standards (since renamed the National Institute of Science and Technology, or NIST) published a request for proposals for a cryptosystem

that would serve as a commercial standard. The goal was to develop a single, chip-based technology that would provide security for unclassified but sensitive government and commercial information. After two rounds of proposals, the National Bureau of Standards selected IBM's Lucifer Cipher. The details of the NBS's selection process remain secret, but it is known that the original cipher, invented by IBM cryptographer Horst Feistel, called for a system that mapped 64-bit blocks of plaintext to 64-bit blocks of ciphertext under control of a 128-bit private key[7].

87.    In digital systems, the size of the private key required for decryption is important, as given the power of Lucifer, it was felt (and remains the case) that the only practical way to attack the system is to attempt decryption using all possible private keys. The difficulty of mounting such an "exhaustive search" grows exponentially with the size of the private key. If the key is a single bit, then there are two possible values to try (zero and one). If the key is two bits in length, there are four possible keys ($2^2 = 4$), and if three bits in length there are eight possible keys ($2^3 = 8$). An exhaustive search through eight keys can be done by hand.  But if the private key length is 128 bits, the number of possible keys is $2^{128}$, which is roughly $10^{38}$. That's ten followed by 38 zeros – a large number that represents an exhaustive search whose complexity remains beyond what most computers can do in any reasonable amount of time.

88.    The security of a cryptosystem thus depends on the eavesdropper's uncertainty as to the value of the private key.  This is true regardless of whether the cryptosystem is a *symmetric* or an *asymmetric* key system.  In a symmetric key system, the same key is used for both encryption and decryption.  The aforementioned Lucifer cipher is an example.  In an asymmetric key system, different keys are used for encryption and decryption, with the latter being the private key.

89.    Diffie and Hellman introduced the concept of asymmetric cryptography in 1976. Ron Rivest, Adi Shamir, and Leonard Adleman took the next significant step in the late 1970s with their invention of the RSA cryptosystem (the acronym contains the first letter of each of the inventors' last

---

[7] In the standardized version of DES, the effective length of the key was reduced to 56 bits.

names). The RSA cryptosystem implements cryptography with a relatively simple algorithm that is based on relatively complex abstract algebra and number theory.[8]

90.     In an asymmetric key system, the *en*cryption key may be made public. Key "certificates" are created and used to ensure the integrity of the "public" encryption key. E-commerce retailers go to a registration authority and present sufficient documentation to prove their corporate identities. Once their identities have been verified, an associated certification authority generates the public key and places it on the certificate, binding it to information about the entity associated with the key. The certification authority will digitally sign the certificate so that the certified entity's customers can verify it. The registration and certification authorities and other, related functionality is often found under the head of a single entity called the public key infrastructure (PKI). Several large companies, such as Verisign, have emerged as dominant PKIs for Internet commerce.

91.     But whether the cryptosystem is symmetric or asymmetric, the fact remains that it is the uncertainty regarding the private *de*cryption key that determines the security of the cryptosystem. In a well-designed system, this security is usually a function of the length of the private key.

### 9.     Digital Rights Management

92.     Early efforts to protect copyright on digital media included the usage of unique hardware provided with the software, and attempts to render unique the media on which the content was distributed.

> *The standard way to add hardware uniqueness was a* dongle *—a device, typically attached to the PC's parallel port, which could be interrogated by the software. The simplest just had a serial number; the most common executed a simple challenge-response protocol; while some top-end devices actually performed some critical part of the computation.*
> **[Ross Anderson,** *Security Engineering* **(2nd Edition), Chapter 22, "Copyright and DRM," Wiley (2008) at 683]**

---

[8] The underlying mathematics are sophisticated, though the author has successfully taught them to his freshman classes. There are three core concepts: the Euler totient function, the extend form of Euclid's Algorithm, and the Euler-Fermat identity.  The encryption and decryption operations consist of exponentiation modulo a product of two large prime numbers.

> *A cheaper and very common strategy was for the software to install itself on the PC's hard disk in a way that was resistant to naive copying. For example, a sector of the hard disk would be marked as bad, and a critical part of the code or data written there. Now if the product were copied from the hard disk using the utilities provided by the operating system for the purpose, the data hidden in the bad sector wouldn't be copied and so the copy wouldn't work. A variant on the same theme was to require the presence of a master diskette which had been customized in some way, such as by formatting it in a strange way or even burning holes in it with a laser.*
>
> **[Ross Anderson, *Security Engineering* (2nd Edition), Chapter 22, "Copyright and DRM," Wiley (2008) at 683]**

93.     As digital media evolved, such approaches became more problematic, leading to the development of software-based schemes that fall under the heading of digital rights management (DRM).  As seen in the following excerpt, DRM usually takes the form of an encrypted file, a separate license or key to decrypt the encrypted file, and a series of statements that dictate what the user is allowed to do with the content.

> *The basic mechanism is to make available an encrypted media file, and then to sell separately a 'license' which is the key to the media file encrypted using a key unique to the user, plus some statements in a 'rights management language' about what the user can do with the content.*
>
> **[Ross Anderson, *Security Engineering* (2nd Edition), Chapter 22, "Copyright and DRM," Wiley (2008) at 680]**

94.     Early DRM systems wrapped content in an encrypted container. The IBM "cryptolope" is an example of such a scheme.  The Cryptolope was developed in the mid 1990s by Joshua Auerbach and others at IBM.  The Cryptolope enabled secure distribution of digital content.  As described in U.S. Patent No. 5,673,316 to Auerbach, the Cryptolope encrypted electronic content with a symmetric encryption algorithm.  It then encrypted the symmetric encryption/decryption key with an asymmetric encryption algorithm and stored such encrypted symmetric key within the Cryptolope.

95.     Such DRM technologies often included separate licensing servers that provided cryptographic keys as needed while providing a focal point for users wishing to purchase upgraded or additional access to protected content.  More recent DRM techniques used native files encrypted using native applications.  Should the Court request it, I will be happy to expand upon the above tutorial.

B.      **Overview Of The Patents**

1.      **The '187 Patent**

96.     The '187 patent, entitled "Domain-Based Digital-Rights Management System with Easy and Secure Device Enrollment," was filed on November 27, 2002, and issued on March 1, 2011.

97.     The '187 patent is generally directed to "a method and apparatus for performing domain-based digital-rights management with easy and secure device enrollment." '187 Patent, 1:7-10.  At a very high level, the system described in the '187 patent consists of a group (domain) of devices that can render digital content, where new devices are added to the domain in a manner that is allegedly more user friendly and secure than previous solutions.  *Id.*, Abstract, 1:44-48, 2:2-13. Indeed, The '187 patent is focused on addressing two alleged problems in the prior art: (1) "the potentially cumbersome task of registering all of his devices into a domain" and (2) "the [reduced] security of content in a domain … if users can remotely register devices into a domain over a long distance." *Id.*, 1:39-45.

98.     In addressing the alleged problems, the '187 patent describes how a new device may join an existing domain of devices.  Specifically, a new device receives domain information from a first device existing in the domain of devices, and then sends data including the domain information through a network to a key issuer that exists separate from the domain of devices.  After the key issuer registers the new device into the same domain as the first device, the key issuer provides the new device with data including a DRM private key used by all devices in the domain. *Id.*, Figs. 1, 3, 6:1-62, Claim 1, Claim 10.



99.     The transmission of data including the domain information from the new device to the key issuer consists of several steps, as explained by the '187 patent.  First the new device uses a network link such as a cellular network or the Internet to contact the key issuer.  After the new device has contacted the key issuer, the new device sends a its own unit certificate to the key issuer and may use its own unit private key in response to a challenge.  This establishes the channel between the new device and the key issuer.  Once this channel is established, the new device then sends the domain information to the key issuer.  *Id.*, Fig. 3, 6:32-41.

100.    To ensure the system is secure, the '187 patent discloses the use of private keys.  The '187 patent describes private keys as being "used for either decrypting data or generating digital signatures."  *Id.*, 2:46-48.  For example, the key issuer provides new devices joining the domain with a "DRM private key" which is used by the devices to decrypt data.  *Id.*, 4:54-56, 6:57-60.

101.    While the '187 patent includes embodiments based on public key systems (*Id.*, 2:45-50, 4:29-41), the patent explicitly states that the claims are meant to encompass other cryptographic

means to secure the DRM system such as "symmetric key techniques or broadcast key encryption techniques." *Id.*, 7:54-58.

## 2. The '586 Patent

102.    The '586 patent, entitled "Relaying Communications in a Wireless Sensor System," was filed on May 13, 2018, and issued on March 12, 2019.

103.    The '586 patent is generally directed towards "a wireless sensor unit system providing bi-directional communication between a sensor (e.g., smoke sensor, fire sensor, temperature sensor, water, etc.) and a repeater or base unit in a building protection system." '586 patent, 1:38-42. At a very high level, the system described in the '586 patent consists of a network of sensor units and a base unit that are configured to provide data relating to an anomalous condition in an environment and/or building. *Id.*, 2:7-18. In addition, the '586 patent describes the use of optional wireless repeaters to extend the range at which the base unit can communicate with a larger number of sensors. *Id.*, 2:18-22. The '586 patent purports to identify and address two problems present in the prior art: (1) the overall cost of installing and maintaining sensors, and (2) the fact that authorities can be alerted based on information from a smoke detector alone. *Id.*, 1:46-2:3. In addressing the alleged problems, the '586 patent describes how sensor units can "measure conditions that might indicate a fire, water leak, etc.," and then "report the measured data to the base unit whenever the sensor unit determines that the measured data is sufficiently anomalous to be reported." *Id.*, 2:26-30.

104.    The way in which the sensors report the measured data to the base unit is described with respect to Fig. 1.



FIG. 1

105.    Specifically, the '586 patent describes that "a plurality of sensor units 102-106 that communicate with a base unit 112 through a number of repeater units 110-111." *Id.*, 4:33-35. According to the '586 patent, the sensor units contain a sensor, controller, reset device, transceiver, and power source. *Id.*, 9:34-41; Fig. 2. The '586 patent further states that "[i]n one embodiment, an optional audio output device is provided" as well. *Id.*, 9:41-43, Fig. 2.



FIG. 2

106.     When discussing the reset device, the '586 patent describes that "the sensor unit 102 includes a reset function.  In one embodiment, the reset function is activated by the reset switch 208. In one embodiment, the reset function is active for a prescribed interval of time.  During the reset interval, the transceiver 203 is in a receiving mode and can receive the identification code from an external programmer."  *Id.*, 6:23-29.  The '586 patent further describes that the "reset device (e.g., a switch) 208 is provided to the controller 202."  *Id.*, 9:40-41.  The '586 patent does not reference the reset device or reset function anywhere else in the specification.  I also note that the claim term "reset element" only appears in the claims of the '586 patent and nowhere else in the specification.

107.     The '586 patent goes on to describe a repeater unit that includes a controller coupled to a first transceiver, a second transceiver, and a power source.  *Id.*, 10:18-23, Fig. 3.  The repeater unit functions to relay sensor data to a base unit.  *Id.*, 10:18-44.  In turn, the base unit includes a controller, transceiver, and a computer interface used to connect to a monitoring computer.  *Id.*, 10:59-67, Fig. 4.



108.     The '586 describes that the sensor units, repeater units, and base unit send and receive a communication packet that includes a preamble portion, an address portion, a data payload portion, and an integrity portion.  *Id.*, 11:1-10, Fig. 5.



## VII.   INTERPRETATION OF THE CLAIM TERMS

109.   I have been asked to provide my opinions regarding the parties' proposed constructions for two claim terms of the '187 patent and three claim terms of the '586 patent.  Those terms are set forth below.

### A.   The '187 Patent

#### 1.   "logic circuitry for providing the domain information to a key issuer"

| Term | Sonos's Construction | Google's Construction |
|------|----------------------|-----------------------|
| "logic circuitry for providing the domain information to a key issuer"<br><br>(claim 10) | Governed by 35 U.S.C. § 112 ¶ 6. Where the function is "providing the domain information to a key issuer, which is separate from the domain of devices" and there is no adequate corresponding structure. At best, the corresponding structure includes a processor or microprocessor, but this is inadequate because there is no sufficient corresponding algorithm. | Plain and ordinary meaning |

110.   I have reviewed the parties' positions on this term, the intrinsic evidence of the '187 patent and the extrinsic evidence cited by both parties in their joint claim construction statement.  I believe that there are several technical issues which are helpful to understanding why the "plain and ordinary meaning" of this term is inadequate.

111.   First, as I have previously explained a POSITA, would understand that the term "logic circuitry" is essentially unbounded – it can refer to anything from a simple AND logic gate to a modern-day supercomputer and everything in between.  Thus, the term "logic circuitry" does not connote a reasonably definite category of structures to a person of ordinary skill in the art.  To put this differently, there are some terms (like "switch" or "spring") which connote a class of structures which a person of ordinary skill in the art can understand *as a class*.  There may be some fuzziness on the margins (e.g. different people may disagree about whether a particular device qualifies as a switch) but *on the whole* a POSITA will understand what the category *is* to a reasonably discernable degree.  The term "logic circuitry" is not such a term – instead it is a term that persons of ordinary skill in the art regularly use to describe a nearly infinite variety of *different* structures which perform vastly

different functions in vastly different ways.  For this reason, it is my opinion that the term in dispute does not *in itself* specify any reasonably ascertainable class or category of structures.

112.    This conclusion (i.e. that logic circuitry does not specific a particular category of structures) is also supported by the way that the specification uses the term.  The term "logic circuitry" is mentioned only three times in the specification of the '187 patent and in only one of those places does the specification provide any information about what it is.  In particular at Column 5 Lines 61-65, the specification states "logic circuitry 210 … comprises a microprocessor controller" such as a Motorola MC68328 DragonBall microprocessor or a TI OMAP1510 processor.  This passage tells us two things: (i) that the inventor understood and used the term "logic circuitry" to include complex *devices* composed of many millions of circuits (and other structures) and (ii) that the inventor did not use the term to refer to any *specific* device but instead provided exemplary devices.  Thus, this passage supports my view that the term "logic circuitry" – as used in the '187 patent – would not be understood by a POSITA to refer to a reasonably definite class of structures.

113.    Second, I have been informed by counsel that where a claim term (such as this one) does not contain any structure in itself, the Court will look to the specification to see whether there is any "corresponding structure" – i.e. a structure which is called out in the specification as performing the function called for by the claim term.  In this case, the claim calls for the "logic circuitry" to perform the function of "providing the domain information to a key issuer, which is separate from the domain of devices."  So that is what I have looked for – i.e. a structure called out in the specification as performing that function.

114.    Unfortunately, the specification of the '187 patent does not identify *any* structure as performing this function.  The only place in the specification that I can find that provides meaningful information about providing domain information to a key issuer is at column 6, starting at line 33, where the specification states: "the second device uses the network link 107 (e.g., the cellular network or Internet) to contact key issuer 105. The second device follows the same protocol with key issuer 105 as the first device did when establishing the domain, as already described above.  At step 311 the second device communicates its unit certificate 207 to key issuer 105 and may use its unit private key

208 to respond to the challenge.  Once the channel is established it sends the domain information 209 to key issuer 105."  Thus, the only structure identified in this passage as performing the function of "providing the domain information" is "the second device."  I therefore see no reference, anywhere in the '187 patent where the specification expressly links a specific structure (or specific category of structures) to the function claimed in this limitation.

115.    The only possibility I can come up with is to *infer* that the applicant was intending to refer to the processor of the second device as performing this function.  That is problematic, however, because (as I understand it from counsel) the structure that performs the recited function must be "expressly linked" to the corresponding structure in order to satisfy the legal requirements to qualify as adequate corresponding structure.  And, in my view, there is no such express linking.  To the contrary, the only linking is (at best) *indirect* – i.e. the fact that the specification says that "logic circuitry" ***includes*** the two exemplary processors.  But that is hardly equivalent to an express statement that the processor of the second device provides the domain information to the key issuer.

116.    Moreover, even assuming *arguendo* that the processor of the "second device" is the intended corresponding structure, the claim is still problematic.  Again, it is my understanding from counsel that a general purpose processor *cannot* qualify as adequate corresponding structure unless either (a) the recited function is the kind of function which all processors can perform without specialized programming or (b) the specification provides an algorithm for carrying out the function.  But neither is the case here.

117.    As an initial matter, I think it is clear that a POSITA would understand that the "processors" used in the "second device" could be any kind of processor and were not restricted to a particular kind of processor.  This is clear, for example, from the passage I cited above (col. 5 lines 61-65) which made it clear that the logic circuitry *includes* the named exemplary processors, but does not purport to *limit* the term to those specific processors.  It is also clear from the fact that the specification notes that "Regardless of the form of user equipment 101, key issuer 105, short-range communication link 108, network 107, and rights issuer 103, it is contemplated that these elements within DRM system 100 are configured in ***well known manners with processors, memories,***

*instruction sets, and the like, which operate in any suitable manner to perform the function set forth herein*." '187 Patent, 4:5-11.  This seems, to me, to be a clear statement that the applicant did not intend to restrict the scope of his invention to particular processors.  Indeed, it also strengthens my view (expressed above) that this limitation lacks **any** corresponding structure because it is clear that the applicant did not envision his invention being restricted to *any* structure (or category of structure), but instead viewed his invention as encompassing any and all possible structures for performing the recited functions.

118.    It is also my opinion that the function recited by this claim ("providing the domain information to a key issuer, which is separate from the domain of devices") is not one that could be performed by all processors nor could it be performed without specialized programming.  Indeed, I am not aware of *any* devices which can perform this kind of higher-level function without specific programming.  However, in an abundance of caution, I have looked to extrinsic evidence to confirm that *both* of the exemplary microprocessors mentioned in the specification were *programable* – that is they were general purpose processors which did not have the recited functions built into their systems and would need to be programmed to perform those functions.  *See* Motorola MC68328 Product Brief, Motorola Microprocessor and Memory Technologies Group (1995); Motorola MC68328 (DragonBall) Integrated Processor User's Manual, Motorola (1995); and the Texas Instruments Product Bulletin: OMAP1510 Application Processor for 2.5 and 3G Wireless Devices (2001).

119.    That brings us to the question of whether or not the specification contains an *algorithm* for performing the recited functions.  Here, I have been instructed by counsel that the standard is quite forgiving – i.e. that the Federal Circuit has not required the algorithm to be recited in all particulars and has accepted as adequate simplified flow charts and textual descriptions of the functional steps.  Even so, I cannot find an adequate algorithm in the specification.  Instead the only material passage about this function in the specification says as follows:

> *the second device uses the network link 107 … to contact key issuer 105. The second device follows the same protocol with key issuer 105 as the first device did when establishing the domain, as already described above. At step 311 the second device communicates its unit certificate 207 to key issuer 105 and may use its unit private key 208 to respond to a challenge. Once the channel is established it sends domain information 209 to key issuer 105.*

> **['187 Patent, 6:32-40.]**

120.     There are several problems with pointing to this as a corresponding algorithm. As an initial matter, if you read the recited function narrowly this passage only deals with it in the final clause where it says that the second device "sends domain information 209 to key issuer 105." That is not an algorithm, it is not a series of steps that explains *how* something is accomplished. It is, instead, simply a restatement of a result … i.e. that the domain information is sent to the key issuer.

121.     And if you read the recited function more expansively (i.e. to include the steps *necessary* to provide the domain information to the key issuer) then the broader passage is woefully incomplete. Most notably, the broader passage calls for the second device to use the "same protocol" as the first device. But the specification says nothing whatsoever about that protocol. Put differently, the passage says that *part* of the "algorithm" for carrying out the claimed step is the use of some *other* algorithm – but says literally nothing about what that other algorithm is or what it consists of. Thus, the broader passage does not provide any kind of reasonably definite scope which a POSITA could understand. It's like being asked to follow a cooking recipe where the fourth step of the recipe is literally "make the same sauce as the recipe's author" while nothing tells you what that sauce is or how it is made.

122.     Nor is this the only problem with this passage as a potential algorithm. To the contrary, the passage is deficient because it does not provide any information on numerous steps that would be necessary to perform the recited function. For example, in order to send domain information to the key issuer, a processor would need to identify which domain information should be sent. But there is literally nothing in this purported algorithm that speaks to that requirement or how it is performed. Thus the "algorithm" (in addition to being recursively open ended) is missing information a POSITA would consider necessary to actually perform the recited function.

2.      "private key"

| Term | Sonos's Construction | Google's Construction |
|------|---------------------|----------------------|
| "private key"<br><br>(claims 1, 10) | a non-public key used for either decrypting data or generating digital signatures | Plain and ordinary meaning |

123.    I have reviewed the parties' positions on this term, as well as both the intrinsic evidence and the extrinsic evidence cited in the parties' joint claim construction chart.  It is my opinion that Sonos's position is correct and provides an accurate clarification of what "private key" means in the context of the '187 patent whereas Google's proposal creates a significant risk of confusing the jury.

124.    As an initial matter, the term "private key" does not have a plain and ordinary meaning to most people, and any meaning that a lay person might assign would be inaccurate because it is a well-known and specific term of art in the field of cryptography.  Put differently, the patent doesn't use the term "private key" to refer to the house key one might give to a neighbor, or to the secret password you might use to log into your Facebook account.  Instead, the patent uses the term *in the context* of cryptography.  The term must therefore be interpreted in that context in order to accurately reflect how a POSITA of the patent would understand it.

125.    Within the field of cryptography, the term "key" is commonly understood as a sequence of symbols that controls a cryptographic algorithm.  The modifier "private" indicates that the key is not publicly available.

126.    The fact that this is the well-known meaning of "private key" in the art of cryptography is reflected in the '187 patent.  See, e.g., '187 patent at 2:46-48, 4:54-56, 6:57-62.  For example, the '187 patent says that a "private key" is a key "used for either decrypting data or generating digital signatures."  *Id.* at 2:46-48.  Elsewhere the '187 patent explicitly describes the private key as being used for "decrypt[ing]" data.  *Id.* at 4:54-56, 6:57-62.  These statements support my opinion.  In particular, it is important to note that both "decrypting data" and "generating a digital signature" are functions that are performed through the use of a cryptographic algorithm.  At a high level, data is *decrypted* by applying an encryption algorithm to the data (using the key) and a digital signature is

generated by *encrypting* data using a cryptographic algorithm (and its associated key).[9]  Thus, the patent specifically and repeatedly uses the term "private key" to refer to a key value that is used in connection with a cryptographic algorithm to encode or decode data.

127.    Numerous contemporaneous technical dictionaries define "private key," "private-key encryption," and "private key cryptography" consistent with the above understanding.  For example, Newton's Telecom Dictionary defines "private key" as an "encryption technique which requires that the decrypting key be kept secret."  *Newton's Telecom Dictionary* (17th Ed. 2001).   In other words, under this definition, regardless of how content is *en*crypted, the private key is (1) secret and (2) used for decryption.    Additionally, The *New Penguin Dictionary of Computing* defines "private-key encryption" as "[a]ny encryption scheme that depends on both parties to the communication possessing the same secret key" and contrasts this to "public-key encryption methods."  The New Penguin Dictionary of Computing (2001).  In this definition the private key is used for both encryption and decryption and is again "secret." And as a further example, the Comprehensive Dictionary of Electrical Engineering defines "private key cryptography" as a cryptographic system in which "the secret encryption key is only known to the transmitter and the receiver for whom the message is intended.  The secret key is used both for the encryption of the plaintext and for the decryption of the ciphertext."  Further, this dictionary notes that "private key cryptography" is "also known as secret key cryptography."  *Comprehensive Dictionary of Electrical Engineering* (1999).  So here too, the private key is used for both encryption and decryption and is kept "secret."  There are several common threads among these dictionary definitions that are consistent with how "private key" would be understood by a POSITA.   The first is that "private key" is used the context of cryptosystems generally—it can be used both in asymmetric cryptosystems (where different keys are used to encrypt and decrypt) and symmetric systems (where the same key is used to both encrypt and decrypt).  The second is that "private key" refers to a cryptography key, and it *must* be one that *at least* performs the

---

[9] In one approach to digital signatures, the private key is used to encrypt some or all of transmitted data.  The resulting cryptogram is then appended to the original data, and both are transmitted.  The recipient may read the data, as it is sent in the clear.  However, the recipient may then use a symmetric or asymmetric key, depending on the scheme, to convert the signature back to plaintext.  If decryption by the key results in readable plaintext, the recipient will know that the signature was created by the holder of the private key

function of decrypting data (even if may be used to perform other functions as well).  The third is that the private key is *private*, that is, secret or not public—it is only shared, if at all, with members that are intended to be privy to (*i.e.*, able to decode) the secure communications.

128.     The patent specification also supports this view.  In particular, I cannot find anything in the specification that uses the term "private key" to distinguish *between* symmetric and asymmetric forms of encryption.   To the contrary, the patent expressly defines the term "Public-Key Cryptography" as meaning asymmetric encryption (see col. 2 at 45-49).  Thus a POSITA would not have understood the patent to be attempting to use the term "private key" to mean asymmetric encryption but would instead have understood that the applicant chose to use the term "Public-Key Cryptography" to refer to that concept.

### B.     The '586 Patent

#### 1.     "wireless mesh network"

| Term | Sonos's Construction | Google's Construction |
|------|---------------------|----------------------|
| "wireless mesh network"<br><br>(claims 1, 9, and 15) | A series of nodes that are configured to communicate with one another, where each node functions as a router and repeater | A network with the capability to connect network nodes via multiple wireless paths |

129.     I have reviewed the parties' positions on this term, and it is my opinion that Sonos's construction is entirely consistent with how a POSITA would have understood the term "wireless mesh network" in the context of the '586 patent.  On the other hand, it is my opinion that Google's construction is **not** consistent with how a POSITA would have understood the term "wireless mesh network" in the context of the '586 patent because that construction appears to be broad enough to cover other kinds of wireless networks that do not constitute wireless **mesh** networks and does not address the functionality of the nodes that make up a wireless mesh network.

130.     I have reached these opinions after reviewing the intrinsic evidence of the '586 patent and performing an analysis of how a POSITA would understand the meaning of the phrase "wireless mesh network" in the context of the '586 patent.  Additionally, I have also reviewed dictionary

definitions of the term "wireless mesh network," as well as a variety of publications that discuss the definition and usage of the term "wireless mesh network."

131.    As an initial matter, I note that the term "wireless mesh network" does not appear in the specification, nor does the specification include any reference to a "mesh" or "ad hoc network" of any kind.  I also note that the term "wireless mesh network" appears for the first time in claim 1 of the '586 patent.  In light of this, I consider how a POSITA would have understood "wireless mesh network."

132.    I note that "wireless mesh network" is a well-understood term in the field of networking, and the well-understood meaning of this term to a POSITA at the time of the invention is that it refers to a series of nodes that are configured to communicate with one another, **where each node functions as both a router and repeater**.

133.    My opinion that a POSITA would understand the term "wireless mesh network" in the claims of the '586 patent to refer to a series of nodes that are configured to communicate with one another, where each node functions as a router and repeater is well supported by a variety of technical publications.

134.    For example, *I.F. Akyildiz, X. Wang, W. Wang, Wireless Mesh Networks: A Survey*, Computer Networks (2004) explains that, "[i]n [wireless mesh networks], nodes are comprised of mesh routers and mesh clients.  Each node operates not only as a host but also as a router, forwarding packets on behalf of other nodes that may not be within direct wireless transmission range of their destinations.  A [wireless mesh network] is dynamically self-organized and self-configured, with the nodes in the network automatically establishing and maintaining mesh connectivity among themselves (creating, in effect, an ad hoc network)."

135.    As another example, *P. Beckman, S. Verma and R. Rao, Use of mobile mesh networks for inter-vehicular communication, 2003 IEEE 58th Vehicular Technology Conference* (VTC 2003-Fall) explains that multipoint-to-multipoint networks are "called a 'mesh' because any node in the network can connect to any other node that is within physical radio range of some connected node, as

opposed to a Wi-Fi network in which a node can only connect to the central AP and then only if that node is within physical radio range of the AP."

136.    As yet another example, *P. Whitehead, Mesh networks; a new architecture for broadband wireless access systems* (RAWCON 2000, 2000 IEEE Radio and Wireless Conference) examples that in "a 'mesh' system [is] more formally described as Multipoint-to Multipoint (MP-MP). There are no base stations, only repeaters, most of which normally corresponds with a subscriber location. The connection from a service access point to a particular subscriber is via one or more successive link paths."  In this respect, I note that while wireless mesh network topology includes nodes connected by one or more paths, the functionality of each node is paramount to the operation of a wireless mesh network.

137.    Indeed, Google's own identified dictionaries define a mesh network as "a communications network in which each node has at least two links to other nodes." *See McGraw-Hill Dictionary of Scientific and Technical Terms* (Sixth Edition) (2003) at p. 1316.  Though the definition is incomplete, a POSITA would have understood from this definition that the multiple links would have required each node to have a routing capability because each node in a wireless mesh network determines how and where to route data to other nodes.

138.    Sonos's construction of "wireless mesh network" is entirely consistent with the well-understood meaning, whereas Google's construction of "wireless mesh network" appears to cover other kinds of "networks" that are not "mesh networks" and thus would not fall within this well-understood meaning.  For example, consider a traditional WiFi network topology that has one router and one AP.  When a node in such a network is in range of both the router and AP, there are two paths from which the node can receive information—through the AP or directly from the router.  This, according to Google's construction, would be a "mesh network."  But in this example, while the node may have two paths from which to receive information, the node is not capable of acting as both a router and a repeater.  A second node in the network, could also receive information from the AP or the router—but would not be able to receive information directly from the first node itself.  As such, Google's construction reads the term "mesh" right out of the term "wireless mesh network."

139.     Based on the above, it is my opinion and understanding that Sonos's construction of "wireless mesh network" to mean a series of nodes that are configured to communicate with one another, where each node functions as a router and repeater is commensurate with a POSITA's understanding of the term "wireless mesh network."

### 2.     "reset element

| Term | Sonos's Construction | Google's Construction |
|---|---|---|
| "reset element" (claims 1, 9, and 15) | Hardware and/or software that functions to return a device to a prescribed state | An element for resetting the configuration of the controller |

140.     I have reviewed the parties' positions on this term, and it is my opinion that Sonos's construction is entirely consistent with how a POSITA would have understood the term "reset element" in the context of the '586 patent.  On the other hand, it is my opinion that Google's construction is not consistent with how a POSITA would have understood the term "reset element" in the context of the '586 patent because that construction appears to be too narrow with respect to the "reset element" having to reset a "configuration" of a controller.

141.     I have reached these opinions after reviewing the intrinsic evidence of the '586 patent and performing an analysis of how a POSITA would understand the meaning of the phrase "reset element" in the context of the '586 patent.  Additionally, I have also reviewed dictionary definitions of the term "reset element."   The following paragraphs provide an explanation of the bases for my opinion set forth herein.

142.     As an initial matter, I note that "reset element" is a well-understood term in the field of networking, and the well-understood meaning of this term to a POSITA would have been that it refers to hardware and/or software that functions to return a device to a prescribed state.

143.     My opinion that a POSITA would understand the term "reset element" in the claims of the '586 patent to refer to hardware and/or software that functions to return a device to a prescribed state is well supported by a variety of technical definitions.

144.    For example, the *Authoritative Dictionary of IEEE Standards Terms, Seventh Edition* (2000) defines "reset" when referring to electronic digital computation as "to restore a storage device to a prescribed state, not necessarily that denoting zero," and when referring to software as "to set a variable, register, or other storage location back to a prescribed state."

145.    I note that Google has not provided any dictionary definitions or other publications to support their narrow construction.

146.    Sonos's construction of "reset element" is entirely consistent with this well-understood meaning, whereas Google's construction of "reset element" appears to relate only to the resetting of a "configuration" of a "controller" and thus would not be consistent this well-understood meaning.

147.    After reviewing the claims and specification of the '586 patent, it is my opinion that the term "reset element" is not being used in the way Google has construed it.

148.    For reference, I have reproduced the relevant portions of the '586 patent specification below (emphasis added).

> In one embodiment, **the sensor unit 102 includes a reset function**. In one embodiment, the reset function is activated by the reset switch 208. In one embodiment, the reset function is active for a prescribed interval of time. During the reset interval, the transceiver 203 is in a receiving mode and can receive the identification code from an external programmer.
> **['586 Patent, 6:23-29 (emphasis added)]**

> FIG. 2 is a block diagram of the sensor unit 102. In the sensor unit 102, one or more sensors 201 and a transceiver 203 are provided to a controller 202. The controller 202 typically provides power, data, and control information to the sensor(s) 201 and the transceiver 202. A power source 206 is provided to the controller 202. An optional tamper sensor 205 is also provided to the controller 202. A reset device (e.g., a switch) 208 is provided to the controller 202. In one embodiment, an optional audio output device 209 is provided. In one embodiment, the sensor 201 is configured as a plug-in module that can be replaced relatively easily.
> **['586 Patent, 9:34-44]**

149.    It is my opinion that a POSITA would not understand this language from the specification of the '586 patent to support Google's construction that a "reset element" is "an element for resetting the configuration of the controller."  For example, the cited portions above describe that the sensor unit has a reset function that enables the sensor unit to receive an identification code from

an external programmer.  Indeed, the reset function described in the '586 patent specification does not support Google's construction of "an element for resetting the configuration of the controller."

150.    In contrast, it is my opinion and understanding that Sonos's construction of "reset element" to mean hardware and/or software that functions to return a device to a prescribed state is commensurate with a POSITA's understanding of the term "reset element."

### 3.    "preamble portion"

| Term | Sonos's Construction | Google's Construction |
|------|----------------------|------------------------|
| "preamble portion" (claims 1, 9, and 15) | A series of bits that is used to initiate and synchronize the receiving device | Plain and ordinary meaning |

151.    I have reviewed the parties' positions on this term, and it is my opinion that Sonos's construction is entirely consistent with how a POSITA would have understood the term "preamble portion" in the context of the '586 patent.

152.    I have reached these opinions after reviewing the intrinsic evidence of the '586 patent and performing an analysis of how a POSITA would understand the meaning of the phrase "preamble portion" in the context of the '586 patent.  Additionally, I have also reviewed a variety of dictionary definitions of the term "preamble portion," as well as a variety of other publications and technical specifications.  The following paragraphs provide an explanation of the bases for my opinion set forth herein.

153.    The claims and specification of the '586 patent utilize "preamble portion" to refer to a specific field in a communication packet.  For reference, I have reproduced the only reference to "preamble" in the '586 patent's specification here:

> *FIG. 5 shows one embodiment a communication packet 500 used by the sensor units, repeater units, and the base unit. The packet 500 includes a preamble portion 501, an address (or ID) portion 502, a data payload portion 503, and an integrity portion 504. In one embodiment, the integrity portion 504 includes a checksum. In one embodiment, the sensor units 102-106, the repeater units 110-111, and the base unit 112 communicate using packets such as the packet 500. In one embodiment, the packets 500 are transmitted using FHSS.*
> **['586 Patent, 6:23-29]**

154.    Similarly, the claims of the '586 Patent recite a "communication packet including a preamble portion." Claims 1, 15.

155.    "Preamble portion" is a well-understood term in the field of networking, and the well-understood meaning of this term to a POSITA would have been that it refers to a series of bits that is used to initiate and synchronize a receiving device.  This construction is consistent with the term's usage in the '586 Patent.

156.    As I mentioned above, preamble portions are specific portions of packets that are used to indicate to a receiving device that a packet is incoming.  When the receiving device recognizes a preamble portion of a packet, the receiving device is then able to determine that a new data packet is incoming and can take steps to parse the rest of the packet and complete a required action.  In this way, the receiving device is programmed to look out for the preamble portion.  Without a preamble portion, the receiving device would likely miss the packet and/or not initialize properly to process the packet.  Further, a POSITA would have understood that in a network with multiple nodes, the preamble portion also serves to synchronize the receiving device to other nodes in the network.

157.    My opinion that a POSITA would have understood the term "preamble portion" in the claims of the '586 patent to refer to a series of bits that is used to initiate and synchronize a receiving device is well supported by a variety of technical definitions and technical publications.

158.    For example, the *Newton's Telecom Dictionary* (2004) defines "preamble" as "[a] synchronization mechanism used in Ethernet LANs (Local area Networks), the preamble is a set of eight octets (8-bit values) which precede the Ethernet frame. A very specific bit sequence, the preamble serves to alert each Ethernet-attached device to the fact that a data frame is traveling across the circuit.  Once alerted to this fact, the preamble is used by all attached devices to synchronize on the rate of transmission of the data bits across the circuit."

159.    As another example, *the Authoritative Dictionary of IEEE Standards Terms, Seventh Edition* (2000) defines "preamble" in the following way: (1) "In networking, a sequence of bits at the start of each new transmission to allow synchronization of clocks and other physical layer circuitry at

other stations;" and (2) "A sequence of bits recorded at the beginning of each block on a magnetic tape for the purpose of synchronization."

160.    As yet another example, the *IEEE 802.11a-1999 Standard (R2003)* explains that the PLCP preamble field is used for synchronization. It consists of 10 predefined short symbols and two predefined long symbols that are shown in Figure 110 and described in this subclause.



**Figure 15**
**[IEEE 802.11a Specification (1999 Edition, R2003) at 12]**

161.    As a further example, *A Beginner's Guide to Ethernet 802.3* describes "preamble" as "contain[ing] 8 bytes to prepare the data stream. The first 7 bytes provides the synchronization of the PHY and the 8th byte (SFD). The bit combination "11" signals the start of value data."



**Figure 16**
**[*A Beginner's Guide to Ethernet 802.3*, Engineer-to-Engineer Note, EE-269 (June 6, 2005) at pp. 14-17]**

162.    I note that Google has not provided any dictionary definitions or other publications to support their narrow construction.

163.     Sonos's construction of "preamble portion" is entirely consistent with this well-understood meaning.

164.     After reviewing the claims and specification of the '586 patent, it is my opinion that the '586 patent does not provide any disclosure that supports a construction other than Sonos's construction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 5, 2021                                            /s/

                                                                        Dr. Stephen B. Wicker

_____

# EXHIBIT A

# DR. STEPHEN B. WICKER

Professor, School of Electrical and Computer Engineering,
Cornell University

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | Electrical Engineering | 1987 |
| | University of Southern California | |
| M.S.E.E. | Electrical Engineering | 1983 |
| | Purdue University | |
| B.S.E.E. | Electrical Engineering | 1982 |
| | University of Virginia | |

## EMPLOYMENT HISTORY

Cornell University, Ithaca New York
School of Electrical Engineering

| | |
|---|---|
| Associate Director for Research | 2000 - 2003 |
| Professor | 1999 - |
| Associate Professor | 1996-1999 |

Georgia Institute of Technology, Atlanta, Georgia
School of Electrical and Computer Engineering

| | |
|---|---|
| Associate Professor | 1992-1996 |
| Assistant Professor | 1987-1992 |

Hughes Aircraft, El Segundo, California, Information Sciences
Department, System Laboratories, Space and Communications

| | |
|---|---|
| Staff Engineer | 1983-1987 |

Bell Laboratories, Network Architecture Research Group
Columbus, Ohio                                                        1982

## EXPERIENCE SUMMARY

Professor Wicker teaches and conducts research in wireless information networks, secure networks, packet-switched computer networks, and digital telephony.  His research has focused on the development and application of advanced technologies to adaptive networks.  Current interests include privacy-aware design practices for wireless networks and self-configuring sensor networks for disaster recovery, infrastructure monitoring, and national security.  Other interests include secure anonymous networking, the behavior of complex systems, phase transitions in NP-hard problems, and the evolution of the nation's telecommunications networks.

Professor Wicker is the Cornell Principal Investigator for the TRUST Science and Technology Center – a National Science Foundation center dedicated to the development of technologies for securing the nation's critical infrastructure.  In 2010 Professor Wicker briefed the staff of the Congressional Committee on Science and Technology and was appointed to the Air Force Scientific Advisory Board.  In 2011 he was made a Fellow of the IEEE for "contributions to wireless information systems."  In 2014 he briefed the staff of the National Economic Council at the White House on the subject of privacy-aware designs for cellular and the smart grid.

2

Technical Duties at Hughes Aircraft included the following:

1. Principal System Engineer for advanced military satellite communications, new business.
2. Team leader and principal author of study examining the use of 60 and 94 GHz monolithic arrays in satellite cross-links.
3. Team leader and principal author of study examining the use of High Electron Mobility Transistor (HEMT) devices in frequency synthesizers for frequency hopped communication systems.
4. Responsible for analysis, design, and production of 800 Mbps demod-remod SQPSK receiver.
5. Responsible for analysis and design of several receivers and digital signal processors for various military satellite programs.
6. Conducted analysis and simulation of MILSTAR direct digital frequency synthesizers.

Technical Duties at Bell Laboratories included the development of synchronous protocols for a packet switch (no. 2 STP).

## CONSULTING
**Expert Witness (testifying, past five years):**

- Sprint v. Cequel Communications et al. (for the plaintiff)
- Gigamon v. Apcon (for the defendant)
- Impact Engine v. Google (for the plaintiff)
- SEVEN Networks v. Apple (for the defendant)
- KAIFI v. AT&T (for the defendant)
- Sprint v. Charter et al. (for the plaintiff)
- INVT v. Apple et al. (for the defendants)
- Intellectual Ventures v. Ericsson and TMobile (for the defendants)
- KPN v. Sierra Wireless (for the defendant)
- Live Person v. 24/7 (for the plaintiff)
- Apple v. Qualcomm (for the plaintiff)
- Motorola v. Hytera (for the plaintiff)
- IP Bridge v TCL (for the defendant)
- Elbit v. Hughes (for the defendant)
- Viatech v. Microsoft (for the defendant)
- Tracbeam v. Ericsson and TMobile (for the defendants)
- Intellectual Ventures v. AT&T, Sprint, and TMobile (for the defendants)
- KPN v. Samsung (for the defendant)
- Sprint v. Cox Cable (for the plaintiff)
- PMC v. Apple (for the defendant)
- CCE v. AT&T Mobility (for the defendant)
- Biscotti v. Microsoft (for the plaintiff)
- Sprint v. Comcast (for the plaintiff)

**Technical:**

3

- Mesh Networks, Maitland FL               1999 – 2000
  - Wireless Networking, Medium Access Control
- Mitre Corporation., Eatontown, NJ.         1997 - 2005
  - Turbo Error Control for Wireless Applications.
- Motorola Inc. Advanced Mobile Messaging Division    1997 – 1998
  - Wireless Networking
- Digital Technics Inc., Baltimore, MD.         1995 - 1997
  - Design of SS7/SONET/ATM interface for telephone switch.
- Integrated Device Technology, Santa Clara, CA.     1995 - 1996
  - Development of Reed-Solomon error control chip for high-speed mass memory applications.
- Lockheed Sanders, Avionics Division, Nashua, N.H.    1994 - 1995
  - Development of error control chips for magnetic recording in space applications.
- Mobile Telecommunication Technologies, Jackson, MS.   1993 - 1998
  - Design and analysis of mobile networks for paging and data transfer, bulk data transfer using frame relay.
- Al-Elm Research and Development Corp., Raleigh, N.C.   1992 - 1994
  - Design and development of advanced digital voice and FAX encryption techniques.
- Intellivision, Atlanta, GA.               1992 - 1993
  - Design and development of automated telephone switching equipment.
- Unisys Corporation, San Jose, CA.           1991 - 1992
  - Design and development of error control algorithms for internodal communication in multiprocessing computer systems.
- II Morrow Inc., UPS Technical Systems, Salem, OR.     1990 - 1992
  - Analysis, design, and development of error control systems for mobile radio networks.
- Charter Leasing Corporation, Richmond, VA.       1990 - 1993
  - Analysis and design of digital switching systems for commercial telephony.

## CURRICULUM DEVELOPMENT

- Developed and implemented a course for Graduate Students entitled "Modern Cellular Communications: LTE to 5G" for the College of Engineering, Cornell University, Ithaca, New York (Fall 2019).

- Developed and implemented a course for Freshmen entitled "Wiretaps to Facebook: Security and Privacy in Information Networks" for the College of Engineering, Cornell University, Ithaca, New York (Fall 2010).

- Developed and implemented a course for Juniors entitled "Networks and Systems" for the School of Electrical Engineering, Cornell University, Ithaca, New York (Spring 2005).

4

- Developed and implemented a course for Seniors entitled "Artificial Intelligence and Expert Systems for Telecommunications Networks" for the School of Electrical Engineering, Cornell University, Ithaca, New York (Spring 1998).

- Developed and implemented a course for Freshmen entitled "Introduction to Telecommunications" for the College of Engineering, Cornell University, Ithaca, New York (Spring 1997).

- Developed and implemented a graduate course in Cryptography and Data Security for the School of Electrical Engineering, Cornell University, Ithaca, New York (Fall 1996).

- Academic Coordinator, Georgia Tech - Lorraine, Metz, France, September 1990 - March 1992.

- Developed and implemented two graduate courses in Error Control Coding and one graduate course in Cryptography and Data Security for the School of Electrical Engineering, Georgia Institute of Technology, Atlanta, Georgia.

- Developed and taught numerous short courses on digital communication systems, wireless information networks, error control, and cryptology.

## PH. D. STUDENTS (GRADUATED)

**Cornell University**

- **Stephanie Santoso** ("Navigating the IP Issues of 3D Printing," graduated Fall 2019)
- **Kolbeinn Karlsson** ("Design And Analysis Of Privacy Mechanisms For The Internet Of Things," graduated Summer 2018)
- **Shion Goha** ("Aspects of Privacy in Social Networks," graduated Summer 2016)
- **Dipayan Ghosh** ("Privacy-Aware Demand Response Systems," graduated Summer 2014)
- **Daniel Lee** ("Reliable and Energy-Efficient Wireless Sensor Networks for Mobile Healthcare Systems," graduated Summer 2011)
- **Nathan Karst** ("Combinatorial Designs For Key Distribution And Secure Re-Keying In Group Communication Systems," graduated Summer 2011)
- **Sergio Bermudez** ("Analysis of Topological Properties of Random Wireless Sensor Networks," graduated Summer 2010)
- **Mikhail Lisovich** ("Mobility And Privacy: Exploring Technical And Social Issues In Emerging Pervasive Sensor Networks," graduated Spring 2010)
- **Michael Eoin Buckley** ("Side Information Inference For Turbo Code Based Systems," graduated Fall 2009)
- **Coalton Bennett** ("Secure Data Reporting for Demand Response Systems," graduated Fall 2009)

- **Ania Kacewicz** ("Coding Theory for Security and Reliability in Wireless Networks," graduated Fall 2009)
- **Phillip Kuryloski** ("Design Strategies For Human Centered Sensor Networks," graduated Spring 2009)
- **Sameer Pai**, ("Co-Design Of Sensor Networking Technology And Privacy Policy," graduated Spring 2008)
- **Hui Qu**, ("Co-Designed Localization And Geographic Routing Algorithm For Sensor Networks," graduated Spring 2008)
- **Christina Tavoularis**, ("Event Detection and Queueing in Wireless Sensor Networks," Graduated Fall 2006)
- **Hazer Inaltekin**, ("Game Theoretic Mac Protocol Design And Interference Analysis For Wireless Networks," Graduated Spring 2006)
- **Xin Zhang**, ("Distributed Source Coding in Sensor Networks," graduated Spring 2006)
- **Martin Roth**, ("TERMITE: A Swarm Intelligent Routing Algorithm for Mobile Wireless Ad Hoc Networks," graduated Winter 2005)
- **Prince Samar**. ("Optimizing Protocols for Mobility in Ad Hoc Networks," graduated Summer, 2004)
- **Yasser Mourtada**. ("Content-Aware Routing Schemes," graduated Summer, 2004)
- **Allen MacKenzie**. ("Game Theoretic Analysis of Medium Access Control Protocols," graduated Spring, 2003)
- **Ewald Hueffmeier, Jr**. (Applied Mathematics - Turbo Decoding Architectures and Algorithms for Wireless Data Systems, graduated Summer, 2002)
- **Xie Xi** (AI and Expert Systems for Random Access Protocols, graduated Summer, 2002)
- **Bhaskar Krishnamarchari** ("Complexity and Phase Transitions in Wireless Networks," graduated Spring, 2002)
- **Sarah Spence** ("Subfield Subcodes of Reed-Solomon Codes," graduated Spring, 2002)
- **Eric Sakk** ("Wavelets Based on Reed-Muller Coding," graduated Spring, 2002)
- **Frederic Fontaine** ("Iterative Trellis Decoding for Block Codes," graduated Summer, 1999)
- **Saejoon Kim** ("Belief Propagation, Parameter Estimation, and Issues in Turbo Decoding," graduated Summer 1998)

**Georgia Tech**

- **Andreas Yankopolus**. ("Adaptive Error Control for Wireless Multimedia"), graduated Winter, 2004)
- **James Kosmach** ("Soft Decision Decoding for Wireless Mobile Systems," graduated Fall. 1998)
- **Amjad Luna** ("DSP Implementation of Advanced Decoder Architectures," graduated Winter, 1998
- **Jong-Il Park** ("Turbo Equalization Algorithms,"  graduated Winter, 1998)
- **Thomas Tapp** ("Advanced Error Control Systems for Mobile Messaging Systems,"  graduated Summer, 1996)

- **Mahdi Zaidan** ("Tree Structure Trellis Codes," graduated Spring, 1996)
- **Xiao-An Wang** ("Trellis-Based Decoders and Neural Network Implementations," graduated Winter, 1996)
- **Ahmed El-Rifai** ("Application of Linear Block Codes to the McEliece Cryptosystem," graduated Fall, 1995)
- **Miin-Jong Hao** ("Performance Evaluation of Practical FSK, CPFSK, and ASK Detection Schemes for Coherent Optical Fiber Communication Systems," graduated Summer, 1995)
- **Slim Souissi** ("Adaptive Packet Combining in CDMA Systems," graduated Summer, 1994)
- **Deidre Williams** ("Key Management in the McEliece Cryptosystem," graduated Summer, 1994)
- **Lars Rasmussen** ("Trellis Coded Adaptive Rate Hybrid-ARQ Protocols over AWGN and Slowly Fading Rician Channels," graduated Summer 1993)
- **Mohssen Alabbadi** ("Integration of Error Correction, Encryption, and Signature Using Linear Error-Correcting Block Codes," graduated Summer 1993)
- **Michael Bartz** ("Soft Decision Decoders Based on Artificial Neural Networks," graduated Summer 1992)
- **Michael Rice** ("Adaptive Error Control Over Slowly Varying Channels," graduated Spring 1991)
- **Bruce Harvey** ("Adaptive Rate Convolutional Coding Using the Viterbi Decoder," graduated Spring 1991)

## PUBLICATIONS

### Theses

- Wicker, S. B., "The Geometry of Error Correcting Codes," Ph.D. Thesis, University of Southern California, Los Angeles, California, May 1987.

- Wicker, S. B., "A Microprocessor Based Diagnostic System," BS Thesis, University of Virginia, Charlottesville, Virginia, May 1982.

### Books

- Wicker, S. B., *Cellular Convergence and the Death of Privacy*, Oxford University Press, 2013.

- Wicker, S. B. and Kim, S., *Fundamentals of Codes, Graphs, and Iterative Decoding*, Boston: Kluwer Academic Press, 2002.

- Heegard, C. and Wicker, S. B., *Turbo Coding*, Boston: Kluwer Academic Press, 1999.

- Wicker, S. B., *Error Control Systems for Digital Communication and Storage*, Englewood Cliffs: Prentice Hall, 1995.

- Wicker, S. B. and Bhargava, V. K. (editors), *Reed-Solomon Codes and Their Applications*, Piscataway: IEEE Press, 1994.

- Chmora, A., and Wicker, S. B. (editors), *Error Control, Cryptology, and Speech Compression: Workshop on Information Protection, Moscow, Russia*, Lecture Notes in Computer Science, Volume 829, Heidelberg: Springer Verlag, 1994.

**Parts of Books**

- S. B. Wicker, "Privacy-Aware Design for the Monitoring, Control, and Protection of Critical Infrastructure," in *Homeland Security Threats, Countermeasures, and Privacy Issues* (ed. Giorgio Franceschetti), Artech House, 2010

- Z. Haas, J. Y. Halpern, L. Li, and S. B. Wicker, "A decision-theoretic approach to resource allocation in wireless multimedia networks," *Resource Allocation in Next Generation Wireless Networks* (W. Li and Y. Pan, eds.), Nova Science Publishers, 2005.

- P. Samar and S.B. Wicker, "On the Behavior of Communication Links in a Multi-Hop Mobile Environment," Frontiers in Distributed Sensor Networks, S.S. Iyengar and R.R. Brooks (eds.), CRC Press, 2005.

- B. Krishnamachari and S. B. Wicker, "Base Station Location Optimization in Cellular Wireless Networks using Heuristic Search Algorithms," book chapter in Soft Computing in Communications, Ed. L. Wang, Springer-Verlag, 2004.

- Wicker, S. B., "Cyclic Codes" in *Wiley Encyclopedia of Telecommunications*, (ed: J. Proakis), 2002.

- Bhaskar Krishnamachari, Stephen B. Wicker, Ramon Bejar, and Marc Pearlman, "Critical Density Thresholds in Distributed Wireless Networks," Advances in Coding and Information Theory, eds. H. Bhargava, H.V. Poor and V. Tarokh, Kluwer Publishers, 2002.

- Carla Games, Xi Xie, Stephen B. Wicker, and Bart Selman, "Heavy Tails, Phae Transitions, and the Nature of Cutoff," in *Codes, Graphs, and Systems*, Boston: Kluwer, 2002.

- Bhaskar Krishnamachari, Xi Xie, Bart Selman, and Stephen B. Wicker, "Analysis of Random Walk and Random Noise Algorithms for Satisfiability Testing," Principles and Practice of Constraint Programming - CP 2000, *Lecture Notes in Computer Science*, vol. 1894, Springer, September 2000.

- Bhaskar Krishnamachari and Stephen B. Wicker, "Global Search Techniques for Problems in Mobile Communications," in *Telecommunications*

*Optimization: Adaptive and Heuristic Approaches*, Eds. David Corne et al., John Wiley & Sons Publishers, October 2000.

- Costello, D., Hagenauer, J., Imai, H., and Wicker, S. B., "Applications of Error Control Coding," *Information Theory: 50 Years of Discovery* (S. Verdú and S. McLaughlin, ed), IEEE Press, 1999.

- Wicker, S. B., "Deep Space Applications," *Handbook of Coding Theory*, (Vera Pless and William Cary Huffman, ed.), Amsterdam: Elsevier, 1998.

- Wicker, S. B. and Bhargava, V. K., "Introduction," in *Reed-Solomon Codes and Their Applications*, (S. B. Wicker and V. K. Bhargava, ed.), IEEE Press, 1994.

- Wicker, S. B. and Bartz, M., "Reed-Solomon Codes in Hybrid Automatic-Repeat-Request Protocols," in *Reed-Solomon Codes and Their Applications*, (S. B. Wicker and V. K. Bhargava, ed.), IEEE Press, 1994.

- Alabbadi, M. and Wicker, S. B., "Susceptibility of Digital Signature Schemes Based on Error-Correcting Codes to Universal Forgery," in *Error Control, Cryptology, and Speech Compression: Workshop on Information Protection, Moscow, Russia* (A. Chmora and S. B. Wicker, ed.), Lecture Notes on Computer Science, Volume 829, Heidelberg: Springer Verlag, 1994.

- Souissi, Slim and Wicker, S. B., "Application of Packet Combining Techniques to a DS/CDMA System Using Convolutional Encoding and Sequential Decoding", in *Communication Theory and Applications II* (B. Honary, M. Darnell, and P. Farrell, ed.) London: HW Communications Publishing Ltd, 1993.

- Wicker, S. B., "Trellis Coded Hybrid-ARQ Protocols," in *Communication, Control, and Signal Processing*, pp. 339 - 346, (Erdal Erikan, ed.), Amsterdam: Elsevier Publishing (1990).

**Refereed Journal Articles (published or to appear)**

- S. B. Wicker, "The Ethics of Zero-Day Exploits – The NSA Meets the Trolley Car," *Communications of the ACM*, January 2021.

- S. B. Wicker, "eBook Surveillance and the Threat to Freedom of Association," *Journal of Information Security and Applications*, Volume 55, December 2020.

- S. B. Wicker and D. Ghosh, "Reading in the Panopticon – Your Kindle May Be Spying on You, But You Can't Be Sure," *Communications of the ACM*, Volume 63, No. 5, May 2020.

- S. B. Wicker, "Smartphones, Contents of the Mind, and the 5th Amendment," *Communications of the ACM*, April 2018.

✦ S. B. Wicker, "Forced Decryption and the Fifth Amendment: A Technical Perspective," *The Proceedings of the IEEE*, January 2018.

✦ S. B. Wicker and K. Karlsson, "Ad Blockers: Technology, Ethics, and a Serious Difference of Opinion," *Communications of the ACM*, October, 2017.

✦ A. S. Kubesch and S. B. Wicker, "Digital rights management: The cost to consumers," in *Proceedings of the IEEE*, vol.103, no.5, pp.726-733, May 2015

• S. M. Santoso and S. B. Wicker, "The future of three-dimensional printing: Intellectual property or intellectual confinement?" *New Media & Society*, June 12, 2014

• Wicker, S. B. and Santoso, S., "Access to the Internet is a Human Right," *Communications of the ACM*, June 2013.

• N. Karst, S. B. Wicker. "On the rekeying load in group key distributions using cover-free families," *IEEE Transactions on Information Theory,* Vol. 58, No. 10, October 2012, pp. 6667 – 6671.

• S. B. Wicker, "The Loss of Location Privacy in the Cellular Age," *Communications of the ACM,* Vol. 55, No. 8, August 2012, pp. 60 - 68.

• S. B. Wicker, "Digital Telephony and the Question of Privacy," *Communications of the ACM,* Vol. 54, No. 7, July, 2011, pp. 88 – 98.

• S. B. Wicker and D. E. Schrader, "Privacy-Aware Design Principles for Information Networks," *Proceedings of the IEEE*, February 2011, pp. 330 - 350.

• Mikhail Lisovich, Deirdre Mulligan, and Stephen B. Wicker, "Inferring Personal Information from Demand-Response Systems," *IEEE Security and Privacy Magazine*; January/February 2010.

• Anna Kacewicz and Stephen B. Wicker, "Redundancy Minimizing Techniques for Robust Transmission in Wireless Networks," *Journal of Communications and Networks*, 11:564-573, 2009.

• H. Inaltekin, M. Chiang, H. V. Poor and S.B. Wicker, "The behavior of unbounded path-loss models and the effect of singularity on computed network characteristics," *IEEE J. Selected Areas Communications*, September 2009

• H. Inaltekin and S.B. Wicker, "A One-shot Random Access Game for Wireless Networks – Behavior of Nodes at Nash Equilibria" *IEEE/ACM Trans.*

*on Networking*, December 2008.

- S. Pai, M. Meingast, T. Roosta, S. Bermudez, S. Wicker, D. Mulligan, and S. S. Sastry, "Confidentiality in Sensor Networks: Transactional Information," *IEEE Security and Privacy Magazine*; July/August 2008.

- P. Venkitasubramaniam, He Ting, Lang Tong, Stephen B. Wicker, "Toward an analytical approach to anonymous wireless networking," *IEEE Communications Magazine,* vol.46, no.2, pp.140-146, February 2008

- H. Qu and S. B. Wicker, "A Combined Localization and Geographic Routing Algorithm for Rapidly-Deployed Wireless Sensor Networks", *International Journal of Distributed Sensor Networks*, Volume 4, Issue 1 January 2008, pages 44 - 63.

- H. Qu and S. B. Wicker, "Co-Designed Anchor-Free Localization and Location-Based Routing Algorithm for Rapidly-Deployed Wireless Sensor Networks", *Information Fusion*, 2008.

- M. Meingast, S. Pai, S. Wicker, S. S. Sastry, "Privacy in Camera Networks, A Technical Perspective," EECS Department, University of California, Berkeley, *Technical Report* UCB/EECS-2007-94, July 2007.

- X. Zhang, J. Chen, S. B. Wicker, and T. Berger, "Successive Coding in Multiuser Information Theory", *IEEE Transactions on Information Theory*, Volume 53, No. 6, June 2007, pp. 2246 – 2254.

- P. Samar and S. B. Wicker, "Link Dynamics and Protocol Design in a Multi-Hop Mobile Environment," *IEEE Transactions on Mobile Computing*, September 2006.

- X. Zhang, S. B. Wicker, "On the Optimal Distribution of Sensors in a Random Field", *ACM Transactions on Sensor Networks*, March 2006.

- J. Chen, X. Zhang, T. Berger and S. B. Wicker "The Sum-Rate Distortion Function and Optimal Rate Allocation for the Quadratic Gaussian CEO Problem" *IEEE Journal on Selected Areas in Communications*: Special Issue on Sensor Networks, Volume 22, No. 6, August 2004.

- Bhaskar Krishnamachari, Rung-Hung Gau, Stephen B. Wicker, and Zygmunt J. Haas, "Optimal Sequential Paging in Cellular Networks," ACM/Baltzer Wireless Networks, Vol 10, No. 2, March 2004.

- Bhaskar Krishnamachari, Stephen Wicker, Ramon Bejar and Cesar Fernandez, "On the Complexity of Distributed Self-Configuration in Wireless Networks," in Kluwer Journal on Telecommunication Systems, Special Issue

on Wireless Networks and Mobile Computing, Eds. I. Stojmenovic and S. Olariu, Vol. 22, No. 1, January/April 2003.

- B. Krishnamachari, Y. Mourtada, and S. Wicker, "The Energy-Robustness Tradeoff for Real-Time Information Routing in Wireless Sensor Networks," submitted to the *Special Issue of Elsevier Computer Networks on Wireless Sensor Networks*, October 2002.

- Andrea Goldsmith And Stephen B. Wicker, "Design Challenges For Energy-Constrained Ad Hoc Wireless Networks," IEEE Wireless Communications Magazine, August, 2002.

- Allen B. MacKenzie and Stephen B. Wicker, "Game Theory and the Design of Self-Configuring, Adaptive Wireless Networks," *IEEE Communications Magazine*, November 2001.

- Buckley, M. E. and Wicker, S. B., "The Design and Performance of a Neural Network for Predicting Decoder Error in Turbo-Coded ARQ Protocols," *IEEE Transactions on Communications*, Volume 48, Number 4, pp. 566 - 576, April 2000.

- Park, J. I., Wicker, S. B., and Owen, H. L., "Trellis-Based Soft Output Adaptive Equalization Techniques for TDMA Cellular Systems," *IEEE Transactions on Vehicular Technology*, pp. 83 – 94, January 2000.

- Wang, X.A., and Wicker, S. B., "The BCJR Trellis and the Design and Implementation of Trellis Decoders for Some BCH Codes," *Applicable Algebra in Engineering, Communication, and Computing*, Volume 9, Number 6, 1999, pp. 521 - 546.

- Buckley, M. E. and Wicker, S. B., "A Neural Network for Predicting Decoder Error in Turbo Decoders," *IEEE Communications Letters*, Volume 3, Number 5, May 1999, pp. 145 - 147.

- Tapp, T., Luna, A., Wang, X.A., and Wicker, S. B., "BCH Soft Decision Decoders for Mobile Data Applications," *IEEE Transactions on Communications*, Volume 47, Number 3, pp. 333 – 337, March 1999.

- Luna, A., Fontaine, F. and Wicker, S. B., "Iterative Maximum Likelihood Trellis Decoding for Block Codes," *IEEE Transactions on Communications*, Volume 47, Number 3, pp. 338 – 342, March 1999.

- Costello, D., Hagenauer, J., Imai, H., and Wicker, S. B., "Applications of Error Control Coding," *IEEE Transactions on Information Theory*, 50th Anniversary Issue, Volume 44, Number 6, pp. 2531 - 2560, October 1998.

12

- Zaidan, M. Y. and Wicker, S. B., "Trellis Coded Modulation with $\sigma$-Tree Codes," *IEEE Transactions on Information Theory*, Volume 43, Number 6, pp. 2005 - 2012, November, 1997.

- Hao, M.-J. and Wicker, S. B., "The Effect of Error Control Coding in Multichannel FSK Coherent Lightwave Communication Systems," *IEEE Journal of Lightwave Technology*, Volume 14, Number 12, pp. 2648 - 2656, December, 1996.

- Rasmussen, L. K., Bartz, M. J., and Wicker, S. B., "A Comparison of Trellis Coded and Reed-Solomon Coded Hybrid-ARQ Protocols over Slowly Fading Rayleigh Channels," *Wireless Personal Communications*, Volume 2, Number 4, pp. 393-413, 1996.

- Wang, X-A, and Wicker, S. B., "Generalized Soft Decision Decoding for Concatenated Systems," *IEEE Transactions on Information Theory*, Volume 42, Number 2, pp. 543-553, March, 1996.

- Wang, X-A, and Wicker, S. B., "The Analog Neural Net Viterbi Decoder," *IEEE Transactions on Communications*, Volume 44, Number 2, February, 1996, pp. 165 - 171.

- Rasmussen, L. and Wicker, S. B., "Trellis Coded, Type-I Hybrid-ARQ Protocols Based on CRC Error-Detecting Codes," *IEEE Transactions on Communications*, Volume 43, Number 10, October, 1995, pp. 2569 - 2575.

- Hao, M.-J. and Wicker, S. B., "Performance Evaluation of  FSK and CPFSK Optical Communication Systems: A Stable and Accurate Method," *IEEE Journal of Lightwave Technology*, Volume 13, Number 8, August 1995, pp 1613 - 1623.

- Rasmussen, L. and Wicker, S. B., "A Comparison of Two Code Combining Techniques for Equal Gain, Trellis Coded Diversity Receivers," *IEEE Transactions on Vehicular Technology*, Volume 44, Number 2, May, 1995, pp. 291 - 295.

- Souissi, S. and Wicker, S. B., "A Diversity Combining DS/CDMA System with Convolutional Encoding and Viterbi Decoding," *IEEE Transactions on Vehicular Technology*, Volume 44, Number 2, May, 1995, pp. 304 - 312.

- Wicker, S. B. and Bartz, M., "Type-II Hybrid-ARQ Protocols Using Punctured MDS Codes," *IEEE Transactions on Communications*, Vol. 42, No. 4, pp. 1431-1440, April 1994.

- Rice, M. D. and Wicker S. B., "A Sequential Testing Scheme for Adaptive Error Control on Slowly Varying Channels" *IEEE Transactions on Communications*, Vol. 42, No. 4, pp. 1533-1543, April 1994.

- Harvey, B. A. and Wicker, S. B., "Packet Combining Systems Based on the Viterbi Decoder" *IEEE Transactions on Communications,* Vol. 42, No. 4, pp. 1544-1557, April 1994.

- Rice, M. D. and Wicker, S. B., "Adaptive Error Control for Slowly Varying Channels," *IEEE Transactions on Communications*, Vol. 42, No. 3, pp. 917-926, March 1994.

- Wicker, S. B. and Bartz, M., "The Design and Implementation of Type-I and Type-II Hybrid-ARQ Protocols Based on First-Order Reed-Muller Codes," *IEEE Transactions on Communications*, Vol. 42, No. 3, pp. 979-987, March 1994.

- Rasmussen, L. and Wicker, S. B., "Trellis Coded Hybrid-ARQ Protocols over AWGN and Slowly Fading Rician Channels," *IEEE Transactions on Information Theory*, Volume 40, Number 2, March 1994, pp. 418-428.

- Rasmussen, L. and Wicker, S. B., "A Comparison of Two Retransmission Request Mechanisms for Trellis Coded Modulation," *Electronics Letters*, Volume 29, Number 25, pp. 2162 - 2163, December 9, 1993.

- Rice, M. D. and Wicker, S. B., "Modified Majority-Logic Decoding of Cyclic Codes in Hybrid-ARQ Systems, *IEEE Transactions on Communications*, Volume 40, Number 9, pp. 1413 - 1417, September, 1992.

- Alabbadi, M. and Wicker, S. B., "Cryptanalysis of the Harn-Wang modification of the Xinmei signature scheme," *Electronics Letters*, Volume 28, Number 18, pp. 1756 - 1757, August 27, 1992.

- Wicker, S. B., "Reed-Solomon Error Control Coding for Data Transmission over Rayleigh Fading Channels with Feedback," *IEEE Transactions on Vehicular Technology*, Volume 41, Number 2, pp. 124 - 133, May 1992.

- Alabbadi, M. and Wicker, S. B., "The Security of Xinmei's Digital Signature Scheme" *Electronics Letters*, Volume 28, Number 9, pp. 890 - 891, April 1992.

- Wicker, S. B., "Adaptive Rate Error Control Through the Use of Diversity Combining and Majority-Logic Decoding in a Hybrid-ARQ Protocol," *IEEE Transactions on Communications*, Volume 39, Number 3, pp. 380 - 386, March 1991.

- Harvey, B and Wicker, S. B., "Error-Trapping Viterbi Decoding for Type-I Hybrid-ARQ Protocols," *Canadian Journal of Electrical and Computer Engineering*, Volume 16, Number 1, pp. 5 - 12, January 1991.

- Wicker, S. B., "Muting Algorithms Based on the Use of Side Information Generated by Error Control Systems," *IEEE Transactions on Vehicular Technology*, Volume 39, No 2, pp. 171 - 176, May 1990.

- Wicker, S. B., "Modified Majority-Logic Decoders for Use in Convolutionally Encoded Hybrid-ARQ Systems," *IEEE Transactions on Communications*, Volume 38, No. 3, pp. 263 - 266, March 1990.

- Wicker, S. B., "High Reliability Data Transfer over the Land Mobile Radio Channel," *IEEE Transactions on Vehicular Technology*, Volume 39, No 1, pp. 48 - 55, February 1990.

**Refereed Conference Papers**

- S. B. Wicker, "eBook Readers, Location Surveillance, and the Threat to Freedom of Association," International Conference on Availability, Reliability, and Security, August 26 – 29, 2019, Canterbury, UK.

- K. Karlsson, K., Adams, D., Rubambiza, G., Xian, Z., van Renesse, R., Weatherspoon, H., Wicker, S., "Untethered: Deployable Blockchains for IoT Environments," ACM Symposium on Cloud Computing 2018 (SoCC '18), October 2018.

- Karlsson, K., Wicker, S., Weatherspoon, H., van Renesse, R., "Vegvisir: An energy-efficient, partition-tolerant blockchain." Proceedings of the International Conference on Distributed Computing Systems (ICDCS), 2018

- Kolbeinn Karlsson; Zhiming Shen; Weijia Song; Hakim Weatherspoon; Robbert van Renesse; Stephen Wicker, "Toward an Emergency Edge Supercloud," ACM Symposium on Cloud Computing 2017 (SoCC '17), Santa Clara, California, September 25-27, 2017

- Shion Guha and Stephen B Wicker. "Connecting Grounded Theory and Machine Learning: Setting a Research Agenda for Human Centered Data Science," Human Centered Data Science Workshop, ACM Conference on Computer Supported Cooperative Work and Social Computing, San Francisco, CA, February 27 – March 2, 2016.

- Kolbeinn Karlsson and Stephen B. Wicker, "The Effect of Location Granularity on Semantic Location Inferences," in *Proc. of the 49th Hawaiian Conference on System Science* (HICSS-46), Kauai, Hawaii, Jan. 2016.

- Shion Guha and Stephen B. Wicker. 2015. Spatial subterfuge: an experience sampling study to predict deceptive location disclosures. In *Proceedings of the 2015 ACM International Joint Conference on Pervasive and Ubiquitous Computing* (UbiComp '15). ACM, New York, NY, USA, 1131-1135.

- Shion Guha and Stephen B. Wicker,  "Do Birds of a Feather Watch Each Other? Homophily and Social Surveillance in Location Based Social Networks," *Proceedings of the 18th ACM conference on Computer-Supported Cooperative Work and Social Computing*, Vancouver, BC, Canada, March 14-18, 2015.

- Dipayan Ghosh, Jubo Yan, William Schulze, Dawn Schrader, and Stephen Wicker, "The Valuation of Smart Metering Privacy," HUPS, ACM SOUPS 2013, Newcastle, UK.

- Dipayan Ghosh, Stephanie Santoso, Stephen Wicker, Dawn Schrader, Jubo Yan, and William Schulze, "Risky Business: A Study on User Awareness and Valuation of Cellular Privacy Risks," U-PRISM, ACM MobileHCI 2013, Munich, Germany.

- Xiao-an Wang and Stephen B. Wicker, "Channel Estimation and Feedback in OFDM Systems," to appear in the *Proceedings of the 2013 IEEE Vehicular Technology Conference* (VTC-2013), 2-5 June 2013, Dresden, Germany.

- Dipayan P. Ghosh, Robert J. Thomas, and Stephen B. Wicker. "A Privacy-Aware Design for the Vehicle-to-Grid Framework," in *Proc. of the 46th Hawaiian Conference on System Science* (HICSS-46), Maui, Hawaii, Jan. 2013.

- Dipayan P. Ghosh, Dawn E. Schrader, William D. Schulze, and Stephen B. Wicker, "Economic Analysis of Privacy-Aware Advanced Metering Infrastructure Adoption," *Proceedings of the IEEE Innovative Smart Grid Technologies Conference* (ISGT) 2012.

- Dipayan P. Ghosh, Stephen B. Wicker and Larry E. Blume, "Game Theoretic Analysis of Privacy-Aware Advanced Metering Infrastructure," Proceedings of IEEE Innovative Smart Grid Technologies Conference (ISGT) Europe 2011.

- Stephen B. Wicker and Robert J. Thomas, "A Privacy-Aware Architecture For Demand Response Systems" in Proc. of the 44 Hawaiian Conference on System Science (HICSS-44), Kauai, Hawaii, January 10, 2011. Nominee for best paper award.

- Anna Kacewicz and Stephen B. Wicker, "Application of Reed-Muller Codes for Localization of Malicious Nodes, " in *Proc. IEEE International Conference on Communications* (ICC'10), Cape Town, South Africa, May 23–27, 2010.

- Sergio Bermudez and Stephen B. Wicker, "Partial connectivity of multi-hop two-dimensional finite hybrid wireless networks," in *Proc. IEEE International*

16

*Conference on Communications* (ICC'10), Cape Town, South Africa, May 23–27, 2010.

- Bennett C., Wicker S. B., "Decreased Time Delay and Security Enhancement Recommendations for AMI Smart Meter Networks." *2010 PES Innovative Smart Grid Technologies Conference.*, Gaithersburg, Maryland, January 19th-21st, 2010

- Anna Kacewicz and Stephen B. Wicker, "Secrecy and Reliability using Raptor Codes in the Presence of a Wiretapper in a Multiple Path Wireless Network", Proceedings of International Conference on Wireless Communications and Signal Processing, Nanjing, China, Nov 13, 2009 - Nov 15, 2009.

- Bennett C., Wicker S. B., Cardell J., "A Review of the Communication Protocols for Smart Grid AMI Systems." *Fifth Annual Carnegie Mellon Conference on the Electricity Industry: Smart Grids 2009.,* Pittsburgh, Pennsylvania, 2009

- S. Bermudez and S. B. Wicker, "Connectivity analysis under shadowing in wireless networks with data correlation topology control," in Proc. IEEE International Symposium on Wireless Pervasive Computing (ISWPC'09), Melbourne, Australia, Feb. 11–13, 2009.

- S. Bermudez and S. B. Wicker, "Connectivity of finite wireless networks with random communication range nodes," in Proc. IEEE International Conference on Communications (ICC'09), Dresden, Germany, Jun. 14–18, 2009.

- Anna Kacewicz, Stephen B. Wicker, "Optimizing redundancy using MDS codes and dynamic symbol allocation in mobile ad hoc networks," *Proceedings of the Conference on Information Science and Systems* (CISS), 1093-1098, 2008.

- S. A. Bermudez and S. B. Wicker, "On the connectivity of finite wireless networks with multiple base stations," in Proc. 17th International Conference on Computer Communications and Networks (ICCCN'08), Saint Thomas, U.S. Virgin Islands, Aug. 3–7, 2008.

- H. Inaltekin, M. Chiang, H. V. Poor and S. B. Wicker, "On the asymptotic behavior of selfish transmitters sharing a common wireless communication channel," *Proceedings of the 2008 IEEE International Symposium on Information Theory*, Toronto, Canada, July 2008.

- S. Bermudez and S. B. Wicker, "Taking Advantage of Data Correlation to Control the Topology of Wireless Sensor Networks," 15th International Conference on Telecommunications 16-19 June, 2008, St. Petersburg, Russia

17

- M. Lisovich, S. Bermudez, and S. B. Wicker, "Reconfiguration in Heterogeneous Mobile Wireless Sensor Networks" *Proceedings of the International Symposium on Wireless Pervasive Computing 2008*, 7-9 May, 2008, Santorini, Greece.

- M. Lisovich and S. B. Wicker, "Privacy Concerns in Upcoming Residential and Commercial Demand-Response Systems," Clemson Power Systems Conference 2008, March 2008

- C. Bennett, J. Cardell, S. Wicker. "Residential Demand Response Wireless Sensor Network". *Proceedings of the Fourth Annual Carnegie Mellon Conference on the Electricity Industry*, Carnegie Mellon University Department of Electrical Engineering, 5, March, 2008.

- S. Jiang, Y. Cao, S. Iyengar, P. Kuryloski, R. Jafari, Y. Xue, R. Bajcsy, S. Wicker. "CareNet: An Integrated Wireless Sensor Networking Environment for Remote Healthcare," *Proceedings of the 3rd International Conference on Body Area Networks* (BODYNETS 2008), March 13-15, 2008.

- T. Roosta, S. Pai, P. Chen, S. S. Sastry, S. Wicker, "The Inherent Security of Routing Protocols in Ad-Hoc and Sensor Networks," *Proceedings of the 50th Annual IEEE Global Communications Conference* (IEEE GLOBECOM'07), 26-30 November 2007, Washington, DC.

- H. Inaltekin, C. Tavoularis and S. B. Wicker, "Event Detection Time Calculations for Mobile Sensor Networks Using First Passage Processes", *Proceedings of the 50th Annual IEEE Global Communications Conference* (IEEE GLOBECOM'07), 26-30 November 2007, Washington, DC.

- H. Inaltekin and S. B. Wicker, "Random Access Games: Selfish Nodes with Incomplete Information", *Proceedings of IEEE MILCOM 2007*, Orlando, Florida.

- C. Tavoularis and S. B. Wicker, "Optimal sleep strategies with respect to traffic patterns in wireless sensor networks," *Proceedings of the IEEE International Conference on Communications* (ICC '07), Scotland.

- P. Kuryloski, S. Pai, S. Wicker, Y. Xue, "MedSN System for In-Home Patient Monitoring: Architecture, Privacy and Security" *Proceedings of the Joint Conference on High Confidence Medical Devices, Software, and Systems* (HCMDSS'07) and Medical Device Plug-and-Play Interoperability (MD PnP'07), 25-27 June 2007, Boston, MA.

- H. Inaltekin and S.B. Wicker, "Random Access Game Under Incomplete Information", 4th Workshop on Embedded Networked Sensors 2007.

- H. Inaltekin, T. Wexler, S.B. Wicker, "A Duopoly Pricing Game for Wireless IP Services", *Proceedings of the Fourth Annual IEEE Communications Society Conference on Sensor, Mesh and Ad Hoc Communications and Networks* (SECON 2007), June 18 – 21, 2007, San Diego, CA.

- H. Inaltekin and S. B. Wicker, "The Behavior of Unbounded Path-loss Models and the Effect of Singularity on Computed Network Interference", *Proceedings of the Fourth Annual IEEE Communications Society Conference on Sensor, Mesh and Ad Hoc Communications and Networks* (SECON 2007), June 18 – 21, 2007, San Diego, CA.

- S. Pai, P. Kuryloski, H. Yip, S. Yennamandra, S. Wicker, K. Boehner, and G. Gay, "Networks Of Sensors In Public Spaces: Combining Technology With Art," *Proceedings of IEEE International Symposium on Ubiquitous Computing and Intelligence* (UCI'07), 21-23 May 2007, Niagara Falls, Ontario, Canada.

- S. Pai, T. Roosta, S. Wicker, and S. S. Sastry, "Using Social Network Theory Towards Development Of Wireless Ad hoc Network Trust," *Proceedings of 3rd IEEE International Symposium on Security in Networks and Distributed Systems* (SSNDS'07), 21-23 May 2007, Niagara Falls, Ontario, Canada.

- H. Inaltekin and S. B. Wicker, "The Analysis of a Game Theoretic MAC Protocol for Wireless Networks", Third Annual IEEE Communications Society Conference on Sensor, Mesh and Ad Hoc Communications and Networks (SECON 2006), September 25 – 28, Reston, VA.

- Hui Qu and Stephen B. Wicker, "Anchor-free localization in rapidly-deployed wireless sensor networks," in *Proc. of 2006 IEEE International Conference on Mobile Ad Hoc and Sensor Systems* (MASS), pp. 627--632.

- Hui Qu and Stephen B. Wicker, "A combined localization and location-based routing algorithm for rapidly-deployable wireless sensor networks," presented in the 2nd International Symposium on Innovations and Real-Time Applications of Distributed Sensor Networks, Crystal City, Washington DC, USA, October 16, 2006.

- H. Inalketin, S. B. Wicker, "A One-shot Random Access Game For Wireless Networks," The International Conference on Wireless Networks, Communications, and Mobile Computing (WirelessCom 2005), June 13-16, 2005, Maui, Hawaii.

- X. Zhang, S. B. Wicker "Robustness vs. Efficiency in Sensor Networks,", *Proceedings of Information Processing in Sensor Networks* (IPSN), Berkeley, 2005.

- X. Zhang, S. B. Wicker "Robustness vs. Efficiency for the Quadratic Gaussian CEO Problem,"  Allerton Conference, 2004.

- P. Samar and S.B. Wicker, "Characterizing the Communication Links of a Node in a Mobile Ad Hoc Network," *Proceedings of ICC 2004*, Paris, France.

- X. Zhang, S. B. Wicker "How to distribute sensors in a random field," *Proceedings of Information Processing in Sensor Networks* (IPSN), Berkeley, 2004.

- M. Roth, S. Wicker, "Route Filtering in Swarm Intelligent MANETs," Tenth Annual International Conference on Mobile Computing and Networking (MobiCom), Philadelphia, USA, 2004.

- P. Samar and S.B. Wicker, "On the Behavior of Communication Links of a Node in a Multi-Hop Mobile Environment," accepted for presentation at The Fifth ACM International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc), Tokyo, Japan, 2004.

- Y. Mourtada and S. Wicker, "LGMA: Localized Gradient Management Algorithm for Mobile Wireless Sensor Networks," *Proceedings of the Symposium on Defense & Security*, April 04.

- M. Roth, S.Wicker, "Termite: Emergent Ad-Hoc Networking," *Proceedings of the Second Mediterranean Workshop on Ad-Hoc Networks*, Medhia, Tunisia, 2003.

- J. Chen, X. Zhang, T. Berger and S. B. Wicker "Rate Allocation in Distributed Sensor Network", *Proceedings of the Allerton Conference* 2003.

- M. Roth, S. Wicker, Termite: Ad-Hoc Networking with Stigmergy, IEEE Globecomm 2003, San Francisco, USA, 2003.

- Sakk, E. and Wicker, S.B., Wavelet packets for error control coding, *Proceedings of the SPIE 48th Annual Meeting* (Wavelets X), San Diego, CA, August 3-8, 2003.

- A. B. MacKenzie and S. B. Wicker, "Stability of Slotted Aloha with Multipacket Reception and Selfish Users," *Proceedings of Infocom 2003*.

- B. Krishnamachari, Y. Mourtada, and S. Wicker, "The Energy-Robustness Tradeoff for Routing in Wireless Sensor Networks," *Proceedings of IEEE 2003 International Conference on Communications,* ICC 2003, Anchorage, Alaska, May 2003.

- Y. Mourtada, M. Swanson, and S. Wicker, "Statistical Performance Analysis of Address-Centric Performance versus Data-Centric Directed Diffusion

Approach in Wireless Sensor Networks," Aerosense 2003 Symposium on Battlespace Digitization and Network Centric Systems III, April 2003.

- Yurong Chen and Stephen B. Wicker, On Selection of Optimal Transmission Power for Ad hoc Networks, *Proceedings of the Hawaii International Conference on System Science* (HICSS-36), Big Island, Hawaii, Jan. 6-9, 2003.

- Y. Mourtada, and S. Wicker, "On the Effect on Robustness of Topological Factors in Wireless Sensor Networks", *Proceedings of the Workshop on Mobile and Wireless Networks MWN 2003*, December 2002.

- Ewald Hueffmeier, Janak Sodha, and Stephen B. Wicker, "On the Termination of the BCJR Algorithm," *Proceedings of the Third International Symposium on Communication Systems, Networks And Digital Signal Processing*, Staffordshire, England, 15-17 July 2002.

- Bhaskar Krishnamachari, Deborah Estrin, Stephen Wicker, ``The Impact of Data Aggregation in Wireless Sensor Networks," International Workshop on Distributed Event-Based Systems, (DEBS '02), held in conjunction with IEEE ICDCS, Vienna, Austria, July 2002.

- Bhaskar Krishnamachari, Ramon Bejar, and Stephen B. Wicker, "Distributed Problem Solving and the Boundaries of Self-Configuration in Multi-hop Wireless Networks" Hawaii International Conference on System Sciences (HICSS-35), January 2002.

- Bhaskar Krishnamachari, Stephen B. Wicker, and Ramon Bejar, "Phase Transition Phenomena in Wireless Ad-Hoc Networks" *Proceedings of Symposium on Ad-Hoc Wireless Networks, GlobeCom2001*, San Antonio, Texas, November 2001.

- A. B. MacKenzie and S. B. Wicker, "Game Theory in Communications: Motivation, Explanation, and Application to Power Control," *Proceedings of GlobeCom 2001*, San Antonio, Texas, November 2001.

- Bhaskar Krishnamachari, Rung-Hung Gau, Stephen B. Wicker, and Zygmunt J. Haas, "On the Performance of Sequential Paging for Mobile User Location," *Proceedings of the IEEE Vehicular Technology Conference* (VTC Fall 2001), Atlantic City, New Jersey, October 2001.

- Deepak Ganesan, Bhaskar Krishnamachari, Alec Woo, David Culler, Deborah Estrin, and Stephen Wicker, "Large-scale Network Discovery: Design Tradeoffs in Wireless Sensor Systems," student poster presented at the 18th ACM Symposium on Operating System Principles, Banff, Canada, October 2001.

- A. B. MacKenzie and S. B. Wicker, "Selfish Users in Aloha: A Game-Theoretic Approach," *Proceedings of IEEE Vehicular Technology Conference* (VTC Fall 2001), Atlantic City, New Jersey, October 2001.

- Sakk, E., Wicker, S.B., "Finite Field Wavelet Packets for Error Control Coding", *Proceedings of 39th Annual Allerton Conference on Communication, Control and Computing*, Urbana-Champaign, Il, October 2001.

- Bhaskar Krishnamachari, Ramon Bejar, and Stephen B. Wicker, "Distributed Constraint Satisfaction and the Bounds on Resource Allocation in Wireless Networks" *Proceedings of the Sixth International Symposium on Communications Theory & Application* (ISCTA01), Ambleside, UK, July 2001.

- Gomes, C. P., Wicker, S. B., Xie, X., and Selman, B., "A Connection Between Phase Transitions in Complexity and Good Decoding," *Proceedings of the International Symposium on Information Theory and Its Applications*, Honolulu, Hawaii, November 5 – 8, 2000.

- Bhaskar Krishnamachari, and Stephen Wicker, "Fixed Network Design in Cellular Systems using Local Search Algorithms," *Proceedings of the IEEE Vehicular Technology Conference*, Boston, Massachusetts, September 2000.

- Z. Haas, J. Y. Halpern, L. Li, and S. B. Wicker, "A decision-theoretic approach to resource allocation in wireless multimedia networks," *Proceedings of Dial M for Mobility*, 2000, pp. 86-95.

- Bhaskar Krishnamachari, Xi Xie, Bart Selman, and Stephen Wicker, "Analysis of Random Walk and Random Noise Algorithms for Satisfiability Testing," Sixth International Conference on Principles and Practice of Constraint Programming (CP 2000), Singapore, September  2000 (Lecture Notes in Computer Science, vol. 1894, Springer-Verlag, September 2000).

- M. E. Buckley, M. G. Ramos, S. H. Hemami, and S. B. Wicker, "Perceptually-Based Robust Image Transmission over Wireless Channels," *Proceedings of the 2000 International Conference on Image Processing*, Vancouver, B.C., September 10-13, 2000.

- M. E. Buckley, B. Krishnamachari, J. Hagenauer, and S. B. Wicker, "Improving Turbo Decoding via Cross-Entropy Minimization," *Proceedings of the IEEE International Symposium on Information Theory*, Sorrento, Italy, June 25-30, 2000.

- X. Xie and S. B. Wicker, "Solving Large Scale Channel Allocation Problems with Splitting Algorithms," accepted for presentation at ICC 2000, New Orleans, Louisiana, June 18-22, 2000.

22

- B. Krishnamachari and S. Wicker, "Experimental Analysis of Local Search Algorithms for Optimal Base Station Location," *Proceedings of the International Conference on Evolutionary Computing for Computer, Communication, Control and Power (ECCAP 2000),* Chennai, India, January 2000.

- S. Kim and S. B. Wicker, "Improved Turbo Decoding Through Belief Propagation," *Proceedings of the IEEE Global Communications Conference*, Rio de Janeiro, Brazil, December 5-9, 1999.

- J. I. Park, Y. Choi, S. B. Wicker, and H. L. Owen, "Trellis Based Turbo Equalization Techniques for Mobile Radio Receiver," *Proceedings of the 1999 International Conference on Telecommunication*, Cheju, Korea, Jun. 15, 1999 - Jun. 18, 1999.

- J. Kosmach and S. B. Wicker, "Reconfigurable Two-Stage Trellis Decoding for Reed-Solomon Codes," *Proceedings of the International Conference on Communications*, June 6 - 10, 1999, Vancouver, B.C. Canada.

- J. Kosmach and S. B. Wicker, "Algebraic-Sequential Reed-Solomon Trellis Decoding," *Proceedings of the IEEE Vehicular Technology Conference*, May 16 - 20, 1999, Houston, Texas.

- T. Fine, S. B. Wicker, T. Berger, and J. Halpern, "Sensor-Assisted Multiple Access Protocols for Wireless Networks, " *Proceedings of the 1998 International Conference on Universal Personal Communications*, Florence, Italy, October 5 - 9, 1998.

- S. Kim and S. B. Wicker, "An Exploration of the Relationship Between the Baum-Welch Algorithm and Turbo Decoding, " *Proceedings of the 1998 International Symposium on Information Theory*, Boston, MA, August 16-21, 1998.

- T. Fine, S. B. Wicker, T. Berger, and J. Halpern, "Sensor-Assisted ALOHA for Wireless Networks, " *Proceedings of the 1998 International Symposium on Information Theory*, Boston, MA, August 16-21, 1998.

- J. I. Park, S. B. Wicker, and H. L. Owen, "Soft Output Adaptive Equalization for GMSK Mobile Radio," *Proceedings of the IEEE Globecom '97*, Phoenix, Arizona, November 4 - 8, 1997.

- S. B. Wicker and J. J. Kosmach, "Advances in the Soft Decision Decoding of Reed-Solomon Codes," *Proceedings of the 1997 IEEE Pacific Rim Conference for Communications, Computers, and Signal Processing*, Victoria,  British Columbia, August 20 - 22, 1997.

- A. Luna and S. B. Wicker, "On Decreasing the Complexity of Trellis Decoding for Block Codes" *Proceedings of the Fourth International Symposium on*

*Communication Theory and Applications*, Ambleside, U. K., July 13 - 18, 1997.

- P. Coulton, B. Honary, M. Darnell, and . B. Wicker, "Application of Turbo Codes to HF Data Transmission," *Proceedings of the Seventh International Conference on HF Radio Systems and Techniques*, Nottingham, U. K., July 7 - 10, 1997.

- I. Martin, B. Honary, G. Markarian, and S. B. Wicker, "Trellis Based Type-II Hybrid ARQ Protocols for Reed-Muller Codes" *Proceedings of the* 1997 IEEE International Symposium on Information Theory, Ulm, Germany, June 29 - July 4, 1997.

- M.-J. Hao, S. B. Wicker, "Reed-Solomon Error Control Coding In Multichannel FSK Coherent Lightwave Systems" *Proceedings of the* 1997 IEEE International Symposium on Information Theory, Ulm, Germany, June 29 - July 4, 1997.

- Park, J. I., Wicker, S. B., and Owen, H. L., "Soft Output Equalization Techniques for $\pi/4$-DQPSK Mobile Radio," *Proceedings of the IEEE International Conference on Communications*, Montreal, Quebec,   June 8 - 12, 1997

- A. Luna and S. B. Wicker, "Sequential ML Trellis Decoding for Block Codes" *Proceedings of  the 1997 Conference on Information Sciences and Systems*, Baltimore, Maryland, March 19 - 21, 1997.

- Park, J.-I., Wicker, S. B., and Owen, H. L., "TDMA Cellular Soft Output Adaptive Equalization Based on the Modified-MAP Algorithm," *Proceedings of 1997 International Phoenix Conference on Computers and Communications*, Phoenix, pp. 557-562, February, 1997.

- Park, J.-I., Wicker, S. B., and Owen, H. L.,"Concatenation of MLSE Equalizer and Viterbi Decoder for TDMA Cellular Systems," pp. 723-727,  Proceedings of  1996 MILCOM, McLean, Virginia, October 1996.

- Wang, X.-A., and Wicker, S. B., "The Design and Implementation of Optimal Trellis Decoders for Some BCH Codes," *Proceedings of the 1996 International Symposium on Information Theory and Its Applications*,   pp. 700 - 703, Victoria, B. C., Canada, September 17 - 20, 1996.

- Wang, X.-A., and Wicker, S. B., "Recent Results: The Design and Implementation of Optimal Trellis Decoders for Some BCH Codes," *Abstracts, 1996 IEEE Information Theory Workshop*, pg. 73, Haifa, Israel, June 9 - 13, 1996.

- Tapp, T.,  Wang, X.-A., and Wicker, S. B., "Soft Decision Hybrid-ARQ Error Control for Mobile Data Networks," *Proceedings of the 1996  International*

*Conference on Communications Technology*, pp. 756 - 759. Beijing, China, May 5 - 7, 1996.

- Hao, M. J., and Wicker, S. B., "The Effect of Error Control Coding in Multichannel FSK Coherent Lightwave Communication Systems" *Proceedings of the 1996 IEE International Conference on Telecommunications*, pp. 398 - 405, Istanbul, Turkey, April  14 - 17, 1996.

- Souissi, S., and Wicker, S. B., "Dynamic Performance of a Random Access, Code Combining CDMA System," *Proceedings of the Sixth IEEE International Symposium on Personal, Indoor, and Mobile Radio Communications*, Toronto, Canada, September 27 - 29, 1995.

- Wang, X.-A. and Wicker, S. B., "A Soft Output Decoding Algorithm for Concatenated Systems," *Proceedings of IEEE International Symposium on Information Theory*, pg. 475, Whistler, British Columbia, Canada, September 17 - 22, 1995.

- Zaidan, M. Y., Barnes, C., and Wicker, S. B., "Tree-Structure Trellis Codes," *Proceedings of IEEE International Symposium on Information Theory*, pg. 185, Whistler, British Columbia, Canada, September 17 - 22, 1995.

- Wang, X.-A. and Wicker, S. B., "An Artificial Neural Net Viterbi Decoder," *Proceedings of IEEE International Symposium on Information Theory*, pg. 173, Whistler, British Columbia, Canada, September 17 - 22, 1995.

- Tapp, T.,  Wang, X.-A., and Wicker, S. B., "Soft Decision Decoders for Mobile Data Networks," *Proceedings of the Jamaican Conference on Communications*, pp. 36 - 39, Ocho Rios, Jamaica, August 18 - 20, 1995.

- Wang, X.-A. and Wicker, S. B. "A Neuralized Viterbi Decoder, *Proceedings of the 3rd International Symposium on Communication Theory and Applications*, Ambleside, England, 10 - 14 July, 1995.

- Wang, X.-A. and Wicker, S. B. "Generation and Performance of Efficient Soft Outputs in Viterbi Decoding," *Proceedings of the Seventh Joint Swedish-Russian International Workshop on Information Theory*, pp. 248 - 253, St. Petersburg, Russia, June 17 - 22, 1995.

- Wang, X.-A. and Wicker, S. B. "Viterbi Decoding with Soft Outputs and Adaptive Decoding Depth," *Proceedings of the Conference on Information Sciences and Systems*, pp. 37 - 43, The Johns Hopkins University, March 22 - 24, 1995.

- Wang, X.-A. and Wicker, S. B. "Generalized Soft Decision Decoding for Concatenated Systems," *Proceedings of the 3rd UK/Australian International Symposium on DSP for Communication Systems*, Coventry, UK, 12 - 14 December, 1994.

- Alabbadi, M., and Wicker, S. B., "A Digital Signature Scheme Based on Linear Block Codes," *Proceedings of ASIACRYPT'94*, Sydney, Australia, November 28 - December 1, 1994.

- Souissi, S., and Wicker, S. B., "Performance Analysis of a Random Access, Direct Sequence, Packet Combining, Code Division Multiple Access System," Communications Theory Mini- Conference '94 (Globecom '94), San Francisco, CA, November 27 - December 1, 1994.

- Alabbadi, M., and Wicker, S. B., "Combined Data Encryption and Reliability Using McEliece's Public Key Cryptosystem," *Proceedings of the International Symposium on Information Theory and Its Applications*, pp. 263 - 268, Sydney, Australia, November 20-25, 1994.

- Rasmussen, L. and Wicker, S. B., "A Performance Analysis for TCM Diversity Receivers Using Two Different Diversity Combining Techniques," *Proceedings of the IEEE Personal, Indoor, and Mobile Radio Commmunications Conference*, The Hague, Netherlands, September 19 – 23, 1994.

- Souissi, S. and Wicker, S. B., "Packet Combining Error Control for CDMA Systems," *Proceedings of the IEEE Third International Symposium on Spread Spectrum Techniques and Applications*, pp. 248-252, July 4 - 6, 1994, Oulu, Finland.

- Alabbadi, M. and Wicker, S. B., "Susceptibility of Digital Signature Schemes Based on Error-Correcting Codes to Universal Forgery," *Proceedings of the 1994 IEEE International Symposium of Information Theory*, pg. 494, June 27 - July 1, 1994, Trondheim, Norway.

- Rasmussen, L. and Wicker, S. B., "Performance Approximation for Trellis Coded Diversity Receivers over Slowly Fading Rayleigh Channels," *Proceedings of the 1994 IEEE International Symposium of Information Theory*, pg. 25, June 27 - July 1, 1994, Trondheim, Norway.

- Souissi, S. and Wicker, S. B., "A Diversity Combining DS/CDMA System with Convolutional Encoding and Viterbi Decoding," *Proceedings of the 1994 IEEE International Conference on Communications*, pp. 1412 - 1416, May 1 - 5, 1994, New Orleans, Louisiana.

- Rasmussen, L. and Wicker, S. B., "A Comparison of Two Error-Detection Schemes for Trellis Coded Hybrid-ARQ Protocols", *Proceedings of the Second International Symposium on DSP in Communication Systems*, 26- 29 April, 1994, Adelaide, South Australia.

- Rasmussen, L., Bartz, M., and Wicker, S. B., "A Comparison of Trellis Coded and Reed-Solomon Coded Hybrid-ARQ Protocols over Slowly Fading

Channels", *Proceedings of the International Conference on Universal Wireless Access*, 18 - 19 April, 1994, Melbourne, South Australia.

- Rasmussen, L. and Wicker, S. B., "A Performance Analysis of Trellis Coded, Hybrid-ARQ Protocols based on CRC Error-Detecting Codes," *Proceedings of the IEEE Global Communications Conference*, pp. 86-90, Houston, Texas, December 1993.

- Souissi, Slim and Wicker, S. B., "Application of Packet Combining Techniques to a DS/CDMA System Using Convolutional Encoding and Sequential Decoding", *Proceedings of the Second UK-CIS International Symposium on Communication Theory and Its Applications*,, pp. 167-174, July 12 - 16, 1993, Charlotte Mason College, Ambleside, Lake District, United Kingdom.

- Bartz, M. and Wicker, S. B., "Type-I and Type-II Reed-Muller Hybrid-ARQ Protocols" *Proceedings of the 1993 IEEE International Communications Conference*, pp. 1515-1520, May 23 - 26, 1993, Geneva, Switzerland.

- Rasmussen, L. and Wicker, S. B., "A Performance Analysis of Trellis Coded, Adaptive Rate Hybrid-ARQ Protocols over AWGN Channels," *Proceedings of the 1993 International Symposium on Information Theory*, pg. 384, San Antonio, Texas, January 17 - 22, 1993.

- Alabbadi, M. and Wicker, S. B., "Digital Signature Schemes Based on Error-Correcting Codes," *Proceedings of the 1993 International Symposium on Information Theory*, pg. 199, San Antonio, Texas, January 17 - 22, 1993.

- Rasmussen, L. K. and Wicker, S. B., "A Performance Analysis of Trellis Coded Hybrid-ARQ Protocols in a Fading Environment," *Proceedings of the 1992 IEEE Global Telecommunications Conference*, Orlando, Florida, December 6 - 9, 1992.

- Wicker, S. B. and Alabbadi, M., "Integrated Security and Error Control for Communication Networks Using the McEliece Cryptosystem," *Proceedings of the 1992 IEEE International Carnahan Conference on Security Technology*, pp. 172 - 178, Atlanta, Georgia, October 14 - 16, 1992.

- Harvey, B. A. and Wicker, S. B., "Packet Combining Systems Based on the Viterbi Decoder," *Proceedings of the 1992 IEEE Military Communications Conference*, pp. 757 - 761, San Diego, California, October 11 - 14, 1992.

- Rasmussen, L. K. and Wicker, S. B., "A Performance Analysis for Trellis Coded Hybrid-ARQ Protocols," *Proceedings of the 1992 IEEE International Communications Conference*, pp. 647 - 651, Chicago, Illinois, June 14 - 17, 1992.

- Wicker, S. B., "Adaptive Rate Convolutional Coding using the Viterbi

Decoder," *Proceedings of the International Winter Meeting on Coding and Information Theory*, p. 25 (summary), Essen, Germany, December 15 - 17. 1991.

- Wicker, S. B., "A Reed-Solomon Hybrid-ARQ Protocol with Erasure Decoding for Mobile Communication Networks," *Proceedings of the International Symposium on Personal, Indoor, and Mobile Radio Communications*, London, England, September 23 - 24, 1991.

- Wicker, S. B. and Rice, M., "A Sequential Testing Scheme for Adaptive Error Control on Slowly Varying Channels" *Proceedings of the 1991 International Symposium on Information Theory*, Budapest, Hungary, pg. 30, June 23 - 28, 1991.

- Cornett, K. G. and Wicker, S. B., "Bit Error Rate Estimation Techniques for Digital Mobile Radios," *Proceedings of the 41st Annual IEEE Vehicular Technology Conference*, St. Louis, Missouri, May 19 - 22, 1991.

- Wicker, S. B., "Reed-Solomon Error Control Coding for Data Transmission over Personal Communication Networks," *Proceedings of the IEEE Southeastcon 1991*, Williamsburg, Virginia, pp. 437 - 441, April 7 - 10, 1991.

- Rice, M. D. and Wicker, S. B., "Adaptive Rate Coding for Slowly Varying Channels." *Proceedings of the 1990 SBT/IEEE International Telecommunications Symposium*, Rio de Janerio, Brazil, pp. 176 - 180, September 3 - 6, 1990.

- Wicker, S. B., "Trellis Coded Hybrid-ARQ Error Control," *Proceedings of the 1990 Bilkent International Conference on New Trends in Communications, Control, and Signal Processing*, Ankara Turkey, pp. 339 - 346, July, 2 1990.

- Harvey A. B. and Wicker, S. B., "Error-Trapping Viterbi Decoding in a Type-I Hybrid-ARQ Protocol," *Proceedings of the 1990 IEEE International Conference on Communications*, Atlanta, Georgia, pp. 332.5.1 - 332.5.5, April 16 - 19, 1990.

- Rice, M. D. and Wicker, S. B., "Modified Majority-Logic Decoding of Cyclic Block Codes," *Proceedings of the 1990 IEEE International Conference on Communications*, Atlanta, Georgia, pp. 332.3.1 - 332.3.5, April 16 - 19, 1990.

- Wicker, S. B. and Harvey B., "Error-Trapping Viterbi Decoding in Type-I Hybrid-ARQ Protocols" 1990 International Symposium on Theory, San Diego, California, Paper WA2-6, January 17, 1990.

- Wicker, S. B., "Adaptive Rate Coding Using Reed-Solomon Codes in a Hybrid-ARQ Protocol," *Proceedings of the 1989 International Symposium on Signals, Systems, and Electronics*, Nürnberg, West Germany, pp. 642 - 645, September 18, 1989.

- Wicker, S. B.   "Hybrid-ARQ Reed-Solomon Coding in an Adaptive Rate System," *Proceedings of the 1989 IEEE International Conference on Communications*, Boston, Massachusetts, pp. 45.5.1 - 45.5.5, June 11, 1989.

- Wicker, S. B., "An Error Control Technique for High Data Rate Communication Networks," *Proceedings of the 1989 IEEE INFOCOM Conference*, Ottawa, Ontario, pp. 594 - 601, April 25, 1989.

- Wicker, S. B.,  "An Adaptive Type-I Hybrid-ARQ Technique Using the Viterbi Decoding Algorithm," *Proceedings of the 1988 IEEE Military Communications Conference*, San Diego, California, pp. 15.5.1 - 15.5.5, October 23, 1988.

- Wicker, S. B.,   "Cyclic Codes and Rational Curves," 1988 International Symposium on Information Theory, Kobe, Japan, Paper Number MC7-2, June 19, 1988.

- Wicker, S. B. and Welch, L. R., "The Geometry of MDS Codes," *Proceedings of the 1987 IEEE Pacific Rim Conference for Communications, Computers, and Signal Processing*, Victoria,  British Columbia, pp. 89 - 92, June 4, 1987.

**Invited Conference Papers**

- Wicker, S. B., "Markov Chains, Error Control, and the Advent of Turbo Coding," IMA Workshop on Codes, Systems and Graphical Models, Minneapolis, MN, August 2-13, 1999.

- Buckley, M. E. and Wicker, S. B., " Optimization, Neural Networks, and Turbo Decoding," *Proceedings of the Fifth International Symposium on Communication Theory and Applications*, Ambleside, U. K., July 12 - 16, 1999.

- Kim, S. and Wicker, S. B., "A Connection Between the Baum-Welch Algorithm and Turbo Decoding," *Proceedings of the Information Theory Workshop*, Killarney, Ireland, June 22-26, 1998.

- Wicker, S. B., "Error Control in Space Applications," 1995 Central Section Meeting of the American Mathematical Society, Chicago, Illinois, March 24 - 25, 1995.

- Wicker, S. B., "Error Control Techniques for Voice and Data  Communications over Cellular Mobile Channels," *Proceedings of the     Allerton Conference on Communication, Control, and Computing,* pp. 444 -    453, September 28 – 30, 1994.

- Wicker, S. B. and Alabbadi, M., "Susceptibility of Digital Signature Schemes Based on Error-Correcting Codes to Universal Forgery," Workshop on

Information Protection, Moscow, Russia, December 6 - 9, 1993.

- Wicker, S. B., "Reed-Solomon Error Control Systems for Bidirectional Fading Channels", *Proceedings of the International Conference on Selected Topics in Wireless Communication*, pp. 76 - 79, Vancouver, British Columbia, Canada, June 25 - 26, 1992.

- Wicker, S. B., "Type-II Hybrid-ARQ Protocols Using Punctured Reed-Solomon Codes," *Proceedings of the 1991 IEEE Military Communications Conference*, McLean, Virginia, pp. 52.2.1 - 52.2.6, November 4 - 6, 1991.

- Wicker, S. B., "An Adaptive Rate Coding System Based on the Use of Majority-Logic Decoding in a Hybrid-ARQ Protocol," *Proceedings of the 1989 IEEE Military Communications Conference*, Boston, Massachusetts,   pp. 29.6.1 - 29.6.6, October 15, 1989.

**Invited Seminar Presentations**

- Salzburg University of Applied Sciences (2) April, 2016
- Vanderbilt University, March 2009
- Carnegie Mellon University, April 2008
- Indian Institute of Technology, Kanpur, January 2006.
- Indian Institute of Technology, New Delhi, January 2006.
- Chalmers University, Sweden, September 2004.
- Queens University, Canada, May 2004.
- McMaster University, Canada, February 2004.
- University of the West Indies, Barbados, December, 2002.
- Dartmouth College, October, 2002.
- University of the West Indies, Barbados, December, 2001.
- Wicker, S. B., "Evolutionary Game Theory and Self-Configuring Wireless Networks," UCLA, Los Angeles, CA, November 2, 2000.
- Wicker, S. B., "Optimization, Neural Networks, and Turbo Decoding," University of Ulm, Germany, July 23, 1999.
- Wicker, S. B., "Optimization, Neural Networks, and Turbo Decoding," Technical University of Munich, Germany, June 16, 1999.
- Wicker, S. B., "The Baum-Welch Algorithm and Turbo Decoding," Technical University of Denmark, Copenhagen, March 20, 1998.
- Wicker, S. B., "Maximum Likelihood Sequential Soft Decision Decoding for Block Codes," Jet Propulsion Laboratory/CalTech, Pasadena, California, December 30, 1997.
- Wicker, S. B., "Hard and Soft Decision Decoders for the FLEX Mobile Messaging Protocol," Motorola Paging Division, Fort Worth, Texas, November 24, 1997.
- Wicker, S. B., "Soft Decision and Turbo Error Control for Wireless Multimedia Networks," Motorola Paging Division, Fort Worth, Texas, November 24, 1997.
- Wicker, S. B., "Turbo Codes, Bayesian Networks, and the Future of Telecommunications,"  SUNY Buffalo, Department of Electrical Engineering,

May 23, 1997.

- Wicker, S. B., "Soft Decision Trellis Decoders for Block Codes: Thoughts on the State of the Art,"  Lancaster University, Lancaster, England , January 14, 1997.
- Wicker, S. B., "Introduction to the Cornell Wireless Multimedia Laboratory," Distinguished Seminar Series, Queen's University, November 13, 1996.
- Wicker, S. B., "Introduction to the Cornell Wireless Multimedia Laboratory," GTR Corporate Research and Development, Schenectady, New York, September 26, 1996.
- Wicker, S. B., "Enabling Technologies for Wireless Multimedia Systems," Strathclyde University, Glasgow, Scotland, August 15, 1996.
- Wicker, S. B., "Wireless Technologies and the Evolution Toward the Universal Mobile Telecommunication System," National Technical University of Athens, Athens, Greece, September 4, 1995.
- Wicker, S. B., "Wireless Technologies and the Evolution Toward the Universal Mobile Telecommunication System," University of Athens, Department of Telematics, Athens, Greece, September 5, 1995.
- Wicker, S. B., "Wireless Technologies and the Evolution Toward the Universal Mobile Telecommunication System," Telecommunications Systems Institute, Chania, Crete, September 7, 1995.
- Wicker, S. B., "Error Control Coding for Mobile Applications," Jet Propulsion Laboratory, Pasadena, California, October 18, 1994.
- Wicker, S. B., "Reed-Solomon Error Control Systems for Bidirectional Fading Channels", Lancaster University, Lancaster, England, June 21, 1994.
- Wicker, S. B., "Intelligent Systems for Error Control and Security", Defense Science and Technology Organization, Adelaide, South Australia, May 2, 1994.
- Wicker, S. B., "Reed-Solomon Error Control Systems for Bidirectional Fading Channels", Simon Fraser University, British Columbia, Canada, June 24, 1992.
- Wicker, S. B., "Reed-Solomon Error Control Systems for Bidirectional Fading Channels", University of British Columbia, Vancouver, British Columbia, Canada, June 23, 1992.
- Wicker, S. B., "Adaptive Error Control Using Convolutional and Trellis Codes", University of Victoria, Victoria, British Columbia, Canada, June 22, 1992.
- Wicker, S. B., "Reed-Solomon Error Control Systems for Bidirectional Fading Channels", University of Victoria, Victoria, British Columbia, Canada, June 19, 1992.
- Wicker, S. B., "Reed-Solomon Error Control Systems for Bidirectional Fading Channels", Institute of Communications Technology, German Aerospace Research Establishment, Oberpfaffenhofen, Germany, February 4 - 6, 1992.
- Wicker, S. B., "The Application of Classical Algebraic Geometry to Error Correcting Codes," Department of Mathematics, University of Puerto Rico, Rio Piedras, Puerto Rico, December 9 - 15, 1988.

## Patents and Patent Applications

- Wicker, S.B., "*Private Overlay for Information Networks*", U.S. Patent No. 9,813,233, 7 November, 2017 – assigned to Cornell University.

- Ober, C.K., O'Rourke, T.D., Spencer, M.G., Turner, J.N., Wicker, S.B., "*Flexible Substrate Sensor System For Environmental And Infrastructure Monitoring*", U.S. Patent No. 8,701,469, 22 April 2014 – assigned to Cornell University.

- Fontaine, F. and Wicker, S.B., "*Method and Apparatus for Turbo Decoding Block Codes*", U.S. Patent 7,243,288, 10 July 2007 – assigned to Motorola Inc.

- Wicker, S.B. and Fine, T.L., "*Sensor-Assisted ALOHA Multiple Access*", U.S. Patent No. 6,404,750, 11 June 2002 – assigned to Cornell University.

- Wang, X.A. and Wicker, S. B., "*Artificial Neural Network Viterbi Decoding System and Method*," U.S. Patent No. 5,548,684, 20 August, 1996 – assigned to Georgia Tech Research Corporation.


## Other Publications

- Alabbadi, M. and Wicker, S. B., "Integration of Error Correction, Encryption, and Signature Using Linear Error-Correcting Block Codes," *IEEE Information Theory Newsletter*, Volume 43, Number 4, p. 10, December 1993.

- Rasmussen, L. K. and Wicker, S. B., "Trellis Coded Adaptive Rate Hybrid-ARQ Protocols over AWGN and Slowly Fading Rician Channels," *IEEE Information Theory Newsletter*, Volume 43, Number 4, p. 10, December 1993.

- Harvey, B. A. and Wicker, S. B., "Adaptive Rate Convolutional Coding Using the Viterbi Decoder," *IEEE Information Theory Newsletter*, Volume 41, Number 3, p. 15, September 1991.

- Rice, M. D. and Wicker, S. B., "Adaptive Error Control over Slowly Varying Channels," *IEEE Information Theory Newsletter*, Volume 41, Number 2, p. 20, June 1991.

## Funded Research Projects[1]

- 

---

[1] Principal Investigator is Stephen Wicker unless otherwise noted.

- ▪ "Toward a statewide public Internet of Things (IoT) network," National Science Foundation, $1,499,992, October 1, 2020 – September 30, 2023.

- ▪ "Towards an Emergency Edge Supercloud," National Institute of Standards and Technology, $1,250,000, August 15, 2017 – August 15, 2019.

- ▪ "STC: Team for Research in Ubiquitous Secure Technology (TRUST)," National Science Foundation, $40,000,000, September 15, 2005 - September 15, 2018.

- ▪ "TC: Privacy-Aware Design Strategies For Mobile Communications And Computing," National Science Foundation, $500,000, June 15, 2010 – June 14, 2013.

- ▪ "Nets-NOSS: NETS - NOSS: Ultra Low-Power, Self-Configuring, Wireless Sensor Networks," National Science Foundation, $2,000,000, September 15, 2004 - September 15, 2009.

- • "ITR: Self-Configuring Sensor Networks for Disaster Mitigation and Recovery," National Science Foundation, $2,500,000, September 15, 2003 -- September 15, 2009.

- • "SENSORS: The Reachback Channel in Wireless Sensor Networks," (PI: Sergio Sevetto), National Science Foundation. September 15, 2003 -- September 15, 2006.

- • "The Ad Hoc Classroom: Integrating Emerging Wireless Communications and Networking Technologies into Mainstream Computer Science and Electrical Engineering Curricula," National Science Foundation-CRCD, (PI: Gun Sirer), $410,000, 2002 – 2005.

- • "The Ad Hoc Classroom: Integrating Emerging Wireless Communications and Networking Technologies into Mainstream Computer Science and Electrical Engineering Curricula," Microsoft, (PI: Gun Sirer), $75,000, 2002 – 2005.

- • "The Ad Hoc Classroom: Integrating Emerging Wireless Communications and Networking Technologies into Mainstream Computer Science and Electrical Engineering Curricula," Hewlett Packard, (PI: Gun Sirer), $20,000, 2002 – 2005.

- • "Self-Configuring Wireless Sensor Networks," DARPA ITO, $900,000, June 1, 2000 - May 31, 2003.

- • "Soft Decision Decoders for Wireless Systems," Motorola, $84,000, September 15, 1998 – September 15, 2000.

- "Sensor-Assisted Wireless Multimedia Systems," National Science Foundation Grant NCR-9725251, $862,465, September 15, 1997 - August 31, 2000 (with Terrence Fine and Joseph Halpern).

- "Coded Diversity Combining and Channel Estimation for Wireless Data Communications," National Science Foundation Grant NCR-9706592, $ 246,636, September 15, 1997 - August 31, 2000 (with Zygmunt Haas).

- AT&T/Lucent Technologies Foundation, Special Purpose Grant, $15,000, November 20, 1996.

- "Adaptive Code Division Multiple Access Systems," National Science Foundation Grant Number Grant NCR-9505887, $ 236,855, September 15, 1995 - August 31, 1998

- "Data Transport on Cellular Telephone Systems," Mobile Telecommunication Technologies International, $110,000, July 1, 1995 - June 30, 1996.

- "European Data Transfer Protocols," Mobile Telecommunication Technologies International, $92,000, July 1, 1994 - June 30, 1995.

- "Soft Decision Decoding For Block Codes Using Artificial Neural Networks," National Science Foundation Grant Number NCR-9216686, $140,000, September 15, 1993 - March 14, 1996.

- "Adaptive Bandwidth-Efficient Coding for Nonstationary Channels," National Science Foundation Grant NCR-9016276, $102,000, September 15, 1991 - March 14, 1994.

- "Cellular Mobile Telephony Laboratory," Mitsubishi Consumer Electronics, $500,000 (Equipment), May 29, 1991.

- "Adaptive Coding on Nonstationary Communication Channels with Feedback," National Science Foundation Grant NCR-9009877, $85,000, September 15, 1990 - September 14, 1993.

- "Young Faculty Grant," General Electric, $10,000, July 15, 1989 - July 14, 1990.

- "Cellular Radio Diversity Simulation Study," Bell South Mobility, Coprincipal Investigator: Gordon L. Stuber, $60,000, March 25, 1989 - June 25, 1989.

- "An Investigation of Message Handling in Post 2000 Era," U. S. Army Signal Center, Fort Gordon, Coprincipal Investigator: Douglas W. Browning, $137,161, January 10, 1989 - December 31, 1989.

- "Cellular Radio Simulation and Coding Study," Bell South Mobility, $35,000,

December 15, 1988 - March 15, 1989.

- "Cellular Radio Spectrum Study," Bell South Mobility, $30,000, September 25, 1988 - December 15, 1988.

- "The Algebraic Foundations of Digital Communication," AT&T Foundation, $25,000, July 7, 1988 - July 6, 1989.

- "Cellular Radio Spectrum Study," Bell South Mobility, $45,000, June 15, 1988 - September 15, 1988.

- "Cellular Radio Spectrum Study," Bell South Mobility, $40,000, March 15, 1988 - June 15, 1988.

- "Communication System Simulation Software Package," Space and Communications Group, Hughes Aircraft Company, $200,000 (software), February 1, 1988.

## Service

### Institute of Electrical and Electronic Engineers (IEEE)

- Elected to Board of Governors, IEEE Information Theory Society, 1996 – 1998, re-elected for 1999 - 2001.

- Information Theory Society representative to IEEE Committee on New Technology Directions

### Defense Advanced Research Projects Agency (DARPA)

- Member, Information Science and Technology Study Group, 1999 – 2002.

- Chair, ISAT Study on Wireless Sensor Networks, 2000 – 2001.

### Journals

- Editor, *ACM Transactions on Sensor Networks*, 2004 - present.

- Editor, Special Issue on Ad Hoc Networks, Volume 2, *IEEE Journal on Special Areas in Communications*, 2005.

- Editor, Special Issue on Sensor Networking, *IEEE Journal on Special Areas in Communications*, 2004.

- Editor, Special Issue on Ad Hoc Networks, *IEEE Journal on Special Areas in Communcations*, 2004.

- Editor, Special Issue on Energy-Aware Ad Hoc Wireless Networks,

*IEEE Wireless Communications*, August 2002.

- Editor for Coding Theory and Techniques, *IEEE Transactions on Communications*, March, 1995 - March 2001.

- Reviewer for numerous journals, conferences, national and international funding agencies, and textbook publishers.

**Conference Organization**

- Chair, Technical Program Committee, Fifth International Symposium on Information Processing in Sensor Networks (IPSN 2006), Nashville, Tennessee.

- Member, Technical Program Committee, International Conference on Distributed Computing in Sensor Networks (DCOSS '06).

- Member, Technical Program Committee, Fourth International Symposium on Information Processing in Sensor Networks (IPSN 2005), Berkeley, California.

- Member, Technical Program Committee, Conference on Innovations and Commercial Applications of Distributed Sensor Networks, Bethesda, MD, October 18 –19, 2005.

- Member, Technical Program Committee, Second IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON 2005).

- Member, Organizing Committee, First IEEE Conference on Sensor Networks: Applications, Protocols and Technology (SNAPT 2004).

- Member, Technical Program Committee, First Annual IEEE Communications Society Conference on Sensor and Ad Hoc Communications and Networks, Santa Clara CA, October 2004.

- Member, Technical Program Committee, Third International Symposium on Information Processing in Sensor Networks (IPSN '04), Berkeley, California, USA April 26-27, 2004

- Member, Organizing Committee, 7th International Symposium on Communication Theory and Applications, Ambleside, England, 2003

- Member, Technical Program Committee, First IEEE International Workshop on
Sensor Network Protocols and Applications, May 11, 2003, Anchorage, AK.

- Chair, IEEE Information Theory Society Symposia and Workshops Committee, 2000 - 2001.

- Organizing Committee, 6th International Symposium on Communication Theory and Applications, Ambleside, England, 2001

- Member, International Advisory Committee, 2000 International Symposium on Information Theory and its Applications, Honolulu, November 5 - 8, 2000.

- Technical Program Committee, 1999 IEEE Wireless Communications & Networking Conference (WCNC), New Orleans, LA, Sep. 22 - 27, 1999.

- Organizing Committee, 5th International Symposium on Communication Theory and Applications, Ambleside, England, 10-14 July, 1999

- Technical Program Committee, International Symposium on Information Theory and Applications, Mexico City, Mexico, October 14 - 16, 1998.

- Chaired "ARQ and Wireless Error Control" session at the 1998 International Symposium on Information Theory, Boston, MA, August 16-21, 1998.

- Organizing Committee, 4th International Symposium on Communication Theory and Applications, Ambleside, England, 11 - 15 July, 1997

- Technical Program Committee, International Symposium on Information Theory and Applications, Victoria, British Columbia, September 17-21, 1996.

- Organized and chaired "Gus Solomon Memorial Session" at IEEE Pacific Rim Conference on Communications, Computers, and Signal Processing, Victoria, British Columbia, August  20-22, 1997.

- Chaired "Mobile Communications" session at the International Symposium on Information Theory and Applications, Victoria, British Columbia, September 17-21, 1996.

- Chaired "Advanced Subsystems in Wireless Multimedia Networks" session at the Japan-Canada International Workshop on Multimedia Wireless Communications and Computing, Victoria, British Columbia, September 17, 1996.

- Technical Program Committee, IEEE Vehicular Technology  Conference, Atlanta, Georgia, April 28 - May 1, 1996.

- Chaired "Communication Networks" session at the 3rd International Symposium on Communication Theory and Applications, Ambleside, England, 10 - 14 July, 1995.

- Chaired "Decoding Problems" session at Seventh Joint Swedish-Russian

International Workshop on Information Theory, St. Petersburg, Russia, June 17 - 22, 1995.

- General Chairman, Wireless Security Workshop, Metz, France, February 10 - 11, 1995.

- U. S. Representative, International Advisory Board, IEEE International Symposium on Information Theory, Whistler, British Columbia, Canada, September 17 - 22, 1995.

- Chaired "Coding and Modulation" session at the 3rd UK/Australian International Symposium on DSP for Communication Systems, Warwick, UK, 12 - 14 December, 1994.

- Chaired "Error Control Techniques" session at 1990 IEEE International Conference on Communications, Atlanta, Georgia, April 16 - 19, 1990.

**University Committees, Cornell University**

- Chair, General Recruiting Committee, School of Electrical and Computer Engineering, (2009 – 2012)
- Member, University Local Advisory Committee (appointed by Faculty Senate) (2008 – 2011)
- Member, Faculty Advisory Board for Information Technology, (appointed by Faculty Senate)  (2004 - 2007)
- Member, University Intellectual Property Advisory Committee, (appointed by VP for Research) (2003 - present)
- Chairman, College of Engineering Curriculum Governing Board (appointed) (2001 - 2002)
- Chairman, Electrical Engineering Curriculum and Standards Committee (elected) (2001 -2002)
- Chairman, Electrical Engineering Policy Committee (elected) (1998-2000)
- Chairman, Electrical Engineering PeopleSoft Lab Oversight Committee (1997-2003)
- Member, College of Engineering Dean Search Committee (2000-2002)
- Member, College of Engineering Teaching Award Committee (1999-2000)
- Member, Applied Mathematics Director Search Committee (1999)
- Member, Associate Dean Search Committee, 1998.
- Member, Electrical Engineering Policy Committee (elected) (1997-2000)
- Member, Digital Systems Search Committee (1997-1998)
- Member, College Faculty Advisory Committee for Associate Dean for Professional Development (1998)
- Chairman, Several Department and College Ad Hoc Tenure and Promotion Committees.

**Institute Committees, Georgia Institute of Technology**

- Institute Statutory Advisory Committee (elected) (1995 - 1997)

- Institute Public Relations Committee (elected) (1990 - 1992)
- ECE Graduate Curriculum Committee (1995 - 1997)
- ECE Undergraduate Curriculum Committee (1994 - 1995)
- ECE Computer Resources Committee (1988 - 1991)

**Honors and Awards**

- Merrill Cornell Presidential Teaching Award, 2012
- Cornell University College of Engineering Teaching Award, 2012
- Fellow of the IEEE, 2011
- U.S. Air Force Scientific Advisory Board, 2010
- Cornell University College of Engineering Teaching Award, 2009
- Cornell School of ECE Teaching Award, 2000
- Cornell University College of Engineering Teaching Award, 1998
- SAIC Best Paper Award, 1994, for "An Artificial Neural Net Viterbi Decoder" (with Xiao-an Wang)
- Senior Member, Institute of Electrical and Electronic Engineers. Elected January, 1993
- Visiting Fellow, British Columbia Advanced Systems Institute. Awarded January 1992.
- Sigma Xi, 1991 - present
- Tau Beta Pi, 1980 - present
- Eta Kappa Nu, 1980 - present
- Omicron Delta Kappa, 1980 – present