# EXHIBIT 13



Deposition of:

## Dr. Alan Theodore Sherman

*March 8, 2021*

In the Matter of:

# Google

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   _____

4

   GOOGLE, LLC,                    )

5                                  )

             Plaintiff,            )

6                                  )

          vs.                      )Case No. 3:20-cv-3845

7                                  )

   SONOS, INC.,                    )

8                                  )

             Defendants.           )

9                                  )

10

11

12

13            REMOTE VIDEOTAPED DEPOSITION

14                        OF

15            ALAN THEODORE SHERMAN, Ph.D.

16               Monday, March 8, 2021

17                  Washington, DC

18

19

20

21

22

23

24

25      Reported by:  B. Suzanne Hull, CSR No. 13495

Page 2

```
 1                           APPEARANCES
 2

 3

 4

         For Plaintiff:          Quinn Emanuel Urquhart & Sullivan,
 5                               LLP
                                 By MR. JEFFREY R. GERCHICK
 6                               Attorney at Law
                                 1300 I Street NW
 7                               Suite 900
                                 Washington, DC 20005
 8                               (202) 538-8128
                                 jeffgerchick@quinnemanuel.com
 9

10

         For Defendant:          Orrick Herrington & Sutcliffe
11                               By MS. ALYSSA CARIDIS
                                 Attorney at Law
12                               777 South Figueroa Street
                                 Suite 3200
13                               Los Angeles, California 90017
                                 (213) 612-2372
14                               acaridis@orrick.com
15

16

17       The Videographer:       Donald Stamper
18

19

20

21

22

23

24

25
```

Page 3

1                        I N D E X

2

3     EXAMINATION BY                                    PAGE

4

5     MS. CARIDIS                                          7

6

7

8

9                      E X H I B I T S

10

11    EXHIBIT          DESCRIPTION                      PAGE

12    Exhibit 1 -    Declaration of Alan T. Sherman in    11

13                   support of certain of Google's

14                   proposed claim constructions,

15                   dated February 5, 2021,

16                   sixty-seven pages

17    Exhibit 2 -    Article entitled "Cybersecurity:     19

18                   Exploring core concepts through

19                   six scenarios, from Cryptologia,,

20                   written by Alan T. Sherman,

21                   David DeLatte, Michael Neary,

22                   Linda Oliva, Dhananjay Phatak,

23                   Travis Scheponik,

24                   Geoffrey L. Herman, and

25                   Julia Thompson, forty-three pages

Page 4

1                    E X H I B I T S (Continued)

2    EXHIBIT            DESCRIPTION                      PAGE

3    Exhibit 3 -    United States Patent, Messerges,      20

4                   et al., Patent Number US

5                   7,899,187 B2, dated March 1, 2011,

6                   nine pages

7    Exhibit 4 -    Cryptographic key, one page           33

8    Exhibit 5 -    Withdrawn NIST technical series       35

9                   publication, dated August 2016,

10                  eighty-two pages

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                    Washington, DC

2              Monday, March 8, 2021; 5:32 p.m.

3                 3618 Ordway Street NW

4

5          THE VIDEOGRAPHER:  Good afternoon.

6          We are going on the record at 5:32 p.m. on

7     March 8th, 2021.

8              This is media unit one of the video-recorded

9     deposition of Dr. Alan Sherman taken by counsel for

10    defendant in the matter of Google, LLC, versus Sonos,

11    Inc., filed in the United States District Court,

12    Northern District of California, Case Number

13    3:20-cv-3845.

14             This deposition is being recorded remotely

15    using virtual Veritext technology.  All participants

16    are attending remotely, and the witness is in

17    Washington D.C.

18             My name is Donald Stamper, from the firm

19    Veritext Legal Solutions, and I'm the videographer.

20    The court reporter is Suzanne Hull, from the firm

21    Veritext Legal Solutions.

22             I am not related to any party in this

23    action, nor am I financially interested in the

24    outcome.

25             Counsel and all present in the room and

1    everyone attending remotely will now state their

2    appearances and affiliations for the record.

3              If there are any objections to proceeding,

4    please state them at the time of your appearance,

5    beginning with the noticing attorney.

6              MS. CARIDIS:  Alyssa Caridis, on behalf of

7    Sonos, here from Orrick Herrington & Sutcliffe.

8              MR. GERCHICK:  And Jeff Gerchick, on behalf

9    of plaintiff, Google, LLC, and the witness.  And I am

10   from Quinn Emanuel Urquhart & Sullivan.

11             THE VIDEOGRAPHER:  And will the court

12   reporter please swear in the witness.

13             THE REPORTER:  My name is Suzanne Hull,

14   a certified shorthand reporter in the state of

15   California.  Because I am in a different area than

16   the deponent, will the attorneys please indicate your

17   agreement to stipulate that I may swear in the

18   witness by stating your name and your agreement on

19   the record.

20             MS. CARIDIS:  Alyssa Caridis, on behalf of

21   Sonos.

22             So stipulated.

23             MR. GERCHICK:  Jeff Gerchick, on behalf of

24   Google.

25             Stipulated.

Page 7

1           THE REPORTER:  Thank you.

2           Raise your right hand, sir.

3

4           ALAN THEODORE SHERMAN, Ph.D.,

5    called as an expert witness by counsel for

6    Defendants, being first duly sworn, testified as

7    follows:

8

9           THE WITNESS:  I do.

10          THE REPORTER:  Thank you.

11          Ms. Caridis.

12

13                      EXAMINATION

14   BY MS. CARIDIS:

15       Q.  Good evening, Dr. Sherman.

16          Can you please state and spell your name for

17   the record.

18       A.  Alan Theodore Sherman, A-l-a-n

19   T-h-e-o-d-o-r-e S-h-e-r-m-a-n.

20       Q.  And you have been deposed before; correct?

21       A.  Yes.

22       Q.  About how many times?  Just looking for

23   a ballpark.

24       A.  I have been deposed five times.

25       Q.  And were all of those depositions you giving

Page 8

1    testimony as an expert?

2         A.   Yes.

3         Q.   When was the last time you were deposed?

4         A.   I don't remember exactly.  I believe it was

5    in 2019.  I -- I can check my records, if you wish.

6         Q.   So is this your first virtual deposition?

7         A.   It is, yes.

8         Q.   Welcome to depositions in the land of COVID.

9              Just so we're on the same page, I'm sure

10   that you are quite familiar with these rules, but

11   just for the record, I'm going to run through some

12   deposition rules quickly.

13             Is that okay?

14        A.   Yes.

15        Q.   Of course you understand that you are here

16   under oath today; correct?

17        A.   Yes.

18        Q.   And if you don't understand any questions

19   that I ask or you need a clarification about

20   something that I ask, at any time please -- please

21   ask, and I will provide such clarification if I can.

22             Is that okay?

23        A.   Yes.

24        Q.   And if you don't ask for clarification, then

25   I'm going to assume that you understood my question.

```
                                            Page 9

1              Does that make sense?

2        A.  Yes.

3        Q.  And, as usual, we have a court reporter on

4   the line here transcribing our discussion; so I will

5   ask for verbal answers, as opposed to shakes or nods

6   of the head or "uh-huh" or "huh-uh."

7              Is that okay?

8        A.  Yes.

9        Q.  And I will endeavor to allow you to finish

10  your answer before I ask my next question, and

11  I would ask that you do the same for me just because

12  transcribing simultaneously remotely is -- is not an

13  easy thing to do.

14             Is that okay?

15       A.  Yes.

16       Q.  You have been retained by Google in this

17  case; correct?

18       A.  Yes.

19       Q.  And you are being represented today by

20  Google's counsel at Quinn Emanuel; is that right?

21             MR. GERCHICK:  Yes.

22             THE WITNESS:  I'm a little confused by I am

23  represented.  The counsels work for Google.

24  BY MS. CARIDIS:

25       Q.  But Mr. Gerchick is here representing both
```

Page 10

1   you and Google in this deposition; right?

2        A.   Jeff is not my personal attorney.

3            MR. GERCHICK:   Correct.

4            But yes in the sense I may be interposing

5   some objections on behalf of Google in relation to

6   some of the questions that you ask.  But that is

7   correct.  I am not Dr. Sherman's personal attorney,

8   but in the context of his retention in this case,

9   I am here as Google's counsel and will be interposing

10  objections periodically.

11  BY MS. CARIDIS:

12       Q.   And, Dr. Sherman, you understand that as

13  Mr. Gerchick said, he may interpose objections

14  intermittently.

15           But unless he instructs you not to answer,

16  you still need to answer my questions as truthfully

17  as possible; correct?

18       A.   Yes.

19       Q.   Before this matter, have you ever worked

20  with the law firm Quinn Emanuel?

21       A.   Yes.

22       Q.   Can you give me an estimate of how many

23  times you had worked with Quinn before this lawsuit?

24       A.   Once.

25       Q.   And before this case had you ever provided

Page 11

1   expert opinions on behalf of Google?

2        A.  Yes.

3            In the sense that I am also working on

4   another matter with Google currently.

5        Q.  But just that one other matter that you

6   had -- strike that.

7            Before this case, aside from the one other

8   matter you are currently working on with Google, have

9   you ever worked with Google before as an expert

10  witness?

11       A.  No.

12       Q.  Okay.

13       A.  Not to my recollection.

14       Q.  So Dr. Sherman, I'm going to direct you to

15  what I have already marked as Exhibit 1, which is

16  a document titled the declaration of Alan T. Sherman

17  in support of certain of Google's claim

18  constructions.

19            (Deposition Exhibit Number 1

20            was marked for identification.)

21  BY MS. CARIDIS:

22       Q.  Do you see that on the exhibit sharing

23  platform?

24       A.  Yes.

25       Q.  And do you recognize this document?

Page 12

1      A.  Yes.

2      Q.  And is this the declaration that you have

3  submitted in this case?

4      A.  Yes.  It appears to be.  I haven't checked

5  every page.  It appears to be.

6      Q.  Why don't you scroll down to page seventeen.

7      A.  (Witness complies.)

8      Q.  Let me know when you are there.

9      A.  I'm there.

10      Q.  Is that your signature, Dr. Sherman?

11      A.  Yes.

12      Q.  Thank you.

13          And, just for the record, the -- as it was

14  produced to Sonos, Dr. Sherman's declaration has

15  Exhibit A starting on page eighteen, which has, as

16  I understand it, your CV.

17          Do you see that?

18      A.  Yes.

19      Q.  Okay.  And, Dr. Sherman, one of the research

20  areas that you have listed in your CV is cryptology;

21  correct?

22      A.  Yes.

23      Q.  And can you just briefly explain to me what

24  you mean by cryptology?

25      A.  Yes.

Page 13

1           MR. GERCHICK:  Objection.  Form.

2           You can answer that question.

3           THE WITNESS:  Cryptology is the field of

4     making and breaking codes and cyphers, and within

5     that working on a variety of problems, including

6     specifically confidentiality, authentication, and

7     integrity.

8     BY MS. CARIDIS:

9         Q.  And can you just give me a high-level

10    description of the differences between

11    confidentiality, authentication, and integrity?

12        A.  Yes.

13          So confidentiality pertains to the problem

14    of trying to keep a -- information, maybe a message,

15    secret from an eavesdropper.  For example, Alice

16    might be sending a message to Bob over an insecure

17    channel.  There might be an eavesdropper on the

18    channel, and Alice and Bob don't want the

19    eavesdropper to read the message.

20          Authentication refers to the -- for example,

21    Bob convincing himself that the message actually came

22    from Alice, as the message claims it did.  There are

23    many variations on the authentication problem, for

24    example, whether Bob wants to just convince himself

25    or whether he wants to be able to convince a third

Page 14

1    party.

2            Integrity refers to the problem of assuring

3    that the information, the message, was not modified.

4        Q.   Thank you.

5            And has that general explanation of

6    cryptology changed in the last twenty years?

7        A.   No.

8            The -- the basic three problems I mentioned

9    have not changed in the twenty-three years -- last

10   twenty years.  The techniques have changed.

11       Q.   And so you said that the basic three

12   problems haven't changed in the past twenty years.

13           That would include -- strike that.

14           Your original answer to my question asking

15   you to describe cryptology was that it is the field

16   of making and breaking codes and cyphers.

17           Is that explanation -- did -- has that

18   explanation changed in the last twenty years?

19           MR. GERCHICK:  Objection to form.

20           THE WITNESS:  Please repeat the question?

21   BY MS. CARIDIS:

22       Q.   Sure.  Let me try to rephrase it.

23           You -- your original description of

24   cryptology was that it is the field of making and

25   breaking codes and cyphers and then working on

Page 15

1   a variety of problems, which you just described.

2           And I'm just trying to understand whether

3   that description of a field of making and breaking

4   codes and cyphers would have been equally applicable

5   twenty years ago as it is today when you gave me that

6   explanation.

7       A.  In terms of the general problems addressed

8   by cryptology, they have not changed.  Those are

9   those three problems I mentioned:  Confidentiality,

10  authentication, and integrity.

11      Q.  Do you currently teach any undergraduate

12  courses?

13      A.  Yes, I do.

14      Q.  And do you teach any undergraduate courses

15  that cover cryptology?

16      A.  Yes, I do.

17      Q.  What courses are those?

18      A.  I teach Computer Science 443, cryptology;

19  and sometimes Computer Science 444, information

20  assurance.

21      Q.  And I assume you are familiar with the

22  phrase cryptographic key; is that right?

23      A.  Yes.

24      Q.  And do you explain cryptographic keys in

25  either of your undergraduate courses covering

Page 16

1    cryptology?

2         A.  Yes.

3         Q.  And how do you describe cryptographic keys

4    in those courses, just at a high level?

5         A.  A cryptographic key is a key sequence of

6    characters that is an input to a cryptographic

7    algorithm where the algorithm is designed such that

8    if you don't know the key, you cannot compute its

9    output.

10        Q.  So you mentioned that a cryptographic key is

11   an input to a cryptographic algorithm; right?

12        A.  Yes.

13        Q.  Is it fair to say that in general there are

14   two inputs to any cryptographic algorithm?

15             MR. GERCHICK:  Objection to form.

16             THE WITNESS:  No.

17             There are not always exactly two.

18   BY MS. CARIDIS:

19        Q.  When would there not be two inputs to

20   a cryptographic algorithm?

21        A.  Might be more than two.

22        Q.  Is it fair to say there are at least two

23   inputs to a cryptographic algorithm?

24        A.  No.  No.  It is not.

25        Q.  Okay.  When would there be less than two

Page 17

1    inputs to a cryptographic algorithm?

2         A.   When there is one input.

3         Q.   And can you give me some examples of use

4    cases to a cryptographic algorithm?

5         A.   Yes, I can.

6         Q.   Please do.

7         A.   For example, a cryptographic hash takes one

8    input, and a cryptographic hash is a cryptographic

9    algorithm.  There are other examples.

10        Q.   Is it fair to say that any cryptographic

11   algorithm that requires a key would have at least two

12   inputs?

13             MR. GERCHICK:  Objection to form.

14             THE WITNESS:  I -- I disagree.  No.

15   BY MS. CARIDIS:

16        Q.   Okay.

17        A.   It -- it could have one.  For example, the

18   cryptographic algorithm could be applied to a single

19   key.

20        Q.   And how -- in what circumstances would that

21   be the case?

22        A.   There -- there are several.  One example

23   would be the need for a key expansion algorithm.

24   Another example would be a cryptographic hash of

25   a key.

Page 18

```
 1       Q.  So when you say a cryptographic hash of
 2   a key, that is an example where you are -- the input
 3   that you are -- that you happen to be creating a hash
 4   of is a cryptographic key; correct?
 5       A.  Yes.
 6       Q.  I noticed in your CV that you presented some
 7   work at a NIST, N-I-S-T, workshop.
 8           Does that sound familiar?
 9       A.  Yes.
10       Q.  What is NIST?
11       A.  NIST is an acronym -- acronym for the
12   government organization National Institutes for
13   Standards and Technology.
14       Q.  And what kind of work does NIST do?
15       A.  They do a variety of work on -- on stands,
16   on -- including some work on security.
17       Q.  Do they promulgate specifications or
18   standards relating to cryptology?
19       A.  Yes.
20       Q.  Are you familiar with any of those
21   standards?
22       A.  Yes.  I'm familiar with some of those
23   standards.
24       Q.  And you have cited at least one of -- one of
25   those standards in your academic literature; correct?
```

1          MR. GERCHICK:  Objection to form.

2          THE WITNESS:  I have cited NIST standards.

3          MS. CARIDIS:  I'm going to mark as Exhibit 2

4    a document titled "Cybersecurity:  Exploring core

5    concepts through six scenarios."

6          (Deposition Exhibit Number 2

7          was marked for identification.)

8    BY MS. CARIDIS:

9      Q.  And, Dr. Sherman, let me know when that

10   appears in your screen.

11     A.  It has appeared.

12     Q.  Do you recognize the document that has been

13   marked as Exhibit 2?

14     A.  Yes.

15     Q.  Is it an academic literature that was

16   coauthored by you, titled:  Cybersecurity:  Exploring

17   core concepts through six scenarios"?

18     A.  Yes.

19     Q.  If you turn to page nine of the paper, which

20   is page ten of the .pdf, do you see a section at the

21   bottom labeled 2.1.4, reference notes?

22     A.  Yes.

23     Q.  And you say here that this provided

24   guidelines for using Public-Key cyrptosystems; right?

25     A.  Yes.

Page 20

1      Q.  So this is an example of you citing a NIST

2  standard and directing readers to it to learn more

3  about cryptography; correct?

4      A.  Yes.

5          MR. GERCHICK:  Objection to form.

6  BY MS. CARIDIS:

7      Q.  Dr. Sherman, you agree that a private key in

8  the context of the '187 patent on which you have

9  submitted an expert declaration refers to

10  a cryptographic key; correct?

11      A.  Yes.

12      Q.  And you would agree -- well, let me go ahead

13  and mark the patent as Exhibit 3, in case you need to

14  refer to it.

15          (Deposition Exhibit Number 3

16          was marked for identification.)

17          MS. CARIDIS:  I'm marking as Exhibit 3

18  Patent Number 7,899,187.

19  BY MS. CARIDIS:

20      Q.  Do you see that patent, Dr. Sherman?

21      A.  Not yet.

22      Q.  Okay.

23      A.  I see it now.

24      Q.  Okay.  So this '187 patent that has been

25  marked as Exhibit 3 specifically discusses Public-Key

Page 21

1    cryptography; correct?

2             MR. GERCHICK:  Objection to form.

3             THE WITNESS:  The patent mentions Public-Key

4    cryptography as an example.  It also mentions

5    symmetric cryptography and broadcast encryption.

6    BY MS. CARIDIS:

7        Q.  Okay.  But if we are focusing on Public-Key

8    cryptography, we can see a reference to that on

9    column two, line forty-five; is that right?

10       A.  I -- I see column two, forty-five.

11       Q.  And just so we have our wording consistent,

12   Public-Key cryptography is also known as asymmetric

13   cryptography; right?

14       A.  Yes.

15       Q.  And so if I discuss asymmetric cryptography

16   during today's deposition, you'll understand that to

17   be the same thing as Public-Key cryptography;

18   correct?

19       A.  Yes.

20       Q.  But as you mentioned, you believe that the

21   invention described in the '187 patent is not limited

22   to Public-Key cryptography systems; correct?

23            MR. GERCHICK:  Objection to form.

24            THE WITNESS:  Correct.

25   ///

```
                                          Page 22
 1   BY MS. CARIDIS:
 2       Q.  So let's take a look at paragraph
 3   fifty-three of your exhibit, which has been marked as
 4   Exhibit 1.  And paragraph fifty-three is on page
 5   fifteen of the .pdf.
 6           And let me know when you are there.
 7       A.  On that paragraph fifty-three.
 8       Q.  Okay.  And you can see there at the bottom
 9   of page fifteen and then continuing on at the top of
10   page sixteen you cite a passage that says, quote:
11           "One of ordinary skill in the art would
12           recognize that alternate methods of securing
13           the DRM system are possible using symmetric
14           key techniques or broadcast key encryption
15           techniques."
16           Do you see that?
17       A.  Yes.
18       Q.  First, let me take a step back and ask you
19   this.
20           What does securing the DRM system mean in
21   this context?
22       A.  In this context, securing the DRM system is
23   referring to securing the system described in the
24   '187 patent.
25       Q.  So you understand the patent to be saying
```

1  that the intention has to use either asymmetric

2  cryptographic systems, symmetric key techniques, or

3  broadcast key encryption techniques to secure the

4  claim DRM system.

5          Do I have that right?

6      A.  No.

7          MR. GERCHICK:  Objection to form.

8          THE WITNESS:  I don't agree with that.  The

9  patent cites three examples, which are not limiting.

10  BY MS. CARIDIS:

11      Q.  What other methods of securing the DRM

12  system do you believe a person of ordinary skill in

13  the art would have understood to be included by the

14  '187 patent?

15      A.  I haven't really thought about that much

16  yet.  I -- I feel a bit uncomfortable answering right

17  now.  But I think any suitable cryptographic

18  technique for solving these problems would be

19  covered.

20      Q.  And when you say suitable cryptographic

21  technique, what do you mean by suitable?

22      A.  Techniques that accomplish the design

23  objectives of the system described in the patent.

24      Q.  And can you tell me what you consider the

25  design objectives of the system described in the

Page 24

1  patent to be?
2      A.  Well, there -- there are several objectives,
3  but the -- the -- the core functionality of the
4  patent is to leverage trust from a local connection
5  to simplify the procedure of getting a private key
6  from a -- a key server into the system for the
7  purpose of protecting material that is desired to be
8  protected.
9      Q.  And when you say protecting material, what
10  does that mean in the context of the '187 patent?
11      A.  It goes back to the three basic problems of
12  cryptography:  Confidentiality, authentication, and
13  integrity.  People, for example, who did not pay for
14  access to music should not be able to hear that
15  music.
16      Q.  The quote that we were looking at in
17  paragraph fifty-three of your expert declaration
18  refers to broadcast key encryption techniques; right?
19      A.  I don't understand the question.
20      Q.  Do you see the reference to broadcast key
21  encryption techniques in paragraph fifty-three of
22  your declaration?
23      A.  Yes.
24      Q.  Can you describe what broadcast key
25  encryption techniques refers to?

Page 25

1      A.   Yes.

2      Q.   Please do.

3      A.   It refers to applications where a group of

4    users share a cryptographic key, which might be used

5    to protect some communications, some access to

6    a service, as opposed to point to -- point-to-point

7    communications.

8      Q.   How would users in a broadcast key

9    encryption system get a cryptographic key?

10     A.   Well, there -- there are algorithms for

11   helping to solve this problem, and then at a physical

12   level they would need to receive the signal.

13   Physically, it could be received in a variety of

14   ways.

15     Q.   Okay.  Turning back to Public-Key

16   cryptography or asymmetric cryptography, in

17   Public-Key cryptography private keys are used to

18   decrypt data; correct?

19     A.   I can't agree to the way you said that.

20   In -- in the context of Public-Key cryptography,

21   private keys can be used to decrypt data, but they

22   can also be used for other purposes.

23     Q.   So even if in the context of Public-Key

24   cryptography a private key can do more than decrypt

25   data, they must still be able to decrypt data;

Page 26

1    correct?

2        A.   No.

3            MR. GERCHICK:   Objection to form.

4            THE WITNESS:   I don't agree with that.

5    BY MS. CARIDIS:

6        Q.   And what don't -- and what part of it don't

7    you agree with?

8        A.   I -- I don't agree that in the context of

9    Public-Key cryptography a private key must be able to

10   decrypt data.  For example, a private key might be

11   used for authentication to sign a message using

12   a signature system that is incapable of encryption or

13   decryption keys.

14       Q.   How would a signature system in a -- in

15   a Public-Key cryptography system sign a message while

16   that system is incapable of encrypting or decrypting?

17       A.   I'm getting confusion by your question

18   because you added the limiting phrase in

19   a cryptographic system, which is not what I said.

20   I said in the context of Public-Key cryptography.

21       Q.   So can you explain to me what -- what you

22   mean by the context of Public-Key cryptography?

23       A.   That context refers to when communicants use

24   pairs of keys, typically referred to as a Public-Key

25   and associated private key, for a variety of

Page 27

1   purposes, including, for example, encryption,

2   decryption, and digital signatures.

3       Q.  And wouldn't -- and so how is that different

4   than a Public-Key cryptography system?

5       A.  An encryption system is used to encrypt and

6   decrypt messages.  A signature system is used to

7   authenticate messages, to sign them and verify them.

8   There are Public-Key systems that cannot do

9   signatures and there are signature systems that

10  cannot do encryption or decryption and there are

11  systems that can do both; so there exists signature

12  systems which cannot do encryption and decryption.

13      Q.  So are you equating a cryptography system

14  with an encryption system?

15          MR. GERCHICK:  Objection to form.

16          THE WITNESS:  No, I'm not.

17  BY MS. CARIDIS:

18      Q.  So I guess I don't understand.

19          My last question is how is what you

20  described as the context of Public-Key cryptography

21  different than a Public-Key cryptography system.

22      A.  I want it to be clear that when you say

23  Public-Key cryptography system, we are not referring

24  necessarily to an encryption/decryption system.

25      Q.  So an encryption/decryption system is one

Page 28

1    type of cryptography system.

2              Is that your testimony?

3         A.  Yes.

4         Q.  In the context of the '187 patent and the

5    private keys discussed therein, is it your testimony

6    that the private keys relate to a specific type of

7    cryptographic system?

8         A.  No.

9         Q.  So the private keys, as claimed in the '187

10   patent, could refer to keys that decrypt data;

11   correct?

12             MR. GERCHICK:  Objection to form.

13             THE WITNESS:  In the context of the '187

14   patent, that is one example of how keys could be

15   used.  It is not a limiting example.  There are other

16   ways it could be used, and the patent mentions at

17   least two other ways.

18   BY MS. CARIDIS:

19        Q.  And can you explain for me what you believe

20   the other ways that the '187 patent describes how

21   keys could be used?

22        A.  Yes.

23             MR. GERCHICK:  Is there a question pending?

24             MS. CARIDIS:  I -- I asked if he could

25   describe for me other ways that the '187 patent could

Page 29

1    describe how keys could be used.
2            THE WITNESS:  Yes, I can.
3    BY MS. CARIDIS:
4        Q.  Please do so.
5        A.  Okay.  For example, look at column seven, in
6    the paragraph just before the claims.  The response
7    is very small.
8            MR. GERCHICK:  If it is easier to view it,
9    you can -- you can click on the box to the left of
10   the exhibit when you are in the folder and download
11   the -- the document as well.
12           THE WITNESS:  Let me do that.
13           MR. GERCHICK:  Okay.
14           THE WITNESS:  That's Exhibit 3?
15   BY MS. CARIDIS:
16       Q.  Yes.
17       A.  Much better.  Thank you.
18           Okay.  So the sentence beginning on line
19   fifty-four says:
20               "One of ordinary skill in the art would
21           recognize that alternate methods of securing
22           the DRM system are possible using symmetric
23           key techniques or broadcast key encryption
24           techniques."
25       Q.  Okay.

Page 30

1        A.   "It is intended that such changes come

2             within the scope of the following changes."

3        Q.   So I had asked you that the private keys, as

4    claimed in the '187 patent, could refer to keys that

5    decrypt data, and you said, yes.  They could, but

6    that is one example of how keys could be used.

7             So I guess what I'm not understanding is how

8    does that sentence that you just read describe other

9    ways that keys can be used in the '187 patent, aside

10   from decrypting data?

11       A.   It specifically points out symmetric key

12   techniques and broadcast key techniques.  A person of

13   ordinary skill in the art would be familiar with

14   a wide range of cryptographic algorithms that would

15   be useful in this context of addressing the problems

16   of cryptography confidentiality, authentication, and

17   integrity.  And those techniques include techniques

18   that are not encryption and decryption.

19       Q.   But all of those techniques do include

20   decryption and encryption, even if they might include

21   other techniques as well; correct?

22            MR. GERCHICK:  Objection to form.

23            THE WITNESS:  I can't agree with that.  We

24   had a similar discussion earlier.  I mean, for

25   example, there are cryptographic algorithms that have

1    nothing to do with encryption or decryption.

2    A signature algorithm is an example.  A hash

3    algorithm is another example.

4    BY MS. CARIDIS:

5        Q.  So why don't we take a step back.

6            You provided at the beginning of this

7    deposition how you explain cryptographic keys in your

8    undergraduate courses.

9            But even at a higher level, in the context

10   of how a person of ordinary skill in the art would

11   define a cryptographic key in the early 2000s, what

12   is a key?

13       A.  A key is a sequence of characters.

14       Q.  And what are its functions?

15       A.  That depends on context, but a key without

16   further limitation could be used for a wide variety

17   of purposes.

18       Q.  A cryptographic key -- could a cryptographic

19   key be also used for a wide variety of purposes?

20       A.  Yes.

21           A cryptographic key could be used for a wide

22   variety of purposes, but a cryptographic key, as

23   opposed to a generic key, would be used in the

24   context of a cryptographic algorithm where

25   a cryptographic algorithm would address, for example,

Page 32

```
 1   one of the three fundamental problems of cryptology:
 2   Confidentiality, authentication, or integrity.
 3       Q.  So is it fair to say that you have to look
 4   at the function of the sequence of characters --
 5   strike that.
 6           Is it fair to say you have to look at how
 7   the string of characters are being used in order to
 8   determine whether it is, in fact, a cryptographic
 9   key?
10           MR. GERCHICK:  Objection to form.
11           THE WITNESS:  Yes.
12           I think to understand whether or not
13   something is a cryptographic key, one would need to
14   be able to determine whether or not it was applied in
15   a cryptographic algorithm, which deals with
16   a function to the extent that a cryptographic
17   algorithm, for example, would deal with
18   confidentiality, authentication, or integrity.
19   BY MS. CARIDIS:
20       Q.  Because, generally speaking, a cryptographic
21   key could be any length; correct?
22       A.  Yes.
23       Q.  And, generally speaking, at least from
24   a human readable perspective, it can be made up of
25   any type of characters; right?
```

1      A.  Yes.

2      Q.  Are you familiar with the concept of

3  a random number generator?

4      A.  Yes.

5      Q.  Is the output of a random number generator

6  a cryptographic key?

7           MR. GERCHICK:  Objection to form.

8           THE WITNESS:  Possibly, but not necessarily.

9  You haven't specified, for one, whether or not the

10  random number generator is a secure one.

11  BY MS. CARIDIS:

12      Q.  So you would have to look at the context?

13      A.  I -- I don't understand your question.

14      Q.  In order to determine whether the output of

15  a random number generator is a cryptographic key, you

16  would have to determine how that output is used;

17  right?

18      A.  Yes.

19      Q.  Just so that we can make sure we are on the

20  same page here, take a look at what I have -- what

21  I am marking as Exhibit 4.

22           (Deposition Exhibit Number 4

23           was marked for identification.)

24  BY MS. CARIDIS:

25      Q.  Let me know when you have seen it.

Page 34

1      A.   Okay.

2      Q.   Is the string of characters on Exhibit 4

3    a cryptographic key?

4      A.   I don't know.

5      Q.   And, again, just so that we are clear, how

6    would you be able to tell if the string of characters

7    on Exhibit 4 is a cryptographic key?

8      A.   If it was used as an input to

9    a cryptographic algorithm where it was designed such

10   that without this -- without a key you cannot compute

11   the output of that algorithm.

12     Q.   Let's turn back to Exhibit 2, which was your

13   cryptology article.

14     A.   (Witness complies.)

15     Q.   And let me know when you are there, and

16   specifically on page ten of the .pdf.

17     A.   Okay.

18     Q.   And do you see in -- in that paragraph at

19   the bottom of page ten that we were looking at

20   earlier there is a reference -- there is

21   a parenthetical that reads Barker 2016?

22     A.   Yes.  I see that.

23     Q.   And if you click on Barker 2016 -- I mean,

24   you can even do this in the context of the

25   Exhibit Share platform, but it takes you down to the

Page 35

1    reference -- it takes you down into the references

2    section of this paper on page thirty-eight, and it

3    directs you to the second entry on page thirty-eight

4    of the references.

5              Do you see that?

6        A.  Yes.

7              MR. GERCHICK:  And, for the record, that is

8    thirty-eight of the article but thirty-nine of the

9    .pdf; right?

10             MS. CARIDIS:  Thank you.  Yes.

11   BY MS. CARIDIS:

12       Q.  And so the second reference, this Barker

13   reference is a missed -- is to a missed special

14   publication, 800175B.

15             Do you see that?

16       A.  Yes.

17       Q.  Are you familiar with that publication?

18       A.  I have read it.

19       Q.  Okay.

20             MS. CARIDIS:  I will introduce that document

21   as Exhibit 5, titled "Guidelines to using

22   cryptographic standards in the federal government."

23             (Deposition Exhibit Number 5

24             was marked for identification.)

25   ///

Page 36

1    BY MS. CARIDIS:

2         Q.  And let me know when that is pulled up on

3    your screen, Dr. Sherman.

4         A.  I have it.

5         Q.  And so, Dr. Sherman, I would represent to

6    you that this is the document that you are clicking

7    to if you click that URL in your cryptology article.

8              Does that seem fair to you?  Is this the

9    document, in general, that you remember?

10        A.  It appears to be.

11             MR. GERCHICK:  Objection to form.

12             Go ahead.

13   BY MS. CARIDIS:

14        Q.  So this is a document that you directed your

15   readers to in order to learn more about Public-Key

16   cyrptosystems; correct?

17        A.  It is the document I referenced in my paper.

18        Q.  So let's turn to page thirteen of the .pdf,

19   which is -- it is numbered page four at the bottom of

20   the document.  And it is in a table of terms and

21   definitions.

22        A.  I'm there.

23        Q.  So do you see that there is a definition

24   given for cryptographic key that reads:

25                   "A parameter used in conjunction with

Page 37

1              a cryptographic algorithm that determines its

2              operation in such a way that an entity with

3              knowledge of the key can reproduce or reverse

4              the operation, while an entity without

5              knowledge of the key cannot."

6         Do you see that?

7    A.  Yes.

8    Q.  Do you agree with this definition of

9    a cryptographic key?

10   A.  Not entirely, no.

11   Q.  What don't you agree with?

12   A.  There are a couple of things; so that -- the

13   first thing is that I don't really understand what it

14   says, especially because of its use of the word and

15   phrase reproduce or reverse.

16   Q.  In the context of an asymmetric

17   cryptographic system, do you understand that an

18   entity with knowledge of, for example, the Public-Key

19   can -- strike that.

20        That an entity with knowledge of the private

21   key can reverse the encryption operation that was

22   performed using the Public-Key?

23   A.  I don't think a mathematician would use

24   those words, but I -- I -- I think the idea of

25   inverting a cryptographic transformation is

Page 38

1   understood.

2        Q.   So even if the definition that we see in

3   this Exhibit 5 isn't exactly what you think

4   a mathematician might use, does it, nevertheless,

5   accurately describe a cryptographic key?

6             MR. GERCHICK:   Objection to form.

7             THE WITNESS:   No.  I don't think it does.

8   BY MS. CARIDIS:

9        Q.   And that is because you don't understand

10  what reproduce or reverse means in this context?

11       A.   That is one reason.  It is not the only

12  reason.

13       Q.   And what is another reason?

14       A.   Another reason is that the whole phrase

15  reproduce or reverse doesn't make sense in the

16  context of cryptographic algorithms for which there

17  is no reversal.

18       Q.   What do you mean by that?

19       A.   The -- the definition uses a phrase that

20  implies an assumption that a reversal is possible,

21  but reversals are always possible.

22       Q.   It says reproduce or reverse.

23            So isn't it fair to say that in

24  cryptographic systems the cryptographic algorithm

25  could either be reproduced or reversed by someone

Page 39

1    with knowledge of the key?

2            MR. GERCHICK:  Objection to form.

3            THE WITNESS:  I -- I -- I can't agree with

4    that because I think there is ambiguity with the way

5    it is phrased.  It -- it seems to -- to be phrased in

6    a way which presupposes that reversal makes sense,

7    but it doesn't always make sense in some

8    cryptographic algorithms.

9    BY MS. CARIDIS:

10           Q.  In situations where reversal might not make

11   sense, would reproduction, nevertheless, make sense?

12           A.  I can't agree with that because I don't

13   really understand what is meant by reproduce.

14   I don't think a person of ordinary skill in the art

15   would use such a word.

16           Q.  So somebody with knowledge of

17   a cryptographic key performing the same operations

18   and getting the same results in your mind is not

19   a reproduction of the operation?

20           MR. GERCHICK:  Objection to form.

21           THE WITNESS:  I think -- I don't really

22   understand what they mean by that phrase; so it is

23   difficult to answer that question.

24   BY MS. CARIDIS:

25           Q.  Okay.  But in your article you directed

Page 40

1   readers who wanted to learn more about Public-Key

2   cryptology systems to this standard; correct?

3        A.  Yes.

4             MS. CARIDIS:  We have been going about an

5   hour.

6             Take a break?

7             THE VIDEOGRAPHER:  This marks the end of

8   media one.

9             It is 6:30 p.m.

10            We are off the record.

11            (Short recess taken.)

12            THE VIDEOGRAPHER:  This marks the beginning

13   of media two.

14            It is 6:42 p.m.

15            We are on the record.

16   BY MS. CARIDIS:

17        Q.  Welcome back.

18            So we have been talking about private key in

19   the context of the '187 patent.

20            What does private refer to in this context?

21        A.  Private refers to the fact that the key is

22   intended to be kept private -- or the algorithm in

23   which it is used is designed for the key to be kept

24   private.

25        Q.  So how can I tell whether a key is private

Page 41

1    or not?

2         A.   Well, there are -- there are two ways.  If

3    you look at the intent of the algorithm, you could

4    infer whether or not the algorithm was designed with

5    the intention of -- of the key being kept private.

6    Another way would be the history of the -- what

7    happened to the key.  Was -- was the key disclosed,

8    for example?

9         Q.   So when you say intent of an algorithm, I'm

10   having a little bit of a hard time understanding how

11   an algorithm could have an intent.

12             Can you help me out with that?

13        A.   Let me clarify what I meant.  I meant the

14   algorithm was designed for the purpose of using a key

15   that was kept private.

16        Q.   And -- and who is it private in relation to?

17        A.   Well, that is context dependent, but it

18   would be in relation to the entities in discussion,

19   which may include communicants, adversaries.

20        Q.   Is it fair to say that a private key is

21   a key that is not publicly available?

22             MR. GERCHICK:  Objection to form.

23             THE WITNESS:  I -- I don't feel comfortable

24   with that characterization.

25   ///

Page 42

1    BY MS. CARIDIS:

2         Q.  And what gives you pause?

3         A.  It -- it does not address the use of the key

4    in an algorithm that was designed for the key to be

5    kept private.  It is simply a statement of whether or

6    not the key was publicly available.

7         Q.  So -- so then is a private key a key that

8    was designed such that the key is not publicly

9    available?

10        A.  I -- I don't agree with that.

11        Q.  Okay.  And so what part of that don't you

12   agree with?

13        A.  You referred to a key being designed as

14   opposed to its use in an algorithm which was

15   designed.

16        Q.  So does a private key refer to a key that is

17   used in an algorithm where the algorithm was designed

18   for the key to not be publicly available?

19        A.  A -- a private cryptographic key has that

20   property where -- where the algorithm is

21   a cryptographic algorithm.

22        Q.  So let's turn back to paragraph fifty-six of

23   your declaration which has been marked as Exhibit 1.

24   And paragraph fifty-six is on page sixteen.

25        A.  Let me download it.

Page 43

1      Q.   Sure.

2      A.   Oh, which paragraph should I go to?

3      Q.   Fifty-six, on the bottom of page sixteen.

4      A.   Okay.  I'm there.

5      Q.   The second sentence reads:

6               "It" -- referring to private key -- "is

7           a cryptographic key, or string of characters,

8           that is kept private and can be used in

9           asymmetric encryption systems, symmetric

10          encryption systems, or for some other

11          purpose, such as for computing a digital

12          signature."

13          Is that your understanding?

14     A.   Yes.

15     Q.   So in asymmetric encryption systems, the

16   cryptographic key that is kept private would be used

17   to decrypt data; correct?

18          MR. GERCHICK:  Objection to form.

19          THE WITNESS:  You have given one example.

20   That is not the only example.

21   BY MS. CARIDIS:

22     Q.   You think that private keys in asymmetric

23   encryption systems can do more than just decrypt

24   data; correct?

25     A.   It depends on the system.  In -- in some

Page 44

```
 1   systems they can be used for other purposes, such as
 2   assigning.  Private keys are also not restricted to
 3   asymmetric systems.
 4        Q.  Understood.  But I am just talking about
 5   asymmetric systems here.
 6             So in asymmetric sys- -- in asymmetric
 7   encryption systems, the private key would be used to
 8   decrypt data, even if it might also be used to do
 9   other things; correct?
10        A.  In asymmetric encryption systems a private
11   key could be used to encrypt data.
12        Q.  I didn't say could be.
13             I said in asymmetric encryption systems
14   a private key does encrypt data, even though it might
15   also do other things; correct?
16        A.  That is one example, yes.
17        Q.  In symmetric encryption systems, the private
18   key -- a private cryptographic key would also decrypt
19   data, even if it could also perform other functions;
20   correct?
21        A.  Yes.
22        Q.  Now, at line twenty-two of the declaration
23   on page sixteen, which is part of this sentence we
24   have been talking about, you state that:
25                 "A cryptographic key can be used for
```

Page 45

```
1              some other purpose, such as computing
2              a digital signature."
3              Correct?
4       A.  Yes.
5       Q.  Are there any other purposes that you
6  believe in the context of the '187 patent
7  a cryptographic key can be used for, aside from an
8  asymmetric encryption system, symmetric encryption
9  systems, and computing a digital signature?
10      A.  Yes.
11      Q.  And what are they?
12      A.  There are a variety of purposes that could
13 be used that could be well known to a person of art
14 at the time.  Those might include hashing, keyed
15 hashing, message authentication codes, key expansion,
16 pseudorandom number generation, sharing of secrets,
17 and -- and other cryptographic purposes to support
18 confidentiality, authentication, and integrity.
19      Q.  So can you explain to me how hashing using
20 a private key could be used in the context of the
21 '187 patent?
22      A.  Yes.
23      Q.  Please do so.
24      A.  In order to accomplish the goals of the
25 patent, one would need to solve a variety of problems
```

which would be considered to be fairly routine problems for someone of the state of the art, and among these problems might be to provide authentication or integrity protection. And one technique for doing that would be a keyed hash or a message authentication code. Neither keyed hash or message authentication code is encryption or decryption or signature.

Q. How do keyed hashes use a private key?

A. A private key is incorporated into the input, together with the remaining input of the hash function. There are a variety of ways to do that.

Q. What would be -- strike that.

You agree with me that neither keyed hashes nor message authentication codes are disclosed -- strike that.

You agree with me that neither keyed hashes nor message authentication codes are discussed in the '187 patent; correct?

A. Correct.

Q. And so in the instance of the keyed hash -- so you stated that the private key is incorporated into the input, together with some additional input of the hash function; right?

A. Yes.

Page 47

1    Q.  And so what would the result of that hash

2  function be used for in your understanding within the

3  context of the '187 patent?

4    A.  It would be used for authentication and

5  integrity protection of problems that needed to be

6  solved in the context of working out a complete

7  detailed engineering solution.

8    Q.  Well, the '187 patent is talking about using

9  a private key for use in accessing the protected

10  digital content within the DRM system; right?

11    A.  That -- that is one example of a use.

12    Q.  Well, it is in the asserted claims that the

13  private key is for use in accessing the protected

14  digital content within the DRM system; right?

15    A.  That is one cited use.

16    Q.  And so with that cited use in mind, how

17  would a keyed hash further that goal?

18    A.  Well, one of the problems that would need to

19  be solved is authentication and integrity.  And --

20  and the keyed hash or message authentication code

21  would help solve that problem.

22    Q.  Who would use the keyed hash in order to

23  help solve that problem?

24    A.  The sender and receiver of the content would

25  be one example.  It is not the only example.

Page 48

1      Q.  So how would the receiver of the content use

2  a private key with a keyed hash in order to access

3  the protected digital content?

4          MR. GERCHICK:  Objection to form.

5          THE WITNESS:  You changed the discussion

6  slightly.  You were referring to access, and I was

7  referring to authentication and integrity protection.

8          Can you clarify the question?

9  BY MS. CARIDIS:

10     Q.  Sure.

11         How would -- the receiver of the content

12  that -- that we're talking about being received in

13  the '187 patent, how would that receiver use

14  a private key with a keyed hash in order to access

15  the protected digital content?

16     A.  The keyed hash or message authentication

17  code is -- is used for authentication and integrity,

18  and the way that is used is the sender and receiver

19  share a private key.  And the sender computes tags,

20  outputs from -- from this process, and the receiver

21  regenerates those tags and compares them.  And if

22  they are different, that is an indication that the --

23  the message was modified or did not come from the

24  purported sender.

25     Q.  So is that an example of a reproduction of

Page 49

1    a cryptographic output, like we saw in the NIST

2    standard definition?

3            MR. GERCHICK:  Objection to form.

4            THE WITNESS:  The recalculation of

5    a cryptographic tag is an example of a recalculation

6    of a cryptographic function.

7    BY MS. CARIDIS:

8        Q.  Earlier today we were looking at the

9    definition in the NIST standard, and you said you

10   didn't understand what reproduce meant in that

11   context.

12           And given that you just give me an example

13   of two different entities using a cryptographic

14   algorithm to produce a result and reproduce that

15   result, I'm wondering if that changes your earlier

16   testimony that you didn't understand what reproduce

17   meant in the context of that standard?

18           MR. GERCHICK:  Objection to form.

19           THE WITNESS:  It does not change --

20           MR. GERCHICK:  Sorry.  Go ahead.  You can

21   answer.

22           THE WITNESS:  It does not change my opinion.

23   Mathematicians would -- would not typically use the

24   word reproduce.  Maybe -- maybe they meant

25   recalculate.

Page 50

1   BY MS. CARIDIS:

2       Q.  You don't contend that a person of ordinary

3   skill in the art in the context of the '187 patent

4   would be a mathematician, do you?

5       A.  No.

6           That is not what I said.

7       Q.  I'm not saying that is what you said.  I'm

8   just asking the question.

9           You do not contend that a person of ordinary

10  skill in the art in the context of the '187 patent is

11  a mathematician; correct?

12          MR. GERCHICK:  Objection to form.

13          THE WITNESS:  A person of ordinary skill in

14  the art would know cryptography and knowledge of

15  cryptography requires knowledge of a significant

16  amount of mathematics, but they would not necessarily

17  be a mathematician.

18  BY MS. CARIDIS:

19      Q.  When I asked you earlier about what other

20  purposes cryptographic keys might be used and --

21  another example that you gave is a pseudorandom

22  number generator; is that right?

23      A.  Yes.

24      Q.  And can you describe how a pseudorandom

25  number generator would be used in the context of the

Page 51

1    '187 patent --

2         A.  Yes.

3         Q.  -- to access digital content?

4         A.  Yes.

5              It can be used in a variety of ways.  The

6    private key in that sense would be the seed for the

7    generator.  The generator calculates a sequence of

8    output bits, and those bits could be used for solving

9    the basic problems of cryptography, confidentiality.

10   For example, a pseudorandom number generator could be

11   used to compute another key or expand a key, which

12   might be useful in solving some of the problems that

13   would need to be solved in the context of the patent.

14        Q.  But the patent does not mention

15   a pseudorandom number generator; correct?

16        A.  The patent does not mention that term, but

17   a person skilled in the art would certainly know

18   about that and its applicable to the context.

19        Q.  So in the context that you are talking about

20   here, when the private key is received by a receiver

21   in the context of the claims, that receiver would

22   have to apply that private key to a cryptographic

23   algorithm in order to perform one of the

24   authentication or other functions that you have been

25   repeating; is that right?

Page 52

1          A.   You would apply the algorithm on the key as

2     an input.

3          Q.   So in order to be a private key of the '187

4     patent, the receiver would have to apply that private

5     key to a cryptographic algorithm; correct?

6          A.   I'm confused by your use of the word applied

7     to a key.

8               Do you mean the algorithm is applied to the

9     key?

10         Q.   Sure.

11              Let me rephrase it so we have a clean

12     record.

13              In order to be a private key of the '187

14     patent, the receiver would have to apply

15     a cryptographic algorithm to that key; correct?

16              MR. GERCHICK:   Objection to form.

17              THE WITNESS:   That's part of the definition.

18     It is not the complete definition.

19     BY MS. CARIDIS:

20         Q.   And what is missing from that definition?

21         A.   Two other limitations.  One is that the

22     algorithm is designed for the key to be private, and

23     the other is that the algorithm be a cryptographic

24     algorithm.

25         Q.   In the context of this '187 patent, how

Page 53

1   could a private key that is used for generating

2   digital signatures accomplish the goals of the '187

3   patent?

4        A.   Digital signatures help solve authentication

5   and sometimes integrity problems.

6        Q.   How would digital signatures be used in

7   accessing the protected digital content within

8   a digital rights management system?

9        A.   Well, it can be done in several different

10  ways.  In -- in one way a sender would sign a message

11  and then a receiver would verify that the received

12  message, indeed, came from the purported sender.

13  This could be directly applied to protected content

14  or it could be more indirect in the sense that it

15  could be applied to other keys which are used as part

16  of the solution process.

17       Q.   What do you mean by other keys?

18       A.   Well -- well, often in cryptographic systems

19  and DRM systems there are a multitude of keys.  And

20  since these keys need to be protected, they are

21  typically encrypted, and so there is -- they are key

22  encrypted keys.  And these keys also need to be

23  protected for authentication and integrity; so -- so

24  that -- the idea of a digital signature is not

25  limited to the actual direct content, but it -- it

Page 54

1    could be applied to other information, including keys

2    within the system.

3         Q.   Dr. Sherman, if you could turn to the

4    patent, which has been marked as Exhibit 3.

5         A.   (Witness complies.)

6         Q.   And I want to direct you to column two and

7    line forty-six.  And, actually, I'll direct you

8    a couple of lines up.

9              Do you see where it says --

10        A.   Which exhibit is this?

11        Q.   Exhibit 3.

12        A.   Okay.  Which column?

13        Q.   Two.  Line forty-three.

14        A.   Okay.  I'm there.

15        Q.   So do you see that the patent at column two,

16   line forty-three says that "The following definitions

17   are provided to set the necessary background"?  Do

18   you see that?

19        A.   Yes.

20        Q.   And two lines later it says:

21             "The private key is used for either

22        decrypting data or generating digital

23        signatures."

24             Do you see that?

25        A.   Yes.

1      Q.  So I guess in light of this definition where

2   the applicant is saying that a private key is used

3   for either decrypting data or generating digital

4   signatures, I'm trying to understand what part of

5   that you disagree with, if any.

6           MR. GERCHICK:  Objection to form.

7           THE WITNESS:  The meaning of these terms is,

8   in part, context dependent.  Here the context is very

9   clear that they are talking in a restricted context

10  of Public-Key cryptography.  And within that narrow

11  context they are making their -- their statements.

12          I don't disagree with the correctness of the

13  statement within this narrow context, but it is

14  certainly incomplete in terms of the broader context

15  of the patent.  In particular, that paragraph that

16  begins around line forty-five is -- it comes with

17  a header, Public-Key cryptography, which sets that

18  limiting context; so this --

19  BY MS. CARIDIS:

20      Q.  So this is saying in asymmetric

21  cryptography, according to the '187 patent, private

22  keys are used to either decrypt or generate digital

23  signatures; right?

24      A.  Yes.  In that limited context.

25      Q.  And --

Page 56

1      A.   Those are examples cited in that limited

2    context.

3      Q.   And we already discussed in symmetric

4    encryption systems private keys are also used to

5    decrypt data; correct?

6           MR. GERCHICK:   Objection to form.

7           THE WITNESS:   In symmetric systems that is

8    one of their uses.

9           MS. CARIDIS:   Let's go off the record for

10   a couple minutes while I check my notes, but I think

11   I can wrap this up shortly.

12          THE VIDEOGRAPHER:   This marks the end of

13   media two.

14          It is 7:11 p.m.

15          We are off the record.

16          (Short recess taken.)

17          THE VIDEOGRAPHER:   This marks the beginning

18   of media number three.

19          It is 7:18 p.m.

20          We are on the record.

21   BY MS. CARIDIS:

22     Q.   I want to thank you for your time,

23   Dr. Sherman.

24          MS. CARIDIS:   I have no further questions at

25   this point.

Page 57

1            MR. GERCHICK:  And I have no questions.

2            THE WITNESS:  Thank you.

3            THE VIDEOGRAPHER:  I can conclude the video

4    record at this time?

5            We are off the record at 7:19 p.m.

6            And this concludes today's testimony given

7    by Dr. Alan Sherman.

8            The total number of media units used was

9    three and will be retained by Veritext Legal

10   Solutions.

11   (7:19 p.m.)

12                    --ooOoo--

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 58

```
 1   STATE OF CALIFORNIA )
                         )  ss.
 2   COUNTY OF KERN      )

 3

 4          I, ALAN THEODORE SHERMAN, Ph.D., do hereby
 5   certify:
 6          That I have read the foregoing
 7   deposition;
 8          That I have made such changes in form and/or
 9   substance to the within deposition, as might be
10   necessary to render the same true and correct;
11          That having made such changes thereon, I
12   hereby subscribe my name to the deposition.
13          I declare, under penalty of perjury, that
14   the foregoing is true and correct.
15          Executed this _____ day of _____,
16   2021, at _____, California.
17
18
19                        _____
20
21
22
23
24
25
```

```
                                                  Page 59

 1   STATE OF CALIFORNIA )

                         ) ss.

 2   COUNTY OF KERN      )

 3

 4

 5          I, B. Suzanne Hull, a Certified Shorthand

 6   Reporter in the State of California, holding

 7   Certificate Number 13495, do hereby certify that

 8   ALAN THEODORE SHERMAN, Ph.D., the witness named in

 9   the foregoing deposition, was by me duly sworn; that

10   said deposition, was taken Monday, March 8, 2021, at

11   the time and place set forth on the first page

12   hereof.

13          That upon the taking of the deposition, the

14   words of the witness were written down by me in

15   stenotypy and thereafter transcribed by computer

16   under my supervision; that the foregoing is a true

17   and correct transcript of the testimony given by the

18   witness.

19          Pursuant to Federal Rule 30(e), transcript

20   review was requested.

21          I further certify that I am neither counsel

22   for nor in any way related to any party to said

23   action, nor in any way interested in the result or

24   outcome thereof.

25   ////
```

Page 60

1          Dated this 8th day of March, 2021, at

2    Bakersfield, California.

3

4    _____

5          B. Suzanne Hull, CSR No. 13495

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 61

1    Dr. Alan Theodore Sherman

     3618 Ordway Street, NW

2    Washington, DC 20016

3                          March 9, 2021

4    RE:    Google v. Sonos, Inc

5         3/8/2021, Dr. Alan Theodore Sherman (#4492984)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-midatlantic@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                     Yours,

23                     Veritext Legal Solutions

24

25

```
                                                    Page 62

1    Google v. Sonos, Inc

2    Dr. Alan Theodore Sherman (#4492984)

3                  E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   Dr. Alan Theodore Sherman                        Date

25
```

Page 63

1    Google v. Sonos, Inc

2    Dr. Alan Theodore Sherman (#4492984)

3              ACKNOWLEDGEMENT OF DEPONENT

4        I, Dr. Alan Theodore Sherman, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____   _____

12   Dr. Alan Theodore Sherman                    Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

[& - appearance]                                                                    Page 1

| & | | |
| --- | --- | --- |

**&**   2:4,10 6:7,10

**1**

**1**   3:12 4:5 11:15
  11:19 22:4 42:23
**11**   3:12
**1300**   2:6
**13495**   1:25 59:7
  60:5
**187**   20:8,24 21:21
  22:24 23:14 24:10
  28:4,9,13,20,25
  30:4,9 40:19 45:6
  45:21 46:19 47:3
  47:8 48:13 50:3
  50:10 51:1 52:3
  52:13,25 53:2
  55:21
**19**   3:17

**2**

**2**   3:17 19:3,6,13
  34:12
**2.1.4**   19:21
**20**   4:3 63:15
**20005**   2:7
**2000s**   31:11
**20016**   61:2
**2011**   4:5
**2016**   4:9 34:21,23
**2019**   8:5
**202**   2:8
**2021**   1:16 3:15 5:2
  5:7 58:16 59:10
  60:1 61:3
**213**   2:13

**3**

**3**   4:3 20:13,15,17
  20:25 29:14 54:4
  54:11

**3/8/2021**   61:5
**30**   59:19 61:17
**3200**   2:12
**33**   4:7
**35**   4:8
**3618**   5:3 61:1
**3845**   1:6 5:13
**3:20**   1:6 5:13

**4**

**4**   4:7 33:21,22
  34:2,7
**443**   15:18
**444**   15:19
**4492984**   61:5 62:2
  63:2

**5**

**5**   3:15 4:8 35:21
  35:23 38:3
**538-8128**   2:8
**5:32**   5:2,6

**6**

**612-2372**   2:13
**6:30**   40:9
**6:42**   40:14

**7**

**7**   3:5
**7,899,187**   4:5
  20:18
**777**   2:12
**7:11**   56:14
**7:18**   56:19
**7:19**   57:5,11

**8**

**8**   1:16 5:2 59:10
**800175b**   35:14
**8004**   60:3
**8th**   5:7 60:1

**9**

**9**   61:3
**900**   2:7
**90017**   2:13

**a**

**able**   13:25 24:14
  25:25 26:9 32:14
  34:6
**academic**   18:25
  19:15
**acaridis**   2:14
**access**   24:14 25:5
  48:2,6,14 51:3
**accessing**   47:9,13
  53:7
**accomplish**   23:22
  45:24 53:2
**accuracy**   61:9
**accurately**   38:5
**acknowledgement**
  63:3
**acknowledgment**
  61:12
**acronym**   18:11,11
**action**   5:23 59:23
**actual**   53:25
**added**   26:18
**additional**   46:23
**additions**   63:6
**address**   31:25
  42:3
**addressed**   15:7
**addressing**   30:15
**adversaries**   41:19
**affiliations**   6:2
**afternoon**   5:5
**ago**   15:5
**agree**   20:7,12 23:8
  25:19 26:4,7,8
  30:23 37:8,11

39:3,12 42:10,12
  46:14,17
**agreement**   6:17,18
**ahead**   20:12 36:12
  49:20
**al**   4:4
**alan**   1:15 3:12,20
  5:9 7:4,18 11:16
  57:7 58:4 59:8
  61:1,5 62:2,24
  63:2,4,12
**algorithm**   16:7,7
  16:11,14,20,23
  17:1,4,9,11,18,23
  31:2,3,24,25 32:15
  32:17 34:9,11
  37:1 38:24 40:22
  41:3,4,9,11,14
  42:4,14,17,17,20
  42:21 49:14 51:23
  52:1,5,8,15,22,23
  52:24
**algorithms**   25:10
  30:14,25 38:16
  39:8
**alice**   13:15,18,22
**allotted**   61:20
**allow**   9:9
**alternate**   22:12
  29:21
**alyssa**   2:11 6:6,20
**ambiguity**   39:4
**amount**   50:16
**angeles**   2:13
**answer**   9:10 10:15
  10:16 13:2 14:14
  39:23 49:21
**answering**   23:16
**answers**   9:5
**appearance**   6:4

**appearances** 2:1
  6:2
**appeared** 19:11
**appears** 12:4,5
  19:10 36:10
**appended** 63:7
**applicable** 15:4
  51:18 61:8
**applicant** 55:2
**applications** 25:3
**applied** 17:18
  32:14 52:6,8
  53:13,15 54:1
**apply** 51:22 52:1,4
  52:14
**area** 6:15
**areas** 12:20
**art** 22:11 23:13
  29:20 30:13 31:10
  39:14 45:13 46:2
  50:3,10,14 51:17
**article** 3:17 34:13
  35:8 36:7 39:25
**aside** 11:7 30:9
  45:7
**asked** 28:24 30:3
  50:19
**asking** 14:14 50:8
**asserted** 47:12
**assigning** 44:2
**associated** 26:25
**assume** 8:25 15:21
**assumption** 38:20
**assurance** 15:20
**assuring** 14:2
**asymmetric** 21:12
  21:15 23:1 25:16
  37:16 43:9,15,22
  44:3,5,6,6,10,13
  45:8 55:20

**attached** 61:11
**attending** 5:16 6:1
**attorney** 2:6,11
  6:5 10:2,7 61:13
**attorneys** 6:16
**august** 4:9
**authenticate** 27:7
**authentication**
  13:6,11,20,23
  15:10 24:12 26:11
  30:16 32:2,18
  45:15,18 46:4,6,7
  46:15,18 47:4,19
  47:20 48:7,16,17
  51:24 53:4,23
**available** 41:21
  42:6,9,18 61:6

**b**

**b** 1:25 3:9 4:1 59:5
  60:5
**b2** 4:5
**back** 22:18 24:11
  25:15 31:5 34:12
  40:17 42:22
**background** 54:17
**bakersfield** 60:2
**ballpark** 7:23
**barker** 34:21,23
  35:12
**basic** 14:8,11
  24:11 51:9
**beginning** 6:5
  29:18 31:6 40:12
  56:17
**begins** 55:16
**behalf** 6:6,8,20,23
  10:5 11:1
**believe** 8:4 21:20
  23:12 28:19 45:6
**better** 29:17

**bit** 23:16 41:10
**bits** 51:8,8
**bob** 13:16,18,21
  13:24
**bottom** 19:21 22:8
  34:19 36:19 43:3
**box** 29:9
**break** 40:6
**breaking** 13:4
  14:16,25 15:3
**briefly** 12:23
**broadcast** 21:5
  22:14 23:3 24:18
  24:20,24 25:8
  29:23 30:12
**broader** 55:14

**c**

**calculates** 51:7
**california** 1:2 2:13
  5:12 6:15 58:1,16
  59:1,6 60:2
**called** 7:5
**caridis** 2:11 3:5
  6:6,6,20,20 7:11
  7:14 9:24 10:11
  11:21 13:8 14:21
  16:18 17:15 19:3
  19:8 20:6,17,19
  21:6 22:1 23:10
  26:5 27:17 28:18
  28:24 29:3,15
  31:4 32:19 33:11
  33:24 35:10,11,20
  36:1,13 38:8 39:9
  39:24 40:4,16
  42:1 43:21 48:9
  49:7 50:1,18
  52:19 55:19 56:9
  56:21,24
**case** 1:6 5:12 9:17
  10:8,25 11:7 12:3

  17:21 20:13
**cases** 17:4
**certain** 3:13 11:17
**certainly** 51:17
  55:14
**certificate** 59:7
**certified** 6:14 59:5
**certify** 58:5 59:7
  59:21
**change** 49:19,22
  62:4,7,10,13,16,19
**changed** 14:6,9,10
  14:12,18 15:8
  48:5
**changes** 30:1,2
  49:15 58:8,11
  61:10 63:6
**channel** 13:17,18
**characterization**
  41:24
**characters** 16:6
  31:13 32:4,7,25
  34:2,6 43:7
**check** 8:5 56:10
**checked** 12:4
**circumstances**
  17:20
**cite** 22:10
**cited** 18:24 19:2
  47:15,16 56:1
**cites** 23:9
**citing** 20:1
**claim** 3:14 11:17
  23:4
**claimed** 28:9 30:4
**claims** 13:22 29:6
  47:12 51:21
**clarification** 8:19
  8:21,24
**clarify** 41:13 48:8

**[clean - data]**

clean   52:11
clear   27:22 34:5
  55:9
click   29:9 34:23
  36:7
clicking   36:6
coauthored   19:16
code   46:6,7 47:20
  48:17
codes   13:4 14:16
  14:25 15:4 45:15
  46:15,18
column   21:9,10
  29:5 54:6,12,15
come   30:1 48:23
comes   55:16
comfortable   41:23
communicants
  26:23 41:19
communications
  25:5,7
compares   48:21
complete   47:6
  52:18 63:8
completed   61:17
complies   12:7
  34:14 54:5
compute   16:8
  34:10 51:11
computer   15:18
  15:19 59:15
computes   48:19
computing   43:11
  45:1,9
concept   33:2
concepts   3:18 19:5
  19:17
conclude   57:3
concludes   57:6
confidentiality
  13:6,11,13 15:9

24:12 30:16 32:2
  32:18 45:18 51:9
confused   9:22
  52:6
confusion   26:17
conjunction   36:25
connection   24:4
consider   23:24
considered   46:1
consistent   21:11
constructions   3:14
  11:18
contend   50:2,9
content   47:10,14
  47:24 48:1,3,11,15
  51:3 53:7,13,25
context   10:8 20:8
  22:21,22 24:10
  25:20,23 26:8,20
  26:22,23 27:20
  28:4,13 30:15
  31:9,15,24 33:12
  34:24 37:16 38:10
  38:16 40:19,20
  41:17 45:6,20
  47:3,6 49:11,17
  50:3,10,25 51:13
  51:18,19,21 52:25
  55:8,8,9,11,13,14
  55:18,24 56:2
continued   4:1
continuing   22:9
convince   13:24,25
convincing   13:21
copies   61:14
core   3:18 19:4,17
  24:3
correct   7:20 8:16
  9:17 10:3,7,17
  12:21 18:4,25
  20:3,10 21:1,18,22

21:24 25:18 26:1
  28:11 30:21 32:21
  36:16 40:2 43:17
  43:24 44:9,15,20
  45:3 46:19,20
  50:11 51:15 52:5
  52:15 56:5 58:10
  58:14 59:17 63:8
corrections   63:6
correctness   55:12
counsel   5:9,25 7:5
  9:20 10:9 59:21
  61:14
counsels   9:23
county   58:2 59:2
couple   37:12 54:8
  56:10
course   8:15
courses   15:12,14
  15:17,25 16:4
  31:8
court   1:1 5:11,20
  6:11 9:3
cover   15:15
covered   23:19
covering   15:25
covid   8:8
creating   18:3
cryptographic   4:7
  15:22,24 16:3,5,6
  16:10,11,14,20,23
  17:1,4,7,8,8,10,18
  17:24 18:1,4
  20:10 23:2,17,20
  25:4,9 26:19 28:7
  30:14,25 31:7,11
  31:18,18,21,22,24
  31:25 32:8,13,15
  32:16,20 33:6,15
  34:3,7,9 35:22
  36:24 37:1,9,17,25

38:5,16,24,24 39:8
  39:17 42:19,21
  43:7,16 44:18,25
  45:7,17 49:1,5,6
  49:13 50:20 51:22
  52:5,15,23 53:18
cryptography
  20:3 21:1,4,5,8,12
  21:13,15,17,22
  24:12 25:16,16,17
  25:20,24 26:9,15
  26:20,22 27:4,13
  27:20,21,23 28:1
  30:16 50:14,15
  51:9 55:10,17,21
cryptologia   3:19
cryptology   12:20
  12:24 13:3 14:6
  14:15,24 15:8,15
  15:18 16:1 18:18
  32:1 34:13 36:7
  40:2
cs   61:15
csr   1:25 60:5
currently   11:4,8
  15:11
cv   1:6 5:13 12:16
  12:20 18:6
cybersecurity
  3:17 19:4,16
cyphers   13:4
  14:16,25 15:4
cyrptosystems
  19:24 36:16

d

d   3:1 7:19
d.c.   5:17
data   25:18,21,25
  25:25 26:10 28:10
  30:5,10 43:17,24
  44:8,11,14,19

[data - encryption]

Page 4

54:22 55:3 56:5
**date** 62:24 63:12
**dated** 3:15 4:5,9
  60:1
**david** 3:21
**day** 58:15 60:1
  63:15
**days** 61:17
**dc** 1:17 2:7 5:1
  61:2
**deal** 32:17
**deals** 32:15
**declaration** 3:12
  11:16 12:2,14
  20:9 24:17,22
  42:23 44:22
**declare** 58:13 63:4
**decrypt** 25:18,21
  25:24,25 26:10
  27:6 28:10 30:5
  43:17,23 44:8,18
  55:22 56:5
**decrypting** 26:16
  30:10 54:22 55:3
**decryption** 26:13
  27:2,10,12,24,25
  30:18,20 31:1
  46:8
**deemed** 63:6
**defendant** 2:10
  5:10
**defendants** 1:8 7:6
**define** 31:11
**definition** 36:23
  37:8 38:2,19 49:2
  49:9 52:17,18,20
  55:1
**definitions** 36:21
  54:16
**delatte** 3:21

**dependent** 41:17
  55:8
**depends** 31:15
  43:25
**deponent** 6:16
  61:13 63:3
**deposed** 7:20,24
  8:3
**deposing** 61:13
**deposition** 1:13
  5:9,14 8:6,12 10:1
  11:19 19:6 20:15
  21:16 31:7 33:22
  35:23 58:7,9,12
  59:9,10,13
**depositions** 7:25
  8:8
**describe** 14:15
  16:3 24:24 28:25
  29:1 30:8 38:5
  50:24
**described** 15:1
  21:21 22:23 23:23
  23:25 27:20
**describes** 28:20
**description** 3:11
  4:2 13:10 14:23
  15:3
**design** 23:22,25
**designed** 16:7 34:9
  40:23 41:4,14
  42:4,8,13,15,17
  52:22
**desired** 24:7
**detailed** 47:7
**determine** 32:8,14
  33:14,16
**determines** 37:1
**dhananjay** 3:22
**differences** 13:10

**different** 6:15 27:3
  27:21 48:22 49:13
  53:9
**difficult** 39:23
**digital** 27:2 43:11
  45:2,9 47:10,14
  48:3,15 51:3 53:2
  53:4,6,7,8,24
  54:22 55:3,22
**direct** 11:14 53:25
  54:6,7
**directed** 36:14
  39:25
**directing** 20:2
**directly** 53:13
**directs** 35:3
**disagree** 17:14
  55:5,12
**disclosed** 41:7
  46:15
**discuss** 21:15
**discussed** 28:5
  46:18 56:3
**discusses** 20:25
**discussion** 9:4
  30:24 41:18 48:5
**district** 1:1,2 5:11
  5:12
**document** 11:16
  11:25 19:4,12
  29:11 35:20 36:6
  36:9,14,17,20
**doing** 46:5
**donald** 2:17 5:18
**download** 29:10
  42:25
**dr** 5:9 7:15 10:7
  10:12 11:14 12:10
  12:14,19 19:9
  20:7,20 36:3,5
  54:3 56:23 57:7

61:1,5 62:2,24
  63:2,4,12
**drm** 22:13,20,22
  23:4,11 29:22
  47:10,14 53:19
**duly** 7:6 59:9

**e**

**e** 3:1,9 4:1 7:19,19
  7:19 59:19 62:3,3
  62:3
**earlier** 30:24
  34:20 49:8,15
  50:19
**early** 31:11
**easier** 29:8
**easy** 9:13
**eavesdropper**
  13:15,17,19
**eight** 35:2,3,8
**eighteen** 12:15
**eighty** 4:10
**either** 15:25 23:1
  38:25 54:21 55:3
  55:22
**emanuel** 2:4 6:10
  9:20 10:20
**encrypt** 27:5
  44:11,14
**encrypted** 53:21
  53:22
**encrypting** 26:16
**encryption** 21:5
  22:14 23:3 24:18
  24:21,25 25:9
  26:12 27:1,5,10,12
  27:14,24,25 29:23
  30:18,20 31:1
  37:21 43:9,10,15
  43:23 44:7,10,13
  44:17 45:8,8 46:7
  56:4

endeavor   9:9
engineering   47:7
entirely   37:10
entities   41:18
  49:13
entitled   3:17
entity   37:2,4,18,20
entry   35:3
equally   15:4
equating   27:13
errata   61:11,13,17
especially   37:14
estimate   10:22
et   4:4
evening   7:15
exactly   8:4 16:17
  38:3
examination   3:3
  7:13
example   13:15,20
  13:24 17:7,17,22
  17:24 18:2 20:1
  21:4 24:13 26:10
  27:1 28:14,15
  29:5 30:6,25 31:2
  31:3,25 32:17
  37:18 41:8 43:19
  43:20 44:16 47:11
  47:25,25 48:25
  49:5,12 50:21
  51:10
examples   17:3,9
  23:9 56:1
executed   58:15
exhibit   3:11,12,17
  4:2,3,7,8 11:15,19
  11:22 12:15 19:3
  19:6,13 20:13,15
  20:17,25 22:3,4
  29:10,14 33:21,22
  34:2,7,12,25 35:21

35:23 38:3 42:23
  54:4,10,11
exists   27:11
expand   51:11
expansion   17:23
  45:15
expert   7:5 8:1
  11:1,9 20:9 24:17
explain   12:23
  15:24 26:21 28:19
  31:7 45:19
explanation   14:5
  14:17,18 15:6
exploring   3:18
  19:4,16
extent   32:16

## f

fact   32:8 40:21
fails   61:19
fair   16:13,22
  17:10 32:3,6 36:8
  38:23 41:20
fairly   46:1
familiar   8:10
  15:21 18:8,20,22
  30:13 33:2 35:17
february   3:15
federal   35:22
  59:19
feel   23:16 41:23
field   13:3 14:15,24
  15:3
fifteen   22:5,9
fifty   22:3,4,7
  24:17,21 29:19
  42:22,24 43:3
figueroa   2:12
filed   5:11
financially   5:23
finish   9:9

firm   5:18,20 10:20
first   7:6 8:6 22:18
  37:13 59:11
five   7:24 21:9,10
  55:16
focusing   21:7
folder   29:10
following   30:2
  54:16
follows   7:7
foregoing   58:6,14
  59:9,16 63:5
form   13:1 14:19
  16:15 17:13 19:1
  20:5 21:2,23 23:7
  26:3 27:15 28:12
  30:22 32:10 33:7
  36:11 38:6 39:2
  39:20 41:22 43:18
  48:4 49:3,18
  50:12 52:16 55:6
  56:6 58:8
forth   59:11
forty   3:25 21:9,10
  54:7,13,16 55:16
four   29:19 36:19
function   32:4,16
  46:12,24 47:2
  49:6
functionality   24:3
functions   31:14
  44:19 51:24
fundamental   32:1
further   31:16
  47:17 56:24 59:21

## g

general   14:5 15:7
  16:13 36:9
generally   32:20,23
generate   55:22

generating   53:1
  54:22 55:3
generation   45:16
generator   33:3,5
  33:10,15 50:22,25
  51:7,7,10,15
generic   31:23
geoffrey   3:24
gerchick   2:5 6:8,8
  6:23,23 9:21,25
  10:3,13 13:1
  14:19 16:15 17:13
  19:1 20:5 21:2,23
  23:7 26:3 27:15
  28:12,23 29:8,13
  30:22 32:10 33:7
  35:7 36:11 38:6
  39:2,20 41:22
  43:18 48:4 49:3
  49:18,20 50:12
  52:16 55:6 56:6
  57:1
getting   24:5 26:17
  39:18
give   10:22 13:9
  17:3 49:12
given   36:24 43:19
  49:12 57:6 59:17
  63:9
gives   42:2
giving   7:25
go   20:12 36:12
  43:2 49:20 56:9
goal   47:17
goals   45:24 53:2
goes   24:11
going   5:6 8:11,25
  11:14 19:3 40:4
good   5:5 7:15
google   1:4 5:10 6:9
  6:24 9:16,23 10:1

10:5 11:1,4,8,9
61:4 62:1 63:1
**google's**  3:13 9:20
10:9 11:17
**government**  18:12
35:22
**group**  25:3
**guess**  27:18 30:7
55:1
**guidelines**  19:24
35:21

**h**

**h**  3:9 4:1 7:19,19
62:3
**hand**  7:2
**happen**  18:3
**happened**  41:7
**hard**  41:10
**hash**  17:7,8,24
18:1,3 31:2 46:5,6
46:11,21,24 47:1
47:17,20,22 48:2
48:14,16
**hashes**  46:9,14,17
**hashing**  45:14,15
45:19
**head**  9:6
**header**  55:17
**hear**  24:14
**help**  41:12 47:21
47:23 53:4
**helping**  25:11
**hereof**  59:12
**hereto**  63:7
**herman**  3:24
**herrington**  2:10
6:7
**high**  13:9 16:4
**higher**  31:9
**history**  41:6

**holding**  59:6
**hour**  40:5
**huh**  9:6,6
**hull**  1:25 5:20 6:13
59:5 60:5
**human**  32:24

**i**

**idea**  37:24 53:24
**identification**
11:20 19:7 20:16
33:23 35:24
**implies**  38:20
**incapable**  26:12
26:16
**include**  14:13
30:17,19,20 41:19
45:14
**included**  23:13
**including**  13:5
18:16 27:1 54:1
**incomplete**  55:14
**incorporated**
46:10,22
**indicate**  6:16
**indication**  48:22
**indirect**  53:14
**infer**  41:4
**information**  13:14
14:3 15:19 54:1
**input**  16:6,11 17:2
17:8 18:2 34:8
46:11,11,23,23
52:2
**inputs**  16:14,19,23
17:1,12
**insecure**  13:16
**instance**  46:21
**institutes**  18:12
**instructs**  10:15
**integrity**  13:7,11
14:2 15:10 24:13

30:17 32:2,18
45:18 46:4 47:5
47:19 48:7,17
53:5,23
**intended**  30:1
40:22
**intent**  41:3,9,11
**intention**  23:1
41:5
**interested**  5:23
59:23
**intermittently**
10:14
**interpose**  10:13
**interposing**  10:4,9
**introduce**  35:20
**invention**  21:21
**inverting**  37:25

**j**

**jeff**  6:8,23 10:2
**jeffgerchick**  2:8
**jeffrey**  2:5
**julia**  3:25

**k**

**keep**  13:14
**kept**  40:22,23 41:5
41:15 42:5 43:8
43:16
**kern**  58:2 59:2
**key**  4:7 15:22 16:5
16:5,8,10 17:11,19
17:23,25 18:2,4
19:24 20:7,10,25
21:3,7,12,17,22
22:14,14 23:2,3
24:5,6,18,20,24
25:4,8,9,15,17,20
25:23,24 26:9,9,10
26:15,20,22,24,25
27:4,8,20,21,23

29:23,23 30:11,12
31:11,12,13,15,18
31:19,21,22,23
32:9,13,21 33:6,15
34:3,7,10 36:15,24
37:3,5,9,18,21,22
38:5 39:1,17 40:1
40:18,21,23,25
41:5,7,7,14,20,21
42:3,4,6,7,7,8,13
42:16,16,18,19
43:6,7,16 44:7,11
44:14,18,18,25
45:7,15,20 46:9,10
46:22 47:9,13
48:2,14,19 51:6,11
51:11,20,22 52:1,3
52:5,7,9,13,15,22
53:1,21 54:21
55:2,10,17
**keyed**  45:14 46:5
46:6,9,14,17,21
47:17,20,22 48:2
48:14,16
**keys**  15:24 16:3
25:17,21 26:13,24
28:5,6,9,10,14,21
29:1 30:3,4,6,9
31:7 43:22 44:2
50:20 53:15,17,19
53:20,22,22 54:1
55:22 56:4
**kind**  18:14
**know**  12:8 16:8
19:9 22:6 33:25
34:4,15 36:2
50:14 51:17
**knowledge**  37:3,5
37:18,20 39:1,16
50:14,15

[known - objection]                                                                                      Page 7

**known**  21:12
45:13

**l**

**l**  3:24 7:18
**labeled**  19:21
**land**  8:8
**law**  2:6,11 10:20
**lawsuit**  10:23
**learn**  20:2 36:15
40:1
**left**  29:9
**legal**  5:19,21 57:9
61:23
**length**  32:21
**level**  13:9 16:4
25:12 31:9
**leverage**  24:4
**light**  55:1
**limitation**  31:16
**limitations**  52:21
**limited**  21:21
53:25 55:24 56:1
**limiting**  23:9
26:18 28:15 55:18
**linda**  3:22
**line**  9:4 21:9 29:18
44:22 54:7,13,16
55:16 62:4,7,10,13
62:16,19
**lines**  54:8,20
**listed**  12:20
**literature**  18:25
19:15
**little**  9:22 41:10
**llc**  1:4 5:10 6:9
**llp**  2:5
**local**  24:4
**look**  22:2 29:5
32:3,6 33:12,20
41:3

**looking**  7:22 24:16
34:19 49:8
**los**  2:13

**m**

**m**  7:19
**making**  13:4 14:16
14:24 15:3 55:11
**management**  53:8
**march**  1:16 4:5
5:2,7 59:10 60:1
61:3
**mark**  19:3 20:13
**marked**  11:15,20
19:7,13 20:16,25
22:3 33:23 35:24
42:23 54:4
**marking**  20:17
33:21
**marks**  40:7,12
56:12,17
**material**  24:7,9
**mathematician**
37:23 38:4 50:4
50:11,17
**mathematicians**
49:23
**mathematics**
50:16
**matter**  5:10 10:19
11:4,5,8
**mean**  12:24 22:20
23:21 24:10 26:22
30:24 34:23 38:18
39:22 52:8 53:17
**meaning**  55:7
**means**  38:10
**meant**  39:13 41:13
41:13 49:10,17,24
**media**  5:8 40:8,13
56:13,18 57:8

**mention**  51:14,16
**mentioned**  14:8
15:9 16:10 21:20
**mentions**  21:3,4
28:16
**message**  13:14,16
13:19,21,22 14:3
26:11,15 45:15
46:6,7,15,18 47:20
48:16,23 53:10,12
**messages**  27:6,7
**messerges**  4:3
**methods**  22:12
23:11 29:21
**michael**  3:21
**midatlantic**  61:15
**mind**  39:18 47:16
**minutes**  56:10
**missed**  35:13,13
**missing**  52:20
**modified**  14:3
48:23
**monday**  1:16 5:2
59:10
**multitude**  53:19
**music**  24:14,15

**n**

**n**  3:1 7:18,19 18:7
**name**  5:18 6:13,18
7:16 58:12
**named**  59:8
**narrow**  55:10,13
**national**  18:12
**neary**  3:21
**necessarily**  27:24
33:8 50:16
**necessary**  54:17
58:10 63:6
**need**  8:19 10:16
17:23 20:13 25:12
32:13 45:25 47:18

51:13 53:20,22
**needed**  47:5
**neither**  46:6,14,17
59:21
**nevertheless**  38:4
39:11
**nine**  4:6 19:19
35:8
**nist**  4:8 18:7,10,11
18:14 19:2 20:1
49:1,9
**nods**  9:5
**northern**  1:2 5:12
**notary**  63:13,19
**note**  61:10
**noted**  63:7
**notes**  19:21 56:10
**noticed**  18:6
**noticing**  6:5
**number**  4:4 5:12
11:19 19:6 20:15
20:18 33:3,5,10,15
33:22 35:23 45:16
50:22,25 51:10,15
56:18 57:8 59:7
**numbered**  36:19
**nw**  2:6 5:3 61:1

**o**

**o**  7:19,19
**oath**  8:16
**objection**  13:1
14:19 16:15 17:13
19:1 20:5 21:2,23
23:7 26:3 27:15
28:12 30:22 32:10
33:7 36:11 38:6
39:2,20 41:22
43:18 48:4 49:3
49:18 50:12 52:16
55:6 56:6

**objections**  6:3
10:5,10,13
**objectives**  23:23
23:25 24:2
**oh**  43:2
**okay**  8:13,22 9:7
9:14 11:12 12:19
16:25 17:16 20:22
20:24 21:7 22:8
25:15 29:5,13,18
29:25 34:1,17
35:19 39:25 42:11
43:4 54:12,14
**oliva**  3:22
**once**  10:24
**ooooo**  57:12
**operation**  37:2,4
37:21 39:19
**operations**  39:17
**opinion**  49:22
**opinions**  11:1
**opposed**  9:5 25:6
31:23 42:14
**order**  32:7 33:14
36:15 45:24 47:22
48:2,14 51:23
52:3,13
**ordinary**  22:11
23:12 29:20 30:13
31:10 39:14 50:2
50:9,13
**ordway**  5:3 61:1
**organization**
18:12
**original**  14:14,23
**orrick**  2:10 6:7
**orrick.com**  2:14
**outcome**  5:24
59:24
**output**  16:9 33:5
33:14,16 34:11

49:1 51:8
**outputs**  48:20

**p**

**p.m.**  5:2,6 40:9,14
56:14,19 57:5,11
**page**  3:3,11 4:2,7
8:9 12:5,6,15
19:19,20 22:4,9,10
33:20 34:16,19
35:2,3 36:18,19
42:24 43:3 44:23
59:11 62:4,7,10,13
62:16,19
**pages**  3:16,25 4:6
4:10
**pairs**  26:24
**paper**  19:19 35:2
36:17
**paragraph**  22:2,4
22:7 24:17,21
29:6 34:18 42:22
42:24 43:2 55:15
**parameter**  36:25
**parenthetical**
34:21
**part**  26:6 42:11
44:23 52:17 53:15
55:4,8
**participants**  5:15
**particular**  55:15
**party**  5:22 14:1
59:22
**passage**  22:10
**patent**  4:3,4 20:8
20:13,18,20,24
21:3,21 22:24,25
23:9,14,23 24:1,4
24:10 28:4,10,14
28:16,20,25 30:4,9
40:19 45:6,21,25
46:19 47:3,8

48:13 50:3,10
51:1,13,14,16 52:4
52:14,25 53:3
54:4,15 55:15,21
**pause**  42:2
**pay**  24:13
**pdf**  19:20 22:5
34:16 35:9 36:18
**penalty**  58:13
**pending**  28:23
**people**  24:13
**perform**  44:19
51:23
**performed**  37:22
**performing**  39:17
**periodically**  10:10
**perjury**  58:13
**person**  23:12
30:12 31:10 39:14
45:13 50:2,9,13
51:17
**personal**  10:2,7
**perspective**  32:24
**pertains**  13:13
**ph.d.**  1:15 7:4 58:4
59:8
**phatak**  3:22
**phrase**  15:22
26:18 37:15 38:14
38:19 39:22
**phrased**  39:5,5
**physical**  25:11
**physically**  25:13
**place**  59:11
**plaintiff**  1:5 2:4
6:9
**platform**  11:23
34:25
**please**  6:4,12,16
7:16 8:20,20
14:20 17:6 25:2

29:4 45:23
**point**  25:6,6,6
56:25
**points**  30:11
**possible**  10:17
22:13 29:22 38:20
38:21
**possibly**  33:8
**present**  5:25
**presented**  18:6
**presupposes**  39:6
**private**  20:7 24:5
25:17,21,24 26:9
26:10,25 28:5,6,9
30:3 37:20 40:18
40:20,21,22,24,25
41:5,15,16,20 42:5
42:7,16,19 43:6,8
43:16,22 44:2,7,10
44:14,17,18 45:20
46:9,10,22 47:9,13
48:2,14,19 51:6,20
51:22 52:3,4,13,22
53:1 54:21 55:2
55:21 56:4
**problem**  13:13,23
14:2 25:11 47:21
47:23
**problems**  13:5
14:8,12 15:1,7,9
23:18 24:11 30:15
32:1 45:25 46:2,3
47:5,18 51:9,12
53:5
**procedure**  24:5
**proceeding**  6:3
**process**  48:20
53:16
**produce**  49:14
**produced**  12:14

promulgate  18:17
property  42:20
proposed  3:14
protect  25:5
protected  24:8
  47:9,13 48:3,15
  53:7,13,20,23
protecting  24:7,9
protection  46:4
  47:5 48:7
provide  8:21 46:3
provided  10:25
  19:23 31:6 54:17
pseudorandom
  45:16 50:21,24
  51:10,15
public  19:24 20:25
  21:3,7,12,17,22
  25:15,17,20,23
  26:9,15,20,22,24
  27:4,8,20,21,23
  36:15 37:18,22
  40:1 55:10,17
  63:19
publication  4:9
  35:14,17
publicly  41:21
  42:6,8,18
pulled  36:2
purported  48:24
  53:12
purpose  24:7
  41:14 43:11 45:1
purposes  25:22
  27:1 31:17,19,22
  44:1 45:5,12,17
  50:20
pursuant  59:19

**q**

question  8:25 9:10
  13:2 14:14,20
  24:19 26:17 27:19
  28:23 33:13 39:23
  48:8 50:8
questions  8:18
  10:6,16 56:24
  57:1
quickly  8:12
quinn  2:4 6:10
  9:20 10:20,23
quinnemanuel.c...
  2:8
quite  8:10
quote  22:10 24:16

**r**

r  2:5 7:19,19 62:3
  62:3
raise  7:2
random  33:3,5,10
  33:15
range  30:14
read  13:19 30:8
  35:18 58:6 61:9
  63:5
readable  32:24
readers  20:2 36:15
  40:1
reads  34:21 36:24
  43:5
really  23:15 37:13
  39:13,21
reason  38:11,12
  38:13,14 61:11
  62:6,9,12,15,18,21
recalculate  49:25
recalculation  49:4
  49:5

receipt  61:18
receive  25:12
received  25:13
  48:12 51:20 53:11
receiver  47:24
  48:1,11,13,18,20
  51:20,21 52:4,14
  53:11
recess  40:11 56:16
recognize  11:25
  19:12 22:12 29:21
recollection  11:13
record  5:6 6:2,19
  7:17 8:11 12:13
  35:7 40:10,15
  52:12 56:9,15,20
  57:4,5
recorded  5:8,14
records  8:5
refer  20:14 28:10
  30:4 40:20 42:16
reference  19:21
  21:8 24:20 34:20
  35:1,12,13
referenced  36:17
  61:6
references  35:1,4
referred  26:24
  42:13
referring  22:23
  27:23 43:6 48:6,7
refers  13:20 14:2
  20:9 24:18,25
  25:3 26:23 40:21
regenerates  48:21
relate  28:6
related  5:22 59:22
relating  18:18
relation  10:5
  41:16,18

remaining  46:11
remember  8:4
  36:9
remote  1:13
remotely  5:14,16
  6:1 9:12
render  58:10
repeat  14:20
repeating  51:25
rephrase  14:22
  52:11
reported  1:25
reporter  5:20 6:12
  6:13,14 7:1,10 9:3
  59:6
represent  36:5
represented  9:19
  9:23
representing  9:25
reproduce  37:3,15
  38:10,15,22 39:13
  49:10,14,16,24
reproduced  38:25
reproduction
  39:11,19 48:25
requested  59:20
required  63:13
requires  17:11
  50:15
research  12:19
response  29:6
restricted  44:2
  55:9
result  47:1 49:14
  49:15 59:23
results  39:18
retained  9:16 57:9
retention  10:8
return  61:13,17
reversal  38:17,20
  39:6,10

**reversals** 38:21
**reverse** 37:3,15,21 38:10,15,22
**reversed** 38:25
**review** 59:20 61:7
**right** 7:2 9:20 10:1 15:22 16:11 19:24 21:9,13 23:5,16 24:18 32:25 33:17 35:9 46:24 47:10 47:14 50:22 51:25 55:23
**rights** 53:8
**room** 5:25
**routine** 46:1
**rule** 59:19
**rules** 8:10,12
**run** 8:11

**s**

**s** 3:9 4:1 7:19 18:7 62:3
**saw** 49:1
**saying** 22:25 50:7 55:2,20
**says** 22:10 29:19 37:14 38:22 54:9 54:16,20
**scenarios** 3:19 19:5,17
**scheponik** 3:23
**science** 15:18,19
**scope** 30:2
**screen** 19:10 36:3
**scroll** 12:6
**second** 35:3,12 43:5
**secret** 13:15
**secrets** 45:16
**section** 19:20 35:2
**secure** 23:3 33:10

**securing** 22:12,20 22:22,23 23:11 29:21
**security** 18:16
**see** 11:22 12:17 19:20 20:20,23 21:8,10 22:8,16 24:20 34:18,22 35:5,15 36:23 37:6 38:2 54:9,15 54:18,24
**seed** 51:6
**seen** 33:25
**sender** 47:24 48:18,19,24 53:10 53:12
**sending** 13:16
**sense** 9:1 10:4 11:3 38:15 39:6,7,11,11 51:6 53:14
**sent** 61:14
**sentence** 29:18 30:8 43:5 44:23
**sequence** 16:5 31:13 32:4 51:7
**series** 4:8
**server** 24:6
**service** 25:6
**set** 54:17 59:11
**sets** 55:17
**seven** 3:16 29:5
**seventeen** 12:6
**shakes** 9:5
**share** 25:4 34:25 48:19
**sharing** 11:22 45:16
**sheet** 61:11
**sherman** 1:15 3:12 3:20 5:9 7:4,15,18 10:12 11:14,16

12:10,19 19:9 20:7,20 36:3,5 54:3 56:23 57:7 58:4 59:8 61:1,5 62:2,24 63:2,4,12
**sherman's** 10:7 12:14
**short** 40:11 56:16
**shorthand** 6:14 59:5
**shortly** 56:11
**sign** 26:11,15 27:7 53:10 61:12
**signal** 25:12
**signature** 12:10 26:12,14 27:6,9,11 31:2 43:12 45:2,9 46:8 53:24 60:3
**signatures** 27:2,9 53:2,4,6 54:23 55:4,23
**signed** 61:20
**significant** 50:15
**similar** 30:24
**simplify** 24:5
**simply** 42:5
**simultaneously** 9:12
**single** 17:18
**sir** 7:2
**situations** 39:10
**six** 3:19 19:5,17 42:22,24 43:3 54:7
**sixteen** 22:10 42:24 43:3 44:23
**sixty** 3:16
**skill** 22:11 23:12 29:20 30:13 31:10 39:14 50:3,10,13

**skilled** 51:17
**slightly** 48:6
**small** 29:7
**solution** 47:7 53:16
**solutions** 5:19,21 57:10 61:23
**solve** 25:11 45:25 47:21,23 53:4
**solved** 47:6,19 51:13
**solving** 23:18 51:8 51:12
**somebody** 39:16
**sonos** 1:7 5:10 6:7 6:21 12:14 61:4 62:1 63:1
**sorry** 49:20
**sound** 18:8
**south** 2:12
**speaking** 32:20,23
**special** 35:13
**specific** 28:6
**specifically** 13:6 20:25 30:11 34:16
**specifications** 18:17
**specified** 33:9
**spell** 7:16
**ss** 58:1 59:1
**stamper** 2:17 5:18
**standard** 20:2 40:2 49:2,9,17
**standards** 18:13 18:18,21,23,25 19:2 35:22
**stands** 18:15
**starting** 12:15
**state** 6:1,4,14 7:16 44:24 46:2 58:1 59:1,6

stated  46:22
statement  42:5
  55:13
statements  55:11
states  1:1 4:3 5:11
stating  6:18
stenotypy  59:15
step  22:18 31:5
stipulate  6:17
stipulated  6:22,25
street  2:6,12 5:3
  61:1
strike  11:6 14:13
  32:5 37:19 46:13
  46:16
string  32:7 34:2,6
  43:7
submitted  12:3
  20:9
subscribe  58:12
subscribed  63:14
substance  58:9
suitable  23:17,20
  23:21
suite  2:7,12
sullivan  2:4 6:10
supervision  59:16
support  3:13
  11:17 45:17
sure  8:9 14:22
  33:19 43:1 48:10
  52:10
sutcliffe  2:10 6:7
suzanne  1:25 5:20
  6:13 59:5 60:5
swear  6:12,17
sworn  7:6 59:9
  63:14
symmetric  21:5
  22:13 23:2 29:22
  30:11 43:9 44:17

45:8 56:3,7
sys  44:6
system  22:13,20
  22:22,23 23:4,12
  23:23,25 24:6
  25:9 26:12,14,15
  26:16,19 27:4,5,6
  27:13,14,21,23,24
  27:25 28:1,7
  29:22 37:17 43:25
  45:8 47:10,14
  53:8 54:2
systems  21:22
  23:2 27:8,9,11,12
  38:24 40:2 43:9
  43:10,15,23 44:1,3
  44:5,7,10,13,17
  45:9 53:18,19
  56:4,7

### t

t  3:9,12,20 4:1
  7:19 11:16 18:7
  62:3,3
table  36:20
tag  49:5
tags  48:19,21
take  22:2,18 31:5
  33:20 40:6
taken  5:9 40:11
  56:16 59:10
takes  17:7 34:25
  35:1
talking  40:18 44:4
  44:24 47:8 48:12
  51:19 55:9
teach  15:11,14,18
technical  4:8
technique  23:18
  23:21 46:5
techniques  14:10
  22:14,15 23:2,3,22

24:18,21,25 29:23
  29:24 30:12,12,17
  30:17,19,21
technology  5:15
  18:13
tell  23:24 34:6
  40:25
ten  19:20 34:16,19
term  51:16
terms  15:7 36:20
  55:7,14
testified  7:6
testimony  8:1 28:2
  28:5 49:16 57:6
  59:17 61:9,18
  63:8
thank  7:1,10 12:12
  14:4 29:17 35:10
  56:22 57:2
theodore  1:15 7:4
  7:18 58:4 59:8
  61:1,5 62:2,24
  63:2,4,12
thereof  59:24
thereon  58:11
thing  9:13 21:17
  37:13
things  37:12 44:9
  44:15
think  23:17 32:12
  37:23,24 38:3,7
  39:4,14,21 43:22
  56:10
third  13:25
thirteen  36:18
thirty  35:2,3,8,8
thompson  3:25
thought  23:15
three  3:25 14:8,9
  14:11 15:9 22:3,4
  22:7 23:9 24:11

24:17,21 32:1
  54:13,16 56:18
  57:9
time  6:4 8:3,20
  41:10 45:14 56:22
  57:4 59:11 61:19
timeframe  61:8
times  7:22,24
  10:23
titled  11:16 19:4
  19:16 35:21
today  8:16 9:19
  15:5 49:8
today's  21:16 57:6
top  22:9
total  57:8
transcribed  59:15
transcribing  9:4
  9:12
transcript  59:17
  59:19 61:6,20
  63:5,8
transformation
  37:25
travis  3:23
true  58:10,14
  59:16 63:8
trust  24:4
truthfully  10:16
try  14:22
trying  13:14 15:2
  55:4
turn  19:19 34:12
  36:18 42:22 54:3
turning  25:15
twenty  14:6,9,10
  14:12,18 15:5
  44:22
two  4:10 16:14,17
  16:19,21,22,25
  17:11 21:9,10

28:17 40:13 41:2
44:22 49:13 52:21
54:6,13,15,20
56:13
**type**  28:1,6 32:25
**typically**  26:24
49:23 53:21

**u**

**uh**  9:6,6
**uncomfortable**
23:16
**undergraduate**
15:11,14,25 31:8
**understand**  8:15
8:18 10:12 12:16
15:2 21:16 22:25
24:19 27:18 32:12
33:13 37:13,17
38:9 39:13,22
49:10,16 55:4
**understanding**
30:7 41:10 43:13
47:2
**understood**  8:25
23:13 38:1 44:4
**unit**  5:8
**united**  1:1 4:3 5:11
**units**  57:8
**url**  36:7
**urquhart**  2:4 6:10
**use**  17:3 23:1
26:23 37:14,23
38:4 39:15 42:3
42:14 46:9 47:9
47:11,13,15,16,22
48:1,13 49:23
52:6
**useful**  30:15 51:12
**users**  25:4,8
**uses**  38:19 56:8

**usual**  9:3

**v**

**v**  61:4 62:1 63:1
**variations**  13:23
**variety**  13:5 15:1
18:15 25:13 26:25
31:16,19,22 45:12
45:25 46:12 51:5
**verbal**  9:5
**verify**  27:7 53:11
61:9
**veritext**  5:15,19
5:21 57:9 61:14
61:23
**veritext.com**
61:15
**versus**  5:10
**video**  5:8 57:3
**videographer**  2:17
5:5,19 6:11 40:7
40:12 56:12,17
57:3
**videotaped**  1:13
**view**  29:8
**virtual**  5:15 8:6
**vs**  1:6

**w**

**want**  13:18 27:22
54:6 56:22
**wanted**  40:1
**wants**  13:24,25
**washington**  1:17
2:7 5:1,17 61:2
**way**  25:19 37:2
39:4,6 41:6 48:18
53:10 59:22,23
**ways**  25:14 28:16
28:17,20,25 30:9
41:2 46:12 51:5
53:10

**welcome**  8:8 40:17
**wide**  30:14 31:16
31:19,21
**wish**  8:5
**withdrawn**  4:8
**witness**  5:16 6:9
6:12,18 7:5,9 9:22
11:10 12:7 13:3
14:20 16:16 17:14
19:2 21:3,24 23:8
26:4 27:16 28:13
29:2,12,14 30:23
32:11 33:8 34:14
38:7 39:3,21
41:23 43:19 48:5
49:4,19,22 50:13
52:17 54:5 55:7
56:7 57:2 59:8,14
59:18 61:8,10,12
61:19
**wondering**  49:15
**word**  37:14 39:15
49:24 52:6
**wording**  21:11
**words**  37:24 59:14
**work**  9:23 18:7,14
18:15,16
**worked**  10:19,23
11:9
**working**  11:3,8
13:5 14:25 47:6
**workshop**  18:7
**wrap**  56:11
**written**  3:20 59:14

**x**

**x**  3:1,9 4:1

**y**

**years**  14:6,9,10,12
14:18 15:5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.