# EXHIBIT 14

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    ---------------------------------------------x

4    GOOGLE LLC,

5                  Plaintiff,

6    vs.                    Case No. 3:20-CV-3845

7    SONOS, INC.,

8                  Defendant.

9    ---------------------------------------------x

10

11

12    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

13                STEPHEN WICKER, Ph.D.

14                Tuesday, March 9, 2021

15

16

17

18

19

20

21

22

23

24    Reported By: Lynne Ledanois, CSR 6811

25    Job No. 4404053

                                          Page 1

1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    ---------------------------------------------x

4    GOOGLE LLC,

5                  Plaintiff,

6    vs.                    Case No. 3:20-CV-3845

7    SONOS, INC.,

8                  Defendant.

9    ---------------------------------------------x

10

11          Videotaped deposition of STEPHEN

12      WICKER, taken in Ithica, New York, commencing

13      at 10:02 a.m., on Tuesday, March 9, 2021

14      before Lynne Ledanois, Certified Shorthand

15      Reporter No. 6811

16

17

18

19

20

21

22

23

24

25

                                            Page  2

```
 1                    REMOTE APPEARANCES

 2

 3    Counsel for the Plaintiff Google LLC:

 4                QUINN EMANUEL URQUHART & SULLIVAN

 5                BY: BRETT WATKINS, ESQ.

 6                Pennzoil Place

 7                711 Louisiana Street

 8                Suite 500

 9                Houston, Texas 77002

10                (713) 221-7000

11                brettwatkins@quinnemanuel.com

12

13    Counsel for the Defendant Sonos, Inc:

14                ORRICK HERRINGTON & SUTCLIFFE

15                BY: CLEMENT ROBERTS, ESQ.

16                405 Howard Street,

17                San Francisco, CA 94105-2675

18                (415) 773-5484

19                croberts@orrick.com

20

21    ALSO PRESENT:

22    Neil George, Videographer

23

24

25
```

Page 3

```
 1              I N D E X   O F   E X A M I N A T I O N

 2

 3    Examination by:                              Page

 4          Mr. Watkins                            7, 54

 5          Mr. Roberts                               52

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1              I N D E X   O F   E X H I B I T S
 2   Deposition           Description            Page
 3   Exhibit 1   Stephen Wicker Claim Cons-
 4               truction Expert Report
 5               re: '187 and '586 Patents;          9
 6   Exhibit 2   US Patent Number 7,899,187
 7               B2;                               29
 8   Exhibit 3   Private Key;                      41
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1                    Tuesday, March 9, 2021

 2                       10:02 a.m.

 3   _____

 4              VIDEOGRAPHER:  We're on the record at

 5         10:02 a.m. on March 9th, 2021.

 6              Please note that audio and video

 7         recording will continue to take place unless

 8         all parties agree to go off the record.

 9              This is Media Unit Number 1 for the

10         video-recorded deposition of Dr. Stephen

11         Wicker, taken by counsel for plaintiff in

12         the matter of Google LLC versus Sonos

13         Incorporated filed in the United States

14         District Court, Northern District of

15         California.  Case number is 3:20-CV-3845.

16              This deposition is being held remotely

17         through Zoom.  My name is Neil George from

18         the firm Veritext and I am the videographer.

19         The court reporter is Lynne Ledanois from

20         the firm Veritext.

21              I'm not related to any party in this

22         action nor am I financially interested in

23         the outcome.

24              Counsel will now state their

25         appearance and affiliations for the record.
```

Page 6

```
 1          If there are any objections to proceeding,
 2          please state them at the time of your
 3          appearance beginning with the noticing
 4          attorney.
 5                  MR. WATKINS:  Brett Watkins from Quinn
 6          Emanuel for Google and no objections.
 7                  MR. ROBERTS:  Clem Roberts for Sonos
 8          and the witness.  No objections.
 9                  VIDEOGRAPHER:  Would the court
10          reporter please swear in the witness.
11                  STEPHEN WICKER, Ph.D.,
12      having been duly sworn, testified as follows:
13                          EXAMINATION
14  BY MR. WATKINS:
15          Q    Good morning, Dr. Wicker.
16          A    Good morning.
17          Q    Or good afternoon.  Are you located on
18      the East Coast now or --
19          A    I'm on the East Coast.  I think it's
20      afternoon for both of us.
21          Q    Yes.  So good afternoon.
22                  First, can you state your full name
23      for the record?
24          A    My name is Stephen Bryant Wicker.
25          Q    And you are an expert -- you've
```

Page 7

```
1        offered an expert declaration for Sonos in this
2        case; right?
3             A     That's correct.
4             Q     You've been deposed in patent
5        litigations before; right?
6             A     That's correct.
7             Q     About how many times?
8             A     I don't know the exact number, but I
9        think it's on the order of 100.
10            Q     So you're familiar with -- I won't go
11       through the process.  But if you don't
12       understand any of my questions, please let me
13       know and I'll do my best to restate them.
14            A     Okay.  Thank you.
15            Q     Do you recall any past cases that
16       you've acted as an expert in that involved
17       cryptography?
18            A     Yes.
19            Q     Can you tell me which ones?
20            A     Certainly.  If you've got a copy of my
21       C.V., that would be a good place to start.
22                  Most of the cryptographic cases I've
23       worked on have involved some aspect of digital
24       rights management.
25            Q     Okay.  So let's go ahead and open
```

Page 8

```
1        Exhibit 1, which is in the exhibit share, and
2        that is the expert report of Dr. Stephen B.
3        Wicker regarding claim construction.
4                  (Exhibit 1 was marked for
5             identification.)
6     BY MR. WATKINS:
7             Q     Do you see that?
8             A     Yes, I do.  It's open.
9             Q     I believe your C.V. starts -- it's
10       Exhibit A.  It starts on PDF Page 53 -- 54.
11            A     Okay.  I'm there.  And what I was
12       referring to is on Page 3 of my C.V.
13            Q     And that has a list of cases from the
14       past five years in which you've acted as an
15       expert witness?
16            A     Yes, that's correct.
17            Q     Which of those cases involved
18       cryptography?
19            A     INVT versus Apple, KPN versus Sierra
20       Wireless, Apple versus Qualcomm, Viatech versus
21       Microsoft, KPN versus Samsung, PMC versus Apple.
22       Those would be the recent cases, within the past
23       five years.
24            Q     In those cases, have you ever
25       presented a technology tutorial that addresses
```

Page  9

1    cryptography?

2        A     In every one of the cases that went to

3    trial I did at least briefly discuss

4    cryptography.  Some of them have not yet gone to

5    trial and some of them did not go to trial.

6              In none of those cases was there a

7    separate presentation to the court purely for

8    the purpose of a technology tutorial.

9        Q     Which of the cases have gone to trial

10   that you were referring to?

11       A     Apple versus Qualcomm got started but

12   I never got on the stand before they settled.

13             INVT versus Apple did go to trial.

14   That was actually a hearing technically before

15   the ITC.

16             That would be it.  The others are

17   either still pending, for example, going to

18   trial next week, or they settled.

19       Q     In the other cases, the ones that did

20   not yet go to trial, did you offer an expert

21   report that addressed cryptography?

22       A     Yes, I did.

23       Q     In those expert reports or at the

24   trial -- trials, did you include a description

25   of cryptographic keys?

1      A      Almost certainly.  I don't recall a
2    specific instance, but, yes, I would have
3    described cryptographic keys in the process of
4    describing what cryptosystems do and what
5    digital signature schemes do.
6      Q      You used the term "cryptosystems."
7    Can you just explain what you mean by that?
8      A      Certainly.  A cryptosystem is a system
9    that translates information into a form that can
10   only be read by those in possession of the
11   decryption key.
12     Q      So cryptosystems specifically would
13   use encryption and decryption?
14     A      Yes.  Cryptosystem is a system that
15   provides for both encryption and decryption for
16   the purpose of securing data against unwanted
17   observers.
18     Q      Can you just -- how does the field of
19   cryptography relate to your definition of
20   cryptosystems?
21     A      Cryptography is a slightly more
22   general term in the sense that cryptography is
23   the field in which we create cryptosystems.  And
24   some would include cryptanalysis within that
25   definition; in other words, determining the

                                      Page 11

1    extent of the security of a given cryptosystem.

2         Q    Do all systems that are created in the

3    field of cryptography necessarily use encryption

4    and/or decryption?

5         A    It depends on how broadly you define

6    it.  For example, there are fields like

7    steganography, which is hidden writing, which

8    would literally include secret inks, things like

9    that.  That would not necessarily include

10   encryption and decryption.

11        Q    You said "steganography," is that the

12   right pronunciation?

13        A    That's correct, S-T-E-G-E-N,

14   et cetera, yes.

15        Q    Are there any other sort of subfields

16   within cryptography that would not use

17   encryption or decryption?

18        A    Well, I tend to think of cryptography

19   as being the production of cryptosystems which

20   do encryption and decryption.  The more general

21   term would be cryptology, C-R-Y-P-T-O-L-O-G-Y.

22             So when I teach it, I tend to think of

23   cryptology as the bigger term, which would

24   include fields like cryptography, cryptanalysis,

25   steganography, et cetera.

Veritext Legal Solutions
866 299-5127

```
 1        Q      And would cryptology include other
 2    schemes that do not use encryption or
 3    decryption?
 4        A      Yes.  Again, steganography being one
 5    example.
 6        Q      Can you give some more examples?
 7        A      Some of the statistical techniques
 8    that underlie cryptanalysis would not
 9    technically fall into crypto -- sorry,
10    encryption and decryption.  So a simple example
11    would be conducting frequency distributions,
12    looking for structure within a system.
13            Some of those statistical techniques
14    would not necessarily be encryption or
15    decryption but they would be part of cryptology.
16        Q      Do you consider authentication schemes
17    to fall within the field of cryptology?
18        A      It depends on how they are
19    constructed.  Authentication as simple as a
20    password does not involve encryption or
21    decryption as such.
22        Q      And because it doesn't involve
23    encryption or decryption, you would say it does
24    not fall within the field of cryptology?
25        A      Oh, I would say it falls within
```

Page 13

1     cryptology.  I wouldn't say that it's within the

2     fields of cryptosystems of cryptology.

3              So, for example, the hash algorithm

4     that would be part of a typical password scheme

5     would fall within cryptology but not within

6     encryption and decryption.

7     Q     So hash schemes -- I'm sorry, I'll use

8     your term.  Hash algorithms would not use

9     encryption or decryption?

10    A     Typically a hash does not.  It is the

11    reduction of a file to what's called a digest

12    and it is not a reversible process.

13    Q     Are you aware of any hash algorithms

14    that use keys?

15    A     Yes.  Some do and some don't.

16    Q     So in the context where a hash

17    algorithm uses a key, you would not consider

18    that to be cryptographic algorithm?

19    A      It would not, strictly speaking, be a

20    cryptosystem in the sense of encryption or

21    decryption, no.

22             And the key is often referred to as a

23    seed in the context of hash algorithms, if there

24    is a key.

25    Q     Are you aware of the message

1    authentication codes, those types of algorithms?

2       A     Message authentication is pretty

3    broad.  Are you referring to digital signatures?

4       Q     I think more broadly just message

5    authentication codes, which I think is a term

6    that I have seen.

7             Have you heard of that term?

8       A     Yes.  I think it's an older term and

9    what you're referring to is the inclusion of

10   something within a message or the use of

11   particular sets of messages as a form of

12   authentication.

13      Q     Are digital signatures a form of

14   message authentication codes?

15      A     They can be.  In other words, they can

16   be used to assure that the message has not been

17   tampered with and/or that the message is coming

18   from the person that allegedly is saying they

19   sent the message.

20      Q     Do message authentication codes use

21   keys?

22      A     Some of them do, yes.

23      Q     Can you give some examples of some

24   that do?

25      A     So, for example, I could have an

Page 15

1    authentication -- a message authentication

2    scheme that uses a key to encrypt a part of the

3    text such that the receiver can decrypt it and,

4    therefore, be assured that only the sender could

5    have possibly sent that portion of the message.

6         Q     Is that the same as a digital

7    signature in your mind?

8         A     Yes.  It would fall within the realm

9    of digital signature.

10        Q     Are you aware of any other message

11   authentication schemes that would use a key?

12        A     The use of a key would indicate some

13   type of encryption and/or decryption within the

14   context of the scheme.  There are other schemes

15   that don't use keys, but typically those that do

16   use keys are encrypting at least a portion of

17   the text in such a manner that the receiver can

18   be convinced that only the sender could have

19   sent that particular message.

20        Q     So backing off a little bit.  In the

21   field of cryptography, what are some of the

22   problems that you or persons of skill in the art

23   would address?

24        A     Okay.  So going back to the beginning

25   of my research days, one of the things I focused

Page 16

1     on with my students was the creation and

2     breaking of digital signature schemes.  We had

3     some success with that.

4              More recently, I've been focused on

5     the use of cryptosystems within the context of

6     DRM security and privacy they provide and some

7     of the associated problems.

8        Q     Are there any other problems that you

9     can think of that are addressed in the field of

10    cryptography?

11       A     Yes, cryptography generally is the

12    construction of schemes for preventing others

13    from accessing information.  If we include

14    cryptanalysis within that, then that opens up

15    the world of looking for structure within

16    encrypted text, the use of things like the

17    Baum-Welch algorithm to identify structures.

18              There are a number of different

19    statistical techniques that have been researched

20    over the years that people interested in

21    cryptography have studied.

22       Q     Are you aware that Dr. Sherman,

23    Google's expert, was deposed yesterday?

24       A     Yes, I am.

25       Q     Did you review the rough transcript of

                                        Page 17

1      his deposition?

2          A      Very briefly, yes.

3          Q      Did you have any points where you

4      disagreed with his testimony?

5          A      I would have to go through it in

6      detail in order to answer the question.

7          Q      So you can't tell me based on your

8      review of his testimony, your brief review,

9      whether you disagree with any particular points

10     of his testimony?

11         A      I only remember one point.  He was

12     asked about a particular definition of

13     encryption and he said he didn't understand it

14     or he disagreed with it because it wasn't clear

15     to him.  I thought it was a reasonable

16     definition.

17             Beyond that, I don't recall -- again,

18     I didn't spend more than an hour or so with it,

19     so I don't recall anything else.

20         Q      If you could turn back to your

21     declaration.  I'm going to step through some

22     paragraphs of it, starting on Paragraph 4, which

23     is on -- it's labeled Page 1.  It's Page 3 of

24     the PDF.

25         A      Okay.  I'm there.

Veritext Legal Solutions
866 299-5127

```
 1        Q     At the bottom of this page, it says,
 2    "'Private key' means a non-public key used for
 3    either decrypting data or generating digital
 4    signatures."
 5              Do you see that?
 6        A     Yes, I do.
 7        Q     So are you aware that the parties have
 8    been sort of discussing different proposed
 9    definitions of private key?
10        A     Yes, generally speaking.  I'm not
11    party to those conversation, but I understand
12    they've been going on.
13        Q     So do you still have -- are you going
14    to stand by this definition as being correct or
15    do you have a different definition that you
16    prefer now?  Where do you stand on this?
17        A     This definition is correct.
18        Q     Okay.  Would you turn to Paragraph 125
19    which is --
20        A     I'm sorry, what paragraph is that?
21        Q     125.  So Page 40 with the page
22    numbering at the bottom of the page.
23        A     Okay.  I'm there.
24        Q     In this paragraph you start by saying,
25    "Within the field of cryptography, the term
```

Page 19

1    'key' is commonly understood as a sequence of

2    symbols that controls a cryptographic

3    algorithm."

4        A    That's correct.

5        Q    And is this -- I guess as it relates

6    to the other definition that we've referred to

7    before, is this an understanding that's based

8    more on the understanding in the field versus

9    the patent?  How do you square these two?

10       A    Okay.  So actually I think they're

11   both consistent.  When I say the key by itself

12   is commonly understood as a sequence of symbols

13   that controls the algorithm, that's been my

14   general understanding since I started teaching

15   this material in the '80s.

16       Q    So this definition is -- in the field

17   of cryptography, this is what you would say a

18   key is?

19       A    Outside the context of the patent,

20   yes, this is the common understanding of that

21   term.

22       Q    Do you think --

23       A    Sorry, within the field of

24   cryptography.  Obviously -- and we can set all

25   this aside -- there's other kinds of keys but

Veritext Legal Solutions
866 299-5127

```
 1        they're not our subject matter.
 2             Q     Yes.  I don't want to ask questions
 3        about my car keys at this point.
 4                   So do you think that the inventors
 5        defined the term "key" or "private key" in a way
 6        that differs from the general understanding in
 7        the field of cryptography?
 8                   MR. ROBERTS:  Objection, compound.
 9                   THE WITNESS:  I think the written
10             description's use of the term "key" is
11             consistent with the general understanding.
12      BY MR. WATKINS:
13             Q     And that general understanding is what
14        you've described here in Paragraph 125 of your
15        declaration?
16             A     Of the term "key," yes, that's
17        correct.
18             Q     If we can go back to Paragraph 14
19        which is on Page 4, starts on Page 4.
20             A     Okay.  I'm there.
21             Q     It says here that with regard to
22        security -- on the second sentence, "With regard
23        to security, I have written and taught
24        extensively in the field of cryptology, and my
25        students and I have broken two digital signature
```

Page 21

1    schemes."

2           Do you see that?

3    A    Yes, I do.

4    Q    Which digital signature schemes were

5    they?

6    A    Okay.  So if you go down the page,

7    you'll see that the penultimate bullet --

8    actually, that's not the one.  The last bullet

9    on the page, a student of mine and I looked at a

10   crypto scheme, specifically a digital signature

11   scheme called the Harn-Wang modification of the

12   Xinmei digital signature scheme.  We were able

13   to break that.

14          On the next page, Page 5, that's our

15   paper in which we broke the Xinmei digital

16   signature scheme.  So those are the two papers

17   I'm referring to, the last bullet on Page 4 and

18   the first bullet on Page 5.

19   Q    Did both of those schemes involve use

20   of keys?

21   A    Yes, they did.

22   Q    Did both of those schemes involve use

23   of encryption?

24   A    Yes, they did.

25   Q    Did they involve use of decryption?

Page 22

1          A      Yes.

2                 And just so I'm clear, the encryption

3     was the creation of the signature and the

4     decryption was the verification of the signature

5     in that context.

6          Q      Can you describe what a key is in the

7     context of cryptography?

8          A      Yes.  A key is a sequence of bits or

9     symbols that controls the operation of a

10    cryptosystem.

11         Q      I think your paragraph that we looked

12    at before said it controls the operation of a

13    cryptographic algorithm.  Is that similar to

14    what you just described?

15         A      Yes, it is.

16         Q      Are you aware of any other possible

17    definition of what a key is in the field of

18    cryptography?

19         A      None come to mind.  There may be

20    similar ones, but I would expect them to

21    basically cover the same ground, have the same

22    meaning.

23         Q      Does cryptography always involve the

24    use of a key?

25         A      It would be possible to create a

Page 23

1    cryptosystem that did not use a key.  However,

2    the secrecy would then reside on the actual

3    construction of the cryptosystem and that's

4    considered bad design.

5            So generally speaking, I would say

6    within the realm of good cryptosystems, they're

7    all controlled by a key and the security of the

8    system relies on the uncertainty about the value

9    of the key to those who don't have it in their

10   possession.

11       Q    Would you turn to Paragraph 93 of your

12   declaration that's on Page 29?

13       A    Okay.  I'm there.

14       Q    And this is in a section titled

15   "Digital Rights Management."

16            And Paragraph 93 states that in the

17   second sentence, "As seen in the following

18   excerpt, DRM usually takes the form of an

19   encrypted file, a separate license or key to

20   decrypt the encrypted file, and a series of

21   statements that dictate what the user is allowed

22   to do with the content."

23            Do you see that?

24       A    Yes, I do.

25       Q    Does DRM always involve the use of

1    encryption?

2         A     Not necessarily.  Especially in the

3    distant past, DRM could rely on some form of

4    obfuscation, which is not encryption.

5         Q     Are there modern DRM schemes that

6    don't use encryption?

7         A     So what would come to mind would be a

8    dongle-based approach.  But it's still not clear

9    to me that that would involve some kind of

10   encryption.  So nothing's coming to mind.

11        Q     You would agree that even in DRM

12   schemes that use encryption, encryption is not

13   the only mechanism that's used to protect the

14   content; right?

15        A     Well, the encryption would be embedded

16   within an algorithm and there would be other

17   aspects to the algorithm aside from the

18   encryption.  So with that understanding, I would

19   say yes.

20        Q     What other aspects?

21        A     In other words, the way the encryption

22   is used, the way the transmission is done, there

23   may be other elements beyond encryption that

24   involve some kind of secret that's necessary.

25        Q     Would you agree that, for example, a

Veritext Legal Solutions
866 299-5127

1    use of restrictions on which parties can access

2    a DRM system would be part of the DRM protection

3    scheme?

4        A     Can you rephrase that?

5        Q     Yes.

6        A     I'm not clear with what you mean by

7    "access the DRM system."

8        Q     So are you aware of DRM systems in

9    which certain parties are -- only certain

10   defined parties are allowed to access the

11   system?

12       A     Access the system or access the

13   content protected by the system?

14       Q     Access the content protected by the

15   system.

16       A     Yes, I'm aware of such.

17       Q     And are there ways to restrict access

18   to content that are not solely based on

19   encryption?

20       A     There certainly could be.  There may

21   be some sort of obfuscation that is not

22   cryptographically based.

23       Q     So, for example, a -- if I log into my

24   Sonos account, would you agree that Sonos is

25   like a DRM protected content system?

                                          Page 26

```
 1              MR. ROBERTS:  Objection, outside the
 2         scope of the deposition.  This isn't a case
 3         about infringement.  We're asking only
 4         questions about the claim construction
 5         opinion.
 6              I'll allow the question, but the
 7         expert hasn't been asked to perform an
 8         opinion on infringement.
 9              MR. WATKINS:  I can rephrase that.
10              MR. ROBERTS:  Thank you.
11    BY MR. WATKINS:
12         Q    Let's say we have a system in which
13    DRM content is protected using encryption.
14              Would it be possible to also impose
15    like user name and password requirements in
16    order to access that system?
17         A    Certainly.  A password-based admission
18    system is always a possibility in a
19    computer-based system.
20         Q    And the password-based system
21    doesn't -- it probably would not use encryption
22    or it may not use encryption; is that right?
23         A    Most of the password systems that I'm
24    familiar with would use a hash.  And then what
25    would happen is they would store the hash and
```

Page 27

```
1    compare it to a hashed version of what you
2    entered.
3              It is possible, though, to use
4    straightforward encryption.
5         Q    Would you consider a hash algorithm in
6    that context to be a form of cryptography?
7         A    Hashes are -- certainly have been
8    called cryptographic algorithms, but they are
9    not performing encryption and decryption in the
10   sense of a reversible process.
11             A hash is a one-way function that is
12   generally speaking not reversible.
13        Q    But you would agree that a hash
14   algorithm could be considered to be a
15   cryptographic algorithm?
16        A    In general, I believe I have seen
17   hashes referred to as cryptographic algorithms.
18   Not within the context of the patent but in the
19   general literature, yes.
20        Q    Do you think that the patent defines
21   cryptographic algorithms in a way that is
22   different from the general understanding in the
23   art?
24        A    Well, I'm not sure that the patent
25   actually defines cryptographic algorithms.  Is
```

Page 28

1    there something you want to point me to in the

2    patent?

3        Q    I think if you can identify anything

4    based on your recollection of the patent that

5    makes you think that cryptographic algorithms in

6    the patent is different from the general

7    understanding, then we can find it.  But I'm not

8    sure what you would be referring to.

9             Is there anything specific you can

10   think of?

11       A    Well, what I'm thinking of is the

12   patent's use of cryptographic algorithms to

13   encrypt and decrypt content.  And so that would

14   be a reversible process.  I don't recall --

15   although I can quickly check back -- I'm not

16   sure hash algorithms were referred to in the

17   patent.

18            MR. WATKINS:  I'll go ahead and mark

19       Exhibit 2.  I've uploaded it but not

20       introduced it.

21            So Exhibit 2 is the '187 patent.

22            (Exhibit 2 was marked for

23       identification.)

24   BY MR. WATKINS:

25       Q    Do you see that?

                                    Page 29

```
 1          A      Yes, I do.  Thank you.
 2                 Okay.  I've got it.
 3          Q      Could you turn to paragraph -- I'm
 4      sorry, Column 4 of the '187 patent?
 5          A      Okay.
 6          Q      The paragraph starting at Line 12.
 7          A      Okay.
 8          Q      This paragraph refers to secure
 9      authentication protocol.  It's in the sentence
10      that starts on Line 20.
11                 Do you see that?
12          A      Let's see.  Line 16 has, "After
13      executing a secure authentication protocol, key
14      issuer will grant equipment 101 a DRM
15      certificate and a DRM private key."  Is that
16      what you're referring to?
17          Q      That's also a reference to secure
18      authentication protocol.  But I was referring to
19      the next sentence where it describes the secure
20      authentication protocol in a little bit more
21      detail.
22                 Do you see that?
23          A      Yes, I do.  Thank you.
24          Q      Would you consider that secure
25      authentication protocol to be a cryptographic
```

Page 30

1    algorithm?

2         A     It doesn't provide enough detail for

3    me to say other than to note that it does

4    involve the use of a unit private key and unit

5    certificate.

6         Q     What additional detail would you need

7    to know to determine if it is a cryptographic

8    algorithm?

9         A     I would need the details of the

10   authentication protocol; in other words, what is

11   it doing with unit certificate and the unit

12   private key?

13        Q     So the private key, the unit private

14   key in this context, would you consider that to

15   be a cryptographic key?

16        A     "Private key" is used consistently in

17   the written description, as we've discussed.  So

18   I would presume it's being used in a

19   cryptographic system.  It just doesn't tell me

20   the details.  It doesn't tell me what kind of

21   system or how it's being used.

22        Q     Is the secure authentication protocol

23   a form of authentication?

24        A     I would assume so based on the term;

25   in other words, it's being called an

Page 31

```
 1        authentication protocol.
 2             Q     Based on this description, how would
 3        you understand that the private -- unit private
 4        key is used for authentication?
 5                   MR. ROBERTS:  Objection, calls for
 6             speculation in light of the witness's prior
 7             testimony.  You can answer.
 8                   THE WITNESS:  Okay.  So it doesn't
 9             give me enough information.
10                   What it says is that to obtain the DRM
11             certificate and the DRM private key, there
12             is a security authentication protocol that
13             is executed.  And that protocol uses a unit
14             certificate and a unit private key that was
15             installed by the manufacturer.
16                   Beyond that, we don't know.  All we
17             know is there's information that is
18             installed on the unit and that it's being
19             used in an authentication protocol.
20        BY MR. WATKINS:
21             Q     Can you turn to Column 6, the
22        paragraph starting on Line looks like 37 or 38.
23             A     Okay.
24             Q     And if you could just review that
25        paragraph and let me know when you're finished.
```

Page 32

1       A     Okay.

2       Q     Does this provide any of the detail

3    that you would need to determine if the unit

4    private key is a cryptographic key?

5       A     Okay.  So it does provide a little bit

6    more information as to the process.  It says the

7    second device communicates its unit certificate

8    to the key issuer and may use its unit private

9    key to respond to a challenge.

10           There are standard challenge response

11    algorithms that use cryptography or at least

12    some form of hash or manipulation.

13           But again, it doesn't provide more

14    detail than that.

15      Q     You would agree this description of

16    the unit private key uses the term "private

17    key"; right?

18      A     It certainly does.

19      Q     And so the patent describes private

20    keys that are part of an authentication

21    protocol?

22      A     Yes, there is an authentication

23    protocol that's been described, again, without

24    much definition; but it does say that there is a

25    unit private key.  In this case, it's used to

Page 33

1    respond to a channel, which is part of the
2    authentication protocol.
3        Q    And do you have any sense as to
4    whether that authentication protocol would use
5    encryption or decryption?
6        A    The use of the term "private key"
7    would point towards encryption or decryption.
8    But it doesn't say.
9        Q    So is it your understanding that any
10   time the word "key" is used in the context of
11   cryptography that it necessarily means that
12   there is some use of encryption or decryption?
13            MR. ROBERTS:  Objection, compound,
14       vague and ambiguous, lacks foundation.
15            You can answer, Doctor.
16            THE WITNESS:  Okay.  So within the
17       context of the patent, whenever I've seen
18       the term "private key" used, there's
19       reference to encryption and decryption.
20       Generally speaking, there may be other uses
21       for a key.
22   BY MR. WATKINS:
23       Q    What other uses could there be?
24       A    For example, as we discussed before, a
25   key can control a hash function, but there is no

1    reference to hash at all in this patent.

2         Q    So is it your understanding that the

3    '187 patent defines private key in a way that is

4    different from the way it is used generally in

5    cryptography?

6              MR. ROBERTS:  Objection, asked and

7         answered, misstates the witness's prior

8         testimony.

9              You can answer, Doctor.

10             THE WITNESS:  As I mentioned before,

11        the way the term is used in the patent is

12        consistent with my understanding in 40 years

13        of experience in cryptography.

14   BY MR. WATKINS:

15        Q    And in cryptography the term "private

16   key" can be used in a way -- in relation to the

17   hash function; right?

18             MR. ROBERTS:  Objection, misstates the

19        witness's prior testimony.

20             You can answer.

21             THE WITNESS:  Outside of the context

22        of the patent, it could be.  But within the

23        context of the patent where there is no

24        reference to a hash function, it refers to

25        encryption and decryption.

Page 35

1    BY MR. WATKINS:

2        Q    So your understanding is that because

3    the patent doesn't refer to hash functions, the

4    term "private key" would be restricted to

5    encryption or decryption?

6        A    No, I would not restrict it as such.

7    But it's clear to me and it would have been to a

8    person of skill at the time of the invention

9    that in reading this written description, the

10   term "private key" is referring to a sequence of

11   bits that controls the action of an encryption

12   and/or decryption algorithm.

13           MR. ROBERTS:  Can we take a brief bio

14       break?

15           MR. WATKINS:  Sure.

16           MR. ROBERTS:  I'd like to take a

17       couple minutes.  Thanks.

18           VIDEOGRAPHER:  The time is 10:48 a.m.

19       We are now off the record.

20           (Recess taken.)

21           VIDEOGRAPHER:  The time is 10:59 a.m.

22       We're back on the record.

23   BY MR. WATKINS:

24       Q    So if you could take a look on

25   Exhibit 2, the '187 patent, at Claim 1 starts on

Page 36

1     Column 7 on to Column 8.

2          A     Okay.  I'm there.

3          Q     You would agree that Claim 1 does not

4     refer to encryption or decryption; right?

5          A     The words "encryption" and

6     "decryption" do not explicitly appear, but

7     there's reference to a private key which would

8     control an encryption and/or decryption process.

9          Q     The reference to a private key is in

10    the second and third limitations of Claim 1;

11    right?

12         A     Yes.  You're not counting the

13    preamble, so it would be the providing

14    limitation and the receiving limitation.

15         Q     And those limitations do not say that

16    the private key controls an encryption and/or

17    decryption process; right?

18         A     Well, it doesn't explicitly say that.

19    But in the written description it makes that

20    clear.

21         Q     What part of the written description

22    are you referring to?

23         A     Okay.  I believe it's in Column 2.

24    Take a look at Column 2 beginning on Line 47,

25    for example, it says, "The private key is used

1    for either decrypting data or generating digital

2    signatures."  So decrypting is decryption,

3    generating digital signatures would involve

4    encryption.

5        Q    So do you think the term "private key"

6    should be limited to decryption or generating

7    digital signatures?

8        A    These are things that a private key

9    does.  I don't understand that definition to be

10   limiting.  But a private key should do those

11   things.

12       Q    But would you agree that in the

13   context of -- sorry.  You would agree that the

14   '187 patent generally relates to the field of

15   DRM and cryptography; right?

16       A    It certainly, you know, starting with

17   the title, does involve digital rights

18   management.

19       Q    And it also generally relates to

20   cryptography?

21       A    It uses cryptography as a tool within

22   the context of DRM.

23       Q    And you would agree that the concept

24   of private keys in the field of cryptography

25   does not always involve use of encryption or

Page 38

1     decryption?

2               MR. ROBERTS:  Objection, misstates the

3         witness's prior testimony.

4               THE WITNESS:  Not within the context

5         of the patent.  Within the context of the

6         patent, the discussion is purely with regard

7         to encryption and decryption.

8     BY MR. WATKINS:

9         Q     But the patent uses the term "private

10    key," as we discussed before, in relation to the

11    unit private key as part of a secure

12    authentication protocol; right?

13        A     Yes, that's correct.

14        Q     And you couldn't say whether that

15    involved encryption or decryption; right?

16        A     Well, the use of private key in that

17    context within the patent tells me there's

18    encryption and/or decryption involved in that

19    authentication protocol.

20              I simply said it doesn't provide us

21    with the details.

22        Q     So there is the use of the term

23    "private key" to describe a component of the

24    secure authentication protocol, but it doesn't

25    provide the detail about how that private key is

Veritext Legal Solutions
866 299-5127

1      used?

2          A      It doesn't provide us the details with

3      regard to the encryption and decryption.  We

4      don't have a complete protocol description for

5      the authentication protocol.

6          Q      But you would agree that there are

7      secure authentication protocols that do not use

8      encryption or decryption; right?

9          A      There are particularly old

10     authentication protocols that don't use

11     cryptography, that's correct.

12         Q      Are there modern authentication

13     protocols that do not use encryption or

14     decryption?

15         A      The only thing that would come to mind

16     would be biometric based or something involving

17     a biological or physical device that has to be

18     present.

19         Q      Can hashes be used as part of an

20     authentication protocol?

21         A      They can.

22         Q      And hashes do not involve use of

23     encryption or decryption; right?

24         A      That is correct.  A hash, especially

25     within the context of the patent, is not a

1    cryptographic algorithm.

2           MR. WATKINS:  I'm just going to mark

3       another exhibit.  This will just take a

4       second.

5           Okay.  I marked it.  It should show

6       up.  You may have to refresh your browser.

7       This will be Exhibit 3.

8           (Exhibit 3 was marked for

9       identification.)

10          THE WITNESS:  Okay.  I see it.

11   BY MR. WATKINS:

12       Q    If you can just open that.  It's just

13   a one-sentence document that says, "A non-public

14   key that is used as an input to a cryptographic

15   algorithm designed such that, without the key,

16   the output of the algorithm cannot be computed."

17   Right?

18       A    That's what that says, that's right.

19       Q    Sir, do you understand this is -- have

20   you seen this definition before as a -- in the

21   context of this case for private key?

22       A    I believe I have.  I think it was

23   suggested by Google as a possible definition.

24       Q    Is there any -- so, first of all, do

25   you agree that this could be a definition of a

Page 41

1    private key?

2         A      No, it's a little convoluted and it

3    can be misinterpreted.

4         Q      How so?

5         A      So let's start with the convoluted

6    elements.  You've got a non-public key that is

7    used as an input to a cryptographic algorithm

8    designed such that, without the key, it's not

9    entirely clear what "the key" is.  It's probably

10   referring back to the non-public key.

11              Secondly, this definition allows for

12   the possibility of the text satisfying the

13   definition, which would not make sense in a

14   cryptographic concept.  It's a vague definition.

15        Q      What do you mean by "the text

16   satisfying the definition"?

17        A      Okay.  So the text is -- first off,

18   let's back up.  The definition of encryption

19   requires two inputs to a cryptosystem, a key and

20   the plain text.

21              And the way this is stated is without

22   the key, the output of the algorithm cannot be

23   computed.  Well, it's certainly true that

24   without the text, the output of the algorithm

25   cannot be computed.  That doesn't mean the plain

Page 42

1      text is a key.

2          Q      You would agree that the definition

3      refers to a key; right?

4          A      The word "key" appears twice in that

5      alleged definition, yes.

6          Q      And A person of ordinary skill in the

7      art wouldn't understand the plain text to be the

8      key in the context of a cryptographic algorithm;

9      right?

10         A      Yes, a person familiar with

11     cryptography would understand that plain text is

12     generally not the same thing as the key.

13         Q      So if you were -- if you were to

14     assume that the second instance of the word

15     "key" here refers to the non-public key, the

16     first recitation, does that clarify the -- what

17     you described as a convoluted aspect of this

18     definition for you?

19         A      It's still convoluted, but it does add

20     some more clarity.

21         Q      What other aspects of this definition

22     do you disagree with?

23         A      And we are discussing a definition of

24     "key" that is to be used in the context of the

25     patent; is that correct?

Veritext Legal Solutions
866 299-5127

1          Q     Yes, specifically private key, the

2     term that you've offered your declaration about.

3          A     Okay.  So first off, it simply says an

4     input to a cryptographic algorithm.  The patent

5     is specific with regard to the private key being

6     used for encryption and/or decryption, whereas

7     this seems unnecessarily vague.

8          Q     In Paragraph 125 of your declaration,

9     you said that within the context of

10    cryptography -- or within the field of

11    cryptography, the term "key" is commonly

12    understood as a sequence of symbols that control

13    a cryptographic algorithm; right?

14         A     That's correct.

15         Q     And that definition you gave didn't

16    use the term "encryption" or "decryption";

17    right?

18         A     But it was understood within the

19    context of my overall report.

20         Q     So you disagree with the definition

21    that's provided on Exhibit 3 because it does not

22    use -- does not specify an encryption or

23    decryption is used?

24         A     It's not specific with regard to what

25    is meant by cryptographic algorithm.  There's

Page 44

1    some other problems with it, too.

2         Q     What other problems?

3         A     Non-public seems like it's avoiding

4    telling us what private means.

5         Q     What would you understand the word

6    "private" to mean?

7         A     Within the context of cryptography,

8    private means it is something on which we can

9    base the security of a system.

10        Q     In Paragraph 125 of your declaration,

11   you said, "The modifier 'private' indicates that

12   the key is not publicly available"?

13        A     Correct.

14        Q     Is that significantly different from

15   the description in this definition of

16   non-public?

17        A     I don't consider non-public to be a

18   description.  It could simply mean it has not

19   yet been disseminated.  I mean, non-public is

20   fake.

21        Q     So if the description -- if the

22   definition in Exhibit 3 said a key that is not

23   publicly available, would that help in your

24   mind?

25        A     A key that is the basis for the

Page 45

1    security of the system that's used as an input

2    to an encryption or decryption algorithm such

3    that without the key, the algorithm will not

4    function.  That would be getting closer.

5          Q    So it's your understanding that the

6    term "private key" should be limited to one that

7    is used in a cryptographic algorithm that uses

8    encryption or decryption; right?

9          A    It's my understanding that the term

10   "private key" means to a person of skill, in

11   light of the written description, it is used for

12   either decrypting data or generating digital

13   signatures.

14              It might do other things as well.  But

15   it does those things.

16         Q    Can you turn back to your declaration?

17         A    Okay.  And that's exhibit?

18         Q    Exhibit 1.

19         A    Okay.  I'm there.

20         Q    Would you turn to Paragraph 127 on

21   Page 41 and 42.

22         A    Okay.  I'm there.

23         Q    The last sentence, so it's the

24   sentence that spans Page 41 and 42, says, "The

25   second is that 'private key' refers to a

Page 46

1    cryptography key, and it must be one that at

2    least performs the function of decrypting data

3    (even if may be used to perform other functions

4    as well)."

5              Do you see that?

6    A     Yes, I do.

7    Q     Do you agree with this?  I think based

8    on our discussion that a key could be used to

9    encrypt but not decrypt; is that right?

10   A     In the context of digital signatures,

11   that's correct.

12   Q     So you would agree that in the context

13   of the '187 patent, a key that is used to

14   encrypt but not decrypt could be a private key?

15   A     Yes.  To the extent that it is

16   providing a digital signature.

17   Q     I may have already asked this.  Are

18   there digital signature algorithms that do not

19   use encryption?

20   A     Yes.

21   Q     Can you give an example?

22   A     Certainly.  There are, for example,

23   code book-based schemes where certain terms or

24   collections of terms have to be present.  That's

25   one of the oldest forms of signature in the

Page 47

1    sense of authentication.

2        Q     Are there any other examples of

3    digital signature algorithms that do not use

4    encryption?

5        A     That's what comes to mind.  The notion

6    of a signature is a known and verifiable symbol

7    that is at least hopefully difficult to

8    replicate.

9              So other than the one example I just

10   gave from a digital standpoint, I can't think of

11   any others.

12       Q     Can you give a little bit more detail

13   about how a code book-based scheme would work as

14   a digital signature?

15       A     Certainly.  Let's suppose that you and

16   I were going to communicate over an unsecured

17   channel and I would always agree to use certain

18   words in that communication.  And if you didn't

19   see those words, you could then doubt whether or

20   not it was actually me that sent the message.

21       Q     So the intended recipient knows to

22   look out for certain aspects of the

23   communication to verify that the sender is

24   authentic or is the person that they expect?

25       A     Yes.  These schemes date back to the

1    days of the telegram, which as you know is a

2    digital communication system but an old one.

3         Q    Would you consider random-number

4    generation to be a cryptographic algorithm?

5         A    No.  It could be part of a

6    cryptosystem, but the algorithm by itself is

7    simply generating random numbers.  There would

8    be lots of reasons we might want to do that.

9         Q    Can it be used as part of an

10   authentication algorithm?

11        A    It could be used as seed in an

12   authentication algorithm.  So a random-number

13   generator is simply a tool that can be used in a

14   lot of different contexts.

15             It does not in and of itself point to

16   a cryptographic algorithm or an authentication

17   scheme or anything else.

18        Q    Are keys used in conjunction with

19   random-number generation?

20        A    Random-number generation is often used

21   to generate keys.  A random-number generator can

22   also be seeded.  In other words, you can start

23   with a private number as part of your security

24   system.

25        Q    Are random-number generation protocols

Page 49

1        reversible?

2             A      I'm not sure what that means.   In

3        other words, a random-number generator produces

4        a number, what would you be reversing it to?

5             Q      The seed.

6             A      In other words, can you literally wind

7        it backwards to get back to the seed?   A

8        deterministic random-number generator

9        potentially could do that.

10                   A good one should not do that.

11            Q      Is there anything about the system

12       described in the '187 patent that would be

13       inconsistent with the use of a hash function?

14                   MR. ROBERTS:   Objection, vague.

15                   You can answer.

16                   THE WITNESS:   So a hash function, to

17            the extent I understand the question, could

18            not be used for the encryption or decryption

19            because a hash function is not reversible.

20                   Literally a hash function takes an

21            input of a certain size and gives you as an

22            output something that's often a lot smaller.

23            You can't run it in the other direction.

24       BY MR. WATKINS:

25            Q      But a hash function could be used for

1    purposes of authentication; correct?
2        A     Yes, hash functions have been used in
3    authorization algorithms in the past.
4        Q     And do you see anything in the '187
5    patent that leads you to think that a hash
6    function could not be used for authentication in
7    the context of the system that's described in
8    that patent?
9        A     Well, as we've discussed, the patent
10   says nothing about hashes.  The only
11   cryptographic algorithms that are discussed --
12   let me rephrase that.
13             It tells us that the cryptography it's
14   doing is encryption and decryption.  It talks
15   about it in reversible terms.
16             There is no reference to hashes
17   anywhere in the patent.
18       Q     There is no instruction in the patent
19   that hash functions should not be used; correct?
20       A     The word doesn't appear.  So it does
21   not say you cannot use a hash, but it does not
22   in any way refer to hash functions.
23       Q     You would agree that the private key
24   in the '187 patent can be used for both
25   asymmetric and symmetric cryptography

Page 51

1     algorithms; correct?
2        A     I think I would say it slightly
3     differently.  The private keys that are
4     described in the patent can be used in
5     asymmetric or symmetric systems.
6               MR. WATKINS:  Okay.  I'm finished.  I
7        don't have any further questions at this
8        time.
9               MR. ROBERTS:  I have a little bit of
10       redirect.
11              MR. WATKINS:  Okay.
12                    EXAMINATION
13    BY MR. ROBERTS:
14       Q     Dr. Wicker, you talked in this
15    deposition about the seed value for hash.
16              Do you recall those questions?
17       A     Yes, I do.
18       Q     Does a seed value for hash in your
19    view constitute a private key as that term is
20    used in the '187 patent?
21       A     No, it does not.
22       Q     Why not?
23       A     Because the seed is simply a starting
24    point for an algorithm that, in this case, is
25    going to start with large files and reduce them

Page 52

1    to smaller files.  It is not a sequence of bits

2    that controls the encryption or decryption of a

3    file.

4        Q    Do you recall that you were asked some

5    questions about the seed for a random-number

6    generation algorithm?

7        A    Yes.

8        Q    Is the seed for a random-number

9    generation algorithm a private key within the

10   meaning of the '187 patent in your view?

11       A    No, it's not, for the same reason.

12       Q    If I could ask you to turn to

13   Exhibit 2.

14       A    Okay.  I'm there.  That's the patent?

15       Q    It is.  Column 8, which is Claim 1.

16       A    Yes, sir.  I am there.

17       Q    And you see the last limitation that

18   requires receiving the private key from the key

19   issuer for use in accessing the protected

20   digital content within the digital rights

21   management system?

22       A    Yes.

23       Q    How does that inform your view as to

24   whether or not the private key -- or strike

25   that.  Withdraw the question.

Page 53

```
 1              How does that statement or that claim
 2     limitation inform your view about the meaning of
 3     private key within the context of the '187
 4     patent?
 5          A     Okay.  So what it's telling me is that
 6     the private key is going to be used to obtain
 7     the digital content, to decrypt the digital
 8     content.
 9              MR. ROBERTS:  Thank you.  No more
10     questions.
11                   FURTHER EXAMINATION
12   BY MR. WATKINS:
13          Q     Just one or two follow-up questions on
14     that.
15              You would agree that the Claim 1
16     limitation that you just referred to says that
17     the private key is used for accessing the
18     protected digital content; right?
19          A     That's correct.
20          Q     It doesn't say that it's used to
21     decrypt the protected digital content; right?
22          A     It doesn't explicitly say that.  But
23     to access the digital content which has been
24     encrypted, one must decrypt it.
25          Q     Does Claim 1 say that the digital
```

Page 54

1    content is encrypted?

2        A    It says that the digital content is

3    protected and within the context of the written

4    description, that would mean encrypted.

5        Q    The term "private key" alone, does

6    that specifically require encryption -- I'm

7    sorry, I'll scratch the question.

8              MR. WATKINS:  I'm finished also.

9              VIDEOGRAPHER:  This concludes today's

10        video testimony given by Dr. Stephen Wicker.

11             The total number of media units used

12        was two and will be retained by Veritext.

13             We are now off the record at

14        11:27 a.m.  Thank you.

15             (Proceedings concluded at 11:27 a.m.)

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1              I, LYNNE M. LEDANOIS, a Certified
 2     Shorthand Reporter of the State of
 3     California, do hereby certify:
 4              That the foregoing proceedings were
 5     taken before me at the time and place herein set
 6     forth; that a record of the proceedings was made
 7     by me using machine shorthand which was
 8     thereafter transcribed under my direction; that
 9     the foregoing transcript is a true record of the
10     testimony given.
11              Further, that if the foregoing
12     pertains to the original transcript of a
13     deposition in a Federal Case, before completion
14     of the proceedings, review of the transcript [ ]
15     was [X] was not requested.
16              I further certify I am neither
17     financially interested in the action nor a
18     relative or employee of any attorney or party
19     to this action.
20              IN WITNESS WHEREOF, I have this date
21     subscribed my name this 10th day of March, 2021.
22
23
24     LYNNE MARIE LEDANOIS
25     CSR No. 6811
```

Page 56

```
 1   NAME OF CASE: Google v Sonos
 2   DATE OF DEPOSITION: 3/9/21
 3   NAME OF WITNESS: Stephen Wicker
 4   Reason codes:
 5       1. To clarify the record.
         2. To conform to the facts.
 6       3. To correct transcription errors.
 7   Page ____ Line ____ Reason____
     From _____ to_____
 8
 9   Page ____ Line ____ Reason____
     From _____ to_____
10
11   Page ____ Line ____ Reason____
     From _____ to_____
12
13   Page ____ Line ____ Reason____
     From _____ to_____
14
15   Page ____ Line ____ Reason____
     From _____ to_____
16
17   Page ____ Line ____ Reason____
     From _____ to_____
18
19   Page ____ Line ____ Reason____
     From _____ to_____
20
21
22
23
24                     _____
25                     Signature of Deponent


                                  Page 57
```

[& - aspects]

| & | | | |
|---|---|---|---|

**&**   3:4,14

**1**

**1**   5:3 6:9 9:1,4
  18:23 36:25 37:3
  37:10 46:18 53:15
  54:15,25 57:5
**100**   8:9
**101**   30:14
**10:02**   2:13 6:2,5
**10:48**   36:18
**10:59**   36:21
**10th**   56:21
**11:27**   55:14,15
**12**   30:6
**125**   19:18,21 21:14
  44:8 45:10
**127**   46:20
**14**   21:18
**16**   30:12
**187**   5:5 29:21 30:4
  35:3 36:25 38:14
  47:13 50:12 51:4
  51:24 52:20 53:10
  54:3

**2**

**2**   5:6 29:19,21,22
  36:25 37:23,24
  53:13 57:5
**20**   30:10
**2021**   1:14 2:13 6:1
  6:5 56:21
**221-7000**   3:10
**29**   5:7 24:12

**3**

**3**   5:8 9:12 18:23
  41:7,8 44:21
  45:22 57:6
**3/9/21**   57:2

**37**   32:22
**38**   32:22
**3845**   1:6 2:6 6:15
**3:20**   1:6 2:6 6:15

**4**

**4**   18:22 21:19,19
  22:17 30:4
**40**   19:21 35:12
**405**   3:16
**41**   5:8 46:21,24
**415**   3:18
**42**   46:21,24
**4404053**   1:25
**47**   37:24

**5**

**5**   22:14,18
**500**   3:8
**52**   4:5
**53**   9:10
**54**   4:4 9:10
**586**   5:5

**6**

**6**   32:21
**6811**   1:24 2:15
  56:25
**6954**   56:23

**7**

**7**   4:4 37:1
**7,899,187**   5:6
**711**   3:7
**713**   3:10
**77002**   3:9
**773-5484**   3:18

**8**

**8**   37:1 53:15
**80s**   20:15

**9**

**9**   1:14 2:13 5:5 6:1
**93**   24:11,16
**94105-2675**   3:17
**9th**   6:5

**a**

**a.m.**   2:13 6:2,5
  36:18,21 55:14,15
**able**   22:12
**access**   26:1,7,10
  26:12,12,14,17
  27:16 54:23
**accessing**   17:13
  53:19 54:17
**account**   26:24
**acted**   8:16 9:14
**action**   6:22 36:11
  56:17,19
**actual**   24:2
**add**   43:19
**additional**   31:6
**address**   16:23
**addressed**   10:21
  17:9
**addresses**   9:25
**admission**   27:17
**affiliations**   6:25
**afternoon**   7:17,20
  7:21
**agree**   6:8 25:11,25
  26:24 28:13 33:15
  37:3 38:12,13,23
  40:6 41:25 43:2
  47:7,12 48:17
  51:23 54:15
**ahead**   8:25 29:18
**algorithm**   14:3,17
  14:18 17:17 20:3
  20:13 23:13 25:16
  25:17 28:5,14,15

**31**:1,8 36:12 41:1
  41:15,16 42:7,22
  42:24 43:8 44:4
  44:13,25 46:2,3,7
  49:4,6,10,12,16
  52:24 53:6,9
**algorithms**   14:8
  14:13,23 15:1
  28:8,17,21,25 29:5
  29:12,16 33:11
  47:18 48:3 51:3
  51:11 52:1
**alleged**   43:5
**allegedly**   15:18
**allow**   27:6
**allowed**   24:21
  26:10
**allows**   42:11
**ambiguous**   34:14
**answer**   18:6 32:7
  34:15 35:9,20
  50:15
**answered**   35:7
**appear**   37:6 51:20
**appearance**   6:25
  7:3
**appearances**   3:1
**appears**   43:4
**apple**   9:19,20,21
  10:11,13
**approach**   25:8
**art**   16:22 28:23
  43:7
**aside**   20:25 25:17
**asked**   18:12 27:7
  35:6 47:17 53:4
**asking**   27:3
**aspect**   8:23 43:17
**aspects**   25:17,20
  43:21 48:22

Veritext Legal Solutions
866 299-5127

[associated - consider]

| | | | |
|---|---|---|---|
| associated  17:7 | 47:7,23 48:13 | called  14:11 22:11 | coast  7:18,19 |
| assume  31:24 | basically  23:21 | 28:8 31:25 | code  47:23 48:13 |
| 43:14 | basis  45:25 | calls  32:5 | codes  15:1,5,14,20 |
| assure  15:16 | baum  17:17 | car  21:3 | 57:4 |
| assured  16:4 | beginning  7:3 | case  1:6 2:6 6:15 | collections  47:24 |
| asymmetric  51:25 | 16:24 37:24 | 8:2 27:2 33:25 | column  30:4 32:21 |
| 52:5 | believe  9:9 28:16 | 41:21 52:24 56:13 | 37:1,1,23,24 53:15 |
| attorney  7:4 56:18 | 37:23 41:22 | 57:1 | come  23:19 25:7 |
| audio  6:6 | best  8:13 | cases  8:15,22 9:13 | 40:15 |
| authentic  48:24 | beyond  18:17 | 9:17,22,24 10:2,6 | comes  48:5 |
| authentication | 25:23 32:16 | 10:9,19 | coming  15:17 |
| 13:16,19 15:1,2,5 | bigger  12:23 | certain  26:9,9 | 25:10 |
| 15:12,14,20 16:1,1 | bio  36:13 | 47:23 48:17,22 | commencing  2:12 |
| 16:11 30:9,13,18 | biological  40:17 | 50:21 | common  20:20 |
| 30:20,25 31:10,22 | biometric  40:16 | certainly  8:20 | commonly  20:1,12 |
| 31:23 32:1,4,12,19 | bit  16:20 30:20 | 11:1,8 26:20 | 44:11 |
| 33:20,22 34:2,4 | 33:5 48:12 52:9 | 27:17 28:7 33:18 | communicate |
| 39:12,19,24 40:5,7 | bits  23:8 36:11 | 38:16 42:23 47:22 | 48:16 |
| 40:10,12,20 48:1 | 53:1 | 48:15 | communicates |
| 49:10,12,16 51:1,6 | book  47:23 48:13 | certificate  30:15 | 33:7 |
| authorization  51:3 | bottom  19:1,22 | 31:5,11 32:11,14 | communication |
| available  45:12,23 | break  22:13 36:14 | 33:7 | 48:18,23 49:2 |
| avoiding  45:3 | breaking  17:2 | certified  2:14 56:1 | compare  28:1 |
| aware  14:13,25 | brett  3:5 7:5 | certify  56:3,16 | complete  40:4 |
| 16:10 17:22 19:7 | brettwatkins  3:11 | cetera  12:14,25 | completion  56:13 |
| 23:16 26:8,16 | brief  18:8 36:13 | challenge  33:9,10 | component  39:23 |
| **b** | briefly  10:3 18:2 | channel  34:1 | compound  21:8 |
| b  5:1 9:2 | broad  15:3 | 48:17 | 34:13 |
| b2  5:7 | broadly  12:5 15:4 | check  29:15 | computed  41:16 |
| back  16:24 18:20 | broke  22:15 | claim  5:3 9:3 27:4 | 42:23,25 |
| 21:18 29:15 36:22 | broken  21:25 | 36:25 37:3,10 | computer  27:19 |
| 42:10,18 46:16 | browser  41:6 | 53:15 54:1,15,25 | concept  38:23 |
| 48:25 50:7 | bryant  7:24 | clarify  43:16 57:5 | 42:14 |
| backing  16:20 | bullet  22:7,8,17,18 | clarity  43:20 | concluded  55:15 |
| backwards  50:7 | **c** | clear  18:14 23:2 | concludes  55:9 |
| bad  24:4 | c  12:21 | 25:8 26:6 36:7 | conducting  13:11 |
| base  45:9 | c.v.  8:21 9:9,12 | 37:20 42:9 | conform  57:5 |
| based  18:7 20:7 | ca  3:17 | clem  7:7 | conjunction  49:18 |
| 25:8 26:18,22 | california  1:2 2:2 | clement  3:15 | cons  5:3 |
| 27:17,19,20 29:4 | 6:15 56:3 | closer  46:4 | consider  13:16 |
| 31:24 32:2 40:16 | | | 14:17 28:5 30:24 |

[consider - description]

31:14 45:17 49:3
**considered** 24:4
28:14
**consistent** 20:11
21:11 35:12
**consistently** 31:16
**constitute** 52:19
**constructed** 13:19
**construction** 9:3
17:12 24:3 27:4
**content** 24:22
25:14 26:13,14,18
26:25 27:13 29:13
53:20 54:7,8,18,21
54:23 55:1,2
**context** 14:16,23
16:14 17:5 20:19
23:5,7 28:6,18
31:14 34:10,17
35:21,23 38:13,22
39:4,5,17 40:25
41:21 43:8,24
44:9,19 45:7
47:10,12 51:7
54:3 55:3
**contexts** 49:14
**continue** 6:7
**control** 34:25 37:8
44:12
**controlled** 24:7
**controls** 20:2,13
23:9,12 36:11
37:16 53:2
**conversation**
19:11
**convinced** 16:18
**convoluted** 42:2,5
43:17,19
**copy** 8:20
**correct** 8:3,6 9:16
12:13 19:14,17

20:4 21:17 39:13
40:11,24 43:25
44:14 45:13 47:11
51:1,19 52:1
54:19 57:6
**counsel** 3:3,13
6:11,24
**counting** 37:12
**couple** 36:17
**court** 1:2 1:6 6:14
6:19 7:9 10:7
**cover** 23:21
**create** 11:23 23:25
**created** 12:2
**creation** 17:1 23:3
**croberts** 3:19
**cryptanalysis**
11:24 12:24 13:8
17:14
**crypto** 13:9 22:10
**cryptographic**
8:22 10:25 11:3
14:18 20:2 23:13
28:8,15,17,21,25
29:5,12 30:25
31:7,15,19 33:4
41:1,14 42:7,14
43:8 44:4,13,25
46:7 49:4,16
51:11
**cryptographically**
26:22
**cryptography**
8:17 9:18 10:1,4
10:21 11:19,21,22
12:3,16,18,24
16:21 17:10,11,21
19:25 20:17,24
21:7 23:7,18,23
28:6 33:11 34:11
35:5,13,15 38:15

38:20,21,24 40:11
43:11 44:10,11
45:7 47:1 51:13
51:25
**cryptology** 12:21
12:23 13:1,15,17
13:24 14:1,2,5
21:24
**cryptosystem** 11:8
11:14 12:1 14:20
23:10 24:1,3
42:19 49:6
**cryptosystems**
11:4,6,12,20,23
12:19 14:2 17:5
24:6
**csr** 1:24 56:25
**cv** 1:6 2:6 6:15

**d**

**d** 4:1 5:1
**data** 11:16 19:3
38:1 46:12 47:2
**date** 48:25 56:20
57:2
**day** 56:21
**days** 16:25 49:1
**declaration** 8:1
18:21 21:15 24:12
44:2,8 45:10
46:16
**decrypt** 16:3
24:20 29:13 47:9
47:14 54:7,21,24
**decrypting** 19:3
38:1,2 46:12 47:2
**decryption** 11:11
11:13,15 12:4,10
12:17,20 13:3,10
13:15,21,23 14:6,9
14:21 16:13 22:25
23:4 28:9 34:5,7

34:12,19 35:25
36:5,12 37:4,6,8
37:17 38:2,6 39:1
39:7,15,18 40:3,8
40:14,23 44:6,16
44:23 46:2,8
50:18 51:14 53:2
**defendant** 1:8 2:8
3:13
**define** 12:5
**defined** 21:5 26:10
**defines** 28:20,25
35:3
**definition** 11:19
11:25 18:12,16
19:14,15,17 20:6
20:16 23:17 33:24
38:9 41:20,23,25
42:11,13,14,16,18
43:2,5,18,21,23
44:15,20 45:15,22
**definitions** 19:9
**depends** 12:5
13:18
**deponent** 57:25
**deposed** 8:4 17:23
**deposition** 1:12
2:11 5:2 6:10,16
18:1 27:2 52:15
56:13 57:2
**describe** 23:6
39:23
**described** 11:3
21:14 23:14 33:23
43:17 50:12 51:7
52:4
**describes** 30:19
33:19
**describing** 11:4
**description** 5:2
10:24 31:17 32:2

[description - file]

33:15 36:9 37:19
37:21 40:4 45:15
45:18,21 46:11
55:4
**description's**
21:10
**design**  24:4
**designed**  41:15
42:8
**detail**  18:6 30:21
31:2,6 33:2,14
39:25 48:12
**details**  31:9,20
39:21 40:2
**determine**  31:7
33:3
**determining**  11:25
**deterministic**  50:8
**device**  33:7 40:17
**dictate**  24:21
**different**  17:18
19:8,15 28:22
29:6 35:4 45:14
49:14
**differently**  52:3
**differs**  21:6
**difficult**  48:7
**digest**  14:11
**digital**  8:23 11:5
15:3,13 16:6,9
17:2 19:3 21:25
22:4,10,12,15
24:15 38:1,3,7,17
46:12 47:10,16,18
48:3,10,14 49:2
53:20,20 54:7,7,18
54:21,23,25 55:2
**direction**  50:23
56:8
**disagree**  18:9
43:22 44:20

**disagreed**  18:4,14
**discuss**  10:3
**discussed**  31:17
34:24 39:10 51:9
51:11
**discussing**  19:8
43:23
**discussion**  39:6
47:8
**disseminated**
45:19
**distant**  25:3
**distributions**
13:11
**district**  1:1,2 2:1,2
6:14,14
**doctor**  34:15 35:9
**document**  41:13
**doing**  31:11 51:14
**dongle**  25:8
**doubt**  48:19
**dr**  6:10 7:15 9:2
17:22 52:14 55:10
**drm**  17:6 24:18,25
25:3,5,11 26:2,2,7
26:8,25 27:13
30:14,15 32:10,11
38:15,22
**duly**  7:12

**e**

**e**  4:1,1 5:1,1 12:13
12:13
**east**  7:18,19
**either**  10:17 19:3
38:1 46:12
**elements**  25:23
42:6
**emanuel**  3:4 7:6
**embedded**  25:15
**employee**  56:18

**encrypt**  16:2
29:13 47:9,14
**encrypted**  17:16
24:19,20 54:24
55:1,4
**encrypting**  16:16
**encryption**  11:13
11:15 12:3,10,17
12:20 13:2,10,14
13:20,23 14:6,9,20
16:13 18:13 22:23
23:2 25:1,4,6,10
25:12,12,15,18,21
25:23 26:19 27:13
27:21,22 28:4,9
34:5,7,12,19 35:25
36:5,11 37:4,5,8
37:16 38:4,25
39:7,15,18 40:3,8
40:13,23 42:18
44:6,16,22 46:2,8
47:19 48:4 50:18
51:14 53:2 55:6
**entered**  28:2
**entirely**  42:9
**equipment**  30:14
**errors**  57:6
**especially**  25:2
40:24
**esq**  3:5,15
**et**  12:14,25
**exact**  8:8
**examination**  4:3
7:13 52:12 54:11
**example**  10:17
12:6 13:5,10 14:3
15:25 25:25 26:23
34:24 37:25 47:21
47:22 48:9
**examples**  13:6
15:23 48:2

**excerpt**  24:18
**executed**  32:13
**executing**  30:13
**exhibit**  5:3,6,8 9:1
9:1,4,10 29:19,21
29:22 36:25 41:3
41:7,8 44:21
45:22 46:17,18
53:13
**expect**  23:20 48:24
**experience**  35:13
**expert**  5:4 7:25
8:1,16 9:2,15
10:20,23 17:23
27:7
**explain**  11:7
**explicitly**  37:6,18
54:22
**extensively**  21:24
**extent**  12:1 47:15
50:17

**f**

**f**  4:1 5:1
**facts**  57:5
**fake**  45:20
**fall**  13:9,17,24
14:5 16:8
**falls**  13:25
**familiar**  8:10
27:24 43:10
**federal**  56:13
**field**  11:18,23 12:3
13:17,24 16:21
17:9 19:25 20:8
20:16,23 21:7,24
23:17 38:14,24
44:10
**fields**  12:6,24 14:2
**file**  14:11 24:19,20
53:3

**[filed - key]**

**filed** 6:13
**files** 52:25 53:1
**financially** 6:22
  56:17
**find** 29:7
**finished** 32:25
  52:6 55:8
**firm** 6:18,20
**first** 7:22 22:18
  41:24 42:17 43:16
  44:3
**five** 9:14,23
**focused** 16:25 17:4
**follow** 54:13
**following** 24:17
**follows** 7:12
**foregoing** 56:4,9
  56:11
**form** 11:9 15:11
  15:13 24:18 25:3
  28:6 31:23 33:12
**forms** 47:25
**forth** 56:6
**foundation** 34:14
**francisco** 3:17
**frequency** 13:11
**full** 7:22
**function** 28:11
  34:25 35:17,24
  46:4 47:2 50:13
  50:16,19,20,25
  51:6
**functions** 36:3
  47:3 51:2,19,22
**further** 52:7 54:11
  56:11,16

**g**

**g** 12:13,21
**general** 11:22
  12:20 20:14 21:6
  21:11,13 28:16,19

28:22 29:6
**generally** 17:11
  19:10 24:5 28:12
  34:20 35:4 38:14
  38:19 43:12
**generate** 49:21
**generating** 19:3
  38:1,3,6 46:12
  49:7
**generation** 49:4
  49:19,20,25 53:6,9
**generator** 49:13
  49:21 50:3,8
**george** 3:22 6:17
**getting** 46:4
**give** 13:6 15:23
  32:9 47:21 48:12
**given** 12:1 55:10
  56:10
**gives** 50:21
**go** 6:8 8:10,25
  10:5,13,20 18:5
  21:18 22:6 29:18
**going** 10:17 16:24
  18:21 19:12,13
  41:2 48:16 52:25
  54:6
**good** 7:15,16,17
  7:21 8:21 24:6
  50:10
**google** 1:4 2:4 3:3
  6:12 7:6 41:23
  57:1
**google's** 17:23
**grant** 30:14
**ground** 23:21
**guess** 20:5

**h**

**h** 5:1
**happen** 27:25

**harn** 22:11
**hash** 14:3,7,8,10
  14:13,16,23 27:24
  27:25 28:5,11,13
  29:16 33:12 34:25
  35:1,17,24 36:3
  40:24 50:13,16,19
  50:20,25 51:2,5,19
  51:21,22 52:15,18
**hashed** 28:1
**hashes** 28:7,17
  40:19,22 51:10,16
**heard** 15:7
**hearing** 10:14
**held** 6:16
**help** 45:23
**herrington** 3:14
**hidden** 12:7
**hopefully** 48:7
**hour** 18:18
**houston** 3:9
**howard** 3:16

**i**

**identification** 9:5
  29:23 41:9
**identify** 17:17
  29:3
**impose** 27:14
**include** 10:24
  11:24 12:8,9,24
  13:1 17:13
**inclusion** 15:9
**inconsistent** 50:13
**incorporated** 6:13
**indicate** 16:12
**indicates** 45:11
**inform** 53:23 54:2
**information** 11:9
  17:13 32:9,17
  33:6

**infringement** 27:3
  27:8
**inks** 12:8
**input** 41:14 42:7
  44:4 46:1 50:21
**inputs** 42:19
**installed** 32:15,18
**instance** 11:2
  43:14
**instruction** 51:18
**intended** 48:21
**interested** 6:22
  17:20 56:17
**introduced** 29:20
**invention** 36:8
**inventors** 21:4
**involve** 13:20,22
  22:19,22,25 23:23
  24:25 25:9,24
  31:4 38:3,17,25
  40:22
**involved** 8:16,23
  9:17 39:15,18
**involving** 40:16
**invt** 9:19 10:13
**issuer** 30:14 33:8
  53:19
**itc** 10:15
**ithica** 2:12

**j**

**job** 1:25

**k**

**key** 5:8 11:11
  14:17,22,24 16:2
  16:11,12 19:2,2,9
  20:1,11,18 21:5,5
  21:10,16 23:6,8,17
  23:24 24:1,7,9,19
  30:13,15 31:4,12
  31:13,14,15,16

[key - objections]

32:4,11,14 33:4,4
33:8,9,16,17,25
34:6,10,18,21,25
35:3,16 36:4,10
37:7,9,16,25 38:5
38:8,10 39:10,11
39:16,23,25 41:14
41:15,21 42:1,6,8
42:9,10,19,22 43:1
43:3,4,8,12,15,15
43:24 44:1,5,11
45:12,22,25 46:3,6
46:10,25 47:1,8,13
47:14 51:23 52:19
53:9,18,18,24 54:3
54:6,17 55:5
**keys** 10:25 11:3
14:14 15:21 16:15
16:16 20:25 21:3
22:20 33:20 38:24
49:18,21 52:3
**kind** 25:9,24 31:20
**kinds** 20:25
**know** 8:8,13 31:7
32:16,17,25 38:16
49:1
**known** 48:6
**knows** 48:21
**kpn** 9:19,21

**l**

**l** 12:21
**labeled** 18:23
**lacks** 34:14
**large** 52:25
**leads** 51:5
**ledanois** 1:24 2:14
6:19 56:1,24
**license** 24:19
**light** 32:6 46:11
**limitation** 37:14
37:14 53:17 54:2

54:16
**limitations** 37:10
37:15
**limited** 38:6 46:6
**limiting** 38:10
**line** 30:6,10,12
32:22 37:24 57:7
57:9,11,13,15,17
57:19
**list** 9:13
**literally** 12:8 50:6
50:20
**literature** 28:19
**litigations** 8:5
**little** 16:20 30:20
33:5 42:2 48:12
52:9
**llc** 1:4 2:4 3:3 6:12
**located** 7:17
**log** 26:23
**look** 36:24 37:24
48:22
**looked** 22:9 23:11
**looking** 13:12
17:15
**looks** 32:22
**lot** 49:14 50:22
**lots** 49:8
**louisiana** 3:7
**lynne** 1:24 2:14
6:19 56:1,24

**m**

**m** 4:1 56:1
**machine** 56:7
**management** 8:24
24:15 38:18 53:21
**manipulation**
33:12
**manner** 16:17
**manufacturer**
32:15

**march** 1:14 2:13
6:1,5 56:21
**marie** 56:24
**mark** 29:18 41:2
**marked** 9:4 29:22
41:5,8
**material** 20:15
**matter** 6:12 21:1
**mean** 11:7 26:6
42:15,25 45:6,18
45:19 55:4
**meaning** 23:22
53:10 54:2
**means** 19:2 34:11
45:4,8 46:10 50:2
**meant** 44:25
**mechanism** 25:13
**media** 6:9 55:11
**mentioned** 35:10
**message** 14:25
15:2,4,10,14,16,17
15:19,20 16:1,5,10
16:19 48:20
**messages** 15:11
**microsoft** 9:21
**mind** 16:7 23:19
25:7,10 40:15
45:24 48:5
**mine** 22:9
**minutes** 36:17
**misinterpreted**
42:3
**misstates** 35:7,18
39:2
**modern** 25:5
40:12
**modification**
22:11
**modifier** 45:11
**morning** 7:15,16

**n**

**n** 4:1,1,1 5:1 12:13
**name** 6:17 7:22,24
27:15 56:21 57:1
57:3
**necessarily** 12:3,9
13:14 25:2 34:11
**necessary** 25:24
**need** 31:6,9 33:3
**neil** 3:22 6:17
**neither** 56:16
**never** 10:12
**new** 2:12
**non** 19:2 41:13
42:6,10 43:15
45:3,16,17,19
**northern** 1:2 2:2
6:14
**note** 6:6 31:3
**nothing's** 25:10
**noticing** 7:3
**notion** 48:5
**number** 5:6 6:9,15
8:8 17:18 49:3,12
49:19,20,21,23,25
50:3,4,8 53:5,8
55:11
**numbering** 19:22
**numbers** 49:7

**o**

**o** 4:1,1 5:1 12:21
12:21
**obfuscation** 25:4
26:21
**objection** 21:8
27:1 32:5 34:13
35:6,18 39:2
50:14
**objections** 7:1,6,8

Veritext Legal Solutions
866 299-5127

**observers** 11:17
**obtain** 32:10 54:6
**obviously** 20:24
**offer** 10:20
**offered** 8:1 44:2
**oh** 13:25
**okay** 8:14,25 9:11
  16:24 18:25 19:18
  19:23 20:10 21:20
  22:6 24:13 30:2,5
  30:7 32:8,23 33:1
  33:5 34:16 37:2
  37:23 41:5,10
  42:17 44:3 46:17
  46:19,22 52:6,11
  53:14 54:5
**old** 40:9 49:2
**older** 15:8
**oldest** 47:25
**ones** 8:19 10:19
  23:20
**open** 8:25 9:8
  41:12
**opens** 17:14
**operation** 23:9,12
**opinion** 27:5,8
**order** 8:9 18:6
  27:16
**ordinary** 43:6
**original** 56:12
**orrick** 3:14
**orrick.com** 3:19
**outcome** 6:23
**output** 41:16
  42:22,24 50:22
**outside** 20:19 27:1
  35:21
**overall** 44:19

**p**

**p** 12:21
**page** 4:3 5:2 9:10
  9:12 18:23,23
  19:1,21,21,22
  21:19,19 22:6,9,14
  22:14,17,18 24:12
  46:21,24 57:7,9,11
  57:13,15,17,19
**paper** 22:15
**papers** 22:16
**paragraph** 18:22
  19:18,20,24 21:14
  21:18 23:11 24:11
  24:16 30:3,6,8
  32:22,25 44:8
  45:10 46:20
**paragraphs** 18:22
**part** 13:15 14:4
  16:2 26:2 33:20
  34:1 37:21 39:11
  40:19 49:5,9,23
**particular** 15:11
  16:19 18:9,12
**particularly** 40:9
**parties** 6:8 19:7
  26:1,9,10
**party** 6:21 19:11
  56:18
**password** 13:20
  14:4 27:15,17,20
  27:23
**patent** 5:6 8:4 20:9
  20:19 28:18,20,24
  29:2,4,6,17,21
  30:4 33:19 34:17
  35:1,3,11,22,23
  36:3,25 38:14
  39:5,6,9,17 40:25
  43:25 44:4 47:13
  50:12 51:5,8,9,17

  51:18,24 52:4,20
  53:10,14 54:4
**patent's** 29:12
**patents** 5:5
**pdf** 9:10 18:24
**pending** 10:17
**pennzoil** 3:6
**penultimate** 22:7
**people** 17:20
**perform** 27:7 47:3
**performing** 28:9
**performs** 47:2
**person** 15:18 36:8
  43:6,10 46:10
  48:24
**persons** 16:22
**pertains** 56:12
**ph.d.** 1:13 7:11
**physical** 40:17
**place** 3:6 6:7 8:21
  56:5
**plain** 42:20,25
  43:7,11
**plaintiff** 1:5 2:5
  3:3 6:11
**please** 6:6 7:2,10
  8:12
**pmc** 9:21
**point** 18:11 21:3
  29:1 34:7 49:15
  52:24
**points** 18:3,9
**portion** 16:5,16
**possession** 11:10
  24:10
**possibility** 27:18
  42:12
**possible** 23:16,25
  27:14 28:3 41:23
**possibly** 16:5

**potentially** 50:9
**preamble** 37:13
**prefer** 19:16
**present** 3:21 40:18
  47:24
**presentation** 10:7
**presented** 9:25
**presume** 31:18
**pretty** 15:2
**preventing** 17:12
**prior** 32:6 35:7,19
  39:3
**privacy** 17:6
**private** 5:8 19:2,9
  21:5 30:15 31:4
  31:12,13,13,16
  32:3,3,11,14 33:4
  33:8,16,16,19,25
  34:6,18 35:3,15
  36:4,10 37:7,9,16
  37:25 38:5,8,10,24
  39:9,11,16,23,25
  41:21 42:1 44:1,5
  45:4,6,8,11 46:6
  46:10,25 47:14
  49:23 51:23 52:3
  52:19 53:9,18,24
  54:3,6,17 55:5
**probably** 27:21
  42:9
**problems** 16:22
  17:7,8 45:1,2
**proceeding** 7:1
**proceedings** 55:15
  56:4,6,14
**process** 8:11 11:3
  14:12 28:10 29:14
  33:6 37:8,17
**produces** 50:3
**production** 12:19

**[pronunciation - satisfying]**

pronunciation
12:12
proposed  19:8
protect  25:13
protected  26:13
26:14,25 27:13
53:19 54:18,21
55:3
protection  26:2
protocol  30:9,13
30:18,20,25 31:10
31:22 32:1,12,13
32:19 33:21,23
34:2,4 39:12,19,24
40:4,5,20
protocols  40:7,10
40:13 49:25
provide  17:6 31:2
33:2,5,13 39:20,25
40:2
provided  44:21
provides  11:15
providing  37:13
47:16
public  19:2 41:13
42:6,10 43:15
45:3,16,17,19
publicly  45:12,23
purely  10:7 39:6
purpose  10:8
11:16
purposes  51:1

**q**

qualcomm  9:20
10:11
question  18:6 27:6
50:17 53:25 55:7
questions  8:12
21:2 27:4 52:7,16
53:5 54:10,13

quickly  29:15
quinn  3:4 7:5
quinnemanuel.c...
3:11

**r**

r  12:21
random  49:3,7,12
49:19,20,21,25
50:3,8 53:5,8
read  11:10
reading  36:9
realm  16:8 24:6
reason  53:11 57:4
57:7,9,11,13,15,17
57:19
reasonable  18:15
reasons  49:8
recall  8:15 11:1
18:17,19 29:14
52:16 53:4
receiver  16:3,17
receiving  37:14
53:18
recess  36:20
recipient  48:21
recitation  43:16
recollection  29:4
record  6:4,8,25
7:23 36:19,22
55:13 56:6,9 57:5
recorded  6:10
recording  6:7
redirect  52:10
reduce  52:25
reduction  14:11
refer  36:3 37:4
51:22
reference  30:17
34:19 35:1,24
37:7,9 51:16

referred  14:22
20:6 28:17 29:16
54:16
referring  9:12
10:10 15:3,9
22:17 29:8 30:16
30:18 36:10 37:22
42:10
refers  30:8 35:24
43:3,15 46:25
refresh  41:6
regard  21:21,22
39:6 40:3 44:5,24
regarding  9:3
relate  11:19
related  6:21
relates  20:5 38:14
38:19
relation  35:16
39:10
relative  56:18
relies  24:8
rely  25:3
remember  18:11
remote  1:12 3:1
remotely  6:16
rephrase  26:4
27:9 51:12
replicate  48:8
report  5:4 9:2
10:21 44:19
reported  1:24
reporter  2:15 6:19
7:10 56:2
reports  10:23
requested  56:15
require  55:6
requirements
27:15
requires  42:19
53:18

research  16:25
researched  17:19
reside  24:2
respond  33:9 34:1
response  33:10
restate  8:13
restrict  26:17 36:6
restricted  36:4
restrictions  26:1
retained  55:12
reversible  14:12
28:10,12 29:14
50:1,19 51:15
reversing  50:4
review  17:25 18:8
18:8 32:24 56:14
right  8:2,5 12:12
25:14 27:22 33:17
35:17 37:4,11,17
38:15 39:12,15
40:8,23 41:17,18
43:3,9 44:13,17
46:8 47:9 54:18
54:21
rights  8:24 24:15
38:17 53:20
roberts  3:15 4:5
7:7,7 21:8 27:1,10
32:5 34:13 35:6
35:18 36:13,16
39:2 50:14 52:9
52:13 54:9
rough  17:25
run  50:23

**s**

s  5:1 12:13
samsung  9:21
san  3:17
satisfying  42:12
42:16

[saying - sure]

saying  15:18 19:24
says  19:1 21:21
  32:10 33:6 37:25
  41:13,18 44:3
  46:24 51:10 54:16
  55:2
scheme  14:4 16:2
  16:14 22:10,11,12
  22:16 26:3 48:13
  49:17
schemes  11:5 13:2
  13:16 14:7 16:11
  16:14 17:2,12
  22:1,4,19,22 25:5
  25:12 47:23 48:25
scope  27:2
scratch  55:7
second  21:22
  24:17 33:7 37:10
  41:4 43:14 46:25
secondly  42:11
secrecy  24:2
secret  12:8 25:24
section  24:14
secure  30:8,13,17
  30:19,24 31:22
  39:11,24 40:7
securing  11:16
security  12:1 17:6
  21:22,23 24:7
  32:12 45:9 46:1
  49:23
see  9:7 19:5 22:2,7
  24:23 29:25 30:11
  30:12,22 41:10
  47:5 48:19 51:4
  53:17
seed  14:23 49:11
  50:5,7 52:15,18,23
  53:5,8

seeded  49:22
seen  15:6 24:17
  28:16 34:17 41:20
sender  16:4,18
  48:23
sense  11:22 14:20
  28:10 34:3 42:13
  48:1
sent  15:19 16:5,19
  48:20
sentence  21:22
  24:17 30:9,19
  41:13 46:23,24
separate  10:7
  24:19
sequence  20:1,12
  23:8 36:10 44:12
  53:1
series  24:20
set  20:24 56:5
sets  15:11
settled  10:12,18
share  9:1
sherman  17:22
shorthand  2:14
  56:2,7
show  41:5
sierra  9:19
signature  11:5
  16:7,9 17:2 21:25
  22:4,10,12,16 23:3
  23:4 47:16,18,25
  48:3,6,14 56:23
  57:25
signatures  15:3,13
  19:4 38:2,3,7
  46:13 47:10
significantly  45:14
similar  23:13,20
simple  13:10,19

simply  39:20 44:3
  45:18 49:7,13
  52:23
sir  41:19 53:16
size  50:21
skill  16:22 36:8
  43:6 46:10
slightly  11:21 52:2
smaller  50:22 53:1
solely  26:18
sonos  1:7 2:7 3:13
  6:12 7:7 8:1 26:24
  26:24 57:1
sorry  13:9 14:7
  19:20 20:23 30:4
  38:13 55:7
sort  12:15 19:8
  26:21
spans  46:24
speaking  14:19
  19:10 24:5 28:12
  34:20
specific  11:2 29:9
  44:5,24
specifically  11:12
  22:10 44:1 55:6
specify  44:22
speculation  32:6
spend  18:18
square  20:9
stand  10:12 19:14
  19:16
standard  33:10
standpoint  48:10
start  8:21 19:24
  42:5 49:22 52:25
started  10:11
  20:14
starting  18:22
  30:6 32:22 38:16
  52:23

starts  9:9,10 21:19
  30:10 36:25
state  6:24 7:2,22
  56:2
stated  42:21
statement  54:1
statements  24:21
states  1:1 2:1 6:13
  24:16
statistical  13:7,13
  17:19
steganography
  12:7,11,25 13:4
step  18:21
stephen  1:13 2:11
  5:3 6:10 7:11,24
  9:2 55:10 57:3
store  27:25
straightforward
  28:4
street  3:7,16
strictly  14:19
strike  53:24
structure  13:12
  17:15
structures  17:17
student  22:9
students  17:1
  21:25
studied  17:21
subfields  12:15
subject  21:1
subscribed  56:21
success  17:3
suggested  41:23
suite  3:8
sullivan  3:4
suppose  48:15
sure  28:24 29:8,16
  36:15 50:2

Veritext Legal Solutions
866 299-5127

[sutcliffe - uses]

sutcliffe 3:14
swear 7:10
sworn 7:12
symbol 48:6
symbols 20:2,12
  23:9 44:12
symmetric 51:25
  52:5
system 11:8,14
  13:12 24:8 26:2,7
  26:11,12,13,15,25
  27:12,16,18,19,20
  31:19,21 45:9
  46:1 49:2,24
  50:11 51:7 53:21
systems 12:2 26:8
  27:23 52:5

**t**

t 4:1 5:1 12:13,21
take 6:7 36:13,16
  36:24 37:24 41:3
taken 2:12 6:11
  36:20 56:5
takes 24:18 50:20
talked 52:14
talks 51:14
tampered 15:17
taught 21:23
teach 12:22
teaching 20:14
technically 10:14
  13:9
techniques 13:7
  13:13 17:19
technology 9:25
  10:8
telegram 49:1
tell 8:19 18:7
  31:19,20
telling 45:4 54:5

tells 39:17 51:13
tend 12:18,22
term 11:6,22
  12:21,23 14:8
  15:5,7,8 19:25
  20:21 21:5,10,16
  31:24 33:16 34:6
  34:18 35:11,15
  36:4,10 38:5 39:9
  39:22 44:2,11,16
  46:6,9 52:19 55:5
terms 47:23,24
  51:15
testified 7:12
testimony 18:4,8
  18:10 32:7 35:8
  35:19 39:3 55:10
  56:10
texas 3:9
text 16:3,17 17:16
  42:12,15,17,20,24
  43:1,7,11
thank 8:14 27:10
  30:1,23 54:9
  55:14
thanks 36:17
thing 40:15 43:12
things 12:8 16:25
  17:16 38:8,11
  46:14,15
think 7:19 8:9
  12:18,22 15:4,5,8
  17:9 20:10,22
  21:4,9 23:11
  28:20 29:3,5,10
  38:5 41:22 47:7
  48:10 51:5 52:2
thinking 29:11
third 37:10
thought 18:15

time 7:2 34:10
  36:8,18,21 52:8
  56:5
times 8:7
title 38:17
titled 24:14
today's 55:9
tool 38:21 49:13
total 55:11
transcribed 56:8
transcript 17:25
  56:9,12,14
transcription 57:6
translates 11:9
transmission
  25:22
trial 10:3,5,5,9,13
  10:18,20,24
trials 10:24
truction 5:4
true 42:23 56:9
tuesday 1:14 2:13
  6:1
turn 18:20 19:18
  24:11 30:3 32:21
  46:16,20 53:12
tutorial 9:25 10:8
twice 43:4
two 20:9 21:25
  22:16 42:19 54:13
  55:12
type 16:13
types 15:1
typical 14:4
typically 14:10
  16:15

**u**

uncertainty 24:8
underlie 13:8
understand 8:12
  18:13 19:11 32:3

38:9 41:19 43:7
  43:11 45:5 50:17
understanding
  20:7,8,14,20 21:6
  21:11,13 25:18
  28:22 29:7 34:9
  35:2,12 36:2 46:5
  46:9
understood 20:1
  20:12 44:12,18
unit 6:9 31:4,4,11
  31:11,13 32:3,13
  32:14,18 33:3,7,8
  33:16,25 39:11
united 1:1 2:1 6:13
units 55:11
unnecessarily
  44:7
unsecured 48:16
unwanted 11:16
uploaded 29:19
urquhart 3:4
use 11:13 12:3,16
  13:2 14:7,8,14
  15:10,20 16:11,12
  16:15,16 17:5,16
  21:10 22:19,22,25
  23:24 24:1,25
  25:6,12 26:1
  27:21,22,24 28:3
  29:12 31:4 33:8
  33:11 34:4,6,12
  38:25 39:16,22
  40:7,10,13,22
  44:16,22 47:19
  48:3,17 50:13
  51:21 53:19
user 24:21 27:15
uses 14:17 16:2
  32:13 33:16 34:20
  34:23 38:21 39:9

Veritext Legal Solutions
866 299-5127

[uses - zoom]

46:7

**usually** 24:18

**v**

**v** 57:1

**vague** 34:14 42:14
44:7 50:14

**value** 24:8 52:15
52:18

**verifiable** 48:6

**verification** 23:4

**verify** 48:23

**veritext** 6:18,20
55:12

**version** 28:1

**versus** 6:12 9:19
9:19,20,20,21,21
10:11,13 20:8

**viatech** 9:20

**video** 6:6,10 55:10

**videographer** 3:22
6:4,18 7:9 36:18
36:21 55:9

**videotaped** 1:12
2:11

**view** 52:19 53:10
53:23 54:2

**virtual** 1:12

**vs** 1:6 2:6

**w**

**wang** 22:11

**want** 21:2 29:1
49:8

**watkins** 3:5 4:4
7:5,5,14 9:6 21:12
27:9,11 29:18,24
32:20 34:22 35:14
36:1,15,23 39:8
41:2,11 50:24
52:6,11 54:12
55:8

**way** 21:5 25:21,22
28:11,21 35:3,4,11
35:16 42:21 51:22

**ways** 26:17

**we've** 20:6 31:17
51:9

**week** 10:18

**welch** 17:17

**went** 10:2

**whereof** 56:20

**wicker** 1:13 2:12
5:3 6:11 7:11,15
7:24 9:3 52:14
55:10 57:3

**wind** 50:6

**wireless** 9:20

**withdraw** 53:25

**witness** 7:8,10
9:15 21:9 32:8
34:16 35:10,21
39:4 41:10 50:16
56:20 57:3

**witness's** 32:6
35:7,19 39:3

**word** 34:10 43:4
43:14 45:5 51:20

**words** 11:25 15:15
25:21 31:10,25
37:5 48:18,19
49:22 50:3,6

**work** 48:13

**worked** 8:23

**world** 17:15

**writing** 12:7

**written** 21:9,23
31:17 36:9 37:19
37:21 46:11 55:3

**x**

**x** 1:3,9 2:3,9 4:1,1
5:1,1 56:15

**xinmei** 22:12,15

**y**

**y** 12:21,21

**years** 9:14,23
17:20 35:12

**yesterday** 17:23

**york** 2:12

**z**

**zoom** 1:12 6:17

Page 11

Veritext Legal Solutions
866 299-5127