# EXHIBIT 17

# NEWTON's TELECOM DICTIONARY

**STAY INFORMED**

To be alerted by email to news, updates and corrections send a blank email to newton@news.cmpbooks.com or go to www.cmpbooks.com/newton



CMP Books
San Francisco

SONOS-GVS-00012829



**NEWTON's TELECOM DICTIONARY**
copyright © 2004 Harry Newton
email: Harry@HarryNewton.com
personal web site: www.HarryNewton.com
business web site: www.InSearchOfThePerfectInvestment.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published in the United States by
CMP Books
An imprint of CMP Media LLC
600 Harrison Street, San Francisco, CA 94107
Phone: 415-947-6615; Fax: 415-947-6015
Email: books@cmp.com
www.cmpbooks.com



CMP
United Business Media

For individual or quantity orders
CMP Books
6600 Silacci Way Gilroy, CA 95020
Tel: 1-800-500-6875 or 1-408-848-5296
Email: bookorders@cmp.com; Web: www.cmpbooks.com

This book is also sold through www.Amazon.com, www.Fatbrain.com and www.BarnesAndNoble.com and all fine booksellers worldwide.

Distributed to the book trade in the U.S. by
Publishers Group West
1700 Fourth St., Berkeley, CA 94710

Distributed in Canada by:
Jaguar Book Group, 100 Armstrong Avenue, Georgetown, Ontario M6K 3E7 Canada

Printed in the United States of America

ISBN Number 1-57820-309-0

March 2004

Twentieth Edition

Matt Kelsey, Publisher
Ray Horak, Senior Contributing Editor
Frank Brogan, Project manager
Saul Roldan and Damien Castaneda, Cover Design
Brad Greene, Text Layout

**Practice / Prediction**

is recommended on another PRA circuit. Therefore, the first and second PRAs support 30B+D, and the third-fifth PRAs support 31B+0D. The North American version of PRA is known as PRI (Primary Rate Interface), and supports 23B+D. See also PRI. See also ISDN for much more detail about ISDN, in general.

**Practice** The technical and installation manuals often used by Bell Operating Companies. A poor use of the word. A better word would be procedure.

**Pragmatics** The relationships among computing functionality, the users of the functionality, and the users' environment. This includes computing infrastructure issues, performance issues, availability, reliability, security, etc. Similar to Ergonomics.

**Prairie Dogging** When someone yells or drops something loudly in a cube farm (an office made up of cubicles), and people's heads pop up over the walls to see what's going on.

**Prayer** See Telephone Man's Prayer.

**PRBS** 1. Pseudo Random Bit Sequence/pattern. A test pattern having the properties of random data (generally 511 or 2047 bits), but generated in such a manner that another circuit, operating independently, can synchronize on the pattern and detect individual transmission bit errors.

2. A Bluetooth term. Pseudorandom Bit Sequence. pre-paired device A device with which a link key was exchanged, and the link key is stored, before link establishment. See also paired device and un-paired device.

**Prebuttal** Preemptive rebuttal.

**Prepackaged Chapter 11** See Pre-packaged Chapter 11.

**Pre-arbitrated** PA. A type of SMDS slot defined in support of isochronous traffic such as voice and video. As such traffic is stream oriented and time-sensitive, isochronous data must have regular and reliable access to time slots in order that it might be presented to, travel across, and exit the network without suffering from delay. Otherwise, the presentation of the data through the target device would be most unpleasant (e.g., "herky-jerky video).

**Pre-emphasis** A gradual increase in the amplitude of higher frequency signals prior to modulation in order to improve signal-to-noise ratios. This process is often used in frequency modulation (FM) systems to correct for distortion and noise by emphasizing higher frequency audio signals. Pre-emphasis is also sometimes used in certain video circuits.

**Pre-emptive Calling** Have you ever had an emergency situation in which you needed to speak with someone, but his or her phone line was busy? Wouldn't it be helpful if your PBX had pre-emptive calling as one of its features? Pre-emptive calling is when a PBX disconnects a low-priority call to connect a high-priority call. When pre-emptive calling is implemented on a private branch exchange (PBX), each phone call is assigned a level of precedence or importance. There are two types of precedence: explicit and implicit. Explicit precedence occurs when a special priority prefix is input before making a call. For example, security managers may be assigned a high priority prefix enabling them to make emergency calls from any phone on the system.

An implicit precedence level can be assigned to an extension and is used automatically when a call is made. A use for implicit precedence might be to assign a high precedence to an emergency phone located in a public area. In either case, the level of precedence is established before the call is connected and is always determined based on the calling party. During the connection process, if the destination is busy, the PBX compares the precedence levels of the established call and the incoming call.

If the incoming call has higher precedence than the established call, the called party may be notified of the higher-precedence call with a display message or voice prompt. If the user does not disconnect from the current call within a set time-out period, the call is dropped automatically, and the call with the higher precedence is then connected to the called party. For cases in which the incoming call does not have a higher precedence, it is handled normally (busy signal, voicemail, auto forwarding, etc.)

Pre-emptive calling is a feature that can provide valuable internal services for enterprise-level PBXs. For instance, a company with remote sites can set up a hotline for each site to the system administrator, so that if something goes wrong the remote site can get immediate help. Other applications include security red phones, special links to business partners, and emergency service notification (police, fire, 911).

Precedence can also be used to seize outgoing or networking trunks if needed in emergency situations. In the case where all of the trunks are in use and a high-precedence call is initiated, one of the calls at a lower precedence level will automatically be disconnected to free the required trunk resource. Thank you Alcatel for this definition.

**Pre-fetching** Imagine a call center with extensive customer records. Perhaps the company is a utility, a phone company or an insurance company. Now imagine that the phone rings. CallerID picks up the customer's name and pops a screen of information on the customer. Meantime, the database system has sent a signal to what's known as "near line" file storage. That near line file storage might be a magneto optical jukebox. It might be a tape file library. The "normal" time to retrieve a record from such systems might range from 30 seconds to two minutes. But if the signal is sent early, the records could be retrieved and loaded into a cache memory, ready if the customer asks a question, for example, about his old bills. This called pre-fetching. See also Pre-Loading.

**Pre-loading** Or pre-fetching. Documents are manually (by the administrator) retrieved from a jukebox or optical drive on a local area network in anticipation of some special need. Pre-loading may take advantage of the regular cycles of business, such as payroll processing on the 10th and 20th, personnel reviews the first week of each quarter, year-end processing of accounting reports. The network's administrator can take advantage of regular cycles to improve the system's response to users. See also Pre-Fetching.

**Pre-packaged Chapter 11** Your company is not doing well. You're about to go broke. You owe everyone too much money. The choice is Chapter 11 in which case you work out a deal with your creditors after you go broke. Or pre-packaged chapter 11 in which you work out a deal with your creditors before you go chapter 11. With pre-packaged chapter 11 you know better what the outcome will be. With normal chapter 11, the court appoints trustees you may not like or may have different ideas about how you should restructure your failed company.

**Pre-paid Calling Card** A credit card size card which you buy at your local store. Each card comes with information that allows you to use a certain dollar amount of local or long distance phone service. Typically the card will give you an 800 (toll-free number) to call. You call it. You touchtone in the authorization number you find on the back of your calling card and the switch at the other end dials your desired number. The switch measures how long you talk and lets you talk as long as the dollar entitlement on the card — $5, $10, $20, $50, etc. Pre-paid calling cards are typically expensive for long calls, but cheap for short calls, based on the alternative — using a credit card with one of the traditional long distance carriers, many of whom apply hefty up-front, per call surcharges. See also Prepaid Calling Card.

**Pre-Subscription** See Presubscription.

**Pre-Survey** When you want to order five or more lines from Bell Atlantic, they insist on doing a "pre-survey." This is their mumbo-jumbo way of saying they want to come to your office, and check out the cabling in your building and cabling coming to the building.

**Pre-Wiring** 1. Wiring installed before walls are enclosed or finished.

2. Wiring installed in anticipation of future use or need.

**Preamble** A synchronization mechanism used in Ethernet LANs (Local area Networks), the preamble is a set of eight octets (8-bit values) which precede the Ethernet frame. A very specific bit sequence, the preamble serves to alert each Ethernet-attached device to the fact that a data frame is traveling across the circuit. Once alerted to this fact, the preamble is used by all attached devices to synchronize on the rate of transmission of the data bits across the circuit. See Ethernet.

**Preamplifier** An electronic circuit which maintains or establishes an audio or video signal at a predetermined signal strength, prior to that signal being amplified for reproduction through a monitor or speaker.

**Precedence** Precedence is Federal government parlance to mean a designation assigned to a phone call by the caller to indicate to communications personnel the relative urgency (therefore the order of handling) of the call and to the called person the order in which the message is to be noted. Autovon phones which have "precedence" have an additional four touchtone buttons. You can find frequencies for those buttons under the definition for DTMF.

**Precedence Prosign** An introductory character or set of characters which indicate how a message is to be handled by the receiving unit.

**Precise Positioning Service** The most accurate dynamic positioning possible with GPS (Global Positioning System), based on the dual frequency P-code.

**Precision Air Conditioning** Precision air conditioning systems are primarily designed for cooling electronic equipment, rather than people. These pre-packaged systems offer excellent reliability and typically have a high ratio of sensible-to-total cooling capacity and a high CFM/ton ratio.

**Prediction** The promise of a paperless office was the most inaccurate prediction. According to the PaperCom Alliance, a nonprofit company that studies the future of paper-based products, electronic communication actually increases paper use in virtually all mar-

SONOS-GVS-00012831