UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | Case No. 20-cv-03845-EMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**<br><br>Re: Dkt. No. 71 |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred

　　　　[X] for random assignment to a United States Magistrate Judge.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

　　**IT IS SO ORDERED.**

Dated: April 7, 2021

_____
EDWARD M. CHEN
United States District Judge

*Rev. 3-20*