Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Google LLC )
) Case No: 3:20-cv-03845-E
) 
           Plaintiff(s), )
) **APPLICATION FOR**
  v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Sonos, Inc. ) (CIVIL LOCAL RULE 11-3)
)
           Defendant(s). )

I, Kristina DiBenedetto McKenna, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sonos, Inc. in the above-entitled action. My local co-counsel in this case is Clement S. Roberts, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 222 Berkeley Street, Suite 2000 | 405 Howard Street |
| Boston, MA 02116 | San Francisco, CA 94105-2669 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 880-1800 | (415) 773-5700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kmckenna@orrick.com | croberts@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 706245.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/21/21

                                          Kristina DiBenedetto McKenna
                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kristina DiBenedetto McKenna is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 04/22/2021

                                          UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER