QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  David A. Nelson (*pro hac vice*)
  davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

*Attorneys for GOOGLE LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>SONOS, INC.,<br><br>             Defendant. | Civil Action No. 3:20-cv-03845-EMC<br><br>**NOTICE OF APPEARANCE OF LINDSAY M. COOPER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Lindsay M. Cooper, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Google LLC in the above-captioned matter.

> Lindsay M. Cooper (Cal. Bar No. 287125)
> lindsaycooper@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, California 94111
> (415) 875-6600
> (415) 875-6700 facsimile

DATED: April 26, 2021            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Lindsay M. Cooper*
　　Charles K. Verhoeven (Bar No. 170151)
　　charlesverhoeven@quinnemanuel.com
　　50 California Street, 22nd Floor
　　San Francisco, California 94111
　　Telephone:    (415) 875-6600
　　Facsimile:     (415) 875-6700

　　David A. Nelson (*pro hac vice*)
　　davidnelson@quinnemanuel.com
　　191 N. Wacker Drive, Suite 2700
　　Chicago, Illinois 60606
　　Telephone:    (312) 705-7400
　　Facsimile:     (312) 705-7401

*Attorneys for GOOGLE LLC*