Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Google LLC                                            )
                                                     )   Case No: 3:20-cv-03845
                            Plaintiff(s),            )
                                                     )   **APPLICATION FOR**
            v.                                       )   **ADMISSION OF ATTORNEY**
                                                     )   **PRO HAC VICE**
Sonos, Inc.                                          )   (CIVIL LOCAL RULE 11-3)
                                                     )
                            Defendant(s).            )
                                                     )

I, Patrick Stafford                    , an active member in good standing of the bar of
Disctrict of Columbia        , hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: Google LLC                              in the
above-entitled action. My local co-counsel in this case is Charles K. Verhoeven            , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| My address of record:<br>1300 I Street NW, 900<br>Washington, DC 20005 | Local co-counsel's address of record:<br>50 California Street, 22nd Floor<br>San Francisco, California 94111 |
| --- | --- |
| My telephone # of record:<br>(202) 538-8000 | Local co-counsel's telephone # of record:<br>(415) 875-6600 |
| My email address of record:<br>patrickstafford@quinnemanuel.com | Local co-counsel's email address of record:<br>charlesverhoeven@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1015674    .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 04/28/21                              Patrick Stafford
                                             APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patrick Stafford            is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 04/30/2021

UNITED STATES DISTRICT JUDGE