QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  David A. Nelson (admitted *pro hac vice*)
  davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

Attorneys for GOOGLE LLC

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

GEORGE I. LEE (admitted pro hac vice)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted pro hac vice)
sullivan@ls3ip.com
RORY P. SHEA (admitted pro hac vice)
shea@ls3ip.com
J. DAN SMITH (admitted pro hac vice)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

Attorneys for Defendant Sonos, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONOS, INC.,<br><br>Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**AMENDED JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**<br><br>Date:   May 11, 2021<br>Time:   2:30 p.m.<br>Ctrm:   Courtroom 5, 17th Floor<br>          450 Golden Gate Avenue,<br>          San Francisco, CA 94102<br>Judge:  Hon. Edward M. Chen<br><br>JURY TRIAL DEMANDED |

# INTRODUCTION

Pursuant to this Court's October 22, 2020 Case Scheduling Order (Dkt. 59), the Standing Order for All Judges of the Northern District of California, and Patent Local Rule 4-3, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") submit this Amended Joint Claim Construction and Pre-Hearing Statement for claim terms in U.S. Patents No. 7,065,206 ("'206 Patent"), 7,899,187 ("'187 Patent"), 10,140,375 ("'375 Patent"), and 10,229,586 ("'586 Patent") (collectively the "patents-in-suit" or the "Asserted Patents").

After filing the Joint Claim Construction Statement (Dkt. 66), the parties continued to meet and confer regarding their respective proposed constructions. This Amended Joint Claim Construction and Pre-Hearing Statement updates Appendix A to reflect the parties' current positions. Specifically, amended Appendix A provides Google's revised proposed construction for two terms: "private key" in the '187 Patent and "favorite items" in the '375 Patent. The parties' claim construction briefs (Dkt. 67, 70, 74) address Google's revised construction for "private key." The parties' briefs do not address the term "favorite items" because it is not among the most significant terms identified by the parties pursuant to P.L.R. 4-3(C). In all other respects, this Amended Joint Claim Construction and Pre-Hearing Statement is identical to the version previously filed with the Court.

## I. AGREED CONSTRUCTIONS (P.L.R. 4-3(A))

The Parties stipulate to the constructions for the following terms:

| Patent | Claim No. | Claim Term | Agreed Construction |
|---|---|---|---|
| '187 | 1, 3, 4 | "A method for registering a new device as part of a domain of devices, which share rights associated with a common account, for use in accessing protected digital content within a digital-rights management system, the method comprising the steps of:" | Preamble is limiting. |
| '206 | 1, 2, 3, 9, 11, 12, 18, 19 | "noise suppression" | Plain and ordinary meaning |
| '206 | 11 | "multi-channel noise suppression point" | Plain and ordinary meaning |

## II. THE PARTIES' PROPOSED CONSTRUCTIONS (P.L.R. 4-3(B))

Appendix A (Terms in Dispute) sets forth proposed constructions of each disputed term, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support or its proposed construction or to oppose any proposed construction, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.[1] Terms in Appendix A are not ranked in any fashion.

## III. TOP TEN TERMS FOR CONSTRUCTION (P.L.R. 4-3(C))

The Parties jointly identify the following nine (9) claim terms as the most significant at this time to resolution of the case. Terms are not ranked in any fashion.

- "estimated noise level when there is no desired input received at the input of the communication device" ('206 Patent, claims 3 and 18)
- "domain information" ('187 Patent, claims 1, 3, 4, 10, and 12)
- "logic circuitry for providing the domain information to a key issuer" ('187 Patent, claim 10)
- "private key" ('187 Patent, claims 1 and 10)
- "combined search results set"/"the combined search results set including at least two of: one or more favorite items from the set of [favorite items]/[bookmarks] synchronized for the user; one or more search results from a first global index; or one or more search results from a second global index" ('375 Patent, claims 1-11 and 13-20)
- "stored [for the user] in a client-side storage of a client device" ('375 Patent, claims 1, 17-20)

---

[1] The parties also expressly agree that each may submit rebuttal expert testimony to rebut the expert testimony submitted by an opposing side's expert for any claim term.

- Preambles of claims 1 and 15 ('586 Patent, claims 1-5, 7-8, 15-16, 18, and 20)
- "reset element" ('586 Patent, claims 1-5, 7-12, 14-16, 18, and 20)
- "preamble portion" ('586 Patent, claims 1-5, 7-12, 14-16, 18, and 20)

The Parties' top nine terms are noted in Appendix A with an asterisk. Terms in Appendix A are not ranked in any fashion.

The Parties agree that construction of the term "logic circuitry for providing the domain information to a key issuer" is dispositive of at least claims 10 and 12 of the '187 patent. Sonos takes the position that constructions of the terms "private key," "stored [for the user] in a client-side storage of a client device," and "preamble portion" are also case or claim dispositive.

## IV.  ANTICIPATED LENGTH OF TIME FOR HEARING (P.L.R. 4-3(D))

The Parties agree to a hearing length of three (3) hours.

## V.  WITNESSES AT THE CLAIM CONSTRUCTION HEARING (P.L.R. 4-3(E))

The Parties agree that there will be no witnesses called at the Claim Construction Hearing.

## VI.  IDENTIFICATION OF FACTUAL FINDINGS REQUESTED BY THE COURT (P.L.R. 4-3(F)

The parties do not request any factual findings related to claim construction from the Court.

| | | |
|---|---|---|
| 1 | Dated: May 10, 2021 | Respectfully submitted, |
| 2 | /s/ Patrick Curran | /s/ Alyssa Caridis |
| | Patrick Curran | Alyssa Caridis |
| 3 | Attorneys for GOOGLE LLC | Attorneys for SONOS, INC. |
| 4 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |

**ECF ATTESTATION**

I, Patrick Curran, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that the signatories have concurred in this filing.

Dated:  May 10, 2021

Patrick Curran
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     */s/ Patrick Curran*
        Patrick Curran