# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 11, 2021   **Time:** 2:30-3:58= 1 Hour; 28 Minutes   **Judge:** EDWARD M. CHEN

**Case No.:** 20-cv-03845-EMC   **Case Name:** Google LLC v. Sonos, Inc.

**Attorneys for Plaintiff:** Dave Nelson, Brett Watkins, Jeff Gerchick, Patrick Schmidt
**Attorneys for Defendant:** Clement Roberts, David Grosby, Alyssa Caridis

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Belle Ball

### PROCEEDINGS HELD BY ZOOM WEBINAR

Claims Construction Hearing held.

### SUMMARY

Parties stated appearances and proffered argument.

Court directed the parties to meet and confer regarding Claim 8 ("reset element") and explore whether the parties can stipulate to a revised construction of the claim term. Court directed the parties to submit to the Court, in a joint letter, their last and best offers to one another, which respond to Court's observations as stated on the record. Court **directs** the parties to submit the joint letter by close of business on Monday, May 17, 2021.

Court will take motion under submission. If parties are unable to reach a compromise on Claim 8 in the joint letter, Court will rule on that claim in the order.