UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SONOS, INC.,<br><br>　　　　Defendant. | Case No. 3:20-cv-03845-EMC<br><br>**JOINT LETTER REGARDING CLAIM 8 (RESET ELEMENT)**<br><br>Compl. Filed: June 11, 2020<br><br>Hon. Edward M. Chen |
|---|---|

Honorable Edward M. Chen
United States Discovery Court for the Northern District of California
San Francisco Courthouse
Courtroom 5 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Chen:

Pursuant to the Court's May 11, 2021 Order (Dkt. 98), Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") submit this Joint Letter Regarding Disputed Claim Term 8 ("reset element") of the '586 Patent. As directed, the Parties have exchanged revised constructions regarding this term in an effort to narrow the dispute.

Although the Parties were unable to agree on a construction for the term "reset element," they have revised their constructions in an effort to narrow the dispute responsive to the Court's observations stated on the record. The parties' revised constructions are set forth below

| Google Revised Construction | Sonos Revised Construction |
|---|---|
| An element, including hardware, for causing the controller to place the audio-enabled wireless device into a prescribed state. | An element that functions to place the controller in a prescribed state. |

The filer obtained concurrence in the filing of this document from the other signatory.

Respectfully submitted,

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| /s/ *Patrick D. Curran*<br>*Attorneys for Plaintiff GOOGLE LLC* | /s/ *Alyssa Caridis*<br>*Attorneys for Defendant SONOS, INC.* |