QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  David A. Nelson (admitted *pro hac vice*)
  davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Attorneys for GOOGLE LLC

CLEMENT SETH ROBERTS (Bar No. 209203)
croberts@orrick.com
BAS DE BLANK (Bar No. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (Bar No. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

GEORGE I. LEE (admitted *pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (admitted *pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (admitted *pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

Attorneys for SONOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>  v.<br><br>SONOS, INC.,<br><br>          Defendant. | Case No. 3-20-CV-03845-EMC<br><br>**DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO STIPULATION OF DISMISSAL OF '206 INFRINGEMENT CLAIM** |

I, Alyssa Caridis, declare as follows:

1. I am a member of the bar of the State of California and a partner with Orrick, Herrington & Sutcliffe LLP, attorneys for Defendant Sonos, Inc. ("Sonos") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of the parties' joint Administrative Motion to Seal Exhibit to Stipulation of Dismissal of '206 Infringement Claim (the "Stipulation"). In making this request, Sonos has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Sonos makes this request with the good faith belief that the information sought to be sealed consists of Sonos' confidential and proprietary information and that public disclosure could cause competitive harm.

3. Sonos respectfully requests that the Court seal the exhibit to the Stipulation, attached hereto as Exhibit A.

4. The information requested to be sealed contains Sonos' highly confidential technical information and highly sensitive features of Sonos' products that Sonos does not share publicly.

5. Such confidential information provides details related to hardware and software design of Sonos' products, and falls within the protected scope of the Protective Order entered in this action.

6. Public disclosure of such confidential information could affect Sonos' competitive standing as competitors may alter their competing products.

7. For these reasons, Google respectfully requests that the Court order the exhibit to the Stipulation to be sealed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, CA on June 2, 2021.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By  /s/ Alyssa Caridis
　　Alyssa Caridis

*Attorney for Defendant*

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

Dated:  June 2, 2021

                                                    */s/ Patrick D. Curran*
                                                     Patrick D. Curran