1   QUINN EMANUEL URQUHART &         CLEMENT SETH ROBERTS (Bar No. 209203)
    SULLIVAN, LLP                    croberts@orrick.com
2     Charles K. Verhoeven (Bar No. 170151)   BAS DE BLANK (Bar No. 191487)
      charlesverhoeven@quinnemanuel.com   basdeblank@orrick.com
3   50 California Street, 22nd Floor   ALYSSA CARIDIS (Bar No. 260103)
    San Francisco, California 94111   acaridis@orrick.com
4   Telephone:  (415) 875-6600       ORRICK, HERRINGTON & SUTCLIFFE LLP
    Facsimile:  (415) 875-6700       The Orrick Building
5                                    405 Howard Street
      David A. Nelson (admitted *pro hac vice*)   San Francisco, CA 94105-2669
6     davidnelson@quinnemanuel.com   Telephone: +1 415 773 5700
    191 N. Wacker Drive, Suite 2700   Facsimile: +1 415 773 5759
7   Chicago, Illinois 60606
    Telephone:  (312) 705-7400       GEORGE I. LEE (admitted *pro hac vice*)
8   Facsimile:  (312) 705-7401       lee@ls3ip.com
                                     SEAN M. SULLIVAN (admitted *pro hac vice*)
9   Attorneys for GOOGLE LLC         sullivan@ls3ip.com
                                     RORY P. SHEA (admitted *pro hac vice*)
10                                   shea@ls3ip.com
                                     J. DAN SMITH (admitted *pro hac vice*)
11                                   smith@ls3ip.com
                                     LEE SULLIVAN SHEA & SMITH LLP
12                                   656 W Randolph St., Floor 5W
                                     Chicago, IL 60661
13                                   Telephone: +1 312 754 0002
                                     Facsimile: +1 312 754 0003
14
                                     Attorneys for SONOS, INC.
15

16                 UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18  GOOGLE LLC,                      Case No. 3-20-CV-03845-EMC

19              Plaintiff,           **[PROPOSED]   ORDER   GRANTING
                                     ADMINISTRATIVE   MOTION   TO
20      v.                           SEAL EXHIBIT TO STIPULATION OF
                                     DISMISSAL OF '206 INFRINGEMENT
21  SONOS, INC.,                     CLAIM**

22              Defendant.

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Google LLC and Sonos, Inc.'s joint Administrative Motion to Seal Exhibit to Stipulation of Dismissal of '206 Infringement Claim (the "Motion").  Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court GRANTS the motion.

**SO ORDERED.**


DATED: _____          _____

Honorable Judge Edward M. Chen
United States District Judge