| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>  David A. Nelson (admitted *pro hac vice*)<br>  davidnelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Attorneys for GOOGLE LLC | CLEMENT SETH ROBERTS (Bar No. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (Bar No. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (Bar No. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>GEORGE I. LEE (admitted *pro hac vice*)<br>lee@ls3ip.com<br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>RORY P. SHEA (admitted *pro hac vice*)<br>shea@ls3ip.com<br>J. DAN SMITH (admitted *pro hac vice*)<br>smith@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone: +1 312 754 0002<br>Facsimile: +1 312 754 0003<br><br>Attorneys for SONOS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>SONOS, INC.,<br><br>                    Defendant. | Case No. 3-20-CV-03845-EMC<br><br>**STIPULATION OF DISMISSAL OF '206 INFRINGEMENT CLAIM** |

Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") (collectively, the "Parties") hereby move to dismiss Google's claim of infringement of U.S. Patent No. 7,065,206 (the "'206 patent") as follows.  Based on the affirmations set forth in Sonos' letter of May 6, 2021 (attached hereto as Exhibit A (filed under seal)), Google agrees to dismiss with prejudice its claims of infringement of the '206 patent with respect to the present designs of the Sonos One,

Beam, Arc, Move, and Roam devices.  Sonos agrees to dismiss without prejudice its defenses related to the '206 patent.  Google's present dismissal does not constitute a waiver or release with respect to any future Sonos product, and is not a limitation on Google's future assertion of the '206 patent beyond any restrictions established by applicable law.

    Therefore, the Parties respectfully request that the Court dismiss all claims and defenses U.S. Patent No. 7,065,206 as described above.

DATED:  June 2, 2021

*/s/ Patrick D. Curran*
Patrick D. Curran
QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Attorneys for Plaintiff GOOGLE LLC*

DATED:  June 2, 2021

*/s/ Alyssa Caridis*
Alyssa Caridis
ORRICK, HERRINGTON & SUTCLIFFE LLP
*Attorneys for Defendant SONOS, INC.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                                          Honorable Edward M. Chen
                                          United States District Judge

**ATTESTATION**

I, Patrick D. Curran, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

Dated:  June 2, 2021                                              /s/ Patrick D. Curran
                                                                                Patrick D. Curran