| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>  David A. Nelson (admitted *pro hac vice*)<br>  davidnelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Attorneys for GOOGLE LLC | CLEMENT SETH ROBERTS (Bar No. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (Bar No. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (Bar No. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>GEORGE I. LEE (admitted *pro hac vice*)<br>lee@ls3ip.com<br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>RORY P. SHEA (admitted *pro hac vice*)<br>shea@ls3ip.com<br>J. DAN SMITH (admitted *pro hac vice*)<br>smith@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone: +1 312 754 0002<br>Facsimile: +1 312 754 0003<br><br>Attorneys for SONOS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>SONOS, INC.,<br><br>            Defendant. | Case No. 3-20-CV-03845-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBIT TO STIPULATION OF DISMISSAL OF '206 INFRINGEMENT CLAIM |

**[~~PROPOSED~~] ORDER**

Before the Court is Google LLC and Sonos, Inc.'s joint Administrative Motion to Seal Exhibit to Stipulation of Dismissal of '206 Infringement Claim (the "Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court GRANTS the motion.

**SO ORDERED.**

DATED: June 3, 2021

_____
Honorable Judge Edward M. Chen
United States District Judge