1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA,
10                               SAN FRANCISCO DIVISION
11

12 | Google LLC,                              | Case No. 20-cv-03845-EMC
13 |             Plaintiff,                   | **[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**
14 |     v.                                   |
15 | Sonos, Inc.,                             |
16 |             Defendant.                   |

Before this Court is Defendant Sonos, Inc.'s ("Sonos") Motion for Leave to Amend Invalidity Contentions. Sonos has shown good cause to amend and that amendment will not unduly prejudice Google LLC. Accordingly, having reviewed the parties' submissions, and good cause having been shown, the Court GRANTS Sonos's motion.

Dated: _____, 2021

_____
HON. EDWARD M. CHEN
United States District Judge