CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC, | Case No. 20-cv-03845-EMC |
| Plaintiff, | **SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE SONOS, INC.'S MOTION FOR LEAVE TO AMEND CONTENTIONS** |
| v. | |
| Sonos, Inc., | |
| Defendant. | |

1  Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendant Sonos, Inc. ("Sonos") hereby moves this Court for an Order permitting it to file under seal certain exhibits in support of its Motion for Leave to Amend Invalidity Contentions.

Specifically, Sonos requests an order granting leave to file under seal the portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Exhibit 1 to the Declaration of Alyssa Caridis in support of Sonos Inc.'s Motion for Leave to Amend Invalidity Contentions ("Caridis Decl.") | Entire document. | Sonos, Inc. |
| Exhibit 3 to the Caridis Decl. | Entire document. | Sonos, Inc. |
| Exhibit 6 to the Caridis Decl. | Entire document. | Sonos, Inc. |
| Exhibit 7 to the Caridis Decl. | Potions of page 2. | Sonos, Inc. |
| Exhibit 8 to the Caridis Decl. | Potions of page 1. | Sonos, Inc. |
| Exhibit 9 to the Caridis Decl. | Entire document. | Sonos, Inc. |
| Exhibit 11 to the Caridis Decl. | Entire document. | Sonos, Inc. |

Sonos makes this motion on the basis that the material sought to be sealed has been designated by Sonos as CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, or HIGHLY CONFIDENTIAL – SOURCE CODE pursuant to the Stipulated Protective Order (Dkt. 93). Paragraph 14.5 of the Stipulated Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential or highly confidential ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Protected Material includes portions of pleadings that contain, summarize, or might otherwise reveal the Protected Material. *Id.* at ¶ 3.

1       Pursuant to Civ. L.R. 79-5(b), a party seeking to seal material must "establish[] that the
2 document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to
3 protection under the law" (i.e., is "sealable"). The sealing request must also "be narrowly tailored
4 to seek sealing only of sealable material." *Id*.

5       Because this motion to seal relates to a non-dispositive motion (and documents), the
6 materials requested at issue may be sealed on a "particularized showing" under the "good cause"
7 standard of Federal Rule of Civil Procedure 26(c). *Kamakana v. City & Cty. Of Honolulu*, 447
8 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122,
9 1135, 1138 (9th Cir. 2003)). This standard requires a "particularized showing," *id*. at 1179, that
10 "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of*
11 *Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002); *Space Data Corp. v.*
12 *Alphabet Inc.*, No. 16-CV-03260-BLF, 2019 WL 1024964, at *1 (N.D. Cal. Mar. 4, 2019); *see*
13 Fed. R. Civ. P. 26(c).

14       For the documents Sonos seeks to seal, Sonos will establish good cause to seal those
15 documents through the Declaration of Evan Brewer (Brewer Decl.), filed concurrently herewith.
16 In sum, the material sought to be sealed contains and reflects highly confidential Sonos
17 information including source code, none of which is publicly-known and would cause Sonos
18 significant competitive harm should it be made public. *See* Brewer Decl. ¶¶ 2-9.

19       In compliance with Civil Local Rule 79-5(d)(1), the following accompany this
20 Administrative Motion:

21           • Declaration of Evan Brewer in support of this motion;
22           • Proposed Order listing all material sought to be sealed;
23           • Material sought to be sealed including the redacted and unredacted versions of
24             Exhibits 7 and 8.

25       Sonos respectfully requests that the Court grant this Administrative Motion.

Dated: August 10, 2021

By: */s/ Alyssa Caridis*
CLEMENT SETH ROBERTS
ALYSSA CARIDIS
EVAN D. BREWER

ORRICK, HERRINGTON & SUTCLIFFE LLP

GEORGE I. LEE
SEAN M. SULLIVAN
RORY P. SHEA
J. DAN SMITH

LEE SULLIVAN SHEA & SMITH LLP

*Attorneys for Defendant Sonos, Inc.*