CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

GEORGE I. LEE (*pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (*pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (*pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Defendant Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Sonos, Inc.,<br><br>    Defendant. | Case No. 20-cv-03845-EMC<br><br>**DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF SONOS, INC.'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>Date: September 16, 2021<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor |

I, Alyssa Caridis, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California and duly licensed to practice law before this Court. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of Sonos's Amended Exhibit D-4, Invalidity Claim Chart for Claims 1-5, 7-12, 14-16, 18, and 20 of U.S. Patent No. 10,229,586 (The "'586 Patent") Regarding Sonos System ("Sonos") served May 10, 2021. [*HIGHLY CONFIDENTIAL – SOURCE CODE*]

3. Attached as **Exhibit 2** is a true and correct copy of Sonos, Inc.'s Patent L.R. 3-3 Invalidity Contentions served December 14, 2020.

4. Attached as **Exhibit 3** is a true and correct copy of Sonos's Exhibit D-4, Invalidity Claim Chart for Claims 1-5, 7-12, 14-16, 18, and 20 of U.S. Patent No. 10,229,586 (The "'586 Patent") Regarding Sonos System ("Sonos") served December 14, 2020. [*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*]

5. Attached as **Exhibit 4** is a true and correct copy of Plaintiff Google LLC's Amended Disclosure of Asserted Claims and Infringement Contentions served March 15, 2021.

6. Attached as **Exhibit 5** is a true and correct copy of an email chain between David Grosby, Cole Richter and Patrick Schmidt regarding Sonos's amended invalidity contention chart regarding the '586 patent, dated May 10, 2021 to July 28, 2021.

7. Attached as **Exhibit 6** is a true and correct copy of a redlined version of Sonos's Amended Exhibit D-4, Invalidity Claim Chart for Claims 1-5, 7-12, 14-16, 18, and 20 of U.S. Patent No. 10,229,586 (The "'586 Patent") Regarding Sonos System ("Sonos") served on May 10, 2021. [*HIGHLY CONFIDENTIAL – SOURCE CODE*]

1      8.    Attached as **Exhibit 7** is a true and correct copy of a letter dated May 21, 2021 from Patrick Schmidt to Cole Richter regarding Sonos's recent amendment to its invalidity contentions. [**HIGHLY CONFIDENTIAL – SOURCE CODE**]

    9.    Attached as **Exhibit 8** is a true and correct copy of an email dated June 14, 2021 from Cole Richter to Patrick Schmidt regarding Sonos's amended invalidity contentions. [***HIGHLY CONFIDENTIAL – SOURCE CODE***]

    10.    Attached as **Exhibit 9** is a true and correct copy of a redline compare of Google's October 29, 2020 '586 infringement contention chart to its March 15, 2021 '586 infringement contention chart. [***HIGHLY CONFIDENTIAL – SOURCE CODE (ATTORNEYS' EYES ONLY)***]

    11.    Attached as **Exhibit 10** is a true and correct copy of Google's Infringement Contention Chart regarding the '586 patent served on October 29, 2020.

    12.    Attached as **Exhibit 11** is a true and correct copy of Google's Amended Infringement Contention Chart regarding the '586 patent served on March 15, 2021. [***HIGHLY CONFIDENTIAL – SOURCE CODE (ATTORNEYS' EYES ONLY)***]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of August, 2021 in Surf City, New Jersey.

By: */s/ Alyssa Caridis*
       Alyssa Caridis