UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>Sonos, Inc.,<br><br>             Defendant. | Case No. 20-cv-03845-EMC<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE SONOS, INC.'S MOTION FOR LEAVE TO AMEND CONTENTIONS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Sonos, Inc. ("Sonos") has filed an administrative motion to file under seal materials in support of Sonos's Motion for Leave to Amend Invalidity Contentions. Having reviewed the parties' submissions, and good cause having been shown, the Court **GRANTS** Sonos's motion. The following materials may be filed under seal:

| Document | Portion to be sealed | Proposed Basis for Sealing | Court's Decision |
| --- | --- | --- | --- |
| Exhibit 1 to the Declaration of Alyssa Caridis in support of Sonos Inc.'s Motion for Leave to Amend Invalidity Contentions ("Caridis Decl.") | Entire document. | Contains Sonos Highly Confidential—Source Code information and Sonos Highly Confidential—Attorneys' Eyes Only information | |
| Exhibit 3 to the Caridis Decl. | Entire document. | Contains Sonos Highly Confidential—Source Code information and Sonos Highly Confidential—Attorneys' Eyes Only information | |
| Exhibit 6 to the Caridis Decl. | Entire document. | Contains Sonos Highly Confidential—Source Code information and Sonos Highly Confidential—Attorneys' Eyes Only information | |
| Exhibit 7 to the Caridis Decl. | Portions of page 2. | Contains Sonos Highly Confidential—Source Code information | |
| Exhibit 8 to the Caridis Decl. | Portions of page 1. | Contains Sonos Highly Confidential—Source Code information | |
| Exhibit 9 to the Caridis Decl. | Entire document. | Contains Sonos Highly Confidential—Source Code information and Sonos Highly Confidential—Attorneys' Eyes Only information | |

| Document | Portion to be sealed | Proposed Basis for Sealing | Court's Decision |
|---|---|---|---|
| Exhibit 11 to the Caridis Decl. | Entire document. | Contains Sonos Highly Confidential—Source Code information and Sonos Highly Confidential—Attorneys' Eyes Only information | |

Dated: _____, 2021

HON. EDWARD M. CHEN
United States District Judge