# EXHIBIT 1

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – SOURCE CODE