# EXHIBIT 3

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY