# EXHIBIT 6

# FILED UNDER SEAL

## HIGHLY CONFIDENTIAL – SOURCE CODE