# EXHIBIT 9

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – SOURCE CODE (ATTORNEYS' EYES ONLY)