| | |
|---|---|
| CLEMENT SETH ROBERTS (SBN: 209203)<br>croberts@orrick.com<br>BAS DE BLANK (SBN: 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (SBN: 260103)<br>acaridis@orrick.com<br>EVAN D. BREWER (SBN: 301411)<br>ebrewer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:    +1 415 773 5700<br>Facsimile:    +1 415 773 5759<br><br>GEORGE I. LEE (*pro hac vice*)<br>lee@ls3ip.com<br>SEAN M. SULLIVAN (*pro hac vice*)<br>sullivan@ls3ip.com<br>RORY P. SHEA (*pro hac vice*)<br>shea@ls3ip.com<br>J. DAN SMITH (*pro hac vice*)<br>smith@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone:    +1 312 754 0002<br>Facsimile:    +1 312 754 0003<br><br>*Attorneys for Defendant Sonos, Inc.* | CHARLES K. VERHOEVEN (SBN: 170151)<br>charlesverhoeven@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>DAVID A. NELSON (*pro hac vice*)<br>davidnelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>*Attorneys for Plaintiff Google LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-03845-EMC<br><br>**STATUS REPORT** |

On October 1, 2020 Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") submitted a Joint Case Management Statement. Dkt. 44. That statement included, *inter alia*, the parties' agreements (or proposals) relating to discovery limits (*id.* at 4-5) and proposed schedules (*id.* at 14-16).

On October 15, 2020, the Court issued its Case Management and Pretrial Order for Claims Construction. Dkt. 52. That document set a schedule for this case through a claim construction hearing. *Id.* (some of those dates were later modified by agreement of the parties (*see* Dkt. 59)), but no deadlines were set past the date for the claim construction hearing). The Case Management and Pretrial Order did not address discovery limits.

On June 7, 2021, the Court issued its Claim Construction Order. Dkt. 108.

The parties now seek the Court's guidance to set a schedule for the remainder of this case. The parties propose the following:

| Event | Proposed Deadlines |
| --- | --- |
| Close of fact discovery | February 10, 2022 |
| Deadline to file discovery motions relating to fact discovery | February 17, 2022 |
| Opening expert reports | March 10, 2022 |
| Rebuttal expert reports | April 21, 2022 |
| Close of expert discovery | May 19, 2022 |
| Opening summary judgment/Daubert briefs | June 16, 2022 |
| Responsive summary judgment/Daubert briefs | July 7, 2022 |
| Reply summary judgment/Daubert briefs | July 21, 2022 |
| Hearing on summary judgment/Daubert briefs | August 11, 2022 at 1:30 p.m. |
| Pretrial Conference | October 25, 2022 at 2:30 p.m. |
| Trial | November 14, 2022 at 8:30 a.m. |

Respectfully submitted,

Dated: August 10, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Alyssa Caridis*
Alyssa Caridis
Attorneys for Defendant
SONOS, INC.

Respectfully submitted,

Dated: August 10, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Patrick D. Curran*
Patrick D. Curran
Attorneys for Plaintiff
Google LLC

## **CERTIFICATE OF CONCURRENCE**

I, Alyssa Caridis, am the ECF User whose ID and password are being used to file this Status Report.  In accordance with Local Rule 5-1(i)(3), I, hereby attest that Mr. Curran, counsel for Google, has assented to the affixation of his signature to this document and concurs in the filing of this document.

Dated: August 10, 2021

By: /s/ *Alyssa Caridis*
ALYSSA CARIDIS

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STATUS REPORT
20-CV-03845-EMC