| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (CA Bar No. 209203) |
|   | croberts@orrick.com |
| 2 | Orrick, Herrington & Sutcliffe LLP |
|   | 405 Howard Street |
| 3 | San Francisco, CA  94105-2669 |
|   | Telephone:  +1 415 773 5700 |
| 4 | Facsimile:  +1 415 773 5759 |
| 5 | BAS DE BLANK (CA Bar No. 191487) |
|   | basdeblank@orrick.com |
| 6 | EVAN BREWER (CA Bar No. 304411) |
|   | ebrewer@orrick.com |
| 7 | Orrick, Herrington & Sutcliffe LLP |
|   | 1000 Marsh Road |
| 8 | Menlo Park, CA 94025 |
|   | Telephone:   +1-650-614-7400 |
| 9 | Facsimile:  +1-650-614-7401 |
| 10 | ALYSSA CARIDIS (CA Bar No. 260103) |
|   | acaridis@orrick.com |
| 11 | Orrick, Herrington & Sutcliffe LLP |
|   | 777 South Figueroa Street, Suite 3200 |
| 12 | Los Angeles, CA 90017-5855 |
|   | Telephone:  +1-213-629-2020 |
| 13 | Facsimile:  +1-213-612-2499 |
| 14 | GEORGE I. LEE (admitted *pro hac vice*) |
|   | lee@ls3ip.com |
| 15 | SEAN M. SULLIVAN (admitted *pro hac vice*) |
|   | sullivan@ls3ip.com |
| 16 | RORY P. SHEA (admitted *pro hac vice*) |
|   | shea@ls3ip.com |
| 17 | J. DAN SMITH (admitted *pro hac vice*) |
|   | smith@ls3ip.com |
| 18 | LEE SULLIVAN SHEA & SMITH LLP |
|   | 656 W Randolph St., Floor 5W |
| 19 | Chicago, IL 60661 |
|   | Telephone:  +1 312 754 0002 |
| 20 | Facsimile:  +1 312 754 0003 |
| 21 | *Attorneys for Defendant Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, | Case No. 20-cv-03845-EMC |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE PURSUANT TO CIVIL L.R. 5-1(c)(2)** |
| SONOS, INC., | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Evan Brewer of Orrick, Herrington & Sutcliffe LLP, does hereby enter his appearance on behalf of Defendant Sonos, Inc. ("Sonos") and requests that notice of all further papers and proceedings, except original process, be served upon him at the following address:

> Evan Brewer
> Orrick, Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
> Telephone: +1-650-614-7400
> Facsimile: +1-650-614-7401
> E-mail: ebrewer@orrick.com

This appearance is without prejudice to, or waiver of, any defense that Sonos may have, including, but not limited to, defenses based on lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process.

Dated:  August 11, 2021                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                           By: */s/ Evan Brewer*
                                                EVAN BREWER

                                           *Attorneys for Defendant Sonos, Inc.*