UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SONOS, INC.,<br><br>    Defendant. | Case No. 20-cv-03845-EMC  (TSH)<br><br>**NOTICE SETTING HEARING RE: MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>Re: Dkt. No. 109 |

    This matter has been referred to Magistrate Judge Thomas S. Hixson to resolve Sonos, Inc.'s pending motion for leave to amend invalidity contentions. ECF No. 109. Accordingly, the Court shall conduct a hearing on September 16, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. All briefing shall be in compliance with Civil Local Rule 7.

    Please contact the courtroom deputy, Rose Maher, at (415) 522-4708 with any questions.

Dated: August 11, 2021

By: _____
Chris Nathan, Deputy Clerk to the
Honorable THOMAS S. HIXSON