AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| GOOGLE LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-03845 |
| SONOS, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SONOS, INC.                                                                                                                              .

Date:   10/21/2021

/s/ Shane D. Anderson
*Attorney's signature*

Shane D. Anderson (SBN 313415)
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA  90017

*Address*

sdanderson@orrick.com
*E-mail address*

(213) 612-2377
*Telephone number*

(213) 612-2499
*FAX number*