| | |
|---|---|
| 1 | CLEMENT SETH ROBERTS (STATE BAR NO. 209203) |
|   | croberts@orrick.com |
| 2 | BAS DE BLANK (STATE BAR NO. 191487) |
|   | basdeblank@orrick.com |
| 3 | ALYSSA CARIDIS (STATE BAR NO. 260103) |
|   | acaridis@orrick.com |
| 4 | EVAN D. BREWER (STATE BAR NO. 304411) |
|   | ebrewer@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 6 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 7 | Telephone:    +1 415 773 5700 |
|   | Facsimile:     +1 415 773 5759 |
| 8 | |
|   | GEORGE I. LEE (*pro hac vice*) |
| 9 | lee@ls3ip.com |
|   | SEAN M. SULLIVAN (*pro hac vice*) |
| 10 | sullivan@ls3ip.com |
|   | RORY P. SHEA (*pro hac vice*) |
| 11 | shea@ls3ip.com |
|   | J. DAN SMITH (*pro hac vice*) |
| 12 | smith@ls3ip.com |
|   | LEE SULLIVAN SHEA & SMITH LLP |
| 13 | 656 W Randolph St., Floor 5W |
|   | Chicago, IL 60661 |
| 14 | Telephone:    +1 312 754 0002 |
|   | Facsimile:     +1 312 754 0003 |
| 15 | |
|   | *Attorneys for Defendant Sonos, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC, | Case No. 20-cv-03845-EMC |
| Plaintiff, | **DECLARATION OF SHANE D. ANDERSON IN SUPPORT OF SONOS, INC.'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR ISSUANCE OF A HAGUE CONVENTION LETTER OF REQUEST TO OBTAIN EVIDENCE IN SWITZERLAND FROM THE DVB PROJECT** |
| v. | |
| Sonos, Inc., | |
| Defendant. | |

I, Shane D. Anderson, declare as follows and would so testify under oath if called upon to do so:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 2 is a true and correct copy of the document titled *Call for Proposals for Content Protection & Copy Management Technologies*, Revision 1.2, promulgated by the DVB Project and bearing the date July 5, 2001.

3. Attached hereto as Exhibit 3 is a true and correct copy of a Nokia Corporation document titled *Proposal for DVB Content Protection & Copy Management Technologies*, Version 1.0, bearing an authorship date of October 15, 2001, and approval date of October 19, 2001.

4. Attached hereto as Exhibit 4 is a true and correct screen capture of the DVB Project *Contact* webpage available at https://dvb.org/about/contact/ as it appeared on October 18, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 26th day of October, 2021 in Los Angeles, California.

*/s/ Shane D. Anderson*
SHANE D. ANDERSON