# EXHIBIT 4

# Contact

The DVB Project Office is the hub of the DVB activities. It is located at the headquarters of the European Broadcasting Union (EBU) in Geneva, Switzerland.

The Project Office provides a range of services to the Members of the DVB Project including meeting logistics, the organization of seminars, including DVB World, and participation in trade events. In addition it manages, through DVB Services, the registration for the DVB broadcast identifiers and the DVB trademarks (DVB®).



## Project Office Staff



**HEAD OF THE DVB PROJECT OFFICE**
Eva Markvoort

markvoort@dvb.org



**HEAD OF TECHNOLOGY**
Emily Dubs

dubs@dvb.org

## Email

dvb@dvb.org

## Post

DVB Project Office
c/o EBU
L'Ancienne-Route 17A
1218 Le Grand-Saconnex / Geneva
Switzerland

## Telephone

+41 22 717 2717

## How To Find Us

EBU headquarters, where the DVB Project Office and many DVB meetings are hosted, is in the heart of Geneva's international district, a short distance from the airport.

Google Maps

### From the airport

Pick up a **free public transportation ticket** (valid for 80 minutes) from the baggage collection area, just before customs control, at the airport.

Take the No. 5 bus (direction "Thônex-Vallard") or the No. 28 bus (direction "Jardin Botanique") and get off at the "Le Pommier" bus stop.

The bus ride will take around 4 minutes. The EBU is a further 4 minute walk.

### From the city centre or elsewhere in Geneva

The No. 5 bus (direction "Aéroport") or the F bus (direction "Gex-Aiglette") both stop at "Le Pommier", from which the EBU is a short walk.

Consult the Geneva Public Transportation Network (TPG) website to determine the fastest route from any location in Geneva. Information about schedules, routes and fares are also available.

Ticket machines are available at many bus stops and on some buses, and the cost is CHF 3.-. You can also download one of the TPG smartphone apps and use it to purchase electronic tickets. To avoid a penalty, buy your ticket before boarding.

If you are staying at a hotel, you may be offered a Geneva Transport Card, giving you free access to public transport.

### By taxi

Taxis can be ordered online, by telephone (+41 22 320 2233) or at one of the many taxi stands around the city and at the airport.

The fare from the airport or the train station to the EBU is roughly CHF 30 depending on traffic, the time of day, how much luggage you have and the number of passengers.

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Cookie settings   ACCEPT