CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
EVAN D. BREWER (STATE BAR NO. 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

GEORGE I. LEE (admitted *pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (admitted *pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (admitted *pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:   +1 312 754 0002
Facsimile:   +1 312 754 0003

*Attorneys for Defendant*
SONOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Google LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>Sonos, Inc.,<br><br>             Defendant. | Case No. 3:20-cv-03845-EMC (TSH)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT SONOS, INC.'S UNOPPOSED MOTION FOR ISSUANCE OF A HAGUE CONVENTION LETTER OF REQUEST TO OBTAIN EVIDENCE IN SWITZERLAND FROM THE DVB PROJECT** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER RE SONOS'S MOTION FOR
LETTER OF REQUEST TO THE DVB PROJECT
3:20-CV-03845-EMC

1  Upon considering of Defendant Sonos, Inc.'s Unopposed Motion for Issuance of a Hague
2  Convention Letter of Request to Obtain Evidence in Switzerland From the DVB Project (the
3  "Motion"), and the documents filed in support thereof, and for good cause shown:
4  IT IS HEREBY ORDERED on this __29th__ day of __October__, 2021 that the Motion is
5  GRANTED.  The Court will date and sign with the seal of the Court the Letters Rogatory
6  submitted with Sonos, Inc.'s motion.

_____
Thomas S. Hixson
United States Magistrate Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4157-6616-0946

- 1 -

[PROPOSED] ORDER RE SONOS'S MOTION FOR
LETTER OF REQUEST TO THE DVB PROJECT
3:20-CV-03845-EMC