UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 3:20-cv-03845-EMC<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION TO STAY PENDING INTER PARTES REVIEW** |

Before this Court is Defendant Sonos, Inc.'s ("Sonos") Motion to Stay Pending *Inter Partes* Review. Sonos has shown good cause to stay this action pending resolution of the instituted IPRs. Each factor weighs decisively in favor of staying this action: the lion's share of the work and expense has yet to be borne; a stay would simplify the issues and any trial; and Google would not be unduly prejudiced. Accordingly, having reviewed the parties' submissions, and good cause having been shown, the Court GRANTS Sonos's motion.

Dated: _____, 2022

                                                 HON. EDWARD M. CHEN
                                                 United States District Judge