UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SONOS, INC.,<br><br>        Defendant. | Case No. 3:20-cv-03845-EMC<br><br>**[PROPOSED] ORDER GRANTING SONOS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING GOOGLE LLC'S THIRD CAUSE OF ACTION PURSUANT TO FED. R. CIV. P. 12(C) AND 35 U.S.C. § 101** |

| 1 | Before this Court is Defendant Sonos, Inc.'s ("Sonos") Motion For Judgment On The |
|---|---|
| 2 | Pleadings Regarding Google LLC's Third Cause of Action Pursuant to Fed. R. Civ. P. 12(c) and |
| 3 | 35 U.S.C. § 101 ("Motion"). Sonos has shown good cause for this Court to dismiss Google's |
| 4 | claim for infringement of U.S. Patent No. 10,140,375 ('375 Patent") under Fed. R. Civ. P. 12(c) |
| 5 | and 35 U.S.C. § 101 because the '375 Patent is directed to patent-ineligible subject matter and |
| 6 | therefore Sonos is entitled to judgment on the pleadings regarding the Third Claim for Relief in |
| 7 | Google's Amended Complaint. Accordingly, having reviewed the parties' submissions, and good |
| 8 | cause having been shown, the Court GRANTS Sonos's motion. |

Dated: _____, 2022

_____
HON. EDWARD M. CHEN
United States District Judge