| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:     (415) 875-6600<br>Facsimile:     (415) 875-6700<br><br>  David A. Nelson (admitted *pro hac vice*)<br>  davidnelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:     (312) 705-7400<br>Facsimile:     (312) 705-7401<br><br>Attorneys for GOOGLE LLC | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>GEORGE I. LEE (admitted pro hac vice)<br>lee@ls3ip.com<br>SEAN M. SULLIVAN (admitted pro hac vice)<br>sullivan@ls3ip.com<br>RORY P. SHEA (admitted pro hac vice)<br>shea@ls3ip.com<br>J. DAN SMITH (admitted pro hac vice)<br>smith@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone: +1 312 754 0002<br>Facsimile: +1 312 754 0003<br><br>Attorneys for Defendant Sonos, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>              v.<br><br>SONOS, INC.,<br><br><br>              Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**JOINT STIPULATION EXTENDING TIME FOR RESPONSE TO AND REPLY IN SUPPORT OF DEFENDANT SONOS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS (D.I. 127)**<br><br>Judge:   Hon. Edward M. Chen<br><br><br>JURY TRIAL DEMANDED |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel
2 and pursuant to Civil Local Rule 6-2(a), who through their undersigned counsel respectfully
3 request the Court to extend the deadline for Plaintiff Google LLC ("Google") to file its opposition
4 to Defendant Sonos, Inc.'s ("Sonos") Motion for Judgment on the Pleadings Regarding Google's
5 Third Cause of Action (D.I. 127) from December 15, 2021 to December 20, 2021, and to extend
6 the deadline for Sonos to file its reply in support of its Motion from December 22, 2021 to
7 December 30, 2021.   The parties declare in support of this request:
8    WHEREAS, on December 1, 2021, Sonos filed its Motion (D.I. 127);
9    WHEREAS, Google's response to Sonos' Motion is due by December 15, 2021 (*id.*);
10    WHEREAS, pursuant to Civil L.R. 7-3(a), the last day for Google to respond to Sonos'
11 Motion is currently set for December 15, 2021;
12    WHEREAS, pursuant to Civil L.R. 7-3(c), the last day for Sonos to file a reply in support
13 of its Motion is currently set for December 22, 2021;
14    WHEREAS, the parties agree to extend the deadline for Google to file its response to
15 Sonos' Motion to December 20, 2021 to provide Google and their counsel sufficient time to
16 prepare their opposition in light of Google's counsel's pre-existing work commitments, and to
17 extend the deadline for Sonos to file its reply in support of its Motion to December 30, 2021 to
18 compensate for the extension of Google's deadline;
19    WHEREAS, the requested extension will not alter the date of any event or any other
20 deadline already fixed by the Court; and
21    WHEREAS, the Court previously granted an extension of time to extend the date by which
22 Sonos may file a responsive pleading on July 7, 2020 and August 4, 2020 (D.I. 22, 24), and on
23 October 22, 2020, the Court granted an extension of time to extend the dates by which the parties
24 were to disclose their contentions pursuant to Patent Local Rules 3-1 through 3-4 by one week.
25 (D.I. 59.)
26    IT IS SO STIPULATED AND AGREED, subject to Court approval, that the deadline for
27 Google's opposition to the Motion be extended from December 15, 2021 to December 20, 2021,
28 and the deadline for Sonos' reply in support of the Motion be extended from December 22, 2021

1  to December 30, 2021. Motion hearing re [127] Motion set for January 6, 2022 is vacated and
2  RESCHEDULED to January 20, 2022 at 1:30PM.  Hearing will be conducted virtually.

3  DATED:   December 9, 2021           QUINN EMANUEL URQUHART &
4                                                            SULLIVAN, LLP

6                                                     By  /s/ Patrick D. Curran
                                                            Patrick D. Curran
7                                                          Attorneys for Google LLC

8  DATED:   December 9, 2021           ORRICK, HERRINGTON & SUTCLIFFE LLP

11                                                   By  /s/ Alyssa Caridis
                                                            Alyssa Caridis
12                                                        Attorneys for Sonos, Inc.

**ORDER AS MODIFIED**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:   December 10, 2021

_____
Honorable Edward M. Chen
United States District Judge