1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11    GOOGLE LLC,                         | Case No. 3-20-CV-03845-EMC

12                     Plaintiff,         | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT SONOS, INC.'S MOTION TO STAY (D.I. 126)**

13         v.

14    SONOS, INC.,

15                     Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Defendant Sonos, Inc.'s ("Sonos") Motion to Stay Pending *Inter Partes* Review ("IPR") (the "Motion").  Sonos moves to stay the entirety of Plaintiff Google LLC's ("Google") action against Sonos, pending IPR on two of the three patents-in-suit:  U.S. Patent Nos. 10,229,586 (the "'586 patent") and 10,140,375 (the "'375 patent").  The third patent-in-suit, U.S. Patent No. 7,899,187 ("the '187 patent"), is not the subject of any IPR, instituted or otherwise.

Google does not oppose a stay as to the '586 patent and the '375 patent.  As for the '187 patent, each factor weighs against a stay of the proceedings.  No IPR has been filed for the '187 patent.  The parties and the Court have expended considerable resources briefing, arguing, and construing terms for multiple claims of the '187 patent.  Regardless of the outcome in IPRs pending on other patents, the asserted '187 patent claims will have to be addressed in this suit.  And the technology at issue for the '187 patent is not related to the technology at issue for the '586 and '375 patents.  Under those circumstances, there is no efficiency to be gained from a stay of the all proceedings, and Google would be prejudiced by a stay of this entire suit.

Accordingly,  and having reviewed the parties' submissions and good cause having been shown the Court GRANTS the Motion to the extent it seeks a stay as to the '586 patent and the '375 patent only.  The Court otherwise DENIES the Motion.

**SO ORDERED.**

DATED:  _____          _____
                                   Honorable Judge Edward M. Chen
                                   United States District Judge

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART
SONOS, INC.'S MOTION TO STAY (D.I. 126)