| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (SBN 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:   (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>David A. Nelson (admitted *pro hac vice*)<br>davidnelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:   (312) 705-7400<br>Facsimile:   (312) 705-7401<br><br>Attorneys for GOOGLE LLC | CLEMENT SETH ROBERTS (SBN 209203)<br>croberts@orrick.com<br>BAS DE BLANK (SBN 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (SBN 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>GEORGE I. LEE (admitted *pro hac vice*)<br>lee@ls3ip.com<br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>RORY P. SHEA (admitted *pro hac vice*)<br>shea@ls3ip.com<br>J. DAN SMITH (admitted *pro hac vice*)<br>smith@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone: +1 312 754 0002<br>Facsimile: +1 312 754 0003<br><br>Attorneys for Defendant Sonos, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>          Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**JOINT STIPULATION SUSPENDING THE BRIEFING SCHEDULE AND DEFERRING THE HEARING ON DEFENDANT SONOS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS (D.I. 127)**<br><br>Judge:   Hon. Edward M. Chen<br><br>JURY TRIAL DEMANDED |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 6-2(a), who through their undersigned counsel respectfully request that the Court suspend the briefing schedule and defer the hearing on Defendant Sonos, Inc.'s ("Sonos") Motion for Judgment on the Pleadings Regarding Google's Third Cause of Action (D.I. 127).

The parties declare in support of this request:

WHEREAS, on November 30, 2021, Sonos filed a Motion to Stay proceedings (D.I. 126);

WHEREAS, on December 1, 2021, Sonos filed a Motion for Judgment as to the '375 Patent and set January 6, 2022 as the hearing date (D.I. 127);

WHEREAS, on December 7, 2021, Plaintiff Google LLC ("Google") and Sonos filed a Joint Status Report, in which the parties agreed that Sonos' Motion for Judgment need not be addressed if these proceedings are stayed as to the '375 patent. (D.I. 128);

WHEREAS, on December 9, 2021, Google and Sonos stipulated to extend the deadline for Google to file its response to Sonos' Motion for Judgment to December 20, 2021, and to extend the deadline for Sonos to file its reply in support of the motion to December 30, 2021 (D.I. 130);

WHEREAS, on December 10, 2021, the Court entered an Order extending the deadline for Google to file its response to Sonos' Motion for Judgment to December 20, 2021, extending the deadline for Sonos to file its reply in support of its motion to December 30, 2021, and rescheduling the hearing on the motion to to January 20, 2022 (D.I. 131);

WHEREAS, on December 14, 2021, Google filed its response to Sonos' Motion to Stay and stated that it does not oppose a stay as to the '375 patent (D.I. 133);

WHEREAS the parties agree to suspend briefing and defer the hearing on Sonos' Motion for Judgment in light of Google's response to Sonos' Motion to Stay proceedings as to the '375 patent;

WHEREAS the parties further agree to file a joint stipulation proposing a new briefing schedule and hearing date on the Motion for Judgment within one week of entry of any Order lifting a stay of proceedings as to the '375 patent;

WHEREAS the requested suspension of the briefing schedule and deferral of the hearing will not alter the date of any event or any other deadline already fixed by the Court; and

WHEREAS the Court previously granted an extension of time to extend the date by which Sonos may file a responsive pleading on July 7, 2020 and August 4, 2020 (D.I. 22, 24), and on October 22, 2020, the Court granted an extension of time to extend the dates by which the parties were to disclose their contentions pursuant to Patent Local Rules 3-1 through 3-4 by one week, and on December 10, 2021, the Court entered an Order extending the deadline for Google to file its response to Sonos' Motion for Judgment by five days and the deadline for Sonos to file its reply in support of its motion by eight days.  (D.I. 131.)

IT IS SO STIPULATED AND AGREED, subject to Court approval, that the briefing schedule on Sonos' Motion for Judgment (D.I. 127) is suspended, that the hearing on the motion is deferred, and that the parties will file a joint stipulation proposing a new briefing schedule and hearing date on the motion within one week of entry of any Order lifting a stay of proceedings as to the '375 patent.

DATED:   December 20, 2021            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Patrick D. Curran
Patrick D. Curran
Attorneys for Google LLC

DATED:   December 20, 2021            ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ Alyssa Caridis
Alyssa Caridis
Attorneys for Sonos, Inc.

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

Honorable Edward M. Chen
United States District Judge

## ATTESTATION

I, Sean Taheri, am the ECF user whose ID and password are being used to file the foregoing document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Patrick D. Curran and Alyssa Caridis have concurred in this filing.

Dated:  December 20, 2021              */s/ Sean Taheri*
                                                                  Sean Taheri