# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** January 20, 2022     **Time:** 1:30-1:49= 19 Minutes     **Judge:** EDWARD M. CHEN

**Case No.:** 3:20-cv-03845-EMC     **Case Name:** Google LLC v. Sonos, Inc.

**Attorney for Plaintiff:** David Nelson

**Attorneys for Defendant:** Clement Roberts and Alyssa Caridis

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Marla Knox

## PROCEEDINGS HELD BY ZOOM WEBINAR

Motion to Stay and Status Conference.

## SUMMARY

Parties stated appearances.

Sonos's motion to stay pending IPR is granted in part. As a general matter, nontechnical discovery is stayed, although the Court does not rule out production of some limited nontechnical discovery – *e.g.*, if there are "overarching" documents that will need to be produced regardless of what patents are at issue. As to technical discovery on the '187 patent, Sonos has indicated that it is willing to provide written discovery. After written discovery is provided, the parties should meet and confer to see whether there are any technical depositions related to the '187 patent that can take place. If the parties have a dispute, they may submit a joint letter to the Court.

Court set a **Status Conference for July 12, 2022, at 2:30 p.m.** Joint Status Report **due by July 5, 2022.**