| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:   (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>  David A. Nelson (admitted *pro hac vice*)<br>  davidnelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:   (312) 705-7400<br>Facsimile:   (312) 705-7401<br><br>Attorneys for GOOGLE LLC | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>GEORGE I. LEE (admitted pro hac vice)<br>lee@ls3ip.com<br>SEAN M. SULLIVAN (admitted pro hac vice)<br>sullivan@ls3ip.com<br>RORY P. SHEA (admitted pro hac vice)<br>shea@ls3ip.com<br>J. DAN SMITH (admitted pro hac vice)<br>smith@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone: +1 312 754 0002<br>Facsimile: +1 312 754 0003<br><br>Attorneys for Defendant Sonos, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>SONOS, INC.,<br><br>        Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**JOINT STATUS REPORT PURSUANT TO DKT. 138**<br><br>Date:   July 12, 2022<br>Time:   2:30 p.m.<br>Ctrm:   Courtroom 5, 17th Floor<br>          450 Golden Gate Avenue,<br>          San Francisco, CA 94102<br>Judge:  Hon. Edward M. Chen<br><br>JURY TRIAL DEMANDED |

# INTRODUCTION

Pursuant to this Court's January 20, 2022 Notice (D.I. 138), the Standing Order for All Judges of the Northern District of California, and Civil Local Rule 16-9, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") submit this Joint Status Report.

## I.   FACTS:

There are three asserted patents in this action:  U.S. Patent Nos. 7,899,187 ("'187 patent"), 10,140,375 ("'375 patent") and 10,229,586 ("'586 patent") (collectively, the "patents in suit").[1] On June 7, 2021, this Court issued a Claim Construction Order addressing disputed terms in the patents in suit. (D. I. 108.)  The parties have begun engaging in the discovery process, propounding and responding to interrogatories and requests for production and producing voluminous documents (including source code made available for inspection).  No depositions have yet taken place other than for claim construction.  On October 8, 2021, Google noticed Sonos's deposition pursuant to Rule 30(b)(6).  On November 5, 2021, Sonos responded with certain objections.  The parties are meeting and conferring on Sonos's objections to that deposition notice.

On August 10, 2021, December 7, 2021, and January 13, 2022, the parties filed prior Status Reports.  (D.I. 112, 128, 137.)

On October 26, 2021, Sonos filed an unopposed motion for issuance of a Hague Convention letter of request to obtain evidence in Switzerland from the DVB Project.  (D.I. 122).  On October 29, 2021, that motion was granted.  (D.I. 124).

---

[1] Google filed this action on June 11, 2020, alleging Sonos' infringement of the three patents in suit as well as U.S. Patent Nos. 8,583,489 ("'489 patent") and 7,065,206 ("'206 patent").  (D.I. 1).  Sonos initially moved to dismiss the second, third, and fifth causes of action (infringement on '489, '375, and '586) on August 12, 2020.  (D.I. 25.)  Google subsequently filed an Amended Complaint on August 26, 2020.  (D.I. 35.)  Sonos withdrew its initial motion to dismiss on August 28, 2020, and filed a motion to dismiss the Amended Complaint on September 10, 2020.  (D.I. 39.)  In its motion, Sonos moved only to dismiss the claims for infringement on the '489 patent, as set forth in Google's second cause of action.  (*Id.*)  On November 2, 2020, that motion was granted.  (D.I. 60.)  On June 2, 2021, the parties stipulated the dismissal of the '206 patent infringement claim, and on June 4, 2021, the Court granted the parties' stipulation.  (D.I. 105, 107.)

In late October and early November 2021, the PTO instituted *inter partes* review (IPR) of the '375 and '586 patents.  On January 20, 2022, the Court granted in part Sonos's motion to stay pending IPR, permitting the parties to continue discovery relating to the '187 patent.  (D.I. 138).

II.     **MOTIONS:**

Rule 12(c) motion.  On December 1, 2021, Sonos filed a motion for judgment on the pleadings. (D.I. 127.)  Pursuant to the parties' stipulation and the Court's December 22, 2021 Order (D.I. 136), the briefing schedule on Sonos' Motion for Judgment (D.I. 127) is suspended, the hearing on the motion is deferred, and the parties will file a joint stipulation proposing a new briefing schedule and hearing date on the motion within one week of entry of any Order lifting a stay of proceedings as to the '375 patent.

III.    **IPR STATUS**:

IPR proceedings for the '375 and '586 patents remain pending before the Patent Office.  An oral hearing in the '586 IPR is set for July 18, 2022, and an oral hearing is scheduled to occur in the '375 IPR on August 18, 2022.  Final written decisions are expected no later than November 10, 2022.

IV.     **'187 PATENT DISCOVERY STATUS**:

On March 21, 2022, Google served a Second Set of Interrogatories, and Sonos served its responses on May 4, 2022.

On May 2, 2022, Google sent a letter to Sonos challenging the sufficiency of Sonos's prior responses to certain requests in Google's First Set of Interrogatories.  In response, Sonos produced further source code for products accused of infringing the '187 patent and, on May 27, 2022, served Second Amended Responses to Google's First Set of Interrogatories.  The parties have since exchanged further correspondence regarding the adequacy of certain of Sonos's discovery responses.  At this stage there is not a dispute that requires Court intervention, but if such a dispute arises the parties will bring it to the Court's attention in a joint letter, as permitted by the Court's notice. (D.I. 138).

Following resolution of outstanding issues with Sonos's written discovery responses, Google will be requesting dates for depositions of Sonos witnesses.

Respectfully submitted,

Dated: July 5, 2022

| | |
|---|---|
| /s/ *Patrick Curran* | /s/ *Alyssa Caridis* |
| Patrick Curran | Alyssa Caridis |
| Attorneys for GOOGLE LLC | Attorneys for SONOS INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| *Counsel for Plaintiff Google LLC* | *Counsel for Defendant Sonos Inc.* |

Respectfully submitted,

**ECF ATTESTATION**

I, Sean Taheri, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that Counsel for Google and Counsel for Sonos have concurred in this filing.

Dated:  July 5, 2022

Sean Taheri
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Sean Taheri*
　　　Sean Taheri