# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 12, 2022     **Time:** 2:46-2:49     **Judge:** EDWARD M. CHEN
3 Minutes

**Case No.**: 20-cv-03845-EMC     **Case Name:** Google LLC v. Sonos, Inc.

**Attorney for Plaintiff:** Patrick Curran
**Attorney for Defendant:** Alyssa Caridis

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Belle Ball

## PROCEEDINGS

Status Conference - held

## SUMMARY

Parties stated appearances.

The parties stated that they are working cooperatively on discovery matters and awaiting the outcome of the '375 IPR proceedings. Written decision from PTAB due in November 2022.

CASE CONTINUED TO: **November 22, 2022, at 2:30 P.M., for Status Conference.** Joint status report **due by 11/15/2022.**