# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 22, 2022     **Time:** 3:33 – 3:53 = 20 minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-03845-EMC     **Case Name:** Google LLC v. Sonos, Inc.

**Attorney for Plaintiff:** Patrick Curran, Patrick Weston
**Attorney for Defendant:** Clement Roberts, Alyssa Caridis

**Deputy Clerk:** Bhavna Sharma     **Court Reporter:** Ana Dub

## PROCEEDINGS

Status Conference - held via Zoom

## SUMMARY

Parties stated appearances.

The Court instructed parties to meet and confer to discuss an efficient and tailored discovery plan, taking into account the dispute over the '187 Patent. Parties should focus on production necessary to resolve issues subject to Sono's proposed MSJ on the '187 Patent. Parties to submit proposed schedule to the Court prior to next status conference.

CASE CONTINUED TO: **February 21, 2023, at 2:30 p.m., for further Status Conference.**
Parties shall file a joint status report at least seven days prior to the next hearing.