QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  David A. Nelson (admitted *pro hac vice*)
  davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

Attorneys for GOOGLE LLC

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

GEORGE I. LEE (admitted pro hac vice)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted pro hac vice)
sullivan@ls3ip.com
RORY P. SHEA (admitted pro hac vice)
shea@ls3ip.com
J. DAN SMITH (admitted pro hac vice)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

Attorneys for Defendant Sonos, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**JOINT STATUS REPORT PURSUANT TO DKT. 151**<br><br>Date:  February 21, 2023<br>Time:  2:30 p.m.<br>Ctrm:  Courtroom 5, 17th Floor<br>       450 Golden Gate Avenue,<br>       San Francisco, CA 94102<br>Judge:  Hon. Edward M. Chen<br><br>JURY TRIAL DEMANDED |

**INTRODUCTION**

Pursuant to this Court's November 22, 2022 Notice (D.I. 151), the Standing Order for All Judges of the Northern District of California, and Civil Local Rule 16-9, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") submit this Joint Status Report.

**I.    '187 PATENT DISCOVERY STATUS**:

Since the Court's November 22, 2022 Case Management Conference, the parties have met and conferred multiple times to negotiate a focused discovery plan for technical issues related to the U.S. Patent No. 7,899,187 ("'187 patent"). As a result of those discussions the parties have agreed on a discrete set of deposition topics on which Sonos will provide corporate designees. The parties are also conducting focused technical document discovery in advance of these upcoming depositions. The parties anticipate completing this technical discovery, including document discovery and depositions, within the next 60 days.

**II.    PROPOSED SCHEDULE THROUGH SUMMARY JUDGMENT**

As requested by the Court, the parties jointly propose the following schedule for completion of technical discovery related to alleged infringement of the '187 patent, and for expert reports and summary judgment motions on that issue:

| Event | Date |
| --- | --- |
| Close of Fact Discovery | April 17, 2023 |
| Opening Expert Reports | May 8, 2023 |
| Rebuttal Expert Reports | June 5, 2023 |
| Close of Expert Discovery | June 26, 2023 |
| Opening Summary Judgment/*Daubert* Briefs | July 26, 2023 |

| Event | Date |
|---|---|
| Responsive Summary Judgment/*Daubert* Briefs | August 16, 2023 |
| Reply Summary Judgment/*Daubert* Briefs | August 30, 2023 |
| Hearing on Summary Judgment/*Daubert* Briefs | To be scheduled by the Court<br><br>Requested date, if convenient:<br>October 4, 2023<br>at 1:30 pm |

Respectfully submitted,

Dated:  February 14, 2023                           Respectfully submitted,

*/s/ Patrick Curran*                                            */s/ Alyssa Caridis*
Patrick Curran                                                    Alyssa Caridis
Attorneys for GOOGLE LLC                            Attorneys for SONOS INC.

QUINN EMANUEL URQUHART &         ORRICK, HERRINGTON & SUTCLIFFE
SULLIVAN, LLP                                              LLP

*Counsel for Plaintiff Google LLC*                *Counsel for Defendant Sonos Inc.*

**ECF ATTESTATION**

I, Patrick Curran, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT. In compliance with General Order 45, X.B., I hereby attest that Counsel for Sonos has concurred in this filing.

Dated:  February 14, 2023

Patrick Curran
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     /s/ Patrick Curran