# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 21, 2023     **Time:** 2:41-2:47     **Judge:** EDWARD M. CHEN
6 Minutes

**Case No.**: 20-cv-03845-EMC     **Case Name:** Google LLC v. Sonos, Inc.

**Attorney for Plaintiff:** Patrick Curran
**Attorney for Defendant:** Alyssa Caridis

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Status Conference - held

## SUMMARY

Parties stated appearances.

Parties are participating in global ADR and anticipate further session in April or May 2023.

If the Parties do not resolve the issues, the Court will move forward with the summary judgment hearing on October 5, 2023 based on the schedule proposed by the parties.

| Event | Date |
|---|---|
| Close of Fact Discovery | April 17, 2023 |
| Opening Expert Reports | May 8, 2023 |
| Rebuttal Expert Reports | June 5, 2023 |
| Close of Expert Discovery | June 26, 2023 |
| Opening Summary Judgment/*Daubert* Briefs | July 26, 2023 |
| Responsive Summary Judgment/*Daubert* Briefs | August 16, 2023 |
| Reply Summary Judgment/*Daubert* Briefs | August 30, 2023 |
| Hearing on Summary Judgment/*Daubert* Briefs | October 5, 2023 |

CASE CONTINUED TO: **July 11, 2023, at 2:30 P.M., for Status Conference.** Joint status report **due by 7/3/2023.**