| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>DAVID A. NELSON (admitted *pro hac vice*)<br>davidnelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone:  (312) 705-7400<br>Facsimile:  (312) 705-7401<br><br>PATRICK CURRAN (STATE BAR NO. 241630)<br>patrickcurran@quinnemanuel.com<br>111 Huntington Avenue, Suite 520<br>Boston, Massachusetts 02199<br>Telephone:  (617) 712-7100<br>Facsimile:  (617) 712-7200<br>Attorneys for GOOGLE LLC | CLEMENT SETH ROBERTS (STATE BAR NO. 209203)<br>croberts@orrick.com<br>BAS DE BLANK (STATE BAR NO. 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>GEORGE I. LEE (admitted *pro hac vice*)<br>lee@ls3ip.com<br>SEAN M. SULLIVAN (admitted *pro hac vice*)<br>sullivan@ls3ip.com<br>RORY P. SHEA (admitted *pro hac vice*)<br>shea@ls3ip.com<br>J. DAN SMITH (admitted *pro hac vice*)<br>smith@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone: +1 312 754 0002<br>Facsimile: +1 312 754 0003<br><br>Attorneys for Defendant Sonos, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SONOS, INC.,<br><br>  Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**STIPULATED REQUEST FOR ORDER SETTING SCHEDULE FOR CERTAIN DISCOVERY AND SUMMARY JUDGMENT DEADLINES** |

**INTRODUCTION**

Pursuant to Civil Local Rule 6-2, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") jointly stipulate and request an order extending certain discovery and summary judgment deadlines set forth in this Court's February 21, 2023 Minute Entry. Dkt. 156.

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, to the proposed schedule for certain discovery and summary judgment deadlines;

WHEREAS, good cause exists for the moderate extension to the dates below because it will resolve scheduling conflicts related to deposition scheduling, expert travel schedules, and counsel's commitments in previously-scheduled trials;

WHEREAS, the Parties also agree that this extension will conserve judicial and party resources;

WHEREAS, the Parties agree that their proposed schedule will not affect the Parties' ability to comply with other deadlines to be set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST that the Court modify the deadlines as follows:

| Event | Current Deadline[1] | Proposed Deadline |
|---|---|---|
| Joint Status Report | July 3, 2023 | July 3, 2023 (no change) |
| Status Conference | July 11, 2023 | July 11, 2023 (no change) |
| Close of Expert Discovery | June 26, 2023 | July 28, 2023 |
| Opening Summary Judgment/*Daubert* Briefs | July 26, 2023 | August 11, 2023 |
| Responsive Summary Judgment/*Daubert* Briefs | August 16, 2023 | September 1, 2023 |
| Reply Summary Judgment/*Daubert* Briefs | August 30, 2023 | September 15, 2023 |
| Hearing on Summary Judgment/*Daubert* Briefs | October 5, 2023 | October 5, 2023 (no change) |

---

[1] *See* this Court's February 21, 2023 Minute Entry. Dkt. 156.

Dated: June 12, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Patrick Curran* | /s/ *Alyssa Cardis* |
| Patrick Curran<br>Attorney for GOOGLE LLC | Alyssa Caridis<br>Attorney for SONOS INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| *Counsel for Plaintiff Google LLC* | *Counsel for Defendant Sonos Inc.* |

[PROPOSED] **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Edward M. Chen
United States District Court Judge