QUINN EMANUEL URQUHART & SULLIVAN, LLP

DAVID A. NELSON (admitted *pro hac vice*)
davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

PATRICK CURRAN (STATE BAR NO. 241630)
patrickcurran@quinnemanuel.com
111 Huntington Avenue, Suite 520
Boston, Massachusetts 02199
Telephone:     (617) 712-7100
Facsimile:      (617) 712-7200
Attorneys for GOOGLE LLC

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

GEORGE I. LEE (admitted *pro hac vice*)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted *pro hac vice*)
sullivan@ls3ip.com
RORY P. SHEA (admitted *pro hac vice*)
shea@ls3ip.com
J. DAN SMITH (admitted *pro hac vice*)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

Attorneys for Defendant Sonos, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>SONOS, INC.,<br><br>     Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**STIPULATED REQUEST FOR ORDER SETTING SCHEDULE FOR CERTAIN DISCOVERY AND SUMMARY JUDGMENT DEADLINES** |

**INTRODUCTION**

Pursuant to Civil Local Rule 6-2, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") jointly stipulate and request an order extending certain discovery and summary judgment deadlines set forth in this Court's February 21, 2023 Minute Entry. Dkt. 156.

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, to the proposed schedule for certain discovery and summary judgment deadlines;

WHEREAS, good cause exists for the moderate extension to the dates below because it will resolve scheduling conflicts related to deposition scheduling, expert travel schedules, and counsel's commitments in previously-scheduled trials;

WHEREAS, the Parties also agree that this extension will conserve judicial and party resources;

WHEREAS, the Parties agree that their proposed schedule will not affect the Parties' ability to comply with other deadlines to be set forth in this case;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST that the Court modify the deadlines as follows:

| Event | Current Deadline[1] | Proposed Deadline |
|---|---|---|
| Joint Status Report | July 3, 2023 | July 3, 2023 (no change) |
| Status Conference | July 11, 2023 | July 11, 2023 (no change) |
| Close of Expert Discovery | June 26, 2023 | July 28, 2023 |
| Opening Summary Judgment/*Daubert* Briefs | July 26, 2023 | August 11, 2023 |
| Responsive Summary Judgment/*Daubert* Briefs | August 16, 2023 | September 1, 2023 |
| Reply Summary Judgment/*Daubert* Briefs | August 30, 2023 | September 15, 2023 |
| Hearing on Summary Judgment/*Daubert* Briefs | October 5, 2023 | October 5, 2023 (no change) |

---

[1] *See* this Court's February 21, 2023 Minute Entry. Dkt. 156.

1 | Dated: June 12, 2023

3 | Respectfully submitted,                    Respectfully submitted,

4 | /s/ *Patrick Curran*                       /s/ *Alyssa Cardis*
5 | Patrick Curran                             Alyssa Caridis
    Attorney for GOOGLE LLC                    Attorney for SONOS INC.

6 | QUINN EMANUEL URQUHART &                   ORRICK, HERRINGTON & SUTCLIFFE
7 | SULLIVAN, LLP                              LLP

8 | *Counsel for Plaintiff Google LLC*         *Counsel for Defendant Sonos Inc.*

[~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: June 14, 2023

_____
The Honorable Edward M. Chen
United States District Court Judge