QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  David A. Nelson (admitted *pro hac vice*)
   davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

Attorneys for GOOGLE LLC

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

GEORGE I. LEE (admitted pro hac vice)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted pro hac vice)
sullivan@ls3ip.com
RORY P. SHEA (admitted pro hac vice)
shea@ls3ip.com
J. DAN SMITH (admitted pro hac vice)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

Attorneys for Defendant Sonos, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOS, INC.,<br><br>    Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**JOINT STATUS REPORT PURSUANT TO DKT. 156**<br><br>Date:  July 11, 2023<br>Time:  2:30 p.m.<br>Ctrm:  Courtroom 5, 17th Floor<br>       450 Golden Gate Avenue,<br>       San Francisco, CA 94102<br>Judge:  Hon. Edward M. Chen<br><br>JURY TRIAL DEMANDED |

Pursuant to this Court's February 23, 2023 Notice (Dkt. 156), the Standing Order for All Judges of the Northern District of California, and Civil Local Rule 16-9, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") submit this Joint Status Report.

Since the Court's February 21, 2023 Case Management Conference, the parties completed by April 17, 2023 focused fact discovery on infringement issues, including completing document discovery and completing depositions on infringement for the '187 patent. Google's opening expert report on infringement of the '187 patent was served on May 8, 2023. Sonos's rebuttal expert report for non-infringement of the '187 patent was served on June 5, 2023. Google's technical expert was deposed on June 16, 2023. Sonos's technical expert will be deposed on July 28, 2023.

On June 21, 2023, Sonos filed a motion to strike aspects of Google's May 8, 2023 expert report. Google's opposition to that motion will be filed on July 5, 2023. The motion is noticed for hearing on July 27, 2023.

Motions to exclude expert testimony and motions for summary judgment (limited to issues relating to infringement of the '187 Patent) are due August 11, 2023. The scheduled hearing date for any such motions is October 5, 2023.

Respectfully submitted,

| | |
|---|---|
| Dated: July 3, 2023 | Respectfully submitted, |
| */s/ Patrick Curran* | */s/ Alyssa Caridis* |
| Patrick Curran | Alyssa Caridis |
| Attorneys for GOOGLE LLC | Attorneys for SONOS INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| *Counsel for Plaintiff Google LLC* | *Counsel for Defendant Sonos Inc.* |

**ECF ATTESTATION**

I, Patrick Curran, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT PURSUANT TO DKT. 156. In compliance with General Order 45, X.B., I hereby attest that Counsel for Sonos has concurred in this filing.

Dated: July 3, 2023

Patrick Curran
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *Patrick Curran*