1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  WILL MELEHANI (SBN 285916)
   wmelehani@orrick.com
5  EVAN D. BREWER (SBN 301411)
   ebrewer@orrick.com
6  SHANE D. ANDERSON (SBN 313145)
   sdanderson@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, CA 94105-2669
9  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
10
   GEORGE I. LEE (*pro hac vice*)
11 lee@ls3ip.com
   SEAN M. SULLIVAN (*pro hac vice*)
12 sullivan@ls3ip.com
   RORY P. SHEA (*pro hac vice*)
13 shea@ls3ip.com
   J. DAN SMITH (*pro hac vice*)
14 smith@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
15 656 W Randolph St., Floor 5W
   Chicago, IL 60661
16 Telephone:    +1 312 754 0002
   Facsimile:    +1 312 754 0003
17
   *Attorneys for Defendant Sonos, Inc.*
18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                  SAN FRANCISCO DIVISION

22 | GOOGLE LLC,                    | Case No. 3:20-cv-03845-EMC
23 |          Plaintiff,            | **REPLY DECLARATION OF ALYSSA CARIDIS IN SUPPORT OF SONOS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF '187 PATENT ASSERTED CLAIMS**
24 |     v.                         |
25 | SONOS, INC.,                   |
26 |          Defendant.            | Date: October 5, 2023
27 |                                | Time: 1:30 p.m.
   |                                | Place: Courtroom 5, 17th Floor
28

I, Alyssa Caridis, declare as follows and would so testify under oath if called upon:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record to Sonos, Inc. ("Sonos") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this declaration based on my personal knowledge, unless otherwise noted. If called, I can and will testify competently to the matters set forth herein.

2. I make this declaration in support of Sonos, Inc.'s Motion For Summary Judgment of Non-Infringement of '187 Patent Asserted Claims and its reply in support.

3. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition transcript of Dr. Alan T. Sherman taken on June 16, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of September, 2023 in Vancouver, Canada.

*Alyssa Caridis*
Alyssa Caridis