# EXHIBIT K

CONFIDENTIAL - UNDER PROTECTIVE ORDER

```
 1         UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
 2                CALIFORNIA SAN FRANCISCO DIVISION
 3
 4      GOOGLE LLC,            )
                               )
 5          Plaintiff,         )
                               )
 6                             )
            v.                 )
 7                             )
        SONOS, INC.,           )
 8                             )
                               )
 9          Defendant.         )
        ---------------------)
10
11
12
13          ***CONFIDENTIAL - UNDER PROTECTIVE ORDER***
14
15                  REMOTE PROCEEDINGS OF THE
16       VIDEOTAPED DEPOSITION OF ALAN T. SHERMAN, PH.D.
17                    FRIDAY, JUNE 16, 2023
18
19
20
21
22
23      REPORTED BY NANCY J. MARTIN
24      CSR. NO. 9504, RMR, RPR
25      PAGES 1 - 170
```

Page 1

### Page 102

1  hardware.
2     Q. Okay. Let's take a look at Paragraphs --
3  well, mostly I want to look at the figures on
4  Paragraphs 51 and 52.
5     A. Okay.
6     Q. So let's look at the top figure on
7  Paragraph 51. Sorry. I'm stuttering up a storm here.
8        Do you see that one?
9     A. Yes.
10    Q. Okay. So these paragraphs show -- or rather,
11 these figures shown plain text being encrypted using a
12 key; correct?
13    A. You said, "figures." So which ones exactly
14 are you referring to?
15    Q. Yeah. I'm sorry.
16       Let's focus on the figure in Paragraph 51.
17    A. Okay.
18    Q. And this is a figure that shows plain text
19 being encrypted using a key; correct?
20    A. Yes. And specifically with symmetric
21 cryptography.
22    Q. Right. And the figure on Paragraph 52 shows
23 plain text being encrypted using a key but in the
24 context of asymmetric encryption; correct?
25    A. Yes. In the context of asymmetric

### Page 103

1  encryption, and both figures also show the
2  corresponding decryption operation.
3     Q. Now, in these figures, the content being
4  encrypted is plain text; right?
5     A. Yes.
6     Q. It doesn't have to be plain text that's being
7  encrypted; correct? It can be any type of data?
8     A. It could be any data expressed in a way
9  that's compatible with the system. Typically, the
10 inputs are sequences of 1's and zeros. It could be
11 any sequence of 1's and zeros.
12    Q. So any type of digital data could be
13 encrypted using the methods depicted in the paragraph
14 of -- 51 and the figure in Paragraph 52; correct?
15    A. Yes, in the sense that any digital encryption
16 system could encrypt any digital data.
17    Q. Okay. So is it correct, based on these
18 figures, that the encryption process shown in both
19 figures requires both the data to be encrypted and the
20 encryption key?
21    A. Yes.
22    Q. Those are the two inputs into the encryption
23 function?
24    A. Yes.
25    Q. Okay. Let's take a look at Paragraph 53.

### Page 104

1     A. Okay.
2     Q. This paragraph deals with digital signatures;
3  is that correct?
4     A. Yes.
5     Q. And in the figure in Paragraph 53 there's a
6  purple parallelogram labeled "Signing Algorithm."
7        Do you see that?
8     A. Yes.
9     Q. Are signing algorithms a type of
10 cryptographic algorithm?
11    A. Yes.
12    Q. And it looks like this algorithm also takes
13 data and a key as input; is that correct?
14    A. Yes.
15    Q. And then on the other -- on the verifying
16 side there's a verifying algorithm that also uses a
17 key; correct?
18    A. Yes.
19    Q. Is the key used to verify the data based on
20 the data?
21    A. Typically not.
22    Q. And you can't -- you can't verify the data
23 without the key; right?
24    A. In this scenario depicted by the figure,
25 which is signature and verification based on

### Page 105

1  asymmetric procedures, that's correct.
2     Q. Okay. So let's go to Paragraph 54. This one
3  pertains to hash functions; is that right?
4     A. Yes.
5     Q. Let me know when you're ready.
6     A. Okay.
7     Q. So based on your descriptions here, hash
8  functions do not involve the use of a key; correct?
9     A. I don't agree with that characterization.
10 There are different sort of hash functions, including
11 keyed hash functions and non-keyed hash functions.
12 Here, the picture shows a hash function used in a
13 context of integrity protection where the hash
14 function is not a keyed hash function.
15       There are other hash functions that are keyed
16 hash functions.
17    Q. Okay. So just to make sure I understand,
18 there are keyed hash functions and non-keyed hash
19 functions, and the keyed hash functions use a key but
20 the non-keyed hash functions do not use a key; is that
21 correct?
22    A. Correct.
23    Q. And what's depicted here in Paragraph 54
24 appears to be a non-keyed hash function; correct?
25    A. Yes.

27 (Pages 102 - 105)