1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  BAS DE BLANK (SBN 191487)
   basdeblank@orrick.com
3  ALYSSA CARIDIS (SBN 260103)
   acaridis@orrick.com
4  WILL MELEHANI (SBN 285916)
   wmelehani@orrick.com
5  EVAN D. BREWER (SBN 301411)
   ebrewer@orrick.com
6  SHANE D. ANDERSON (SBN 313145)
   sdanderson@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, CA 94105-2669
9  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
10
   GEORGE I. LEE (*pro hac vice*)
11 lee@ls3ip.com
   SEAN M. SULLIVAN (*pro hac vice*)
12 sullivan@ls3ip.com
   RORY P. SHEA (*pro hac vice*)
13 shea@ls3ip.com
   J. DAN SMITH (*pro hac vice*)
14 smith@ls3ip.com
   LEE SULLIVAN SHEA & SMITH LLP
15 656 W Randolph St., Floor 5W
   Chicago, IL 60661
16 Telephone:    +1 312 754 0002
   Facsimile:    +1 312 754 0003
17
   *Attorneys for Defendant Sonos, Inc.*
18
19                  UNITED STATES DISTRICT COURT
20                 NORTHERN DISTRICT OF CALIFORNIA,
21                      SAN FRANCISCO DIVISION
22
   GOGGLE LLC,                     | Case No. 3:20-cv-03845-EMC
23
            Plaintiff,              | **NOTICE OF WITHDRAWAL OF**
24                                  | **COUNSEL**
       v.
25
   SONOS, INC.,
26
            Defendant.
27
28

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Kristina DiBenedetto McKenna hereby withdraws her appearance as counsel of record for Defendant Sonos, Inc.  Orrick Herrington & Sutcliffe, LLP and Lee Sullivans Shea & Smith LLP continue to serve as counsel for Defendant Sonos, Inc. and all future correspondence and papers in this action should continue to be directed as such.

Dated: November 7, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Kristina DiBenedetto McKenna*
      Kristina DiBenedetto McKenna

*Attorney for Sonos, Inc.*