OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** November 15, 2023  **Time:** 3:05-3:10   **Judge:** EDWARD M. CHEN
5 Minutes

**Case No.:** 20-cv-03845-EMC   **Case Name:**  Google LLC v. Sonos, Inc.

**Attorney for Plaintiff:** Jeff Gerchick, Patrick Stafford
**Attorney for Defendant:** Alyssa Caridis, Will Melehani

**Deputy Clerk:** Vicky Ayala   **Court Reporter:** Lee-Anne Shortridge

PROCEEDINGS

Motion for Summary Judgment – Not held

SUMMARY

Parties stated appearances.

Due to an emergency medical issue for Plaintiff's counsel, Plaintiff requested that the hearing be continued.  Defendant's counsel had no objection to the continuance and the hearing will be continued to January 4, 2024, at 1:30 p.m.

The Court stated to the parties that it is particularly interested in, in regard to the authentication theory, whether the accused authToken constitutes a private key and whether the preamble is performed by the accused product.  The Court is also particularly interested in, as to the strong encryption theory, whether the private key is utilized by all devices (including the controller) within the domain of devices.

 CASE CONTINUED TO: **January 4, 2023, at 1:30 P.M., for motion hearing.**