# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 4, 2024  **Time:** 1:37-2:53  **Judge:** EDWARD M. CHEN
1 hour, 16 Minutes

**Case No.**: 20-cv-03845-EMC  **Case Name:** Google LLC v. Sonos, Inc.

**Attorneys for Plaintiff:** David Nelson, Patrick Stafford
**Attorneys for Defendant:** Alyssa Caridis, Will Melehani

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Jennifer Coulthard

## PROCEEDINGS

Motion for Summary Judgment – held

## SUMMARY

Parties stated appearances.  Oral argument presented. Matter taken under submission.