UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE LLC, | Case No. 20-cv-03845-EMC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER SETTING BRIEFING AND DISCOVERY SCHEDULE RE CLAIM CONSTRUCTION AND SUMMARY JUDGMENT** |
| SONOS, INC., | |
| Defendants. | |
| | Docket No. 208 |

The Court deferred ruling and invited supplemental briefing as to certain issues raised in Sonos's motion for summary judgment. Docket No. 206. The parties submitted competing briefing and discovery schedules. Docket No. 208. The Court adopts the following schedule, which orders cross-briefing:

| Event | Date |
|---|---|
| Deadline for both parties to file opening briefs and supplemental expert reports | June 5, 2024 |
| Deadline to complete expert depositions | June 19, 2024 |
| Deadline for both parties to submit opposition briefs and rebuttal expert reports | July 3, 2024 |
| Hearing | July 18, 2024 |

Discovery and briefing are to be limited to the issues identified by the Court: (1) the proper construction of the term "private key," as used in the '187 patent; and (2) whether evidence in the record raises a triable issue as to whether the accused products meet the "based on" element of the claim—as that term has been recently construed by the Court. The parties may depose experts and

offer supplemental expert reports regarding these issues.  The parties may also introduce additional evidence, such as extrinsic evidence, to aid the Court in construing the term "private key" only.  The parties are not permitted to undertake additional fact discovery as to how the accused products operate via, *e.g.*, a Rule 30(b)(6) deposition.

**IT IS SO ORDERED**.

Dated: May 16, 2024

_____
EDWARD M. CHEN
United States District Judge

2