OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** July 18, 2024  **Time:** 1:40-2:21  **Judge:** EDWARD M. CHEN
41 Minutes

**Case No.:** 20-cv-03845-EMC  **Case Name:**  Google LLC v. Sonos, Inc.

**Attorney for Plaintiff:** David Nelson
**Attorneys for Defendant:** Alyssa Caridis, Will Melehani

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Kendra Steppler

PROCEEDINGS

Motion for Summary Judgment – held

SUMMARY

Parties stated appearances.  Oral argument presented. Matter taken under submission.