QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Nelson (admitted *pro hac vice*)
davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
111 Huntington Ave., Suite 520
Boston, Massachusetts 02199
Telephone:    (617) 712-7100
Facsimile:    (617) 712-7200

Attorneys for GOOGLE LLC

CLEMENT SETH ROBERTS (STATE BAR NO. 209203)
croberts@orrick.com
BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

GEORGE I. LEE (admitted pro hac vice)
lee@ls3ip.com
SEAN M. SULLIVAN (admitted pro hac vice)
sullivan@ls3ip.com
RORY P. SHEA (admitted pro hac vice)
shea@ls3ip.com
J. DAN SMITH (admitted pro hac vice)
smith@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone: +1 312 754 0002
Facsimile: +1 312 754 0003

Attorneys for Defendant Sonos, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONOS, INC.,<br><br>　　　　Defendants. | Civil Action No. 3:20-CV-03845-EMC<br><br>**JOINT STATUS REPORT PURSUANT TO DKT. 229**<br><br>Date:　November 5, 2024<br>Time:　2:30 p.m.<br>Ctrm:　Courtroom 5, 17th Floor<br>　　　　450 Golden Gate Avenue,<br>　　　　San Francisco, CA 94102<br>Judge:　Hon. Edward M. Chen<br><br>JURY TRIAL DEMANDED |

**INTRODUCTION**

Pursuant to this Court's October 3, 2024 Notice (D.I. 229), the Standing Order for All Judges of the Northern District of California, and Civil Local Rule 16-9, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") submit this Joint Status Report.

**I.    IPR STATUS**:

On November 3, 2022, the PTO issued a final written decision on the '375 patent in *Inter Partes* Review No. IPR2021-00962, finding claims 1–11 and 13–20 invalid. The PTO found all claims asserted in this case invalid for the '375 patent. On October 6, 2022, the PTO issued a final written decision on the '586 patent in *Inter Partes* Review No. IPR2021-00964, finding claims 1–5, 7–12, 14–16, 18, and 20 invalid. The PTO found all claims asserted in this case invalid for the '586 patent. The PTO's judgments were affirmed by the Federal Circuit in May 2024 (for the '586 patent) and June 2024 (for the '375 patent).

**II.    MOTION ON THE PLEADINGS:**

On December 1, 2021, Sonos filed a motion for judgment on the pleadings for ineligibility of the '375 patent under 35 U.S.C. § 101. (D.I. 127.) Pursuant to the parties' stipulation and the Court's December 22, 2021 Order (D.I. 136), the briefing schedule on Sonos' Motion for Judgment (D.I. 127) was suspended, the hearing on the motion was deferred, and the parties were ordered to file a joint stipulation proposing a new briefing schedule and hearing date on the motion within one week of entry of any Order lifting a stay of proceedings as to the '375 patent.

**III.    GOOGLE'S POSITION ON THE SCHEDULE GOING FORWARD**:

The Court should enter final judgment. The Court's October 2, 2024 Order granting Sonos's motion for summary judgment of non-infringement of the '187 patent resolved the last remaining issue in this case. The asserted claims of the '375 patent and '586 patent have already been found invalid and cancelled by the PTO. Sonos's motion for judgment on the pleadings for dismissal of the '375 patent under 35 U.S.C. § 101 (D.I. 127) should be denied as moot as the asserted claims are already cancelled.

IV. **SONOS'S POSITION ON THE SCHEDULE GOING FORWARD**:

The Court should enter final judgment against Google's non-dismissed claims for relief against Sonos in this case.

Google asserted in its operative Complaint (Dkt. 35) five causes of action consisting of claims of infringement of five patents: the '187 patent, the '489 patent, the '375 patent, the '206 patent, and the '586 patent. The Court dismissed Google's two causes of action of infringement related to the '489 patent and '206 patent long ago. On November 2, 2020, the Court granted Sonos's motion to dismiss Google's second cause of action pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101 (Dkt. 39) after finding that the '489 patent is unpatentable. Dkt. 60. On June 3, 2021, the Court ordered a stipulation by the parties that Google's claims of infringement of the '206 patent be dismissed with prejudice and Sonos's defenses related to the '206 patent be dismissed without prejudice. Dkt. 107.

The Court's October 2, 2024, Order granting Sonos's motion for summary judgment of non-infringement of the '187 patent resolved the last remaining issue in this case. The asserted claims of the '375 patent and '586 patent have already been found invalid and cancelled by the PTO. Sonos's motion for judgment on the pleadings for dismissal of the '375 patent under 35 U.S.C. § 101 (D.I. 127) should be denied as moot as the asserted claims are already cancelled. The Court should enter final judgment against Google's non-dismissed claims: Google's First Cause of Action of Infringement of the '187 patent, Third Cause of Action of Infringement of the '375 patent, and Fifth Cause of Action of Infringement of the '586 patent.

The Court should dismiss, without prejudice, Sonos's claims for relief against Google in this case.

Respectfully submitted,

Dated: October 16, 2024                                  Respectfully submitted,

/s/ *Patrick Curran*                                     /s/ *Alyssa Caridis*
Patrick Curran                                           Alyssa Caridis
Attorneys for GOOGLE LLC                                 Attorneys for SONOS INC.

QUINN EMANUEL URQUHART &                                 ORRICK, HERRINGTON & SUTCLIFFE
SULLIVAN, LLP                                            LLP

*Counsel for Plaintiff Google LLC*                       *Counsel for Defendant Sonos Inc.*

**ECF ATTESTATION**

I, Patrick Curran, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT. In compliance with General Order 45, X.B., I hereby attest that Counsel for Sonos has concurred in this filing.

Dated: October 16, 2024

By: */s/ Patrick Curran*