OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** November 5, 2024 | **Time:** 2:42-2:43<br>1 Minutes | **Judge:** EDWARD M. CHEN |
| **Case No.:** 20-cv-03845-EMC | **Case Name:** Google LLC v. Sonos, Inc. | |

**Attorneys for Plaintiff:** Jeffrey Gerchick, Patrick Stafford
**Attorneys for Defendant:** Alyssa Caridis,

| | |
|---|---|
| **Deputy Clerk:** Vicky Ayala | **Court Reporter:** Marla Knox |

**PROCEEDINGS HELD VIA ZOOM WEBINAR**

Status Conference – held

**SUMMARY**

Parties stated appearances. Parties agreed nothing remains in this Court but to file judgment.

Court ordered parties to prepare proposed judgment for Court approval.