| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>David A. Nelson (admitted pro hac vice)<br>davidnelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Patrick D. Curran (SBN 241630)<br>patrickcurran@quinnemanuel.com<br>111 Huntington Ave., Suite 520<br>Boston, Massachusetts 02199<br>Telephone: (617) 712-7100<br>Facsimile: (617) 712-7200<br><br>Jeffrey S. Gerchick (admitted pro hac vice)<br>jeffgerchick@quinnemanuel.com<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Attorneys for Google LLC | CLEMENT SETH ROBERTS (SBN 209203)<br>croberts@orrick.com<br>BAS DE BLANK (SBN 191487)<br>basdeblank@orrick.com<br>ALYSSA CARIDIS (SBN 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>GEORGE I. LEE (admitted pro hac vice)<br>lee@ls3ip.com<br>SEAN M. SULLIVAN (admitted pro hac vice)<br>sullivan@ls3ip.com<br>RORY P. SHEA (admitted pro hac vice)<br>shea@ls3ip.com<br>J. DAN SMITH (admitted pro hac vice)<br>smith@ls3ip.com<br>LEE SULLIVAN SHEA & SMITH LLP<br>656 W Randolph St., Floor 5W<br>Chicago, IL 60661<br>Telephone: +1 312 754 0002<br>Facsimile: +1 312 754 0003<br><br>Attorneys for Defendant Sonos, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SONOS, INC.,<br><br>      Defendant. | Case No. 3:20-cv-03845-EMC<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT** |

1  Pursuant to Federal Rule of Civil Procedure 58, Plaintiff Google LLC ("Google") and
2  Defendant Sonos, Inc. ("Sonos") (collectively, "the parties"), by and through their respective
3  undersigned counsel of record, and subject to the approval of the Court, hereby stipulate and agree
4  to entry of the attached Proposed Final Judgment.

6  IT IS SO STIPULATED

8  /s/ Patrick Curran                                    /s/ Alyssa Caridis
   Patrick Curran                                        Alyssa Caridis
9  Attorneys for GOOGLE LLC                              Attorneys for SONOS INC.

10 QUINN EMANUEL URQUHART &                              ORRICK, HERRINGTON & SUTCLIFFE
   SULLIVAN, LLP                                         LLP

12 *Counsel for Plaintiff Google LLC*                    *Counsel for Defendant Sonos Inc.*

**ATTESTATION**

I, Patrick Curran, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Alyssa Caridis has concurred in the filing of this document.

Dated: November 26, 2024                    /s/ Patrick Curran
                                                                    Patrick Curran