UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC, | Case No. 3:20-cv-03845-EMC |
| Plaintiff, | [~~PROPOSED~~] FINAL JUDGMENT |
| v. | |
| SONOS, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 58, Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") (collectively, "the parties"), by and through their respective undersigned counsel of record, and subject to the approval of the Court, hereby stipulate and agree to entry of final judgment as follows:

WHEREAS, Google previously asserted that Sonos infringed claims of U.S. Patent No. 8,583,489 ("'489 patent"), U.S. Patent No. 7,899,187 ("'187 patent"), U.S. Patent No. 7,065,206 ("'206 patent"), U.S. Patent No. 10,140,375 ("'375 patent"), and U.S. Patent No. 10,229,586 ("'586 patent");

WHEREAS asserted claims 1-11 and 13-20 of the '375 patent and asserted claims 1-5, 7-12, 14-16, and 18, 20 of the '586 patent were found invalid, cancelled by the U.S. Patent and Trademark Office ("PTO"), and the PTO's judgments were affirmed by the Federal Circuit in May 2024 (for the '586 patent) and June 2024 (for the '375 patent);

WHEREAS the Court previously dismissed Google's cause of action of infringement related to the '206 patent with prejudice and Sonos's defenses without prejudice (Dkt 107);

WHEREAS Google's claims for infringement of U.S. Patent No. 8,583,489 were dismissed under Rule 12(b)(6) with prejudice on the grounds that the patent is subject-matter ineligible under 35 U.S.C. § 101 (*see* Dkt. 60);

WHEREAS the Court granted Sonos's motion for summary judgment of non-infringement as to claims 1, 3, 4, 10, and 12 of the '187 patent pursuant to Google's Strong Encryption Theory on May 7, 2024 (*see* Dkt. 206); and

WHEREAS the Court granted Sonos's motion for summary judgment of non-infringement as to claims 1, 3, 4, 10, and 12 of the '187 patent pursuant to Google's Authentication Theory of Infringement on October 2, 2024 (*see* Dkt. 228);

NOW, THEREFORE, the parties hereby jointly stipulate and agree, subject to the approval of the Court, to the following concerning Google's outstanding claims and Sonos's outstanding defenses:

1. Judgment is entered for Sonos and against Google that the '187 patent is not infringed.

2. Google's claims of infringement of the '375 patent are dismissed with prejudice and Sonos's defenses related to the '375 patent are dismissed without prejudice.

3. Sonos's motion for judgment on the pleadings for dismissal of the '375 patent under 35 U.S.C. § 101 (D.I. 127) is denied as moot.

4. Google's claims of infringement of the '586 patent are dismissed with prejudice and Sonos's defenses related to the '586 patent are dismissed without prejudice.

Taxable costs will be addressed by separate order.   Each party shall bear its own attorneys' fees.

IT IS SO ORDERED

DATED: December 2, 2024

_____
The Honorable Edward M. Chen
United States District Court Judge